Official Form 1 (4/07)

| United States Bankruptcy Court | Voluntary Petition |
| --- | --- |
| CENTRAL    DISTRICT OF CALIFORNIA | |

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| --- | --- |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| --- | --- |
| | |

| Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (if more than one, state all): 95-3601802 | Last four digits of Soc. Sec./Complete EIN or other Tax I.D. No. (If more than one, state all): |
| --- | --- |

| Street Address of Debtor (No. and Street, City, and State):<br>15641 Red Hill Ave.<br>Suite 200<br>Tustin, CA 92780    ZIP CODE | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| --- | --- |

| County of Residence or of the Principal Place of Business:<br>LOS ANGELES | County of Residence or of the Principal Place of Business: |
| --- | --- |

| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| --- | --- |

| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE |
| --- |

**Type of Debtor (Form of Organization)** (Check one box.)

- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [X] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

_____

**Nature of Business** (Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [X] Other

**Tax-Exempt Entity** (Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- [ ] Chapter 7
- [X] Chapter 11
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 9
- [ ] Chapter 12
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding
- [ ] Chapter 13

**Nature of Debts** (Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- [X] Debts are primarily business debts.

**Filing Fee** (Check one box.)

- [X] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (Application to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [X] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [X] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [ ] | [X] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $10,000 | $10,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
| --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [X] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,000 to $100,000 | $100,000 to $1 million | $1 million to $100 million | More than $100 million |
| --- | --- | --- | --- | --- |
| [ ] | [ ] | [ ] | [X] | [ ] |

B1

Official Form 1 (4/07)                                                                                                          Form B1, Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | MTI TECHNOLOGY CORPORATION, a Delaware corporation |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor: | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| [X]   Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)          Date Scott C Clarkson Esq., CSN 143271 |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

[ ]   Yes, and Exhibit C is attached and made a part of this petition.

[X]   No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

[ ]   Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

[ ]   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**

(Check any applicable box.)

[X]   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

[ ]   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

[ ]   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Statement by a Debtor Who Resides as a Tenant of Residential Property**

(Check all applicable boxes.)

[ ]   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

[ ]   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

[ ]   Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

| Official Form 1 (4/07) | Form B1, Page 3 |
|---|---|

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s): MTI TECHNOLOGY CORPORATION, a Delaware corporation |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X */s/ Scott C Clarkson*
Signature of Attorney for Debtor(s)

Scott C Clarkson Esq.
Printed Name of Attorney for Debtor(s)

Clarkson, Gore & Marsella, APL
Firm Name

3424 Carson Street, #350
Address

Torrance, CA 90503

(310) 542-0111
Telephone Number

October 15, 2007
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Thomas P. Raimondi, Jr
Printed Name of Authorized Individual

President & CEO of MTI Technology Corp.
Title of Authorized Individual

_____
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

| Official Form 1 (4/07) | Form B1, Page 3 |
|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s):  MTI TECHNOLOGY CORPORATION, a Delaware corporation |

## Signatures

<table>
<tr><td><b>Signature(s) of Debtor(s) (Individual/Joint)</b></td><td><b>Signature of a Foreign Representative</b></td></tr>
<tr><td>

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

</td><td>

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

</td></tr>
<tr><td>

**Signature of Attorney**

X _____
Signature of Attorney for Debtor(s)

Scott C Clarkson Esq.
Printed Name of Attorney for Debtor(s)

Clarkson, Gore & Marsella, APL
Firm Name

3424 Carson Street, #350
Address
Torrance, CA 90503

(310) 542-0111
Telephone Number

_____
Date

</td><td rowspan="2">

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19B is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

</td></tr>
<tr><td>

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

Thomas P. Raimondi, Jr
Printed Name of Authorized Individual

President & CEO of MTI Technology Corp.
Title of Authorized Individual

10/12/07
Date

</td></tr>
</table>

## UNANIMOUS WRITTEN CONSENT
## OF THE BOARD OF DIRECTORS OF
## MTI TECHNOLOGY CORPORATION

The undersigned, being all of the members of the Board of Directors of MTI Technology Corporation, a Delaware corporation (the "Company"), in accordance with Section 141(f) of the General Corporation Law of Delaware, do hereby dispense with the formality of a meeting of the Board of Directors and hereby approve, adopt and consent to the following resolutions.

## BANKRUPTCY PETITION

**WHEREAS**, the Board has determined that it is in the best interests of the Company, its creditors, shareholders and other parties in interest to file a voluntary petition in the United States Bankruptcy Court for the Central District of California under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), it is therefore

**RESOLVED**, that each of Thomas P. Raimondi, Jr., Scott J. Poteracki, and Edward Kirnbauer, or such other individuals as the Board may direct (each, an "Authorized Officer"; and collectively, the "Authorized Officers") is authorized and directed to execute and deliver all documents necessary to effect the filing of a Chapter 11 voluntary bankruptcy case on behalf of the Company on or after October 12, 2007; and it is

**RESOLVED FURTHER**, that the Company is authorized and directed to retain and employ the law firm of Clarkson, Gore & Marsella, APLC as bankruptcy counsel to render legal services to and to represent the Company in connection with such chapter 11 case and other related proceedings and matters in connection therewith, upon such terms and conditions as they shall approve; and it is

**RESOLVED FURTHER**, that the Authorized Officers are hereby authorized and empowered by and on behalf of the Company and in its name, to execute and deliver all applications, certificates, agreements or any other instruments or documents or any amendments or supplements thereto and to do and to cause any and all other acts and things as they or any of them may deem necessary or appropriate to effectuate the purpose of the foregoing resolutions and the execution by such officer or officers of such documents shall conclusively establish their authority therefor from the Company and the approval and ratification by the Company of such documents so executed and the actions so taken; and it is

**RESOLVED FURTHER**, that the Authorized Officers, and such other officers as they shall from time to time designate, be, and each of them hereby is, authorized and directed to retain such other professionals as they deem necessary and appropriate to represent, assist or consult with the Company during the chapter 11 case, upon such terms and conditions as shall be deemed appropriate; and it is

**RESOLVED FURTHER**, that the Board hereby adopts, as if fully set forth herein, the form of any and all resolutions required in connection with the matters set forth herein; provided,

oc-334069                                                 1

that the Secretary of the Company evidences such adoption by filing copies of such resolutions with the minutes of this meeting; and it is

**RESOLVED FURTHER**, that any and all actions taken by any Authorized Officer in effecting the purpose of the foregoing resolutions prior to the date the foregoing resolutions are actually adopted is hereby ratified, approved, confirmed and adopted in all respects.

## GENERAL AUTHORITY

**RESOLVED**, that any and all actions heretofore or hereafter taken by the officers or directors of the Company within the terms of any of the foregoing resolutions are hereby ratified and confirmed as the act and deed of the Company; and

**FURTHER RESOLVED**, that each of the officers and directors of the Company is hereby authorized and directed to execute and deliver any and all documents and to take such other action as he or she deems necessary, advisable, or appropriate to carry out the purposes and intent, but within the limitations, of the foregoing resolutions, the execution, delivery or taking of such actions to be conclusive evidence that the same have been authorized by these resolutions.

**[Remainder of page intentionally left blank.]**

This unanimous written consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument. The signature of any person executing this document may be a facsimile, a conformed signature or an electronically transmitted signature.

This unanimous written consent shall be filed with the Company's Secretary, who is hereby instructed to insert it into the Company's minute books.

**DIRECTORS:**

Date:_____    _____
                 Thomas P. Raimondi, Jr.


Date:_____    _____
                 Franz L. Cristiani


Date:_____    _____
                 William Atkins


Date:_____    _____
                 Kent D. Smith


Date:_____    _____
                 Lawrence P. Begley


Date:_____    _____
                 Ronald E. Heinz



*To - Joyce Shvin @ 949-885-7382*

This unanimous written consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument. The signature of any person executing this document may be a facsimile, a conformed signature or an electronically transmitted signature.

This unanimous written consent shall be filed with the Company's Secretary, who is hereby instructed to insert it into the Company's minute books.

### DIRECTORS:

Date:_____  _____
Thomas P. Raimondi, Jr.

Date: 10/10/07  _____
Franz L. Cristiani

Date:_____  _____
William Atkins

Date:_____  _____
Kent D. Smith

Date:_____  _____
Lawrence P. Begley

Date:_____  _____
Ronald E. Heinz

oc-334069

1

This unanimous written consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument. The signature of any person executing this document may be a facsimile, a conformed signature or an electronically transmitted signature.

This unanimous written consent shall be filed with the Company's Secretary, who is hereby instructed to insert it into the Company's minute books.

## DIRECTORS:

Date:_____    _____
                Thomas P. Raimondi, Jr.


Date:_____    _____
                Franz L. Cristiani


Date: 10/10/07  _____
                William Atkins


Date:_____    _____
                Kent D. Smith


Date:_____    _____
                Lawrence P. Begley


Date:_____    _____
                Ronald E. Heinz


oc-334069                    1

Shinn,Joyce

**From:** Smith, Kent [Kent.Smith@ca.com]
**Sent:** Friday, October 12, 2007 8:22 AM
**To:** Shinn,Joyce
**Cc:** Raimondi,Tom
**Subject:** RE: Board UWC

I have reviewed and concur with the UWC.  Kent Smith

**From:** Shinn,Joyce [mailto:JShinn@mti.com]
**Sent:** Thursday, October 11, 2007 4:42 PM
**To:** Smith, Kent
**Subject:** FW: Board UWC
**Importance:** High

Hi Kent – I'm still missing your signature/consent.  Please reply back to this message ASAP.

Thanks,
Joyce
949-885-7337

**From:** Shinn,Joyce
**Sent:** Wednesday, October 10, 2007 5:13 PM
**To:** Bill Atkins (atkinsw9@bellsouth.net); Franz L. Cristiani (fcristiani@sbcglobal.net); Kent D. Smith
(Kent.Smith@ca.com); Larry Begley (lbegley@406ventures.com); Ron Heinz (RHeinz@canopy.com)
**Cc:** Raimondi,Tom
**Subject:** Board UWC
**Importance:** High

To the Board of Directors:

Attached is a form of Unanimous Written Consent, authorizing Tom Raimondi, Scott Poteracki and Ed
Kirnbauer to sign and deliver the necessary documentation for the filing of a Chapter 11 bankruptcy.

Please sign and date where indicated on Page 3, return the signature page to me via fax by tomorrow,
Thursday, October 11, 2007.
Fax Number is 949-885-7382

Thanks,
Joyce
Phone:  949-885-7337
Fax: 949-885-7382

This unanimous written consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument. The signature of any person executing this document may be a facsimile, a conformed signature or an electronically transmitted signature.

This unanimous written consent shall be filed with the Company's Secretary, who is hereby instructed to insert it into the Company's minute books.

## DIRECTORS:

Date: _____     _____
                  Thomas P. Raimondi, Jr.


Date: _____.    _____
                  Franz L. Cristiani


Date: ___  __     _____
                  William Atkins


Date: _____   _____
                  Kent D. Smith


Date: _  ___      _____
                  Lawrence P. Begley


Date: _  _____    _____
                  Ronald E. Heinz


oc-334069                                1

This unanimous written consent may be executed in counterparts, each of which shall be deemed an original, but all of which taken together shall constitute one and the same instrument. The signature of any person executing this document may be a facsimile, a conformed signature or an electronically transmitted signature.

This unanimous written consent shall be filed with the Company's Secretary, who is hereby instructed to insert it into the Company's minute books.

**DIRECTORS:**

Date:_____        _____
                     Thomas P. Raimondi, Jr.

Date:_____        _____
                     Franz L. Cristiani

Date:_____        _____
                     William Atkins

Date:_____        _____
                     Kent D. Smith

Date:_____        _____
                     Lawrence P. Begley

Date: 10/11/07       _____
                     Ronald E. Heinz

oc-334069                      1

Form B1, Exh.A - (Rev. 3/98)                                    1998 USBC, Central District of California

## Exhibit " A "

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

*[Caption as in Form 16B]*

## Exhibit " A " to Voluntary Petition

1.  If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is 0-23418                    .

2.  The following financial data is the latest available information and refers to the debtor's condition on July 7, 2007            .

    a.  Total assets                                      $            64,002,000

    b.  Total debts (including debts listed in 2.c., below)   $            64,002,000

Approximate

                                                                    Number
                                                                    of holders

    c.  Debt securities held by more than 500 holders.

        ☐ secured   ☐ unsecured   ☐ subordinated      $  _____
                                                           _____

        ☐ secured   ☐ unsecured   ☐ subordinated      $  _____
                                                           _____

        ☐ secured   ☐ unsecured   ☐ subordinated      $  _____
                                                           _____

        ☐ secured   ☐ unsecured   ☐ subordinated      $  _____
                                                           _____

        ☐ secured   ☐ unsecured   ☐ subordinated      $  _____
                                                           _____

    d.  Number of shares of preferred stock   See Attached     _____

    e.  Number of shares common stock   outstanding as of 10/05/07   39,370,630 shares

        Comments, if any:  _____
        _____
        _____

3.  Brief description of debtor's business:  MTI is a global provider of end-to-end information
    infrastructure solutions for the mid to large size enterprise. With more than 20 years
    experience in delivering innovative technology solutions and more than 5 million hours of

Form B1, Exh. A - (Rev. 3/98)                                    1998 USBC, Central District of California

providing professional services, MTI is a leader in end-to-end information infrastructure solutions
that span analysis, design, implementation and has strategic technology and services relationships
with industry leaders including EMC, Microsoft, VMWARE, Symantec and Cisco.

4.  List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting
    securities of debtor:

    See attached list.

**GTI Technology Corporation**
**Preferred Stock holders**
**As of 10-6-07 = end of Q2FY2008**

| Preferred Stock Holder | Holder Information | Address | Certificate # | Date Issued | Series A - Shares | Certificate # | Date Issued | Series B - Shares |
|---|---|---|---|---|---|---|---|---|
| Digital Media & Communications III Limited Partnership | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-1 | 6/17/2004 | 87,007.00 | B-1 | 11/2/2005 | 248,370.00 |
| Digital Media & Communications III-A Limited Partnership | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-2 | 6/17/2004 | 41,661.00 | B-2 | 11/2/2005 | 119,925.00 |
| Digital Media & Communications III-B Limited Partnership | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-3 | 6/17/2004 | 15,418.00 | B-3 | 11/2/2005 | 44,012.00 |
| Digital Media & Communications III-C Limited Partnership | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-4 | 6/17/2004 | 216,073.00 | B-4 | 11/2/2005 | 616,903.00 |
| Digital Media & Communications III-D C.V. | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-5 | 6/17/2004 | 28,595.00 | B-5 | 11/2/2005 | 81,550.00 |
| Digital Media & Communications III-E C.V. | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-6 | 6/17/2004 | 19,045.00 | B-6 | 11/2/2005 | 54,366.00 |
| Advent Partners DMC III Limited Partnership | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-7 | 6/17/2004 | 6,122.00 | B-7 | 11/2/2005 | 17,475.00 |
| Advent Partners II Limited Partnership | c/o Advent International Corporation | 75 State Street, 29th Floor, Boston, MA 02109 | A-8 | 6/17/2004 | 1,757.16 | B-8 | 11/2/2005 | 5,015.00 |
| EMC Corporation | EMC Corporation | 176 South Street, Hopkinton, MA 01748 | A-9 | 6/17/2004 | 151,146.87 | B-9 | 11/2/2005 | 385,507.00 |
| TOTAL | | | | | 566,797.03 | | | 1,582,023.00 |

TOTAL SERIES A & B preferred shares    2,148,820.03

[DEBTOR]
CASE NO:
**SOFA 21b. Current Partners, Officers, Directors and Shareholders**
If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

**Please do not modify the filename, tabname or cell format.**

| NAME | ADDRESS | TITLE | NATURE OF STOCK OWNERSHIP | PERCENTAGE OF STOCK OWNERSHIP OF COMMON STOCK ONLY | PERCENTAGE OF STOCK OWNERSHIP OF COMMON STOCK (INCLUDING PREFERRED STOCK ON AN AS-CONVERTED BASIS) | |
|---|---|---|---|---|---|---|
| William Atkins | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Member of the Board of the Directors | Direct ownership of common stock as of 10-1-07 | 0.0000% | 0.0000% | |
| Lawrence P. Bagley | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Member of the Board of the Directors | Direct ownership of common stock as of 10-1-07 | 0.0535% | 0.0356% | |
| Franz L. Cristiani | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Member of the Board of the Directors | Direct ownership of common stock as of 10-1-07 | 0.0140% | 0.0140% | |
| Ronald E. Heinz, Jr. | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Member of the Board of the Directors | Direct ownership of common stock as of 10-1-07 | 0.0000% | 0.0000% | |
| Michael Pehl | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Member of the Board of the Directors | Direct ownership of common stock as of 10-1-07 | 0.0000% | 0.0000% | |
| Kent D. Smith | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Member of the Board of the Directors | Direct ownership of common stock as of 10-1-07 | 0.0000% | 0.0000% | |
| Edward C. Atsyeh, Jr. (aka Ed Taylor) | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Executive Vice President, U.S. Services | Direct ownership of common stock as of 10-1-07 | 2.4581% | 1.3367% | |
| Keith Clark | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Executive Vice President, Europe and Worldwide Operations and Chief Operating Officer, U.S. Services | Direct ownership of common stock as of 10-1-07 | 0.0000% | 0.0000% | |
| William J. Korkey | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Executive Vice President | Direct ownership of common stock as of 10-1-07 | 0.4672% | 0.2576% | |
| Scott Poteracki | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Chief Financial Officer and Secretary | Direct ownership of common stock as of 10-1-07 | 0.9893% | 0.3250% | |
| Thomas P. Raimondi, Jr. | c/o MTI Technology Corporation, 15941 Red Hill Avenue, Suite 200, Tustin, CA 92780 | Chief Executive Officer and President | Direct ownership of common stock as of 10-1-07 | 0.5345% | 0.2856% | |
| The Canopy Group | 333 South 520 W., Suite 300, Lindon, UT 84042 | | Holds 14,463,265 shares of common stock as of 10-1-07 | 36.7782% | 20.2600% | |
| Digital Media & Communications III Limited Partnership | c/o Advent International Corporation, 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Held 87,007 shares of Series A Convertible Preferred Shares | 0.0000% | 1.9601% | Series A |
| Digital Media & Communications III-A Limited Partnership | c/o Advent International Corporation, 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Holds 41,661 shares of Series A Convertible Preferred Shares | 0.0000% | 0.7470% | Series A |
| Digital Media & Communications III-B Limited Partnership | c/o Advent International Corporation, 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Holds 15,418 shares of Series A Convertible Preferred Shares | 0.0000% | 0.2763% | Series A |
| Digital Media & Communications III-C Limited Partnership | c/o Advent International Corporation, 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Holds 216,073 shares of Series A Convertible Preferred Shares | 0.0000% | 3.8743% | Series A |
| Digital Media & Communications III-C C.V. | c/o Advent International Corporation, 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Holds 28,568 shares of Series A Convertible Preferred Shares | 0.0000% | 0.5122% | Series A |
| Digital Media & Communications III-D C.V. | c/o Advent International Corporation, 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Holds 19,045 shares of Series A Convertible Preferred Shares | 0.0000% | 0.3415% | Series A |
| Advent Partners DMC III Limited Partnership | c/o Advent International Corporation, 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Holds 6,122 shares of Series A Convertible Preferred Shares | 0.0000% | 0.1098% | Series A |

[DEBTOR]
CASE NO:
SOFA 21b. Current Partners, Officers, Directors and Shareholders
If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more
of the voting or equity securities of the corporation.

Please do not modify the filename, tabname or cell format.

| NAME | ADDRESS | TITLE | NATURE OF STOCK OWNERSHIP | PERCENTAGE OF STOCK OWNERSHIP OF COMMON STOCK ONLY | PERCENTAGE OF STOCK OWNERSHIP OF COMMON STOCK (INCLUDING PREFERRED STOCK ON AN AS-CONVERTED BASIS) | |
|---|---|---|---|---|---|---|
| Advent Partners II Limited Partnership | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series A Preferred Holder | Holds 1,757,16 shares of Series A Convertible Preferred Shares | 0.0000% | 0.0315% | Series A |
| EMC Corporation | 176 South Street, Hopkinton, MA 01748 | Series A Preferred Holder | Holds 151,145.87 shares of Series A Convertible Preferred Shares | 0.0000% | 2.7101% | Series A |
| Digital Media & Communications III Limited Partnership | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 248,370 shares of Series B Convertible Preferred Shares | 0.0000% | 3.4752% | Series B |
| Digital Media & Communications III-A Limited Partnership | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 118,925 shares of Series B Convertible Preferred Shares | 0.0000% | 1.6659% | Series B |
| Digital Media & Communications III-B Limited Partnership | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 44,012 shares of Series B Convertible Preferred Shares | 0.0000% | 0.6165% | Series B |
| Digital Media & Communications III-C Limited Partnership | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 616,803 shares of Series B Convertible Preferred Shares | 0.0000% | 8.6403% | Series B |
| Digital Media & Communications III-C.V. | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 81,550 shares of Series B Convertible Preferred Shares | 0.0000% | 1.1424% | Series B |
| Digital Media & Communications III-E C.V. | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 54,365 shares of Series B Convertible Preferred Shares | 0.0000% | 0.7616% | Series B |
| Advent Partners DMC III Limited Partnership | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 17,475 shares of Series B Convertible Preferred Shares | 0.0000% | 0.2448% | Series B |
| Advent Partners II Limited Partnership | c/o Advent International Corporation 75 State Street, 29th Floor, Boston, MA 02109 | Series B Preferred Holder | Holds 5,015 shares of Series B Convertible Preferred Shares | 0.0000% | 0.0703% | Series B |
| EMC Corporation | 176 South Street, Hopkinton, MA 01748 | Series B Preferred Holder | Holds 395,507 shares of Series B Convertible Preferred Shares | 0.0000% | 5.5403% | Series B |

SOFA 21b rev 10-5-07v2/21b

Page 2 of 2
Exhibit "21b"

10/12/2007

| Party Name, Address, and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| Scott C Clarkson Esq.<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance, CA 90503<br><br>(310) 542-0111 | |

| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
|---|---|
| In re:   MTI TECHNOLOGY CORPORATION, a Delaware<br>corporation | CHAPTER 11  11<br><br>CASE NUMBER |
| Debtor. | (No Hearing Required) |

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State *(from Form S0100, S0200, or S0300)*:

15641 Red Hill, Suite 200
Tustin, CA  92780

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

15641 Red Hill, Suite 200
Tustin, CA  92780

3.    Disclose the current business address(es) for all corporate officers:

15641 Red Hill, Suite 200
Tustin, CA  92780

4.    Disclose the current business address(es) where the Debtor's books and records are located:

15641 Red Hill, Suite 200
Tustin, CA  92780

Venue Disclosure Form for Corporations Filing Chapter 11    Page Two (2)    **VEN-C**

| In re MTI TECHNOLOGY CORPORATION, a Delaware corporation | CHAPTER 11  11 |
|---|---|
| Debtor. | CASE NUMBER |

5.    List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

15641 Red Hill, Suite 200
Tustin, CA  92780

6.    Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.    State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):
Thomas P. Raimondi, Jr.
Chairman, President & CEO
15641 Red Hill, Suite 200
Tustin, CA  92780

8.    Total number of attached pages of supporting documentation: _____

9.    I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the ___12___ day of October _____, 2007, at Tustin _____, California.

Thomas P. Raimondi, Jr.
**Type Name of Officer**

President & CEO
**Position or Title of Officer**

_____
Signature of Declarant

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq.<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, #350<br>Torrance, CA 90503<br><br>☑ *Attorney for:* MTI TECHNOLOGY CORPORATION | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br><br>      MTI TECHNOLOGY CORPORATION, a Delaware corporation<br><br>                                          Debtor(s),<br><br>                                          Plaintiff(s),<br><br>                                          Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER: 11 |
|---|---|

<div align="center">

### Corporate Ownership Statement Pursuant to
### F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

</div>

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Thomas P. Raimondi, Jr._____ , the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.      I have personal knowledge of the matters set forth in this Statement because:

        ☑  I am the president or other officer or an authorized agent of the debtor corporation

        ☐  I am a party to an adversary proceeding

        ☐  I am a party to a contested matter

        ☐  I am the attorney for the debtor corporation

2. a.   ☑  The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any
           class of the corporation's(s') equity interests:

           *[For additional names, attach an addendum to this form.]*
           The Canopy Group, 333 South 520 W., Suite 300, Lindon, UT 84042

   b.   ☐  There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

_____          __10/12/07_____
Signature of Attorney or Declarant          Date

Thomas P. Raimondi, Jr.
_____
Printed Name of Attorney or Declarant

---

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

    None

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at Tustin _____ , California.

Dated October 12, 2007 _____

_Thomas P Raimond_

_Thomas P Raimond Jr_

_Debtor_
MTI TECHNOLOGY CORPORATION

_____
_Joint Debtor_

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. SNB 143271<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA  90503<br><br>☒ *Attorney for:* MTI TECHNOLOGY CORPORATION | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    MTI TECHNOLOGY CORPORATION, a Delaware corporation<br><br><div align=right>Debtor(s).</div> | CASE NO.:<br><br>CHAPTER: 11<br><br>ADV. NO.: |
|---|---|

### ELECTRONIC FILING DECLARATION
### (CORPORATION/PARTNERSHIP)

☒  Petition, statement of affairs, schedules or lists     Date Filed: _____
☐  Amendments to the petition, statement of affairs, schedules or lists  Date Filed: _____
☒  Other: Corporate Ownership Statement _____  Date Filed: _____

### PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY

  I, the undersigned, hereby declare under penalty of perjury that:  (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.


_____   _____
*Signature of Authorized Signatory of Filing Party*    Date

Thomas P. Raimondi, Jr
_____
*Printed Name of Authorized Signatory of Filing Party*

President and CEO
_____
*Title of Authorized Signatory of Filing Party*


### PART II - DECLARATION OF ATTORNEY FOR FILING PARTY

  I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____   *Oct 15, 2007*
*Signature of Attorney for Filing Party*     Date

Scott C. Clarkson, Esq.
_____
*Printed Name of Attorney for Filing Party*

_____
This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.
*November 2006*

| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Scott C. Clarkson, Esq. SNB 143271<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA  90503<br><br>☒ *Attorney for:* MTI TECHNOLOGY CORPORATION | |

<div align="center">

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

</div>

| In re:<br>    MTI TECHNOLOGY CORPORATION, a Delaware corporation<br><br>                                                              Debtor(s). | CASE NO.:<br><br>CHAPTER: 11<br><br>ADV. NO.: |
|---|---|

<div align="center">

**ELECTRONIC FILING DECLARATION**
**(CORPORATION/PARTNERSHIP)**

</div>

| | |
|---|---|
| ☒  Petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☐  Amendments to the petition, statement of affairs, schedules or lists | Date Filed: _____ |
| ☒  Other: Corporate Ownership Statement | Date Filed: _____ |

**PART I - DECLARATION OF AUTHORIZED SIGNATORY OF DEBTOR OR OTHER PARTY**

I, the undersigned, hereby declare under penalty of perjury that:  (1) I have been authorized by the Debtor or other party on whose behalf the above-referenced document is being filed (Filing Party) to sign and to file, on behalf of the Filing Party, the above-referenced document being filed electronically (Filed Document); (2) I have read and understand the Filed Document; (3) the information provided in the Filed Document is true, correct and complete; (4) the "/s/," followed by my name, on the signature lines for the Filing Party in the Filed Document serves as my signature on behalf of the Filing Party and denotes the making of such declarations, requests, statements, verifications and certifications by me and by the Filing Party to the same extent and effect as my actual signature on such signature lines; (5) I have actually signed a true and correct hard copy of the Filed Document in such places on behalf of the Filing Party and provided the executed hard copy of the Filed Document to the Filing Party's attorney; and (6) I, on behalf of the Filing Party, have authorized the Filing Party's attorney to file the electronic version of the Filed Document and this *Declaration* with the United States Bankruptcy Court for the Central District of California.

_____        _____
Signature of Authorized Signatory of Filing Party            Date    10/12/07

Thomas P. Raimondi, Jr
Printed Name of Authorized Signatory of Filing Party

President and CEO
Title of Authorized Signatory of Filing Party

**PART II - DECLARATION OF ATTORNEY FOR FILING PARTY**

I, the undersigned Attorney for the Filing Party, hereby declare under penalty of perjury that:  (1) the "/s/," followed by my name, on the signature lines for the Attorney for the Filing Party in the Filed Document serves as my signature and denotes the making of such declarations, requests, statements, verifications and certifications to the same extent and effect as my actual signature on such signature lines; (2) an authorized signatory of the Filing Party signed the *Declaration of Authorized Signatory of Debtor or Other Party* before I electronically submitted the Filed Document for filing with the United States Bankruptcy Court for the Central District of California; (3) I have actually signed a true and correct hard copy of the Filed Document in the locations that are indicated by "/s/," followed by my name, and have obtained the signature of the authorized signatory of the Filing Party in the locations that are indicated by "/s/," followed by the name of the Filing Party's authorized signatory, on the true and correct hard copy of the Filed Document; (4) I shall maintain the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document for a period of five years after the closing of the case in which they are filed; and (5) I shall make the executed originals of this *Declaration*, the *Declaration of Authorized Signatory of Debtor or Other Party*, and the Filed Document available for review upon request of the Court or other parties.

_____        _____
Signature of Attorney for Filing Party            Date

Scott C. Clarkson, Esq.
Printed Name of Attorney for Filing Party

<div align="center">This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.</div>

*November 2006*

B 203
(12/94)

# United States Bankruptcy Court

_____ CENTRAL ___   District Of   CALIFORNIA _____

In re MTI TECHNOLOGY CORPORATION, a Delaware
corporation

Case No. _____

**Debtor**

Chapter  11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.   Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s)
     and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me,
     for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy
     case is as follows:

     For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 195,000 _

     Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ _____ 195,000 _

     Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .$ _____ 0.00 _

2.   The source of the compensation paid to me was:

     [X] Debtor            [ ] Other (specify)

3.   The source of compensation to be paid to me is:

     [X] Debtor            [ ] Other (specify)

4.   [X]  I have not agreed to share the above-disclosed compensation with any other person unless they are members and
          associates of my law firm.

     [ ]  I have agreed to share the above-disclosed compensation with a other person or persons who are not members or
          associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the
          compensation, is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a
          petition in bankruptcy;

     b.   Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

     c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings
          thereof;

### DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR (Continued)

d.   Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e.   [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following services:

No  Appeals

No  Tax Advice

No  Securities Advice

No  ERISA Advice

No  Environmental Advice

---

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceedings.

_Oct 15, 2007_
Date

Signature of Attorney
Scott C Clarkson Esq.

Clarkson, Gore & Marsella, APLC
Name of law firm

FORM B4 (06/90)

**MTI Technology Corporation**

_____            _____
Debtor                                                       Case No. (If known)

## Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA

Following is a list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 1  EMC CORPORATION<br>4246 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693 | EMC CORPORATION<br>4246 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL 60693<br>ATTN: MIKE MIANO<br>TEL: 508-293-6294<br>FAX: 508-293-7858 | TRADE DEBT | | | | $4,278,770.83 |
| 2  NEOSCALE SYSTEMS INC.<br>1655 MCCARTHY BOULEVARD<br>MILPITAS, CA. 95035 | NEOSCALE SYSTEMS INC.<br>1655 MCCARTHY BOULEVARD<br>MILPITAS, CA. 95035<br>ATTN: FRAN BRODERICK<br>TEL: 408-473-1300<br>FAX: 408-473-1307 | TRADE DEBT | | | | $673,332.00 |
| 3  EDGAR SAADI<br>PENCOM SYSTEMS INCORPORATED<br>40 FULTON ST<br>NEW YORK NY 10038-5058 | EDGAR SAADI<br>PENCOM SYSTEMS INCORPORATED<br>40 FULTON ST<br>NEW YORK NY 10038-5058<br>TEL: 212-513-7777<br>FAX: 212-513-1975 | PROMISSORY NOTE PAYABLE | | | | $402,059.00 |
| 4  WADE SAADI<br>PENCOM SYSTEMS INCORPORATED<br>40 FULTON ST<br>NEW YORK NY 10038-5058 | WADE SAADI<br>PENCOM SYSTEMS INCORPORATED<br>40 FULTON ST<br>NEW YORK NY 10038-5058<br>TEL: 212-513-7777<br>FAX: 212-513-1975 | PROMISSORY NOTE PAYABLE | | | | $402,059.00 |

FORM B4 (06/90)

**MTI Technology Corporation**

| Debtor | Case No. (If known) |

### Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 5   AMERICAN EXPRESS<br>P.O. BOX 360001<br>FT. LAUDERDALE, FL  33336-0001 | AMERICAN EXPRESS<br>P.O. BOX 360001<br>FT. LAUDERDALE, FL  33336-0001<br>ATTN: CUSTOMER SERVICE<br>TEL: 800-492-1477<br>FAX: 623-492-5339 | TRADE DEBT | | | | $226,940.16 |
| 6   AFCO PREMIUM ACCEPTANCE, INC<br>TWO CORPORATE CENTER<br>1390 WILLOW PASS RD, SUITE 615<br>CONCORD, CA 94520 | AFCO PREMIUM ACCEPTANCE, INC<br>TWO CORPORATE CENTER<br>1390 WILLOW PASS RD, SUITE 615<br>CONCORD, CA 94520<br>TEL: 925-682-3996<br>FAX: 913-491-6638 | PREMIUM FINANCE AGREEMENT | | | | $215,953.00 |
| 7   PENCOM SYSTEMS INCORPORATED<br>40 FULTON STREET<br>NEW YORK, NY 10038-1850 | PENCOM SYSTEMS INCORPORATED<br>40 FULTON STREET<br>NEW YORK, NY 10038-1850<br>TEL: 212-513-7777<br>FAX: 212-513-1975 | PROMISSORY NOTE PAYABLE | | | | $176,389.00 |
| 8   SALESFORCE.COM, INC<br>P.O. BOX 5126<br>CAROL STREAM, IL  60197-5126 | SALESFORCE.COM, INC<br>P.O. BOX 5126<br>CAROL STREAM, IL  60197-5126<br>ATTN: CUSTOMER SERVICE<br>TEL: 415-901-5074<br>FAX: 647-723-1261 | TRADE DEBT | | | | $132,717.00 |
| 9   QUANTUM CORPORATION<br>101 INNOVATION DRIVE<br>IRVINE, CA 92612-3040 | QUANTUM CORPORATION<br>101 INNOVATION DRIVE<br>IRVINE, CA 92612-3040<br>ATTN: JOE GONZALEZ<br>TEL: 425-897-7424<br>FAX: 425-861-7757 | TRADE DEBT | | | | $120,283.87 |

FORM B4 (06/90)

**MTI Technology Corporation**

| Debtor | Case No. (If known) |

### Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

#### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 10  LIFEBOAT DISTRIBUTION<br>1157 SHREWSBURY AVENUE<br>SHREWSBURY, NJ  07702 | LIFEBOAT DISTRIBUTION<br>1157 SHREWSBURY AVENUE<br>SHREWSBURY, NJ  07702<br>ATTN: TODD DOLLAR<br>TEL: 800-847-7078 X7280<br>FAX: 732-460-9322 | TRADE DEBT | | | | $119,651.20 |
| 11  GRANT THORNTON LLP<br>P.O. BOX 51519<br>LOS ANGELES, CA  90051-5819 | GRANT THORNTON LLP<br>P.O. BOX 51519<br>LOS ANGELES, CA  90051-5819<br>ATTN: ERIC STONE<br>TEL: 213-627-1717<br>FAX: 213-624-6793 | TRADE DEBT | | | | $110,700.00 |
| 12  AVNET<br>8700 S. PRICE RD.<br>TEMPE, AZ 85284 | AVNET<br>8700 S. PRICE RD.<br>TEMPE, AZ  85284<br>ATTN: MICHAEL STANCLIFF<br>TEL: 303-545-1271<br>FAX: 480-643-7370 | TRADE DEBT | | | | $99,836.78 |
| 13  KPMG LLP<br>DEPT. 0966<br>P.O. BOX 120001<br>DALLAS, TX 75312-0966 | KPMG LLP<br>DEPT. 0966<br>P.O. BOX 120001<br>DALLAS, TX 75312-0966<br>ATTN: EUNICE PARK<br>TEL: 714-445-5704<br>FAX: 714-850-4488 | TRADE DEBT | | | | $81,675.00 |
| 14  FINITI LLC<br>7090 SAMUAL MORSE DRIVE<br>COLUMBIA, MD 21046 | FINITI LLC<br>7090 SAMUAL MORSE DRIVE<br>COLUMBIA, MD 21046<br>TEL: 800-422-7771<br>FAX: 888-888-2687 | TRADE DEBT | | | | $55,772.50 |

FORM B4 (06/90)

**MTI Technology Corporation**

| Debtor | Case No. (If known) |

# Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 15  CCS<br>2532 WHITE ROAD<br>IRVINE, CA. 92614 | CCS<br>2532 WHITE ROAD<br>IRVINE, CA. 92614<br>ATTN: MIKE ARMSTRONG<br>TEL: 949-476-0874 X218<br>FAX: 949-261-9164 | TRADE DEBT | | | | $54,160.00 |
| 16  INFO-X TECHNOLOGY SOLUTIONS<br>P.O. BOX 36182<br>NEWARK NJ, 07188-6182 | INFO-X TECHNOLOGY SOLUTIONS<br>P.O. BOX 36182<br>NEWARK NJ, 07188-6182<br>ATTN: ACCOUNTING<br>TEL: 800-463-9998<br>FAX: 973-386-0783 | TRADE DEBT | | | | $44,062.99 |
| 17  MORRISON & FOERSTER<br>FILE NO 72497, P.O. BOX 60000<br>SAN FRANCISCO, CA 94160-2497 | MORRISON & FOERSTER<br>FILE NO 72497, P.O. BOX 60000<br>SAN FRANCISCO, CA 94160-2497<br>ATTN: ROBERT MATTSON<br>TEL: 949-251-7500<br>FAX: 949-251-0900 | TRADE DEBT | | | | $40,000.00 |
| 18  AFCO PREMIUM ACCEPTANCE, INC<br>DEPT LA21315<br>PASADENA, CA  91185-1315 | AFCO PREMIUM ACCEPTANCE, INC<br>DEPT LA21315<br>PASADENA, CA  91185-1315<br>ATTN: CAROL HABIG<br>TEL: 800-288-6901 X5023<br>FAX: 913-491-6638 | TRADE DEBT | | | | $35,992.15 |
| 19  COMPNOLOGY, INC.<br>6300 STATION MILL DRIVE<br>NORCROSS, GA  30092-1873 | COMPNOLOGY, INC.<br>6300 STATION MILL DRIVE<br>NORCROSS, GA  30092-1873<br>ATTN: JOHN CRONIN<br>TEL: 678-480-6266<br>FAX: 678-935-0619 | TRADE DEBT | | | | $35,200.00 |

FORM B4 (06/90)

**MTI Technology Corporation**
_____                    _____
Debtor                                                                          Case No. (If known)

### Form 4.   LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| Name of creditor and complete mailing address, including zip code. | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| 20  MID ATLANTIC CORPORATE SERVICES<br>812 OREGON AVE., SUITE 1<br>LINTHICUM, MD  21090 | MID ATLANTIC CORPORATE SERVICES<br>812 OREGON AVE., SUITE 1<br>LINTHICUM, MD  21090<br>ATTN: SUSAN HARBISON<br>TEL: 410-799-6925<br>FAX: 410-799-1787 | TRADE DEBT | | | | $34,538.95 |

FORM B4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(CONTINUATION SHEET)

MTI Technology Corporation

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION

I, Thomas P. Raimondi, Jr., Chief Executive Officer and President, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information, and belief.

Date:       October 12 2007          Signature

Thomas P. Raimondi, Jr.
Chief Executive Officer and President
MTI TECHNOLOGY CORPORATION

(An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.)