# EXHIBIT "A"

March 2, 2007

**CONFIDENTIAL**

MTI Technology Corporation
17595 Cartwright Road
Irvine, CA, 92614

Attention: Scott J. Poteracki

Chief Financial Officer

Ladies and Gentlemen:

This letter agreement (the "Agreement") confirms the understanding and agreement between Needham & Company, LLC ("Needham & Company") and MTI Technology Corporation (the "Company") as follows:

1.      The Company hereby engages Needham & Company as exclusive financial advisor to the Company in connection with the evaluation and implementation of a possible Transaction (as defined below) involving the Company and another party or parties (each, an "Other Party"). As used in this Agreement, the term "Transaction" means, whether effected in one transaction or a series of transactions: (a) any merger, consolidation, or other business combination pursuant to which the business of the Company is combined with that of the Other Party; or (b) the acquisition, directly or indirectly, by the Other Party of all or substantially all of the assets of, or more than 50% of the outstanding capital stock of, the Company by way of a negotiated purchase, tender offer, exchange offer or other similar means. "Transaction" shall not include any financing, restructuring or capital raising activity, whether from existing stockholders or otherwise.

2.      To the extent required or desirable in connection with the Transaction or requested by the Company, the services provided by Needham & Company to the Company will include:

(a)      Reviewing with the Board of Directors and members of management the Company's financial plans, strategic plans and business alternatives;

(b)      Reviewing and analyzing the historical and projected financial information of the Company and the Other Party provided by the respective

managements of the Company and the Other Party;

(c)    Assisting the Company's Board of Directors and management in the valuation of the business(es) involved in the Transaction;

(d)    Assisting the financial due diligence efforts of the Company with respect to the Other Party;

(e)    Advising the Company with regard to the financial structure and terms of any Transaction that might be realized in the current market environment and assisting the Company in structuring and negotiating the financial aspects of the Transaction, including if appropriate the drafting of a proxy statement or registration statement to be filed with the Securities and Exchange Commission ("SEC");

(f)    If requested, rendering to the Company's Board of Directors an opinion as to the fairness, from a financial point of view, to the stockholders of the Company of the consideration to be received by the stockholders of the Company in connection with the Transaction (the "Opinion"). If requested, any such Opinion will be in written form; and

(g)    Performing certain other appropriate and customary financial advisory services in connection with the Transaction.

Needham & Company will have no authority under this Agreement to bind the Company in any way to any party. In addition, nothing contained in this Agreement will require the Company to accept the terms of any proposal. The Company may opt, in its sole discretion, to seek an additional fairness opinion from an additional investment bank or decide not to seek an Opinion from Needham & Company.

3.    The Company agrees to pay the following fees to Needham & Company for its services rendered under this Agreement:

(a)    The Company shall pay to Needham & Company a fee of $75,000 payable in cash within thirty (30) days of the signing of this Agreement;

(b)    If (i) during the term of this Agreement a Transaction is consummated or (ii) within 12 months of the termination of this Agreement a Transaction is consummated with an Other Party which was identified in writing by Needham & Company to Company prior to the termination of the Agreement as an entity with which Needham & Company had discussions regarding such a Transaction, then the Company shall pay to Needham & Company a fee in an amount equal to 1.5% of the aggregate purchase price received by the Company's stockholders in the Transaction, subject to a minimum success fee of $750,000, payable in cash upon the closing of the Transaction,

MTI Technology Corporation
March 2, 2007
Page 3

Needham & Company, LLC

against which any fees previously paid to Needham & Company pursuant to clause (a) of this paragraph, and an amount equal to $100,000 of the fee previously paid to Needham & Company pursuant to clause (c) shall be credited;

(c)    If an Opinion is rendered, the Company shall pay to Needham & Company a fee of $250,000 payable in cash upon the initial delivery of the written Opinion; and

(d)    If during the term of this Agreement discussions regarding a Transaction are terminated or the Transaction does not occur for any reason whatsoever and the Company is paid a break-up, termination or similar fee by the Other Party in connection therewith, then the Company shall pay to Needham & Company a fee equal to 25.0% of such break-up, termination or similar fee, payable in cash promptly following the receipt thereof, against which any fees previously paid to Needham & Company pursuant to clause (a) or (c) of this paragraph shall be credited. In no event shall the fee payable under this (d) be greater than the fee would have been under (b) if the Transaction were consummated.

For purposes of this Agreement, the term "aggregate purchase price" means an amount equal to the sum of (i) the aggregate value of any securities issued, any other non-cash consideration delivered and any cash consideration paid to an acquired person or its securityholders in connection with the Transaction (including any amounts paid into escrow and including all amounts paid, distributed or issued to holders of options, warrants, stock appreciation rights or similar rights or securities of the acquired person, whether vested or unvested), (ii) the amount of all indebtedness of the acquired person that is assumed or acquired, directly or indirectly, by the acquiring person or an affiliate thereof or retired or defeased in connection with the Transaction, and (iii) the expected present value of any absolute and contingent future payment obligations, such as earn-outs, to be paid to the acquired person or its securityholders and arising in connection with the Transaction. The value of any such securities and any other non-cash consideration delivered or retained in connection with the Transaction shall be determined as follows:  (a) the value of securities for which there are quotations available in the public markets shall be determined using the greater of the closing market price on the last trading day prior to the closing of the Transaction and the implied per share (or other unit) price determined by the exchange ratio mechanism in the definitive merger or other purchase and sale agreement relating to the Transaction, (b) the value of securities or other non-cash consideration for which there are not quotations available in the public markets shall be the fair market value thereof as of the closing of the Transaction, as determined in good faith by the Company and Needham & Company upon such closing, and (c) the value of options, warrants, stock appreciation rights and similar rights or securities shall be determined using the treasury stock method based on the value of the underlying securities as determined pursuant to clause (a) above (in the case of underlying securities for which there are quotations available in the public markets) or clause (b) above (in the case of all other underlying securities).

oc-324727

MTI Technology Corporation
March 2, 2007
Page 4

Needham & Company, LLC

4.      In addition to any fees that may be payable to Needham & Company under this Agreement, the Company agrees to reimburse Needham & Company, upon request made from time to time, for all of its reasonable out-of-pocket expenses incurred in connection with this engagement, including the reasonable fees and disbursements of its legal counsel; provided that in no event shall such reimbursement obligation exceed an aggregate of $25,000 without the prior approval of the Company. In addition, if Needham & Company or any of its personnel becomes involved in any judicial, administrative or other action, suit, hearing, investigation or similar proceeding in connection with the Transaction or a comparable transaction or Needham & Company's engagement hereunder, the Company will reimburse Needham & Company for all reasonable out-of-pocket costs and expenses incurred in connection therewith, including the fees and disbursements of its legal counsel, and will also compensate Needham & Company in an amount to be mutually agreed upon. The foregoing costs, expenses and charges will be paid by the Company to Needham & Company promptly upon receipt by the Company of an invoice(s) and appropriate documentation from Needham & Company.

5.      It is understood that the Opinion, if rendered, shall be in such a form as Needham & Company shall determine (albeit in a form that is customary with respect to transactions such as the Transaction at issue) and that the Opinion may be reproduced in full in any document that is required to be filed with the SEC and required to be mailed by the Company to its stockholders relating to the Transaction. If the Opinion is included in a proxy statement to be mailed to the Company's stockholders in connection with the Transaction, the Opinion will be reproduced in such proxy statement in full, and any description of or reference to Needham & Company or summary of the Opinion in such proxy statement will be in a form acceptable to Needham & Company and its counsel, which approval shall not be unreasonably withheld or delayed. Except as set forth in this Section 5, the opinion will not be reproduced, summarized, described, referred to or given to any other person or otherwise made public without Needham & Company's prior written consent.

6.      The Company will furnish or cause to be furnished to Needham & Company (and, if negotiations proceed with the Other Party, will request that the Other Party furnish Needham & Company) such information as Needham & Company believes to be appropriate to its engagement (the "Information"). The Company recognizes and confirms that Needham & Company (a) will use and rely primarily on the Information and on information available from generally recognized public sources in performing the services contemplated by this Agreement without having independently verified the same, (b) does not assume responsibility for the accuracy or completeness of the Information and such other information and (c) will not make an appraisal of the Company or the Other Party or their respective businesses or assets. To the best of the Company's knowledge, the Information furnished by the Company, when delivered, will be true and correct in all material respects and will not contain any material misstatement of fact or omit to state any material fact necessary to make the statements contained therein not misleading. Any financial projections or other forward-looking statements in the Information will be reasonably proposed on a basis reflecting the best available estimates and judgments of

oc-324727

MTI Technology Corporation
March 2, 2007
Page 5

Needham & Company, LLC

the Company, it being understood that actual results may differ materially from those anticipated at the time such Information was provided. The Company will promptly notify Needham & Company if it learns of any material inaccuracy or misstatement in, or material omission from, any Information theretofore delivered by Company to Needham & Company.

7.     All Information, whether oral or written, will be kept confidential by Needham & Company except for such Information (a) that is already or becomes public through no breach of this provision, (b) that the Other Party and the Company agree may be disclosed, or (c) that Needham & Company is required to disclose by applicable law, regulation or legal process; provided that the Company is provided with written notice prior to the disclosure. The Information may be disclosed to Needham & Company's directors, officers, employees, agents, advisors and representatives (collectively, the "Needham Representatives") in connection with its engagement hereunder; provided that (w) the Needham Representatives shall be informed of the confidential nature of the Information and that such Information is subject to a confidentiality agreement, (x) Needham & Company discloses the Information only to Needham Representatives who need to know the Information for the provision of services pursuant hereto, (y) Needham & Company shall take all reasonable actions, including legal proceedings, to prevent or restrain any Needham Representative from failing to comply with the confidentiality obligations hereunder, and (z) Needham & Company agrees to be responsible for any failure to comply with this Agreement by any Needham Representative. The foregoing notwithstanding, nothing set forth herein shall be deemed to prohibit Needham & Company and its affiliates from engaging in the ordinary course of business in all activities engaged in by full-service investment banking and brokerage firms, including without limitation brokerage, money management, market making, arbitrage, investment banking, investment advisory and funds management activities on behalf of customers and affiliates of Needham & Company involving securities of the Company (including affiliates and subsidiaries) and the forwarding or furnishing to customers of proxies and proxy soliciting materials and similar information that have been delivered to Needham & Company or its affiliates, provided that at all times that any of the foregoing activities are engaged in by Needham & Company or its affiliates, there shall be in effect policies and procedures to ensure that individuals making decisions in connection with such activities or otherwise engaging in such activities do not know or have access to any non-public information regarding the business, affairs or plans of the Company or its affiliates. Notwithstanding any provision herein to the contrary, Needham & Company expressly acknowledges and agrees that in no event shall Information be disclosed to any analyst or trader without the prior written consent of the Company.

8.     Needham & Company does not provide accounting, tax or legal advice. The advice rendered by Needham & Company in connection with its engagement, whether formal or informal, is exclusively for the information of the Board of Directors and senior management of the Company and may not be disclosed, in whole or in part, or summarized, excerpted from or referred to without the prior written consent of Needham & Company. Notwithstanding the foregoing, and except to the extent necessary to comply with any applicable federal or state

oc-324727

MTI Technology Corporation
March 2, 2007
Page 6

Needham & Company, LLC

securities laws, the Company (and its employees, agents or other representatives) is authorized to disclose the U.S. federal and state income tax treatment and tax structure of the Transaction and all materials of any kind that are provided to the Company relating to such U.S. federal and state income tax treatment or tax structure.

9.      The Company agrees to indemnify Needham & Company as set forth in Needham & Company's standard indemnity provisions attached hereto as Addendum A.

10.      During the term of Needham & Company's engagement hereunder, the Company will notify Needham & Company of any inquiry received by the Company from, or any discussion with, any party regarding any transaction similar to a Transaction or any transaction that, if consummated, could have a material effect on the consummation of the Transaction or the fairness or amount of consideration to be paid or received in connection with the Transaction. It is understood and agreed that at all times, the Company shall have the right to approve or disapprove the terms and conditions of the Transaction or any other transaction.

11.      The Company acknowledges and agrees that Needham & Company has been retained to act solely as financial advisor to the Company. In such capacity, Needham & Company shall act as an independent contractor, and any duties of Needham & Company arising out of its engagement pursuant to this Agreement shall be owed solely to the Company. Nothing in this Agreement shall be deemed to create a fiduciary or agency relationship between Needham & Company and the Company or its securityholders. Neither this engagement, nor the delivery of any advice in connection with this engagement, is intended to confer rights upon any persons not a party hereto (including securityholders, employees or creditors of the Company) as against Needham & Company or its affiliates or their respective directors, officers, agents and employees.

12.      Needham & Company's engagement hereunder may be terminated by the Company at any time or by Needham & Company at any time after March 2, 2008 upon written notice to the other party, it being understood that the provisions of paragraphs 3, 4, 7, 8, 9, 11, 14 and 15 of this Agreement shall survive any such termination. If not terminated earlier, this Agreement shall completely and finally terminate on March 2, 2008.

13.      The Company acknowledges that, upon consummation of a Transaction, Needham & Company may, at its option and expense, place an announcement in such newspapers and periodicals as it may choose, stating that Needham & Company has acted as the exclusive financial advisor to the Company in connection with the Transaction.

14.      The invalidity or unenforceability of any provision of this Agreement shall not affect the validity or enforceability of any other provisions of this Agreement, which shall remain in full force and effect.

15.      This Agreement, including Addendum A hereto, constitutes the entire agreement

MTI Technology Corporation
March 2, 2007
Page 7

Needham & Company, LLC

and understanding of the parties with respect to the subject matter hereof, and supersedes all prior agreements and understandings relating to the subject matter hereof. This Agreement may not be amended or modified except in writing signed by each of the parties and shall be governed by and construed and enforced in accordance with the laws of the State of New York without giving effect to principles of conflicts of law. The Company and Needham & Company hereby irrevocably and unconditionally consent to submit to the exclusive jurisdiction of the courts of the State of New York and of the United States District Courts located in the City of New York for any lawsuits, claims or other proceedings arising out of or relating to this Agreement and agree not to commence any such lawsuit, claim or other proceeding except in such courts. The Company and Needham & Company hereby irrevocably and unconditionally waive any objection to the laying of venue of any lawsuit, claim, or other proceeding arising out of or relating to this Agreement in the courts of the State of New York or the United States District Courts located in the City of New York, and hereby further irrevocably and unconditionally waive and agree not to plead or claim in any such court that any such lawsuit, claim or other proceeding brought in any such court has been brought in an inconvenient forum. Any right to trial by jury with respect to any lawsuit, claim or other proceeding arising out of or relating to this Agreement or the services to be rendered by Needham & Company hereunder is expressly and irrevocably waived.

oc-324727

MTI Technology Corporation
March 2, 2007
Page 8

Needham & Company, LLC

Please confirm that the foregoing is in accordance with our understanding by signing and returning to us the enclosed duplicate of this letter.

Sincerely yours,

NEEDHAM & COMPANY, LLC

By _____

LAURA BLACK

Agreed to and Accepted
as of the date set forth above:

MTI Technology Corporation

By: _____

Name: SCOTT POTERACKI

Title: CFO.

oc-324727

## Addendum A

This Addendum A is attached to and incorporated by reference into the foregoing letter agreement (the "Agreement"). Capitalized terms used herein and not otherwise defined herein shall have the meanings assigned to such terms in the Agreement.

The Company agrees to indemnify and hold harmless Needham & Company and its affiliates, the respective directors, officers, employees and agents of Needham & Company and its affiliates, and each other person, if any, controlling Needham & Company or any of its affiliates within the meaning of the federal securities laws (Needham & Company and each such other person or entity are hereinafter referred to as an "Indemnified Person") from and against any and all losses, claims, damages, expenses (including reasonable fees and disbursements of counsel) and liabilities (or actions or proceedings in respect thereof) (collectively "Losses") caused by, relating to, based upon or arising out of Needham & Company's engagement under the Agreement, any transaction contemplated by such engagement or any Indemnified Person's role in connection therewith (all of the foregoing are collectively hereafter referred to as the "Engagement"); provided, however, that such indemnification obligation shall not apply to any such Loss to the extent it is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to have resulted primarily and directly from the gross negligence or willful misconduct of the Indemnified Person seeking indemnification. The Company agrees to reimburse each Indemnified Person for all expenses (including reasonable fees and disbursements of counsel) as they are incurred by such Indemnified Person in connection with investigating, preparing, defending, paying, settling or compromising any claim, action, suit, proceeding or Loss, whether or not in connection with an action in which any Indemnified Person is a named party. The Company also agrees that an Indemnified Person shall not have any liability (whether direct or indirect, in contract or otherwise) to the Company or its affiliates, directors, officers, employees, agents or shareholders, directly or indirectly for or in connection with the Engagement, except for any Losses that are found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to have resulted primarily and directly from such Indemnified Person's gross negligence or willful misconduct. In no event, regardless of the legal theory advanced, shall any Indemnified Person be liable for any consequential, indirect, incidental or special damages of any nature.

If any action, suit, proceeding, or investigation is commenced, as to which such Indemnified Person proposes to demand such indemnification, such Indemnified Person shall notify the Company with reasonable promptness; provided, however that any failure by such Indemnified Person to notify the Company shall not relieve the Company from its obligations hereunder, except as and to the extent the failure of such timely notice materially prejudices the Company. If the Company so elects or at the request of an Indemnified Person, the Company will assume the defense of such action, suit, proceeding or investigation, including the employment of counsel reasonably satisfactory to such Indemnified Person and the payment of all reasonable fees and expenses of such counsel. In the event, however, that such Indemnified Person reasonably determines in its judgment that representation by common counsel would be inappropriate due to actual or potential differing interests or if the Company fails to assume the defense of the action, suit, proceeding or investigation in a timely manner, then such Indemnified Person may employ separate counsel to represent or defend it in any such action, suit, proceeding or investigation and the Company will pay the reasonable fees and disbursements of such counsel; provided, however, that the Company will not be required to pay the fees and disbursements of more than one separate counsel for all Indemnified Persons in any jurisdiction in any single action or proceeding. In any action or proceeding the defense of which the Company assumes, an Indemnified Person will have the right to participate in such litigation and to retain its own counsel at such Indemnified Person's own expense. The Company shall not be liable for any settlement of any action or proceeding effected without its written consent, but if settled with such consent the Company agrees to indemnify the Indemnified Persons from and against any Loss by reason of such settlement. The Company shall not settle any claim, action, suit or proceeding related to the Engagement or the Agreement unless the settlement also includes an unconditional release of all Indemnified Persons from all liabilities arising out of such claim, action, suit or proceeding.

If the indemnification sought by an Indemnified Person hereunder is found in a final judgment by a court of competent jurisdiction (not subject to further appeal) to be unenforceable, even though the express provisions hereof provide for indemnification in such case, then the Company shall contribute to the Losses for which such indemnification is held to be unavailable in such proportion as is appropriate to reflect the relative benefits received by the Company, on the one hand, and Needham & Company, on the other hand, in connection with the Engagement reflected in the Agreement, or if such allocation is not permitted by applicable law, in such proportion as is appropriate to reflect not only the relative benefits but the relative fault of the Company on the one hand and Needham & Company on the other hand, in connection with the statements, acts or omissions that resulted in such Losses, as well as any other relevant equitable considerations. The respective relative benefits received by the Company and Needham & Company in connection with any transaction shall be deemed to be in the same proportion as the aggregate fee paid or payable to Needham & Company in connection with the transaction bears to the total value of the transaction. The relative fault of the Company and Needham & Company shall be determined by reference to, among other things, whether the statements, actions or omissions to act were by the Company or Needham & Company and the parties' relative intent, knowledge, access to information and opportunity to correct or prevent such action or omission to act. Notwithstanding the foregoing, in no event shall the aggregate contribution of all Indemnified Persons for all Losses in connection with any transaction exceed the amount of fees actually received by Needham & Company pursuant to the Agreement.

If multiple claims are brought against an Indemnified Person in an arbitration, with respect to at least one of which indemnification is permitted under applicable law and provided for under the Agreement, the Company agrees that any arbitration award shall be conclusively deemed to be based on claims as to which indemnification is permitted and provided for, except to the extent the arbitration award expressly states that the award, or any portion thereof, is based solely on a claim as to which indemnification is not available.

The obligations of the Company referred to above shall be in addition to any liability that the Company may otherwise have and shall be binding upon and inure to the benefit of any successors, assigns, heirs and personal representatives of any Indemnified Person and the Company. Neither expiration or termination of the Agreement nor completion of the Engagement shall affect these indemnification provisions, which shall then continue in full force and effect.

# EXHIBIT "B"

Information Infrastructure. *Optimized.*





Corporate Overview

April 2007

Consulting SERVICES   Comprehensive SOLUTIONS   *Total* SUCCESS

*Confidential*

1

## Safe Harbor Statement

This presentation contains forward-looking information within the meaning of Section 27A of the Securities Act of 1933, as amended, and Section 21E of the Securities Exchange Act of 1934, as amended. Such statements include information regarding the Company's expectations, goals or intentions regarding the future, including but not limited to statements regarding the Company's strategic plans, business expectations and financial projections, all of which are subject to change. The actual results may differ materially from those described in any forward-looking statement. In particular, there can be no assurance the Company will be able to successfully implement its strategic plans, meet its business expectations or achieve its financial projections. Important factors that may cause actual results to differ are set forth in the MTI's periodic filings with the U.S. Securities and Exchange Commission. All forward-looking statements speak as of the date made and the Company undertakes no obligation to update any such statement.

*Confidential*

2

Information Infrastructure. Optimized.

# MTI Overview

- Leading multi-national provider of consulting services and comprehensive information infrastructure solutions for mid to large-size organizations.

- 20 years of experience delivering high value solutions and services

- Global presence to support global customers (Irvine, CA; Godalming, UK)

- Customers: 2,000

- 8th largest EMC partner worldwide

- $167 million FY07 revenue (~60% US, ~40% Europe)

- Employees: 380

- Ticker Symbol: MTIC



*Information Infrastructure Optimized.*

3

*Confidential*

# Investment Highlights

- Leading IT infrastructure solutions for mid-enterprise market
  - Solving critical IT problems at the point of *multiple systems intersection*

- Strong corporate partnerships and depth of integration

- Global distribution network with leadership position in Europe

- World class technical and services team

- Revenue growth and leverage in the operating model

4

*Information Infrastructure Optimized*

*Confidential*

# The Mid-Enterprise Dilemma

- Mid-Enterprise Customer challenges
  - Not "in the business" of supporting their IT investments
  - Resource constrained (time/money/expertise)
  - Seeking premier support but lacking purchasing muscle
  - Continually offered products and not solutions

- Mid-Enterprise Customers need
  - A "one-stop" partner to embrace all, simplify matters and provide ongoing support

- Require help to bring infrastructure and business strategy in-line

*Confidential*

5



Information Infrastructure. *Optimized.*

# The Mid-Enterprise Opportunity



Skilled resources
Project management

Total solutions approach
Design
Implementation
Optimization
Ongoing support

The MTI Target Market for
services provision through
vendor partnerships

The MTI Target Market
For direct sales
and services provision

*Confidential*

9



# MTI: The Mid-Enterprise Solution

*Single source provider of consolidated expertise for infrastructure & information management*

- Provide front-to-back solution
  - Implementation & associated professional services
  - Entire product portfolio
  - 24 x 7 on-site maintenance & software helpdesk support

- Assure a unified, enterprise-wide strategy & implementation across entire information infrastructure

- Eliminate multi-vendor sourcing issues by providing total solutions support contracts to create one point of contact

- Enhance value of IT investment

7

*Confidential*

Information Infrastructure - *Optimized*

8

# Targeting the Point of Intersection

- No single vendor can provide all the "best of breed" elements of a information infrastructure solution

  – MSFT Exchange, EMC Enterprise Solution, Symantec Tools, Quantum Storage, Cisco Networking

- Challenges arise where these multiple products intersect

  – EMC supporting Exchange, backing up via Symantec NetBackup onto a Quantum library across a Cisco SAN

- MTI solutions target these complex interdependencies

  – Assess, recommend, design, implement, maintain and warranty

  – Delivery via combination of product and services solutions

*Confidential*

Information Infrastructure. *Optimized*



# MTI Engagement Model

**Customers**

Account Management

Technical Account Management and Consultancy

Professional Services and Support Services

## Core Solutions

**Infrastructure Solutions**
- High-availability networked storage
- Total ownership
- Mitigated risk
- Skills to address SAN/NAS complexity

**Business Continuity**
- Backup
- Recovery
- Archive
- D/R Consulting
- Replication services
- Compliance

**Storage Solutions**
- EMC storage products
- Other partner products
- Total solution approach
- SAN-NAS-CAS

**Information Management**
- Storage resource management
- Virtualization
- Compliance
- Archive
- Data migration

**Customer Services**
- Solution Implementation
- Optimization
- Ongoing on-site support 24x7
- Global helpdesk facilities
- Local language support

Partner Products and Services

*Confidential*

9


*Information Infrastructure, Optimized.*

# Market Leading Solution Sales

- **Infrastructure Solutions**
  - Build and deliver network storage solutions to direct customers
  - EMC – Cisco – Microsoft – Quantum – Overland – Riverbed – CA –vmWare
- **Business Continuity**
  - Architecture, Design, Implementation Consulting
  - Backup and Recovery HealthCheck
  - Compliance
- **Storage Solutions**
  - SAN – NAS – CAS
  - Replication – data migration – mirroring – snap shots - HA
- **Information Management**
  - Storage resource management
  - Backup - recovery - archive
- **Customer Support**



10

*Confidential*

*Information Infrastructure Optimized*

# MTI Services

- Total focus on <u>IT Infrastructure Services</u>
  - Deep understanding of complex solutions
  - Multinational delivery scope
- Over 5 million consultative hours delivered
  - Servicing both direct clients and large OEMs
- Significant IP around Packaged Solutions:
  - Infrastructure roadmap assessment
  - Backup and recovery services
  - MS Exchange health check
  - Data migration services
  - Datacenter Life Cycle management solutions
  - Storage assessment
  - FSA





*Information Infrastructure, Optimized.*

*Confidential*

11

# Contracted Customer Service

- Product Installation and "Stand-up"
- 24X7 Maintenance and Break Fix Support
  - 2 to 4 hours on-site response
  - 24x7 software help desk support
- Front Line Support Help Desk
  - Local language in each operating company
- Global Network of Skilled Support Engineers
  - Highest levels of certification in each discipline
- Over 1400 Long Term Support Customers
  - Strong on-going annuity stream





*Information Infrastructure, Optimized.*

*Confidential*

12

# Infrastructure Application Focus

13

*Confidential*

*Information Infrastructure. Optimized.*