

*Information Infrastructure. Optimized.*

# Industry Leading Partnerships

- MTI partners with key strategic global vendors

- Unique storage focus self-selects MTI as a target partner for top vendors

- Partner spread helps MTI to build a large solution set to address the requirements of its customers

- MTI is EMC's 8th largest partner worldwide

- Significant partnerships with Symantec, Microsoft, Cisco and Quantum



Confidential

14



Information Infrastructure. *Optimized.*

# Depth of Integration

**Directory, Messaging & Collaboration Solutions**
- MS Active Directory & MIIS,
- Windows NT/ 2000/2003
- MS Exchange 5.5/2000/2003/2007 Upgrades & Competitive Migrations
- Netware, Groupwise & Lotus Notes
- Exchange Vault, Compliance/Archiving - Legato & Veritas
- MS Live Communication Server

**Business Continuance**
- Backup and Recovery, High Availability & DR
- Veritas Storage Foundation Suite; Cluster Server
- Veritas NetBackup, Backup Exec, Enterprise Vault
- Legato Networker, Email & Disk Xtender
- TSM, Arcserve, Commvault, Retrospect,
- EMC CDL, SRDF, and Mirrorview

**Infrastructure Management**
- MS SMS, MOM & WSUS,
- Patch Management, Application Packaging
- Altiris, Asset & Client Management Solutions
- Desktop & Office Deployment Service Security

**High Performance Computing & Open Systems**
- HPC Cluster Implementations
- Linux Deployment & Migration Services

**Storage Services**
- Storage Assessments
- Storage Design & Implementation
- Storage Consolidation & Healthchecks
- Data Migration & Replication
- EMC Clariion, Celerra, Snapview, SAN, Symmetrix/DMX, Timefinder, and ECC
- HP StorageWorks

**Virtualization & Consolidation**
- VMware – GSX & ESX
- MS Virtual Server
- Server, Storage & Application Consolidation

**Security & Networking**
- Secure Connected Infrastructure
- MS ISA, MIIS
- Security Vulnerability Assessments

**SQL Database Services**
- MS SQL Implementation & Configurations
- SQL Migrations & Upgrades
- MS-SQL Performance Tuning
- SQL Clustering

**Document Management**
- Document Imaging Solution

**Data Center Relocation Services & Solutions**
- Assessment and Design
- Relocation
- Project Management Office

*Confidential*

15





Confidential



**Information Infrastructure. _Optimized._** mti

# Loyal and Diverse Global Customer Base

## Manufacturing
- L'Oreal
- Siemens
- Nokia
- Raytheon
- Tellabs
- Mohawk
- DML

## Legal Services
- Bates & White
- DLA Piper
- Davis & Gilbert
- Willkie Farr & Gallagher
- Williams & Connolly
- Watson Wyatt

## Communications
- Bellsouth
- Charter
- France Telcom
- MetroPCS
- Iridium Satellite
- Horry Telephone
- Cingular Wireless

## Health Services
- American Red Cross
- Health First Mgmt
- Valley Health
- EMIS
- Molina Healthcare
- CareFirst
- Bluecross/Blueshield
- Wake Radiology
- Walter Reed Medical

## Business Services
- Heartland Payments
- Keynote Systems
- Binovia LLC
- Docucorp
- Avis Group
- Biscom
- Mitre Corporation

## Financial
- Citigroup
- Chicago Stock Exchange
- JTA Leasing
- U.S. Bancorp
- Fidelity Investments
- Beazley
- AIG




Information Infrastructure. *Optimized.*

# Beazley

- Leading Lloyd's-of-London underwriting syndicate
  - Employing around 400 staff Worldwide
- Faced rapid growth when it entered the US market
  - Existing systems unable to cope - Business continuity threatened
  - Risk to industry legal compliance - Lack of in-house skills and resources



**Information Infrastructure. *Optimized.***

# The Solution

- Only MTI provided total solution approach
  - Addressing all concerns
  - Strategic approach - server and storage virtualization
  - One point of contact for all support
  - Complete solution delivery, implementation & commissioning
  - EMC Clariion, vmWare, Storage-Age

- Benefits
  - Capacity to support growth with no additional IT resources
  - Fully resilient infrastructure, robust D/R and dramatically enhanced restore capability
  - Business now enjoys exceptional growth
  - MTI benefits with additional sales from ongoing partnership





Confidential



Information Infrastructure. *Optimized.*

# EADS (European Aeronautic Defense and Space)

- EADS is a global leader in aerospace, defence and related services
  - Group includes Airbus Industries
- All critical applications are mirrored between MTI supplied EMC CX600 and CX700 arrays
  - Designed, Implemented, Supported







EADS

EADS IPStor-Konfiguration
Storage-/FabricView

Confidential

21





# Atos Origin



- International information technology services company.

- MTI Germany provides skilled resources to help design and implement complex storage solutions for some Atos customers

  – Customer in this scenario realised a 2x backup performance improvement with reduced service costs





Information Infrastructure. *Optimized.*

# L'Oreal International

- L'Oreal has partnered with MTI over several years
  - Providing solutions and support for their IT infrastructure
  - Shown is a recent B2D implementation



Confidential



23



# MTI Organization

Information Infrastructure. *Optimized.*

Thomas Raimondi
Chairman
President & CEO
388

- Scott Pieracki — EVP — Chief Financial Officer — 41
- Keith Clark — EVP — Europe — 112
- Nick Ganio — EVP — Sales and Marketing — 77
- Ed Taylor — EVP — US Services — 149

**Scott Pieracki**
Business Systems
Human Resources
Corporate Accounting
Europe Finance
US Operations
Legal

**Keith Clark**
Sales
Technical Sales
Services
Finance & Admin
Business Systems

**Nick Ganio**
Sales
Technical Sales
Marketing

**Ed Taylor**
Services
Finance & Admin



| Regional headcount split & tenure | Sales Execs | Average Tenure | Sales Engineers | Average Tenure | Services Consultants Engineers | Average Tenure (including any Collective rs) |
|---|---|---|---|---|---|---|
| US | 30 | 3.9 Years | 15 | 3.5 Years | 149 | 3.6 Years |
| Europe | 25 | 4.4 Years | 9 | 5 Years | 57 | 7.8 Years |

Note: management layer and some additional employees not shown

*Confidential*

24



**Information Infrastructure. *Optimized*.**

# US Services Team - Skills Matrix

| Discipline | Trained | Experienced | Expert | Total |
|---|---|---|---|---|
| EMC SAN | 16 | 20 | 25 | 61 |
| EMC NAS | 4 | 10 | 8 | 22 |
| EMC CAS | 2 | 7 | 2 | 11 |
| Virtualization – VMware | 1 | 5 | 4 | 10 |
| Virtualization – StorAge | | | | |
| Backup Software – Networker | 4 | 3 | 2 | 9 |
| Backup Software – Netbackup | 5 | 5 | 12 | 22 |
| Libraries – Quantum Overland | | 11 | 1 | 22 |
| Libraries – EMC CDL | 3 | 3 | | 6 |
| Messaging – M/S – Exchange | | 2 | 6 | 8 |
| Messaging – CA MM | | | | |
| Messaging – Symantec | | | 4 | 4 |
| Messaging – EMC E/X | | | 4 | 4 |
| Switch/SAN Infrastructure Cisco, Brocade | 12 | 17 | 16 | 45 |
| Arkivio | 3 | | | |

**Trained** = Passed required tests, **Experienced** = Able to install and work unaided, **Expert** = Highly skilled senior consultant

*Confidential*

25



**Information Infrastructure.** *Optimized.*

# European Services Team - Skills Matrix

| Discipline | Trained | Experienced | Expert | Total |
|---|---|---|---|---|
| EMC SAN | 1 | 6 | 17 | 24 |
| EMC NAS | | 7 | 8 | 15 |
| EMC CAS | 4 | 2 | | 6 |
| Virtualization – VMware | | 5 | 1 | 6 |
| Virtualization – StoreAge | 4 | | 4 | 8 |
| Backup Software – Networker | 2 | | 15 | 17 |
| Backup Software – Netbackup | 1 | 3 | 1 | 5 |
| Libraries - Quantum Overland | | 6 | 15 | 21 |
| Libraries – EMC CDL | 3 | 5 | 3 | 11 |
| Messaging – M/S – Exchange | 1 | 5 | 1 | 7 |
| Messaging – CA MM | 3 | 1 | | 4 |
| Messaging – Symantec | | 1 | 2 | 3 |
| Messaging – EMC E/X | 1 | 4 | | 5 |
| Switch/SAN Infrastructure Cisco, Brocade | 1 | 6 | 17 | 24 |
| Arkivio | 2 | 1 | 1 | 4 |

**Trained** = Passed required tests, **Experienced** = Able to install and work unaided, **Expert** = Highly skilled senior consultant

*Confidential*

26



Information Infrastructure. *Optimized.*



Broad Coverage and Strong Presence

Corporate Offices Irvine, CA

Facilities across US

4 Main European operational facilities

Munich, Frankfurt, Paris, Godalming UK

(London) European HQ

● = Technical Consultant

London
Paris
Frankfurt
Munich

Boston
New York
and Jersey
Washington DC

**Information Infrastructure.** *Optimized.*

# Why We Win

- Aggressive skilled sales teams

- Support resources trained to highest technical accreditation levels

- Skills investment creates high barrier for competitors to overcome

- End-to-end solution delivery and ongoing support services

- One point of contact to address every customer requirement

- Unique value proposition within target mid-corporate space

- International sales and services to deliver cross border solutions

- Very strong vendor partnerships underpinning value proposition

- Credible brand build on long term acknowledged technical excellence

*Confidential*

28



Information Infrastructure. *Optimized.*

# Financial Overview

*Consulting* SERVICES

*Comprehensive* SOLUTIONS

*Total* SUCCESS

*29*









# Revenue Mix by Type

- **Professional Services**
- **Maintenance**
- **Product**

| | 2005 | 2006 | 2007 | 2008 | 2009 |
|---|---|---|---|---|---|
| Product | 25.2% | 17.1% | 15.8% | 15.0% | 14.1% |
| Maintenance | 70.7% | 75.0% | 68.5% | 66.0% | 65.1% |

Fiscal Year End April 1

*Confidential*

31





*Confidential*

32



# Leverage in the Operating Model

Information Infrastructure. *Optimized.*

**Gross Margin**
**Operating Margin**
**Adjusted Operating Margin(1)**

| | | | | | |
|---|---|---|---|---|---|
| | 19.2% | 20.0% | 20.6% | 23.2% | 25.2% |
| | -7.4% | -3.8% | -2.5% | 4.7% | 8.2% |
| | -10.2% | -1.3% | -0.4% | 3.0% | 6.6% |
| 2005 | 2006 | 2007 | 2008 | 2009 |

Fiscal Year End April 1

(1) Excludes the impact of public company costs

*Confidential*

33



Information Infrastructure. *Optimized.*

# Opportunity for Efficiencies

- Public Company Costs: ~$3-4 million
  - BOD costs, D&O insurance
  - 404, SEC filing fees, Annual Report, Proxy
  - Audit & Legal
  - NASDAQ

- Operations: ~$6-7 million
  - HR
  - IT
  - Facilities
  - Purchasing
  - Legal

*Confidential*

34



Information Infrastructure, *Optimized.*

# Balance Sheet

($ in thousands)

|  | As of 04/01/06 | As of 04/07/07 |
|---|---|---|
| **Current assets:** | | |
| Cash and cash equivalents | $ 21,660 | $ 11,350 |
| Accounts receivable | 37,803 | 27,000 |
| Other assets | 25,159 | 27,066 |
| Total assets | $ 84,622 | $ 65,416 |
| **Current liabilities:** | | |
| Total debt | 5,167 | 6,700 |
| Other liabilities | 64,239 | 41,662 |
| Total liabilities | 69,406 | 48,362 |
| Total stockholders' equity | $ 15,216 | $ 17,054 |
| Total liabilities and stockholders' deficit | $ 84,622 | $ 65,416 |

Confidential

**Information Infrastructure.** *Optimized.*    mti

# Summary

- Leading solutions provider to the mid-enterprise space

- Solving critical problems at the point of intersection

- Global distribution network

- Strength of partnerships and depth of integration

- World class management and services team

- Leverage in the operating model

*Confidential*

36