# EXHIBIT "C"



# Review of Potential Strategic and Financial Partners

- **Battery Ventures**
- **Brocade**
- CDW
- Charys Holding
- **Dell, Inc.**
- Dot Hill Systems Corp.
- En Pointe Technologies
- **Francisco Partners**
- **Garnett & Helfrich Capital**
- **Golden Gate Capital**

- **Gores Group**
- Insight Enterprises, Inc.
- **LSI Corporation**
- **MTM Technologies, Inc.**
- **Platinum Equity**
- **Pomeroy IT Solutions**
- **Seagate**
- Xiotech
- Xyratex Int'l, Inc.

Names in bold represent partners which have requested to execute an NDA and expressed interest in proceeding in a process



# Who Passed and Why

| Profitability | Too Subscale | Strategic | Strategic | Strategic |
|---|---|---|---|---|
| Accel Partners | American Capital | 2e2 | EDS | Pilar Data Sys. |
| Founders Equity | Bain Capital | Accenture, Ltd. | EMC Corporation | Presidio, Inc |
| Global Svcs Acq. | Carlyle | Afiniti Ltd. | Endeavor Acq. | Q-Logic |
| HBK Invest. | Dubin, Clark | Agilysys, Inc. | Forsythe | Quantum |
| IBM | General Atlantic | Arrow Electronics | Freedom Acq. | Sentinel Capital |
| Renaissance Acq. | MSD Capital | Avnet, Inc. | Fujitsu | Siemens |
| Skyview Capital | Providence Equity | BearingPoint | Fujitsu / Siemens | Sirius Computer |
| Summit | TA Associates | Bell Microproducts | GTSI Corporation | Sun Microsystems |
| Trident Capital | Thoma Cressey | Bull Info. Systems | HG Capital | SYNNEX |
| Union Street Acq. | Vector Capital | CA | Hitachi Data | Syntel, Inc. |
| | | Capgemini | Incentra Solutions | Tech Data |
| | | Churchill Ventures | Ingram Micro, Inc. | Toshiba |
| | | CompuComm | Integrated Solutions | Unisys |
| | | Compuware | Investcorp | Vista Equity |
| | | Covansys | Itochu Corporation | Willis Stein |
| | | CSC | ManTech Int'l | World Wide Tech. |
| | | Datalink | Media & Ent. Hldgs | Xanser Corp. |
| | | Datatec | MSI Sys. Integ | Info. Svcs. Grp. |
| | | Deloitte | NEC Corporation | Marathon Acq. |
| | | Dimension Data | Network Appliance | Santa Mon. Media |
| | | DLT Solutions, Inc. | Perot Systems | |

Needham

## Status of Outreach Conducted to Date



10 active participants

# Review of Active Participants

- **Brocade**
- **Dell, Inc.**
- En Pointe Technologies
- **Gores Group**
- INX, Inc.

- L-3 Communications
- **LSI Corporation**
- **Pomeroy IT Solutions**
- **White Cap Private Equity**
- Xiotech

Names in bold represent partners which have executed an NDA

Needham

# Who Passed and Why

## Too Subscale

- American Capital Strategies
- Bain Capital
- Carlyle
- Dubin, Clark
- General Atlantic
- MSD Capital
- Providence Equity
- TA Associates
- Thoma Cressey

- Accel Partners
- Affiliated Computer Services (ACS)
- Battery Ventures
- Charys Holding
- Founders Equity, Inc.
- Francisco Partners
- Global Services Partners Acq. Group
- Golden Gate Capital
- HBK Investments
- IBM
- Renaissance Acquisition Corp.
- Skyview Capital
- Summit
- Trident Capital
- Union Street Acq. Corp
- Vector Capital

*Needham*

2

# Who Passed and Why

| | Strategic | Strategic | Strategic |
|---|---|---|---|
| 2e2 | Dimension Data | Itochu Corporation | SYNNEX Corporation |
| Accenture, Ltd. | DLT Solutions, Inc. | Logicalis | Syntel, Inc. |
| Afiniti Ltd. | Dot Hill Systems Corp | ManTech International | Tech Data Corporation |
| Agilysys, Inc. | Electronic Data Systems | Marathon Acq. Corp | Toshiba |
| Arrow Electronics, Inc. | EMC Corporation | Media & Enter. Holdings | Unisys |
| Avnet, Inc. | Endeavor Acq. Corp | MSI System Integrators | Vista Equity Partners |
| BearingPoint, Inc. | Forsythe Technology, Inc. | MTM Technologies, Inc. | Willis Stein |
| Bell Microproducts | Freedom Acquisition Corp | NEC Corporation | World Wide Technology |
| Bull HN Info Systems | Fujitsu | Network Appliance | Xanser Corporation |
| CA | Fujitsu / Siemens | Perot Systems Corp. | Xyratex Int'l, Inc. |
| Capgemini | Garnett & Helfrich Capital | Pilar Data Systems | |
| Caritor | GTSI Corporation | Platinum Equity | |
| CDW | HG Capital | Presidio, Inc. | |
| Churchill Ventures | Hitachi Data Systems | Q-Logic | |
| Computer Sciences Corp | HP | Quantum Corporation | |
| Compuware Corporation | Incentra Solutions, Inc. | Santa Monica Media Corp. | |
| Convergys | Info. Services Group Inc | Seagate | |
| Covansys Corporation | Ingram Micro, Inc. | Sentinel Capital | |
| Datalink Corporation | Insight Enterprises, Inc. | Siemens Corporation | |
| Datatec | Integrated Solutions | Sirius Computer Solutions | |
| Deloitte | Investcorp | Sun Microsystems | |



3

# Project Newport

## Valuation Materials

### May 23, 2007

## Strictly Private and Confidential

445 Park Avenue
New York, NY 10022-4406
(212) 371-8300

One Post Office Square
Boston, MA 02109
(617) 457-0900

3000 Sand Hill Road, Building 2
Menlo Park, CA 94025
(650) 854-9111

One Ferry Building
San Francisco, CA 94111
(415) 262-4860

*Needham*

# Review of Proposals Received

- **Brocade** – Reiterated interest in continuing to evaluate an acquisition of Newport, but did not submit a price or a valuation range

- **Gores**
  - $1.0 million enterprise value
  - Shareholders receive a dividend in an amount equal to Newport's total cash at closing

- **INX** – No response from Merriman or Jim Long

- **Pomeroy**
  - $22.5 million of cash at closing
  - Plus: $4.3 million promissory note
  - Plus: $6.7 million assumption of Newport debt
  - = $33.5 million "Total Consideration"
  - Less: ($11.4) million Newport cash balance
  - = **$22.2 million Enterprise Value**

- **White Cap** – Pass

- **LSI** – Expressed interest in exploring an acquisition of the services business.

Strictly Private and Confidential

*Needham*

# Comparison of Pomeroy Proposal to Selected Companies

## Multiples Data

*(in thousands, except per share amounts)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bell Microproducts Inc. [1] | $ 194,520 | $ 514,312 | 0.2x | 0.1x | 0.1x | 2.1x | 13.2x | 8.2x | 7.2x |
| Datalink Corporation | 81,506 | 59,478 | 0.4x | 0.3x | 0.3x | 1.5x | 15.4x | 9.9x | 5.7x |
| En Pointe Technologies | 26,033 | 36,546 | 0.1x | NA | NA | 0.9x | 12.8x | NA | NA |
| INX Inc. | 76,443 | 75,541 | 0.4x | 0.4x | 0.3x | 2.2x | 29.5x | 20.2x | 10.3x |
| Pomeroy IT Solutions, Inc. | 122,198 | 108,760 | 0.2x | NA | NA | 1.1x | 10.0x | NA | NA |
| **Mean** | | | **0.3x** | **0.3x** | **0.2x** | **1.6x** | **16.2x** | **12.8x** | **7.7x** |
| **Median** | | | **0.2x** | **0.3x** | **0.3x** | **1.5x** | **13.2x** | **9.9x** | **7.2x** |
| **High** | | | **0.4x** | **0.4x** | **0.3x** | **2.2x** | **29.5x** | **20.2x** | **10.3x** |
| **Low** | | | **0.1x** | **0.1x** | **0.1x** | **0.9x** | **10.0x** | **8.2x** | **5.7x** |
| Newport - At Market Value [2] | $ 27,233 | $ 57,583 [3] | 0.3x | 0.3x | 0.3x | 1.7x | NM | 22.8x | 5.0x |
| Newport - At Proposed Deal Value [2] | $ 26,800 | $ 22,150 | 0.1x | 0.1x | 0.1x | 0.6x | NM | 8.8x | 1.9x |

**Notes:**
Market Statistics reflect closing stock price on May 22, 2007.
Source: Historical financial data reflects issuer SEC filings. Projections are as reported by I/B/E/S.
All financials are net of non-recurring events.
(1) Bell Microproducts is delinquent in its filings with the SEC.
(2) Financial projections underlying multiples represent Newport management forecasts
(3) Includes $35M Series A and Series B preferred stock, $6.7M total debt and $11.4M of cash and equivalents as of April 2007.

Strictly Private and Confidential



# Selected Company Analysis

## Income Statement Data
*(in thousands, except per share amounts)*

| | | | | | | | | | | |
|---|---:|---:|---:|---:|---:|---:|---:|---:|---:|---:|
| **Bell Microproducts Inc. (1)** | $3,400,000 | $4,049,562 | $4,362,375 | 19.1% | 7.7% | NA | $62,565 | $71,778 | NM | 14.7% |
| **Datalink Corporation** | 145,983 | 186,046 | 233,062 | 27.4% | 25.3% | 5,580 | 5,985 | 10,425 | 7.3% | 74.2% |
| **En Pointe Technologies** | 320,665 | NA | NA | NA | NA | 1,551 | NA | NA | NA | NA |
| **INX Inc.** | 156,013 | 188,253 | 222,418 | 20.7% | 18.1% | 1,787 | 3,746 | 7,354 | 109.6% | 96.3% |
| **Pomeroy IT Solutions, Inc.** | 631,632 | NA | NA | NA | NA | 6,169 | NA | NA | NA | NA |
| **Mean** | | | | 22.4% | 17.0% | | | | 58.4% | 61.7% |
| **Median** | | | | 20.7% | 18.1% | | | | 58.4% | 74.2% |
| **High** | | | | 27.4% | 25.3% | | | | 109.6% | 96.3% |
| **Low** | | | | 19.1% | 7.7% | | | | 7.3% | 14.7% |
| **Newport (2)** | $ 172,119 | $ 176,531 | $ 206,824 | 2.6% | 13.8% | $ (5,122) | $ 2,523 | $ 11,573 | NM | 358.6% |

**Notes:**
*Source: Historical financial data reflects issuer SEC filings. Projections are as reported by IBE/S.*
*All financials are net of non-recurring events.*
*(1) Bell Microproducts is delinquent in its filings with the SEC. CY 2006 Revenue disclosed in company press release dated 01/09/2007.*
*(2) Source: Newport management estimates*

 **Strictly Private and Confidential**

# Selected Company Analysis

*($ in thousands)*

## Income Statement Data and Margins Analysis

*(in thousands, except per share amounts)*

| | | | | | |
|---|---:|---:|---:|---:|---:|
| **Bell Microproducts Inc.** [1] | $ 249,386 | $ 39,074 | 7.6% | 1.2% |
| **Datalink Corporation** | 38,830 | 3,866 | 25.4% | 2.5% |
| **En Pointe Technologies** | 42,850 | 2,857 | 13.2% | 0.9% |
| **INX Inc.** | 33,597 | 2,560 | 19.2% | 1.5% |
| **Pomeroy IT Solutions, Inc.** | 94,700 | 10,927 | 15.1% | 1.7% |
| **Mean** | | | 16.1% | 1.6% |
| **Median** | | | 15.1% | 1.5% |
| **High** | | | 25.4% | 2.5% |
| **Low** | | | 7.6% | 0.9% |
| **Newport - At Market Value** | $ 34,367 | $ (4,168) | 20.6% | -2.5% |

**Notes:**
*Source: SEC filings.*
*All financials are net of non-recurring events.*
*(1) Bell Microproducts is delinquent in its filings with the SEC.*

**Neadham**                    **Strictly Private and Confidential**



# Project Newport

## Presentation to the Board of Directors
### May 30, 2007

**Strictly Private and Confidential**

445 Park Avenue
New York, NY 10022-4406
(212) 371-8300

One Post Office Square
Boston, MA 02109
(617) 457-0900

3000 Sand Hill Road, Building 2
Menlo Park, CA 94025
(650) 854-9111

One Ferry Building
San Francisco, CA 94111
(415) 262-4860

Needham

# Table of Contents

Section 1    **Review of Process to Date**

Section 2    **Selected Company Analysis**

Appendix A    **Financial Profiles of Selected Interested Parties**

Strictly Private and Confidential

*Needham*

1



# Review of Process to Date

*Needham*

# Review of the Process to Date

- **January 29th**
  - Needham & Company and Newport team meet to discuss working together

- **February 9th**
  - 2nd Meeting with Newport team to further discuss potential target universe

- **March**
  - Target universe refined
  - Marketing materials and management presentation prepared
  - Needham & Company outreach effort commences
  - 130 parties contacted

- **April / May**
  - Needham & Company outreach effort continues
  - NDAs with interested parties executed
  - Confidential materials distributed to interested parties

- **Preliminary meetings conducted with;**
  - Battery (04/24)                    Gores Group (05/02)
  - Brocade (04/26)                    INX (05/11)
  - Dell (04/25)                       LSI (05/03)
  - Garnett & Helfrich (04/26)         Pomeroy IT Solutions (05/02)
  - Golden Gate Capital (04/27)        White Cap / Bill Decker buyers' group (05/10)

- Indications of interest solicited from interested parties (05/18)

- Followed up with selected entities to re-visit acquisition of selected assets (week of 05/21)

- Active dialogue with Brocade, Dell, Incentra, INX and Pomeroy

*Needham*                    Strictly Private and Confidential

## Status of Outreach Conducted to Date



# Review of Proposals Received

- **Brocade** – Reiterated interest in continuing to evaluate an acquisition of Newport in writing, but did not submit a price or a valuation range

- **Gores**
  - ➤ $1 million enterprise value
  - ➤ Shareholders receive a dividend in an amount equal to Newport's total cash at closing

- **Incentra** – Reiterated interest in purchasing European operations
  - ➤ $20 million of cash at closing
  - ➤ Incentra is currently near announcement for two additional transactions
  - ➤ Can't focus on this transaction until August 2007

- **INX** – Interest in purchasing assets of US operations
  - ➤ $18 million of consideration (up to $5 million of cash and $13 million of INX stock)

- **Pomeroy IT Solutions**
  - ➤ $22.5 million of cash at closing
  - ➤ Plus: $4.3 million promissory note
  - ➤ Plus: $6.7 million assumption of Newport debt
  - ➤ = $33.5 million "Total Consideration"
  - ➤ Treatment of Newport's cash balance or minimum working capital not addressed in proposal

Strictly Private and Confidential

*Needham*

# Who Passed and Why

## Profitability

- Accel Partners
- Affiliated Computer Services (ACS)
- Battery Ventures
- Charys Holding
- Founders Equity, Inc.
- Francisco Partners
- Global Services Partners Acq. Group
- Golden Gate Capital
- HBK Investments
- IBM
- Renaissance Acquisition Corp.
- Skyview Capital
- Summit
- Trident Capital
- Union Street Acq. Corp
- Vector Capital

## Too Subscale

- American Capital Strategies
- Bain Capital
- Carlyle
- Dubin, Clark
- General Atlantic
- Investcorp
- MSD Capital
- Providence Equity
- TA Associates
- Thoma Cressey

Strictly Private and Confidential

*Needham*

# Who Passed and Why

| Strategic | Strategic | Strategic | Strategic |
|---|---|---|---|
| Accenture, Ltd. | Dot Hill Systems | Logicalis | SunGard |
| Acxiom | EDS | LSI Corporation | SYNNEX Corporation |
| Afiniti Ltd. | EMC Corporation | ManTech International | Syntel, Inc. |
| Agilysys, Inc. | En Pointe Technologies | Marathon Acq. Corp | Tech Data Corporation |
| Arrow Electronics, Inc. | Endeavor Acq. Corp | Media & Enter. Holdings | Toshiba |
| ATOS Origin | Forsythe Technology, Inc. | Modis | Vista Equity Partners |
| Avnet, Inc. | Freedom Acquisition Corp | MSI System Integrators | White Cap Private Equity |
| BearingPoint, Inc. | Fujitsu | MTM Technologies, Inc. | Willis Stein |
| Black Box Corp. | FusionStorm-Private | NEC Corp. of America | Wipro |
| BT | Garnett & Helfrich Capital | Network Appliance, Inc. | World Wide Technology, Inc. |
| Bull HN Info. Sys. | GTSI Corporation | Northrop Grumman | Xanser Corporation |
| CA | HCL | Perficient | Xiotech |
| Capgemini | HG Capital | Perot Systems | Xyratex Int'l, Inc. |
| Canitor | Hitachi Consulting | Pilar Data Systems | Zones Inc. |
| CDW | Hitachi Data Systems | Platinum Equity | |
| Churchill Ventures | Honeywell Tech. Solutions | Presidio, Inc. | |
| Cisco | HP | Q-Logic | |
| CSC | Info. Services Group | SAIC | |
| Compuware | InfoSys | Santa Monica Media Corp | |
| Convergys | Ingram Micro, Inc. | Satyam | |
| Covansys | Insight Enterprises | Seagate | |
| Datalink Corporation | Integrated Solutions | Sentinel Capital | |
| Datatec | Itochu Corporation | Siemens Corporation | |
| Deloitte | L-3 Communications | Sirius Computer Solutions | |
| DLT Solutions, Inc. | Lockheed Martin | Sun Microsystems | |



# Selected Company Analysis

Needham

# Comparison of Pomeroy Proposal to Selected Companies

## Multiples Data

*(in thousands, except per share amounts)*

| Company | Market Value | Enterprise Value | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Bell Microproducts Inc. (1) | $ 196,991 | $ 516,783 | 0.2x | 0.1x | 0.1x | 2.1x | 13.2x | 8.3x | 7.2x |
| Datalink Corporation | 82,560 | 60,532 | 0.4x | 0.3x | 0.3x | 1.6x | 15.7x | 10.1x | 5.8x |
| En Pointe Technologies | 25,471 | 35,984 | 0.1x | NA | NA | 0.8x | 12.6x | NA | NA |
| INX Inc. | 75,795 | 74,893 | 0.4x | 0.4x | 0.3x | 2.2x | 29.3x | 20.0x | 10.2x |
| Pomeroy IT Solutions, Inc. | 115,826 | 102,388 | 0.2x | NA | NA | 1.1x | 9.4x | NA | NA |
| **Mean** | | | 0.3x | 0.3x | 0.2x | 1.6x | 16.0x | 12.8x | 7.7x |
| **Median** | | | 0.2x | 0.3x | 0.3x | 1.6x | 13.2x | 10.1x | 7.2x |
| **High** | | | 0.4x | 0.4x | 0.3x | 2.2x | 29.3x | 20.0x | 10.2x |
| **Low** | | | 0.1x | 0.1x | 0.1x | 0.8x | 9.4x | 8.3x | 5.8x |
| Newport - At Market Value (2) | $ 29,186 | $ 45,757 (3) | 0.3x | 0.3x | 0.2x | 1.3x | NM | 18.1x | 4.0x |
| Pomeroy Proposed Deal Value (2) | $ 38,150 | $ 33,500 | 0.2x | 0.2x | 0.2x | 1.0x | NM | 13.3x | 2.9x |
| INX Inc. at Proposed Deal Value (2) | $ 42,650 | $ 38,000 | 0.2x | 0.2x | 0.2x | 1.1x | 15.3x | 13.3x | 3.3x |

**Notes:**
Market Statistics reflect closing stock price on May 29, 2007.
Source: Historical financial data reflects issuer SEC filings. Projections are as reported by IB/E/S.
All financials are net of non-recurring events
(1) Bell Microproducts is delinquent in its filings with the SEC
(2) Financial projections underlying multiples represent Newport management forecasts
(3) Includes $22.2M carrying value of preferred stock as of 12/31/06, as well as $6.7M total debt and $11.4M of cash and equivalents as of April 2007.

Strictly Private and Confidential



## Selected Company Analysis

### Income Statement Data
*(in thousands, except per share amounts)*

| Company | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Bell Microproducts Inc. [1] | $3,400,000 | $4,049,562 | $4,362,375 | 19.1% | 7.7% | NA | $62,565 | $71,778 | NM | 14.7% |
| Datalink Corporation | 145,983 | 186,046 | 233,062 | 27.4% | 25.3% | 5,580 | 5,985 | 10,425 | 7.3% | 74.2% |
| En Pointe Technologies | 320,665 | NA | NA | NA | NA | 1,551 | NA | NA | NA | NA |
| INX Inc. | 156,013 | 188,253 | 222,418 | 20.7% | 18.1% | 1,787 | 3,746 | 7,354 | 109.6% | 96.3% |
| Pomeroy IT Solutions, Inc. | 631,632 | NA | NA | NA | NA | 6,169 | NA | NA | NA | NA |
| **Mean** | | | | 22.4% | 17.0% | | | | 58.4% | 61.7% |
| **Median** | | | | 20.7% | 18.1% | | | | 58.4% | 74.2% |
| **High** | | | | 27.4% | 25.3% | | | | 109.6% | 96.3% |
| **Low** | | | | 19.1% | 7.7% | | | | 7.3% | 14.7% |
| Newport [2] | $172,119 | $176,531 | $200,824 | 2.6% | 13.8% | $(5,122) | $2,523 | $11,573 | NM | 358.6% |

**Notes:**
*Source: Historical financial data reflects issuer SEC filings.  Projections are as reported by I/B/E/S.*
*All financials are net of non-recurring events.*
*(1) Bell Microproducts is delinquent in its filings with the SEC.  CY 2006 Revenue disclosed in company press release dated 01/09/2007.*
*(2) Source: Newport management estimates.  Calendarized forecasts represent the arithmetic distribution of Newport FY figures across the period.*

Strictly Private and Confidential



# Selected Company Analysis

## Income Statement Data and Margins Analysis

*(in thousands, except per share amounts)*

| Company | | | | |
|---|---|---|---|---|
| Bell Microproducts Inc. [1] | $ 249,386 | $ 39,074 | 7.6% | 1.2% |
| Datalink Corporation | 38,830 | 3,866 | 25.4% | 2.5% |
| En Pointe Technologies | 42,850 | 2,857 | 13.2% | 0.9% |
| INX Inc. | 33,597 | 2,560 | 19.2% | 1.5% |
| Pomeroy IT Solutions, Inc. | 94,700 | 10,927 | 15.1% | 1.7% |
| **Mean** | | | **16.1%** | **1.6%** |
| **Median** | | | **15.1%** | **1.5%** |
| **High** | | | **25.4%** | **2.5%** |
| **Low** | | | **7.6%** | **0.9%** |
| Newport | $ 34,367 | $ (4,168) | 20.6% | 2.5% |

**Notes:**
*Source: SEC filings.*
*All financials are net of non-recurring events.*
*(1) Bell Microproducts is delinquent in its filings with the SEC.*

Needham

Strictly Private and Confidential

11



*Appendix A*
**Financial Profiles of Selected Interested Parties**

*Needham*

# Brocade Communications Systems, Inc.

**BROCADE**

## Company Overview

| Status: | Public **BRCD**: NASDAQ Nat'l Market |
| Headquarters: | San Jose, CA |
| Employees: | 1,440. |
| URL: | http://www.brocade.com. |

**Business Description:**

Brocade Communications Systems, Inc. (Brocade) designs, develops, markets, sells, and supports data storage networking and data management solutions. The Brocade family of storage area network (SAN) switches and directors help companies manage business information within a data storage environment, ensure availability of mission critical applications and serve as a platform for corporate data backup and disaster recovery. In addition, the Brocade family of file services solutions extends the ability to manage and optimize application and information resources across the enterprise. In January 2007, Brocade acquired Silverback Systems, Inc., a provider of network acceleration technologies. On March 6, 2006, Brocade completed its acquisition of NuView, Inc., a privately held provider of a family of standards-based enterprise file management products. On January 29, 2007, the Company completed the acquisition of McDATA Corporation.

## Brocade Solutions

- **Brocade SAN** products are the foundation of an intelligent platform that provides the advanced fabric services, enterprise-class security, and open fabric management today's enterprise storage applications require.

- Brocade offers both Fabric OS (FOS) and M-Enterprise OS (M-EOS) platforms that can seamlessly integrate into new or existing SAN environments by using unique interoperability technologies. Direct E_Port connectivity, Fibre Channel routing, and the new Brocade Access Gateway for blade server' SAN switches provide implementation flexibility and ease of use when connecting Brocade FOS and M-EOS platforms.

- **Brocade SAN** solutions include SAN directors, SAN switches, SAN blade server switches, SAN extension and routing products, Application modules and gateways and SAN management software

- **Brocade FAN** solutions solve some of the most difficult IT issues, including storage and server proliferation, timely data backup and restore, and rising management costs.

- FAN solutions include Brocade Wide Area File Services (WAFS), Brocade StorageX, Branch File Manager, Brocade File Lifecycle Manager (FLM), Brocade MyView and Brocade UNCUpdate

## LTM Trading History



**Vol. in Thousands**

## Selected Financial Data

### Pricing
5/29/2007 Price: **$9.22**
52 week range: **$10.58 - $4.91.**
Shares Outstanding (mm): **401.**
Market Value (mm): **$3,695.**
Enterprise Value (mm): **$3,078.**

### Balance Sheet
Cash & Equivalents[1] (mm): **$632**
Total Debt[2] (mm): **$15.**
Shareholder's Equity (mm): **$693.**
Working Capital (mm): **$475.**
Current Ratio: **2.9x**
Debt / EBITDA: **0.2x**

[1] Long-term, liquid securities included in cash.
[2] Preferred stock and minority interest included in debt.

### Trading Data
3-mo. Avg. Vol. (mm): **12.58.**
Float (mm): **400.**

### Growth & Margin Analysis
LTM Sales (mm): **$805.**
LTM Sales Growth: **30.7%**
LTM Operating Margin: **17.0%**
LTM Net Margin: **11.3%.**

### Valuation Multiples
Enterprise Value/LTM Sales: **3.8x**
Enterprise Value/LTM EBIT: **18.2x**
Enterprise Value/LTM EBITDA: **15.2x**
LTM P/E: **0.0x**
Mkt. Value/Book: **5.3x**

## Management Team

| Officer | Title |
|---|---|
| David L. House | Chairman |
| Michael Klayko | Chief Executive Officer |
| Richard Deranleau | Chief Financial Officer |
| Tyler Wall | Vice President |
| Ian Whiting | Vice President |
| Don Jaworski | Vice President |
| Tejinder Grewal | Vice President |
| Neal Dempsey | Director |
| Sanjay Vaswani | Director |
| L. William Krause | Director |
| Robert R. Walker | Director. |
| Glenn C. Jones. | Director. |

*Needham*

Strictly Private and Confidential

13

# Dell Inc.

**DELL™**

## Company Overview

**Status:** Public DELL: NASDAQ Natl Market.
**Headquarters:** Round Rock, TX
**Employees:** 82,200.
**URL:** http://www.dell.com.

**Business Description:**
The Company designs, develops, manufactures, markets, sells and supports a range of computer systems and services that are customized to customer requirements. These include enterprise systems (servers, storage, workstations and networking products), client systems (notebook and desktop computer systems), printing and imaging systems, software and peripherals, and global services. The Company markets and sells its products and services directly to its customers, which include corporate, government, healthcare and education accounts, as well as small-to-medium businesses and individual customers. Dell operates principally in one industry and is managed in three geographic segments: the Americas; Europe, Middle East and Africa (EMEA), and Asia Pacific–Japan (APJ). In May 2006, the Company acquired Alienware Corporation.

## Selected Products

- The Company's products include desktop computer systems and workstations; mobility products, such as notebook computers, mobile workstations, MP3 players, and handhelds; software and peripherals that consist of printers and displays, projectors, peripheral products, software titles, notebook accessories, networking and wireless products, digital cameras, power adapters, scanners, and other products; servers and networking products; and storage devices.

- Dell also provides various services, which comprise assessment, design, and implementation services; deployment services; asset recovery and recycling services; training services; enterprise support services; client support services; and managed lifecycle services.

## LTM Trading History



Price/Volume in U.S. Dollar    28-May-2006 - 29-May-2007

Vol. In Thousands

## Selected Financial Data

**Pricing**
5/29/2007 Price: $26.11.
52 week range: $27.89 - $18.95
Shares Outstanding (mm): 2,272.
Market Value (mm): $59,312.
Enterprise Value (mm): $46,912.

**Balance Sheet**
Cash & Equivalents[1] (mm): $12,500.
Total Debt[2] (mm): $100.
Shareholder's Equity (mm): @NA.
Working Capital (mm): @NA.
Current Ratio: @NA.
Debt / EBITDA: 0.1x

[1] Long-term, liquid securities included in cash.
[2] Preferred stock and minority interest included in debt.

**Trading Data**
3-mo. Avg. Vol. (mm): 20.13.
Float (mm): 2,065.

**Growth & Margin Analysis**
LTM Sales (mm): $57,095.
LTM Sales Growth: 2.1%.
LTM Operating Margin: 11.0%.
LTM Net Margin: 4.6%.

**Valuation Multiples**
Enterprise Value/LTM Sales: 0.8x
Enterprise Value/LTM EBIT: 13.6x
Enterprise Value/LTM EBITDA: 13.6x
LTM P/E: 0.0x
Mkt. Value/Book: @NA

## Management Team

| Officer | Title |
| --- | --- |
| Michael S. Dell | Chairman |
| Donald J. Carty | Vice Chairman |
| Junling Liu | Corporate Executive |
| Amit Midha | Corporate Executive |
| Lawrence P. Tu | Senior Vice President |
| Paul D. McKinnon | Senior Vice President |
| Paul D. Bell | Senior Vice President |
| Rosendo G. Parra | Senior Vice President |
| Jeffrey W. Clarke | Senior Vice President |
| John S. Hamlin | Senior Vice President |

# Pomeroy IT Solutions, Inc.

**pomeroy** *IT Solutions*

## Company Overview

| | |
|---|---|
| Status: | Public. **PMRY**: NASDAQ Natl Market |
| Headquarters: | Hebron, KY. |
| Employees: | 2,212 |
| URL: | http://www.pomeroy.com |

**Business Description:**

The Company is an IT solutions provider with a portfolio of consulting, infrastructure and lifecycle services. It delivers IT services to enterprise clients, SMB and government entities. It offers services, such as IT Outsourcing and Out-tasking, SCM, Consulting and Systems Integration and Program and Resource Management. It's markets include the Fortune 1000, SMB, Public Sector and vendor alliance customers. These customers fall into government and education, financial services, health care and other sectors. Pomeroy's clients are located throughout the United States, Midwest, Southeast and Northeast.

## Selected Products

**Enterprise Consulting:**

- Application Development
- BPO, ERP and CRM
- E-Business
- Business Intelligence
- IT Outsourcing

**Infrastructure Solutions:**

- High Performance File Servers
- Voice, Video, Data & Network Integration
- Storage Strategies
- Security Solutions
- Thin Client
- Managed Services

**Lifecycle Services:**

- Strategic Sourcing
- Integration & Distribution Logistics
- Implementation Services
- Technical Support Services
- DoD Drive Wiping Services
- Technology Disposition

## LTM Trading History



Price/Volume in U.S. Dollar    26-May-2006 – 29-May-2007

Vol. in Thousands

## Selected Financial Data

**Pricing**
5/29/2007, Price: $9.38.
52 week range: $9.96 - $6.76.
Shares Outstanding (mm): .12
Market Value (mm): $116.
Enterprise Value (mm): $103

**Balance Sheet**
Cash & Equivalents[1] (mm): $15.
Total Debt[2] (mm): $0.
Shareholder's Equity (mm): $207.
Working Capital (mm): $93.
Current Ratio: 2.0x
Debt / EBITDA: 0.0x

[1] Long-term, liquid securities included in cash.
[2] Preferred stock and minority interest included in debt.

**Trading Data**
3-mo. Avg. Vol. (mm): 0.02
Float (mm): .11.

**Growth & Margin Analysis**
LTM Sales (mm): $629
LTM Sales Growth: NM.
LTM Operating Margin: 1.7%
LTM Net Margin: 0.7%.

**Valuation Multiples**
Enterprise Value/LTM Sales: 0.2x
Enterprise Value/LTM EBIT: 9.4x
Enterprise Value/LTM EBITDA: 6.5x
LTM P/E: 19.0x
Mkt. Value/Book: 0.6x

## Management Team

| Officer | Title |
|---|---|
| David B. Pomeroy | Non-Executive Chairman |
| Stephen E. Pomeroy | President |
| Kevin G. Gregory | Chief Financial Officer |
| Kenneth R. Waters | Lead Director |
| William H. Lomicka | Director |
| Vincent D. Rinaldi | Director |
| Debra E. Tibey | Director |
| Ronald E. Krieg | Director. |

*Needham*

Strictly Private and Confidential

15



# INX Inc.

## ◆◆ INX ◆
### Business Ready Networks

## Company Overview

**Status:** Public **INX:** NASDAQ Natl Market
**Headquarters:** Houston, TX
**Employees:** 287.
**URL:** http://www.inxi.com

**Business Description:**
The Company is a provider of IP communications solutions for enterprise-class organizations, such as corporations, schools and federal, state and local governmental agencies in the United States. The Company provides solutions based primarily on Cisco Systems, Inc. (Cisco) technology and provides its customers with implementation and support services. The IP communications solutions the Company offers are based primarily on the products and technology of Cisco. These solutions include design, implementation and support of local area network (LAN)/wide area network (WAN) routing and switching, IP telephony, voice over Internet protocol (VoIP), network security, network storage and wireless networks. It offers a suite of technology solutions that support the entire life cycle of IP communications. The Company designs, implements and supports IP telephony infrastructure with an emphasis on the call flow, messaging and enablement layers.

## Solutions

- Business Ready Networks
  - Converged Infrastructure (Voice, Unified Messaging)
  - Pervasive Services (Security, Data Management, Wireless, IP Communications and Collaboration)
  - Application Services (Architectures, SONA/SOA, AON)
- Enabling Technologies
  - Routing and Switching
  - IP Telephony/Unified Communications (IP Voice, IP Video, Unified Communications, Contact Center
  - Wireless/Mobility
  - Security
  - Storage/Data Management
- Lifecycle Solutions
  - Assessment
  - Planning and Design
  - Implementation
  - Training
  - Support (Branded Cisco ROS Support, NetSurant, SureVoice, SureLock)

## LTM Trading History

*Price/Volume in U.S. Dollar*     26-May-2006 - 29-May-2007

Vol. in Thousands

(chart: Share Price vs Volume, dates 5/26/06, 8/7/06, 10/20/06, 1/2/07, 3/16/07, 5/30/07)

## Selected Financial Data

**Pricing**
5/29/2007, Price: $9.76.
52 week range: $12.43 - $5.01.
Shares Outstanding (mm): 7.
Market Value (mm): $76
Enterprise Value (mm): $75

**Balance Sheet**
Cash & Equivalents[1] (mm): $2.
Total Debt[2] (mm): $1.
Shareholder's Equity (mm): $23.
Working Capital (mm): $8.
Current Ratio: 1.2x
Debt / EBITDA: 1.5x

[1] *Long-term, liquid securities included in cash.*
[2] *Preferred stock and minority interest included in debt.*

**Trading Data**
3-mo. Avg. Vol. (mm): .0.04.
Float (mm): 5.

**Growth & Margin Analysis**
LTM Sales (mm): $175.
LTM Sales Growth: 45.4%
LTM Operating Margin: 1.5%
LTM Net Margin: 1.3%.

**Valuation Multiples**
Enterprise Value/LTM Sales: 0.4x
Enterprise Value/LTM EBIT: 29.3x
Enterprise Value/LTM EBITDA: 17.1x
LTM P/E: 28.6x
Mkt. Value/Book: 2.8x

## Management Team

| Officer | Title |
| --- | --- |
| James H. Long | Chairman |
| Mark T. Hilz | President |
| Brian Fontana | Chief Financial Officer |
| Paul Klotz | Vice President - Operations |
| Mark Wilhelm | Vice President |
| Larry Lawhorn | Chief Accounting Officer |
| Donald R. Chadwick | Director |
| John B. Cartwright | Director |
| Cary M. Grossman | Director. |

Strictly Private and Confidential

**Needham**



# Incentra Solutions, Inc.

## INCENTRA
### SOLUTIONS, INC.

## Company Overview

| | |
|---|---|
| **Status:** | Public **ICNS:** OTC. |
| **Headquarters:** | Boulder, CO. |
| **Employees:** | 195 |
| **URL:** | http://www.incentrasolutions.com |

**Business Description:**

Incentra Solutions, Inc., formerly Front Porch Digital, Inc., is a provider of solutions for the data protection needs of an enterprise. The Company supplies a range of storage products and storage management services to broadcasters, enterprises and information technology (IT) service providers worldwide. It markets its products and services to broadcasters under the trade name Front Porch Digital, and to service providers and enterprise clients under the trade names Incentra Solutions of Colorado, ManagedStorage International (MSI), Incentra Solutions of California (Incentra of CA) and PWI Technologies (PWI). Through MSI, Incentra of CA and PWI, the Company provides IT solutions for enterprise and service provider clients, including engineering, hardware and software procurement, maintenance support services and remote storage operations services. On September 12, 2006, the Company acquired Tacitx, Inc. In April 2006, the Company acquired NST, Inc.

## Selected Products

- **Professional Services** - Professional services that help companies assess current infrastructure, design new systems, implement simple or complex solutions, and ultimately operate their data infrastructures.

- **Replication Services** - Whatever your replication requirement, we have a solution that's right for you. Incentra delivers host- based storage technologies, array-based replication, appliance- based, commonality factoring, and continuous data protection solutions.

- **GridWorks OSS** - The GridWorks OSS storage operations support systems allows real-time monitoring and management of storage infrastructures, and helps deliver services through its unique functionality.

- **Enterprise Solutions** - Incentra's Enterprise Solutions feature storage, security, server and networking products, along with professional services, procurement and resale, financing solutions, remote monitoring/management services and first call support.

- **Services & Solutions** - Storage, security, or servers - Incentra will help you develop a cohesive answer that works for your business needs and managed 24x7 by our Storage NOC.

- **Storage Consolidation** - Incentra can help you consolidate your storage infrastructure and reduce expenditures while achieving a higher utilization of your storage assets.

## LTM Trading History



Vol. In Thousands

Price/Volume in U.S. Dollar    26-May-2006 - 29-May-2007

## Selected Financial Data

**Pricing**
5/29/2007. Price: $0.90.
52 week range: $1.45 - $0.85.
Shares Outstanding (mm): 13.
Market Value (mm): $12.
Enterprise Value (mm): $47.

**Balance Sheet**
Cash & Equivalents[1] (mm): $1.
Total Debt[2] (mm): $37.
Shareholder's Equity (mm): $15.
Working Capital (mm): NM.
Current Ratio: 0.7x
Debt / EBITDA: NM.

*[1] Long-term, liquid securities included in cash.*
*[2] Preferred stock and minority interest included in debt.*

**Trading Data**
3-mo. Avg. Vol. (mm): 0.01.
Float (mm): 13.

**Growth & Margin Analysis**
LTM Sales (mm): $67.
LTM Sales Growth: 75.7%
LTM Operating Margin: NM
LTM Net Margin: NM.

**Valuation Multiples**
Enterprise Value/LTM Sales: 0.7x
Enterprise Value/LTM EBIT: NM.
Enterprise Value/LTM EBITDA: NM.
LTM P/E: 0.0x
Mkt. Value/Book: 0.8x

## Management Team

| Officer | Title |
|---|---|
| Thomas P. Sweeney | Chairman |
| Shawn O'Grady | President |
| Anthony DiPaolo | Chief Financial Officer |
| Matthew Richman | Senior Vice President |
| Robert S. Kocol | Director |
| James Wolfinger | Director |
| Carmen J. Scarpa | Director |
| Thomas G. Hudson | Director |
| David E. Weiss | Director. |





# Project Newport

## Presentation to the Special Committee of the Board of Newport

### July 9, 2007

**Strictly Private and Confidential**

445 Park Avenue
New York, NY 10022-4406
(212) 371-8300

One Post Office Square
Boston, MA 02109
(617) 457-0900

3000 Sand Hill Road, Building 2
Menlo Park, CA 94025
(650) 854-9111

One Ferry Building
San Francisco, CA 94111
(415) 262-4860

*Needham*

# Table of Contents

Section 1    **Comparison of Proposals Received**

Section 2    **Selected Company Analysis**

Appendix A    **Review of the Process to Date**

Strictly Private and Confidential



# Comparison of Proposals Received

Needham

# Review of Proposals Received

<u>Current</u>

- **"Bravo" / "Inverness"**
  - ⋀ Bravo acquires European operations at a $10-12M enterprise value, 100% cash deal
  - ⋀ Inverness acquires remaining corporate entity in parallel at a $19M enterprise value, 100% stock deal
  - ⋀ Inverness also pays cash consideration in an amount equal to cash proceeds from Europe sale

- **"FireFox"**
  - ⋀ Proposed reverse merger with Newport
  - ⋀ 20% Newport / 80% Firefox pro forma ownership



<u>Legacy</u>

- **Gores**
  - $1 million enterprise value
  - Shareholders receive a dividend in an amount equal to Newport's total cash at closing

- **Incentra**
  - $20 million of cash at closing to European business
  - Incentra is currently in an announced period for one additional transaction
  - Can't focus on this transaction until end of August 2007

- **Pomeroy IT Solutions**
  - $22.5 million of cash at closing
  - Plus $4.5 million or assumed debt
  - Plus $6.7 million assumption of Newport debt
  - $33.5 million total consideration
  - Treatment of Newport's cash balance or minimum working capital not addressed in proposal

*Inverness / Newport*
## Business Combination Assumptions

- Acquirer                                                    "Inverness"

- Target                                                      "Newport"

- Proposed Transaction Structure:
  - Inverness to acquire Newport in a cash and stock transaction valued at $35.7 million
  - Transaction would occur contemporaneously with the sale of Europe to "Bravo"
  - $21.0 million, payable in Inverness common stock at closing (53%)
  - $14.7 million, payable in cash at closing (47%)

- Newport Stated Purchase Price:                             $21.0M

- Less Minimum Net Cash Requirement:                        (2.0)M

- Plus Net Cash on Hand at Closing:                          16.7M

- **Implied Total Purchase Price:**                         **$35.7M**

- Plus: Total Debt                                           6.7M

- Less: Total Cash                                           (23.4)M

- **Implied Enterprise Value:**                             **$19.0M**

- Transaction Expenses (Legal and Other):                   $1 million

- Annual Amortization Expense:                              $0.4 million
  - % of goodwill assigned to intangibles:                 25%
  - Intangible asset amortization period:                  10 years
  - Transaction expense amortization period:               7 years

- Pre-Tax Synergies:                                        $4.0 million

- Interest Rate on Cash:                                    4.5%

Needham                         Strictly Private and Confidential

4

## Inverness / Newport
## 2007 Pro Forma Income Statement – $4M of Synergies

($ in Thousands)

Fiscal Year Ending December 31, 2007E (1)

| | Full-Year Inverness (2) | Full-Year Newport (3) | Merger Adjustments (3) | Pro Forma |
|---|---|---|---|---|
| Revenues | $ 192,362 | $ 158,216 | $ - | $ 350,577 |
| Cost of sales | (153,953) | (123,893) | - | (277,846) |
| Gross profit | 38,409 | 34,322 | | 72,731 |
| S,G&A | (34,664) | (40,395) | 4,000 | (71,058) |
| R&D | - | - | | - |
| Amortization and other expenses | - | - | (398) | (398) |
| Total operating expenses (4)(5) | (34,664) | (40,395) | 3,602 | (71,456) |
| EBIT | 3,745 | (6,073) | 3,602 | 1,275 |
| Interest and other income (expense) | (99) | (104) | (45) | (248) |
| EBT | 3,646 | (6,176) | 3,557 | 1,027 |
| Income taxes | (7) | 38 | (31) | - |
| GAAP Net income (loss) | $ 3,639 | $ (6,138) | $ 3,526 | $ 1,027 |
| Diluted GAAP EPS | $ 0.47 | $ (3,627) | | $ 0.11 |
| Shares outstanding | 7,800 | | | 9,769 |
| GAAP Accretion / (Dilution) % | | | | -77.5% |
| GAAP Accretion / (Dilution) $ | | | | $ (0.36) |
| | | | | |
| GAAP Net income (loss) | $ 3,639 | $ (6,138) | $ 3,526 | $ 1,027 |
| Add-back: Non-GAAP Items | | 3,627 | 398 | 4,025 |
| Non-GAAP Net income (loss) | $ 3,639 | $ (2,511) | $ 3,924 | $ 5,052 |
| | | | | |
| Diluted Non-GAAP EPS | $ 0.47 | | | $ 0.52 |
| Shares outstanding | 7,800 | | | 9,769 |
| | | | | |
| Non-GAAP Accretion / (Dilution) % | | | | 10.8% |
| Non-GAAP Accretion / (Dilution) $ | | | | $ 0.05 |
| | | | | |
| EBIT | $ 3,745 | $ (6,073) | $ 3,602 | $ 1,275 |
| Depreciation & amortization | 1,301 | 1,000 | 398 | 2,698 |
| EBITDA | $ 5,046 | $ (5,073) | $ 4,000 | $ 3,973 (6) |

Notes:
(1) Assumes the transaction closes December 31, 2006, to demonstrate full-year impact to FY 2007 EPS.
(2) Reflects Inverness management estimates
(3) Reflects Newport management estimates and actual performance
(4) Assumes $2.5 million in intangible assets and $1.0 of transaction expenses to be amortized over 10 and 7 years, respectively.
(5) Assumes $4.0 million in annual synergies.
(6) Reflects $1.5 million annual limitation on NOL use per Section 382 limitations.

Strictly Private and Confidential



5

## Inverness / Newport
## 2007 Pro Forma Balance Sheet

($ in Thousands)

| | 3/31/2007 Inverness (1) | 4/7/2007 Newport (1) | Europe Txn. (1) Adjustments | Merger Adjustments | Pro Forma |
|---|---|---|---|---|---|
| **Assets:** | | | | | |
| Cash & equivalents | $ 1,915 | $ 11,447 | $ 12,000 | $ (17,753) | $ 7,609 |
| Accounts receivable | 39,248 | 31,229 | (15,606) | - | 54,871 |
| Inventories | 1,989 | 2,718 | (938) | - | 3,769 |
| Other | 1,818 | 7,896 | (5,693) | - | 4,021 |
| Total current assets | 44,970 | 53,290 | (10,237) | (17,753) | 70,270 |
| PP&E, net | 4,108 | 710 | (103) | - | 4,715 |
| Other | - | 430 | (55) | - | 375 |
| Goodwill & intangibles | 11,674 | 16,122 | - | 33,276 | 61,072 |
| Total assets | $ 60,752 | $ 70,553 | $ (10,395) | $ 15,522 | $ 136,432 |
| | | | | | |
| **Liabilities:** | | | | | |
| Accounts payable | $ 30,193 | $ 22,376 | $ (10,322) | $ - | $ 42,247 |
| Accrued expenses and liabilities | 4,694 | 10,381 | (5,757) | - | 9,318 |
| Current portion of long term debt | 1,013 | 5,825 | - | - | 6,838 |
| Other current liabilities | 1,284 | 14,697 | (10,300) | - | 5,682 |
| Total current liabilities | 37,184 | 53,279 | (26,379) | - | 64,084 |
| Long term debt | - | 869 | - | - | 869 |
| Deferred income taxes | - | - | - | - | - |
| Other liabilities / minority interest | 145 | 8,991 | (2,156) | - | 6,980 |
| Preferred Stock | - | 22,076 | - | (22,076) | - |
| Stockholders' equity | 23,423 | (14,662) | 18,140 | 37,599 | 64,499 |
| Total liabilities and stockholders' equity | $ 60,752 | $ 70,553 | $ (10,395) | $ 15,522 | $ 136,432 |
| | | | | | |
| Working capital | $ 7,786 | $ 11 | $ 16,142 | $ (17,753) | $ 6,186 |

Notes:
(1) Reflects Company filings with the SEC.

Needham

Strictly Private and Confidential

6

## Inverness / Newport
## Inverness Projected and Historical Financial Performance[1]

($ in Thousands)

| | Calendar Year Ending December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2003A | 2004A | 2005A | 2006A | 2007E |
| Total revenue | $ 43,595 | $ 71,487 | $ 107,319 | $ 156,013 | $ 192,362 |
| Cost of revenue | (36,656) | (58,546) | (88,743) | (125,516) | (153,953) |
| Gross profit | 6,939 | 12,941 | 18,576 | 30,497 | 38,409 |
| S,G&A | (7,210) | (11,268) | (22,759) | (28,710) | (34,664) |
| Research & development | - | - | - | - | - |
| Total operating expenses | (7,210) | (11,268) | (22,759) | (28,710) | (34,664) |
| EBIT | (271) | 1,673 | (4,183) | 1,787 | 3,745 |
| Interest income (expense) | 124 | (205) | (297) | (273) | (99) |
| Other income (expense) | - | 109 | 61 | 41 | - |
| EBT | (147) | 1,577 | (4,419) | 1,555 | 3,646 |
| Income taxes | - | (350) | (475) | (44) | (7) |
| Net income (loss) | $ (147) | $ 1,227 | $ (4,894) | $ 1,511 | $ 3,639 |
| Net income (loss) per share | $ (0.04) | $ 0.25 | $ (0.86) | $ 0.21 | $ 0.47 |
| Weighted average shares outstanding | 3,691 | 5,004 | 5,706 | 7,294 | 7,800 |
| EBIT | $ (271) | $ 1,673 | $ (4,183) | $ 1,787 | $ 3,745 |
| Depreciation & amortization | 477 | 661 | 949 | 1,178 | 1,301 |
| EBITDA | $ 206 | $ 2,334 | $ (3,234) | $ 2,965 | $ 5,046 |

| | Calendar Year Ending December 31, | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2003A | 2004A | 2005A | 2006A | 2007E |
| Revenue Growth | 57.3% | 64.0% | 50.1% | 45.4% | 23.3% |
| Gross Profit | 15.9% | 18.1% | 17.3% | 19.5% | 20.0% |
| S,G&A | 16.5% | 15.8% | 21.2% | 18.4% | 18.0% |
| Research & Development | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total operating expenses | 16.5% | 15.8% | 21.2% | 18.4% | 18.0% |
| EBIT | -0.6% | 2.3% | -3.9% | 1.1% | 1.9% |
| EBITDA | 0.5% | 3.3% | -3.0% | 1.9% | 2.6% |
| Net income | -0.3% | 1.7% | -4.6% | 1.0% | 1.9% |

Notes:
(1) Source: Company filings as reported with the SEC and Inverness management estimates. All financials exclude the impact of non-recurring and extraordinary items.

Strictly Private and Confidential

Needham

*FireFox / Newport*
## Business Combination Assumptions

- Acquirer     "FireFox"
- Target     "Newport"

- Proposed Transaction Structure:
  - FireFox acquires Newport through a reverse merger
  - Newport issues equity to FireFox such that FireFox shareholders control 80% of the outstanding voting securities of the resulting entity post-closing

- Pro Forma Ownership Split:
  - FireFox     80%
  - Newport     20%
- Newport Fully-Diluted Public Market Value:     $19.2M[(1)]
- **Implied Pro Forma Equity Value:**     **$96.0M**
- **Implied FireFox Equity Value:**     **$76.9M**

- Transaction Expenses (Legal and Other):     $1 million
- Annual Amortization Expense:     $0.5 million
  - % of goodwill assigned to intangibles:     25%
  - Intangible asset amortization period:     10 years
  - Transaction expense amortization period:     7 years
- Pre-Tax Synergies:     $4 million
- Interest Rate on Cash:     4.5%

**Notes:**
(1) Reflects 62.0 million fully diluted shares of common stock.  *Source: Newport management*

Strictly Private and Confidential



8

*FireFox / Newport*

## Newport Ownership Summary

(as of April 7, 2007)

| Common Stock | | % of Total |
|---|---|---|
| Canopy Group | 14,463,285 | 23.3% |
| Directors and Officers[1] | 1,316,905 | 2.1% |
| Other | 23,134,968 | 37.3% |
| **Total Common Stock Outstanding as of April 7, 2007** | **38,915,158** | |
| | | |
| **Preferred Stock** | | |
| | | |
| Series A Initial Investment | $15,000,000 | |
| Series B Initial Investment | $20,000,000 | |
| | | |
| Series A Conversion Price | $2.0650 | |
| Series B Conversion Price | $1.2642 | |
| | | |
| Series A As-converted | 7,263,898 | 11.7% |
| Series B As-converted | 15,820,282 | 25.5% |
| **Total Series A and Series B As-Converted** | **23,084,179** | |
| | | |
| **Total in-the-money Options and Warrants[2]** | - | 0.0% |

Notes:
Source: Newport management and company filings with the SEC. Excludes all out-of-the-money options and warrants
(1) Includes Atkins, Begley, Cristiani, Smith, Raimondi, Ateyeh, KC, Ganio, Kerley and Poteracki. Does not include any shares held by Canopy, Advent or EMC, or any of its representatives.
(2) Based on Friday's closing price of $0.31

Strictly Private and Confidential



## FireFox / Newport
### 2007 Pro Forma Income Statement – $4 million, 20% Newport Ownership

($ in Thousands)

| | Fiscal Year Ending December 31, 2007E (1) | | | |
| --- | --- | --- | --- | --- |
| | Full-Year Newport (2) | Full-Year FireFox (3) | Merger Adjustments | Pro Forma |
| Revenues | $ 158,216 | $ 377,636 | $ — | $ 535,852 |
| Cost of sales | (123,893) | (321,520) | — | (445,413) |
| Gross profit | 34,322 | 56,117 | — | 90,439 |
| S,G&A | (40,395) | (43,730) | 4,000 | (80,125) |
| R&D | — | (480) | — | (934) |
| Amortization and other expenses (4)(6) | — | — | (454) | |
| Total operating expenses (4)(6) | (40,395) | (44,210) | 3,546 | (81,058) |
| EBIT | (6,073) | 11,907 | 3,546 | 9,381 |
| Interest and other income (expense) | (104) | (9,173) | (45) | (9,322) |
| EBT | (6,176) | 2,734 | 3,501 | 59 |
| Income taxes | 38 | (3,096) | 3,058 (6) | — |
| GAAP Net income (loss) | $ (6,138) | $ (362) | $ 6,559 | $ 59 |
| Diluted GAAP EPS | $ (0.10) | | | $ 0.00 |
| Shares outstanding | 61,999 | | 247,997 | 309,997 |
| GAAP Accretion / (Dilution) % | | | | NM |
| GAAP Accretion / (Dilution) $ | | | | $ 0.10 |
| GAAP Net income (loss) | $ (6,138) | $ (362) | $ 6,559 | $ 59 |
| Add-back: Non-GAAP Items | 3,627 | 480 | 454 | 4,561 |
| Non-GAAP Net income (loss) | $ (2,511) | $ 118 | $ 7,013 | $ 4,620 |
| Diluted Non-GAAP EPS | $ (0.04) | | | $ 0.01 |
| Shares outstanding | 61,999 | | | 309,997 |
| Non-GAAP Accretion / (Dilution) % | | | | NM |
| Non-GAAP Accretion / (Dilution) $ | | | | $ 0.06 |
| EBIT | $ (6,073) | $ 11,907 | $ 3,546 | $ 9,381 |
| Depreciation & amortization | 1,000 | 480 | 454 | 1,934 |
| EBITDA | $ (5,073) | $ 12,387 | $ 4,000 | $ 11,314 |

Notes:
(1) Assumes the transaction closes December 31, 2006, to demonstrate full-year impact to FY2007 EPS.
(2) Reflects Newport management estimates and actual performance
(3) Reflects FireFox management estimates
(4) Assumes $3.8 million in intangible assets and $1.0 of transaction expenses to be amortized over 10 and 7 years, respectively.
(5) Assumes $4.0 million in annual synergies.
(6) Pro Forma entity would not be subject to any annual Section 382 limitation on NOL utilization.

Strictly Private and Confidential



10

# FireFox / Newport
## 2007 Pro Forma Balance Sheet

*($ in Thousands)*

| | 4/7/2007 Newport (1) | 12/31/2006 FireFox (1) | Merger Adjustments (2) | Pro Forma |
|---|---|---|---|---|
| **Assets:** | | | | |
| Cash & equivalents | $ 11,447 | $ 1,038 | $ (1,000) | $ 11,485 |
| Accounts receivable | 31,229 | 64,119 | - | 95,348 |
| Inventories | 2,718 | 299 | - | 3,017 |
| Other | 7,896 | 3,447 | - | 11,343 |
| Total current assets | 53,290 | 68,902 | (1,000) | 121,192 |
| PP&E, net | 710 | 1,402 | - | 2,112 |
| Other | 430 | 380 | - | 810 |
| Goodwill & intangibles | 16,122 | 26,489 | 12,806 | 55,417 |
| Total assets | $ 70,553 | $ 97,172 | $ 11,806 | $ 179,531 |
| **Liabilities:** | | | | |
| Accounts payable | $ 22,376 | $ 52,699 | $ - | $ 75,075 |
| Accrued expenses and liabilities | 10,381 | 4,163 | - | 14,544 |
| Current portion of long term debt | 5,825 | 4,076 | - | 9,901 |
| Other current liabilities | 14,697 | 11,699 | - | 26,396 |
| Total current liabilities | 53,279 | 72,637 | - | 125,916 |
| Long term debt | 869 | 23,010 | - | 23,879 |
| Deferred income taxes | - | 1,116 | - | 1,116 |
| Other liabilities / minority interest | 8,991 | - | - | 8,991 |
| Preferred Stock | 22,076 | - | (22,076) | - |
| Stockholders' equity | (14,662) | 409 | 33,882 | 19,628 |
| Total liabilities and stockholders' equity | $ 70,553 | $ 97,172 | $ 11,806 | $ 179,531 |
| | | | | |
| Working capital | $ 11 | $ (3,735) | $ (1,000) | $ (4,724) |

**Notes:**
(1) Reflects Company filings with the SEC.
(2) Reflects FireFox balance sheet as provided by FireFox management.

Strictly Private and Confidential


Needham

## FireFox / Newport
## FireFox Projected and Historical Financial Performance

($ in Thousands)

| | Calendar Year Ending December 31, | | |
| --- | --- | --- | --- |
| | 2005A | 2006A | 2007E |
| Total revenue | $ 131,084 | $ 253,269 | $ 377,636 |
| Cost of revenue | (109,571) | (213,630) | (321,520) |
| Gross profit | 21,513 | 39,639 | 56,117 |
| S,G&A | (17,626) | (32,081) | (44,210) |
| Research & development | | | |
| Total operating expenses | (17,626) | (32,081) | (44,210) |
| EBIT | 3,887 | 7,558 | 11,907 |
| Interest income (expense) | (532) | (1,842) | (6,873) |
| Other income (expense) | (623) | (695) | (2,300) |
| EBT | 2,731 | 5,022 | 2,734 |
| Income taxes | (660) | (2,234) | (3,096) |
| Net income (loss) | $ 2,072 | $ 2,788 | $ (362) |
| EBIT | $ 3,887 | $ 7,558 | $ 11,907 |
| Depreciation & amortization | 274 | 1,103 | 480 |
| EBITDA | $ 4,161 | $ 8,661 | $ 12,387 |

| | 2005A | 2006A | 2007E |
| --- | --- | --- | --- |
| Revenue Growth | NA | 93.2% | 49.1% |
| Gross Profit | 16.4% | 15.7% | 14.9% |
| S,G&A | 13.4% | 12.7% | 11.7% |
| Research & Development | 0.0% | 0.0% | 0.0% |
| Total operating expenses | 13.4% | 12.7% | 11.7% |
| EBIT | 3.0% | 3.0% | 3.2% |
| EBITDA | 3.2% | 3.4% | 3.3% |
| Net income | 1.6% | 1.1% | -0.1% |

*Source: Firefox management estimates and actual financial performance.*

Strictly Private and Confidential



12

*FireFox / Newport*

## FireFox Projected and Historical Financial Performance

*($ in Thousands)*

| | | as of December 31, | | | | |
|---|---|---|---|---|---|---|
| | | 2004A | | 2005A | | 2006A |
| **Assets:** | | | | | | |
| Cash and equivalents | $ | 950 | $ 157 | | $ | 1,038 |
| Accounts receivable | | 14,277 | 23,502 | | | 64,119 |
| Other current assets | | 3,063 | 8,337 | | | 3,746 |
| **Total current assets** | | 18,290 | 31,996 | | | 68,902 |
| Property & equipment | | 506 | 695 | | | 1,402 |
| Goodwill & intangibles | | 12,728 | 15,031 | | | 26,489 |
| Other assets | | 1,827 | 82 | | | 380 |
| **Total assets** | $ | 33,351 | $ 47,804 | | $ | 97,172 |
| **Liabilities and Shareholders' Equity** | | | | | | |
| Accounts payable | $ | 13,938 | $ 22,501 | | $ | 52,699 |
| Current maturities of long-term debt | | 2,843 | 2,543 | | | 4,076 |
| Other current liabilities | | 5,463 | 11,324 | | | 15,862 |
| **Total current liabilities** | | 22,244 | 36,368 | | | 72,637 |
| Long-term debt, net of current | | 14,559 | 12,816 | | | 23,010 |
| Other liabilities | | – | – | | | 1,116 |
| **Total liabilities** | | 36,804 | 49,184 | | | 96,764 |
| **Total shareholders' equity** | | (3,453) | (1,381) | | | 409 |
| **Total liabilities and shareholders' equity** | $ | 33,351 | $ 47,804 | | $ | 97,172 |

*Source: FireFox actual financial performance as provided by FireFox management.*

Strictly Private and Confidential



13

## Selected Company Analysis

# Newport Projected and Historical Financial Performance(1)

($ in Thousands)

|  | Fiscal Year Ending April, | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 2002A | 2003A | 2004A | 2005A | 2006A | 2007A | 2008E |
| Total revenue | $ 117,918 | $ 82,386 | $ 83,165 | $ 132,613 | $ 155,043 | $ 165,958 | $ 165,952 |
| Cost of revenue | (86,217) | (60,588) | (61,359) | (107,094) | (124,088) | (132,977) | (132,712) |
| Gross profit | 31,701 | 21,798 | 21,806 | 25,519 | 30,955 | 32,981 | 33,240 |
| S,G&A | (43,211) | (27,754) | (28,935) | (39,078) | (37,091) | (43,797) | (40,386) |
| Research & development | (12,742) | (5,238) | (776) |  |  |  |  |
| Total operating expenses | (55,953) | (32,992) | (29,711) | (39,078) | (37,091) | (43,797) | (40,386) |
| EBIT | (24,252) | (11,194) | (7,905) | (13,559) | (6,136) | (10,816) | (7,146) |
| Interest other income (expense) | 4,182 | 1,008 | 631 | (500) | (104) | (625) |  |
| EBT | (20,070) | (10,186) | (7,274) | (14,059) | (6,240) | (11,441) |  |
| Income taxes | (24,598) | (205) | 3,168 | (22) | (51) | (32) |  |
| Net income (loss) | $ (44,668) | $ (10,391) | $ (4,106) | $ (14,081) | $ (6,291) | $ (11,473) |  |
| Amortization of preferred stock discount |  |  |  | (880) | (1,970) |  |  |
| Dividend on preferred stock |  |  |  | (953) | (1,939) |  |  |
| Net loss applicable to common shareholders | $ (44,668) | $ (10,391) | $ (4,106) | $ (15,914) | $ (10,200) |  |  |
| Net loss per share | $ (1.37) | $ (0.32) | $ (0.12) | $ (0.46) | $ (0.29) |  |  |
| Weighted average shares outstanding | 32,548 | 32,852 | 33,482 | 34,476 | 35,541 |  |  |
| | | | | | | | |
| EBIT | $ (24,252) | $ (11,194) | $ (7,905) | $ (13,559) | $ (6,136) | $ (10,816) | $ (7,146) |
| Depreciation & amortization | 6,798 | 3,460 | 1,419 | 1,282 | 487 | 1,000 [2] | 1,000 [2] |
| EBITDA | $ (17,454) | $ (7,734) | $ (6,486) | $ (12,277) | $ (5,649) | $ (9,816) | $ (6,146) [2] |

|  | Fiscal Year Ending April, | | | | | | |
|---|---|---|---|---|---|---|---|
|  | 2002A | 2003A | 2004A | 2005A | 2006A | 2007A | 2008E |
| Revenue Growth | -27.1% | -30.1% | 0.9% | 59.5% | 16.9% | 7.0% | 0.0% |
| Gross Profit | 26.9% | 26.5% | 26.2% | 19.2% | 20.0% | 19.9% | 20.0% |
| S,G&A | 36.6% | 33.7% | 34.8% | 29.5% | 23.9% | 26.4% | 24.3% |
| Research & Development | 10.8% | 6.4% | 0.9% | 0.0% | 0.0% | 0.0% | 0.0% |
| Total operating expenses | 47.5% | 40.0% | 35.7% | 29.5% | 23.9% | 26.4% | 24.3% |
| EBIT | -20.6% | -13.6% | -9.5% | -10.2% | -4.0% | -6.5% | -4.3% |
| EBITDA | -14.8% | -9.4% | -7.8% | -9.3% | -3.6% | -5.9% [2] | -3.7% [2] |
| Net loss applicable to common shareholders | -37.9% | -12.6% | -4.9% | -10.6% | -4.1% | -6.9% | NA |

Notes:
(1) Source: Company filings as reported with the SEC and management estimates. All financials exclude the impact of non-recurring and extraordinary items.
(2) Reflects Newport management estimates.

Strictly Private and Confidential



# Selected Company Analysis – Historical and Projected Revenue Growth

**Calendar Year Ending December 31,**

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007E |
|---|---|---|---|---|---|---|
| Bell Microproducts Inc. | 4.9% | 6.0% | 26.8% | 12.9% | 6.5% | 19.1% |
| Datalink Corporation | -30.7% | 5.4% | 2.4% | 25.5% | 24.7% | 27.4% |
| En Pointe Technologies | -19.6% | 7.5% | 4.7% | 14.0% | -3.4% | NA |
| FusionStorm | NA | NA | NA | NA | 93.2% [1] | 49.1% [1] |
| INX Inc. | 196.0% | 57.3% | 64.0% | 50.1% | 45.4% | 23.3% |
| Pomeroy IT Solutions, Inc. | -7.1% | -14.9% | 24.0% | -3.7% | -11.6% | NA |
| **Mean** | **28.7%** | **12.2%** | **24.4%** | **19.8%** | **25.8%** | **29.7%** [2] |

**Notes:**
Source: Company filings as reported with the SEC and Wall Street consensus estimates as reported by IB/E/S unless otherwise noted.  All financials exclude the impact of non-recurring and extraordinary items.
(1) Reflects FusionStorm internal management estimates and actual historical performance as provided by FusionStorm management.
(2) Reflects Newport management estimates.

**Needham**

Strictly Private and Confidential

16

# Selected Company Analysis – Historical and Projected Margins

## Calendar Year Ending December 31,

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007E |
|---|---|---|---|---|---|---|
| Bell Microproducts Inc. | 8.5% | 7.5% | 7.8% | 7.2% | NA | NA |
| Datalink Corporation | 25.1% | 25.7% | 25.2% | 26.2% | 26.1% | NA |
| En Pointe Technologies | 11.3% | 12.9% | 11.9% | 10.1% | 13.1% | NA |
| FusionStorm | NA | NA | NA | 16.4% [1] | 15.7% [1] | 14.9% [1] |
| INX Inc. | NA | 15.9% | 18.1% | 17.3% | 19.5% | 20.0% |
| Pomeroy IT Solutions, Inc. | 12.5% | 11.8% | 12.8% | 12.8% | 14.6% | NA |
| **Mean** | **14.3%** | **14.8%** | **15.2%** | **15.0%** | **17.8%** | **17.4%** [2] |

## Calendar Year Ending December 31,

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007E |
|---|---|---|---|---|---|---|
| Bell Microproducts Inc. | 1.1% | 1.1% | 1.8% | 1.6% | NA | 1.8% |
| Datalink Corporation | -3.6% | -0.7% | -1.3% | 1.5% | 4.5% | NA |
| En Pointe Technologies | -1.6% | 0.5% | 0.0% | -0.3% | 1.0% | NA |
| FusionStorm | NA | NA | NA | 3.2% [1] | 3.4% [1] | 3.3% [1] |
| INX Inc. | NA | 0.5% | 3.3% | -3.0% | 1.9% | 2.6% |
| Pomeroy IT Solutions, Inc. | 4.8% | 3.4% | 3.1% | 0.8% | 1.8% | NA |
| **Mean** | **0.2%** | **1.0%** | **1.4%** | **0.6%** | **2.5%** | **2.6%** [2] |

**Notes:**
Source: Company filings as reported with the SEC and Wall Street consensus estimates as reported by I/B/E/S unless otherwise noted. All financials exclude the impact of non-recurring and extraordinary items.
(1) Reflects FusionStorm internal management estimates and actual historical performance as provided by FusionStorm management.
(2) Reflects Newport management estimates.



Strictly Private and Confidential

17

# Selected Company Analysis – Historical and Projected Margins

## Calendar Year Ending December 31,

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007E |
|---|---|---|---|---|---|---|
| Bell Microproducts Inc. | 0.6% | 0.6% | 1.3% | 1.3% | NA | 1.5% |
| Datalink Corporation | -7.1% | -3.8% | -3.5% | 0.2% | 3.8% | 3.2% |
| En Pointe Technologies | -2.3% | -0.1% | -0.6% | -0.7% | 0.5% | NA |
| FusionStorm | NA | NA | NA | 3.0% [1] | 3.0% [1] | 3.2% [1] |
| INX Inc. | NA | -0.6% | 2.3% | -3.9% | 1.1% | 1.9% |
| Pomeroy IT Solutions, Inc. | 3.9% | 2.5% | 2.5% | 0.0% | 1.0% | NA |
| **Mean** | **-1.2%** | **-0.3%** | **0.4%** | **0.0%** | **1.9%** | **2.5%** [2] |

## Calendar Year Ending December 31,

| | 2002 | 2003 | 2004 | 2005 | 2006 | 2007E |
|---|---|---|---|---|---|---|
| Bell Microproducts Inc. | -0.1% | -0.1% | 0.4% | 0.1% | NA | NA |
| Datalink Corporation | -6.3% | -3.4% | -3.4% | 0.5% | 5.8% | NA |
| En Pointe Technologies | -1.6% | -0.4% | 0.4% | -0.5% | 0.5% | NA |
| FusionStorm | NA | NA | NA | 1.6% [1] | 1.1% [1] | -0.1% [1] |
| INX Inc. | NA | -0.3% | 1.7% | -4.6% | 1.0% | 1.9% |
| Pomeroy IT Solutions, Inc. | 2.7% | 1.6% | 1.5% | 0.7% | 0.5% | NA |
| **Mean** | **-1.3%** | **-0.5%** | **0.1%** | **-0.3%** | **1.8%** | **0.9%** [2] |

**Notes:**
Source: Company filings as reported with the SEC and Wall Street consensus estimates as reported by IB/E/S unless otherwise noted. All financials exclude the impact of non-recurring and extraordinary items.
(1) Reflects FusionStorm internal management estimates and actual historical performance as provided by FusionStorm management.
(2) Reflects Newport management estimates.

Needham                    Strictly Private and Confidential                    18

# Comparison of Proposals to Selected Companies

**Multiples Data**
*(in thousands, except per share amounts)*

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bell Microproducts Inc. [1] | $ 198,845 | $ 518,637 | 0.2x | 0.1x | 2.1x | 10.3x | 7.3x | 13.3x | 8.3x | NM | 9.7x | 0.8x |
| Datalink Corporation | 68,848 | 46,820 | 0.3x | 0.3x | 1.2x | 9.3x | NA | 12.1x | 7.8x | 8.4x | NA | 1.9x |
| En Pointe Technologies | 31,606 | 42,119 | 0.1x | 0.1x | 1.0x | 9.2x | NA | 14.7x | NA | 9.9x | NA | 1.6x |
| INX Inc. | 76,120 | 75,218 | 0.4x | 0.4x | 2.2x | 17.2x | 14.9x | 29.4x | 20.1x | 28.7x | 21.3x | 3.2x |
| Pomeroy IT Solutions, Inc. | 126,036 | 112,598 | 0.2x | NA | 1.2x | 7.1x | NA | 10.3x | NA | 20.6x | NA | 0.6x |
| Mean | | | 0.2x | 0.3x | 1.5x | 10.6x | 11.1x | 16.0x | 12.1x | 16.9x | 15.5x | 1.6x |
| Median | | | 0.2x | 0.3x | 1.2x | 9.3x | 11.1x | 13.3x | 8.3x | 15.3x | 15.5x | 1.6x |
| High | | | 0.4x | 0.4x | 2.2x | 17.2x | 14.9x | 29.4x | 20.1x | 28.7x | 21.3x | 3.2x |
| Low | | | 0.1x | 0.1x | 1.0x | 7.1x | 7.3x | 10.3x | 7.8x | 8.4x | 9.7x | 0.6x |
| Newport - At Market Value [2] | $ 19,220 | $ 14,467 | 0.1x | 0.1x | 0.4x | NM | NA | NM | NM | NM | NM | 2.6x |
| | | | | | | | | | | | | |
| FusionStorm - Implied Valuation @ 80% | $ 76,879 | $ 102,928 | 0.4x | 0.3x | 2.6x | 11.9x | 8.3x | 13.6x | 8.6x | 27.6x [3] | NM [3] | 188.2x |

**Notes:**
Market Statistics reflect closing stock price on July 6, 2007.
Source: Historical financial data reflects issuer SEC filings. Projections are as reported by I/B/E/S.
All financials are net of non-recurring events
(1) Bell Microproducts is delinquent in its filings with the SEC
(2) Financial projections underlying multiples represent Newport management forecasts
(3) Represents Equity Value as a multiple of Net Income.

Strictly Private and Confidential



# Selected Company Analysis

## Income Statement Data
*(in thousands, except per share amounts)*

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Bell Microproducts Inc. [1] | $ 3,400,000 | $ 4,049,562 | $ 4,362,375 | 19.1% | 7.7% | NA | $ 62,565 | $ 71,778 | NM | 14.7% |
| Datalink Corporation | 145,983 | 186,046 | 233,062 | 27.4% | 25.3% | 5,580 | 5,985 | 10,425 | 7.3% | 74.2% |
| En Pointe Technologies | 320,665 | NA | NA | NA | NA | 1,551 | NA | NA | NA | NA |
| INX Inc. | 156,013 | 192,362 | 222,418 | 23.3% | 15.6% | 1,787 | 3,745 | 7,354 | 109.6% | 96.4% |
| Pomeroy IT Solutions, Inc. | 631,632 | NA | NA | NA | NA | 6,169 | NA | NA | NA | NA |
| Mean | | | | 23.3% | 16.2% | | | | 58.4% | 61.8% |
| Median | | | | 23.3% | 15.6% | | | | 58.4% | 74.2% |
| High | | | | 27.4% | 25.3% | | | | 109.6% | 96.4% |
| Low | | | | 19.1% | 7.7% | | | | 7.3% | 14.7% |
| Newport [2] | $ 172,119 | $ 158,216 | NA | -8.1% | NA | $ (5,122) | $ (6,073) | NA | NM | NA |
| FusionStorm [3] | 253,269 | 377,636 | NA | 49.1% | NA | 7,558 | 11,907 | NA | 57.5% | NA |

Notes:
Source: Historical financial data reflects issuer SEC filings. Projections are as reported by IBE/S.
All financials are net of non-recurring events.
(1) Bell Microproducts is delinquent in its filings with the SEC. CY 2006 Revenue disclosed in company press release dated 01/09/2007.
(2) Source: Newport management estimates. Calendarized forecasts represent the arithmetic distribution of Newport FY figures across the period.
(3) Source: FusionStorm management estimates and actual historical performance.

Strictly Private and Confidential



# Selected Company Analysis

## Income Statement Data and Margins Analysis

*(in thousands, except per share amounts)*

| | | | | | |
|---|---|---|---|---|---|
| Bell Microproducts Inc. [1] | $ | 249,386 | $ | 39,074 | 7.6% | 1.2% |
| Datalink Corporation | | 38,830 | | 3,866 | 25.4% | 2.5% |
| En Pointe Technologies | | 42,850 | | 2,857 | 13.2% | 0.9% |
| INX Inc. | | 33,597 | | 2,560 | 19.2% | 1.5% |
| Pomeroy IT Solutions, Inc. | | 94,700 | | 10,927 | 15.1% | 1.7% |
| **Mean** | | | | | **16.1%** | **1.6%** |
| **Median** | | | | | **15.1%** | **1.5%** |
| **High** | | | | | **25.4%** | **2.5%** |
| **Low** | | | | | **7.6%** | **0.9%** |
| Newport | $ | 32,981 | $ | (10,816) | 19.9% | -6.5% |
| FusionStorm [2] | | 39,639 | | 7,558 | 15.7% | 3.0% |

**Notes:**
Source: SEC filings.
All financials are net of non-recurring events.
(1) Bell Microproducts is delinquent in its filings with the SEC.
(2) Source: FusionStorm actual historical performance as provided by FusionStorm management.

Nethan

Strictly Private and Confidential

21



*Appendix A*
# Review of Process to Date

# Review of the Process to Date

- January 29th
  - » Needham & Company and Newport team meet to discuss working together

- February 9th
  - » 2nd Meeting with Newport team to further discuss potential target universe.

- March
  - » Target universe refined
  - » Marketing materials and management presentation prepared
  - » Needham & Company outreach effort commences
  - » 130 parties contacted

- April / May
  - » Needham & Company outreach effort continues
  - » NDAs with interested parties executed
  - » Confidential materials distributed to interested parties

- Preliminary meetings conducted with;
  - » Battery (04/24)                   Gores Group (05/02)
  - » Brocade (04/26)                   INX (05/11)
  - » Dell (04/25)                      LSI (05/03)
  - » FusionStorm (06/20)               Pomeroy IT Solutions (05/02)
  - » Garnett & Helfrich (04/26)        White Cap / Bill Decker buyers' group (05/10)
  - » Golden Gate Capital (04/27)

- Indications of interest solicited from interested parties (05/18)

- Followed up with selected entities to re-visit acquisition of selected assets (week of 05/21 and 05/28)

- June to Present
  - » Continued due diligence with Brocade, INX, Pomeroy and FusionStorm
  - » Proposals received from Brocade, INX, Pomeroy and FusionStorm

**Needham**

Strictly Private and Confidential

23

## Status of Outreach Conducted to Date



Strictly Private and Confidential

# Who Passed and Why

## Profitability

- Accel Partners
- Affiliated Computer Services (ACS)
- Battery Ventures
- Charys Holding
- Founders Equity, Inc.
- Francisco Partners
- Global Services Partners Acq. Group
- Golden Gate Capital
- HBK Investments
- IBM
- Renaissance Acquisition Corp.
- Skyview Capital
- Summit
- Trident Capital
- Union Street Acq. Corp
- Vector Capital

## Too Subscale

- American Capital Strategies
- Bain Capital
- Carlyle
- Dubin, Clark
- General Atlantic
- Investcorp
- MSD Capital
- Providence Equity
- TA Associates
- Thoma Cressey

Strictly Private and Confidential

Needham

# Who Passed and Why

## Strategic

- Accenture, Ltd.
- Acxiom
- Afiniti Ltd.
- Agilysys, Inc.
- Arrow Electronics, Inc.
- ATOS Origin
- Avnet, Inc.
- BearingPoint, Inc.
- Black Box Corp.
- BT
- Bull HN Info. Sys.
- CA
- Capgemini
- Caritor
- CDW
- Churchill Ventures
- Cisco
- CSC
- Compuware
- Convergys
- Covansys
- Datalink Corporation
- Datatec
- Deloitte
- DLT Solutions, Inc.

## Strategic

- Dot Hill Systems
- EDS
- EMC Corporation
- En Pointe Technologies
- Endeavor Acq. Corp
- Forsythe Technology, Inc.
- Freedom Acquisition Corp
- Fujitsu
- FusionStorm-Private
- Garnett & Helfrich Capital
- GTSI Corporation
- HCL
- HG Capital
- Hitachi Consulting
- Hitachi Data Systems
- Honeywell Tech. Solutions
- HP
- Info. Services Group
- InfoSys
- Ingram Micro, Inc.
- Insight Enterprises
- Integrated Solutions
- Itochu Corporation
- L-3 Communications
- Lockheed Martin

## Strategic

- Logicalis
- LSI Corporation
- ManTech International
- Marathon Acq. Corp
- Media & Enter. Holdings
- Modis
- MSI System Integrators
- MTM Technologies, Inc.
- NEC Corp. of America
- Network Appliance, Inc.
- Northrop Grumman
- Perficient
- Perot Systems
- Pilar Data Systems
- Platinum Equity
- Presidio, Inc.
- Q-Logic
- SAIC
- Santa Monica Media Corp
- Satyam
- Seagate
- Sentinel Capital
- Siemens Corporation
- Sirius Computer Solutions
- Sun Microsystems

## Strategic

- SunGard
- SYNNEX Corporation
- Syntel, Inc.
- Tech Data Corporation
- Toshiba
- Vista Equity Partners
- White Cap Private Equity
- Willis Stein
- Wipro
- World Wide Technology, Inc.
- Xanser Corporation
- Xiotech
- Xyratex Int'l, Inc.
- Zones Inc.

Needham

EXHIBIT "D"

## MTI
### EUROPEAN BID SUMMARY

| BID | CASH AT CLOSE | CONTINGENT PAYMENTS | CLOSE CONTINGENCIES | TIMING CONSIDERATIONS |
|---|---|---|---|---|
| GORES A | $3.5M | $2.3M NOTE FROM PAID GERMAN  FREE CASH FLOW | EMC ASSIGNMENT INVEST COM APPROVAL DUE DILIGENCE DEFINITIVE AGREEMENT | TARGET 9/30 (PER 8/22 LOI) |
| | | $1.0M EARN-OUT (ABOVE $2M 1st YEAR EARNINGS) | DEFINITIVE AGREEMENT | |
| GORES B | $4.0M | NONE | SAME | SAME |
| EUROPE MGMT BID | $5.0M | NONE | EMC ASSIGNMENT MBO ADVISERS AUDIT DEFINATIVE AGREEMENT | |
| CANOPY / ADVENT (AND EARLY ACCESS TO CREDIT LINE) | $4.0M | $1.5M NOTE | EMC ASSIGNMENT MODERATE DUE DILIGENCE DEFINATIVE AGREEMENT | SHORTLY AFTER ACCEPT |