**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br>**MTI Technology Corporation**<br>         Debtor. | Chapter 11<br><br>Case No.: SA 07-13347-ES<br><br>**Proof of Service RE:**<br><br>1) NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO SECTIONS 105, 363(B), 363(F) AND 365 OF TITLE 11 OF THE UNITED STATES CODE (I) APPROVING THE SALE OF CERTAIN OF THE DEBTORS ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (II) APPROVING THE DEBTORS ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS; AND (III) WAIVING THE 10-DAY STAY PERIODS SET FORTH IN BANKRUPTCY RULES 6004(H) AND 6006(D)); DECLARATION OF THOMAS RAIMONDI, JR. [<u>DOCKET NO. 26</u>]<br><br>2) DECLARATION OF THOMAS P. RAIMONDI, JR. REGARDING PREPETITION ASSET MARKETING ACTIVITIES (FILED CONCURRENTLY WITH NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO SECTIONS 105, 363(B), 363(F) AND 365 OF TITLE 11 OF THE UNITED STATES CODE (I) APPROVING THE SALE OF CERTAIN OF THE DEBTORS ASSETS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES AND INTERESTS; (II) APPROVING THE DEBTORS ASSUMPTION AND ASSIGNMENT OF CERTAIN EXECUTORY CONTRACTS; AND (III) WAIVING THE 10-DAY STAY PERIODS SET FORTH IN |

)
)
)    **BANKRUPTCY RULES 6004(H) AND**
)    **6006(D)) [DOCKET NO. 27]**
)
)
)

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

On **October 23, 2007**, I served the foregoing document described as:

- **Notice of Motion and Motion For Order Pursuant To Sections 105, 363(b), 363(f) and 365 of Title 11 of the United States Code (I) Approving The Sale Of Certain of the Debtors Assets Free and Clear of all Liens, Claims, Encumbrances and Interests; (II) Approving the Debtors Assumption and Assignment of Certain Executory Contracts; and (III) Waiving the 10-Day Stay Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d)); Declaration of Thomas Raimondi, Jr. [Docket No. 26]**

- **Declaration of Thomas P. Raimondi, Jr. Regarding Prepetition Asset Marketing Activities (Filed Concurrently with Notice of Motion and Motion For Order Pursuant To Sections 105, 363(b), 363(f) and 365 of Title 11 of the United States Code (I) Approving The Sale Of Certain of the Debtors Assets Free and Clear of all Liens, Claims, Encumbrances and Interests; (II)**

**Approving the Debtors Assumption and Assignment of Certain Executory Contracts; and (III) Waiving the 10-Day Stay Periods Set Forth in Bankruptcy Rules 6004(h) and 6006(d)) [Docket No. 27]**

on the interested parties in this action by placing the original thereof enclosed in a sealed envelope and by causing such envelope with postage thereon fully prepaid to be placed in the United States mail, at Encino, California, addressed as follows:

**SEE SERVICE LIST ATTACHED**

[X]  **(BY MAIL) As follows:** I caused true and correct copies of the following document(s) to be served via first-class mail, postage pre-paid to the parties listed on the attached service list. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **October 24, 2007**, at, Encino, California.

*/s/ Nova Lachman*
Nova Lachman

MTI Technology Corporation - U.S. Mail                                                                 Served 10/23/2007

| | | |
|---|---|---|
| 2 E 2<br>THE MANSION HOUSE, BENHAM<br>VALENCE, SPEEN, NEWBURY,<br>BERSHIRE, UK, RG20 8LU | 2E2<br>THE MANSION HOUSE<br>BENHAM VALENCE<br>SPEEN NEWBURY<br>BERKS RG20 8LU UK | ACCENTURE (UK) LTD<br>60 QUEEN VICTORIA STREET,<br>LONDON, EC4N 4TW |
| ACCENTURE, LTD.<br>1661 PAGE MILL ROAD<br>PALO ALTO, CA 94304 | ACXIOM<br>1 INFORMATION WAY<br>LITTLE ROCK, AR 72202 | AFCO PREMIUM ACCEPTANCE, INC<br>CAROL HABIG<br>DEPT LA21315<br>PASADENA, CA  91185-1315 |
| AFCO PREMIUM ACCEPTANCE, INC<br>TWO CORPORATE CENTER<br>1390 WILLOW PASS RD, SUITE 615<br>CONCORD, CA 94520 | AFFILIATED COMPUTER SERVICES (ACS)<br>2828 NORTH HASKELL<br>DALLAS, TX 75204 | AFINITI LTD.<br>LOWER GROUND FLOOR<br>RUSSELL SQUARE HOUSE<br>10 - 12 RUSSELL SQUARE<br>LONDON WC1B 5EH UK |
| AGILYSYS, INC.<br>2255 GLADES ROAD, STE. 301E<br>BOCA RATON, FL 33431 | AMERICAN EXPRESS<br>CUSTOMER SERVICE<br>P.O. BOX 360001<br>FT. LAUDERDALE, FL  33336-0001 | APX SYNSTAR<br>AMEN CORNER<br>CAIN ROAD<br>BRACKNELL, BERKSHIRE<br>UK, RG12 1HN |
| ARDENTA LTD<br>SUNBURY INTERNATIONAL BUSINESS<br>CENTRE,BROOKLANDS CLOSE,<br>SUNBURY ON THAMES, UK TW16 7DX | ARROW ELECTRONICS, INC.<br>50 MARCUS DRIVE<br>MELVILLE, NEW YORK 11747-4210 | ATOS ORIGIN<br>TOUR LES MIROIRS - BAT C 18<br>AVENUE D'ALSACE<br>92926 PARIS LA DÉFENSE 3<br>CEDEX FRANCE |
| AVNET<br>MICHAEL STANCLIFF<br>8700 S. PRICE RD.<br>TEMPE, AZ  85284 | AVNET, INC.<br>2211 SOUTH 47TH STREET<br>PHOENIX, AZ 85034 | BAECHTLE<br>RÜDIGER BÄCHTLE - BÄCHTLE-IT -<br>NEIDLINGERSTR. 9<br>73760 OSTFILDERN<br>GERMANY |
| BEARINGPOINT, INC.<br>TYSON'S TOWER (CORPORATE HEADQUARTERS)<br>1676 INTERNATIONAL DRIVE<br>MCLEAN, VA 22102 | BELL MICROPRODUCTS, INC.<br>1941 RINGWOOD AVENUE<br>SAN JOSE, CA 95131 | BINGHAM MCCUTCHEN LLP<br>WILLIAM BATES<br>1900 UNIVERSITY AVENUE<br>EAST PALO ALTO, CALIFORNIA 94303 |
| BINGHAM MCCUTCHEN LLP<br>WILLIAM F. GOVIER<br>355 SOUTH GRAND AVENUE<br>LOS ANGELES, CALIFORNIA  90071 | BLACK BOX CORP.<br>1000 PARK DRIVE<br>LAWRENCE, PA 15055-1018 | BLUE ARC UK LTD<br>QUEENSGATE HOUSE,<br>COOKHAM ROAD<br>BRACKNELL, BERKSHIRE, RG12 1RB |
| BROCADE COMMUNICATIONS SYSTEMS, INC<br>RICHARD DERANLEAU – CFO<br>1742 TECHNOLOGY WAY<br>SAN JOSE, CA 95110 | BT GLOBAL SERVICES<br>81 NEWGATE STREET<br>LONDON, EC1A 7AJ | BULL INFO. SYSTEMS<br>MAXTED ROAD, HEMEL<br>HEMPSTEAD, HERTS, HP2 7DZ UK |
| CA<br>ONE CA PLAZA<br>ISLANDIA, NY 11749 | CANOPY GROUP<br>333 SOUTH 520 WEST<br>LINDON, UT.  84042 | CAPGEMINI<br>NEW YORK (HEADQUARTERS)<br>623 FIFTH AVENUE<br>33RD FLOOR<br>NEW YORK, NEW YORK 10022 |
| CARITOR (NOW KNOWN AS KEANE)<br>210 PORTER DRIVE, SUITE 315<br>SAN RAMON, CA 94583 | CCS<br>MIKE ARMSTRONG<br>2532 WHITE ROAD<br>IRVINE, CA. 92614 | CDW<br>26125 N. RIVERWOODS BLVD.<br>METTAWA, IL 60045 |
| CHARYS HOLDING COMPANY, INC.<br>1117 PERIMETER CENTER WEST<br>SUITE N415<br>ATLANTA GA 30338 | CISCO SYSTEMS, INC.<br>170 WEST TASMAN DRIVE<br>SAN JOSE, CA 95134 | CIT TECHNOLOGY FIN SERV, INC.<br>VICKI ANDERSON<br>ATTN: CUSTOMER SERVICE<br>P.O. BOX 550599<br>JACKSONVILLE, FL 32255 |
| CIT TECHNOLOGY FINANCING SERVICES, INC.<br>VICKI ANDERSON<br>10201 CENTURION PARKWAY NORTH<br>SUITE 100<br>JACKSONVILLE, FL 32256 | CLARKSON GORE & MARSELLA<br>EVE A MARSELLA<br>3424 CARSON STREET<br>SUITE 350<br>TORRANCE, CA 90503 | CLARKSON GORE & MARSELLA<br>SCOTT CLARKSON<br>3424 CARSON STREET<br>SUITE 350<br>TORRANCE, CA 90503 |

MTI Technology Corporation - U.S. Mail                                                            Served 10/23/2007

COMERICA BANK - CALIFORNIA
STEHPANIE STEVENS
9920 S. LA CIENEGA BLVD
SUITE 1401
INGLEWOOD, CA 90301

COMPAREX
TDM HOLDINGS NV
GOOIMEER 1A
1411 DC NAARDEN
THE NEVERLANDS

COMPNOLOGY, INC.
JOHN CRONIN
6300 STATION MILL DRIVE
NORCROSS, GA 30092-1873

COMPUCOM
7171 FOREST LANE
DALLAS, TX 75230

COMPUTACENTER
HATFIELD BUSINESS PARK
HATFIELD AVENUE
HATFIELD HERTFORDSHIRE AL10 9TW
UK

COMPUTER SCIENCES CORPORATION (CSC)
2100 EAST GRAND AVENUE
EL SEGUNDO, CA 90245

COMPUWARE CORPORATION
ONE CAMPUS MARTIUS
DETROIT, MICHIGAN 48226

CONVERGYS
201 EAST FOURTH STREET
CINCINNATI, OH 45202

COVANSYS CORPORATION
32605 WEST TWELVE MILE ROAD
FARMINGTON HILLS, MICHIGAN 48334

DATALINK CORPORATION
GREGORY T. BARNUM – CFO
8170 UPLAND CIRCLE
CHANHASSEN, MN 55317

DATATEC
1100 GOFFLE ROAD
HAWTHORNE, NJ 07506-2024

DE LAGE LANDEN FINANCIAL SERVICES, INC.
1111 OLD EAGLE SCHOOL ROAD
WAYNE, PA 19087

DELL
DELL HOUSE, THE BOULEVARD,
CAIN ROAD, BREKNELL,
BERKSHIRE, RG12 1LF

DELL FINANCIAL SERVICES
ATTN: RAHUM
4284 COLLECTION CENTER DR.
CHICAGO, IL 60693

DELL FINANCIAL SERVICES, L.P.
12234 N. IH-35 BLDG B
AUSTIN, TX 78753

DELL, INC.
ONE DELL WAY
ROUND ROCK, TX 98682

DIMENSION DATA
NEW YORK (HEAD OFFICE)
ONE PENN PLAZA, SUITE 1600
NEW YORK, NY 10119

DLT SOLUTIONS, INC.
13861 SUNRISE VALLEY DRIVE
SUITE 400
HERNDON, VA 20171

DOT HILL SYSTEMS CORP.
2200 FARADAY AVE., STE. 100
CARLSBAD, CA 92008

DYNTEK, INC.
19700 FAIRCHILD ROAD, SUITE 230
IRVINE, CA 92612

EDGAR SAADI
PENCOM SYSTEMS INCORPORATED
40 FULTON ST
NEW YORK NY 10038-5058

ELECTRONIC DATA SYSTEMS (EDS)
5400 LEGACY DRIVE
PLANO, TEXAS 75024

EMC CORPORATION
176 SOUTH STREET
HOPKINTON, MA 01748

EMC CORPORATION
MIKE MIANO
4246 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

EN POINTE TECHNOLOGIES
2381 ROSECRANS AVENUE,
SUITE 325
EL SEGUNDO, CA 90245

EPLUS, INC.
13595 DULLES TECHNOLOGY DR.
HERNDON, VA 20171-3413

EUDASYS
60-62, RUE DU MARÉCHAL FOCH,
78000 - VERSAILLES, FRANCE

FINITI LLC
7090 SAMUAL MORSE DRIVE
COLUMBIA, MD 21046

FORSYTHE TECHNOLOGY, INC.
7770 FRONTAGE ROAD
SKOKIE, ILLINOIS 60077

FUJITSU
FUJITSU LIMITED
NEW YORK REPRESENTATIVE OFFICE
733 THIRD AVENUE
NEW YORK, NY 10017

FUJITSU SIEMENS COMPUTERS
FUJITSU SIEMENS CAMPUS,
THE BOULEVARD, CAIN ROAD,
BREKNELL, BERKSHIRE, RG12 1HH

FUSION STORM
2 BRYANT STREET, SUITE 150
SAN FRANCISCO, 94105

GENERAL ELECTRIC CAPITAL CORPORATION
JOHN YANG
2400 E. KATELLA AVENUE
SUITE 800
ANAHEIM, CA 92806

GLASSHOUSE TECHNOLOGIES, INC.
200 CROSSING BOULEVARD
FRAMINGHAM, MA 01702

GRANT THORNTON LLP
ERIC STONE
P.O. BOX 51519
LOS ANGELES, CA 90051-5819

GTSI CORPORATION
3901 STONECROFT BOULEVARD
CHANTILLY, VA 20151-1010

HCL
HCL AMERICA, INC.
330 POTRERO AVENUE
SUNNYVALE, CA 94085

HEWLETT PACKARD
AMEN CORNER, CAIN ROAD,
BRACKNELL, BERKSHIRE, UK, RG12 1HN

HITACHI CONSULTING
2001 BRYAN STREET, SUITE 3600
DALLAS, TX 75201

MTI Technology Corporation - U.S. Mail                                                                Served 10/23/2007

| | | |
|---|---|---|
| HITACHI DATA SYSTEMS<br>SEFTON PARK<br>STOKE POGES, SLOUGH,<br>BUCKINGHAMSHIRE, UK, SL2 4HD | HITACHI DATA SYSTEMS CORPORATION<br>750 CENTRAL EXPRESSWAY<br>SANTA CLARA, CA 95050-2627 | HONEYWELL TECHNOLOGY SOLUTIONS<br>7000 COLUMBIA GATEWAY DR.<br>COLUMBIA, MARYLAND 21046-5555 |
| HP<br>HEWLETT-PACKARD COMPANY<br>3000 HANOVER STREET<br>PALO ALTO, CA 94304-1185 | IBM<br>INTERNATIONAL BUSINESS MACHINES CORP.<br>NEW ORCHARD ROAD<br>ARMONK, NEW YORK 10504 | IBM UK LIMITED<br>MAILPOINT C2FG<br>WESTERN ROAD, NORTH HARBOUR<br>PORTSMOUTH, HAMPSHIRE, UK, PO6 3AU |
| INCENRTA SOLUTIONS, INC.<br>MATT RICHMAN<br>1140 PEARL STREET<br>BOULDER, CO 80302 | INCENTRA SOLUTIONS, INC.<br>ANTHONY DIPAOLO – CFO<br>1140 PEARL STREET<br>BOULDER, COLORADO, 80302 | INFORMATION SERVICES GROUP, INC.<br>FOUR STAMFORD PLAZA<br>107 ELM STREET<br>STAMFORD, CT 06902 |
| INFORSACOM<br>MARTIN-BEHAIM-STR. 19-21<br>63263 NEU-ISENBURG<br>GERMANY | INFO-X TECHNOLOGY SOLUTIONS<br>ACCOUNTING<br>P.O. BOX 36182<br>NEWARK NJ, 07188-6182 | INGRAM MICRO, INC.<br>1600 E. ST. ANDREW PLACE<br>P.O. BOX 25125<br>SANTA ANA, CA 92799-5125 |
| INSIGHT ENTERPRISES, INC.<br>6820 SOUTH HARL AVENUE<br>TEMPE, ARIZONA 85283 | INX, INC.<br>BRIAN FONTANA - CFO<br>6401 SOUTHWEST FREEWAY<br>HOUSTON, TX 77074 | ITOCHU CORPORATION<br>ITOCHU INTERNATIONAL INC.<br>475 N. MARTINGALE ROAD<br>SUITE 150<br>SCHAUMBURG, IL 60173 |
| KPMG LLP<br>EUNICE PARK<br>DEPT. 0966<br>P.O. BOX 120001<br>DALLAS, TX 75312-0966 | L-3 COMMUNICATIONS CORPORATION<br>RALPH G. D'AMBROSIO – CFO<br>600 THIRD AVENUE<br>NEW YORK, NY 10016 | LIFEBOAT DISTRIBUTION<br>TODD DOLLAR<br>1157 SHREWSBURY AVENUE<br>SHREWSBURY, NJ 07702 |
| LSI<br>GREENWOOD HOUSE<br>LONDON ROAD, BRACKNELL<br>BERKSHIRE, UK, RG12 2UB | LSI CORPORATION<br>1621 BARBER LANE<br>MILPITAS, CA 95035 | MANTECH INTERNATIONAL CORPORATION<br>12015 LEE JACKSON HIGHWAY<br>FAIRFAX, VA 22033-330 |
| MID ATLANTIC CORPORATE SERVICES<br>SUSAN HARBISON<br>812 OREGON AVE., SUITE 1<br>LINTHICUM, MD 21090 | MORRISON FOERSTER<br>BRANDON C. PARRIS, ESQ.<br>19900 MACARTHUR BOULEVARD, TWELFTH FLOOR<br>IRVINE, CA 92612 | MORRISON FOERSTER<br>ROBERT M. MATTSON<br>19900 MACARTHUR BOULEVARD, TWELFTH FLOOR<br>IRVINE, CALIFORNIA 92612 |
| MORRISON FOERSTER<br>ROBERT M. MATTSON<br>FILE NO. 72497, PO BOX 60000<br>SAN FRANCISCO, CA 94160 | MTI TECHNOLOGIES INC.<br>SCOTT POTERACKI<br>15641 RED HILL AVENUE<br>SUITE 200<br>TUSTIN, CA 92780 | MTI TECHNOLOGIES INC.<br>THOMAS P. RAIMONDI JR.<br>15641 RED HILL AVENUE<br>SUITE 200<br>TUSTIN, CA 92780 |
| MTM TECHNOLOGIES, INC.<br>1200 HIGH RIDGE ROAD<br>STAMFORD, CT 06905 | NEOSCALE SYSTEMS INC.<br>FRAN BRODERICK<br>1655 MCCARTHY BOULEVARD<br>MILPITAS, CA. 95035 | NETWORK APPLIANCE<br>495 EAST JAVA DRIVE<br>SUNNYVALE, CA 94089 |
| NETWORK APPLIANCE<br>WATERVIEW HOUSE<br>1 ROUNDWOOD AVENUE<br>STOCKLEY PARK, UXBRIDGE,<br>MIDDLESEX, UK, UB11 1EJ | OVERLAND STORAGE<br>4820 OVERLAND AVE.<br>SAN DIEGO, VA 92123 | PAGEMILL PARTNERS LLC<br>ANTON PAPP<br>2475 HANOVER STREET<br>PALO ALTO, CA 94304 |
| PENCOM SYSTEMS INCORPORATED<br>C/O WAADE SAADI AND EDGAR SAADI<br>40 FULTON STREET<br>NEW YORK, NY 10038-1850 | PERFICIENT<br>BLDG. 3, STE 220<br>1120 S. CAPITAL OF TEXAS HWY<br>AUSTIN, TX 78746 | PEROT SYSTEMS CORPORATION<br>2300 WEST PLANO PARKWAY<br>PLANO, TX 75075 |
| PILLAR DATA SYSTEMS<br>148 LEADENHALL STREET,<br>LONDON, EC3V 4QT | PITNEY BOWES<br>P.O. BOX 856460<br>LOUISVILLE, KY 40285 | POMEROY IT SOLUTIONS, INC<br>KEVIN GREGORY – CFO<br>1020 PETERSBURG ROAD<br>HEBRON, KY 41048 |

MTI Technology Corporation - U.S. Mail                                                                                           Served 10/23/2007

| | | |
|---|---|---|
| Q-LOGIC<br>ANTHONY J. MASSETTI – CFO<br>26650 ALISO VIEJO PARKWAY<br>(FORMERLY KNOWN AS LAGUNA HILLS DRIVE)<br>ALISO VIEJO, CA 92656 | QUANTUM CORPORATION<br>1650 TECHNOLOGY DRIVE, SUITE 700<br>SAN JOSE, CA 95110-1382 | QUANTUM CORPORATION<br>JOE GONZALEZ<br>101 INNOVATION DRIVE<br>IRVINE, CA 92612-3040 |
| RICHARD COLLINS<br>RIVERVIEW HOUSE<br>WEYSIDE PARK<br>CATTENSHALL LANE<br>GODALMING GU7 1XE UK | RICHARD COLLINS<br>SEXTON'S FARMS<br>SEXTON'S LANE<br>WICKHAM BISHOPS ESSEX CM8 3FG<br>UNITED KINGDOM | SAIC<br>10260 CAMPUS POINT DRIVE<br>SAN DIEGO, CA 92121 |
| SALESFORCE.COM, INC<br>CUSTOMER SERVICE<br>P.O. BOX 5126<br>CAROL STREAM, IL 60197-5126 | SEAGATE TECHNOLOGY<br>920 DISC DRIVE<br>SCOTTS VALLEY, CA 95066 | SECURITIES & EXCHANGE COMMISSION<br>5670 WILSHIRE BLVD.<br>11TH FLOOR<br>LOS ANGELES, CA 90036 |
| SNELL & WILMER LLP<br>BRANDON TIDWELL<br>333 SOUTH 520 WEST, SUITE 300<br>LINDON, UT. 84042 | SNELL & WILMER LLP<br>MARC PORTER, ESQ.<br>15 WEST SOUTH TEMPLE<br>SUITE 1200, BENEFICIAL TOWER<br>SALT LAKE CITY, UTAH 84101 | SNELL & WILMER LLP<br>MICHAEL R. JOHNSON, ESQ.<br>GATEWAY TOWER WEST<br>15 WEST SOUTH TEMPLE, SUITE 1200<br>SALT LAKE CITY, UT 84101 |
| SUN MICROSYSTEMS<br>GULLIEMONT PARK<br>MINLEY ROAD, BLACKWATER<br>CAMBERLEY, SURREY, GU17 9QG | SUN MICROSYSTEMS, INC.<br>4150 NETWORK CIRCLE<br>SANTA CLARA, CA 95054 | SUSAN LINSLEY MARTINEAU, ESQ.<br>ATTORNEY AT LAW<br>12151 SPRUCE STREET<br>DENVER, CO 80602 |
| SYMANTEC (UK) LTD<br>350 BROOK DRIVE, GREEN PARK,<br>READING, BERKSHIRE, UK, RG2 6UH | SYNNEX CORPORATION<br>44201 NOBEL DRIVE<br>FREMONT, CA 94538 | SYNTEL, INC.<br>525 E. BIG BEAVER, THIRD FLOOR<br>TROY, MI 48083 |
| SYSTEMIC<br>350 BROOK DRIVE, GREEN PARK<br>READING, BERKSHIRE<br>UK, RG2 6UH | TECH DATA CORPORATION<br>5350 TECH DATA DRIVE<br>CLEARWATER, FL 33760 | UNITED STATES TRUSTEE<br>FRANK CADIGAN<br>411 WEST FOURTH STREET<br>SUITE 904<br>SANTA ANA, CA 92701-4593 |
| UNITED STATES TRUSTEE<br>TERRY BIERS<br>411 WEST FOURTH STREET<br>SUITE 904<br>SANTA ANA, CA 92701-4593 | WADE SAADI<br>PENCOM SYSTEMS INCORPORATED<br>40 FULTON ST<br>NEW YORK NY 10038-5058 | WELLS FARGO BANK, NATIONAL ASSOCIATION<br>1740 BROADWAY<br>MAC C7300-060<br>DENVER, CO 80274 |
| WELLS FARGO BUSINESS CREDIT<br>A DIVISION OF OF WELLS FARGO BANK, N.A.<br>1740 BROADWAY, MAC C7300-060<br>DENVER, CO 80274 | WIPRO<br>625 NORTH MONROE STREET<br>RIDGEWOOD, NJ 07450 | XANSER CORPORATION<br>(NOW KNOWN AS FURMANITE CORPORATION. THE NAME WAS CHANGED EFFECTIVE MAY 17, 2007)<br>2435 NORTH CENTRAL EXPRESS WAY<br>RICHARDSON, TEXAS 75080 |
| XEROX CAPITAL SERVICES<br>PAUL WILLIAMS<br>P.O. BOX 660501<br>DALLAS, TX 75266 | XEROX CORPORATION<br>PAUL WILLIAMS<br>1301 RIDEVIEW BLDG 300<br>LEWISVILLE, TX 75057 | XIOTECH CORPORATION<br>6455 FLYING CLOUD DRIVE<br>EDEN PRAIRIE, MN 55344 |
| XYRATEX INTERNATIONAL, INC.<br>2031 CONCOURSE DRIVE<br>SAN JOSE, CA 95131 | ZONES, INC.<br>1102 15TH ST SW, SUITE 102<br>AUBURN, WA 98001-6509 | |