```
BECKET & LEE LLP                                                    MTI TECA0002
Attorneys for:   American Express Travel Related Svcs Co
                 Inc Corp Card
POB 3001         Inc Corp Card
Malvern PA 19355-0701
```

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

```
   IN RE:                                  ) CASE NO.   SA-07-13347-ES
   MTI TECHNOLOGY CORPORATION              )
                                           ) CREDITOR(S) NOTICE OF REQUEST
                                           ) FOR NOTICE or CHANGE OF ADDRESS
                                           )
   Debtor(s)                               ) CHAPTER:   11
_____)
```

To the United States Bankruptcy Court:
  Notice is hereby given of creditor(s) notice of (check one)

  __X_   REQUEST FOR NOTICE under Rule 2002 (g)

  __X_   CHANGE OF ADDRESS of Scheduled "A" Crreditor

  ____   CHANGE OF ADDRESS of Claimed Creditor -

         Claim #_____      Filed_____

```
CREDITOR(s) NAME:   American Express Travel Related Svcs Co
                    Inc Corp Card
ADDRESS             c/o Becket and Lee LLP
CITY & STATE        POB 3001
                    Malvern PA 19355-0701
```

Dated:  October 30 2007

/s/Gilbert B. Weisman
_____
Gilbert B Weisman Esquire PA59872
Becket and Lee LLP Attorneys Agent
POB 3001
MALVERN PA 19355-0701
PHONE:   (610) 644-7800
FAX  :   (610) 993-8493
EMAIL:   notices@becket-lee.com

DATE: October 30, 2007

_____
CREDITOR(S) NTC OF REQUEST FOR NTC or CHANGE OF ADDRESS
                    MATRIX CHG/CTR ADDR.

   PET: 10/15/2007

AMC