ORIGINAL

FILED
OCT 26 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

ENTERED
OCT 30 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
Deputy Clerk

LODGED
OCT 22 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
**CLARKSON, GORE & MARSELLA**
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone:    (310) 542-0111
Facsimile:    (310) 214-7254

[Proposed] Attorneys for MTI Technology Corporation

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

In Re:

MTI TECHNOLOGY CORPORATION,
a Delaware corporation,

Debtor in Possession.

Federal Tax I.D. # 95-3601802

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. SA 07-13347-ES

Chapter 11

**ORDER APPROVING DEBTOR'S APPLICATION TO EMPLOY OMNI MANAGEMENT GROUP, LLC UNDER 28 U.S.C. SECTION 156(c)**

Date:    October 18, 2007
Time:   9:30 a.m.
Ctrm:   5A

Based on the matters set forth in the Application Of Debtor For Order Under 28 U.S.C. § 156(c) Authorizing The Retention of Omni Management Group, LLC As Noticing, Claims And Balloting Agent [etc.] ("Application") filed by MTI Technology Corporation and all relevant documents on file in the instant chapter 11 case, good cause appearing, it is

**ORDERED** that the Application is approved; and it is

**ALSO ORDERED** that Omni Management Group LLC is authorized to perform the following services:

1.    Prepare and serve required notices and underlying motions or applications, if applicable, in this chapter 11 case, including:

   a.    notice of the claims bar date;

b. notice of objections to claims;

c. notice of any hearings on a disclosure statement and confirmation of a plan of reorganization; and

d. other miscellaneous notices, motions and/or applications to any entities, as the Debtor or the Court may deem necessary or appropriate for an orderly administration of this chapter 11 case;

2. *Within five (5) court days* After the mailing of a particular notice, motion or application, file with the Clerk's Office a certificate or declaration of service that includes a copy of the document involved, a list of persons to whom the document was mailed and the date and manner of mailing;

3. Maintain copies of all proofs of claim and proofs of interest filed;

4. Maintain official claims registers including, among other things, the following information for each proof of claim or proof of interest;

a. the name and address of the claimant and any agent thereof, if the proof of claim or proof of interest was filed by an agent;

b. the date received;

c. the claim number assigned; and

d. the asserted amount and classification of the claim;

5. Assist the Debtor in the preparation of the "7 Day Package" and all other reporting requirements for the United States Trustee.

6. Assist the Debtor with the creation and administration of a claims database based upon a review of the claims against the Debtor's estate and the Debtor's books and records.

7. Implement necessary security measures to ensure the completeness and integrity of the claims registers;

8. Transmit to the Clerk's Office a copy of the claims registers on a weekly basis, unless requested by the Clerk's Office on a more or less frequent basis; or, in the alternative, make available the Proof of Claim docket on-line to the Clerk's Office via the Omni claims system;

9. Maintain an up-to-date mailing list for all entities that have filed a proof of claim or proof of interest, which list shall be available upon request of a party in interest or the Clerk's Office and update all address data received concerning corrected or updated address information for all

parties in interest;

10. Provide access to the public for examination of copies of the proofs of claim or interest without charge during regular business hours, as well as, provide online access to copies of proofs of claim at no additional expense to creditors and parties in interest;

11. Create and maintain a website to disseminate case information including proofs of claim or interest, proof of claim forms, claim registers, case documents, Court and professional contact information and all other information deemed appropriate by the Court and/or the Debtor.

12. Record all transfers of claims pursuant to Bankruptcy Rule 3001(e) and provide notice of such transfers as required by Bankruptcy Rule 3001(e);

13. Comply with applicable federal, state, municipal, and local statutes, ordinances, rules, regulations, orders and other requirements;

14. Provide temporary employees to process claims, as necessary *at the discretion of the bankruptcy court*

15. Debtor may utilize services offered by Omni in order to assist the Debtor solicit and tabulate acceptances and/or rejections to a plan of reorganization;

16. Provide such other claims processing, noticing and related administrative services as may be requested from time to time by the Debtor; and promptly comply with such further conditions and requirements as the Clerk's Office or the Court may at any time prescribe; and it is

**FINALLY ORDERED** that Omni Management, Group LLC is authorized to be paid in conformity with the Application.

DATED: October 26, 2007

By: /s/ Erithe Smith
The Honorable Erithe Smith
United States Bankruptcy Judge
Erithe Smith

Presented by:
CLARKSON, GORE & MARSELLA, APLC

By: /s/ Scott C. Clarkson
Scott C. Clarkson
Eve A. Marsella
[Proposed] Attorneys for MTI Technology Corporation,
Debtor in Possession

*Such notice shall direct that claims be filed in duplicate (2 copies) and delivered to the bankruptcy court at P.O. Box 22026, Santo Ana, CA 92702-2026.

**The maintenance of claims registers by Omni Management Group, LLC is independent of the claims register maintained by the bankruptcy court.

**NOTE TO USERS OF THIS FORM:**
*Physically attach this form as the last page of the proposed Order or Judgment.*
*Do **not** file this form as a separate document.*

| In re<br>MTI TECHNOLOGY CORPORATION | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER  SA 07-13347-ES |

# NOTICE OF ENTRY OF JUDGMENT OR ORDER
# AND CERTIFICATE OF MAILING

TO ALL PARTIES IN INTEREST ON THE ATTACHED SERVICE LIST:

1. You are hereby notified, pursuant to Local Bankruptcy Rule 9021-1(a)(1)(E), that a judgment or order entitled *(specify)*:

    Order Approving Debtor's Application to Employ Omni Management Group, LLC Under 28 U.S.C. Section 156(c)

    was entered on *(specify date)*: **OCT 3 0 2007**

2. I hereby certify that I mailed a copy of this notice and a true copy of the order or judgment to the persons and entities on the attached service list on *(specify date)*: **OCT 3 0 2007**

Dated: **OCT 3 0 2007**

JON D. CERETTO
**Clerk of the Bankruptcy Court**

By: _____
*Deputy Clerk*

MTI Technology Corporation
Service List

Clarkson Gore & Marsella
3424 Carson Street, Suite 350
Torrance, CA 90503
Phone: 310-542-0111
Fax: 310-214-7254


United States Trustee
411 West Fourth Street, Suite 904
Santa Ana, CA 92701-4593