ROBERT E. OPERA – State Bar No. 101182
RICHARD H. GOLUBOW – State Bar No. 160434
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Proposed Insolvency Counsel for the
Committee of Creditors Holding Unsecured
Claims against MTI Technology, Inc.

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>Debtor. | Case No. 8:07-13347 ES<br><br>Chapter 11 Proceeding<br><br>**REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST**<br><br>[No Hearing Required] |

TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:

**PLEASE TAKE NOTICE** that pursuant to Rules 2002, 3017, 4001, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure, Winthrop Couchot Professional Corporation (the "Firm"), as proposed insolvency counsel for the Committee of Creditors Holding Unsecured Claims against MTI Technology Corporation, hereby requests notice of all matters which require notice to creditors and/or to other parties in interest, including, without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b). The Firm requests that such notice be served as follows:

**IF BY MAIL OR DELIVERY**
Robert E. Opera, Esq.
Richard H. Golubow, Esq.
Winthrop Couchot Professional Corporation
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

**IF BY TELECOPIER**
Robert E. Opera, Richard H. Golubow - (949) 720-4111

**IF BY TELEPHONE**
Robert E. Opera or Richard H. Golubow - (949) 720-4100

**IF BY ELECTRONIC TRANSMISSION**
ropera@winthropcouchot.com
rgolubow@winthropcouchot.com
pj@winthropcouchot.com

Dated: October 31, 2007        **WINTHROP COUCHOT**
                                **PROFESSIONAL CORPORATION**

                                By:  /s/ Richard H. Golubow
                                    Robert E. Opera
                                    Richard H. Golubow
                                    Proposed Insolvency Counsel for the
                                    Committee of Creditors Holding Unsecured
                                    Claims against MTI Technology, Inc.

# CERTIFICATE OF SERVICE

I, Viann Corbin, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; and my business address is 660 Newport Center Drive, Fourth Floor, Newport Beach, California 92660, in said County and State.

On **October 31, 2007**, I served the following document: **REQUEST FOR SPECIAL NOTICE AND INCLUSION IN MAILING LIST** on each of the interested parties on the attached service list

**SEE ATTACHED SERVICE LIST**

by the following means of service:

| | |
|---|---|
| ☒ | **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| ☒ | I am employed in the office of Winthrop Couchot Professional Corporation; Richard H. Golubow is a member of the bar of this Court. |
| ☒ **(FEDERAL)** | I declare under penalty of perjury that the foregoing is true and correct. |

Executed on **October 31, 2007** at Newport Beach, California.

/s/Viann Corbin
Viann Corbin

-3-

# SERVICE LIST

| | |
|---|---|
| MTI Technology Corporation<br>Attn: Thomas P. Raimondi, Jr., Pres. & CEO<br>15641 Red Hill Avenue, Suite 200<br>Tustin, CA 92780 | U.S. Trustee's Office<br>Michael Hauser, Esq.<br>411 West Fourth Street, #9041<br>Santa Ana, CA 92701 |
| Debtor's Counsel<br>Clarkson, Gore & Marsella, SPLC<br>Scott C Clarkson, Esq.<br>3424 Carson St Ste 350<br>Torrance, CA 90503 | Committee Member<br>Compnology, Inc.<br>John S. Cronin<br>6300 Station Mill Dr.<br>Norcross, GA 30092 |
| Committee Members<br>EMC Corporation, FedEx Custom Critical<br>Steven D. Saas, Esq.<br>c/o RMS<br>307 International Circle, #270<br>Hunt Valley, MD 21030 | Committee Member<br>Neoscale Systems, Inc.<br>Andrew Moley/Janet Cahill<br>1655 McCarthy Blvd.<br>Milpitas, CA 95035 |
| Committee Member<br>Wade Saadi<br>Pencom Systems, Inc.<br>40 Fulton Street, 18th Fl.<br>New York, NY 10038-5058 | Committee Member<br>CCS Computer Configuration Services<br>Al Crasso<br>2532 White Road<br>Irvine, CA 92614 |
| Committee Member<br>Mid Atlantic Corp. Services, Inc.<br>Michael Buston<br>812 Oregan Ave., #H<br>Limphicum, MD 21090 | RSN 10/31/07<br>American Express Travel Related Svcs Co.<br>c/o Becket & Lee LLP<br>Gilbert B. Weisman, Esq.<br>PO Box 3001<br>Malvern, PA 19355-0701 |
| Committee Member<br>Lifeboat Distribution, Inc.<br>Kevin Scull<br>1157 Shrewsbury Ave.<br>Shrewsbury, NJ 07720 | Securities & Exchange Commission<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036 |