# EXHIBIT "A"

## CLIENT TRANSITION AGREEMENT

This Client Transition Agreement (this "Agreement") is entered into as of October 12, 2007, by and among MTI Technology Corporation, a Delaware corporation ("MTI"), and The Collective Group, LLC, a Delaware limited liability company (the "Collective").

### RECITALS:

WHEREAS, due to MTI's inability to continue to pay its employees and independent contractors working in its United States service division other than the break/fix business conducted by its United States service division (the "Services Business") and in contemplation of filing for bankruptcy protection from its creditors, MTI has delivered termination letters to all of the employees of its Services Business (the "Services Employees") terminating their employment with MTI effective as of the close of business on the date hereof and MTI has terminated all of the independent contractors of its Services Business (the "Services Contractors") effective as of the close of business on the date hereof;

WHEREAS, as the result of such terminations, MTI no longer has the personnel to continue after the date hereof to perform its obligations under its contracts (the "Client Contracts) with the clients of its services division other than its break-fix clients (the "Clients");

WHEREAS, Edward Ateyeh, Jr., a former employee of MTI's services division, has formed Collective to make a proposal to MTI to provide the services that otherwise are required to be provided by MTI under the Client Contracts on the same terms and conditions required thereunder to those Clients who agree to engage Collective to provide such services;

WHEREAS, MTI has determined that an arrangement with Collective to provide the Clients with the services required to be provided to them under the Client Contracts will (a) enhance and preserve MTI's ability to collect the accounts receivable owed by the Clients to it as the result of the services previously provided to them under the Client Contracts, (b) mitigate claims for damages by the Clients against MTI for its breach of the Client Contracts, and (c) therefore provide substantial and material benefits to MTI and its creditors;

WHEREAS, subject to and on the terms and conditions set forth herein, MTI and Collective desire to agree to arrange for Collective to provide the services that otherwise are required to be provided by MTI under the Client Contracts on the same terms and conditions required thereunder to those Clients who agree to engage Collective to provide such services.

NOW, THEREFORE, in consideration of the premises, the mutual covenants contained herein and other good and valuable consideration, the receipt and sufficiency of which hereby are acknowledged, MTI and Collective hereby agree as follows:

1

1.    Bankruptcy Court Orders. MTI has informed Collective that it intends to initiate a proceeding for its voluntary bankruptcy under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Proceeding"). As soon as practicable after its Bankruptcy Proceeding petition date (the "Petition Date"), but not later than the close of business on the third business day thereafter, MTI shall, pursuant to 11 U.S.C. § 365(a), file a motion to assume this Agreement and shall use its reasonable best efforts to seek a hearing and entry of an Order from the Bankruptcy Court approving such assumption on the earliest date possible. As soon as practicable after the Petition Date, but not later than the close of business on the tenth business day thereafter, MTI shall, pursuant to 11 U.S.C. § 363(b)(1) and 365(a), file a motion to sell to Collective the assets described on Exhibit A attached hereto and shall use its reasonable best efforts to seek a hearing and entry of an Order from the Bankruptcy Court approving such sale on the earliest date possible.

2.    Client Transitioning. Collective and MTI agree to send to each Client (other than a Client under a Client Contract providing for enterprise deployment services) a written proposal substantially in the form attached hereto as Exhibit B in which MTI indicates that it has arranged for Collective to provide such Client with the services otherwise required to be provided by MTI to such Client under its Client Contract on the same terms and conditions as those contained in such Client Contract, but only if such Client acknowledges its agreement in writing to engage Collective to provide such services. Some of the Client Contracts involve fixed project-based services for Clients who are the direct end-users of such services (the "Direct Clients"). For avoidance of doubt, the parties acknowledge that OEM Clients, including, without limitation, Clients such as EMC and Symantec, are not Direct Clients. Upon receipt by Collective of payment for services provided to any Direct Client who engages Collective to provide the project-based services that otherwise would have been provided by MTI under a Contract as it exists as of the date hereof, it shall pay to MTI a commission equal to 10% of the revenues actually collected by it for providing such services. Any such commission shall be due and payable not later than 15 days after the end of the calendar month in which Collective receives payment for the related services.

3.    Enterprise Deployment Backlog. Exhibit C attached hereto sets forth MTI's current backlog of orders for enterprise deployment services (the "Backlog Orders"). Promptly after the date hereof, MTI agrees to provide Collective with copies of the Backlog Orders and any related agreements and documents. MTI further agrees that Collective may solicit the clients under the Backlog Orders to provide the enterprise deployment services covered by the Backlog Orders in lieu of MTI. As, when and if Collective is paid for any enterprises services provided by it pursuant to a Backlog Order, it shall pay to MTI a commission equal to 10% of the revenues actually collected by it for providing such services. Any such commission shall be due and payable not later than 15 days after the end of the calendar month in which Collective receives payment for the related services.

4.    <u>License to Use Assets</u>.  During the period beginning on the date hereof and ending on date on which such assets are sold by MTI in the Bankruptcy Proceeding or a successor bankruptcy proceeding, and to enable Collective to provide the services contemplated hereunder, MTI hereby licenses and grants to Collective the sole and exclusive right to use all of the assets of MTI required to fulfill the Client Contracts, including without limitation, all computers, furniture, fixtures, phones and other equipment, currently located at MTI's facilities in Austin, Texas, all computers and other equipment in the possession of the Services Employees and Services Contractors hired or engaged by Collective and all software, confidential information, trade secrets, URL's, websites, data bases, including, without limitation, the Collective Intellect data base, and other intellectual property previously used by MTI in performing the Client Contracts or orders for enterprise deployment services.  Collective hereby agrees to maintain the confidentiality of any such confidential information, trade secrets and data bases, including, without limitation, the Collective Intellect data base.  Such license and right also shall include the license and right to use MTI's facilities in Austin, Texas as long as MTI is entitled to occupy such facilities.  No charge or fee, other than any amounts payable pursuant to <u>Sections 2</u> and <u>3</u> hereof, shall be payable by Collective to MTI for any license or right granted to Collective hereunder, and such license and right shall entitle Collective to use the assets covered by such license and right as well as MTI's facilities in Austin, Texas for any lawful purpose, even if the use is unrelated to the provision of the services contemplated hereunder.  For the avoidance of doubt, Collective will be responsible for all expenses it incurs in connection with the use of MTI's facilities, including, without limitation, charges for utilities such as electricity, water and telephone usage, but not any rent or occupancy charge. MTI shall, to the extent permitted by law, provide Collective at least 30 days' prior written notice of any sale of the assets (other than a sale contemplated by this Agreement) covered by the license and right granted in this <u>Section 4</u>, and Collective shall return possession of such assets to MTI on or prior to the date of such sale either at MTI's facilities in Austin, Texas or another location in Austin, Texas mutually acceptable to MTI and Collective.  MTI shall provide Collective with at least 30 days' written notice of termination of the license and right granted in this <u>Section 4</u> with respect to MTI's facilities in Austin, Texas, and Collective shall vacate such facilities on or prior to the date of such termination.  In addition, Collective shall be entitled to use all supplies located at MTI's Austin, Texas facilities for the purpose of providing services to the Services Clients and fulfilling Backlog Orders, without any obligation to replenish such supplies.

5.    <u>Employee Matters</u>.    MTI acknowledges and represents that its determination to terminate the Services Employees and the Services Contractors was made independent of its determination to enter into this Agreement, that such termination was effected prior to the execution and delivery of this Agreement and that such termination would have been effected even it this Agreement had not been entered into by MTI and Collective.  With respect to the Services Business, MTI hereby irrevocably and permanently releases Edward Ateyeh, Jr. and William Kerley from all covenants-not-to-compete, customer and employee non-solicitation agreements and confidentiality obligations in their employment and other similar agreements (except as provided herein) with MTI.    In addition, MTI has been informed that Collective intends to offer

3

employment to some of the Services Employees and Services Contractors, and, with respect to the Services Business, MTI hereby irrevocably and permanently releases any Services Employees and Services Contractors hired or engaged by Collective from all covenants-not-to-compete, customer and employee non-solicitation agreements and confidentiality obligations in their employment, consulting or other similar agreements with MTI. MTI acknowledges that any arrangements between Collective and any Services Employee or Services Contractor will be entered into by Collective in its sole discretion and that Collective is not agreeing to hire or engage any particular Services Employee or Services Contractor or provide any particular compensation to any Services Employee or Services Contractor that it does hire or retain. The parties acknowledge and agree that Edward C. Ateyeh, Jr., William Kerley and all of the other Services Employees and Services Contractors hired or engaged by Collective are intended to, and shall, be third party beneficiaries of the releases made by MTI in this <u>Section 5</u>.

6.    <u>No Assumption of Liabilities</u>.  Collective is not assuming, and shall not be deemed to have assumed, any liabilities, obligations or duties of MTI of any kind or character, including, without limitation, any liabilities, obligations or duties of MTI under the Client Contracts or the Backlog Orders, any liabilities, obligations or duties to its Services Employees or the Services Contractors or any liabilities, obligations or duties relating to or arising under the lease agreement for MTI's Austin, Texas facilities..

7.    <u>Right to Use Name</u>.  MTI hereby grants Collective the right to use the name "Collective" for all purposes.

8.    <u>No Other Agreements</u>.  This Agreement constitutes the sole understanding and agreement of the parties with respect to the subject matter hereof, and supersedes any prior or contemporaneous written or oral understandings and agreements of the parties with respect to such subject matter.

9.    <u>Governing Law</u>.  This Agreement shall be governed by and construed in accordance with the internal, substantive laws of the State of Texas, without reference to the rules thereof relating to conflicts of law.

10.    <u>Amendments and Waivers</u>.    This Agreement may not be amended, supplemented or modified except by an agreement in writing signed by each of the parties.

11.    <u>Notices</u>.    All notices, consents, requests, demands and other communications required or permitted under this Agreement shall be in writing and shall be deemed to have been duly given, made and received (a) when delivered personally or by telecopy, (b) one day following the day when deposited with a reputable, established overnight courier service for delivery to the intended addressee, or (c) three days following the day when deposited with the United States Postal Service as first class, registered or certified mail, postage prepaid and addressed as set forth below:

If to Collective:

  The Collective Group, LLC
  9443 Bee Caves Road, Building 3, Suite 200
  Austin, Texas 78733
  Attention:  Edward C. Ateyeh, Jr.
  Telephone No.:  512-263-5500
  Facsimile No.:  512-532-6058

If to MTI:

  MTI Technology Corporation
  15641 Red Hill, Suite 200
  Tustin, CA 92780
  Attention:  Chief Executive Officer
  Telephone No.:  (949) 251-1101
  Facsimile No.:  (949) 885-7382

  Any party may alter its notice address by notifying the other party of such change of address in conformity with the provisions of this Section 11.

  12.  No Third-Party Beneficiaries.  Except as otherwise expressly provided in Section 5, the terms and provisions of this Agreement are intended solely for the benefit of each party hereto and their respective successors and assigns, and the parties do not intend to confer third-party beneficiary rights upon any other person.

  13.  Counterparts; Facsimile Delivery.  This Agreement may be executed in counterparts, each of which shall constitute an original, but both of which together shall constitute one and the same instrument.  Delivery of this Agreement by facsimile transmission shall be effective against the parties.

*[Signature Page Follows]*

IN WITNESS WHEREOF, each of the parties has caused this Agreement to be executed on its behalf by their respective officers thereunto duly authorized, all as of the date first written above.

MTI Technology Corporation

By: _____

Name:  Thomas P. Raimondi, Jr.

Title:   Chairman, CEO and President

The Collective Group, LLC

By: _____

Edward C. Ateyeh, Jr., CEO

[Signature Page to Client Transition Agreement]

## SCHEDULE A
## LIST OF ASSETS TO BE PURCHASED

1.  All assets covered by the license and rights granted by MTI pursuant to <u>Section 4</u> of the Agreement, other than MTI's Austin, Texas facilities, including without limitation, (a) all computers, furniture, fixtures, phones and other equipment listed on <u>Schedule A-1</u> attached hereto and (b) all software, confidential information, trade secrets, URL's, websites, data bases, including, without limitation, the Collective Intellect data base, and other intellectual property covered thereby.

2.  All Collective trade names, trademarks, services marks and logos used in connection with the Services Business, including , without limitation, those listed on <u>Schedule A-2</u> attached hereto.  For the avoidance of doubt, no trade names, trademarks, services marks or logos using the name MTI or any derivation thereof are included in the assets to be purchased.

**1490 Property, Plant and Equipment**
OCT 9 2007

| Asset Tag | Service Tag | Status | Value | Leased Value | Description |
|---|---|---|---|---|---|
| 1283 | #N/A | instock | $0.00 | | IBM - Thinkpad 390E - No Audit Data Received |
| 1470 | 15485295 | instock | $0.00 | | Gateway - E-3200 |
| 1533 | US50081385 | instock | $0.00 | | Hewlett-Packard - HP Vectra |
| 1616 | 28305630-3207372 | instock | $0.00 | | Sony Corporation - PCG-Z505HE(UC) |
| 1636 | 28306730-3350585 | instock | $0.00 | | Sony Corporation - PCG-Z505JE(UC) |
| 1722 | #N/A | prestaged | $0.00 | | Dell Computer Corporation - OptiPlex GX270 |
| 1830 | 1Q54601 | instock | $0.00 | | Dell Computer Corporation - OptiPlex GX100 |
| 2180 | 1GRD | instock | $0.00 | | Dell Computer Corporation - Latitude CS 400XT |
| 2189 | F8XED | instock | $0.00 | | Dell Computer Corporation - Latitude CS 400XT |
| 2217 | 3HC2T21 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2220 | 4JG2T21 | Nadler, Cliff (cnadler) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2226 | CXBHK21 | Romsey, Philip (phomsey) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2230 | FXYLG31 | prestaged | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2232 | FXYLD31 | Eisenberg, Norm (norm) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2236 | B1K6331 | prestaged | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2237 | T2K6331 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2238 | G2K6331 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2242 | 6H6831 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2249 | HJQ6831 | Zimmerman, Joseph (jzimmer1) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2254 | hNK6331 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2256 | 33KB831 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2260 | 6WPDC31 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2262 | JWRDC31 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2263 | 8GFKG31 | Taylor, Edward (taylor) | $0.00 | | Dell Computer Corporation - Latitude X300 |
| 2264 | 6FFKG31 | instock | $0.00 | | Dell Computer Corporation - Latitude X300 |
| 2266 | GNW9J31 | Zimmerman, Joseph (jzimmer1) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2271 | 8G06L31 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2275 | D3T0P31 | Nadler, Cliff (cnadler) | $0.00 | | Dell Computer Corporation - OptiPlex GX270 (Linux) |
| 2276 | 2BNY041 | instock | $0.00 | | Dell Computer Corporation - OptiPlex GX270 |
| 2277 | BST0P31 | Huff, Bill (bhuff) | $0.00 | | Dell Computer Corporation - OptiPlex GX270 |
| 2278 | DTT0P31 | Huff, Bill (bhuff) | $0.00 | | Dell Computer Corporation - OptiPlex GX270 |
| 2281 | BL2TG31 | instock | $0.00 | | Dell Computer Corporation - OptiPlex GX270 |
| 2282 | FST0P31 | instock | $0.00 | | Dell Computer Corporation - OptiPlex GX270 |
| 2283 | 61T0P31 | Huff, Bill (bhuff) | $0.00 | | Dell Computer Corporation - OptiPlex GX270 |
| 2287 | 9DY0G31 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2288 | 7QY0G31 | instock | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2292 | J8JF831 | Nadler, Cliff (cnadler) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2298 | 9173241 | Hines, Jonathan (jhines) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2299 | 7673241 | Dabney, Joe (jdjnd) | $0.00 | | Dell Computer Corporation - Inspiron 1100 |
| 2303 | 1265441 | Strong, Jim (strong) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2307 | FCH5641 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2309 | BQB5641 | prestaged | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2310 | 8GH5641 | prestaged | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2311 | DGH5641 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2312 | 7RWW641 | Dowlatsiani, Alex (alexd) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2313 | DRWW641 | prestaged | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2314 | 1RWW641 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2316 | 3QWW641 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2317 | 9F50F41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2318 | 5JVSD41 | Ngo, Hang (hanengo) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2319 | CHVSD41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2320 | GG50F41 | Du, Tri (tdu) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2321 | DF50F41 | prestaged | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2322 | 6HVSD41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2324 | GHVSD41 | Sahl, Joseph (jsahl) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2325 | SHVSD41 | Plank, Jennifer (jplank) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2327 | 7HVSD41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2328 | 2023F41 | Sams, Michael (msams) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2330 | FZ13F41 | Gallagher, James (jgallag) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2331 | GZ13F41 | Hawkins, Todd (toddh) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2332 | 21Q0L31 | Gallagher, James (jgallag) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2333 | 1123F41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2334 | C123F41 | Wheeler, Michael (mwheeler) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2336 | 6123141 | Maddison, Alan (amaddiso) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2337 | FY13F41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2338 | GC50F41 | Wanamaker, Kip (kwanamaker) (k) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2339 | AJVSD41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2340 | 8N0TH31 | Foren, Marc (marc) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2342 | CVGRJ41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2344 | 2wbj41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2345 | FWBRJ41 | Porter, Dwane (dporter) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2346 | 7XBRJ41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2348 | D8GBP41 | Wilhelm, Donald (dwilhelm) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2349 | H8GBP41 | Nenninger, Jennifer (jenny) | $0.00 | | Dell Computer Corporation - Latitude D600 |
| 2351 | 98GBP41 | instock | $0.00 | | Dell Computer Corporation - Latitude D600 |

OCT 9 Closing Pro Forma Balance Sheet v1 w Payroll

| | | | |
|---|---|---|---|
| 2354 D883S41 | Davis, Trey (trey) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2356 6883S41 | Instock | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2356 8883S41 | Duval, Tom (tiralbot) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2357 7883S41 | Hatchell, Mark (hatchell) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2359 782J351 | Stewart, Ryan (rstewart) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2360 182J351 | Instock | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2361 37Z4351 | Komula, Kimberly (kkomula) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2363 D9Z4351 | Cronenwett, Mark (mcron) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2364 34W0551 | Fendrich, Lawren (lfendrich) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2365 D5W0551 | Instock | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2366 D6W0551 | Fulbright, Nicholas (nfulbright) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2368 JTR8551 | Instock | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2369 R5Y8451 | Nadler, Cliff (cnadler) | $0.00 | Dell Computer Corporation - Optiplex GX270-D (Linux) |
| 2371 2W88551 | Nadler, Cliff (cnadler) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2386 6H0ZH61 | Cicelra, Hannie (hcicelra) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2388 8L07H61 | Subramanian, Pathibalsathy (psubramanian) | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2389 8M07H61 | Instock | $0.00 | Dell Computer Corporation - Latitude D600 |
| 2391 FLTCM61 | Newman, Jeffrey (jnewman) | $47.74 | Dell Computer Corporation - Latitude D600 |
| 2392 4NTCM61 | Bezan, Kristopher (kcbezan) | $47.74 | Dell Computer Corporation - Latitude D600 |
| 2392 4NTCM61 | Instock | $47.74 | Dell Computer Corporation - Latitude D600 |
| 2393 8PTCM61 | Ewing, Rickey (rkewing) | $47.74 | Dell Computer Corporation - Latitude D600 |
| 2396 GDJ3N51 | Instock | $48.93 | Dell Computer Corporation - Latitude D600 |
| 2397 8LJ3N51 | Wood, Kevin (kbwood) | $48.93 | Dell Computer Corporation - Latitude D600 |
| 2398 7GJ3N51 | Kumar, Rajesh (rkumar) | $46.93 | Dell Computer Corporation - Latitude D600 |
| 2399 9KJ3N51 | Tocco, Anthony (tocco) | $46.93 | Dell Computer Corporation - Latitude D600 |
| 2401 1DP4P61 | Instock | $224.82 | Dell Computer Corporation - Latitude D600 |
| 2402 9BP4P61 | Tate, LaVite (llata) | $224.82 | Dell Computer Corporation - Latitude D600 |
| 2402 9BP4P61 | Instock | $224.82 | Dell Computer Corporation - Latitude D600 |
| 2403 8EP4P61 | Instock | $224.82 | Dell Computer Corporation - Latitude D600 |
| 2404 DDP4P61 | Instock | $224.82 | Dell Computer Corporation - Latitude D600 |
| 2405 JBP4P61 | Ruggirello, Richard (rrugg) | $224.82 | Dell Computer Corporation - Latitude D600 |
| 2411 B0PGH71 | Huff, Bill (bhuff) | $358.03 | Dell Inc. - Latitude D610 |
| 2412 90PGH71 | Fahler, Elliot (eferrior) | $358.03 | Dell Inc. - Latitude D610 |
| 2413 40PGH71 | Dilloway, Jon (jond) | $358.03 | Dell Inc. - Latitude D610 |
| 2414 11PGH71 | Homsey, Philip (phomsey) | $358.03 | Dell Inc. - Latitude D610 |
| 2415 41PGH71 | Instock | $358.03 | Dell Inc. - Latitude D610 |
| 2427 B4DQC61 | Blair, David (Laptop) | $548.33 | Dell Inc. - Latitude D610 |
| 2428 H0DQC61 | Beltzer Jr., Charles (charles7) | $548.33 | Dell Inc. - Latitude D610 |
| 2431 57DQC61 | Instock | $578.85 | Dell Inc. - Latitude D610 |
| 2432 D7DQC61 | Burnette, Cecil (burnette) | $578.85 | Dell Inc. - Latitude D610 |
| 2441 12Q2T61 | Harrington, Cindy (charring) | $842.44 | Dell Inc. - Latitude D610 |
| 2442 30Q2T61 | Kliendorf, Ron (rkliflen) | $842.44 | Dell Inc. - Latitude D610 |
| 2443 3ZP2T61 | Uhrig, Wayne (wuhrig) | $842.44 | Dell Inc. - Latitude D610 |
| 2454 71Q2T61 | Instock | $842.44 | Dell Inc. - Latitude D610 |
| 2448 7ZP2T61 | Instock | $842.44 | Dell Inc. - Latitude D610 |
| 2447 CNU9010TOK | Tocco, Anthony (tocco) | $822.84 | Hewlett-Packard - HP Compaq nc6220 (PZ122UA#ABA) |
| 2448 CNU9010STK | Zimmerman, Joseph (bzimmer1) | $825.72 | Hewlett-Packard - HP Compaq nc6220 (PZ122UA#ABA) |
| 2449 CNU9010S0V | Instock | $823.72 | Hewlett-Packard - HP Compaq nc6220 (PZ122UA#ABA) |
| 2453 8MHRW61 | (D) Colin Campbell | $725.88 | Dell Inc. - Latitude D610 |
| 2454 HJHRW61 | Instock | $725.88 | Dell Inc. - Latitude D610 |
| 2455 GFHRW61 | Hines, Jonathan (jhines) | $725.88 | Dell Inc. - Latitude D610 |
| 2468 DMWR561 | Moon, Michael (mmoon) | $962.99 | Dell Inc. - Latitude D610 |
| 2469 9H704B1 | Whitley, Tom (twhitley) | $962.99 | Dell Inc. - Latitude D610 |
| 2470 J6704B1 | Eddington, Greg (gegging) | $962.99 | Dell Inc. - Latitude D610 |
| 2471 8550J351 | Morrison Jr., Philip (pjmorr) | $919.09 | Dell Inc. - Latitude D610 |
| 2472 DGNL861 | Kerley, William (bkerley) | $962.99 | Dell Inc. - Latitude D610 |
| 2473 98160931H | Instock | $2,013.16 | TOSHIBA - TECRA M7 |
| 2474 4Z94WB1 | Instock | $1,743.64 | Dell Inc. - Latitude D620 |
| 2475 1076WB1 | Lynch, Pamela (plynch) | $1,743.64 | Dell Inc. - Latitude D620 |
| 2476 8076WB1 | Tyler, James (jtyler01) | $1,743.64 | Dell Inc. - Latitude D620 |
| 2477 HY56WB1 | Walls, Spencer (swalls) | $1,743.64 | Dell Inc. - Latitude D620 |
| 2478 H076WB1 | Instock | $1,743.64 | Dell Inc. - Latitude D620 |
| 2480 2N96WB1 | Instock | $1,743.64 | Dell Inc. - Latitude D620 |
| 2481 FL6NWB1 | Sutton, Stephen (ssutton) | $1,743.64 | Dell Inc. - Latitude D620 |
| 2484 9HTGZB1 | Instock | $1,743.64 | Dell Inc. - Latitude D620 |
| 2488 DXRGZB1 | DiGiuseppe, Steven (stevedig) | $1,794.92 | Dell Inc. - Latitude D620 |
| 2486 56SGZB1 | Simpson, Andy (lawyir) | $1,812.66 | Dell Inc. - Latitude D620 |
| 102588 56HRFS1 | Martinez, Jorge (jmartinez) | $0.00 | $653.04 Dell Computer Corporation - Latitude D600 |
| 102590 1YRQLS1 | Heath, William (wheath) | $653.04 | Dell Computer Corporation - Latitude D600 |
| 105037 J6SQTS1 | Heath, William (wheath) | $0.00 | $640.51 Dell Computer Corporation - Latitude D600 |
| 105042 B6RQTS1 | Robison, Blaine (brobison) | $653.04 | Dell Computer Corporation - Latitude D600 |
| 105044 51BQTS1 | Dasal, Mike (mdasal) | $0.00 | $640.51 Dell Computer Corporation - Latitude D600 |
| 105072 302FC61 | Ditimer, Renee (rditimer) | $0.00 | $1,393.00 Dell Computer Corporation - Latitude D600 |
| 105095 JXJYW61 | Winford, Avery (averywin) | $0.00 | $1,432.00 Dell Computer Corporation - Latitude D600 |
| 35NHX91 35NHX91 | Instock | $1,477.00 | Dell Inc. - Latitude D610 |
| 8GRGZR1 8GRGZR1 | Instock | $1,743.64 | Dell Inc. - Latitude D610 |
| BM9NWB1 BM9NWB1 | Instock | $1,743.64 | Dell Inc. - Latitude D620 |
| 212FC61 | Zapatka, Stephen (ozapatka) | $0.00 | $1,393.00 Dell Computer Corporation - Latitude D600 |
| 46V54C1 | Wang, Jeffrey (jwang) | $1,743.64 | Dell Inc. - Latitude D610 |

OCT 9 Closing Pro-Forma Balance Sheet v1 w Payroll

| 6P53281 | Shafiroff, Daniella (dshafiron) | $0.00 | $1,323.09 | Dell Inc. - Latitude D610 |
|---|---|---|---|---|
| 8ZJYW81 | Desrochers, Raymond (rdesrochers) | $0.00 | $1,432.00 | Dell Computer Corporation - Latitude D600 |
| FOSTQ51 | Jones, Ty (tjones) | $0.00 | $665.76 | Dell Computer Corporation - Latitude D600 |
| B9V54C1 | Cauley, Cliford (ccauley) | $1,743.84 | | Dell Inc. - Latitude D620 |
| D9V54C1 | Wlschec, Carraine (cwischec) | $1,743.84 | | Dell Inc. - Latitude D620 |
| DW7MB71 | Nottis, Robin (rnottis) | $0.00 | $1,477.00 | Dell Inc. - Latitude D610 |
| G3HRFS1 | Martinez, Jorge (jmartinez) | $0.00 | $653.04 | Dell Computer Corporation - Latitude D600 |
| J5NKX81 | Hu, Qingyu (qhu) | $1,477.00 | | Dell Inc. - Latitude D610 |
| | | $80,962.02 | $11,700.86 | Total Lease Buyout |
| | | $5,378.77 | | FAS Stylish (non Laptop Asset) |
| | **Total PP&E** | **$86,340.79** | | |

Andrews Kurth LLP
Case Summary Report
For Collective Technologies, Inc.

Date: October 4, 2007

## TRADEMARKS

### COLLECTIVE INTELLECT

| Case No. | Owner of Record | Country | Appln. No. | Filing Date | Regn. No. | Regn. Date | Class & Goods | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 146516 | Collective Technologies, Inc. | USA | 75/866,608 | 12/7/1999 | 2,417,406 | 1/2/2001 | International Class 42; Providing an on-line computer database in the field of computer system design, installation, implementation and administration | Issued | Section 8 & 15 Use Affidavit Due 1/2/2007 |

### COLLECTIVE TECHNOLOGIES

| Case No. | Owner of Record | Country | Appln. No. | Filing Date | Regn. No. | Regn. Date | Class & Goods | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 146519 | Collective Technologies, Inc. | USA | 75/866,607 | 12/7/1999 | 2,486,557 | 9/4/2001 | International Class 37; Installation of computer systems | Registered | Section 8 & 15 Use Affidavit — 9/4/2007 |
| 146517 | Collective Technologies, Inc. | Canada | 1,062,105 | 1/6/2000 | 566,688 | 8/29/2002 | (1) Installation of computer systems; computer consultation services, namely computer system design, implementation and administration. (2) Installation of computer systems; computer consulting services; implementation and design of computer network systems; administration of computer network systems | Registered | Renewal Date: 8/29/2017 |

Andrews Kurth LLP
Case Summary Report
For Collective Technologies, Inc.

Date: October 4, 2007

| 1465518 | Collective Technologies, Inc. | European | 1,692,417 | 1/6/2000 | 1,692,417 | 1/10/2002 | | Registered | Renewal Due 1/6/2010 |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | International Class 9: Computer, computer hardware and computer software; computer peripherals; integrated circuits; electronic publications; computer hardware and computer software for database management, computer programming; computer software and publications in electronic form supplied on-line from databases, from facilities provided on a global computer network or the internet; interactive computer software; apparatus for searching electronic information from a global computer network or the internet; | | |
| | | | | | | | International Class 37: Building, construction; repair; installation services; installation, maintenance and software services; installation, maintenance and repair of computer hardware and computer programs, databases and applications; installation, maintenance and repair services for global computer networks or the internet; installation, maintenance and repair of computer firmware; installation of computer systems; information, advisory and consultancy services relating to all the aforesaid; | | |
| | | | | | | | International Class 42: Computer programming; computer hardware and software services; installation, maintenance and repair of computer software; graphic design for the compilation of webpages on the internet; creating and maintaining web-sites; computer database management; computer consultation services; research; computer system design, implementation and administration; and information provided on-line from a global computer network or the internet in respect of all the above services; | | |

HOU:2466542.1

Page 2

Andrews Kurth LLP

**Case Summary Report**
For: Collective Technologies, Inc.

■Collective■
Technologies⌐

Date: October 4, 2007

**COLLECTIVE TECHNOLOGIES (Styled)**

| Case No. | Owner of Record | Country | Appln No. | Filing Date | Regn. No. | Regn. Date | Class & Goods | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 146520 | Collective Technologies, Inc. | USA | 75/867,102 | 12/7/1999 | 2,537,669 | 2/12/2002 | International Class 37: Installation of computer systems | Registered | Section 8 & 15 Use Affidavit – 2/12/2008 |

**SPECTRA SOLUTIONS**

| Case No. | Owner of Record | Country | Appln No. | Filing Date | Regn. No. | Regn. Date | Class & Goods | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 146521 | Collective Technologies, Inc. | USA | 75/866,622 | 12/7/1999 | 2,533,409 | 1/29/2002 | International Class 37: Installation of computer systems | Registered | Section 8 & 15 Use Affidavit – 1/29/2008 |

**THE POWER OF MANY MINDS**

| Case No. | Owner of Record | Country | Appln No. | Filing Date | Regn. No. | Regn. Date | Class & Goods | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|
| 146522 | Collective Technologies, Inc. | USA | 75/867,110 | 12/7/1999 | 2,495,604 | 10/9/2001 | International Class 42: Providing an on-line computer database in the field of computer system design, installation, implementation and administration | Registered | Section 8 & 15 Use Affidavit – 10/9/2007 |

HOU:2465421

# Schedule 1.1(e)
# Seller Intellectual Property
# Internal Applications

MTI Technology Corporation ("MTI") has an extensive intranet made up of a number of applications that allow MTI to run its day-to-day business. MTI wrote all of the applications listed in this section and the applications are MTI's intellectual property ("IP").

MTI's members wrote many of the applications utilized in MTI's intranet over the past nine years. Below is a list (although not exhaustive) of the significant applications on MTI's intranet with a brief description of each.

### Collective Intellect ("CI")
The CI consists of a Perl based web enhanced interface to a Remedy Ticketing system. Members of MTI wrote all of the Perl code for the front end and use the AR Perl API interface to talk to Remedy.

### HR
MTI's Human Resources ("HR") application is used to track all pay and benefit data for MTI's members as well as the other standard HR data such as next of kin, emergency contract information, education, and so on. The HR application is a web based (Perl, mason) front end to an Oracle database. In addition to the core HR application, several supplementary applications allow managers to see members' HR data such as salary and bonus information. There is also an on-line Personal Action Notice ("PAN") application that allows managers to request different personnel actions such as salary increases or promotions for their members via a web interface.

### Timesheets
MTI's on-line timesheet system allows members to enter information for hours worked and allows managers to view and approve that information. There are also several reports that allow a historic view of timesheet data.

### Expenses
MTI's on-line expense system allows members in the field to submit their expenses via the web and have them verified and approved (also, via the web) by their management chain.

### Resources
The Resources database is the core for MTI's entire intranet. The resources application is the main way to view and modify that core data. It allows members to change their contract information and update their skills. It also allows the managers to see that information.

### Crystal Ball
Crystal Ball is a web-based application that allows MTI to integrate opportunity information from SalesForce.com with MTI's internal resource management systems. Crystal Ball allows the linking up of MTI resources with SalesForce opportunities. It uses the XMLRPC based API that SalesForce.com provides to query for and download any changes and stores those in a local database.

### Status of Region ("SOR")
This is MTI's primary resource management application. It allows MTI to view the location of or deploy any of its consultants to projects that MTI is currently working on.

### Project Resource Management ("PRM")

PRM is a new application that will eventually replace the SOR. It allows the tracking of budget, attachments, and a BLOG for each project. While this application is still under development, MTI has rolled-out pieces as they are completed.

### Web Based Reports

There are numerous web-based reports that allow members and their managers to see the data in the various systems. Some of these reports are applications in and of themselves that do nothing more then allow you to filter and view the data.

### Member Status Report

This application allows members to enter a weekly status report that is automatically sent to their management chain.

### Member Profile Tracking System

This application allows members to submit updates to their profiles and allows managers to track the status of and download profiles for their members for presentation to their clients.

### Techouts

This application allows MTI to assign and track tech-outs (candidate interviews by members) for any potential MTI hires.

### Various Administrative Applications

MTI has several applications that allow it to do administrative functions such as request the scheduling of a conference call, order a particular piece of hardware or software, set up a laptop for access to the HQ wireless network, etc.

# Applications

Below is a list of applications that we use for internal operations that were not written by MTI and are not
MTI IP.

### Document Repository
MTI did not write the software utilized for MTI's document repository. The software is based on an open
source project called Drall. However, it has been heavily modified from its original version to enable
some features that were not available as written.

### Admin Ticket System
MTI does not write its Admin Ticket System. There are some modifications made that allows the system
to work with our Web based authentication and authorization scheme. The product is called Cerberus and
it is a 'commercial' product that is free for a single domain, which is how we are currently running the
system.

### SalesForce
SalesForce.com is our CRM system and is a hosted service. We have some applications that allow us to
integrate with it and we have customized the SF.com forms, but nothing else.

### Oracle Financials
We use Oracle Financials as our Accounting system. We have 10 licenses for four different modules:
Accounts Receivable, Accounts Payable, Project Accounting and General Ledger. We have written
interfaces that allow our time, expenses and resources management applications to integrate with Oracle's
Project Accounting module.



**OHIM - OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET**

**UAMI - UFFICIO PER L'ARMONIZZAZIONE NEL MERCATO INTERNO**

TRADE MARKS AND DESIGNS

MARCHI, DISEGNI E MODELLI

# CERTIFICATE OF REGISTRATION

This Certificate of Registration is hereby issued for the Community trade mark identified below. The corresponding entities have been recorded in the Register of Community Trade Marks.

# CERTIFICATO DI REGISTRAZIONE

Si rilascia il presente certificato di registrazione per il marchio comunitario identificato in appresso. I dati ad esso relativi sono stati iscritti nel registro dei marchi comunitari.

## N° 001692417

# COLLECTIVE TECHNOLOGIES

Registered/Registrato, 20/03/2002

The President/Il Presidente

Wubbo de Boer



OHIM · OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET

UAMI · UFFICIO PER L'ARMONIZZAZIONE NEL MERCATO INTERNO

| 450 | 20/05/2002 |
| 210 | 001692417 |
| 220 | 06/04/2000 |
| 442 | 20/08/2001 |
| 541 | |

732

Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX 78733
US

740

FIELD FISHER WATERHOUSE
35 Vine Street
London EC3N 2AA
GB

270    EN    IT

511    **ES – 9 –** Ordenadores, hardware de ordenador y software de ordenador, dispositivos periféricos de ordenador, circuitos integrados, publicaciones electrónicas; hardware informático y software informático para la gestión de bases de datos, programas informáticos, programas informáticos y publicaciones en formato electrónico facilitados en línea desde bases de datos o desde instalaciones situadas en una red informática global o en Internet; software informático interactivo, aparatos para la búsqueda de información electrónica en una red informática global o en Internet.

**ES – 37 –** Edificación, construcción, reparación, servicios de instalación, instalador, mantenimiento y reparación de hardware informático y programas informáticos, bases de datos y aplicaciones informáticas; servicios de instalación, mantenimiento y reparación para redes informáticas globales o Internet; instalación, mantenimiento y reparación de firmware informático; instalación de sistemas informáticos; servicios de información, asesoramiento y consultoría relacionadas con todo lo mencionado.

**EB – 42 –** Programación de ordenadores; servicios de hardware y software informáticos; instalación, mantenimiento y reparación de programas informáticos; diseño gráfico para la recopilación de páginas web en Internet; creación y mantenimiento de sitios web; gestión de bases de datos informáticas; servicios de consultoría informática; en concreto, diseño, implantación y administración de sistemas informáticos e información facilitada en línea desde una red informática global o Internet en relación con todos los servicios mencionados.

**DA – 9 –** Computere, computerhardware og computersoftware, perifert computerudstyr, integrerede kredsløb, elektroniske publikationer; computerhardware og computersoftware til databasestyring, computerprogrammer; computersoftware og publikationer i elektronisk form leveret online fra databaser, fra faciliteter på et globalt computernetværk eller Internettet; interaktiv computersoftware, apparater til søgning af elektronisk information fra et globalt computernetværk eller Internettet.

**DA – 37 –** Byggevirksomhed; reparationsvirksomhed; installationsvirksomhed; installation, vedligeholdelse og reparation af computerhardware og computerprogrammer, databaser og applikationer; installation, vedligeholdelse og reparation vedrørende globale computernetværk eller Internettet; installation, vedligeholdelse og reparation af computerfirmware; installation af computersystemer; information, rådgivning og konsulentvirksomhed i forbindelse med alle ovennævnte tjenesteydelser.

**DA – 42 –** Computerprogrammering; computervirksomhed inden for hardware og software; installation, vedligeholdelse og reparation af computersoftware; grafisk design i forbindelse med udarbejdelse af websider på Internettet; oprettelse og vedligeholdelse af websider; databasestyring; konsulentvirksomhed i forbindelse med computere, nemlig design af computersystemer, implementering og administration samt information tilvejebragt online fra et globalt computernetværk eller via Internettet vedrørende alle ovennævnte tjenesteydelser.

**DE – 9 –** Computer, Computerhardware und Computersoftware; Computerperipheriegeräte; integrierte Schaltkreise; elektronische Publikationen; Computerhardware und Computersoftware für die Datenbankverwaltung; Computerprogramme; von Datenbanken, Einrichtungen eines weltweiten Computernetzes oder dem Internet online gelieferte

OHIM - OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET

UAMI - UFFICIO PER L'ARMONIZZAZIONE NEL MERCATO INTERNO

Computersoftware und Veröffentlichungen in elektronischer Form; interaktive Computersoftware, Geräte zur Suche elektronischer Informationen in einem weltweiten Computernetz oder im Internet.

**DE - 37 -** Bauwesen; Reparaturwesen; Installationsarbeiten; Installation, Wartung und Reparatur von Computerhardware und Computerprogrammen, Datenbanken und -anwendungen; Installation, Wartung und Reparatur in Bezug auf weltweite Computernetze oder das Internet; Installation, Wartung und Reparatur von Computerfirmware; Installation von Computersystemen; Information und Beratung in Bezug auf alle vorstehend genannten Leistungen.

**DE - 42 -** Erstellen von Programmen für die Datenverarbeitung; Dienstleistungen in Bezug auf Computerhardware und -software; Installation, Pflege und Reparatur von Computersystemen; Grafikdesign; zur Zusammenstellung von Web-Seiten im Internet; Erstellung und Pflege von Websites; computergestützte Datenbankverwaltung; Computer-Consultingdienste; nämlich Entwurf, Implementierung und Verwaltung von Computersystemen; und online über ein weltweites Computernetz oder das Internet bereitgestellte Informationen in Bezug auf alle vorstehend genannten Dienstleistungen.

**EL - 9 -** Ηλεκτρονικοί υπολογιστές, υλισμικό και λογισμικό ηλεκτρονικών υπολογιστών· περιφερειακά ηλεκτρονικών υπολογιστών· ολοκληρωμένα κυκλώματα· ηλεκτρονικές εκδόσεις· υλικό ηλεκτρονικών υπολογιστών και λογισμικό ηλεκτρονικών υπολογιστών για διαχείριση βάσεων δεδομένων, προγράμματα ηλεκτρονικών υπολογιστών· λογισμικό ηλεκτρονικών υπολογιστών και εκδόσεις σε ηλεκτρονική μορφή παρεχόμενες επί γραμμής από βάσεις δεδομένων, από εγκαταστάσεις παρεχόμενες σε ένα παγκόσμιο ηλεκτρονικό δίκτυο ή στο Διαδίκτυο· αλληλεπιδραστικό λογισμικό ηλεκτρονικών υπολογιστών, συσκευές για αναζήτηση ηλεκτρονικών πληροφοριών από παγκόσμιο ηλεκτρονικό δίκτυο ή από το Διαδίκτυο.

**EL - 37 -** Κατασκευές· επισκευές· υπηρεσίες εγκατάστασης· εγκατάσταση, συντήρηση και επισκευή υλικού ηλεκτρονικών υπολογιστών και προγραμμάτων ηλεκτρονικών υπολογιστών, βάσεων δεδομένων και εφαρμογών· υπηρεσίες εγκατάστασης, συντήρησης και επισκευής για παγκόσμια ηλεκτρονικά δίκτυα ή για το Διαδίκτυο·

εγκατάσταση, συντήρηση και επισκευή υλικολογισμικού ηλεκτρονικών υπολογιστών· εγκατάσταση συστημάτων ηλεκτρονικών υπολογιστών· υπηρεσίες παροχής πληροφοριών και συμβουλών σε σχέση με όλα τα προαναφερόμενα.

**EL - 42 -** Προγραμματισμός ηλεκτρονικών υπολογιστών· υπηρεσίες υλικού και λογισμικού ηλεκτρονικών υπολογιστών· εγκατάσταση, συντήρηση και επισκευή λογισμικού ηλεκτρονικών υπολογιστών· γραφικό σχέδιο για τη σύνταξη ιστοσελίδων στο Διαδίκτυο· δημιουργία και διατήρηση ιστοθέσεων· διαχείριση ηλεκτρονικών βάσεων δεδομένων· υπηρεσίες παροχής συμβουλών σε θέματα ηλεκτρονικών υπολογιστών· συγκεκριμένα σχεδιασμός, υλοποίηση και διαχείριση συστημάτων ηλεκτρονικών υπολογιστών και πληροφορίες παρεχόμενες επί γραμμής μέσω παγκόσμιου δικτύου ηλεκτρονικών υπολογιστών ή του Διαδικτύου σε σχέση με όλες τις προαναφερόμενες υπηρεσίες.

**EN - 9 -** Computers; computer hardware and computer software; computer peripherals; integrated circuits; electronic publications; computer hardware and computer software for database management; computer programmes; computer software and publications in electronic form, supplied on-line from databases, from facilities provided on a global computer network or the internet; interactive computer software, apparatus for searching electronic information from a global computer network or the internet.

**EN - 37 -** Building; construction; repair; installation services; installation, maintenance and repair of computer hardware and computer programs, databases and applications; installation, maintenance and repair services for global computer networks or the internet; installation, maintenance and repair of computer firmware; installation of computer systems; information, advisory and consultancy services relating to all the aforesaid.

**EN - 42 -** Computer programming; computer hardware and software services; installation, maintenance and repair of computer software; graphic design for the compilation of web pages on the internet; creating and maintaining web-sites; computer database management; computer consultation services; namely computer system design, implementation and administration and information provided on-line from a global computer network or the internet in respect of all the above services.



OHIM - OFFICE FOR HARMONIZATION IN THE INTERNAL MARKET

UAMI - UFFICIO PER L'ARMONIZZAZIONE NEL MERCATO INTERNO

TRADE MARKS
AND
DESIGNS

MARCHI,
DISEGNI
E MODELLI

FR - 9 - Ordinateurs, matériel informatique et logiciels périphériques pour ordinateurs, circuits intégrés, publications électroniques, matériel informatique et logiciels pour la gestion de bases de données, programmes informatiques et publications sous forme électronique fournis en ligne à partir de bases de données, à partir de services fournis sur un réseau informatique mondial ou l'Internet, logiciels interactifs, appareils de recherche d'informations électroniques à partir d'un réseau informatique mondial ou de l'Internet.

FR - 37 - Construction, réparation, services d'installation, installation, entretien et réparation de matériel informatique et programmes informatiques, bases de données et applications, services d'installation, entretien et réparation pour réseaux informatiques mondiaux et Internet, installation, entretien et réparation de microlsgiciels, installation de systèmes informatiques, services d'information, de conseils et d'assistance relatifs à tous les services précités.

FR - 42 - Programmation pour ordinateurs, services relatifs aux logiciels et au matériel informatique, installation, entretien et réparation de logiciels, conception graphique pour la compilation de pages web sur l'Internet, création et gestion de sites web, gestion de bases de données informatiques, services de conseil en informatique, à savoir conception, mise en oeuvre et administration de systèmes informatiques et informations fournies en ligne à partir d'un réseau informatique mondial ou d'Internet concernant tous les services précités.

IT - 9 - Elaboratori elettronici, hardware informatico e software informatico, unità periferiche per computer, circuiti integrati, pubblicazioni elettroniche, hardware e software per la gestione di banche dati, programmi per computer, software e pubblicazioni in formato elettronico disponibili on-line da banche dati, da sistemi su una rete informatica globale o su Internet, software interattivi, apparecchi per la ricerca di informazioni elettroniche su una rete informatica globale o Internet.

IT - 37 - Costruzione, riparazione, servizi d'installazione, installazione, manutenzione e riparazione di hardware e programmi per computer, banche dati ed applicazioni per computer, installazione, manutenzione e riparazione relativamente a reti informatiche globali e Internet, installazione, manutenzione e riparazione di firmware, installazione di sistemi informatici, informazioni e consulenza riguardanti quanto suddetto.

IT - 42 - Programmazione per computer, servizi in materia di hardware e software, installazione, manutenzione e riparazione di software, progettazione grafica per la compilazione di pagine Web su Internet, creazione e manutenzione di siti Web, gestione di banche dati, servizi di consulenza in materia di computer, ovvero progettazione, realizzazione e amministrazione di sistemi informatici e informazioni disponibili on-line da una rete informatica o da Internet riguardo a tutti i suddetti servizi.

NL - 9 - Computers, computerhardware en computersoftware, computerrandapparaten, geïntegreerde schakelingen, elektronische publicaties, hardware en software voor databasebeheer, computerprogramma's, software en publicaties in elektronische vorm, on line geleverd via databases, via faciliteiten op wereldwijde computernetwerken of via het Internet, interactieve software, apparatuur voor het zoeken van elektronische informatie vanuit een wereldwijd computernetwerk of het Internet.

NL - 37 - Bouw, reparaties, installatiewerkzaamheden, installatie, onderhoud en reparatie van hardware en computerprogramma's, computerdatabases en toepassingen, installatie, onderhoud en reparatie van wereldwijde computernetwerken of het Internet, installatie, onderhoud en reparatie van firmware, installatie van computersystemen, informatie, advisering en consultancy met betrekking tot al het voornoemde.

NL - 42 - Computerprogrammering, hardware en software, installatie, onderhoud en reparatie van software, grafisch ontwerp voor het samenstellen van webpagina's op het Internet, het creëren en onderhouden van websites, beheer van computerdatabases, diensten met betrekking tot adviesverlening op het gebied van computers, te weten ontwerp van computersystemen, uitvoering en administratie en informatie, on line verschaft vanaf een wereldwijd computernetwerk of het Internet met betrekking tot alle voornoemde diensten.

PT - 9 - Computadores, hardware de computador e software de computador, dispositivos periféricos para computador, circuitos integrados, publicações electrónicas, hardware e software para gestão de bases de dados, programas de computador, software e edições em formato electrónico fornecidas em linha a partir de bases de dados ou de serviços prestados numa rede informática mundial ou na Internet, software interactivo, aparelhos de pesquisa de informação electrónica numa rede informática mundial ou na Internet.

**PT - 37** - Construção, reparações; serviços de instalação; instalação, manutenção e reparação de hardware e programas de computador, bases de dados e aplicações informáticas; serviços de instalação, manutenção e reparação para redes informáticas mundiais ou a Internet; instalação, manutenção e reparação de "firmware"; instalação de sistemas informáticos; serviços de informações, assessoria e consultadoria relacionados com todos os serviços atrás referidos.

**PT - 42** - Programação para computadores; serviços para hardware e software; instalação; manutenção e reparação de software; desenho gráfico para a compilação de páginas da Web na Internet; criação e manutenção de "websites"; gestão de bases de dados informáticas; serviços de consultoria informática; nomeadamente concepção, implementação e administração de sistemas informáticos e informações prestadas em linha, a partir de uma rede informática mundial ou da Internet, relativos a todos os serviços atrás referidos.

**FI - 9** - Tietokoneet, tietokonelaitteistot ja tietokoneohjelmistot; tietokoneiden oheislaitteet; integroidut piirit; elektroniset julkaisut; tietokonelaitteistot ja tietokoneohjelmistot tietokantojen hallintaan, tietokoneohjelmat; online-periaatteella tietokannoista maailmanlaajuisesta tietokoneverkosta tai Internetistä toimitettavat tietokoneohjelmistot ja elektronisessa muodossa olevat julkaisut; vuorovaikutteiset tietokoneohjelmistot; laitteet; elektroniseen tiedonhakuun maailmanlaajuisesta tietokoneverkosta tai Internetistä.

**FI - 37** - Rakentaminen; huolto- ja korjaus; asennuspalvelut; tietokonelaitteistojen ja -ohjelmien, tietokantojen ja -sovellusten asennus, ylläpito ja korjaus; asennus-, ylläpito- ja korjauspalvelut maailmanlaajuisia tietokoneverkkoja tai Internetiä varten; tietokonevalmisohjelmistojen asennus, ylläpito ja korjaus; tietokonejärjestelmien asennus; kaikkeen edellä mainittuun liittyvät tiedotus-, neuvonta- ja konsultointipalvelut.

**FI - 42** - Tietokoneohjelmointi; tietokonelaitteistoihin ja -ohjelmistoihin liittyvät palvelut; tietokoneohjelmistojen asentaminen, ylläpito ja korjaus; graafinen suunnittelu Internetissä julkaistavien verkkosivujen kokoamista varten; web-sivustojen luominen ja ylläpito; tietokannan hallinta; tietokoneisiin liittyvät konsultointipalvelut; nimittäin tietokonejärjestelmien suunnittelu, toteutus ja hallinta sekä tiedotus tarjottuna online-muodossa maailmanlaajuisesta tietokoneverkosta tai

Internetistä kaikkien edellä mainittujen palvelujen yhteydessä.

**SV - 9** - Datorer, datormaskinvara och datorprogramvara; kringutrustning till datorer; integrerade kretsar; elektroniska publikationer; maskinvara och programvara för databashantering, datorprogram; programvara och publikationer i elektronisk form för direktåtkomst från databaser eller från inrättningar tillhandahållen på ett globalt datornät eller Internet; interaktiv programvara, apparater för sökning av elektronisk information på ett globalt datornät eller Internet.

**SV - 37** - Uppförande/anläggande av byggnationer; reparation/underhåll; installationstjänster; installation, underhåll och reparation av datormaskinvara och datorprogram; databaser och applikationer; installations- och reparationstjänster för globala datornät eller Internet; installation, underhåll och reparation av fast programvara för datorer; installation av datorsystem; information, rådgivning och konsultation avseende nämnda tjänster.

**SV - 42** - Datorprogrammering; tjänster avseende maskin- och programvara; installation, underhåll och reparation av programvara; grafisk design för sammanställning av webbsidor på Internet; upprättande och underhåll av webbplatser; databashantering; datorkonsulttjänster; nämligen utformning, implementering och administration av datorsystem samt information tillhandahållen via direktanslutning från ett globalt datornät eller Internet avseende alla nämnda tjänster.

300      U.S. 07/12/1999 75/866,607

| | |
|---|---|
| **450**<br>Fecha de publicación del registro<br>Registreringens offentliggørelsesdato<br>Tag der Veröffentlichung der Eintragung<br>Ημερομηνία δημοσίευσης της καταχώρησης<br>Date of publication of the registration<br>Date de publication de l'enregistrement<br>Data di pubblicazione della registrazione<br>Datum van publikatie van de inschrijving<br>Data de publicação do registo<br>Rekisteröinnin julkaisupäivä<br>Datum för offentliggörande av registreringen | **546**<br>Reproducción de la marca en caracteres no normalizados<br>Gengivelse af varemærket ved brug af ikke standardiserede typer<br>Wiedergabe der Marke ohne Beachtung der üblichen Schreibweise<br>Αναπαράσταση του σήματος με μη τυποποιημένους χαρακτήρες<br>Reproduction of trade mark in non-standard script<br>Reproduction de la marque en écriture non standard<br>Riproduzione del marchio secondo modalità di scrittura diverse dalle usuali<br>Afbeelding van het merk indien niet weergegeven in gewoon schrift<br>Reprodução da marca em escrita não normal<br>Tunnusmerkin kuvaus asettelua tavalliseksi<br>Återgivning av märke med speciell grafisk utformning |
| **210**<br>Número de expediente atribuido a la solicitud<br>Ansøgningsnummer<br>Aktenzeichen der Anmeldung<br>Αριθμός πρωτοκόλλου της αίτησης<br>File number given to the application<br>Numéro de dossier attribué à la demande<br>Numero d'ordine del fascicolo relativo alla domanda<br>Nummer van de aanvrage<br>Número de processo atribuído ao pedido<br>Hakemukselle annettu numero<br>Ansökningsnummer | **554**<br>Marca tridimensional<br>Tredimensionelt varemærke<br>Dreidimensionale Marke<br>Τρισδιάστατο σήμα<br>Three dimensional trade mark<br>Marque tridimensionnelle<br>Marchio tridimensionale<br>Driedimensionaal merk<br>Marca tridimensional<br>Kolmiulotteinen merkki<br>Tredimensionellt märke |
| **220**<br>Fecha de presentación de la solicitud<br>Ansøgningsdato<br>Anmeldetag<br>Ημερομηνία κατάθεσης της αίτησης<br>Filing date of application<br>Date du dépôt de la demande<br>Data del deposito della domanda<br>Datum van de aanvrage<br>Data de depósito do pedido<br>Hakemispäivä<br>Ansökningsdag | **556**<br>Marca sonora<br>Lydmærke<br>Hörmarke<br>Ηχητικό σήμα<br>Sound mark<br>Marque sonore<br>Marchio sonoro<br>Klankmerk<br>Marca sonora<br>Äänimerkki<br>Ljudmärke |
| **180**<br>Fecha prevista de la expiración del registro / de la renovación<br>Forventet udløbsdato for registreringen / fornyelsen<br>Voraussichtliches Ablaufdatum der Eintragung / Verlängerung<br>Προβλεπόμενη ημερομηνία λήξης της καταχώρησης/ανανέωσης<br>Expected expiration date of the registration / renewal<br>Date prévue de l'expiration de l'enregistrement / du renouvellement<br>Prevista data di scadenza della registrazione / del rinnovo<br>Verwachte vervaldatum van de inschrijving / vernieuwing<br>Data prevista de expiração do registo / da renovação<br>Rekisteröinnin / uudistamisen oletettu päättymispäivä<br>Förväntat förfallodatum för registrering / förnyelse | **557**<br>Marca olfativa<br>Duftmærke<br>Geruchsmarke<br>Οσφρητικό σήμα<br>Olfactory mark<br>Marque olfactive<br>Marchio olfattivo<br>Geurmerk<br>Marca olfativa<br>Hajumerkki<br>Luktmärke |
| **442**<br>Fecha de publicación de la solicitud<br>Ansøgningens offentliggørelsesdato<br>Tag der Veröffentlichung der Anmeldung<br>Ημερομηνία δημοσίευσης της αίτησης<br>Date of publication of the application<br>Date de publication de la demande<br>Data di pubblicazione della domanda<br>Datum van publikatie van de aanvrage<br>Data de publicação do pedido<br>Hakemuksen julkaisupäivämäärä<br>Datum för offentliggörande av ansökan | **551**<br>Marca colectiva<br>Fællesmærke<br>Kollektivmarke<br>Συλλογικό σήμα<br>Collective mark<br>Marque collective<br>Marchio collettivo<br>Collectief merk<br>Marca colectiva<br>Yhteismerkki<br>Kollektivmärke |
| **541**<br>Reproducción de la marca en caracteres normalizados<br>Gengivelse af varemærket med standardtyper<br>Wiedergabe der Marke in üblicher Schreibweise<br>Αναπαράσταση του σήματος με τυποποιημένους χαρακτήρες<br>Reproduction of trade mark in standard script<br>Reproduction de la marque en écriture standard<br>Riproduzione del marchio secondo le usuali modalità di scrittura<br>Afbeelding van het merk in gewoon schrift<br>Reprodução da marca em escrita normal<br>Tunnusmerkin kuvaus asettelua vakiokirjasin<br>Återgivning av märke med standardtext | **571**<br>Descripción de la marca<br>Beskrivelse af varemærket<br>Beschreibung der Marke<br>Περιγραφή του σήματος<br>Description of the trade mark<br>Description de la marque<br>Descrizione del marchio<br>Beschrijving van het merk<br>Descrição da marca<br>Selostus merkistä<br>Beskrivning av märket |



**Brobeck**

ATTORNEYS AT LAW

**October 5, 2001**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
direct 415.442.0900
fax 415.442.1010
WWW.BROBECK.COM

Ms. Cindy Harrington
Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX 78733

Re:    Trademark Application No. 1692417
       Mark: COLLECTIVE TECHNOLOGIES
       Country: European Community
       Class: 9, 37, 42
       Our reference: 029274.4011

Dear Cindy:

We are pleased to inform you that the above-referenced application was published in the Official Bulletin of the Trademark Office in European Community on August 20, 2001. A copy of the publication notice is enclosed. If no oppositions are filed against this application, we anticipate receiving the Certificate of Registration within the next six to nine months.

Please confirm the Company maintains interest in proceeding with the registration of this mark in the European Union.

Very truly yours,

Anna McAlister
Trademark Paralegal

Enclosure

Our ref: LAS/TRH/25340-00088-0
Your ref: 029274-4012



**FIELD FISHER
WATERHOUSE**

Anna M. McAlister
Brobeck, Phleger & Harrison, LLP
Spear Street Tower
One Market
San Francisco, California 94105
United States of America

RECEIVED

? ? 2001

PROB ?? EGER & HARRISON LI

14 September 2001

BPH Trademark Group
DOCKETED

Dear Anna

SEP 26 2001

**Collective Technologies, Inc. Trade Mark COLLECTIVE TECHNOLOGIES Application No. 1892417 In Classes 9, 37 and 42 in the European Union**

I write to you in connection with the above mentioned trade mark.

I am pleased to report that the application was published on 20 August 2001. A copy of the advertisement is attached. The application will now remain open for opposition purposes for a period of three months from the date of the publication.

Assuming that no oppositions are filed we will issue our invoice for the forthcoming registration fee, shortly after the expiration of the opposition period.

I shall report further as soon as there are any developments.

Yours sincerely

**Tasneem Haq**
Trade Mark and Brand Protection Group
Direct Line: +44 20 7861 4233
Email: trh@ffwlaw.com
las/se/00178
Enc.    Journal page copy

Field Fisher Waterhouse 35 Vine Street London EC3N 2AA
Tel: +44 (0)20 7861 4000 Fax: +44 (0)20 7488 0084
E-mail: info@ffwlaw.com Website: www.ffwlaw.com GDE: 623
A list of the names of the partners and their professional qualifications is open to inspection at the above office. The partners are either solicitors or registered foreign lawyers.

DA – 12 – Køretøjer, befordringsmidler til brug på land, i luften eller i vandet.

DE – 6 – Unedle Metalle, roh oder teilweise bearbeitet, und deren Legierungen, Anker, Ambosse, Glocken, gewalzte oder gegossene Baumaterialien aus Metall, Schienen und Schienenbaumaterial aus Metall, Ketten, nicht elektrische Kabel und Drähte aus Metall, Schlosserwaren, Metallrohre, Geldschränke und Kassetten, Stahlkugeln, Hufeisen, Nägel und Schrauben, sonstige Waren aus Metall, soweit sie nicht in anderen Klassen enthalten sind, Erze.
DE – 7 – Maschinen und Werkzeugmaschinen, Motoren, Kupplungen und Riemen zur Kraftübertragung, landwirtschaftliche Großgeräte, Brutapparate.
DE – 12 – Fahrzeuge, Apparate zur Beförderung auf dem Lande, in der Luft oder auf dem Wasser.

EL – 6 – Κοινά μέταλλα, ακατέργαστα και ημικατεργασμένα και κράματα αυτών, άγκυρες, αμόνια, κώδωνες, ελασματοποιημένα και χυτά υλικά κατασκευών, σιδηροτροχιές και άλλα μεταλλικά υλικά για σιδηροτροχιές, αλυσίδες, συρματόσχοινα και μεταλλικά σύρματα μη ηλεκτρικά, είδη κλειδαροποιίας, μεταλλικοί σωλήνες, χρηματοκιβώτια και κιβώτια ασφαλείας, μεταλλικές σφαίρες, πέταλα αλόγων, καρφιά και κοχλίες, άλλα προϊόντα από μέταλλο μη περιλαμβανόμενα σε άλλες κλάσεις, μεταλλεύματα.
EL – 7 – Μηχανές και μηχανήματα εργαλειομηχανές, κινητήρες, συμπλέκτες και ιμάντες μετάδοσης κίνησης, μεγάλα μηχανήματα για τη γεωργία, εκκολαπτικές μηχανές.
EL – 12 – Οχήματα, μηχανές μετακίνησης επί εδάφους, στον αέρα και στα νερά.

EN – 6 – Common metals, unwrought or semi-wrought and their alloys, anchors, anvils, bells, laminated and cast building materials, rails of metal and other materials of metal for railway tracks, chains, non-electric cables and wires of common metal, ironmongery, pipes and tubes of metal, safes and boxes, balls of steel, horseshoes, nails and screws, other goods of metal not included in other classes, ores.
EN – 7 – Machines and machine tools, motors and engines, couplings and transmission belts, large agricultural implements, incubators.
EN – 12 – Vehicles, apparatus for locomotion by land, air or water.

FR – 6 – Métaux communs, bruts et mi-ouvrés, et leurs alliages, ancres, enclumes, cloches, matériaux de construction laminés et fondus, roues et autres matériaux métalliques pour voies ferrées, chaînes, câbles et fils métalliques non électriques, serrures, tubes métalliques, coffres-forts et cassettes, billes d'acier, fers à cheval, clous et vis, autres produits en métaux non compris dans d'autres classes, minerais.
FR – 7 – Machines et machines-outils, moteurs, accouplements et courroies de transmission, grands instruments pour l'agriculture, couveuses.
FR – 12 – Véhicules, appareils de locomotion par terre, par air et par eau.

IT – 6 – Metalli comuni e grezzi, semilavorati e loro leghe, ancore, incudini, campane, materiali da costruzione laminati e fusi, rotaie ed altri materiali metallici per le ferrovie, catene, cavi e fili metallici non elettrici, serrami, tubi metallici, casseforti e cassette, sfere d'acciaio, ferri per cavallo, chiodi e viti, altri prodotti in metallo non compresi in altre classi, minerali.
IT – 7 – Macchine e macchine-utensili, motori, accoppiamenti e cinghie di trasmissione, grandi strumenti per l'agricoltura, incubatrici.
IT – 12 – Veicoli, apparecchi di locomozione per terra, per aria e per acqua.

NL – 6 – Onedele metalen, ruw en halfbewerkt, en tegelingen daarvan, ankers, aambeelden, klokken (luik-

lokken), gewalste en gegoten bouwmaterialen, rails en andere metalen materialen voor spoorwegen, kettingen, niet-elektrische metalen kabels en draden, hang- en sluitwerk, metalen buizen, brandkasten en -kluizen, staalkogels, hoefijzers, spijkers en schroeven, andere metalen waren voorzover niet begrepen in andere klassen, ertsen.
NL – 7 – Machines en werktuigmachines, motoren, koppelingen en transmissieriemen, landbouwmachines, broedmachines.
NL – 12 – Vervoermiddelen, middelen voor vervoer over land, door de lucht en over het water.

PT – 6 – Metais comuns, em bruto ou semitrabalhados e suas ligas; âncoras, bigornas, sinos, materiais de construção laminados e fundidos, carris e outros materiais metálicos para as vias férreas, correntes, cabos e fios metálicos não eléctricos, serralharia, tubos metálicos, cofres-fortes e caixas, esferas de aço, ferraduras, pregos e parafusos, outros produtos metálicos não incluídos noutras classes, minerais.
PT – 7 – Máquinas e máquinas-ferramentas, motores, uniões e correias de transmissão, instrumentos agrícolas de grandes dimensões, chocadeiras.
PT – 12 – Veículos, aparelhos de locomoção por terra, por ar ou por água.

FI – 6 – Epäjalot metallit jalostamattomina ja puolivalmisteina ja niiden seokset, ankkurit, alasimet, kellot, laminoidut ja valetut rakennustarvikkeet, kiskot ja muut metallitarvikkeet rautateitä varten, ketjut, metallikaapelit ja -langat (ei sähköjohtaminen), metallilukot, metalliputket, kassakaapit ja -laatikot, teräskuulat, hevosenkengät, naulat ja ruuvit, muut metallituotteet, jotka eivät kuulu muihin luokkiin, mineraalit.
FI – 7 – Koneet ja työstökoneet, moottorit, kytkimet ja voimansiirtohihnat, suuret maanviljelysvälineet, munanhautomakoneet.
FI – 12 – Ajoneuvot, maa-, ilma- ja vesikulkuneuvot.

SV – 6 – Oädla, obearbetade och delvis bearbetade metaller samt deras legeringar, ankare, städ, klockor, valsade och gjutna byggnadsmaterial, metallskenor och andra material av metall för järnvägsspår, kedjor, icke-elektriska metallkablar och -trådar, beslag, rör av metall, kassaskåp och skrin, stålkulor, hästskor, spikar och skruvar, andra produkter av metall, ej ingående i andra klasser, mineraler.
SV – 7 – Maskiner och verktygsmaskiner, motorer, maskinkopplingar och transmissionsremmar, stora jordbruksredskap, äggkläckningsmaskiner.
SV – 12 – Fordon och farkoster, fortskaffningsmedel för transport till lands, i luften eller på vatten.

210  001692417
220  06/08/2000
442  20/06/2001

541  COLLECTIVE TECHNOLOGIES

731  Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX 78733
US

740  FIELD FISHER WATERHOUSE
35 Vine Street
London EC3N 2AA
GB

270  EN    IT

511  ES – 9 – Ordenadores, hardware de ordenador y software de ordenador, dispositivos periféricos de ordenador, circuitos integrados, publicaciones electrónicas, hardware informático y software informático para la gestión de



bases de datos, programas informáticos, programas informáticos y publicaciones en formato electrónico facilitados en línea desde bases de datos o desde instalaciones situadas en una red informática global o en internet; software informático interactivo, aparatos para la búsqueda de información electrónica en una red informática global o en internet.

ES - 37 - Edificación; construcción; reparación; servicios de instalación; instalación, mantenimiento y reparación de hardware informático y programas informáticos, bases de datos y aplicaciones; servicios de instalación, mantenimiento y reparación para redes informáticas globales o internet; instalación, mantenimiento y reparación de firmware informático; instalación de sistemas informáticos; servicios de información, asesoramiento y consultoría relacionados con todo lo mencionado.

ES - 42 - Programación de ordenadores; servicios de hardware y software informáticos; instalación, mantenimiento y reparación de programas informáticos; diseño gráfico para la recopilación de página web en internet; creación y mantenimiento de sitios web; gestión de bases de datos informáticas; servicios de consultoría informática; en concreto, diseño, implantación y administración de sistemas informáticos e información informática en línea desde una red informática global o internet en relación con todos los servicios mencionados.

DA - 9 - Computere, computerhardware og computersoftware; perifert computerudstyr; integrerede kredsløb; elektroniske publikationer; computerhardware og computersoftware til databasestyring, computerprogrammer; computersoftware og publikationer i elektronisk form leveret online fra databaser, fra faciliteter på et globalt computernetværk eller internettet; interaktiv computersoftware; apparater til søgning af elektronisk information fra et globalt computernetværk eller internettet.

DA - 37 - Byggeindretning; reparationsvirksomhed; installationsvirksomhed; installation, vedligeholdelse og reparation af computerhardware og computerprogrammer, databaser og applikationer; installation, vedligeholdelse og reparation vedrørende globale computernetværk eller internettet; installation, vedligeholdelse og reparation af computerfirmware; installation af computersystemer; information, rådgivning og konsulentvirksomhed i forbindelse med alle ovennævnte tjenesteydelser.

DA - 42 - Computerprogrammering; computervirksomhed inden for hardware og software; installation, vedligeholdelse og reparation af computersoftware; grafisk design i forbindelse med udarbejdelse af websider på internettet; oprettelse og vedligeholdelse af websider; databasestyring; konsulentvirksomhed i forbindelse med computere; nemlig design af computersystemer, implementering og administration samt information tilvejebragt online fra et globalt computernetværk eller via internettet vedrørende alle ovennævnte tjenesteydelser.

DE - 9 - Computer, Computerhardware und Computersoftware; Computerperipheriegeräte; integrierte Schaltkreise; elektronische Publikationen; Computerhardware und Computersoftware für die Datenbankverwaltung, Computerprogramme; von Datenbanken, Einrichtungen eines weltweiten Computernetzes oder dem Internet online gelieferte Computersoftware und Veröffentlichungen in elektronischer Form; interaktive Computersoftware; Geräte zur Suche elektronischer Informationen in einem weltweiten Computernetz oder im Internet.

DE - 37 - Bauwesen; Reparaturwesen; Installationsarbeiten; Installation, Wartung und Reparatur von Computerhardware und Computerprogrammen, Datenbanken und -anwendungen; Installation, Wartung und Reparatur in Bezug auf weltweite Computernetze oder das Internet; Installation, Wartung und Reparatur von Computerfirmware; Installation von Computersystemen; Information und Beratung in Bezug auf alle vorstehend genannten Leistungen.

DE - 42 - Erstellen von Programmen für die Datenverarbeitung; Dienstleistungen in Bezug auf Computerhardware und -software; Installation, Pflege und Reparatur von Computersoftware; Grafikdesign zur Zusammenstellung von Web-Seiten im Internet; Erstellung und Pflege von Websites; computergestützte Datenbankverwaltung; Computer-Consultingdienste; nämlich Entwurf, Implementierung und Verwaltung von Computersystemen und online über ein weltweites Computernetz oder das Internet bereitgestellte Informationen in Bezug auf alle vorstehend genannten Dienstleistungen.

EL - 9 - Ηλεκτρονικοί υπολογιστές, υλισμικό και λογισμικό ηλεκτρονικών υπολογιστών· περιφερειακά ηλεκτρονικών υπολογιστών· ολοκληρωμένα κυκλώματα· ηλεκτρονικές εκδόσεις· υλικό ηλεκτρονικών υπολογιστών και λογισμικό ηλεκτρονικών υπολογιστών για διαχείριση βάσεων δεδομένων, προγράμματα ηλεκτρονικών υπολογιστών· λογισμικό ηλεκτρονικών υπολογιστών και εκδόσεις σε ηλεκτρονική μορφή παρεχόμενες επί γραμμής από βάσεις δεδομένων, από εγκαταστάσεις παρεχόμενες σε ένα παγκόσμιο ηλεκτρονικό δίκτυο ή στο Διαδίκτυο· αλληλεπιδραστικό λογισμικό ηλεκτρονικών υπολογιστών· συσκευές για αναζήτηση ηλεκτρονικών πληροφοριών από παγκόσμιο ηλεκτρονικό δίκτυο ή από το Διαδίκτυο.

EL - 37 - Κατασκευές· επισκευές· υπηρεσίες εγκατάστασης· εγκατάσταση, συντήρηση και επισκευή υλικού ηλεκτρονικών υπολογιστών και προγραμμάτων ηλεκτρονικών υπολογιστών, βάσεων δεδομένων και εφαρμογών· υπηρεσίες εγκατάστασης, συντήρησης και επισκευής για παγκόσμια ηλεκτρονικά δίκτυα ή για το Διαδίκτυο· εγκατάσταση, συντήρηση και επισκευή υλικολογισμικού ηλεκτρονικών υπολογιστών· εγκατάσταση συστημάτων ηλεκτρονικών υπολογιστών· υπηρεσίες παροχής πληροφοριών και συμβουλών σε σχέση με όλα τα προαναφερόμενα.

EL - 42 - Προγραμματισμός ηλεκτρονικών υπολογιστών· υπηρεσίες υλικού και λογισμικού ηλεκτρονικών υπολογιστών· εγκατάσταση, συντήρηση και επισκευή λογισμικού ηλεκτρονικών υπολογιστών· γραφικό σχέδιο για τη συλλογή ιστοσελίδων στο Διαδίκτυο· δημιουργία και συντήρηση ιστοσελίδων· διαχείριση βάσεων δεδομένων· υπηρεσίες παροχής συμβουλών σε θέματα ηλεκτρονικών υπολογιστών· συγκεκριμένα, σχεδιασμός, υλοποίηση και διαχείριση συστημάτων ηλεκτρονικών υπολογιστών και πληροφορίες παρεχόμενες επί γραμμής μέσω παγκόσμιου δικτύου ηλεκτρονικών υπολογιστών ή του Διαδικτύου σε σχέση με όλες τις προαναφερόμενες υπηρεσίες.

EN - 9 - Computers, computer hardware and computer software; computer peripherals; integrated circuits; electronic publications; computer hardware and computer software for database management; computer programmes; computer software and publications in electronic form supplied on-line from databases, from facilities provided on a global computer network or the Internet; interactive computer software; apparatus for searching electronic information from a global computer network or the Internet.

EN - 37 - Building; construction; repair; installation services; installation, maintenance and repair of computer hardware and computer programs; databases and applications; installation, maintenance and repair services for global computer networks or the Internet; installation, maintenance and repair of computer firmware; installation of computer systems; information, advisory and consultancy services relating to all the aforesaid.

EN - 42 - Computer programming; computer hardware and software services; installation, maintenance and repair of computer software; graphic design for the compilation of web pages on the Internet; creating and maintaining web-sites; computer database management; computer consultation services; namely computer system design, implementation and administration and information provided on-line from a global computer network or the Internet in respect of all the above services.

FR - 9 - Ordinateurs, matériel informatique et logiciels; périphériques pour ordinateurs; circuits intégrés; publications électroniques; matériel informatique et logiciels

pour la gestion de bases de données, programmes informatiques, logiciels et publications sous forme électronique fournis en ligne à partir de bases de données, à partir de services fournis sur un réseau informatique mondial ou l'Internet; logiciels interactifs, appareils de recherche d'informations électroniques à partir d'un réseau informatique mondial ou de l'Internet.

FR – 37 – Construction; réparation; services d'installation; installation, entretien et réparation de matériel informatique et programmes informatiques, bases de données et applications; services d'installation, entretien et réparation pour réseaux informatiques mondiaux et Internet; installation, animation et réparation de micrologiciels; installation de systèmes informatiques; services d'information, de conseils et d'assistance relatifs à tous les services précités.

FR – 42 – Programmation pour ordinateurs; services relatifs aux logiciels et au matériel informatique; installation, entretien et réparation de logiciels; conception graphique pour la compilation de pages web sur l'Internet; création et gestion de sites web; gestion de bases de données informatiques; services de conseil en informatique; à savoir conception, mise en œuvre et administration de systèmes informatiques et informations fournies en ligne à partir d'un réseau informatique mondial ou d'Internet concernant tous les services précités.

IT – 9 – Elaboratori elettronici; hardware informatico e software informatico; unità periferiche per computer; circuiti integrati; pubblicazioni elettroniche; hardware e software per la gestione di banche dati; programmi per computer, software e pubblicazioni in formato elettronico disponibili on-line da banche dati, da sistemi su una rete informatica globale o su Internet; software interattivi; apparecchi per la ricerca di informazioni elettroniche su una rete informatica globale o Internet.

IT – 37 – Costruzioni; riparazione; servizi d'installazione; installazione, manutenzione e riparazione di hardware e programmi per computer, banche dati ed applicazioni per computer; installazione, manutenzione e riparazione relativamente a reti informatiche globali o Internet; installazione, manutenzione e riparazione di firmware; installazione di sistemi informatici; informazioni e consulenza riguardanti quanto suddetto.

IT – 42 – Programmazione per computer; servizi in materia di hardware e software; installazione, manutenzione e riparazione di software; progettazione grafica per la compilazione di pagine Web su Internet; creazione e manutenzione di siti Web; gestione di banche dati; servizi di consulenza in materia di computer, ovvero progettazione, realizzazione e amministrazione di sistemi informatici e informazioni disponibili on-line da una rete informatica o da Internet riguardo a tutti i suddetti servizi.

NL – 9 – Computers, computerhardware en computersoftware; computer-randapparaten; geïntegreerde schakelingen; elektronische publicaties; hardware en software voor databasebeheer; computerprogramma's en publicaties in elektronische vorm, on line geleverd via databases, via faciliteiten op wereldwijde computernetwerken of via het Internet; interactieve software; apparatuur voor het zoeken naar elektronische informatie vanuit een wereldwijd computernetwerk of het Internet.

NL – 37 – Bouw; reparaties; installatiewerkzaamheden; installatie, onderhoud en reparatie van hardware en computerprogramma's, computerdatabases en toepassingen; installatie, onderhoud en reparatie van wereldwijde computernetwerken of het Internet; installatie, onderhoud en reparatie van firmware; installatie van computersystemen; informatie, advisering en consultancy met betrekking tot al het voornoemde.

NL – 42 – Computerprogrammering; hardware- en softwarediensten; installatie, onderhoud en reparatie van software; grafisch ontwerp voor het samenstellen van webpagina's op het Internet; het creëren en onderhouden van websites; beheer van computerdatabases; diensten met betrekking tot advisering op het gebied van computers, te

weten ontwerp van computersystemen, uitvoering en administratie en informatie, on line verschaft vanaf een wereldwijd computernetwerk of het Internet met betrekking tot alle voornoemde diensten.

PT – 9 – Computadores, hardware de computador e software de computador; dispositivos periféricos para computador; circuitos integrados; publicações electrónicas; hardware e software para gestão de bases de dados, programas de computador, software e edições em formato electrónico fornecidas em linha a partir de bases de dados ou de serviços prestados numa rede informática mundial ou na Internet; software interactivo; aparelhos de pesquisa de informação electrónica numa rede informática mundial ou na Internet.

PT – 37 – Construção; reparações; serviços de instalação; instalação, manutenção e reparação de hardware e programas de computador, bases de dados e aplicações informáticas; serviços de instalação, manutenção e reparação para redes informáticas mundiais ou a Internet; instalação, manutenção e reparação de "firmware"; instalação de sistemas informáticos; serviços de informações, assessoria e consultoria relacionados com todos os serviços atrás referidos.

PT – 42 – Programação para computadores; serviços de hardware e software; instalação, manutenção e reparação de software; desenho gráfico para a compilação de páginas da Web na Internet; criação e manutenção de "websites"; gestão de bases de dados informáticas; serviços de consultoria informática, nomeadamente concepção, implementação e administração de sistemas informáticos e informações prestadas em linha, a partir de uma rede informática mundial ou da Internet, relativas a todos os serviços atrás referidos.

FI – 9 – Tietokoneet, tietokonelaitteistot ja tietokoneohjelmistot; tietokoneiden oheislaitteet; integroidut piirit; elektroniset julkaisut; tietokonelaitteistot ja tietokoneohjelmistot tietokantojen hallintaan; tietokoneohjelmat; online-periaatteella tietokannoista maailmanlaajuisessa tietokoneverkossa tai Internetissä toimitettavat tietokoneohjelmistot ja elektronisessa muodossa olevat julkaisut; vuorovaikutteiset tietokoneohjelmistot; laitteet elektronisen tietojen haun suorittamiseksi maailmanlaajuisesta tietokoneverkosta tai Internetistä.

FI – 37 – Rakentaminen; huolto- ja korjaus; asennuspalvelut; tietokonelaitteiden ja -ohjelmien, tietokantojen ja sovellusten asennus, ylläpito ja korjaus; asennus-, ylläpito- ja korjauspalvelut maailmanlaajuisia tietokoneverkkoja tai Internetiä varten; tietokoneohjelmistojen asennus, ylläpito ja korjaus; tietokonejärjestelmien asennus; kaikkeen edellä mainittuun liittyvät tiedotus-, neuvonta- ja konsultointipalvelut.

FI – 42 – Tietokoneohjelmointi; tietokonelaitteistoihin ja -ohjelmistoihin liittyvät palvelut; tietokoneohjelmistojen asentaminen, ylläpito ja korjaus; graafinen suunnittelu Internetissä julkaistavien verkkosivujen kokoamista varten; web-sivustojen luominen ja ylläpito; tietokannan hallinta; tietokoneohjelmistoihin liittyvät konsultointipalvelut; nimittäin tietokonejärjestelmien suunnittelu, toteutus ja hallinta sekä tiedotus tietojen online-muodossa maailmanlaajuisesta tietokoneverkosta tai Internetistä kaikkiin edellä mainittuihin palveluihin yhtaydessä.

SV – 9 – Datorer, datormaskinvara och datorprogramvara; kringutrustning till datorer; integrerade kretsar; elektroniska publikationer; maskinvara och programvara för databashantering, datorprogram; programvara och publikationer i elektronisk form för direktåtkomst från databaser eller från inrättningar tillhandahållna på ett globalt datornät eller Internet; interaktiv programvara; apparater för sökning av elektronisk information på ett globalt datornät eller Internet.

SV – 37 – Uppförande/anläggande av byggnationer; reparation/underhåll; installationstjänster; installation, underhåll och reparation av datormaskinvara och datorprogram, databaser och applikationer; installations-, underhålls- och reparationstjänster för globala datornät eller Internet;



installation, underhåll och reparation av fast programvara
för datorer; installation av datorsystem; information; råd-
givning och konsultation avseende nämnda tjänster;
SV – 42 – Datorprogrammering; tjänster avseende maskin-
och programvara; installation, underhåll och reparation
av programvara; grafisk design för sammanställning av
webbsidor på internet; upprättande och underhåll av
webbplatser; databashantering; datorkonsulttjänster näm-
ligen utformning, implementering och administration av
datorsystem samt information tillhandahållen via direkt-
anslutning från att globalt datornät eller Internet avseende
alla nämnda tjänster.

300   US   07/12/1999   75/866,607

210   001593183
220   05/08/2000
442   20/08/2001
546



571   ES – Logotipo Pickpoint: el logotipo está sacado de un
cuadrado; el borde superior izquierdo aparece redon-
deado; la sección circular viene determinada por un
círculo imaginario cuyo centro coincide con el del
cuadrado; el radio equivale a media longitud de la arista;
el tipo de letra utilizado es True Type "IMPACT"; la O
ha sido substituida por un troquelado circular; el logotipo
se presenta en dos colores (naranja/negro); derechos de
autor: 2000 Bruno Schulz, consulta para diseño.

DA – Logo Pickpoint: logoet er afledt af et kvadrat; det
øverste venstre hjørne er afrundet; segmentet bestem-
mes af en imaginær cirkel, hvis centrum er lig med
kvadratets; radius er lig med den halve kantlængde;
logoet er afledt af true type fonten "IMPACT"; O'et er
erstattet af en cirkelrund udstansning; logoet er i to
farver (orange/sort); copyright 2000 Bruno Schulz, Designs-
prechstunde.

DE – Logo Pickpoint: das Logo ist abgeleitet aus einem
Quadrat; die obere linke Ecke ist abgerundet; der
Kreisabschnitt wird bestimmt durch einen imaginären
Kreis, dessen Mittelpunkt gleich dem des Quadrates ist;
der Radius entspricht der halben Kantenlänge; der
Schriftzug ist abgeleitet aus dem True Type Font "IMPACT";
das O wurde ersetzt durch eine kreisrunde Ausstanzung;
das Logo ist zweifarbig (Orange/Schwarz); Copyright:
2000 Bruno Schulz, Designsprechstunde.

EL – Λογότυπο Pickpoint: το λογότυπο αποτελείται
από ένα τετράγωνο· η πάνω αριστερή γωνία είναι
στρογγυλεμένη· το τμήμα του κύκλου καθορίζεται

από ένα φανταστικό κύκλο, του οποίου το κέντρο
είναι το ίδιο με αυτό του τετραγώνου· η ακτίνα
αντιστοιχεί στο ήμισυ του μήκους των ακμών· η
επιγραφή προέρχεται από το True Type Font "IMPACT"·
το O αντικαταστάθηκε από ένα στρογγυλό ανά-
γλυφο· το λογότυπο είναι δίχρωμο (πορτοκαλί/μαύ-
ρο)· Copyright: 2000 Bruno Schulz, Designsprechstunde.

EN – Pickpoint logo: the logo is derived from a square;
the upper left-hand corner is rounded; the segment of
the circle is determined by an imaginary circle whose
centre point is the same as the centre point of the
square; the radius corresponds to half the length of the
edge; the lettering is in "IMPACT" true type font; the O
has been replaced by a punched out circle; the logo is in
two colours (orange/black); copyright 2000 Bruno Schulz,
design consultancy.

FR – Logo Pickpoint: le logo est constitué d'un carré;
l'angle supérieur gauche est arrondi; le segment de
cercle est déterminé par un cercle imaginaire dont le
centre correspond à celui du carré; le rayon correspond
à la moitié d'un côté du carré; le lettrage de l'inscription
est dérivé de la police True Type "IMPACT" ; le O est
remplacé par une découpe circulaire; le logo est en
deux couleurs (orange / noir); Copyright: 2000 Bruno
Schulz, Designsprechstunde.

IT – Logo Pickpoint: il logo deriva da un quadrato;
l'angolo superiore sinistro è arrotondato; il segmento di
cerchio è determinato da un cerchio immaginario, il cui
centro corrisponde a quello del quadrato; la lunghezza
del raggio corrisponde a metà di quella del bordo; la
scritta è costituita dal carattere tipografico "IMPACT"; la O
è sostituita da una punzonatura circolare; il logo è
bicolore (arancione/nero); dritti d'autore: 2000 Bruno
Schulz, consultazioni riguardanti il design.

NL – Logo Pickpoint: het logo is afgeleid uit een vier-
kant; de linkerbovenhoek is afgerond; het cirkelsegment
wordt bepaald door een denkbeeldige cirkel, waarvan
het middelpunt gelijk is aan dat van het vierkant; de
radius komt overeen met de halve kantlengte; het schrift
is afgeleid uit het True Type Font IMPACT; de O is
vervangen door een cirkelronde uitponsing; het logo is
tweekleurig (oranje/zwart); copyright: 2000 Bruno Schulz,
designspreekuur.

PT – Logotipo Pickpoint: o logotipo é derivado de um
quadrado; sendo o seu canto superior esquerdo arredon-
dado; a secção circular é determinada por um círculo
imaginário, cujo centro coincide com o do quadrado; o
raio do círculo corresponde a metade do comprimento
dos lados do quadrado; a inscrição apresenta-se no tipo
de letra "Impact"; sendo a letra O na inscrição sido
substituída por uma punção circular; o logotipo é bicolor
(laranja/preto); Copyright: 2000 Bruno Schulz, consulta-
doria de design.

FI – Pickpoint-logo: logo on johdettu neliöstä; vasen
yläkulma on pyöristetty; ympyrän segmentin määrittelee
kuviteltu ympyrä, jonka keskusta on samassa kohdassa
neliön keskustan kanssa; säde vastaa sivun pituuden
puolikasta; kirjaimet on johdettu True Type -fontista
"IMPACT"; O-kirjain on korvattu pyöreällä reiällä; logo
on kaksivärinen (oranssi/musta); tekijänoikeudet: 2000
Bruno Schulz, suunnitteluvastaanotto.

SV – Logo Pickpoint: logotypen består av en kvadrat
vars övre vänstra hörnet är avrundat; cirkelavsnittet fram-
går av en imaginär cirkel vars mittpunkt ligger liknat
under kvadraten; radien motsvarar halva kantlängden;
texten är sluten i True Type-teckensnittet "IMPACT";
O:et ersätts av en cirkelrund utstansning; logotypen är
tvåfärgad (orange/svart); copyright 2000 Bruno Schulz,
designmottagning.

591   ES – naranja; negro; blanco.