# Brobeck

ATTORNEYS AT LAW

September 13, 2002

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
phone  415.442.0900
fax  415.442.1010
WWW.BROBECK.COM

Ms. Cindy Harrington
Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX 78733

Re:    Trademark Registration No.: 566688
       Mark:    COLLECTIVE TECHNOLOGIES
       Country:  Canada
       Our File: 029274.4010

Dear Cindy:

We are pleased to enclose the certificate of registration for the above-identified trademark application. The registration details are as follows:

| | |
|---|---|
| Application No.: | 1062105 |
| Filing Date: | June 06, 2000 |
| Registration No.: | 566688 |
| Registration Date: | August 29, 2002 |
| Renewal Due: | August 29, 2017 |

We have entered the renewal due dates referred to above in our docketing system and will endeavor to remind Collective Technologies, Inc. as the dates draw near. Despite this, we strongly recommend that you also take steps to recall the dates since the filing of the various affidavits and renewals ultimately is the responsibility of the trademark owner. Please also note that you will need to keep us advised of any changes of address so that our reminder letters can be timely and successfully received.

Ms. Cindy Harrington
September 13, 2002
Page 2



Please contact us if you have any questions regarding this matter.

Very truly yours,

Anna McAlister
Trademark Paralegal

Direct Dial: 415-442-1724

Enclosure

Office de la propriété Canadian
Intellectuelle Intellectual Property
du Canada Office

Un organisme An Agency of
d'Industrie Canada Industry Canada

*Marques de commerce*
*Certificat d'enregistrement*

*Trade-marks*
*Certificate of Registration*

La présente atteste que la marque de commerce identifiée dans l'extrait ci-joint, tiré du registre des marques de commerce, a été enregistrée et que ledit extrait est une copie conforme de l'inscription de son enregistrement. **Conformément aux** dispositions de la *Loi sur les marques de commerce*, cette marque de commerce est renouvelable tous les quinze ans à compter de la date d'enregistrement.

**This is to certify that** the trade-mark, identified in the attached extract from the register of trade-marks, has been registered and that the said extract is a true copy of the record of its registration. In accordance with the provisions of the Trade-marks Act, this trade-mark is subject to renewal every 15 years from the registration date.

# COLLECTIVE TECHNOLOGIES

Numéro d'enregistrement **TMA566,688**
Registration Number

Numéro de dossier **1062105**
File Number

Date d'enregistrement **29 août/Aug 2002**
Registration Date

Canada

Registraire des marques de commerce
Register of Trade-marks
(CIPO 198)01-1)



OPIC CIPO

APPL'N/DEM. NO  1 062 105        REGISTRATION/ENREGISTREMENT NO TMA566,688

FILING DATE/DATE DE PRODUCTION:
REGISTRATION DATE/DATE D'ENREGISTREMENT:                                    06 juin/Jun 2000
PRIORITY FILING DATE/DATE DE PRIORITÉ DE PRODUCTION:                        29 août/Aug 2002
                                                                           (see below/voir ci-dessous)

REGISTRANT/PROPRIÉTAIRE ORIGINAL:
Collective Technologies, Inc.,
a corporation organized under the laws of the State of
Delaware,
9433 Bee Caves Road,
Austin, Texas 78733
UNITED STATES OF AMERICA

REP FOR SERVICE/REP POUR SIGNIFICATION:
HEENAN BLAIKIE LLP
SUITE 2600, P.O. BOX 185
ROYAL BANK PLAZA, SOUTH TOWER
TORONTO
ONTARIO M5J 2J4

TRADE-MARK/MARQUE DE COMMERCE:

# COLLECTIVE TECHNOLOGIES

DISCLAIMER/DÉSISTEMENT:

The right to the exclusive use of the word TECHNOLOGIES  is disclaimed apart from the trade-mark.

SERVICES:

(1) Installation of computer systems; computer consultation services; namely computer system design, implementation and administration.

(2) Installation of computer systems; computer consulting services; implementation and design of computer network systems; administration of computer network systems.

CLAIMS/REVENDICATIONS:

Used in CANADA since at least as early as October 31, 1998 on services (1).

Priority Filing Date: December 07, 1999, Country: UNITED STATES OF AMERICA, Application No: 75/866,607 in association with the same kind of services (2).

Used in UNITED STATES OF AMERICA on services (2).

Registered in or for UNITED STATES OF AMERICA on September 04, 2001 under No. 2,484,537 on services (2).

# Brobeck

ATTORNEYS AT LAW

**July 22, 2002**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
phone  415.442.0900
fax  415.442.1010
WWW.BROBECK.COM

Ms. Cindy Harrington
Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX  78733

Re:    Trademark Registration No.: 1692417
        Mark:    COLLECTIVE TECHNOLOGIES
        Country:  European Community
        Our File:  029274.4011

Dear Cindy:

We are pleased to enclose the certificate of registration for the above-identified trademark application. The registration details are as follows:

| | |
|---|---|
| Application No.: | 1692417 |
| Filing Date: | June 06, 2000 |
| Registration No.: | 1692417 |
| Registration Date: | January 10, 2002 |
| Renewal Due: | June 06, 2010 |

We have entered the renewal due dates referred to above in our docketing system and will endeavor to remind Collective Technologies, Inc. as the dates draw near. Despite this, we strongly recommend that you also take steps to recall the dates since the filing of the various affidavits and renewals ultimately is the responsibility of the trademark owner. Please also note that you will need to keep us advised of any changes of address so that our reminder letters can be timely and successfully received.

Ms. Cindy Harrington
July 22, 2002
Page 2

**Brobeck**

ATTORNEYS AT LAW

Please contact us if you have any questions regarding this matter.

Very truly yours,

Anna McAlister
Trademark Paralegal

Enclosure

**Int. Cl.: 42**

**Prior U.S. Cls.: 100 and 101**

## United States Patent and Trademark Office

**Reg. No. 2,417,406**
Registered Jan. 2, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## COLLECTIVE INTELLECT

COLLECTIVE TECHNOLOGIES, INC. (DELAWARE CORPORATION)
9433 BEE CAVES ROAD
AUSTIN, TX 78733

FOR: PROVIDING AN ON-LINE COMPUTER DATABASE IN THE FIELD OF COMPUTER SYSTEM DESIGN, INSTALLATION, IMPLEMENTATION AND ADMINISTRATION, IN CLASS 42 (U.S. CLS. 100 AND 101).

FIRST USE 12–1–1995; IN COMMERCE 12–1–1995.

SER. NO. 75–866,608, FILED 12–7–1999.

BRIDGETT SMITH, EXAMINING ATTORNEY

# The United States of America

# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,533,409
Registered Jan. 29, 2002

### SERVICE MARK
### PRINCIPAL REGISTER

## SPECTRA SOLUTIONS

COLLECTIVE TECHNOLOGIES, INC. (DELA-
WARE CORPORATION)
9433 BEE CAVES ROAD
AUSTIN, TX 78733

FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 12-1-1998; IN COMMERCE 12-1-1998.

FOR: COMPUTER CONSULTATION SERVICES;
IMPLEMENTATION AND DESIGN OF COMPUTER
NETWORK SYSTEMS; ADMINISTRATION OF

COMPUTER NETWORK SYSTEMS, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 12-1-1998; IN COMMERCE 12-1-1998.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "SOLUTIONS", APART FROM
THE MARK AS SHOWN.

SER. NO. 75-866,622, FILED 12-7-1999.

BRIDGETT SMITH, EXAMINING ATTORNEY



# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Ms. Cindy Harrington
March 5, 2002
Page 2



Please contact us if you have any questions regarding this matter.

Very truly yours,

Anna McAlister
Trademark Paralegal

Direct Dial: 415-442-1724

Enclosure

# Brobeck

ATTORNEYS AT LAW

**March 5, 2002**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
phone  415.442.0900
fax  415.442.1010
WWW.BROBECK.COM

Ms. Cindy Harrington
Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX  78733

Re:    U.S. Trademark Registration No.: 2533409
       Mark:    SPECTRA SOLUTIONS
       Our File: 029274.2030

Dear Cindy:

We are pleased to enclose the certificate of registration for the above-identified trademark application.  The registration details are as follows:

Application No.:    75/866,622

Filing Date:    December 7, 1999

Registration No.:    2533409

Registration Date:    January 29, 2002

Renewal Due:    January 29, 2012

We have entered the renewal due dates referred to above in our docketing system and will endeavor to remind Collective Technologies, Inc. as the dates draw near.  Despite this, we strongly recommend that you also take steps to recall the dates since the filing of the various affidavits and renewals ultimately is the responsibility of the trademark owner.  Please also note that you will need to keep us advised of any changes of address so that our reminder letters can be timely and successfully received.

Int. Cl.: 42

Prior U.S. Cls.: 100 and 101

## United States Patent and Trademark Office

Reg. No. 2,495,604
Registered Oct. 9, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## THE POWER OF MANY MINDS

COLLECTIVE TECHNOLOGIES, INC. (DELA-
WARE CORPORATION)
9433 BEE CAVES ROAD
AUSTIN, TX 78733

FOR: PROVIDING AN ON-LINE COMPUTER
DATABASE IN THE FIELD OF COMPUTER SYS-
TEM DESIGN, INSTALLATION, IMPLEMENTA-

TION AND ADMINISTRATION , IN CLASS 42 (U.S.
CLS. 100 AND 101).

FIRST USE 10-1-1997; IN COMMERCE 10-1-1997.

SER. NO. 75-867,110, FILED 12-7-1999.

DORITT L. CARROLL, EXAMINING ATTORNEY

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Nicholas P. Godici*

**Acting Director of the United States Patent and Trademark Office**



Ms. Cindy Harrington
October 25, 2001
Page 2


Rochelle D. Alpert, Esq.
Carla B. Oakley, Esq.
Brobeck Phleger & Harrison LLP
One Market Plaza
Spear Street Tower
San Francisco, CA 94105

Re:    U.S. Trademark Registration No. 2495604
       Mark:  THE POWER OF MANY MINDS
       Class:  42
       Our reference:  029274.2040


## RECEIPT

This will acknowledge our receipt of the above-noted Registration Certificate.

☐    Docket the appropriate dates to send reminder notices.

☐    <u>Do</u> <u>not</u> docket the date to send reminder notices.



Date _____        Signature _____

**NOTE:**      If this reminder should be sent to someone other than the recipient of this letter,
               please write in the name of the person, the company name and address and
               telephone number in the space below.

_____

_____

_____

_____

**Brobeck**

ATTORNEYS AT LAW

Ms. Cindy Harrington
October 25, 2001
Page 2

If you would like, we will place this matter on our docket for reminder notices for the Declaration of Use and for the Renewal. Please understand, however, that we may not be able to reach you with reminder notices six and ten years from now due to address changes, events beyond our control, etc. With this in mind, we hope you understand the primary responsibility for remembering and acting on the Declaration and Renewal dates rests with Collective Technologies, Inc. even if you instruct us to send reminder notices. We suggest that you place these dates in your calendaring system.

Kindly acknowledge receipt of this document (and let us know if you would like us to docket reminder notices) by signing and returning the enclosed form.

Very truly yours,

Anna McAlister
Trademark Paralegal


Enclosure

# Brobeck

ATTORNEYS AT LAW

**October 25, 2001**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
phone 415.442.0900
fax 415.442.1010
WWW.BROBECK.COM

Ms. Cindy Harrington
Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX 78733

Re:    U.S. Trademark Registration No. 2495604
       Mark: THE POWER OF MANY MINDS
       Class: 42
       Our reference: 029274.2040

Dear Cindy:

We are pleased to enclose Certificate of Registration No. 2495604 for the above-referenced application, which issued on October 09, 2001.

As you know, the enclosed Certificate of Registration is an important legal document and should be safeguarded accordingly. Now that the Registration has issued, Collective Technologies, Inc. should use the symbol "®" or the words "Registered in the U.S. Patent and Trademark Office" or "Reg. U.S. Pat. & Tm. Off." wherever the mark is used.

A declaration stating that the mark is in use in interstate commerce or commerce between the U.S. and a foreign country must be filed between the fifth and sixth anniversaries of the registration, i.e., no later than October 09, 2006. At that time you also have the option of filing a Declaration of Incontestability, providing that the trademark has been in use for five consecutive years, there is no final decision averse to your claim of ownership in the mark and there is no pending proceeding disputing your rights in the mark.

The term for U.S. Trademark Registrations is ten years from the issue date. It is possible to renew the registration by filing an application for renewal along with a declaration of use within the year prior the expiration date, or within a six month grace period after the expiration date upon the payment of an additional late fee. In the case of THE POWER OF MANY MINDS, a renewal application must be filed before October 09, 2011 in order to avoid the late fee. Failure to file a renewal application prior to this date or within the six month grace period will result in the loss of the registration.

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

## United States Patent and Trademark Office

Reg. No. 2,484,537
Registered Sep. 4, 2001

### SERVICE MARK
### PRINCIPAL REGISTER

## COLLECTIVE TECHNOLOGIES

COLLECTIVE TECHNOLOGIES, INC. (DELA-
WARE CORPORATION)
9433 BEE CAVES ROAD
AUSTIN, TX 78733

FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 10-1-1997; IN COMMERCE 10-1-1997.

FOR: COMPUTER CONSULTATION SERVICES;
IMPLEMENTATION AND DESIGN OF COMPUTER
NETWORK SYSTEMS; ADMINISTRATION OF
COMPUTER NETWORK SYSTEMS, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 10-1-1997; IN COMMERCE 10-1-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TECHNOLOGIES", APART FROM
THE MARK AS SHOWN.

SER. NO. 75-866,607, FILED 12-7-1999.

BRIDGETT SMITH, EXAMINING ATTORNEY

# The United States of America

## CERTIFICATE OF REGISTRATION
### PRINCIPAL REGISTER

The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.

The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.

A copy of the Mark and pertinent data from the application are part of this certificate.

This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.



*Nicholas P. Godici*

Acting Director of the United States Patent and Trademark Office

**Brobeck**

ATTORNEYS AT LAW

October 3, 2001
Page 2

If you would like, we will place this matter on our docket for reminder notices for the Declaration of Use and for the Renewal. Please understand, however, that we may not be able to reach you with reminder notices six and ten years from now due to address changes, events beyond our control, etc. With this in mind, we hope you understand the primary responsibility for remembering and acting on the Declaration and Renewal dates rests with Collective Technologies, Inc. even if you instruct us to send reminder notices. We suggest that you place these dates in your calendaring system.

Kindly acknowledge receipt of this document (and let us know if you would like us to docket reminder notices) by signing and returning the enclosed form.

Very truly yours,

Anna McAlister
Trademark Paralegal

Enclosure

# Brobeck

ATTORNEYS AT LAW

October 3, 2001

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
phone  415.442.0900
fax  415.442.1010
WWW.BROBECK.COM

Ms. Cindy Harrington
Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX  78733

Re:    U.S. Trademark Registration No. 2484537
       Mark:  COLLECTIVE TECHNOLOGIES
       Class:  37, 42
       Our reference:  029274.2010

Dear Cindy:

We are pleased to enclose Certificate of Registration No. 2484537 for the above-referenced application, which issued on September 04, 2001.

As you know, the enclosed Certificate of Registration is an important legal document and should be safeguarded accordingly. Now that the Registration has issued, Collective Technologies, Inc. should use the symbol "®" or the words "Registered in the U.S. Patent and Trademark Office" or "Reg. U.S. Pat. & Tm. Off." wherever the mark is used.

A declaration stating that the mark is in use in interstate commerce or commerce between the U.S. and a foreign country must be filed between the fifth and sixth anniversaries of the registration, i.e., no later than September 04, 2006.  At that time you also have the option of filing a Declaration of Incontestability, providing that the trademark has been in use for five consecutive years, there is no final decision averse to your claim of ownership in the mark and there is no pending proceeding disputing your rights in the mark.

The term for U.S. Trademark Registrations is ten years from the issue date.  It is possible to renew the registration by filing an application for renewal along with a declaration of use within the year prior the expiration date, or within a six month grace period after the expiration date upon the payment of an additional late fee.  In the case of COLLECTIVE TECHNOLOGIES, a renewal application must be filed before September 04, 2011 in order to avoid the late fee. Failure to file a renewal application prior to this date or within the six month grace period will result in the loss of the registration.

Int. Cls.: 37 and 42

Prior U.S. Cls.: 100, 101, 103 and 106

**United States Patent and Trademark Office**

Reg. No. 2,537,669
Registered Feb. 12, 2002

**SERVICE MARK**
**PRINCIPAL REGISTER**



COLLECTIVE TECHNOLOGIES, INC. (DELA-
WARE CORPORATION)
9433 BEE CAVES ROAD
AUSTIN, TX 78733

FOR: INSTALLATION OF COMPUTER SYSTEMS,
IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 10-1-1997; IN COMMERCE 10-1-1997.

FOR: COMPUTER CONSULTATION SERVICES;
IMPLEMENTATION AND DESIGN OF COMPUTER
NETWORK SYSTEMS; ADMINISTRATION OF

COMPUTER NETWORK SYSTEMS, IN CLASS 42
(U.S. CLS. 100 AND 101).

FIRST USE 10-1-1997; IN COMMERCE 10-1-1997.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "TECHNOLOGIES", APART FROM
THE MARK AS SHOWN.

SER. NO. 75-867,102, FILED 12-7-1999.

BRIDGETT SMITH, EXAMINING ATTORNEY

# The United States of America

# CERTIFICATE OF REGISTRATION
## PRINCIPAL REGISTER

*The Mark shown in this certificate has been registered in the United States Patent and Trademark Office to the named registrant.*

*The records of the United States Patent and Trademark Office show that an application for registration of the Mark shown in this Certificate was filed in the Office; that the application was examined and determined to be in compliance with the requirements of the law and with the regulations prescribed by the Director of the United States Patent and Trademark Office; and that the Applicant is entitled to registration of the Mark under the Trademark Act of 1946, as Amended.*

*A copy of the Mark and pertinent data from the application are part of this certificate.*

*This registration shall remain in force for TEN (10) years, unless terminated earlier as provided by law, and subject to compliance with the provisions of Section 8 of the Trademark Act of 1946, as Amended.*



*Director of the United States Patent and Trademark Office*

Ms. Cindy Harrington
March 13, 2002
Page 2

**Brobeck**

ATTORNEYS AT LAW

Please contact us if you have any questions regarding this matter.

Very truly yours,

Anna McAlister
Trademark Paralegal

Direct Dial: 415-442-1724

Enclosure

**Brobeck**

ATTORNEYS AT LAW

**March 13, 2002**

BROBECK, PHLEGER & HARRISON LLP
ONE MARKET, SPEAR STREET TOWER
SAN FRANCISCO, CALIFORNIA 94105
phone 415.442.0900
fax 415.442.1010
WWW.BROBECK.COM

Ms. Cindy Harrington
Collective Technologies, Inc.
9433 Bee Caves Road
Austin, TX 78733

Re:    U.S. Trademark Registration No.: 2537669
       Mark:    COLLECTIVE TECHNOLOGIES AND DESIGN
       Our File: 029274.2020

Dear Cindy:

We are pleased to enclose the certificate of registration for the above-identified trademark application. The registration details are as follows:

| | |
|---|---|
| Application No.: | 75/867,102 |
| Filing Date: | December 7, 1999 |
| Registration No.: | 2537669 |
| Registration Date: | February 12, 2002 |
| Renewal Due: | February 12, 2012 |

We have entered the renewal due dates referred to above in our docketing system and will endeavor to remind Collective Technologies, Inc. as the dates draw near. Despite this, we strongly recommend that you also take steps to recall the dates since the filing of the various affidavits and renewals ultimately is the responsibility of the trademark owner. Please also note that you will need to keep us advised of any changes of address so that our reminder letters can be timely and successfully received.

## SCHEDULE B
## FORM OF LETTER TO CLIENTS

Dear _____

MTI Technology, Inc. is providing this notice to our clients that effective October 12, 2007 MTI is discontinuing the operations of our US Services Business. As a current customer of this business, we are writing to ensure that your consulting needs and IT service projects are completed on time and without disruption.

Towards this end, we have arranged with The Collective Group, LLC to continue to provide these critical services to your organization immediately. We understand that The Collective Group has employed the majority of MTI's Service Business employees and is ideally positioned to provide uninterrupted service and current project fulfillment by the same individuals that currently service your account.

However, in order to facilitate the orderly transition of work, The Collective Group will need you to confirm your willingness to enter into a contract with The Collective Group on substantially the same terms and conditions as your MTI agreement. Invoices for services rendered after October 12, 2007 will be sent by, and payable to, The Collective Group.

As you can appreciate, this is an extremely time sensitive matter.  In order to allow The Collective Group to properly allocate resources and maintain a smooth transition, it requests that you respond as soon as possible.  Please indicate your decision below and return no later than October 15, 2007 to me at_____ and by facsimile to Cindy Harrington at The Collective Group at 512-532-6058.

We understand that The Collective Group will be contacting you in person shortly to answer any questions you may have about The Collective Group and the transition of your service needs. Rest assured that we understand the critical importance of your IT environment and are prepared to assist The Collective Group to continue to provide the very best services available to support your needs.

Thank you,

Tom Raimondi
CEO
MTI Technologies

Agreed:

_____
By: _____
Name: _____
Date: _____

# SCHEDULE C
# BACKLOG ORDERS

| Customer | Customer Num | Oder Number | Description | Posting Code | Amount |
|---|---|---|---|---|---|
| 4 MEDICA, INC. | | 2791 PS705073/3 | PS SR CONSULTING | 50-140-400-00520 | 7,400 |
| ADVANCED VISUAL IMAGE DESIGN | | 2385 PS706092/3 | PS INSTALLATION | 50-140-400-00530 | 5,310 |
| AEROSPACE CORPORATION, THE | A05020 | PS803056/5 | PS INSTALLATION | 50-140-400-00530 | 4,050 |
| AMERICAN BANKERS ASSOCIATION | | 2604 PS802003 | PS INSTALLATION | 50-140-400-00530 | 3,600 |
| ASPEN TECHNOLOGY | | 2376 PS805340 | STORAGE EAST | 50-140-400-00525 | 32 |
| ASPEN TECHNOLOGY | | 2376 PS805340 | STORAGE EAST - HOTEL | 50-140-400-00525 | 235 |
| ASPEN TECHNOLOGY | | 2376 PS805340 | STORAGE EAST MILEAGE | 50-140-400-00525 | 49 |
| ASPEN TECHNOLOGY | | 2376 PS805340 | STORAGE EAST-MEALS | 50-140-400-00525 | 45 |
| ASPEN TECHNOLOGY | | 2376 PS805340/1 | PS INSTALLATION | 50-140-400-00530 | 32,000 |
| AUSTIN LOGISTICS | | 2877 PS706048 | PS INSTALLATION | 50-140-400-00530 | 16,200 |
| AVR ENTERPRISES INC | | 2927 PS708061/8 | MTI IMPLEMENTATION | 50-140-400-00530 | 9,024 |
| CAMBER CORPORATION | | 3029 PS803114/3 | PS INSTALLATION | 50-140-400-00530 | 5,760 |
| CARDIOVASCULAR PROVIDER RES | | 2291 PS803101/1 | PS INSTALLATION | 50-140-400-00530 | 10,346 |
| CGS TECHNOLOGY ASSOCIATES | | 2998 PS712112/4 | PS INSTALLATION | 50-140-400-00530 | 28,700 |
| CGS TECHNOLOGY ASSOCIATES | | 2998 PS712112/6 | PS INSTALLATION | 50-140-400-00530 | 18,900 |
| CGS TECHNOLOGY ASSOCIATES | | 2998 PS712112/8 | PS INSTALLATION | 50-140-400-00530 | 31,500 |
| CITY OF NORTH RICHLAND HILLS | | 2792 PS701048/1 | PS INSTALLATION | 50-140-400-00530 | 7,200 |
| CORPORATE EXECUTIVE BOARD | | 2898 PS712030/5 | MTI IMPLEMENTATION | 50-140-400-00530 | 3,002 |
| CORPORATE EXECUTIVE BOARD | | 2898 PS802053/8 | PS INSTALLATION | 50-140-400-00530 | 71,200 |
| CORPORATE EXECUTIVE BOARD | | 2898 PS803071/2 | MTI-PS-BAS-SABLK | 50-140-400-00530 | 8,375 |
| CORPORATE EXECUTIVE BOARD | | 2898 PS803071/2 | PS INSTALLATION | 50-140-400-00530 | 9,404 |
| CRUISE ONE / CRUISES INC. | | 2579 PS612153/5 | PS INSTALLATION | 50-140-400-00530 | 4,966 |
| CRYDOM, INC. | | 2973 PS712044/3 | PS INSTALLATION | 50-140-400-00530 | 46,729 |
| CSI LEASING, INC. | C15199 | PS802076/3 | PS INSTALLATION | 50-140-400-00530 | 16,200 |
| CSI LEASING, INC. | C15199 | PS803017/1 | PS INSTALLATION | 50-140-400-00530 | 11,625 |
| DDI LEASING, INC. | | 2066 PS802075/3 | PS INSTALLATION | 50-140-400-00530 | 7,335 |
| ELSEVIER MDL | M15030 | PS707006 | PS INSTALLATION | 50-140-400-00530 | 900 |
| EMC CORPORATION | | 2037 PS612999/1 | PS SR CONSULTING | 50-140-400-00520 | 12,563 |
| EMC CORPORATION | | 2037 PS709502/4 | MTI IMPLEMENTATION | 50-140-400-00530 | 27,168 |
| EMC CORPORATION | | 2037 PS712050 | MTI IMPLEMENTATION | 50-140-400-00530 | 6,863 |
| EMC CORPORATION | | 2037 PS712121 | MTI IMPLEMENTATION | 50-140-400-00530 | 6,863 |
| EMI MUSIC PUBLISHING | | 2710 PS712071/3 | PS INSTALLATION | 50-140-400-00530 | 14,085 |
| FIRST ADVANTAGE | | 2450 PS010122 | PS INSTALLATION | 50-140-400-00525 | 4,995 |
| FMC CHEMICALS, INC. | | 2969 PS712124/1 | BILLABLE EXS PS ADM | 50-140-400-00525 | 129 |
| FOJP SERVICE CORPORATION | | 3006 PS802017 | PS INSTALLATION | 50-140-400-00530 | 1,800 |
| FUNDTECH CORPORATION | | 2947 PS709121/2 | MTI IMPLEMENTATION | 50-140-400-00530 | 6,425 |

| Company | Code | Invoice | Description | Account | Amount |
|---|---|---|---|---|---|
| GFI GROUP, INC. | | 3036 PS805335 | PS INSTALLATION | 50-140-400-00530 | 2,040 |
| GFI GROUP, INC. | | 3036 PS805335/1 | PS INSTALLATION | 50-140-400-00530 | 8,198 |
| GLEN RAVEN MILLS | G01250 | PS803008 | PS INSTALLATION | 50-140-400-00530 | 1,800 |
| HEARST SERVICE CENTER, THE | | 2861 PS609091/7 | PS INSTALLATION | 50-140-400-00530 | 35,066 |
| INVISION.COM | | 2362 PS804015 | PS INSTALLATION | 50-140-400-00530 | 3,600 |
| JTA LEASING CO. LLC | | 1981 PS705083/1 | PS INSTALLATION | 50-140-400-00530 | 1,647 |
| KAVLICO CORPORATION | | 2909 PS803077 | PS INSTALLATION | 50-140-400-00530 | 64,913 |
| KIMCO REALTY CORPORATION | | 2982 PS712082/9 | PS INSTALLATION | 50-140-400-00530 | 9,425 |
| KIMCO REALTY CORPORATION | | 2982 PS803030/1 | PROFESSIONAL SERVICE | 50-140-400-00530 | 54,800 |
| KIMCO REALTY CORPORATION | | 2982 PS803033/3 | PS INSTALLATION | 50-140-400-00530 | 6,250 |
| KITSAP COMMUNITY FEDERAL CREDIT | | 2589 PS704033/1 | PS INSTALLATION | 50-140-400-00530 | 8,500 |
| LOREAL USA - CORPORATE DIVISION | | 2274 PS702005 | PS INSTALLATION | 50-140-400-00530 | 1,800 |
| LOREAL USA - CORPORATE DIVISION | | 2274 PS702005/2 | PS INSTALLATION | 50-140-400-00530 | 1,800 |
| MEDICORP HEALTH SYSTEM | | 2712 PS712150 | PS INSTALLATION | 50-140-400-00530 | 1,800 |
| NFS LEASING, INC. | | 2996 PS804026 | PS INSTALLATION | 50-140-400-00530 | 2,025 |
| NIKKO AMERICAS HOLDING CO | | 2983 PS712083/2 | PS INSTALLATION | 50-140-400-00530 | 17,640 |
| NMATRIX/EPIQ SYSTEMS INC | | 2889 PS712108/7 | PS INSTALLATION | 50-140-400-00530 | 19,900 |
| NOBLE INVESTMENT GROUP | | 2858 007226/2 | GOODLINK | 50-140-400-00530 | 79 |
| NOBLE INVESTMENT GROUP | | 2858 007226/2 | PS SR CONSULTING | 50-140-400-00530 | 5,300 |
| NOBLE INVESTMENT GROUP | | 2858 007226/4 | GOODLINK | 50-140-400-00530 | 2,041 |
| NOBLE INVESTMENT GROUP | | 2858 007226/4 | PS SR CONSULTING | 50-140-400-00520 | 135,400 |
| NORTHSTAR REALTY FINANCE CORP | | 2984 PS712101/4 | MTI IMPLEMENTATION | 50-140-400-00530 | 24,410 |
| OCCAM NETWORKS | | 3012 PS803011 | BILLABLE EXS PS ADM | 50-140-400-00525 | 6,000 |
| OCCAM NETWORKS | | 3012 PS803011 | PS INSTALLATION | 50-140-400-00530 | 32,625 |
| PIONEER ELECTRONICS (USA) INC. | | 2979 PS712067/3 | PS INSTALLATION | 50-140-400-00530 | 12,060 |
| REHAB INSTITUTE OF CHICAGO | | 2762 PS703152/3 | PS INSTALLATION | 50-140-400-00530 | 3,735 |
| SBH | | 2320 PS803089/2 | PS INSTALLATION | 50-140-400-00530 | 6,921 |
| SENTINEL REAL ESTATE CORPORATION | | 2102 PS801022 | PS INSTALLATION | 50-140-400-00530 | 1,800 |
| SHOPZILLA.COM | | 2444 PS702036/1 | PS INSTALLATION | 50-140-400-00530 | 8,400 |
| SIMPLEX GRINNELL | S09510 | PS706160 | PS INSTALLATION | 50-140-400-00530 | 10,800 |
| SKYWORKS SOLUTIONS, INC. | | 2133 PS711022 | MTI IMPLEMENTATION | 50-140-400-00530 | 1,800 |
| SPRIGGS & HOLLINGSWORTH | | 2602 PS802016 | PS INSTALLATION | 50-140-400-00530 | 12,600 |
| STROZ FREIDBERG, LLC | | 3024 PS803082/1 | PS INSTALLATION | 50-140-400-00530 | 13,325 |
| STROZ FREIDBERG, LLC | | 3024 PS804027 | CON-ESXVC-JS | 50-140-400-00530 | 10,000 |
| SULLIVAN & CROMWELL LLP | | 2269 PS712133 | PS INSTALLATION | 50-140-400-00530 | 1,800 |
| SWISS RE | | 2838 PS706078/2 | PS INSTALLATION | 50-140-400-00530 | 8,545 |
| SYMANTEC CORPORATION | | 2386 PS805342 | INFRASTRUCTURE MGMNT | 50-140-400-00520 | 99,000 |

| | | | | | |
|---|---|---|---|---|---:|
| TELLABS OPERATIONS, INC. | T05121 | PS803091/3 | PROFESSIONAL SERVICE | 50-140-400-00530 | 90,910 |
| THOMAS REPROGRAPHICS INC | | 2937 PS806024 | PS INSTALLATION | 50-140-400-00530 | 5,400 |
| TISHMAN SPEYER | | 2563 PS809060/3 | PS SR CONSULTING | 50-140-400-00520 | 4,275 |
| TRIPLE NET PROPERTIES | | 2741 PS703191 | PS SR CONSULTING | 50-140-400-00520 | 10,000 |
| U.S. BANCORP OLIVER-ALLEN | | 1519 PS803075 | EMC PRO SERVICE | 50-140-400-00530 | 15,075 |
| USAEPAY | | 2964 PS711040/3 | MTI IMPLEMENTATION | 50-140-400-00530 | 1,969 |
| VERIZON BUSINESS PURCHASING, LLC | M03011 | PS802038 | PS INSTALLATION | 50-140-400-00530 | 13,158 |
| WESTERN FEDERAL CREDIT UNION | | 2216 PS602067/5 | PS INSTALLATION | 50-140-400-00530 | 4,000 |
| WILLIAMS & CONNOLLY LLP | | 2603 PS709046/7 | MTI IMPLEMENTATION | 50-140-400-00530 | 26,238 |
| | | | | | 1,249,844 |