**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

FILED & ENTERED

DEC 18 2007

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Debtor and Debtor<br>    in Possession. | Case No.  SA 07-13347-ES<br><br>Chapter 11<br><br>**ORDER ON MOTION TO REJECT EXECUTORY CONTRACTS AND LEASES WITH:**<br><br>    1. **CIT TECHNOLOGY FINANCING SERVICES, INC.;**<br>    2. **DELL FINANCIAL SERVICES, L.P. AND,**<br>    3. **NEEDHAM & COMPANY**<br><br>Date:  (No Hearing Required)<br>Time:<br>Ctrm: |

The United States Bankruptcy Court having considered the motion of debtor and debtor in possession, MTI Technology Corporation, a Delaware corporation (the "Debtor"), pursuant to 11 U.S.C. §365 for an Order rejecting certain executory contracts and leases (collectively, the "Leases", and respectively, the "Motion"), and the Declaration of Thomas P. Raimondi, Jr. in support thereof, and finding that no opposition or request for hearing has been filed from any interested person including the Office of the United States Trustee and that a hearing is not required, for good cause appearing therefore, hereby **GRANTS** the Motion. The Leases

Order  on Motion Rejecting Certain Executory Contracts and Leases

1

1 identified on the attached Exhibit "A" are rejected.

2 **IT IS SO ORDERED.**

4 ###

26 DATED: December 18, 2007

*Erithe A. Smith*

United States Bankruptcy Judge

Order on Motion Rejecting Certain Executory Contracts and Leases

2

**EXHIBIT A**

1. Equipment lease agreement dated November 14, 2006 between the Debtor and Cit Technology Financing Services, Inc. ("CIT") for 16 Dell/Latitude computers.

The significant terms of the CIT equipment lease are as follows:

```
Lease No:     #457948
Date:         11/14/06
Terms:        24 months
Equipment:    16 Dell/Lattitude d620 computers
Payment:      $1,234.91, plus applicable taxes, per month for 24 months
Purchase Opt. FMV
```

A true and correct copy of the CIT equipment lease is attached to the Motion as **Exhibit "A"**. The Debtor has ceased using these laptops as of the Petition date.

2. 13 equipment leases between the Debtor and Dell Financial Services, L.P. ("Dell") for computers, monitors, printers, servers and other miscellaneous products:

| Lease No: | Date: | Term: | Balance: |
|---|---|---|---|
| 501-6715765-001 | May 30, 2004 | 48 mos. | $1,015.75 |
| 501-6715765-002 | June 4, 2004 | 48 mos. | $1,341.51 |
| 001-6900735-003 | October 25, 2004 | 36 mos. | $9,900.90 |
| 001-6900735-004 | November 29, 2004 | 36 mos. | $421.64 |
| 001-6900735-005 | December 28, 2004 | 36 mos. | $15,983.94 |
| 001-6900735-006 | February 28, 2005 | 36 mos. | $1,535.94 |
| 001-6900735-007 | April 5, 2005 | 36 mos. | $6,308.84 |
| 001-6900735-008 | April 12, 2005 | 36 mos. | $6,078.80 |
| 001-6900735-009 | June 5, 2005 | 36 mos. | $6,704.59 |
| 001-6900735-010 | August 5, 2005 | 36 mos. | $7,547.60 |
| 001-6900735-011 | September 5, 2005 | 36 mos. | $7,089.76 |
| 001-6900735-013 | June 1, 2005 | 24 mos. | $6,265.00 |
| 001-6900735-015 | October 17, 2006 | 24 mos. | $21,854.46 |

True and correct copies of these agreements are attached to the Motion, collectively, as **Exhibit "B"**.

3. Contract dated March 2, 2007 between the Debtor and Needham & Company ("Needham") in which the Debtor retained Needham as exclusive financial advisors to the Debtor in connection with (a) a merger, consolidation or other business

combination pursuant to which the Debtor is combined with that of another party or (b) the acquisition by another party of all or substantially all of the assets of, or more than 50% of the outstanding capital stock of the Debtor by way of a negotiated purchase, tender offer, exchange offer or other similar means.

The significant terms of the agreement are as follows:

| | |
|---|---|
| Date: | 03/02/07 |
| Term: | Debtor retained Needham as exclusive financial advisors to the Debtor in connection with (a) a merger, consolidation or other business combination pursuant to which the Debtor is combined with that of another party or (b) the acquisition by another party of all or substantially all of the assets of, or more than 50% of the outstanding capital stock of the Debtor by way of a negotiated purchase, tender offer, exchange offer or other similar means. |
| Payment: | $75,000 within 30 days of signing the Agreement and if, during the term of the agreement, or within 12 months after termination of the agreement, a transaction is consummated with another party identified by Needham in writing prior to the termination of the agreement, the Debtor shall pay to Needham a fee in an amount equal to 1.5% of the aggregate purchase price received by the Debtor's stockholders, subject to a minimum success fee of $750,000, against which any fees previously paid shall be credited. |
| | If an Opinion is rendered on a potential transaction, the Debtor shall pay Needham $250,000. |
| | If a Transaction is terminated or it does not occur and the Debtor is paid a break up or termination fee, the Debtor shall pay Needham 25% of such fee. |
| | Needham is also entitled to reimbursement of reasonable out-of-pocket expenses incurred up to $25,000. |

A true and correct copy of the Needham agreement is attached to the Motion as **Exhibit "C".**

**PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

     I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350, Torrance, California, 90503.

     On **December 14, 2007** I served the foregoing document described as: **ORDER ON MOTION TO REJECT EXECUTORY CONTRACTS AND LEASES WITH: 1) CIT TECHNOLOGY FINANCING SERVICES, INC.; 2) DELL FINANCIAL SERVICES, L.P. AND, 3) NEEDHAM & COMPANY**

on the interested parties in this action by placing the original thereof enclosed in a sealed envelope and by causing such envelope with postage thereon fully prepaid to be placed in the United States mail, at Torrance, California, addressed as follows:

     See Service List Attached

[**X**]    **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **December 14, 2007**, at Torrance, California.

[X]    Federal:    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                             /S/
                                    Michelle Carpenter

MTI Technology Corporation

MTI Technology Corporation
Attn.: Thomas P. Raimondi, Jr
15641 Red Hill Ave., Suite 200
Tustin, CA  92780

United States Trustee
Attn.: Frank Cadigan
Terry Biers
411 West Fourth Street, Suite 904
Santa Ana, CA 92701-4593

Robert Opera, Esq.
Winthrop Couchot, P.C.
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660

CIT Technology Financing Services, Inc.
Attn.: Brian D. Wood, Esq.
Welt Man, Weinberg & Reis Co., L.P.A
175 So. Third Street, Suite 900
Columbus, OH,  43215

Dell Financial Services, L.P.
Attn.: Sabrina L. Streusand
Hughes, Luce LLP
111 Congress Ave., Suite 900
Austin, TX  78701

Needham & Company, LLC
Attn.: Laura Black
3000 Sand Hill Road
Building 2
Menlo Park, CA  94025

Office of the United States Trustee
411 West 4th St., Suite 940
Santa Ana, CA  92701

William F. Govier
Bingham, McCutchen, LLP
355 S. Grand Ave.
Los Angeles, CA  90071

Order on Motion Rejecting Certain Executory Contracts and Leases

6

| | |
|---|---|
| 1 | |
| 2 | **SERVICE LIST FOR ENTERED ORDER** |
| 3 | |

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| Scott C. Clarkson, Esq.<br>Clarkson, Gore & Marsella<br>3424 Carson Street, Suite 350<br>Torrance CA  90503 | MTI Technology Corporation<br>Attn.: Thomas P. Raimondi, Jr<br>15641 Red Hill Ave., Suite 200<br>Tustin, CA  92780 |
| Robert Opera, Esq.<br>Winthrop Couchot, P.C.<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA  92660 | William F. Govier<br>Bingham, McCutchen, LLP<br>335 S, Grand Ave.<br>Los Angeles, CA  90071 |
| United States Trustee<br>Attn.: Frank Cadigan<br>Terry Biers<br>411 West Fourth Street, Suite 904<br>Santa Ana, CA 92701-4593 | CIT Technology Financing Services, Inc.<br>Attn.: Brian D. Wood, Esq.<br>Welt Man, Weinberg & Reis Co., L.P.A<br>175 So. Third Street, Suite 900<br>Columbus, OH,  43215 |
| | Dell Financial Services, L.P.<br>Attn.: Sabrina L. Streusand<br>Hughes, Luce LLP<br>111 Congress Ave., Suite 900<br>Austin, TX  78701 |
| | Needham & Company, LLC<br>Attn.: Laura Black<br>3000 Sand Hill Road<br>Building 2<br>Menlo Park, CA  94025 |

Order  on Motion Rejecting Certain Executory Contracts and Leases

7