1  **SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
2  **CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3  **3424 Carson Street, Suite 350**
**Torrance, California 90503**
4  **(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**
5
Attorneys for MTI Technology Corporation, Debtor and
6  Debtor in Possession

| FILED & ENTERED |
| --- |
| DEC 18 2007 |

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

7  **UNITED STATES BANKRUPTCY COURT**

8  **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

9  In re

10  MTI TECHNOLOGY CORPORATION, a
Delaware corporation,
11

12  Debtor and Debtor
in Possession.

13

14

15

16

Case No.  SA 07-13347-ES

Chapter 11

**ORDER ON MOTION TO REJECT
UNEXPIRED NON-RESIDENTIAL REAL
PROPERTY LEASES**

Date:  (No Hearing Required)
Time:
Ctrm:

17

18       The United States Bankruptcy Court having considered the motion of debtor and debtor

19  in possession, MTI Technology Corporation, a Delaware corporation (the "Debtor"), pursuant to

20  11 U.S.C. §365, for an Order rejecting certain non-residential real property leases (collectively,

21  the "Leases" and, respectively, the "Motion") and the Declaration in support thereof, and finding

22  that no opposition or request for hearing has been filed from any interested person including the

23  Office of the United States Trustee and that a hearing is not required, for good cause appearing

24  ///

25  ///

26  ///

27  ///

28

Order  on Motion Rejecting Certain Executory Contracts and Leases

1

1   therefore, hereby **GRANTS** the Motion. The Leases identified on the attached Exhibit "A" are

2   rejected.

3       **IT IS SO ORDERED.**

4

5                                                           ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26   DATED: December 18, 2007

27                                               United States Bankruptcy Judge

28

Order  on Motion Rejecting Certain Executory Contracts and Leases

2

**EXHIBIT A**

1.  Nonresidential real property lease between the Debtor and Allianz Life Insurance Co.

    for property located at 11575 Great Oaks Way, Suite 315, Alpharetta, GA 30022 (see

    Exhibit "A" attached to the Motion).  The summary terms of this lease are as follows:

    > Term: 06/01/05 – 08/31/08
    > Rent:   $4,332.08 plus CAMs of approximately $278.07
    > Square feet: 2,875
    > Deposit: $4,902.19
    > Premises vacated 9/30/07.
    > Lease payments paid through 9/30/07

2.  Nonresidential real property lease between the Debtor and O'Hare Centre Venture for

    property located at 1350 E. Touhy Avenue, Des Plains, IL 60018 (see attached

    Exhibit "B" attached to the Motion). The summary terms of this lease are as follows:

    > Term: 06/01/05-05/31/08
    > Rent:   $2,000.00 plus CAMs of approximately $1,673.00
    > Square feet: 1,500
    > Deposit: $2,000.00
    > Premises vacated 9/30/07.
    > Lease payments paid through 9/30/07

3.  Nonresidential real property lease between the Debtor and Great Plains Venture, LLC

    for real property located at 1116 Great Plain Avenue, Needham, MA 02492 (see

    attached Exhibit "C" attached to the Motion). The summary terms of this lease are as

    follows:

    > Term: 06/15/06-06/14/07
    > Rent:   $400.00
    > Square feet: 250
    > Deposit: $325.00
    > Premises vacated 10/14/07.
    > Lease payments paid through 9/30/07

Order  on Motion Rejecting Certain Executory Contracts and Leases

3

4.  Nonresidential real property lease between the Debtor and Quakerbridge, LLC for

real property located at 788 Shrewsbury Avenue, Tinton Falls, NJ 07724 (see

attached Exhibit "D" attached to the Motion). The summary terms of this lease are as

follows:

> Term: 03/01/03-02/29-08
> Rent:   $6,547.17 plus utilities of approximately $421.13
> Square feet: 4,079
> Deposit: $10,000.00
> Premises vacated 9/30/07.
> Lease payments paid through 9/30/07

5.  Nonresidential real property lease between the Debtor and Hall 2611 Internet

Associates, LLC for real property located at 2611 Internet Blvd., Suite 114, Frisco,

TX 75034 (see attached Exhibit "E" attached to the Motion). The summary terms of

this lease are as follows:

> Term: 01/01/06-12/31/08
> Rent:   $4,337.13 plus utilities of approximately $391.45
> Square feet: 2,669
> Deposit: $8,674.25
> Premises vacated 9/30/07.
> Lease payments paid through 9/30/07

6.  Nonresidential real property lease between FM 2244 Crystal Mountain, LP and

Collective Technologies/PSA, assigned to the Debtor in June, 2007 for real property

located at 9433 Bee Caves Road, Building 111, Suite 100, Austin, TX 78733 (see

attached Exhibit "F" attached to the Motion) and related sublease with Centex

Solutions, Inc (see attached Exhibit "G" attached to the Motion). The summary terms

of this lease and sublease are as follows:

> Lease:
> Term: 02/01/06-3/31/11
> Rent:   $24,180.56
> Square feet: 17,215
> Deposit: $70,691.52

Order  on Motion Rejecting Certain Executory Contracts and Leases

Premises vacated 9/30/07 by Debtor and occupied by The Collective Group
Lease payments paid through 9/30/07

Sublease:
Term: 04/01/07-3/31/08
Rent:    $2,675.00 paid directly to Master Lessor
Square feet: 1,647 – 1st floor, suite 105, of leased premises.
Deposit: $2,675.00 paid directly to Master Lessor
Premises currently occupied
Sublease payments current

7.  Nonresidential real property lease between the Debtor and Merritt Properties, LLC for

real property located at 21630 Ridgetop Circle, Suite 100-110, Sterling, VA 20166

(see attached Exhibit "H" attached to the Motion). The summary terms of this lease

are as follows:

Term: 12/01/04-11/30/07
Rent:    $6,364.05 plus CAMs of approximately $1,678.00
Square feet: 4,833
Deposit: $5,418.00
Premises vacated 9/30/07.
Lease payments paid through 9/30/07

**PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350, Torrance, California, 90503.

    On **December 14, 2007** I served the foregoing document described as: **ORDER ON MOTION TO REJECT UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES** on the interested parties in this action by placing the original thereof enclosed in a sealed envelope and by causing such envelope with postage thereon fully prepaid to be placed in the United States mail, at Torrance, California, addressed as follows:

    See Service List Attached

[**X**]  **(BY MAIL)** As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

    Executed on **December 14, 2007**, at Torrance, California.

[X]   Federal:   I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/S/_____
Michelle Carpenter

MTI Technology Corporation

Order  on Motion Rejecting Certain Executory Contracts and Leases

6

| | |
|---|---|
| 1 | <div align="center">MTI Technology Corporation<br>Property Leases Service List</div> |
| 2 | |
| 3 | United States Trustee |
| | 411 West Fourth Street, Suite 904 |
| 4 | Santa Ana, CA 92701-4593 |
| 5 | Robert Opera, Esq. |
| | Winthrop Couchot, P.C. |
| 6 | 660 Newport Center Drive, 4th Floor |
| | Newport Beach, CA  92660 |
| 7 | |
| | MTI Technology Corporation |
| 8 | Attn.: Thomas P. Raimondi, Jr. |
| | 15641 Red Hill Ave., Suite 200 |
| 9 | Tustin, CA 92780 |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Order  on Motion Rejecting Certain Executory Contracts and Leases

1

2

3

## SERVICE LIST FOR ENTERED ORDER

4

5

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| Clarkson, Gore & Marsella<br>3424 Carson Street, Suite 350<br>Torrance CA  90503 | MTI Technology Corporation<br>Attn.: Thomas P. Raimondi, Jr<br>15641 Red Hill Ave., Suite 200<br>Tustin, CA  92780 |
| Robert Opera, Esq.<br>Winthrop Couchot, P.C.<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA  92660 | William F. Govier<br>Bingham, McCutchen, LLP<br>335 S, Grand Ave.<br>Los Angeles, CA  90071 |
| United States Trustee<br>Attn.: Frank Cadigan<br>Terry Biers<br>411 West Fourth Street, Suite 904<br>Santa Ana, CA 92701-4593 | Allianz Life Insurance Company of<br>North America<br>c/o Allianz of America, Inc<br>Attn: Senior Asset Manager<br>55 Greens Farms Road<br>P.O. Box 5160<br>Westport, CT  06881-5160 |
| Robert L. Eisenbach III<br>Cooley Godward Kronish LLP<br>101 California Street, 5th Floor<br>San Francisco, CA  94111-5800 | Transwestern Commercial Services<br>Attn.: Property Manager, C. Channell<br>Brown<br>11575 Great Oaks Way, Suite 320<br>Alpharetta, GA  30022 |
| Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA  90503 | Pramana, Inc.<br>Attn.: Sanjay Sehgal<br>11575 Great Oaks Way, Suite 315<br>Alpharetta, GA  30022 |
| | O'Hare Centre Venture<br>Attn.: Christi Culotta<br>1350 E. Touhy Avenue<br>Des Plaines, IL  60018 |
| | Sigi M. Offenbach<br>Pitler and Mandell<br>39 South LaSalle Street, Suite 1220<br>Chicago, IL  60603 |
| | Great Plain Ventures, LLC<br>c/o Northeast Property Management,<br>Inc.<br>831 Beacon Street, Suite 327<br>Newton, MA  02459 |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order  on Motion Rejecting Certain Executory Contracts and Leases

| | |
|---|---|
| 1 | Great Plain Venture, LLC |
| | c/o Northeast Properties Mgmt |
| 2 | 20 Park Plaza, Suite 328 |
| | Boston, MA  02116 |
| 3 | |
| | Quakerbridge Venture, LLC |
| 4 | Attn.: Joseph E. Pintinalli |
| | 140 Franklin Corner Road |
| 5 | Lawrenceville, NJ  08648 |
| 6 | Hall 2611 Internet Associates, LTD |
| | Attn: Laurie Biddle |
| 7 | 6801 Gaylord Parkway, Suite 100 |
| | Frisco, TX  75034 |
| 8 | |
| | Hall Financial Group, LTD |
| 9 | Attn.: Mark Depker |
| | 6801 Gaylord Parkway, Suite 100 |
| 10 | Frisco, TX  75934 |
| 11 | Berns Commercial Properties |
| | Attn.: Richard Berns |
| 12 | 1515 S. Capital of Texas Hwy., Suite 140 |
| | Austin, TX  78746 |
| 13 | |
| 14 | Key Corp Real Estate Capital Markets, Inc. |
| | d/b/a KeyBank Real Estate Capital |
| 15 | 911 Main Street, Suite 1500 |
| | Kansas City, MO  64105 |
| 16 | |
| 17 | Daniel Flanigan, Esq. |
| | Polsinelli, White, Vardeman & Shalton |
| 18 | 700 W. 47th Street, Suite 1000 |
| | Kansas City, MO  64112 |
| 19 | |
| | Centex Solution Incorporated |
| 20 | Attn.: Jody Breaux |
| | 1105 San Augustine Drive |
| 21 | Austin, TX,  78733 |
| 22 | Merritt Properties, LLC |
| | Attn.: Sherry Duvall |
| 23 | 2066 Lord Baltimore Drive |
| | Baltimore, MD  21244 |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Order  on Motion Rejecting Certain Executory Contracts and Leases