**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

FILED & ENTERED

JAN 04 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re

MTI TECHNOLOGY CORPORATION, a Delaware corporation,

    Debtor and Debtor
    in Possession.

Federal Tax I.D. # 95-3601802

Case No. SA 07-13347-ES

Chapter 11

**AMENDED ORDER ON MOTION TO REJECT UNEXPIRED NON-RESIDENTIAL REAL PROPERTY LEASES**

Date: No Hearing Required
Time:
Ctrm:

    The United States Bankruptcy Court having considered the motion of debtor and debtor in possession, MTI Technology Corporation, a Delaware corporation (the "Debtor"), pursuant to 11 U.S.C. §365, for an Order rejecting certain non-residential real property leases (collectively, the "Leases" and, respectively, the "Motion"), the Declaration in support thereof, and the Declaration of Eve A. Marsella, filed on December 20, 2007, requesting entry of an Amended Order, finding that no opposition or request for hearing has been filed from any interested person including the Office of the United States Trustee and that a hearing is not required, for good cause appearing therefore, hereby

Amended Order on Motion to Reject Leases

1

1
2     **GRANTS** the Motion. The Leases identified on the attached Exhibit "A" are rejected.
3     **IT IS SO ORDERED.**
4
5                                                     ###
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26 DATED: January 4, 2008                                   */s/ Erithe A. Smith*
27                                                 United States Bankruptcy Judge
28

Amended Order on Motion to Reject Leases

# EXHIBIT A

1. Nonresidential real property lease between the Debtor and Allianz Life Insurance Co. for property located at 11575 Great Oaks Way, Suite 315, Alpharetta, GA 30022 (see Exhibit "A" to the Motion) and related sublease with Pramana Inc. (see Exhibit "B" attached to the Motion).  The summary terms of this lease and sublease are as follows:

    Lease:
    Term: 06/01/05 – 08/31/08
    Rent:   $4,332.08  plus CAMs of approximately $278.07
    Square feet: 2,875
    Deposit: $4,902.19
    Premises vacated 9/30/07.
    Lease payments paid through 9/30/07

    Sublease:
    Term: 08/31/07 – 08/31/08
    Rent: $2,995.00 plus CAMS of approximately $143.75
    Square feet: 2,875
    Deposit:  $5,990.00
    Premises currently occupied by subtenant
    Lease payments paid to Debtor through 9/30/07

2. Nonresidential real property lease between the Debtor and O'Hare Centre Venture for property located at 1350 E. Touhy Avenue, Des Plains, IL 60018 (see attached Exhibit "B" attached to the Motion). The summary terms of this lease are as follows:

    Term: 06/01/05-05/31/08
    Rent:   $2,000.00 plus CAMs of approximately $1,673.00
    Square feet: 1,500
    Deposit: $2,000.00
    Premises vacated 9/30/07.
    Lease payments paid through 9/30/07

3. Nonresidential real property lease between the Debtor and Great Plains Venture, LLC for real property located at 1116 Great Plain Avenue, Needham, MA 02492 (see Exhibit "C" attached to the Motion). The summary terms of this lease are as follows:

```
Term: 06/15/06-06/14/07
Rent:   $400.00
Square feet: 250
Deposit: $325.00
Premises vacated 10/14/07.
Lease payments paid through 9/30/07
```

4. Nonresidential real property lease between the Debtor and Quakerbridge, LLC for real property located at 788 Shrewsbury Avenue, Tinton Falls, NJ 07724 (see Exhibit "D" attached to the Motion). The summary terms of this lease are as follows:

```
Term: 03/01/03-02/29-08
Rent:   $6,547.17 plus utilities of approximately $421.13
Square feet: 4,079
Deposit: $10,000.00
Premises vacated 9/30/07.
Lease payments paid through 9/30/07
```

5. Nonresidential real property lease between the Debtor and Hall 2611 Internet Associates, LLC for real property located at 2611 Internet Blvd., Suite 114, Frisco, TX 75034 (see Exhibit "E" attached to the Motion). The summary terms of this lease are as follows:

```
Term: 01/01/06-12/31/08
Rent:   $4,337.13 plus utilities of approximately $391.45
Square feet: 2,669
Deposit: $8,674.25
Premises vacated 9/30/07.
Lease payments paid through 9/30/07
```

6. Nonresidential real property lease between FM 2244 Crystal Mountain, LP and Collective Technologies/PSA, assigned to the Debtor in June, 2007 for real property located at 9433 Bee Caves Road, Building 111, Suite 100, Austin, TX 78733 (see Exhibit "F" attached to the Motion) and related sublease with Centex Solutions, Inc (see Exhibit "G" attached to the Motion). The summary terms of this lease and sublease are as follows:

<u>Lease:</u>
Term: 02/01/06-3/31/11
Rent: $24,180.56
Square feet: 17,215
Deposit: $70,691.52
Premises vacated 9/30/07 by Debtor and occupied by The Collective Group
Lease payments paid through 9/30/07

<u>Sublease:</u>
Term: 04/01/07-3/31/08
Rent: $2,675.00 paid directly to Master Lessor
Square feet: 1,647 – 1st floor, suite 105, of leased premises.
Deposit: $2,675.00 paid directly to Master Lessor
Premises currently occupied
Sublease payments current

7. Nonresidential real property lease between the Debtor and Merritt Properties, LLC for real property located at 21630 Ridgetop Circle, Suite 100-110, Sterling, VA 20166 (see Exhibit "H" attached to the Motion). The summary terms of this lease are as follows:

Term: 12/01/04-11/30/07
Rent: $6,364.05 plus CAMs of approximately $1,678.00
Square feet: 4,833
Deposit: $5,418.00
Premises vacated 9/30/07.
Lease payments paid through 9/30/07

**PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350, Torrance, California, 90503.

On **December 20, 2007** I served the foregoing document described as: **[Proposed] Amended Order on Motion to Reject Unexpired Non-Residential Real Property Leases** on the interested parties in this action by placing the original thereof enclosed in a sealed envelope and by causing such envelope with postage thereon fully prepaid to be placed in the United States mail, at Torrance, California, addressed as follows:

Office of the United States Trustee
411 West 4th St., Suite 940
Santa Ana, CA  92701

MTI Technology Corporation
Attn.: Thomas P. Raimondi, Jr.
15641 Red Hill Ave., Suite 200
Tustin, CA  92780

Robert Opera, Esq.
Winthrop Couchot, P.C.
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660

[**X**]   (BY MAIL) As follows:  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **December 20, 2007**, at Torrance, California.

X         Federal:         I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

_____/S/_____
Michelle Carpenter

Amended Order on Motion to Reject Leases

6

## SERVICE LIST FOR ENTERED ORDER

| SERVED ELECTRONICALLY | SERVED BY U.S. MAIL |
|---|---|
| Scott C. Clarkson, Esq.<br>Clarkson, Gore & Marsella, APLC<br>3424 Carson Street, Suite 350<br>Torrance, CA 90503<br><br>Robert Opera, Esq.<br>Winthrop Couchot, P.C.<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA 92660<br><br>Office of United States Trustee<br>Attn.: Frank Cadigan<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701-4593 | MTI Technology Corporation<br>Attn.: Thomas P. Raimondi, Jr.<br>15641 Red Hill Ave., Suite 200<br>Tustin, CA 92780<br><br>Patricia Tomosco<br>Brown McCarroll LLP<br>111 Congress, Suite 1400<br>Austin, TX 78701<br><br>Allianz Life Insurance Company of North America<br>c/o Allianz of America, Inc<br>Attn: Senior Asset Manager<br>55 Greens Farms Road<br>P.O. Box 5160<br>Westport, CT 06881-5160<br><br>Transwestern Commercial Services<br>Attn.: Property Manager, C. Channell Brown<br>11575 Great Oaks Way, Suite 320<br>Alpharetta, GA 30022<br><br>Pramana, Inc.<br>Attn.: Sanjay Sehgal<br>11575 Great Oaks Way, Suite 315<br>Alpharetta, GA 30022<br><br>O'Hare Centre Venture<br>Attn.: Christi Culotta<br>1350 E. Touhy Avenue<br>Des Plaines, IL 60018<br><br>Sigi M. Offenbach<br>Pitler and Mandell<br>39 South LaSalle Street, Suite 1220<br>Chicago, IL 60603<br><br>Great Plain Ventures, LLC<br>c/o Northeast Property Management, Inc.<br>831 Beacon Street, Suite 327<br>Newton, MA 02459 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Great Plain Venture, LLC
c/o Northeast Properties Mgmt
20 Park Plaza, Suite 328
Boston, MA  02116

Quakerbridge Venture, LLC
Attn.: Joseph E. Pintinalli
140 Franklin Corner Road
Lawrenceville, NJ  08648

Hall 2611 Internet Associates, LTD
Attn: Laurie Biddle
6801 Gaylord Parkway, Suite 100
Frisco, TX  75034

Hall Financial Group, LTD
Attn.: Mark Depker
6801 Gaylord Parkway, Suite 100
Frisco, TX  75934

Berns Commercial Properties
Attn.: Richard Berns
1515 S. Capital of Texas Hwy., Suite 140
Austin, TX  78746

Key Corp Real Estate Capital Markets, Inc.
d/b/a KeyBank Real Estate Capital
911 Main Street, Suite 1500
Kansas City, MO  64105

Daniel Flanigan, Esq.
Polsinelli, White, Vardeman & Shalton
700 W. 47th Street, Suite 1000
Kansas City, MO  64112

Centex Solution Incorporated
Attn.: Jody Breaux
1105 San Augustine Drive
Austin, TX,  78733

Merritt Properties, LLC
Attn.: Sherry Duvall
2066 Lord Baltimore Drive
Baltimore, MD  21244

Amended Order on Motion to Reject Leases

8