1 | **SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
2 | **CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3 | **3424 Carson Street, Suite 350**
**Torrance, California 90503**
4 | **(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

FILED & ENTERED

FEB 04 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid    DEPUTY CLERK

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>       Debtor and Debtor<br>       in Possession. | Case No. SA 07-13347-ES<br><br>Chapter 11<br><br>**ORDER ON MOTION TO REJECT EXECUTORY CONTRACT WITH GE CAPITAL**<br><br>Date: (No Hearing Required)<br>Time:<br>Ctrm: |

The United States Bankruptcy Court having considered the motion of debtor and debtor in possession, MTI Technology Corporation, a Delaware corporation (the "Debtor"), pursuant to 11 U.S.C. §365 for an Order rejecting an executory contract with GE Capital (the "Motion"), and the Declaration of Thomas P. Raimondi, Jr in support thereof, and finding that no opposition or request for hearing has been filed from any interested person including the Office of the United States Trustee and that a hearing is not required, for good cause appearing therefore, hereby GRANTS the Motion.

Order

1

1 | **IT IS SO ORDERED.**

3 | ###

26 | DATED: February 4, 2008

*Ericka O. Smith*

United States Bankruptcy Judge

Order

2

# **PROOF OF SERVICE**

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 3424 Carson Street, Suite 350, Torrance, California, 90503.

    On **January 25, 2008** I served the foregoing document described as **ORDER ON MOTION TO REJECT EXECUTORY CONTRACT WITH: GE CAPTIAL** on the interested parties in this action by placing the original thereof enclosed in a sealed envelope and by causing such envelope with postage thereon fully prepaid to be placed in the United States mail, at Torrance, California, addressed as follows:

    See Service List Attached

[**X**]    **(BY MAIL)** As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Torrance, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

Executed on **January 25, 2008**, at Torrance, California.

[X]    Federal:    I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

                                                        _____/S/_____
                                                            Michelle Carpenter

MTI Technology Corporation
Service List

MTI Technology Corporation
Attn.: Thomas P. Raimondi, Jr.
15641 Red Hill Ave., Suite 200
Tustin, CA 92780

United States Trustee
411 West Fourth Street, Suite 904
Santa Ana, CA 92701-4593

Robert Opera, Esq.
Winthrop Couchot, P.C.
660 Newport Center Drive, 4th Floor
Newport Beach, CA  92660

William F. Govier
Bingham, McCutchen, LLP
355 S. Grand Ave.
Los Angeles, CA  90071

Vedetta Hughes
RMS
c/o GE Capital Corporation
P.O. Box 3099
Naperville, IL  90566

GE Capital
P.O. Box 31001-02773
Pasadena, CA  91110-0273

**SERVICE LIST FOR ENTERED ORDER**

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| Clarkson, Gore & Marsella<br>3424 Carson Street, Suite 350<br>Torrance CA  90503<br><br>Robert Opera, Esq.<br>Winthrop Couchot, P.C.<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA  92660<br><br>United States Trustee<br>Attn.: Frank Cadigan<br>Terry Biers<br>411 West Fourth Street, Suite 9041<br>Santa Ana, CA 92701-4593 | MTI Technology Corporation<br>Attn.: Thomas P. Raimondi, Jr<br>15641 Red Hill Ave., Suite 200<br>Tustin, CA  92780<br><br>William F. Govier<br>Bingham, McCutchen, LLP<br>335 S, Grand Ave.<br>Los Angeles, CA  90071<br><br>Vedetta Hughes<br>RMS<br>c/o GE Capital Corporation<br>P.O. Box 3099<br>Naperville, IL  90566<br><br>GE Capital<br>P.O. Box 31001-02773<br>Pasadena, CA  91110-0273 |

Order

5