# EXHIBIT "A"

## AMENDED AND RESTATED CLIENT TRANSITION AGREEMENT

This Amended and Restated Client Transition Agreement (this "Agreement") is made and entered into on and as of February ___, 2008, by and among MTI Technology Corporation ("MTI") and The Collective Group, LLC ("Collective").

### RECITALS:

WHEREAS, MTI and Collective previously entered into the Client Transition Agreement (the "Original CTA"), pursuant to which, among other things, MTI granted a license to Collective to use certain of the physical assets and intellectual property previously used by the defunct professional services division of MTI, labeled by MTI as "the Collective Division of MTI," and which are those assets acquired by MTI from Collective Technologies, LLC (the "Professional Services Division" and "Licensed Assets," respectively) to enable Collective to provide services to certain former clients of MTI's Professional Services Division who entered into new contracts with Collective to provide the services that MTI was unable to provide to them under MTI's contracts with such clients due to the closure of the Professional Services Division;

WHEREAS, on October 15, 2007, MTI filed a petition with the United States Bankruptcy Court for the Central District of California (Santa Ana Division) (the "Court") and commenced a proceeding under Chapter 11 of the United States Bankruptcy Code (the "Proceeding") for relief from its creditors;

WHEREAS, as contemplated by the Original CTA, MTI has filed a motion in the Proceeding to assume the Original CTA (the "Original Motion") with the Court pursuant to 11 U.S.C. § 365(a);

WHEREAS, the Original CTA further contemplates that Collective would make an offer to purchase the Licensed Assets (other than the lease on MTI's Austin, Texas facility which has been rejected by MTI) (the "Purchased Assets") from MTI and that MTI thereafter would file a motion for approval of such offer and the resulting sale with the Court pursuant to 11 U.S.C. §§ 363(b)(1) and 365(a);

WHEREAS, based upon further discussions with each other and subject to and on the terms and conditions set forth herein, MTI and Collective desire to enter into this Agreement to, among other things, modify certain terms and conditions of and otherwise replace the Original CTA and to provide for the purchase of the Purchased Assets by Collective from MTI.

Now, THEREFORE, in consideration of the premises and the following mutual promises, MTI and Collective agree as follows:

### AGREEMENTS:

1.    **Bankruptcy Court Matters.**  Not later than the close of business on February ___, 2008, MTI shall file with the Court, pursuant to 11 U.S.C. § 363(b)(1) and 365(a), a motion in form and substance reasonably satisfactory to Collective to assume this Agreement and approve the sale of the Purchased Assets to Collective hereunder (the "Replacement Motion"). MTI shall use its reasonable best efforts to set the Replacement Motion for hearing on _____

1

2008 or as soon thereafter as possible and to obtain the entry of any order in form and substance reasonably satisfactory to Collective approving such assumption and sale (the "**Order**"). If the Order is not entered by the Court prior to the close of business on April 15, 2008, this Agreement shall be deemed to be null and void from its inception.

2.    **Purchase and Sale of Assets.**

(a)    **Conveyances.**  Subject to Section 2(c), at the Closing (as hereinafter defined), MTI agrees to sell, convey, assign, transfer and deliver to Collective, its successors and assigns, and Collective agrees to purchase and acquire from MTI, all of MTI's right, title and interest in, to and under the Purchased Assets, free and clear of all liens, encumbrances and other adverse claims.  For avoidance of doubt, MTI and Collective acknowledge and agree that (i) Schedule 1 hereto contains an accurate description of the Purchased Assets, and (ii) notwithstanding anything else contained herein or in Schedule 1 hereto, the Purchased Assets expressly exclude all assets previously owned by MTI or its former subsidiaries that were sold or transferred in conjunction with the sale to Copper Holdings Europe Cooperative U.A., approved by the Court's order entered on December 17, 2007.

(b)    **Closing.**  The consummation of the purchase and sale of the Purchased Assets contemplated hereby (the "**Closing**") shall be subject to and conditioned upon the entry of the Order, and shall take place on the second business day following Collective's receipt from MTI of a certified copy of the Order.  At the Closing, MTI shall deliver to Collective (i) a duly-executed bill of sale in the form attached hereto as **Exhibit A** and (ii) possession of the Purchased Assets in tangible form and electronic transmission of the Purchased Assets embodied in an electronic format, and Collective shall pay the initial installment required under Section 3(a) to MTI by wire transfer in immediately available funds.

(c)    **Further Assurances.**  MTI's conveyance of the Purchased Assets hereunder is intended to be effective to vest in Collective good and transferable title to the Purchased Assets free and clear of all liens, encumbrances or other adverse claims.  From time to time after the Closing, at Collective's request, MTI, at its sole expense, shall execute and deliver such further instruments of conveyance or transfer and take such other actions as Collective may reasonably require in order to more effectively convey and transfer to Collective, or to evidence the conveyance and transfer to Collective of, any of the Purchase Assets sold hereunder.

3.  .  **Consideration to MTI.**

(a)    **Purchase Price.**  Contingent upon the entry of the Order and the delivery of the Purchased Assets and a bill of sale therefor to Collective as provided in Section 2(b), Collective shall pay to MTI a purchase price for the Purchased Assets consisting of a fixed component (the "**Fixed Purchase Price Consideration**") and a contingent component (the "**Contingent Purchase Price Consideration**").  The Fixed Purchase Price Consideration shall be an amount equal to $125,000, shall be subject to offset for amounts paid under Section 2 of the Original CTA, and shall be paid, without interest, as follows:  (a) one-third of the remaining amount owed, which is determined by subtracting the amounts theretofore paid under Section 2 of the Original CTA from $125,000, shall be due and payable at the Closing, and (b) the remaining amount shall  due and payable on the 60th day after the Closing (or if such day is not a business day, on the next succeeding business day).  The Contingent Purchase Price Consideration shall be an amount equal

2

to 20% of the revenues actually collected by Collective for services performed by Collective during the 12-month period beginning on the date of the Closing (the "**Contingency Period**") for those former clients of MTI listed on **Schedule 2** attached hereto (the "**Covered Collections**"). The Contingent Purchase Price Consideration shall be due and payable monthly on or prior to the last day of each calendar month with respect to Covered Collections collected in the prior calendar month. Each payment thereof shall be accompanied by a written report detailing the Covered Collections collected during the prior calendar month, including the name of each client from whom Covered Collections were received and the amount of Covered Collections received from such client.

(b) **A/R Collection Efforts.** Commencing upon execution of this Agreement, Collective shall use commercially reasonable efforts to assist MTI in the collection of any remaining unpaid accounts receivable arising from the performance of services by its Professional Services Division (the "**Accounts**") until either the Accounts have been collected in full or Collective and MTI mutually determine in their reasonable discretion that no further amounts are collectible thereunder. Such efforts by Collective shall not include bringing suit for collection or otherwise incurring any material costs in connection therewith. Collective shall instruct the account debtors on such accounts receivable to make direct payments thereon to MTI, and shall turn over any such payments received by it to MTI within two business days after its receipt thereof. In addition, Collective shall provide MTI with a monthly written report with respect to the status of the Accounts within 15 days after the end of each calendar month after the Closing until either the Accounts are collected in full or Collective and MTI mutually determine in their reasonable discretion that no further amounts are collectible under the Accounts.

(c) **Collective Representation.** Collective represents and warrants to MTI that it has paid MTI the total amount due and payable by Collective to MTI as of the date hereof under Section 2 of the Original CTA.

(d) **Inspection Rights.** Collective shall maintain true and correct business records pertaining to its collection of the Covered Collections and the Accounts. Upon reasonable written notice from MTI and during ordinary business hours, Collective shall permit an accountant selected by MTI to have access to such records as may be reasonably necessary to audit Collective's compliance with this Section 3, including, without limitation, the correctness of any report or payment delivered or made under this Section. The foregoing right of access shall cease 90 days after the end of the Contingency Period.

4. **Restrictive Covenants.** If and to the extent that any covenant-not-to-compete, customer or employee non-solicitation agreement or confidentiality obligation contained in the employment or other similar agreement of any former employee or consultant retained by MTI in connection with its Professional Services Division remains in effect, MTI hereby irrevocably and permanently releases such former employee or consultant from all such covenants, agreements and obligations effective as of the effective date of the termination of his, her or its employment or engagement with MTI. Due to the closure of its Professional Services Division, the filing of its Chapter 11 petition, and the sale of the Purchased Assets pursuant to this Agreement, it is not in MTI's business interest to support the enforcement of any such covenants, agreements and obligations. All former employees and consultants of MTI's Professional Services Division are intended to, and shall, be third party beneficiaries of the releases made by MTI in this Section 4.

3

5.    **No Assumption of Liabilities.**  Collective is not assuming, and shall not be deemed to have assumed, any liabilities, obligations or duties of MTI of any kind or character, including, without limitation, any liabilities, obligations or duties of MTI under any client or other contracts or agreement, any liabilities, obligations or duties to employees or consultants or any liabilities, obligations or duties relating to or arising under the lease agreement for MTI's Austin, Texas facilities..

6.    **Miscellaneous Provisions.**

(a)    **Parties in Interest.**  All terms and provisions of this Agreement shall be binding upon and inure to the benefit of and be enforceable by the respective heirs, legal representatives, successors and assigns of MTI and Collective.

(b)    **Law to Govern.**  This shall be construed and enforced in accordance with the laws of the State of California, without reference to rules of conflicts of law.

(c)    **Headings.**  The headings of this Agreement are for the convenience of the parties only and shall not be deemed to affect the meaning of the provisions hereof.

(d)    **Severability.**  The invalidity or unenforceability of any provision herein shall in no way affect the enforceability of any remaining provision of this Agreement, and all remaining provisions shall remain in full force and effect as if this Agreement has been executed with the invalid portion thereof eliminated.

(e)    **Costs.**  Collective on the one hand and MTI on the other hand each shall bear the fees and expenses of the attorneys, accountants and other advisors selected by each of them, respectively, and all other costs incurred by each of them in connection with the transactions contemplated by this Agreement.

(f)    **Attorney's Fees.**  In any action brought to enforce or interpret the provisions of this Agreement, the prevailing party shall be entitled to reasonable attorney's fees and court costs in addition to any other relief which may be awarded.

(g)    **Notices.**  All notices, consents, requests, demands and other communications required or permitted under this Agreement shall be in writing and shall be deemed to have been duly given, made and received (i) when delivered personally or by telecopy, (ii) one day following the day when deposited with a reputable, established overnight courier service for delivery to the intended addressee, or (iii) three days following the day when deposited with the United States Postal Service as first class, registered or certified mail, postage prepaid and addressed as set forth below:

4

If to Collective:

      The Collective Group, LLC
      9443 Bee Caves Road, Building 3, Suite 200
      Austin, Texas 78746
      Attention: Edward C. Ateyeh, Jr.
      Telephone No.: 512-263-5500
      Facsimile No.: 512-532-6058

If to MTI:

      MTI Technology Corporation
      15641 Red Hill, Suite 200
      Tustin, CA 92780
      Attention: Chief Executive Officer
      Telephone No.: (949) 251-1101
      Facsimile No.: (949) 885-7382

Any party may alter its notice address by notifying the other party of such change of address in conformity with the provisions of this Section 7(g).

(h)     **No Other Agreements.**   This Agreement constitutes the sole understanding and agreement of the parties with respect to the subject matter hereof, and supersedes and replaces any prior or contemporaneous written or oral understandings and agreements of the parties with respect to such subject matter, including, without limitation, the Original CTA, which shall have no further force of effect.

(i)     **Amendments and Waivers.**   This Agreement may not be amended, supplemented or modified except by an agreement in writing signed by each of the parties.

(j)     **Counterparts: Facsimile Delivery.**   This Agreement may be executed in counterparts, each of which shall constitute an original, but both of which together shall constitute one and the same instrument. Delivery of this Agreement by facsimile transmission shall be effective against the parties.

*[Signature Page Follows]*

5

IN WITNESS WHEREOF, the parties have executed this Agreement as of the date first above written.

MTI:

MTI TECHNOLOGY CORPORATION

By: _____, CFO
　　[Name, Title]

COLLECTIVE:

THE COLLECTIVE GROUP, LLC

By: _____,
Edward C. Ateyeh, Jr., Sole Member

6

## SCHEDULE 1

### LIST OF PURCHASED ASSETS

1.  All assets in connection with the Professional Services Division, as defined in the Recitals to this Agreement, including without limitation, (A) all computers, furniture, fixtures, phones and other equipment listed on Schedule 1-A attached hereto and (b) all software, confidential information, trade secrets, URL's, websites, data bases, including, without limitation, the Collective Intellect data base, and other intellectual property covered thereby which were used by MTI in the operation its Professional Services Division.

2.  All trade names, trademarks, services marks and logos used in connection with MTI's U.S. services business, including, without limitation, all rights to the name "Collective" and any derivatives thereof and those listed on Schedule 1-B attached hereto. For the avoidance of doubt, no trade names, trademarks, services marks or logos using the name of MTI or any derivation thereof are included in the assets to be purchased.

3.  For the avoidance of any doubt, the following assets are not included in the assets to be purchased:

ERP licenses (i.e., Sage/CS3) with Ciber UK Limited

Phone home 1, 2 & 3 software versions (MTI Bespoke)

Tesseract software (Tesseract Inc for US version – support and maintenance of software)

Break fix and customer (software & hardware) contract maintenance database (back-end MS SQL database for Tesseract includes the IP)

Microsoft e-mail system used to run the Professional Services Division and MTI (Back End; MS Exchange 2003, Windows 2003, Mail Marshal, Symantec Enterprise Vault, Blackberry Enterprise Server, McAfee GroupSheild, McAfee VirusScan)(Front end; MS Outlook [MS Office Professional 2003], Windows XP, McAfee VirusScan)

MTI Technology Website (MS Windows Server 2003, Sharepoint Portal Server, Dreamweaver, bespoke MTI).

CRM database – Ascent v1.2 & v2 – Ciber UK Limited

All of the software and systems stated above are excluded from the Sale except those novated software packages brought to MTI with the Pencom/Collective acquisition July 2006.

| Location | Asset Tag | Model | Processor | Memory | Video | Hard Drive |
|---|---|---|---|---|---|---|
| Anaheim | 22220 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 1510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28887 MB |
| Anaheim | 22225 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28887 MB |
| Anaheim | 22298 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28887 MB |
| Anaheim | 22249 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28887 MB |
| Anaheim | 22250 | Dell Inspiron 1500 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 140002 MB |
| Anaheim | 22270 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 9577 MB |
| Anaheim | 22288 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28807 MB |
| Anaheim | 22292 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28867 MB |
| Anaheim | 22299 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28807 MB |
| Anaheim | 22414 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 510 MB (DDR SDRAM) | Intel(R) 82845G/GL/GE/PE/GV Graphic Controller (64 MB) | 28807 MB |
| Anaheim | 11SD207 | Dell Inspiron 1100 | Intel Celeron 4/2.2000 MHz | 2043 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 11SD14 | Dell Latitude D600 | Mobile Unknown 1400 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 140SD84 | Dell Latitude D600 | Mobile Unknown 1200 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 1212D681 | Dell Latitude D600 | Mobile Unknown 1398 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 22512 | Dell Latitude D600 | Nobuta Intel Pentium M 1745 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 22318 | Dell Latitude D600 | Mobile Intel Pentium M 600 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38115 MB |
| Anaheim | 22219 | Dell Latitude D600 | Mobile Intel Pentium M 1420 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 57231 MB |
| Anaheim | 22220 | Dell Latitude D600 | Mobile Intel Pentium M 650 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38155 MB |
| Anaheim | 22221 | Dell Latitude D600 | Mobile Intel Pentium M 1100 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 28615 MB |
| Anaheim | 22222 | Dell Latitude D600 | Mobile Intel Pentium M 1400 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 28615 MB |
| Anaheim | 22224 | Dell Latitude D600 | Mobile Intel Pentium M 1439 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 22230 | Dell Latitude D600 | Mobile Intel Pentium M 1295 MHz | 1520 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 22240 | Dell Latitude D600 | Mobile Intel Pentium M 1100 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38164 MB |
| Anaheim | 22245 | Dell Latitude D600 | Mobile Intel Pentium M 1531 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38155 MB |
| Anaheim | 22255 | Dell Latitude D600 | Mobile Intel Pentium M 1100 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38155 MB |
| Anaheim | 22280 | Dell Latitude D600 | Mobile Intel Pentium M 1100 MHz | 1152 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38154 MB |
| Anaheim | 22281 | Dell Latitude D600 | Mobile Intel Pentium M 1600 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 11599 MB |
| Anaheim | 22282 | Dell Latitude D600 | Mobile Intel Pentium M 1400 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38057 MB |
| Anaheim | 22283 | Dell Latitude D600 | Mobile Intel Pentium M 1538 MHz | 768 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38059 MB |
| Anaheim | 22285 | Dell Latitude D600 | Mobile Intel Pentium M 1421 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38069 MB |
| Anaheim | 22286 | Dell Latitude D600 | Mobile Intel Pentium M 1724 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38085 MB |
| Anaheim | 22350 | Dell Latitude D600 | Mobile Intel Pentium M 1300 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38164 MB |
| Anaheim | 22391 | Dell Latitude D600 | Mobile Intel Pentium M 1100 MHz | 2048 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38085 MB |
| Anaheim | 22392 | Dell Latitude D600 | Mobile Intel Pentium M 1400 MHz | 2048 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 57235 MB |
| Anaheim | 22389 | Dell Latitude D600 | Mobile Intel Pentium M 1430 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 38515 MB |
| Anaheim | 22390 | Dell Latitude D600 | Mobile Intel Pentium M 1538 MHz | 1024 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 28560 MB |
| Anaheim | FD4T105H | Dell Latitude D600 | Mobile Intel Pentium M 1733 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 22576 MB |
| Anaheim | 22411 | Dell Latitude D610 | Mobile Unknown 1445 MHz | 512 MB (DDR SDRAM) | MOBILITY RADEON 9000 (32 MB) | 60083 MB |
| Anaheim | 22412 | Dell Latitude D610 | Mobile Unknown 1200 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 60083 MB |
| Anaheim | 22413 | Dell Latitude D610 | Mobile Unknown 1593 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 57190 MB |
| Anaheim | 22315 | Dell Latitude D610 | Mobile Unknown 1595 MHz | 304 MB | ATI MOBILITY RADEON X300 (64 MB) | 38075 MB |
| Anaheim | 22426 | Dell Latitude D510 | Mobile Unknown 1397 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 38073 MB |
| Anaheim | 22422 | Dell Latitude D610 | Mobile Unknown 1500 MHz | 304 MB | ATI MOBILITY RADEON X300 (64 MB) | 38075 MB |
| Anaheim | 22441 | Dell Latitude D610 | Mobile Unknown 1733 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 57229 MB |
| Anaheim | 22428 | Dell Latitude D510 | Mobile Unknown 1297 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 38075 MB |
| Anaheim | 2443 | Dell Latitude D610 | Mobile Unknown 1243 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 57235 MB |
| Anaheim | 2455 | Dell Latitude D610 | Mobile Unknown 1593 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 57145 MB |
| Anaheim | 2463 | Dell Latitude D510 | Mobile Unknown 1479 MHz | 1043 MB | ATI MOBILITY RADEON X300 (64 MB) | 57145 MB |
| Anaheim | 2464 | Dell Latitude D510 | Mobile Unknown 1560 MHz | 1043 MB | ATI MOBILITY RADEON X300 (64 MB) | 57221 MB |
| Anaheim | 22440 | Hostele Unknown | Mobile Unknown 1333 MHz | 1024 MB | ATI MOBILITY RADEON X300 (64 MB) | 57145 MB |

Schedule 1-A

| Location | Manufacturer | Model | Memory (If applicable) | Defective (If Applicable) CPU | Comment |
|---|---|---|---|---|---|
| MT Tech 2084 | | Dell Latitude D630 | Mobile Unknown 1200 MHz | 2048 MB | Queens NVS 11504 (256 MB) | 778591 MB |
| MT Tech 2083 | | | | | | |
| MT Tech 2463 | | Dell Latitude D610 | Mobile Intel Pentium M | | | |
| MT Tech 2464 | | Dell Latitude D610 | Mobile Intel Pentium M | | | |
| MT Tech 2245 | | Dell Latitude D610 | Mobile Intel Pentium M | | | |
| MT Tech 2404 | | Dell Latitude D600 | Mobile Intel Pentium M | | | |
| MT Tech 2246 | | Dell Latitude D600 | Mobile Intel Pentium M | 1018 MB | | 97224 MB |
| MT Tech 2332 | | Dell Latitude D600 | Mobile Unknown 1866 MHz | 1018 MB | Mobile Intel 915GM/GMS/910GML Express Chipset Family (123 MB) | 97224 MB |
| MT Tech 2357 | | Dell Latitude D600 | Unknown 1233 MHz | 1105 MB | Mobile Intel 915GM/GMS/910GML Express Chipset Family (123 MB) | 97224 MB |
| MT Tech 2338 | | HP NC8230 | Unknown 1896 MHz | 1105 MB | Mobile Intel 915GM/GMS/910GML Express Chipset Family (123 MB) | 38154 MB |
| MT Tech 2348 | | HP NC8230 | Mobile Intel Nc 1233 MHz | 2048 MB | healtPI 2225/2238SE GMPCIE Graphics Controller (64 MB) | 38154 MB |
| MT Tech 2347 | | Dell Latitude 2096 | Unknown 2000 MHz | 2048 MB | NVIDIA GeForce FX Go5200 (32 MB) | 28307 MB |
| 2268 | | Dell Latitude D630 | Mobile Unknown 1200 MHz | 3043 MB (DDR SDRAM) | NVIDIA Quadro NVS 11504 (256 MB) | 97221 MB |
| 2267 | | Dell Latitude D630 | Mobile Unknown 1200 MHz | 3043 MB (DDR SDRAM) | NVIDIA Quadro NVS 11504 (256 MB) | 155154 MB |
| 2266 | | Dell Latitude D630 | Mobile Unknown 3233 MHz | 2048 MB | Queens NVS 11504 (256 MB) | 155153 MB |
| 2265 | | Mobile Unknown 1833 MHz | Mobile Unknown 1833 MHz | 2048 MB | Queens NVS 11504 (256 MB) | 155152 MB |
| 2377 | | Dell Latitude D630 | Mobile Unknown 1200 MHz | 2048 MB | Queens NVS 11504 (256 MB) | 155152 MB |
| 2376 | | Dell Latitude D620 | Mobile Unknown 1600 MHz | 1018 MB | Intel Inter915GM/GMS/910GML Express Chipset Family (123 MB) | 380114 MB |
| 2375 | | Dell Latitude D610 | Mobile Unknown 1333 MHz | 1018 MB | Mobile Intel 915GM/GMS/910GML Express Chipset Family (123 MB) | 157460 MB |

## Other IT

| Location | Manufacturer | Model | Memory (if applicable) | Defective (if Applicable) CPU | Comment |
|---|---|---|---|---|---|
| Admin | 3com | 24-port 10/100 switch | | | |
| Admin | 3com | Layer3 KVM | | | |
| Artdsi | Addek | 4-port KVM | | | |
| Artdsi | Addek | 5 port Gigabit switch | | | |
| Artdsi | Addek | 5 port Gigabit switch | | | |
| Artdsi | Addek | 8 port Gigabit switch | | | |
| Artdsi | Addek | Boot remote switch | | | |
| Artdsi | Addek | PCI capture adapter | | | |
| Artdsi | Addek | PCI capture adapter | | | |
| Artdsi | Addek | Remote console server multiplexer | | | |
| Asst | Axel | 16-port KVM | | | |
| Asst | Axel | Laptop hard drives | | | |
| Asst | Axel | Patch Panels | 88GB | | |
| Cisco | | Power strips | 7200 | | |
| Cisco | Cisco | Catalyst 2924 | | | |
| Cisco | Cisco | Catalyst 2924 | | | |
| Cisco | Cisco | Catalyst 2924 | | | |
| Cisco | Cisco | Catalyst 2924 | | | |
| Cisco | | Crossover cables | | | |
| Christian | | Toolchest and secured tools | | | 112-port 10/100 base, 24-48 port 10/base blades |
| Dell | | HP monitor | | | |
| Dell | | E20 WvP | | | Monitor |
| Dell | | E20 WvP | | | Monitor |
| Dell | | E20 WvP | | | Monitor |
| Dell | | GX100 | 64Gb PC-100 | 1xGb, 1.20Gb | Monitor |
| Dell | | GX100 | 256Gb PC-100 | 1xGb | Monitor |
| Dell | | GX110 | 256Gb PC-100 | 256Gb | 1x P3-600MHz |
| Dell | | GX110 | 128Mb PC-100 | 10xGb | 1x P3-500MHz |
| Dell | | GX240 | 1Gb | 10xGb | 1x P4-2.4GHz |

| | Mfr | Model | Memory | Drive | CPU | Notes |
|---|---|---|---|---|---|---|
| Austin | NetEx | Roxio | | | | |
| Austin | InForm | LCD ProLinx | | 320b | | 1x 2.4Ghz |
| Austin | LCD | LCD ProLinx | | | | |
| Austin | LnMon | | | | | |
| Austin | HP monitor | HP monochrome | | | | ETm offce |
| Austin | Scand Gfx | Sound Gfx | | | | |
| Austin | Pinnacle | Pinnacle | 1.5Gb PC-100 | 1x8Gb | 1x P3 200Mhz | Intel Pg 2400MHz |
| Austin | Label maker | Label maker | | | | |
| Austin | Label maker | Label maker | | | | |
| Austin | ADC | Case | 128mb PC-100 | 1x4Gb | 1x P3 233Mhz | 1x P3 233Mhz |
| Austin | IBM | PC50 | 256Gb PC-100 | 2x80Gb | 1x P3-1Ghz | 1x P3-1Ghz |
| Austin | IBM | PC50 | 256Gb PC-100 | 2x80Gb | 1x P3-1Ghz | 1x P3-1Ghz |
| Austin | IBM | X360 | | 1x80Gb | 1x P3-1Ghz | 1x P3-1Ghz |
| Austin | IBM | X360 | | 2x36Gb | 1x P3-1Ghz | 1x P3-1Ghz |
| Austin | HP | 9000W | | 1x4Gb | 1x P3-1Ghz | 1x P3 200Mhz |
| Austin | HP | Vectra | 1.22mb PC-100 | 1x4Gb | 1x P3-200Mhz | 1x P3 200Mhz |
| Austin | HP | ProBant DL140 | 1Gb | 2x80Gb SCSA | 2x Xeon 2.8Ghz | 2x Xeon 2.8Ghz |
| Austin | HP | ProLiant DL140 | 1Gb | 2x80Gb SATA | | |
| Austin | HP | Customline | | | | |
| Austin | HP | DL140 Blade drive | | | | |
| Austin | HP | DL140 | | | | |
| Austin | HP | E650 master | | | | |
| Austin | HP | 4100T | | | | |
| Austin | HP | 4050N | | | | |
| Austin | HP | 4050N | | | | |
| Austin | HP | 210XX | | | | |
| Austin | HP | 210XN | | | | |
| Austin | HP | 201SN | | | | |
| Austin | HP | E1000 | | | | |
| Austin | Genetic | SCSI edk enclosure | | | | |
| Austin | Genetic | DS3200 Exp switch | 256mb PC-100 | | | 1x P4 300mhz | Pinnacle mushroom |
| Austin | IBM | PP100 | | 1x4Gb | | 1x P4 300mhz |
| Austin | D link | D link | | | | |
| Austin | Dlink | Coolbast DVB aid | 120kb PC-100 | | | 1x P4 300mhz |
| Austin | Dlink | Median Access Point | | | | |
| Austin | Dell | Printer | | | | |
| Austin | Dell | Printer | | | | |
| Austin | Dell | PowerVault 200S | 1.75Gb | | | |
| Austin | Dell | PowerEdge 2850 | 4Gb | 6x73Gb | 2x Xeon 2.4Ghz | |
| Austin | Dell | PowerEdge 2850 | 4Gb | 4x73Gb | 2x Xeon 2.4Ghz | |
| Austin | Dell | PowerEdge 2850 | 2.5Gb | 4x73Gb | 2x Xeon 2.4Ghz | |
| Austin | Dell | PowerEdge 2850 | 4Gb | 4x73Gb | 2x Xeon 2.4Ghz | |
| Austin | Dell | PowerEdge 2850 | 4Gb | 4x73Gb | 2x Xeon 2.4Ghz | |
| Austin | Del | PowerEdge 1850 | 2Gb | 2x36Gb | 1x Xeon 2.8Ghz | |
| Austin | Del | PowerEdge 1850 | 2Gb | 2x36Gb | 1x Xeon 2.8Ghz | |
| Austin | Del | PowerEdge 1850 | 2Gb | 2x36Gb | 1x Xeon 2.8Ghz | Connected to Dell Powervault, external USB drive |
| Austin | Del | PowerEdge 1850 | 2Gb | 2x36Gb | 1x Xeon 2.8Ghz | |
| Austin | Del | PowerEdge 1750 | 4Gb | 2x36Gb | 1x Xeon 2.4Ghz | |
| Austin | Del | PowerEdge 1750 | 512Gb | | 1x Xeon 2.4Ghz | |
| Austin | Del | PowerEdge 1750 | 512Gb | | 1x Xeon 2.4Ghz | |
| Austin | Del | PowerEdge 1750 | 670Gb | 1x36Gb | 1x Xeon 2.4Ghz | |
| Austin | Del | PowerEdge 1400 | 395Gb | 1x9Gb | 1x P3-400Mhz | 1x P3-400Mhz |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | OptiPlex GX270 | 1022 MB | 39157 MB | Intel P4 2400MHz | |
| Austin | Del | LCD ProLinx | | | | |
| Austin | Del | GX280 | 2Gb | 250Gb SATA | 1x P4 2.8Ghz | |

| Brand | Type / Description | Spec | Size | Speed | Notes |
|---|---|---|---|---|---|
| Network Appliance | BT50 | | | | |
| NetApp | | | | | Director 3 enclosure |
| Penta Data | DVD burner | | | | |
| Penta Data | DVD burner | | | | |
| Apple | DVD burner | | | | External |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | | Internal |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | | 1st disk click like 2 pens |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | | Enclosure only, no disk |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 220S | 1.4Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 220S | 1.4Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 120S | 2.5Ghz PC-100 | | 1st P3-900MHz | |
| Apple | Personal Computing Radion 120S | 1.2Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 100E | 2.5Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 220S | 1.4Ghz PC-100 | | 1st P3-700MHz | |
| Apple | Personal Computing Radion 220S | HD PC-100 | | 1st P3-900MHz | |
| Apple | Personal Computing Radion 220S | 2.5Ghz PC-100 | | 1st P3-900MHz | |
| Apple | Pharmacia | | | | |
| Apple | Pharmacia | | | | |
| Apple | Star Phone | | | | |
| Apple | HM500 Tape Library | | | | |
| Apple | Rack | 19" 9sets | | | |
| Apple | Rack | 17U reboot | | | |
| Apple | Rack | 17U reboot | | | |
| Apple | Rack | 17U reboot | | | |
| Apple | Shelf | 11U rods | | | |
| Apple | Shelf | 1T9 rods | | | |
| Apple | Shelf | POS500 | | | |
| Apple | Shelf | POS500 | | | |
| Apple | Shelf | Mobile 4-shelf wire shelf | | | |
| Apple | Sony | LCD Projector | | | |
| Apple | Sony | LCD Projector | | | |
| Apple | Sun | UltraEnterprise 1 | 512Gb | 2x 210Gb, 2x4GB | |
| Apple | Sun | UltraEnterprise 1 | 512Gb | 2x 141GB, 4x43Gb | |
| Apple | Switch | 15 port 10/100 | | SPARC IIi ~ 167MHz | |
| Apple | Toshiba Rack | | | SPARC IIi ~ 167MHz | |
| Apple | Toshiba PC | Widebook | 512Gb PC-200 | 1x P4 400MHz | Elly 9 |
| Apple | Toshiba PC | 1x Cadinet DX23x Phoenix | 512Gb PC-200 | 1x P4 300MHz | |
| Apple | Toshiba PC | NA | N/A | N/A | SD DKT2010 handsets |
| Apple | Toshiba | X86 headset tempo | 512Gb | 1x P4 300MHz | 2x P4 machine |
| Apple | Toshiba | X86 headset tempo | | | Flat machine |
| Apple | Toshiba | SoundBlaster | 1Gb | | |
| Apple | Monitor | | 2x 250Gb | 1x P3-1220Mhz | |
| Apple | Monitor | MA40 Scanner | GSV-68K | 1x P3-1133Mhz | |
| Apple | Wheelock | | | | |
| Apple | Memory | SATA Defective | 128Gb PC-100 | | |
| Apple | Memory | SATA Defective | 80Gb | | |
| Apple | Storage | IDE Defective | 80Gb | | |
| Apple | Storage | IDE Defective | 80Gb | | |
| Apple | Spares | | 250GB | | |
| Apple | Spares | | 250GB | | |

In addition to the above listed hardware there are several hard drives, parts (including cables and other assorted computer related parts. There are several old computer builds that have been placed aside as inventory used for spare parts.

IT Equipment

## Laptops

| Asset Tag | Manufacturer | Processor | Memory (if applicable) | Make | Hard Drive | Comment |
|---|---|---|---|---|---|---|
| 2695 | Dell | Dell Computer Corporation Latitude D500 | Intel Mobile Pentium M 1174.8 MHz | 512 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 60153 MB |
| 2696 | Dell | Dell Computer Corporation Latitude D500 | Intel Mobile Pentium M 1795.8 MHz | 512 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 60151.4 MB |
| 2697 | Dell | Dell Computer Corporation Latitude D500 | Intel Mobile Pentium M 1593.9 MHz | 1024 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 60152 MB |
| 2698 | Dell | Dell Computer Corporation Latitude D500 | Intel Mobile Pentium M 1593 MHz | 512 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 60169 MB |
| 2699 | Dell | Dell Computer Corporation Latitude D500 | Mobile Intel Pentium M 1595 MHz | 512 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 60150 MB |
| 2700 | Dell | Dell Computer Corporation Latitude D500 | Mobile Intel Pentium M 1595 MHz | 1024 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 60154 MB |
| 2701 | Dell | Dell Computer Corporation Latitude D500 | Intel Pentium M 1500 MHz | 1024 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 55850 MB |
| 2702 | Dell | Dell Computer Corporation Latitude D500 | Intel Unknown 1500 MHz | 1024 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 55850 MB |
| 2703 | Dell | Dell Computer Corporation Latitude D500 | Mobile Intel Pentium III 1100 MHz | 512 MB | DDR SDRAM | MOBILITY RADEON 7500 (32 MB) | 38154 MB |
| 2704 | Dell | Dell Computer Corporation Latitude D500 | Mobile Intel Pentium III 1100 MHz | 512 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 28654 MB |
| 2705 | Dell | Dell Computer Corporation Latitude D500 | Mobile Intel Pentium III 1376 MHz | 1024 MB | DDR SDRAM | MOBILITY RADEON 9000 (32 MB) | 28659 MB |
| 2706 | | | | | | |
| 2707 | | | | | | |
| 2708 | | | | | | |
| 2709 | | Mobile Intel Pentium III 1376 MHz | 2048 MB | DDR SDRAM | NVIDIA GeForce4 420 Go (DDR NB(×8) (32 KB) | 57231 MB |

## Other IT

| Brand | Manufacturer | Model | Memory (if applicable) | Make (if applicable) | Comment |
|---|---|---|---|---|---|
| Gateway | | G6-200 | 128 MB | 32 MB | |
| Gateway | | GX1 | 128 MB | 32 MB | |
| Gateway | | GX110 | 128 MB | 8 GB | |
| Gateway | | GP7-500 | 64 MB | 4 GB | CPU |
| HP | | E-PC | 64 MB | 4 GB | P III 500 MHz |
| HP | | Vectra | 64 MB | 4 GB | Celeron 500 MHz |
| Toshiba | | Desktop | 64 MB | 4 GB | P III 500 MHz |
| Dell | | Dell | 256 MB | 4 GB | Celeron 300 MHz |
| Dell | | PowerEdge 1500 | 256 MB | | P III 850 MHz |
| Dell | | PowerVault 1300 | 256 MB | 32 GB SCSI | P III 800 MHz |
| Sun | | PowerVault 1300 | 256 MB | 32 GB SCSI | P III 800 MHz |
| | | H300 Disk Array | | 4×36, 4×18GB SCSI | |
| Sun | | Sun | 8 MB | | |
| | | 2550 IDS SX | | | |
| Acer | | 2500 IDS SX | 8 MB | | |
| Acer | | 2500 IDS SX | 8 MB | | |
| Acer | | 2500 IDS SX | 8 MB | | |
| | | 2500 IDS SX | 8 MB | | |
| | | 2500 IDS SX | 8 MB | | |
| | | SonicWall Switch (performance issues under load) | | | |
| | | K800 IDS 16LX | 512 MB | | |
| | | Rackmount 10 | | | |
| | | Rackmount 10 (Library) (drive/medium) | | | |
| | | Intercores | | | |
| Siemens | | Schreiner | | | |
| | | PC Speaker (Unpowered) | | | |
| | | PC Speaker (Powered) | | | |
| | | PC Speaker (Unpowered) | | | |
| | | PC Speaker (Powered) | | | |
| | | DK120/100 Phone Handset (x2) | | | |
| | | Elmo 100 | 256 MB | 1 GB | |
| | | Elmo 110 | 256 MB | 1 GB | |
| Sun | | Sun | 256 MB | 1 GB | |
| | | 18×4K | | | |
| | | 9580h | 256 MB | 4 GB | |
| Acer | | PCI SCSI Controller | | | |
| Acer | | PCI SCSI Controller | | | |
| Adaptec | | PCI SCSI Controller | | | |
| Adaptec | | PCI SCSI Controller | | | |
| Hewlett | | PCI SCSI RAID Controller | | | Special 80MHz |
| Hewlett | | PCI SCSI RAID Controller | | | Special 80MHz |
| Hewlett | | PCI SCSI RAID Controller | | | |
| Hewlett | | External SCSI Disk Enclosure | | 4×9GB SCSI | |
| Sun | | External SCSI Disk Enclosure | | 4×9GB SCSI | |
| Sun | | External SCSI Disk Enclosure | | 4×9GB SCSI | |
| Sun | | External SCSI Disk Enclosure | | 4×9GB SCSI | Special |
| Sun | | 256 MB SO-DIMM (Quantity: 20) | | | Special |
| | | Ultra 1E | 11 GB | | Special |
| Sun | | Ultra 1E | 512 MB | | Special |
| | | Ultra 2 | 512 MB | 2×4GB SCSI | Special |
| | | Ultra 3 | 512 MB | 2×4GB SCSI | Special |
| | | SCSI Disk enclosure (Red/10×drives) | | 4×9GB SCSI | Special |

| Description | Quantity |
|---|---|
| 6x8 Cube with shelf and desk built-in | 8 |
| Mini 3 drawer side cabinet | 15 |
| Desk with return | 8 |
| 4' 3 shelf book case | 6 |
| 6' office table | 3 |
| 5' 4 shelf book case | 1 |
| Wooden round guest table | 1 |
| Primary Office Chair | 18 |
| Standard Visitor Chair | 17 |
| White Board | 8 |
| Printer Stand | 1 |
| DCS Misc Tool Kit | 5 |
| 2 Drawer side file | 7 |
| 4 Drawer side file | 5 |
| Adding Machine | 4 |
| Steelcase tables | 2 |
| Wooden 4 shelf bookcase | 1 |
| Executive Cushioned visitor chairs | 2 |
| Marble side table | 1 |
| Executive visitor chairs | 1 |
| Leather executive office chairs | 7 |
| Large wooden Credensa with shelf | 3 |
| Leather boardroom chair | 2 |
| Marble Boardroom table | 8 |
| Wooden side table | 1 |
| Couch | 2 |

| Description | Quantity |
|---|---|
| Executive desk with return | 1 |
| Glass top coffee table | 1 |
| Cushioned visitor entry chairs | 3 |
| Glass top side table | 1 |
| Marble and wood Receptionist desk | 1 |
| Small marquee sign | 1 |
| 9 conference room visitor chairs | 11 |
| conference room chairs | 20 |
| Wooden conference room tables | 10 |
| Refridgerator 3' | 1 |
| Refridgerator 5' ( with Freezer ) | 2 |
| Flat wheeled cart | 1 |
| Moving dollies | 2 |
| Breakroom table | 1 |
| Breakroom chairs | 3 |
| Breakroom wheeled side cabinets | 1 |
| Samsung Microwave | 2 |
| Black & Decker Toaster Oven | 1 |
| Bunn Coffee Maker | 1 |
| Wood 2 drawer side file | 1 |
| executive wood desk | 2 |
| wood credenza | 1 |
| steel round guest table | 1 |
| steel shelving | 2 |
| tall steelcase cabinet | 9 |
| Fellows Power C-14 shredder | 1 |

## SCHEDULE 1-B

### Packaged Services
1. Backup and Recovery HealthCheck
2. Exchange Healthcheck
3. Infrastructure Road Map Assessment
4. Data Center Lifecycle Management
5. Virtual Storage Resource Manager

### Domains
1. colltec.com
2. collectivetech.com
3. colltech.com
4. colltech.org

### Trademarks
1. Collective Technologies
2. Collective Intellect
3. The Power of Many Minds
4. SPECTRA Solutions

### Software License Transfer
1. Oracle Financials
2. Oracle Database
3. McAfee AntiVirus

### Internal Clink Applications

## SCHEDULE 2

## LIST OF FORMER COVERED CLIENTS

See Attached List

4 MEDICA, INC.
ADVANCED VISUAL IMAGE DESIGN
AEROSPACE CORPORATION, THE
ALPINE ELECTRONICS
ALSTOM POWER INC.
AMERICAN BANKERS ASSOCIATION
AMERICAN TOWERS INC CSA
AMVESCAP GROUP
ANDERSON, THERESA
AT&T CINGULAR WIRELESS LLC
AVR ENTERPRISES INC.
AVTEX
BRINKER INTERNATIONAL ..
CAMBER CORPORATION
CARDIOVASCULAR PROVIDER RESOURCES
CGS TECHNOLOGY ASSOCIATES
CITY OF NORTH RICHLAND HILLS
CONVEXITY CAPITAL MANAGEMENT, L.P.
CRUISE ONE / CRUISES INC.
CRYDOM, INC.
CSI LEASING, INC.
DAHILL INDUSTRIES
DDI LEASING, INC.
DELTA MANAGEMENT GROUP OF ILLINOIS
DOWD GROUP
ECFMG -EDUCATIONAL COMM. FOREIGN MEDICAL GRADS
ELSEVIER MDL
EMI MUSIC PUBLISHING
EXCIS GROUP, THE
EXSOS LLC
FEDERAL HOME LOAN BANK OF SAN FRANCISCO
FIRST ADVANTAGE
FMC CHEMICALS, INC.
FOJP SERVICE CORPORATION
FUNDTECH CORPORATION
GARRETT SAYER GROUP
GFI GROUP, INC.
GLEN RAVEN MILLS
GOOGLE INC.
GRAFTON EXECUTIVE SEARCH, LLC
GWL - GREAT WEST LIFE
HEARST SERVICE CENTER, THE
INGEGNOSO TECHOLOGIES LLC
INTEC
ISOCORP INC.
JTA LEASING CO. LLC
KAVLICO CORPORATION
KERNOW SYSTEMS INC.
KIMCO REALTY CORPORATION
KITSAP COMMUNITY FEDERAL CREDIT
LOCKHEED MARTIN
LOREAL USA - CORPORATE DIVISION
MANPOWER, INC.
MCGRAW HILL
MEDICORP HEALTH SYSTEM

METRO PCS
MICHAEL BLAIR ASSOCIATES
MID ATLANTIC CORPORATE SERVICES
MUNGER, TOLLES & OLSEN LLC
NEVEAH SYSTEMS INC.
NFS LEASING, INC.
NIKKO AMERICAS HOLDING CO
NMATRIX/EPIQ SYSTEMS INC
NOBLE INVESTMENT GROUP
NORTHROP GRUMMAN
NORTHSTAR REALTY FINANCE CORP
NYC & CO
OCCAM NETWORKS
PIONEER ELECTRONICS (USA) INC.
PIONEER STRATEGIC BUSINESS SERVICES
PRIADA INC.
PROFESSIONAL RECRUITMENT SOLUTIONS
QUANTUM PROFESSIONAL SEARCH
QUEST SOFTWARE INC.
REDBRIDGE IT
REHAB INSTITUTE OF CHICAGO
SAN DIEGO GAS & ELECTRIC CO.
SANZ
SBH
SEMPRA SERVICES
SENTINEL REAL ESTATE CORPORATION
SHOPZILLA.COM
SIMPLEX GRINNELL
SKYWORKS SOLUTIONS, INC.
SOFTWARE SPECTRUM INC.
SPRIGGS & HOLLINGSWORTH
STORAGE SALES RECRUITER
STROZ FREIDBERG, LLC
STRUCTURE NETWORKS INC.
SULLIVAN & CROMWELL LLP
SWISS RE
TECHNOLOGY STAFFING RESOURCES, INC. (TSRI)
TELLABS OPERATIONS, INC.
TEQSYS INC.
TERRA NETWORKS OPERATIONS, INC.
THOMAS REPROGRAPHICS INC
TISHMAN SPEYER
TRIPLE NET PROPERTIES
U.S. BANCORP OLIVER-ALLEN
USAEPAY
VERIZON WIRELESS
VISUAL SCIENCES INC.
WESTERN FEDERAL CREDIT UNION
WILLIAMS & CONNOLLY LLP
WMG - WASSERMAN MEDIA GROUP

## EXHIBIT A

### FORM OF BILL OF SALE

For good and valuable consideration, the receipt, adequacy and legal sufficiency of which are hereby acknowledged, MTI Technology Corporation ("MTI") hereby sells, transfers, assigns, conveys, grants and delivers to The Collective Group, LLC ("Collective") and its successors and assigns all of MTI's right, title and interest in and to all of the assets and properties listed or described on Schedule 1 hereto (the "Purchased Assets").

MTI represents that it has full power and authority to transfer, assign and convey the Purchased Assets to Collective and that the Purchased Assets are being transferred, assigned and conveyed free and clear of all liens, encumbrances and other adverse claims. EXCEPT AS SPECIFICALLY PROVIDED HEREIN, THE PURCHASED ASSETS ARE BEING TRANSFERRED, ASSIGNED AND CONVEYED "AS IS, WHERE IS," WITHOUT REPRESENTATION OR WARRANTY OF ANY KIND, EXPRESS OR IMPLIED, INCLUDING WITHOUT LIMITATION, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE.

MTI covenants and agrees to at the request of Collective, to execute and deliver further instruments of transfer and assignment and take such other action as Collective may reasonably request to more effectively transfer and assign to and vest in Collective each of the Purchased Assets, all at the sole cost and expense of MTI.

IN WITNESS WHEREOF, MTI has executed this Bill of Sale as of _____, 2008.

MTI TECHNOLOGY CORPORATION

By:_____
     [Name, Title]

Accepted:

THE COLLECTIVE GROUP, LLC

By:_____
     Edward C. Ateyeh, Jr., Sole Member