1  ROBERT E. OPERA – State Bar No. 101182
   RICHARD H. GOLUBOW - State Bar No. 160434
2  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
3  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
4
   Telephone: (949) 720-4100
5  Facsimile:   (949) 720-4111

6  Counsel for the Official Committee
   of Unsecured Creditors
7

FILED & ENTERED

MAR 27 2008

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

8               UNITED STATES BANKRUPTCY COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                    SANTA ANA DIVISION

11

12  In re:                                    Case No. 8:07-13347-ES

13  MTI TECHNOLOGY CORPORATION, a             Chapter 11 Proceeding
    Delaware corporation,
14                                            **ORDER APPROVING STIPULATION
                                              FURTHER EXTENDING TIME FOR
15              Debtor and                    OFFICIAL COMMITTEE OF
                Debtor-in-Possession.         UNSECURED CREDITORS TO OBJECT
16                                            TO SECURED CLAIM OF WELLS
                                              FARGO BANK, NATIONAL
17                                            ASSOCIATION**

18                                            [NO HEARING REQUIRED]

19

20

21

22

23

24

25

26

27

28

1  The Court having read and considered the Stipulation Further Extending Time for Official Committee of Unsecured Creditors to Object to Secured Claim of Wells Fargo Bank, National Association ("Stipulation") entered into by and between the Official Committee of Unsecured Creditors ("Committee") for the estate of MTI Technology Corporation, on the one hand, and Wells Fargo Bank, National Association ("WFB"), on the other hand, by and through their respective attorneys, and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1.  The Stipulation is approved; and

2.  The time for the Committee to assert any objection to Wells Fargo's secured claim and asserted security interests is hereby extended through and including April 2, 2008.

###

DATED: March 27, 2008

*Erithe A. Smith*
United States Bankruptcy Judge

Main Document    Page 3 of 4

**CERTIFICATE OF SERVICE**

I, Viann Corbin, declare as follows:

I am employed in the County of Orange, State of California; I am over the age of eighteen years and am not a party to this action; and my business address is 660 Newport Center Drive, Fourth Floor, Newport Beach, California 92660, in said County and State.

On March 25, 2008, I served the following document(s): **STIPULATION EXTENDING TIME FOR OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO OBJECT TO SECURED CLAIM OF WELLS FARGO BANK, NATIONAL ASSOCIATION** on each of the interested parties as follows:

| | |
|---|---|
| <u>Via First Class Mail</u><br>MTI Technology Corporation<br>Attn: Thomas P. Raimondi, Jr., Pres. & CEO<br>15641 Red Hill Avenue, Suite 200<br>Tustin, CA 92780 | **Debtor's Counsel:**<br>Clarkson, Gore & Marsella, SPLC<br>Scott C Clarkson, Esq.<br>3424 Carson St Ste 350<br>Torrance, CA 90503<br>**sclarkson@lawcgm.com** |
| **United States Trustee's Office**<br>Frank Cadigan, Esq.<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA 92701-4593<br><u>Frank.cadigan@usdoj.gov</u> | Wells Fargo Bank<br>c/op Susan Linsley Martineau<br>12151 Spruce St.<br>Denver, CO 80602<br>**smartineau@martineau-law.com** |
| John S. Cronin<br>6300 Station Mill Dr.<br>Norcross, GA 30092<br>**compnology@comcast.net** | Steven D. Saas, Esq.<br>9690 Deereco Rd.<br>Timonium, MD 21093<br>**steven.sass@rmsna.com** |
| **Committee Member:**<br>CCS Computer Configuration Services<br>Al Grasso<br>2532 White Road<br>Irvine CA 92614<br>**al@ccseservers.com** | **Business and Financial Advisors to the Committee:**<br>Richard Feferman, CIRA<br>Corporate Recovery Associates<br>3830 Valley Center Dr.<br>PMB 705-152<br>San Diego, CA 92130<br>**bankruptcy@mac.com** |

by the following means of service:

☒ **BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. Under that practice, it would be deposited with the U.S. Postal Service on that same date with postage thereon fully prepaid at Newport Beach, California in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☒ **BY ELECTRONIC MAIL**: On the date set forth above, from Newport Beach, California, I caused each such document to be transmitted electronically to the parties at the e-mail address indicated above. To the best of my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed. A return receipt was requested at the time of the transmission of each such document and I did not receive a notice of failure of receipt of each such document.

☒ I am employed in the office of Winthrop Couchot Professional Corporation. Richard H. Golubow is a member of the bar of this Court.

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 25, 2008, at Newport Beach, California.

/s/ Viann Corbin
Viann Corbin

LodgedOrder#1004#76cabd75-3c80-4e92-aba4-369328014cda

Case 8:07-bk-13347-ES    Doc 270    Filed 03/27/08    Entered 03/27/08 15:36:02    Desc
Main Document    Page 4 of 4

SERVICE LIST FOR ENTERED ORDER

| **SERVED ELECTRONICALLY** | **SERVED BY U.S. MAIL** |
|---|---|
| Winthrop Couchot PC<br>PJ Marksbury, Legal Assistant<br>660 Newport Center Drive, 4th Fl.<br>Newport Beach, CA 92660<br>**pj@winthropcouchot.com** | Via First Class Mail<br>MTI Technology Corporation<br>Attn: Thomas P. Raimondi, Jr., Pres. & CEO<br>15641 Red Hill Avenue, Suite 200<br>Tustin, CA 92780 |
| **United States Trustee's Office**<br>Frank Cadigan, Esq.<br>411 W Fourth St., Suite 9041<br>Santa Ana, CA 92701-4593<br>**Frank.cadigan@usdoj.gov** | **Committee Member:**<br>CCS Computer Configuration Services<br>Al Grasso<br>2532 White Road<br>Irvine CA 92614<br>**al@ccseservers.com** |
| **Debtor's Counsel:**<br>Clarkson, Gore & Marsella, SPLC<br>Scott C Clarkson, Esq.<br>3424 Carson St Ste 350<br>Torrance, CA 90503<br>**sclarkson@lawcgm.com** | John S. Cronin<br>6300 Station Mill Dr.<br>Norcross, GA 30092<br>**compnology@comcast.net** |
|  | Wells Fargo Bank<br>c/op Susan Linsley Martineau<br>12151 Spruce St.<br>Denver, CO 80602<br>**smartineau@martineau-law.com** |
|  | Steven D. Saas, Esq.<br>9690 Deereco Rd.<br>Timonium, MD 21093<br>**steven.sass@rmsna.com** |

-4-

LodgedOrder#1004#76cabd75-3c80-4e92-aba4-369328014cda