# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re:<br>**MTI Technology Corporation**<br><br>Debtor. | Chapter 11<br><br>Case No.: SA 07-13347-ES<br><br>**Proof of Service RE:**<br><br>1) **NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM AND PROOFS OF INTERESTS IN RE MTI TECHNOLOGY CORPORATION**<br>2) **BLANK PROOF OF CLAIM FORM** |

STATE OF CALIFORNIA,

COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16501 Ventura Boulevard, Suite 440, Encino, California 91436.

    On April 17, 2008, I served a true and correct copy of the following document(s) on the parties indicated on the attached lists by using the method indicated below:

- **Notice of Bar Date for Filing Proofs of Claim and Proofs of Interests in Re MTI Technology Corporation**

- **Blank Proof of Claim Form**

☒    **(By Mail) As follows:** I caused true and correct copies of the aforementioned document(s) to be served via first-class mail, postage pre-paid to the parties listed on the service list attached hereto as **Exhibit A**. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

///

1
2
3   ☒    **(By Federal Express)**   As follows: I caused true and correct copies of the aforementioned documents to be served by placing the documents in a sealed Federal Express envelope, affixing a pre-paid air bill, and delivering envelopes to a Fed Ex location in Los Angeles, California to the party listed on the service list attached hereto as **Exhibit B**.
4
5
6   Executed on **April 21, 2008**, at, Encino, California.
7
8                                                            _____
9                                                            Nova Lachman
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28