**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

FILED & ENTERED

MAY 22 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Debtor and Debtor<br>    in Possession. | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**ORDER ON DEBTOR'S OMNIBUS MOTION AND OMNIBUS MOTION TO DISALLOW DUPLICATE CLAIMS, SET NO. 1 OF: ATLANTA CAPITAL MANAGEMENT (CLAIM NO. 513); BELL MICROPRODUCTS (CLAIM NOS. 295 & 368); BOWNE OF LOS ANGELES, INC. (CLAIM NOS. 235 & 353); COMPNOLOGY, INC. (CLAIM NO. 478); FINITI, LLC (CLAIM NO. 509); FIREFLY COMMUNICATIONS, LLC (CLAIM NO. 239); HEWLETT PACKARD CO. (CLAIM NO. 366); LIFEBOAT DISTRIBUTION (CLAIM NO. 383); MT OLIVE PICKLES (CLAIM NOS. 254 & 369); NORR STIEFENHOFER LUTZ (CLAIM NO. 375); O'HARE CENTRE VENTURE (CLAIM NO. 469); QUAKERBRIDGE VENTURES, LLC (CLAIM NO. 370); QUANTUM CORPROATION (CLAIM NO. 237); RIVIERA HOTEL AND CASINO (CLAIM NOS. 320 & 356); STATE OF NEW JERSEY DIVISION OF TAXATION (CLAIM NO.454); AND TECHNICAL CABLE CONCEPTS (CLAIM NO. 225)**<br><br>Date: April 14, 2009<br>Time: 10:30 a.m.<br>Ctrm: 5A<br>    411 West Fourth Street<br>    Santa Ana, CA |

///

The objections to the claims of Atlanta Capital Management (Claim No. 513); Bell Microproducts (Claim Nos. 295 & 368); Bowne of Los Angeles, Inc. (Claim Nos. 235 & 353); Compnology, Inc. (Claim No. 478); Finiti, LLC (Claim No. 509); Firefly Communications, LLC (Claim No. 239); Hewlett Packard Co. (Claim No. 366); Lifeboat Distribution (Claim No. 383); Mt. Olive Pickles (Claim Nos. 254 & 369); Norr Stiefenhofer Lutz (Claim No. 375); O'Hare Centre Venture (Claim No. 469); Quakerbridge Ventures, LLC (Claim No. 370); Quantum Corporation (Claim No. 237); Riviera Hotel and Casino (Claim Nos. 320 & 356); State of New Jersey Division of Taxation (Claim No. 454); and Technical Cable Concepts (Claim No. 225), (the "Objections") filed by MTI Technology Corporation, Chapter 11 Debtor and Debtor-in-Possession (the "Debtor") came on for hearing at the above date, time and place.

The Court, having considered the Objections, the oral argument of counsel at the hearing, and all other papers and pleadings on file in this case, hereby

**ORDERS** as follows:

1. The Debtor's objection to Claim No. 513 of Atlanta Capital Mangement, filed in the amount of $4,549.14, is sustained.  The claim is disallowed in its entirety.

2. The Debtor's objections to Claim No. 295 of Bell Microproducts, filed in the amount of $4,550.00, and Claim No. 368 of Bell Microproducts, filed in the amount of $4,550.00, is sustained.  The claims are disallowed in their entirety.

3. The Debtor's objections to Claim No. 235 of Bowne of Los Angeles, Inc., filed in the amount of $45,015.00, and Claim No. 353 of Bowne of Los Angeles, Inc., filed in the amount of $45,015.00, are sustained.  The claims are disallowed in their entirety.

4. The Debtor's objection to Claim No. 478 of Compnology, Inc., filed in the amount of $58,400.00, is sustained.  The claim is disallowed in its entirety.

5. The Debtor's objection to Claim No. 509 of Finiti, LLC, filed in the amount of $55,772.50, is sustained.  The claim is disallowed in its entirety.

6. The Debtor's objection to Claim No. 239 of Firefly Communications, LLC, filed in the amount of $42,770.36, is sustained.  The claim is disallowed in its entirety.

7. The Debtor's objection to Claim No. 366 of Hewlett Packard Company, filed in the amount of $14,419, is sustained. The claim is disallowed in its entirety.

8. The Debtor's objection to Claim No. 383 of Lifeboat Distribution, filed in the amount of $141,091.60, is sustained. The claim is disallowed in its entirety.

9. The Debtor's objections to Claim No. 254 Mt. Olive Pickles, filed in the amount of $3,967.50, and Claim No. 369 of Mt. Olive Pickles, filed in the amount of $3,967.50, are sustained. The claims are disallowed in their entirety.

10. The Debtor's objection to Claim No. 375 of Norr Stiefenhofer Lutz, filed in the amount of $13,576.60, is sustained. The claim is disallowed in its entirety.

11. The Debtor's objection to Claim No. 469 of O'Hare Centre Venture, filed in the amount of $29,976.95, is sustained. The claim is disallowed in its entirety.

12. The Debtor's objection to Claim No. 370 of Quakerbridge Ventures, LLC, filed in the amount of $34,841.50, is sustained. The claim is disallowed in its entirety.

13. The Debtor's objection to Claim No. 237 of Quantum Corporation, filed in the amount of $144,449.90, is sustained. The claim is disallowed in its entirety.

14. The Debtor's objections to Claim No. 320 of Riviera Hotel and Casino, filed in the amount of $3,678.31, and Claim No. 356 of Riviera Hotel and Casino, filed in the amount of $3,678.31, are sustained. The claims are disallowed in their entirety.

15. The Debtor's objection to Claim No. 454 of State of New Jersey Division of Taxation, filed in the amount of $28,571.94, is sustained. The claim is disallowed in its entirety.

16. The Debtor's objection to Claim No. 225 of Technical Cable Concepts, filed in the amount of $4,206.60, is sustained. The claim is disallowed in its entirety.

1
2
3
4
5  **IT IS SO ORDERED.**
6
7                                              ###
8
...

DATED: May 22, 2009

_Erithe A. Smith_
United States Bankruptcy Judge

Order on Debror's Omnibus Objections to Duplicate Claims Set 1

4

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON DEBTOR'S OMNIBUS MOTION AND OMNIBUS MOTION TO DISALLOW DUPLICATE CLAIMS, SET NO. 1 OF: ATLANTA CAPITAL MANAGEMENT (CLAIM NO. 513); BELL MICROPRODUCTS (CLAIM NOS. 295 & 368); BOWNE OF LOS ANGELES, INC. (CLAIM NOS. 235 & 353); COMPNOLOGY, INC. (CLAIM NO. 478); FINITI, LLC (CLAIM NO. 509); FIREFLY COMMUNICATIONS, LLC (CLAIM NO. 239); HEWLETT PACKARD CO. (CLAIM NO. 366); LIFEBOAT DISTRIBUTION (CLAIM NO. 383); MT OLIVE PICKLES (CLAIM NOS. 254 & 369); NORR STIEFENHOFER LUTZ (CLAIM NO. 375); O'HARE CENTRE VENTURE (CLAIM NO. 469); QUAKERBRIDGE VENTURES, LLC (CLAIM NO. 370); QUANTUM CORPROATION (CLAIM NO. 237); RIVIERA HOTEL AND CASINO (CLAIM NOS. 320 & 356); STATE OF NEW JERSEY DIVISION OF TAXATION (CLAIM NO.454);  AND TECHNICAL CABLE CONCEPTS (CLAIM NO. 225)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of, April 27, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Robert E Opera                                                pj@winthropcouchot.com

United States Trustee (SA)                           ustpregion16.sa.ecf@usdoj.gov

Christine M. Fitzgerald                                cfitzgerald@lawcgm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

Order on Debror's Omnibus Objections to Duplicate Claims Set 1

## DUPLICATE CLAIM OBJECTIONS SET # 1
## SERVICE LIST

**Claim Nos. 4 & 225**
Technical Cable Concepts
Attn: Dolores Mayorga
350 Lear Avenue
Costa Mesa, CA 92626

**Claim Nos. 6 & 383**
Lifeboat Distribution
1157 Shrewsbury Avenue
Shrewsbury, NJ 07702-4321

**Claim Nos. 12 & 239**
Firefly Communications LLC
923 Center Street NE
Conyers, GA 30012-4567

**Claim Nos. 19, 254 & 369**
Mt. Olive Pickles
Attn: Janet Hollingsworth
Corner of Cucumber & Vine
P. O. Box 609
Mount Olive, NC 28365

**Claim Nos. 176, 295 & 368**
Bell Microproducts
Attn: Tina Moore
201 Monroe St., Ste 300
Montgomery, AL 36104

**Claim Nos. 210 & 237**
Quantum Corporation
Kenneth C. Howell
1650 Technology Drive, Ste. 700
San Jose, CA 95110

Philip S. Warden
Pillsbury Winthrop Shaw Pittman
50 Fremont Street
San Francisco, CA 94105

**Claim Nos. 229, 235 & 353**
Gail B. Price, Esq.
2600 Mission St., Ste. 206
San Marino, CA 91108

**Claim Nos. 240 & 366**
Hewlett Packard Company
5555 Windward Pkwy
Attn: K Escue
Alpharetta, GA 30004

1

**Claim Nos. 243 & 370**

2  Quakerbridge Ventures, LLC
788 Shrewsbury Avenue

3  Suite 105, Building 1
Tinton Falls, NJ 07724

4

**Claim Nos. 277 & 375**

5  Norr Stiefenhofer Lutz
Dr. Gerald Reger, Rechtsanwalt

6  Fachanwalt Fur Steuerrecht
Brienner Str. 28

7  D-80333 Munchen
Germany

8

**Claim Nos 297, 320 & 356**

9  Riviera Hotel and Casino
Attn: Accounts Payable

10  2901 Las Vegas Blvd SO
Las Vegas, NV 89109

11

**Claim Nos. 391 & 478**

12  Compnology, Inc.
John S. Cronin

13  6300 Station Mill Drive
Norcross, GA 30092

14

**Claim Nos. 396 & 454**

15  State of New Jersey
Division of Taxation

16  Compliance Activity
P. O. Box 245

17  Trenton, NJ 08695

18  **Claim Nos. 428 & 469**
O'Hare Centre Venture

19  Pitler and Mandell-Attention: Sigi M. Offenbach
39 South LaSalle Street, Suite 12220

20  Chicago, IL 60603

21

**Claim Nos. 446 & 513**

22  Atlanta Capital Management
Attn: Julie Blevins

23  1349 W Peachtree Street Ste 1600
Atlanta, GA 30309

24

**Claim Nos. 451 & 509**

25  Finiti, LLC
Attn: Rick Ganz

26  7090 Samuel Morse Drive
Columbia, MD 21046

27

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 1

7