**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

FILED & ENTERED

JUL 22 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Debtor and Debtor<br>    in Possession. | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**ORDER ON DEBTOR'S MOTION FOR ORDER DISALLOWING JS NORTHPOINTE, LP'S CLAIM NO. 187**<br><br>Date:  June 16, 2009<br>Time: 10:30 a.m.<br>Ctrm: 5A<br>        411 West Fourth Street<br>        Santa Ana, CA |

The motion to disallow the claim of JS Northpointe LP (Claim No. 187), (the "Motion") filed by MTI Technology Corporation, Chapter 11 Debtor and Debtor-in-Possession (the "Debtor") came on for hearing at the above date, time and place.

The Court, having considered the Motion, and all other papers and pleadings on file in this case, hereby

///

///

///

///

///

1   **ORDERS** that the Debtor's Motion objecting to Claim No. 187 of JS Northpointe LP,
2   filed in the amount of $1,362,867.30, is granted in part and denied in part as follows: Claim No.
3   187 of JS Northpointe LP is allowed as a general unsecured claim in the amount of $207,375.00
4   and the remainder of the claim is disallowed in its entirety.
5   **IT IS SO ORDERED.**
6                                           ###

25  DATED: July 22, 2009

*Erithe A. Smith*
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON DEBTOR'S MOTION FOR ORDER DISALLOWING JS NORTHPOINTE, LP'S CLAIM NO. 187 MEMORANDUM OF POINTS AND AUTHORITIES** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 17, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Robert E Opera                    pj@winthropcouchot.com

United States Trustee (SA)        ustpregion16.sa.ecf@usdoj.gov

Christine M. Fitzgerald           cfitzgerald@lawcgm.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

**CLAIMANT**
JS NORTHPOINTE LP
1600 DOVE STREET, STE 480
NEWPORT BEACH, CA 92660