**SCOTT C. CLARKSON, ESQ. SBN 143271**
**EVE A. MARSELLA, ESQ. SBN 165797**
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

FILED & ENTERED
SEP 23 2009
CLERK U.S. BANKRUPTCY COURT
Central District of California
BY kent DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>Debtor and Debtor in Possession. | Case No. SA 07-13347-ES<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATIONS FIXING CLAIM OF**<br><br>**1. QUAKERBRIDGE VENTURES LLC (CLAIM NO. 243); AND**<br><br>**2. CH REALTY IV/ROYAL CENTRE, LLC (CLAIM NO. 485)**<br><br>Date: [No hearing required]<br>Time:<br>Ctrm: |

The Court, having considered the Motion to Approve the Stipulations Fixing the Claims of: (1) Quakerbridge Ventures LLC (Claim No. 243); and (2) CH Realty IV/Royal Centre, LLC (Claim no. 485) (the “Motion”), filed by the Debtor, all of the papers and files in this case, and noting that no opposition has been filed by any party, and finding good cause therefore, hereby **GRANTS** the Motion.

As fully set forth in the Stipulation attached as Exhibit “A” to the Motion, Quakerbridge Ventures LLC, Claim No. 243, shall have an allowed unsecured claim in the amount of

$24,841.50 only, will retain the security deposit of $10,000 provided by the Debtor pre-petition to Quakerbridge Ventures LLC, and will waive any and all other pre and post petition claims.

As fully set forth in the Stipulation attached as Exhibit "B" to the Motion, CH Realty IV/Royal Centre, LLC, Claim No. 485) shall have an allowed unsecured claim in the amount of $7,983.41 only, will retain the security deposit of $4,902.19 provided by the Debtor pre-petition, and will waive any and all other pre and post petition claims.

**IT IS SO ORDERED.**

###

DATED: September 23, 2009

United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described Order Approving Stipulations Fixing Claim of: (1) Quakerbridge Ventures LLC (Claim No. 243); and (2) CH Realty IV/Royal Centre, LLC (Claim No. 485) will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On ______________ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 27, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
**See attached service list**

☒ Service information continued on attached page

**III. SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR~~ EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 27, 2009 I served the following person(s) and/or entity(ies) by ~~personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or~~ email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**Counsel for the Creditor Committee**
Robert E. Opera, Esq. pj@winthropcouchot.com

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 27, 2009 | Michelle Carpenter | /S/ Michelle Carpenter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**Served by mail**

**United States Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 9041
Santa Ana, CA 92701-4593

**Debtor**
Scott J. Poteracki
15641 Red Hill Ave., Suie 200
Tustin, CA 92780

**Claimants**
Quakerbridge Ventures LLC
Attn.: John Mercajante
788 Shrewsbury Avenue
Suite 105, Building 1
Tinton Falls, NJ 07724

CH Realty IV/Royal Centre, LLC
Attn.: Carlos Rainwater
c/o Kevin M. Lippman, Munsch Hardt
Kopf & Harp, P.C.
500 N. Akard St., #2800
Dallas TX 75201

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) August 27, 2009 was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 27, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

United States Trustee
ustpregion16.sa.ecf@usdoj.gov

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

See attached service list

☒ Service information continued on attached page

**BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Counsel for the Creditor Committee**
Robert E. Opera pj@winthropcouchot.com

**TO BE SERVED BY THE LODGING PARTY**

**Debtor**
Scott J. Poteracki
15641 Red Hill Ave., Suie 200
Tustin, CA 92780

**Claimants**
Quakerbridge Ventures LLC
Attn.: John Mercajante
788 Shrewsbury Avenue
Suite 105, Building 1
Tinton Falls, NJ 07724

CH Realty IV/Royal Centre, LLC
Attn.: Carlos Rainwater
c/o Kevin M. Lippman, Munsch Hardt
Kopf & Harp, P.C.
500 N. Akard St., #2800
Dallas TX 75201