# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

Filer's Name: MTI Technology Corp.
Street Address: 15641 Red Hill Ave., #200
                Tustin, CA 92780
Filer's Telephone No.: _____

Atty Name (if applicable): Eve A. Marsella, Esq.
CA Bar No. (if applicable): 165797
Atty Fax No. (if applicable): (310) 214-7254

In re: MTI TECHNOLOGY CORPORATION,
a Delaware corporation

Case No.: 8:07-bk-13347-ES

Chapter 7 _____ 11 _X_ 13 _____

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?    Yes _X_          No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____ B ____ C ____ D ____ E ____ F _X_ G ____ H ____ I ____ J ____

Statement of Social Security Number(s) ____    Statement of Financial Affairs ____

Statement of Intention ____                    Other ____

**NOTE:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, MTI Technology Corporation ____ , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _10/29/09_____

_____
*Debtor Signature*
MTI TECHNOLOGY CORPORATION

_____
*Co-Debtor Signature*

** FOR COURT USE ONLY **

## ** SEE REVERSE SIDE **

B-1008 *Revised November 2003*

B-1008

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Filer's Name: <u>MTI Technology Corp.</u> | Atty Name (if applicable): <u>Eve A. Marsella, Esq.</u> |
| Street Address: <u>15641 Red Hill Ave.,#200</u> | CA Bar No. (if applicable): <u>165797</u> |
| <u>Tustin, CA 92780</u> | Atty Fax No. (if applicable): <u>(310) 214-7254</u> |
| Filer's Telephone No.: _____ | |

| | |
|---|---|
| In re: MTI TECHNOLOGY CORPORATION, a Delaware corporation | Case No.: <u>8:07-bk-13347-ES</u> |
| | Chapter 7 ____  11 <u>X</u>  13 ____ |

## AMENDED SCHEDULE(S) AND/OR STATEMENT(S)

A filing fee of $26.00 is required to amend any or all of Schedules "D" through "F." An addendum mailing list is also required as an attachment if creditors are being added to the creditors list. Is/are creditor(s) being added?     Yes <u>X</u>          No _____

Indicate below which schedule(s) and/or statement(s) is(are) being amended.

A ____  B ____  C ____  D ____  E ____  F <u>X</u>  G ____  H ____  I ____  J ____

Statement of Social Security Number(s) ____          Statement of Financial Affairs ____

Statement of Intention ____          Other ____

**<u>NOTE</u>:** IT IS THE RESPONSIBILITY OF THE DEBTOR TO MAIL COPIES OF ALL AMENDMENTS TO THE TRUSTEE AND TO NOTICE ALL CREDITORS LISTED IN THE AMENDED SCHEDULE(S) AND TO COMPLETE AND FILE WITH THE COURT THE PROOF OF SERVICE ON THE BACK OF THIS PAGE.

I/We, <u>MTI Technology Corporation</u> , the person(s) who subscribed to the foregoing Amended Schedule(s) and/or Statement(s) do hereby declare under penalty of perjury that the foregoing is true and correct.

DATED: _____

_____
*Debtor Signature*
MTI TECHNOLOGY CORPORATION

_____
*Co-Debtor Signature*

| |
|---|
| ** FOR COURT USE ONLY ** |

**\*\* *SEE REVERSE SIDE* \*\***

B6F (Official Form 6F) (12/07)

In re _MTI  TECHNOLOGY  CORPORATION_ _____ ,    Case No. _8:07-bk-13347-ES_
_____Debtor(s)_                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three  columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: **Creditor # : 1** Accoona Corporation 101 Hudson Street Suite 3501 Jersey City NJ 07302 | | | _Customer Prepayment_ _Originally scheduled in error,_ _nothing owed._ | | | | $ 0.00 |
| Account No: **Creditor # : 2** Amcor Sunclipse of No America 6600 Valley View Street Buena Park CA  90620 | | | _Customer Prepayment_ _Originally scheduled in error,_ _nothing owed._ | | | | $ 0.00 |
| Account No: **Creditor # : 3** Aspen Technology 10 Canal Park Cambridge MA 02141 | | | _Customer Prepayment_ _Originally scheduled in error,_ _nothing owed._ | | | | $ 0.00 |
| Account No: **Creditor # : 4** Asset Marketing 9715 Business Park San Diego CA 92131 | | | _Customer Prepayment_ _Originally scheduled in error,_ _nothing owed._ | | | X | $ 0.00 |

_8_ continuation sheets attached

Subtotal $    $ 0.00

Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _MTI TECHNOLOGY CORPORATION_ _____,    Case No. _8:07-bk-13347-ES_
                              **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 5 B Braun USA 824 12th Avenue Bethlehem PA 18018 | | | Correction from Taxing Error | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 6 Bridgeport Hospital 267 Grant Street Bridgeport CT 06610 | | | Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 7 Buyer's Incentive 6626 Silvermine Drive Suite 200 Austin TX 78736 | | | Trade Payable amount sceduled in error | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 8 CNC Software, Inc. 671 Old Post Road Tolland CT 06084 | | | Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | | $ 5,038.50 |
| Creditor # : 9 Conway Medical Center 300 Singleton ridge Road Conway SC 29526 | | | | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 10 Corporate Executive Board 2000 Pennsylvania Avenue Suite 6000 Washington DC 20005 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |

Sheet No.   _1_  of   _8_  continuation sheets attached to Schedule of                    **Subtotal $**   $ 5,038.50
Creditors Holding Unsecured Nonpriority Claims                                            **Total $**
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _MTI TECHNOLOGY CORPORATION_ _____,        Case No. _8:07-bk-13347-ES_
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 11 DDI Leasing, Inc. 221 Somerville Road Bedminster NJ 07921 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 12 DeLage Landen Financial Servic P.O. Box 41601 Philadelphia PA 19101 | | | Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 13 Directpointe 333 So. 520 West Suite 200 Lindon UT 84042 | | | Account Reconciled | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 14 Doubleclick, Inc. 111 Eighth Avenue 10th Floor New York NY 10011 | | | Correction from Taxing Error | | | | |
| Account No: | | | | | | | $ 12,788.77 |
| Creditor # : 15 Elsevier MDL 2440 Camino Ramon San Ramon CA 94583 | | | | | | | |
| Account No: | | | | | | | $ 69.03 |
| Creditor # : 16 Extra Space Storage 45925 Woodland Road Sterling VA    20166 | | | Account reconciled | | | | |

Sheet No. _2_ of _8_ continuation sheets attached to Schedule of                    Subtotal $        $ 12,857.80
Creditors Holding Unsecured Nonpriority Claims                                        Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _MTI TECHNOLOGY CORPORATION_ _____ ,                Case No. _8:07-bk-13347-ES_
                      **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|
| Account No: | | | | | | $ 0.00 |
| Creditor # : 17 FOJP Service Corporation 28 East 28th Street 14th Floor New York NY 10016 | | Account Reconciled | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 18 Friedman, Billings, Ramsey Gro 1001 Nineteenth Street North Arlington VA 22209 | | Customer Prepayment Originally scheduled in error, nothing owed. | | | X | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 19 GE Storage 45925 Woodlawn Road Sterling VA 20166 | | | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 20 Glen Raven Mills 1831 North Park Avenue Glen Raven NC 27217 | | Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | $ 0.00 |
| Creditor # : 21 Guardian Life Insurance Co. 3900 Burgess Place Bethlehem PA 18017 | | Customer Prepayment Originally scheduled in error, nothing owed. | | | X | |
| Account No: | | | | | | $ 49,755.54 |
| Creditor # : 22 Hartz Mountain 400 Plaza Drive Secaucus NJ 07096 | | | | | | |
| | | | | | Subtotal $ | $ 49,755.54 |
| | | | | | Total $ | |

Sheet No. ___3___ of ___8___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re MTI TECHNOLOGY CORPORATION _____,    Case No. 8:07-bk-13347-ES
                        Debtor(s)                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 23 Hoover's Inc. P.O. Box 671032 Dallas TX 75267 | | | Account reconciled | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 24 Jani-King of California 500 No. State College Blvd Suite 900 Orange CA   92868 | | | Maintenance agreement-cleaning agreement for vacant facility | | | | |
| Account No: | | | | | | X | $ 0.00 |
| Creditor # : 25 JTA Leasing Co. LLC 2050 Center Avenue Suite 600 Fort Lee NJ 07024 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | X | $ 0.00 |
| Creditor # : 26 Kavlico Corporation 14501 Princeton Avenue Moorpark CA 93021 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | X | $ 0.00 |
| Creditor # : 27 LA County Internal Svcs Dept. 1100 N eastern Avenue Los Angeles CA 90063 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | | $ 11,087.43 |
| Creditor # : 28 Lake Mountain, L.P. 1515 So. Capital of Texas Hwy Suite 412 Austin TX 78746 | | | Landlord | | | | |

Sheet No. __4__ of ____8__ continuation sheets attached to Schedule of        Subtotal $        $ 11,087.43
Creditors Holding Unsecured Nonpriority Claims                                Total $
                    (Use only on last page of the completed Schedule F. Report also on Summary of Schedules    $ 11,087.43
                     and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _MTI TECHNOLOGY CORPORATION_____,      Case No. _8:07-bk-13347-ES_
                    **Debtor(s)**                                      (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>Creditor # : 29<br>McKesson Corporation<br>P.O. Box 819067<br>Dallas TX 75381 | | | Customer Prepayment<br>Originally scheduled in error,<br>nothing owed. | | | X | $ 0.00 |
| Account No:<br>Creditor # : 30<br>Merritt Properties, LLC<br>2066 Lord Baltimore Drive<br>Baltimore MD 21244 | | | Landlord | | | | $ 4,046.57 |
| Account No:<br>Creditor # : 31<br>Neopost Inc.<br>P.O. Box 45822<br>San Francisco CA   94145 | | | Trade Payable<br> amount originally scheduled in<br>error | | | | $ 0.00 |
| Account No:<br>Creditor # : 32<br>NFS Leasing, Inc.<br>900 Cummings Center<br>Suite 309-V<br>Beverly MA 01915 | | | Account reconciled, nothing owed. | | | | $ 0.00 |
| Account No:<br>Creditor # : 33<br>Nmatrix/Epiq Systems Inc.<br>90 Park Avenue<br>8th Floor<br>New York NY 10016 | | | Customer Prepayment<br>Originally scheduled in error,<br>nothing owed. | | | | $ 0.00 |
| Account No:<br>Creditor # : 34<br>Occam Networks<br>77 Robin Hill Road<br>Santa Barbara CA 93117 | | | Customer Prepayment<br>Originally scheduled in error,<br>nothing owed. | | | X | $ 0.00 |

Sheet No. _5_ of _8_ continuation sheets attached to Schedule of              Subtotal $      $ 4,046.57
Creditors Holding Unsecured Nonpriority Claims                                 Total $
                                            (Use only on last page of the completed Schedule F. Report also on Summary of Schedules
                                            and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07)   - Cont.

In re _MTI  TECHNOLOGY  CORPORATION_____,          Case No. _8:07-bk-13347-ES_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br>**Creditor # : 35**<br>*Pechanga Resort & Casino*<br>*45000 Pechanga Parkway*<br>*Temecula CA 92592* | | | *Customer Prepayment*<br>*Originally scheduled in error,*<br>*nothing owed.* | | | X | $ 0.00 |
| Account No:<br>**Creditor # : 36**<br>*Profiles International, Inc.*<br>*4515 Lakeshore drive*<br>*Waco TX 76710* | | | *Trade Payable* | | | X | $ 0.00 |
| Account No:<br>**Creditor # : 37**<br>*Rehab Institute of Chicago*<br>*345 E. Superior*<br>*Chicago IL 60611* | | | *Correction from Taxing Error* | | | | $ 0.00 |
| Account No:<br>**Creditor # : 38**<br>*Reliance Steel & Aluminum Co.*<br>*350 So. Grand Avenue*<br>*Suite 5100*<br>*Los Angeles CA 90071* | | | *Account reconciled, nothing owed.* | | | | $ 0.00 |
| Account No:<br>**Creditor # : 39**<br>*Savvis Communication Corporati*<br>*1 Savvis Parkway*<br>*Town & Country MO 63017* | | | *Trade Payable*<br>*Invoices reconciled* | | | | $ 0.00 |
| Account No:<br>**Creditor # : 40**<br>*South Florida Water Mgmt Distr*<br>*P.O. Box 24682*<br>*West Palm Beach FL 33416* | | | *Correction from Taxing Error* | | | | $ 0.00 |

Sheet No.   _6_ of   _8_ continuation sheets attached to Schedule of                    **Subtotal $**          $ 0.00

Creditors Holding Unsecured Nonpriority Claims                                                   **Total $**

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _MTI TECHNOLOGY CORPORATION_ _____,    Case No. _8:07-bk-13347-ES_
                    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:<br><br>Creditor # : 41<br>Southern California Edison<br>P.O. Box 600<br>Rosemead CA 91771 | | | Trade Payable<br>Final invoice offset by deposit | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 42<br>Spriggs & Hollingsworth<br>1350 I Street, NW<br>Washington DC 20005 | | | Account reconciled, nothing owed. | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 43<br>Sprint<br>P.O. Box 79357<br>City of Industry CA 91716 | | | Account Reconciled | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 44<br>Sprint<br>P.O. Box 219100<br>Kansas City MO 64121 | | | Account Reconciled | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 45<br>Sprint<br>P.O. Box 219623<br>Kansas City MO 64121 | | | Account Reconciled | | | | $ 0.00 |
| Account No:<br><br>Creditor # : 46<br>State Disbursement - Californi<br>P.O. Box 989067<br>West Sacramento CA 95798 | | | Tax | | | | $ 0.00 |

Sheet No. ___7___ of ___8___ continuation sheets attached to Schedule of          Subtotal $          $ 0.00
Creditors Holding Unsecured Nonpriority Claims                                     Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules
and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

B6F (Official Form 6F) (12/07) - Cont.

In re _MTI TECHNOLOGY CORPORATION_ _____,   Case No. _8:07-bk-13347-ES_

    **Debtor(s)**                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: | | | | | | X | $ 0.00 |
| Creditor # : 47 Tellabs Operations, Inc. P.O. Box 3220 Naperville Il 60566 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 48 Triple Net Properties 1551 No. tustin Avenue Suite 200 Santa Ana CA 92705 | | | Correction from Taxing Error | | | | |
| Account No: | | | | | | | $ 47,500.00 |
| Creditor # : 49 U. S. Bancorp Oliver Allen 801 Larkspur Landing Larkspur CA 94939 | | | Account reconciled | | | | |
| Account No: | | | | | | | $ 8,265.00 |
| Creditor # : 50 Webex Communications Inc. 3979 Freedom Circle Santa Clara CA 95054 | | | | | | | |
| Account No: | | | | | | X | $ 0.00 |
| Creditor # : 51 Wellstar Health Systems P.O. Box 669217 Marietta GA 30066 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 52 Williams & Connolly LLP 725 Twelth Street NW Washington DC 20005 | | | Customer Prepayment Originally scheduled in error, nothing owed. | | | | |

Sheet No. _8_ of _8_ continuation sheets attached to Schedule of

Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 55,765.00

Total $    $ 138,550.84

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data)

| In re:<br>MTI Technology Corporation, a Delaware corporation<br><br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:07-bk-13347-ES |
| --- | --- |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3424 Carson Street, Suite 350, Torrance, CA  90503

A true and correct copy of the foregoing document described **Amended Schedule F** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 4, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

II.  **SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On   November 4, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight~~ mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 4, 2009 | Michelle Carpenter | *mac* |
| --- | --- | --- |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**

MTI Technology Corporation
2002

## SERVED BY COURT VIA NEF

### Counsel for Creditor Committee
Richard H Golubow    pj@winthropcouchot.com
Robert E Opera    pj@winthropcouchot.com

### Special Notice
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com

### Counsel for Verizon
Mark A Shaiken    mshaiken@stinson.com

### Counsel for Collective Group
Patricia B Tomasco    ptomasco@mailbmc.com

### United States Trustee
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

### Counsel for AM-PM, Inc. dba Aries Internet Services, Inc
Sharon Z Weiss    sweiss@richardsonpatel.com

### Counsel for American Express Travel Related Svcs Co Inc Corp Card
Gilbert B Weisman    notices@becket-lee.com

### Counsel for Argo Partners
Matthew A Gold    courts@argopartners.net

### Counsel for Copper Holdings, LLC
Robert L Eisenbach    reisenbach@cooley.com

### Counsel for Dell Financial Services, LLC
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com

### Counsel for Rockwell Collins, Inc
Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com

### Counsel for EMC Corporation
David L Wilson    dlwilson@winston.com

**Mail Notice**

**The Debtor**
MTI Technologies Inc.
Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

**Creditor Committee**
EMC Corp
Phyllis Hayes
C/O RMS
307 International Circle, Ste 270
Hunt Valley, ND 21030

**Creditor Committee**
Richard Feferman
Corporate Recovery Associates
3830 Valley Center Drive, Suite 705-152
San Diego, CA 92130

**Creditor Committee**
CCS Computer Configuration Services
Al Grasso
2532 White Road
Irvine, CA 92614

**Creditor Committee**
Compnology, Inc
John Cronin
6300 Station Mill Drive
Norcross, GA 30092

**Creditor Committee**
Lifeboat Distribution
Kevin Scull
1157 Shrewsbury Avenue
Shrewsbury, NJ 07702

**Creditor Committee**
Mid Atlantic Corporate Services
Michael Buxton
812 Oregon Ave., Suite H
Linthicum, Md 21090

**<u>Creditor Committee</u>**
**Fed Ex Custom Critical**
**Steven D Saas, Esq.**
**C/O RMS**
**307 International Circle, Ste 270**
**Hunt Valley, ND  21030**

**<u>Creditor Committee</u>**
**Neoscale Systems Inc.**
**C/O Andrew Moley**
**1655 McCarthy Bvld.**
**Milpitas, CA. 95035**

**<u>Creditor Committee</u>**
**EMC Corp**
**Steven D Saas, Esq**
**C/O RMS**
**307 International Circle, Ste 270**
**Hunt Valley, ND  21030**

**<u>Creditor Committee</u>**
**Fed Ex Custom Critical**
**Jorrissen Roy**
**C/O RMS**
**307 International Circle, Ste 270**
**Hunt Valley, MD  21030**

**<u>Secured Creditor</u>**
**Xerox Capital Services**
**Paul Williams**
**P.O. Box 660501**
**Dallas, TX 75266**

**<u>Secured Creditor</u>**
**Xerox Capital Services**
**Paul Williams**
**1301 Rideview Bldg. 300**
**Lewisville, TX 75057**

**<u>Secured Creditor</u>**
**Pitney Bowes**
**P.O. Box 856460**
**Louisville, KY 40285**

**Secured Creditor**
Primeshares
261 Fifth Avenue, 22nd Floor
New York, NY 10016
Attention: RVS

**Secured Creditor**
De Lage Landen Financial Srvs, Inc.
111 Old Eagle School Road
Wayne, PA  19087

**Special Notice**
Securities & Exchange Commission
Ms. Sandra W. Lavigna
5670 Wilshire Blvd.
11th Floor
Los Angeles, CA  90036

**Special Notice**
Snell & Wilmer LLP
Michael Johnson
15 West South Temple, Suite 1200
Salt Lake City, UT  84101

**Special Notice**
American Express Travel Related Svcs Co Inc
Corp Card
C/O Becket and Lee LLP
P.O. Box 3001
Malver, PA  19355-0701

**Special Notice**
Bronwen Price, Attorneys At Law
Attn.: Gail B. Price, Esq.
2600 Mission Street, Suite 206
San Marion CA  91108

**Special Notice**
FusionWare Corp
William Lawrence
5605 NE Elam Young Parkway
Hillsboro, OR  97124

Special Notice
IBM Corporation
Vicky Namken
13800 Doplomat Drive.
Dallas, TX  75234

Special Notice
R. Frederick Linfesty, Esq.
Iron Mountain Information Management, Inc.
745 Atlantic Ave., 10th Floor
Boston, MA  02111

Special Notice
Attorney for Frank Parsons Paper Company
Lawrence S. Jacobs & Associates, PC
Lawrence S. Jacobs, Esq.
110 North Washington Street, Suite 400
Rockville, MD  20850

Special Notice
Attorney for Rockewell Collins, Inc.
McKenna Long & Aldridge LLP
Gary W. Marsh
One Peachtree Center
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

Special Notice
Missouri Department of Revenue
Bankruptcy Unit, Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO  65105-0475

Special Notice
Munsch Hardt Kofp & Harr, PC
Kevin M. Lippman
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

Special Notice
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

**Special Notice**
**Attorney for Verizon Business Global, LLC – Creditor**
Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut St., Suite 2700
Kansas City, MO 64106

**Counsel for Zinc Holdings, LLC**
Bingham McCutchen LLP
William F. Govier
355 South Grand Ave
Los Angeles, CA  90071

**Counsel for Zinc Holdings, LLC**
Bingham McCutchen LLP
William Bates
1900 University Ave.
East Palo Alto, CA  94303

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA  92701-4593

**Creditors listed on Amended Schedule F Served by Mail**

Accoona Corporation
101 Hudson Street
Suite 3501
Jersey City, NJ  07302

Amcor Sunclipse of No America
6600 Valley View Street
Buena Park, CA  90260

Aspen Technology
10 Canal Park
Cambridge, MA  02141

Asset Marketing
9715 Business Park
San Diego, CA  92131

B Braun USA
824 12th Avenue
Bethlehem, PA  18018

Bridgeport Hospital
267 Grant Street
Bridgeport, CT  06610

Buyer's Incentive
6626 Silvermine Drive
Suite 200
Austin, TX  78736

CNC Software, Inc.
671 Old Post Road
Tolland, CT  06084

Conway Medical Center
300 Singleton Ridge Road
Conway, SC  29526

Corporate Executive Board
2000 Pennsylvania Avenue
Suite 6000
Washington DC  20005

DDI Leasing, Inc.
221 Somerville Road
Bedminster, NJ  07921

DeLage Landen Financial Service
P.O. Box 41601
Philadelphia, PA  19101

Directpointe
333 So. 520 West
Suite 200
Lindon, UT  84042

Doubleclick, Inc.
111 Eighth Avenue
10th Floor
New York, NY  10011

Elsevier MDL
2440 Camino Ramon
San Ramon, CA  94583

Extra Space Storage
45925 Woodland Road
Sterling, VA  20166

FOJP Service Corporation
28 East 28th Street
14th Floor
New York, NY  10016

Friedman, Billings, Ramsey Gro
1001 Nineteenth Street North
Arlington, VA  22209

GE Storage
45925 Woodlawn Road
Sterling, VA  20166

Glen Raven Mills
1831 North Park Avenue
Glen Raven, NC  27217

Guardian Life Insurance Co.
3900 Burgess Place
Bethlehem, PA  18017

Hartz Mountain
400 Plaza Drive
Secaucus, NJ  07096

Hoover's Inc.
P.O. Box 671032
Dallas, TX  75267

Jani-King of California
500 No. State College Blvd.
Suite 900
Orange, CA  92868

JTA Leasing Co. LLC
2050 Center Avenue
Suite 600
Fort Lee, NJ  07024

Kavlico Corporation
14501 Princeton Avenue
Moorpark, CA  93021

LA County Internal Svcs Dept
1100 N. Eastern Avenue
Los Angeles, CA  90063

Lake Mountain, L.P.
1515 So. Capital of Texas Hwy
Suite 412
Austin, TX  78746

McKesson Corporation
P.O. Box 819067
Dallas, TX  75381

Merritt Properties, LLC
2066 Lord Baltimore Drive
Baltimore, MD  21244

Neopost Inc.
P.O. Box 45822
San Francisco, CA  94145

NFS Leasing, Inc.
900 Cummings Center
Suite 309-V
Beverly, MA  01915

Nmatrix/Epiq Systems Inc.
90 Park Avenue
8th Floor
New York, NY  10016

Occam Networks
77 Robin Hill Road
Santa Barbara, CA  93117

Pechanga Resort & Casino
45000 Pechanga Parkway
Temecula, CA  92592

Profiles  International, Inc.
4515 Lakeshore Drive
Waco, TX  76710

Rehab Institute of Chicago
345 E. Superior
Chicago, IL  60611

Reliance Steel & Aluminum Co.
350 So. Grand Avenue
Suite 5100
Los Angeles, CA  90071

Savvis Communication Corporation
1 Savvis Parkway
Town & Country, MO  63017

South Florida Water Mgmt Distr
P.O. Box 24682
West Palm Beach, FL  33416

Southern California Edison
P.O. Box 600
Rosemead, CA  91771

Spriggs & Hollingsworth
1350 I Street, NW
Washington DC  20005

Sprint
P.O. Box 79357
City of Industry, CA  91716

Sprint
P.O. Box 219100
Kansas City, MO  64121

Sprint
P.O. Box 219623
Kansas City, MO  64121

State Disbursements – California
P.O. Box 989067
West Sacramento, CA  95798

Tellabs Operations, Inc.
P.O. Box 3220
Naperville, IL  60566

Triple Net Properties
1551 N. Tustin Avenue
Suite 200
Santa Ana, CA  92705

U.S. Bancorp Oliver Allen
801 Larkspur Landing
Larkspur, CA  94939

Webex Communications Inc.
3979 Freedom Circle
Santa Clara, CA  95054

Wellstar Health Systems
P.O. Box 669217
Marietta, GA  30066

Williams & Connolly LLP
725 Twelfth Street NW
Washington DC  20005