1 | **SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
2 | **CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
3 | **A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
4 | **Torrance, California 90503**
**(310) 542-0111 Telephone**
5 | **(310) 214-7254 Facsimile**

FILED & ENTERED

NOV 13 2009

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid      DEPUTY CLERK**

6 | Attorneys for MTI Technology Corporation, Debtor and
Debtor in Possession

7 |

8 | **UNITED STATES BANKRUPTCY COURT**

9 | **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10 | In re

11 | MTI TECHNOLOGY CORPORATION, a
Delaware corporation,

12 |                         Debtor and Debtor
in Possession.

Case No.  8:07-bk-13347-ES

Chapter 11

**ORDER ON DEBTOR'S OMNIBUS MOTION
AND OMNIBUS MOTION TO DISALLOW
DUPLICATE CLAIMS, SET NO. 3 OF:
MATTHEW BAKER (CLAIM NO. 274);
CECIL S. BURNETTE (CLAIM NO. 141);
MAULIK DESAI (CLAIM NO. 517); STEVEN
MICHAEL DIGIUSEPPE (CLAIM NO. 355);
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C. (CLAIM NO. 459); JENNIFER
K. PLANK (CLAIM NO. 347); JOSEPH S.
SAHLI (CLAIM NO. 144); RONALD
SCHNIEBER (CLAIM NO. 309); RANDY S.
TURER (CLAIM NO. 241); AND KURT
WINOWICH (CLAIM NO. 238)**

Date:   September 15, 2009
Time:  10:30 a.m.
Ctrm:  5A
         411 West Fourth Street
         Santa Ana, CA

23 |     The objections to the claims of Matthew Baker (Claim No. 274); Cecil S. Burnette

24 | (Claim No. 141); Maulik Desai (Claim No. 517); Steven Michael Digiuseppe (Claim No. 355);

25 | Ogletree, Deakins, Nash, Smoak & Stewart, P.C. (Claim No. 459); Jennifer K. Plank (Claim No.

26 | 347); Joseph S. Sahli (Claim No. 144); Ronald Schnieber (Claim No. 309); Randy S. Turer

27 | (Claim No. 241); And Kurt Winowich (Claim No. 238), (the "Objections") filed by MTI

28 |

1  Technology Corporation, Chapter 11 Debtor and Debtor-in-Possession (the "Debtor") came on

2  for hearing at the above date, time and place.

3       The Court, having considered the Objections, the oral argument of counsel at the hearing,

4  and all other papers and pleadings on file in this case, hereby

5       **ORDERS** as follows:

6       1.  The Debtor's objection to Claim No. 274 of Matthew Baker, filed in the amount of

7  $16,483.38, is overruled.  Claim No. 56 of Matthew Baker, Baker Computer and Data LLC, filed

8  in the amount of $16,483.38 is disallowed in its entirety.

9       2.  The Debtor's objection to Claim No. 141 of Cecil S. Burnette, filed in the amount of

10  $8,787.52, is sustained.  The claim is disallowed in its entirety.

11       3.  The Debtor's objection to Claim No. 517 of Maulik Desai, filed in the amount of

12  $4,808.93, is sustained.  The claim is disallowed in its entirety.

13       4.  The Debtor's objection to Claim No. 355 of Steven Michael DiGiuseppe, filed in the

14  amount of $17,692.49, is sustained.  The claim is disallowed in its entirety.

15       5.  The Debtor's objection to Claim No. 459 of Ogletree, Deakins, Nash, Smoak & Stewart,

16  P.C., filed in the amount of $3,675.00, is sustained.  The claim is disallowed in its entirety.

17       6.  The Debtor's objection to Claim No. 347 of Jennifer K. Plank, filed in the amount of

18  $10,615.84, is overruled becuase Claim No. 347 of Jennifer K. Plank was withdrawn.

19       7.  The Debtor's objection to Claim No. 144 of Joseph S. Sahli, filed in the amount of

20  $9,119.57, is sustained.  The claim is disallowed in its entirety.

21       8.  The Debtor's objection to Claim No. 309 of Ronald Schnieber., filed in the amount of

22  $9,491.38, is sustained.  The claim is disallowed in its entirety.

23       9.  The Debtor's objection to Claim No. 241 of Randy S. Turer., filed in the amount of

24  $10,950.00, is overruled.  Claim No. 58 of Randy S. Turer, filed in the amount of $10,950.00 is

25  disallowed in its entirety.

26       10. The Debtor's objection to Claim No. 238 of Kurt Winowich, filed in the amount of

27  $7,452.88, is sustained.  The claim is disallowed in its entirety.

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 3

1   **IT IS SO ORDERED.**

2                                                    ###

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   DATED: November 13, 2009
                                        _____
                                        United States Bankruptcy Judge

26

27

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 3

3

1 | **NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

2 | Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

3

# PROOF OF SERVICE OF DOCUMENT

4

5 | I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson Street Suite 350
6 | Torrance, CA 90503

7 | A true and correct copy of the foregoing document described **ORDER ON DEBTOR'S OMNIBUS MOTION AND OMNIBUS MOTION TO DISALLOW DUPLICATE CLAIMS, SET NO.**
8 | **3 OF: MATTHEW BAKER (CLAIM NO. 274); CECIL S. BURNETTE (CLAIM NO. 141); MAULIK DESAI (CLAIM NO. 517); STEVEN MICHAEL DIGIUSEPPE (CLAIM**
9 | **NO. 355); OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. (CLAIM NO. 459); JENNIFER K. PLANK (CLAIM NO. 347); JOSEPH S. SAHLI (CLAIM NO. 144);**
10 | **RONALD SCHNIEBER (CLAIM NO. 309); RANDY S. TURER (CLAIM NO. 241); AND KURT WINOWICH (CLAIM NO. 238)** will be served or was served **(a)** on the judge in chambers
11 | in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

12 | I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served
13 | by the court via NEF and hyperlink to the document. On August 31, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the
14 | Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

15

☐ Service information continued on attached page
16

**II.  SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
17 | On October 2, 2009 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed
18 | envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be
19 | completed no later than 24 hours after the document is filed.

20 | **Judge**
Honorable Erithe A. Smith
21 | 411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593
22

☐ Service information continued on attached page**.**
23

24

25

26

27

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 3

4

1  **SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR~~ EMAIL** (indicate method for
each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 31, 2009 I

2  served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in
writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here

3  constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after
the document is filed.

4

5  ☐    Service information continued on attached page

6
I declare under penalty of perjury under the laws of the United States of America that the foregoing is true

7  and correct.

8  | October 2, 2009 | Brenda Campos | //S// |
   |---|---|---|
   | *Date* | *Type Name* | *Signature* |

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 3

1 **NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2 **2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
3 **4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or
attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

4

5 # NOTICE OF ENTERED ORDER AND SERVICE LIST

6 Notice is given by the court that a judgment or order entitled (*specify*) **ORDER ON DEBTOR'S
OMNIBUS MOTION AND OMNIBUS MOTION TO DISALLOW DUPLICATE
7 CLAIMS, SET NO. 3 OF: MATTHEW BAKER (CLAIM NO. 274); CECIL S.
BURNETTE (CLAIM NO. 141); MAULIK DESAI (CLAIM NO. 517); STEVEN
8 MICHAEL DIGIUSEPPE (CLAIM NO. 355); OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C. (CLAIM NO. 459); JENNIFER K. PLANK (CLAIM NO. 347);
9 JOSEPH S. SAHLI (CLAIM NO. 144); RONALD SCHNIEBER (CLAIM NO. 309);
RANDY S. TURER (CLAIM NO. 241); AND KURT WINOWICH (CLAIM NO. 238)** was
10 entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in
the manner indicated below:

11

12 **I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling
General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following
person(s) by the court via NEF and hyperlink to the judgment or order. As of October 2, 2009, the following
13 person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding
to receive NEF transmission at the email address(es) indicated below.

14

15 Robert E Opera                          pj@winthropcouchot.com

16 United States Trustee (SA)              ustpregion16.sa.ecf@usdoj.gov

17 Christine M. Fitzgerald                 cfitzgerald@lawcgm.com

18 ☐ Service information continued on attached page

19 **II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or
order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated
20 below:

21 ☐ Service information continued on attached page

22 **III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment
or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete
23 copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a
proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es),
24 facsimile transmission number(s) and/or email address(es) indicated below:

25 ☒ Service information continued on attached page

26

27

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 3

6

1

## **DUPLICATE CLAIM OBJECTIONS SET # 3**
2
### **SERVICE LIST**

3   **Debtor**
MTI Technology Corp.
4   Attn: Steve Poteracki
15641 Red Hill Ave  Suite 200
5   Tustin, CA 92780

6   **Claim #51 and #517**
Maulik Desai
7   1301 Wall St. W #1313
Lyndhurst, NJ 07071-3528

8
**Claim #56 and #274**
9   Matthew Baker
3630 Kacin Court
10   Richfield, WI 53076-9800

11   **Claim #58 and #241**
Randy S. Turer
12   180 Twinbrook Ct.
Ramsey, NJ 07446-2444

13
**Claim #76 and #141**
14   Cecil S. Burnette
1716 McGarry Lane
15   Mansfield, TX 76063-7926

16   **Claim # 84 and #144**
Joseph S. Sahli
17   108 Maple Ridge Rd
Blythewood, SC 29016-7832

18
**Claim #112 and #309**
19   Ronald Schnieber
11883 Maple Crest St.
20   Moorpark, CA 93021-3171

21   **Claim #164 and #459**
Ogletree, Deakins, Nash, Smoak
22   P.O. Box 89
Columbia, SC 29202-0089

23

24   Ogletree, Deakins, Nash, Smoak & Stewart, PC
Administrative Office
25   918 South Pleasantburg Drive (29607)
P.O. Box 167
26   Greenville, SC 29602

27

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 3

7

1

**Claim #213 and #238**
Kurt Winowich

2  2652 Sabal Springs Dr. #6
Clearwater, FL 33761

3

**Claim #276 and #347**

4  Jennifer K. Plank
4100 Rim Rock Dr.

5  Lago Vista, TX 78645

6  **Claim #324 and #355**
Steven Michael DiGiuseppe

7  2500 Laurel Falls Ln
Raleigh, NC 27603

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Debror's Omnibus Objections to Duplicate Claims Set 3