SCOTT C. CLARKSON, ESQ.  SBN 143271
EVE A. MARSELLA, ESQ.  SBN 165797
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

FILED & ENTERED

NOV 17 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber  DEPUTY CLERK

Attorneys for MTI Technology Corporation, Debtor and
Debtor in Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re | Case No.  8:07-bk-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 |
| Debtor and Debtor in Possession. | **ORDER GRANTING OMNIBUS MOTION AND MOTION TO DISALLOW, IN WHOLE OR IN PART, PRIORITY CLAIMS, SET NO. 2 OF: JOHN M. BISAHA (CLAIM NOS. 99, 589); HERME CLOETE (CLAIM NO. 157); STEVEN M. DIGIUSEPPE (CLAIM NOS. 78, 324); TARA DUVAL (CLAIM NO. 155); NORMAN EISENBERG (CLAIM NOS. 110, 482); JAMES R. GALLAGHER (CLAIM NOS. 126, 480, 518); ROGER D. SANDS (CLAIM NO. 587); RONALD SCHNIEBER (CLAIM NOS. 112, 306, 309); RICHARD T. RUGGIRELO  (CLAIM NOS. 143, 458); JONATHAN TIPTON (CLAIM NO. 26) AND TED TURKINGTON (CLAIM NO. 71)** |
| | Date:   November 3, 2009 <br> Time:  10:30 a.m. <br> Ctrm:  5A <br>       411 West Fourth Street <br>       Santa Ana, CA |

The objections to the claims of John M. Bisaha (Claim Nos. 99, 589); Herme Cloete (Claim No. 157); Steven M. Digiuseppe (Claim Nos. 78, 324); Tara Duval (Claim No. 155); Norman Eisenberg (Claim Nos. 110, 482); James R. Gallagher (Claim Nos. 126, 480, 518); Roger D. Sands (Claim No. 587); Ronald Schnieber (Claim Nos. 112, 306, 309); Richard T. Ruggirelo (Claim Nos. 143, 458); Jonathan Tipton (Claim No. 26) and Ted Turkington (Claim No. 71), (the "Objections") filed by MTI Technology Corporation, Chapter 11 Debtor and

1   Debtor-in-Possession (the "Debtor") came on for hearing at the above date, time and place.

2        The Court, having considered the Objections, and all other papers and pleadings on file in

3   this case, hereby

4        **ORDERS** as follows:

5        The Debtor's Objections to the claims are allowed and disallowed as set forth herein.   A

6   summary of each claim, and amount allowed with classifications and amount disallowed is set

7   forth below:

8

| Claim No. | Claimant | Proof of Claim Amount as Filed | Amount Allowed, with classification[1] | Amount Disallowed |
|---|---|---|---|---|
| 26 | Jonathan Tipton | $6,062.00 Priority | $6,916.62: $3,650.25 P $3,266.37 U | $0.00 |
| 71 | Ted Turkington | $18,104.42: $10,950.00 P $7,154.22 U | $17,787.35: $6,933.35 P $10,854.00 U | $317.07 |
| 78 amended by 324 | Steven M. DiGiuseppe | $17,692.49: (324) $10,950.00 P $6,742.42 U | $11,642.50: $3,850.00 P $7,792.50 U | $6,049.99 (324) |
| 99 amended by 216, amended by 589 | John M. Bisaha | $46,218.47: (589) $10,950.00 P $35,268.47 U | $15,400.27: $8,917.75 P $6,482.52 U | $30,818.20 |
| 110 amended by 482 | Norman Eisenberg | $14,665.78: (482) $10,950.00 P $3,715.78 U | $10,253.46: $3,850.00 P $6,403.46 U | $4,412.32 |
| 112 Duplicated by: 306 & 309 | Ronald Schnieber | $9,491.38 P (112) $9,491.38 P (306) $9,491.38 P (309) | $5,925.10: $2,013.25 P $3,911.85 U | $3,566.28 (112) $9,491.38 (306) $9,491.38 (309) |

---

[1] "U" stands for Unsecured. "P" stands for Priority.

| | | | | |
|---|---|---|---|---|
| 126<br><br>Amended by **480,** which is duplicated by **518** | James R. Gallagher | <u>$19,167.81</u> (480) Priority<br><u>$19,167.81</u> (518) Priority | <u>$19,766.49:</u><br>$10,950.00 P<br>$8,816.49 U | $0.00 (480)<br>$19,167.81 (518) |
| 143 as amended by 458 | Richard T. Ruggirelo | <u>$14,074.47:</u> (458)<br>$10,950.00 P<br>$3,124.47 U | <u>$14,074.47:</u><br>$9,461.40 P<br>$4,613.07 U | $0.00 |
| 155 | Tara Duval | <u>$845.74</u> P | <u>$485.80</u> P | $359.94 |
| 157 | Herme Cloete | <u>$5,020.18:</u><br>$3,426.92 P<br>$1,593.25 U | <u>$4,807.31:</u><br>$3,368.52 P<br>$1438.79 U | $212.87 |
| 587 | Roger D. Sands | <u>$10,154.90:</u><br>$5,919.90 P<br>$4,235.00 U | <u>$10,154.90:</u><br>$4,235.00 P<br>$5,919.90 U | $0.00 |

The specific details regarding the claims and amount allowed with classifications and amount disallowed is as follows:

1.    The Debtor's objection to Claim No. 26 of Jonathon Tipton, filed in the amount of $6,062.00, is sustained.  The claim is allowed in the amount of $6,916.62, with $3,266.37 as a general unsecured claim, $3,650.25 as a priority claim, and $0.00 disallowed in its entirety.

2.    The Debtor's objection to Claim No. 71 of Ted Turkington, filed in the amount of $10,950.00, is sustained.  The claim is allowed in the amount of $17,787.35, with $10,854.00 as a general unsecured claim, $6,933.35 as a priority claim, and $317.07 disallowed in its entirety.

3.    The Debtor's objections to Claim No. 78 as amended by Claim No. 324 of Steven M. DiGiuseppe, each filed in the amount of $17,629.49, are sustained.  Claim No. 78 is disallowed in its entirety.  Claim No. 324 is allowed in the amount of $11,642.50, with $7,792.50 as a general unsecured claim, $3,850.00 as a priority claim, and $6,049.99 disallowed in its entirety.

4.    The Debtor's objections to Claim No. 99, as amended by the withdrawn Claim No. 216, as amended by Claim No. 589 of John M. Bisaha, filed in the amounts of $10,950.00 (Claim No.

999), $46,766.94 (Claim No. 216) and $42,218.47 (Claim No. 589) , are sustained.  Claim No.
99 is disallowed in its entirety   Claim No. 589 is allowed in the amount of $15,400.27, with
$6,482.52 as a general unsecured claim, and $8,917.75 as a priority claim.

    5.   The Debtor's objections to Claim No. 110, as amended by Claim No. 482 of  Norman
Eisenberg, filed in the amounts of $10,576.36 and $14,665.78 respectively, are sustained.  Claim
No. 110 is disallowed in its entirety.  Claim No. 482 is allowed in the amount of $10,253.46,
with $6,403.46 as a general unsecured claim, $3,850.00 as a priority claim, and $4,412.32
disallowed in its entirety.

    6.   The Debtor's objections to Claim Nos. 112, 306 and 309 of Ronald Schnieber, each filed
in the amount of $9,491.38, are sustained.  Claim Nos. 306 and 309 are disallowed in their
entirety.   Claim No. 112 is allowed in the amount of $5,925.10, with $3,911.85 as a general
unsecured claim, $2,013.25 as a priority, and $3,566.28 disallowed in its entirety.

    7.   The Debtor's objections to Claim No. 126, as amended by Claim No. 480, which is
duplicated by Claim No. 518 of James R. Gallagher, filed in the amounts of $14,318.38 (Claim
No. 126), $19,167.81 (Claim Nos. 480 and 518), are sustained.  Claim Nos. 126 and 518 are
disallowed in their in entirety.  Claim No. 480 is allowed in the amount of $19,766.49, with
$8,816.49 as a general unsecured claim, and $10,950.00 as a priority claim.

    8.   The Debtor's objections to Claim No. 143, as amended by Claim No. 458 of Richard T.
Ruggierllo, each filed in the amount of $14,074.47, are sustained.  Claim No. 458 is disallowed
in its entireity.  Claim No. 143 is allowed in the amount of $14,074.47, with $4,613.07 as a
general unsecured claim, and $9,461.40 as a priority claim.

    9.   The Debtor's objection to Claim No. 155 of Tara Duval, filed in the amount of $845.74,
is sustained.  The claim is allowed in the amount of $485.80 as a priority claim, and $359.94
disallowed in its entirety.

    10. The Debtor's objection to Claim No. 157 of Herme Cloete, filed in the amount of
$5,020.18, is sustained.  The claim is allowed in the amount of $4,807.31, with $1,438.79 as a
general unsecured claim, $3,368.52 as a priority claim, and $212.87 disallowed in its entirety.

1    11. The Debtor's objection to Claim No. 587 of Roger D. Sands, filed in the amount of

2  $5,919.90, is sustained.  The claim is allowed in the amount of $10,154.90, with $5,919.90 as a

3  general unsecured claim, and $4,235.00 as a priority claim.

4  **IT IS SO ORDERED.**

5                                        ###

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
                                        _Erithe A. Smith_
25  DATED: November 17, 2009        _____
                                        United States Bankruptcy Judge
26

27

28

_____
Order on Objection to Priority Claims , Set No. 2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER GRANTING OMNIBUS MOTION AND MOTION TO DISALLOW, IN WHOLE OR IN PART, PRIORITY CLAIMS, SET NO. 2 OF: JOHN M. BISAHA (CLAIM NOS. 99, 589); HERME CLOETE (CLAIM NO. 157); STEVEN M. DIGIUSEPPE (CLAIM NOS. 78, 324); TARA DUVAL (CLAIM NO. 155); NORMAN EISENBERG (CLAIM NOS. 110, 482); JAMES R. GALLAGHER (CLAIM NOS. 126, 480, 518); ROGER D. SANDS (CLAIM NO. 587); RONALD SCHNIEBER (CLAIM NOS. 112, 306, 309); RICHARD T. RUGGIRELO (CLAIM NOS. 143, 458); JONATHAN TIPTON (CLAIM NO. 26) AND TED TURKINGTON (CLAIM NO. 71)**will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II.  **SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~**(indicate method for each person or entity served)**:** On __November 5, 2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA  92701-4593

☐ Service information continued on attached page

III.  **SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL~~** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on October 6, 2009 ___ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

Order on Objection to Priority Claims , Set No. 2

1   I declare under penalty of perjury under the laws of the United States of America that the foregoing is
2   true and correct.

3   November 5, 2009    Michelle A. Carpenter        /S/ Michelle A. Carpenter
    Date                          Type Name                            Signature
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Objection to Priority Claims , Set No. 2

1

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

2

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

3

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

4

**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

5

6

# NOTICE OF ENTERED ORDER AND SERVICE LIST

7

Notice is given by the court that a judgment or order entitled (*specify* **ORDER GRANTING OMNIBUS MOTION AND MOTION TO DISALLOW, IN WHOLE OR IN PART, PRIORITY CLAIMS, SET NO. 2 OF: JOHN M. BISAHA (CLAIM NOS. 99, 589); HERME CLOETE (CLAIM NO. 157); STEVEN M. DIGIUSEPPE (CLAIM NOS. 78, 324); TARA DUVAL (CLAIM NO. 155); NORMAN EISENBERG (CLAIM NOS. 110, 482); JAMES R. GALLAGHER (CLAIM NOS. 126, 480, 518); ROGER D. SANDS (CLAIM NO. 587); RONALD SCHNIEBER (CLAIM NOS. 112, 306, 309); RICHARD T. RUGGIRELO (CLAIM NOS. 143, 458); JONATHAN TIPTON (CLAIM NO. 26) AND TED TURKINGTON (CLAIM NO. 71)**was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

8

9

10

11

12

**I.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of November 5, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

13

14

15

16

**See attached**

17

☒Service information continued on attached page

18

**II.   SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

19

20

☐Service information continued on attached page

21

**III.   TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

22

23

24

25

**See attached**

26

☒Service information continued on attached page

27

28

Order on Objection to Priority Claims , Set No. 2

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

Scott C Clarkson    sclarkson@lawcgm.com
Robert L Eisenbach    reisenbach@cooley.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
Matthew A Gold    courts@argopartners.net
Richard H Golubow    pj@winthropcouchot.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Eve A Marsella    emarsella@lawcgm.com
Elmer D Martin    elmermartin@msn.com
Robert E Opera    pj@winthropcouchot.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Mark A Shaiken    mshaiken@stinson.com
Patricia B Tomasco    ptomasco@mailbmc.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Gilbert B Weisman    notices@becket-lee.com
Sharon Z Weiss    sweiss@richardsonpatel.com
David L Wilson    dlwilson@winston.com

**TO BE SERVED BY THE LODGING PARTY**:

**Debtor**
MTI Technologies Inc.
Attn.: Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

**Claim No. 26**
Jonathan Tipton
1412 Heather Brook Drive
Allen, TX 75002-2777

**Claim No. 71**
Ted A. Turkington
425 Waverly Hl Dr.
Roswell, GA 30075-2189

**Claim No. 78 and 324**
Steven M. DiGiuseppe
2500 Laurel Falls LN
Raleigh, NC 27603-5892

**Claim No. 99**
John Bisaha
25491 El Conejo LN
Laguna Hills, CA 92653

Order on Objection to Priority Claims , Set No. 2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>Claim No. 110 and 482</u>**
Norman Eisenberg
14947 Dunwoody Bend
Cypress, TX 77429-1870

**<u>Claim No. 112 ,306, 309</u>**
Ronald Schnieber
11883 Maple Crest St.
Moorpark, CA 93021-3171

**<u>Claim No. 126, 480, 518</u>**
James R. Gallagher
84 Harriet Ln
Huntington, NY 11743

**<u>Claim No. 143, 458</u>**
Richard T. Ruggirello
14213 Ballycastle TR
Austin, TX 78717-4434

**<u>Claim No. 155</u>**
Tara Duval
1303 Camp Craft Rd. Apt. B
Westlake Hills, TX 78746

**<u>Claim No. 157</u>**
Hermie Cloete
17 King Fisher Drive
Spencerport, NY 14559

**<u>Claim No. 587</u>**
Roger D. Sands
1239 SE Oak Grove Blvd.
Milwakie, OR 97267

**<u>Claim No. 589</u>**
John Bisaha
35491 El Conejo LN
Laguna Hillls, CA 92653