SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

In re:

MTI TECHNOLOGY CORP.,

    Debtor.

Case No. 8:07-bk-13347-ES

Chapter 11

**Proof of Service re:**

ORDER GRANTING OMNIBUS MOTION AND MOTION TO DISALLOW, IN WHOLE OR IN PART, PRIORITY CLAIMS, SET NO. 2 OF: JOHN M. BISAHA (CLAIM NOS. 99, 589); HERME CLOETE (CLAIM NO. 157); STEVEN M. DIGIUSEPPE (CLAIM NOS. 78, 324); TARA DUVAL (CLAIM NO. 155); NORMAN EISENBERG (CLAIM NOS. 110, 482); JAMES R. GALLAGHER (CLAIM NOS. 126, 480, 518); ROGER D. SANDS (CLAIM NO. 587); RONALD SCHNIEBER (CLAIM NOS. 112, 306, 309); RICHARD T. RUGGIRELO (CLAIM NOS. 143, 458); JONATHAN TIPTON (CLAIM NO. 26) AND TED TURKINGTON (CLAIM NO. 71)

| In re: | CHAPTER: 11 |
|---|---|
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson St., Suite 350
Torrance, CA  90503

A true and correct copy of the foregoing document described **ORDER GRANTING OMNIBUS MOTION AND MOTION TO DISALLOW, IN WHOLE OR IN PART, PRIORITY CLAIMS, SET NO. 2 OF: JOHN M. BISAHA (CLAIM NOS. 99, 589); HERME CLOETE (CLAIM NO. 157); STEVEN M. DIGIUSEPPE (CLAIM NOS. 78, 324); TARA DUVAL (CLAIM NO. 155); NORMAN EISENBERG (CLAIM NOS. 110, 482); JAMES R. GALLAGHER (CLAIM NOS. 126, 480, 518); ROGER D. SANDS (CLAIM NO. 587); RONALD SCHNIEBER (CLAIM NOS. 112, 306, 309); RICHARD T. RUGGIRELO (CLAIM NOS. 143, 458); JONATHAN TIPTON (CLAIM NO. 26) AND TED TURKINGTON (CLAIM NO. 71)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL** ~~OR OVERNIGHT MAIL~~ (indicate method for each person or entity served):
On **NOVEMBER 17, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                F 9013-3.1

| In re:  MTI TECHNOLOGY CORPORATION, a Delaware corporation, Debtor(s). | CHAPTER: 11  CASE NUMBER: 8:07-bk-13347-ES |
|---|---|

## DUPLICATE CLAIM OBJECTIONS SET # 2
## SERVICE LIST

**Debtor**
MTI Technologies Inc.
Attn.: Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

**Claim No. 26**
Jonathan Tipton
1412 Heather Brook Drive
Allen, TX 75002-2777

**Claim No. 71**
Ted A. Turkington
425 Waverly Hl Dr.
Roswell, GA 30075-2189

**Claim No. 78 and 324**
Steven M. DiGiuseppe
2500 Laurel Falls LN
Raleigh, NC 27603-5892

**Claim No. 99**
John Bisaha
25491 El Conejo LN
Laguna Hills, CA 92653

**Claim No. 110 and 482**
Norman Eisenberg
14947 Dunwoody Bend
Cypress, TX 77429-1870

**Claim No. 112 ,306, 309**
Ronald Schnieber
11883 Maple Crest St.
Moorpark, CA 93021-3171

**Claim No. 126, 480, 518**
James R. Gallagher
84 Harriet Ln
Huntington, NY 11743

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                F 9013-3.1

| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br>Debtor(s). | CHAPTER: 11<br><br>CASE NUMBER: 8:07-bk-13347-ES |
|---|---|

**Claim No. 143, 458**
Richard T. Ruggirello
14213 Ballycastle TR
Austin, TX 78717-4434

**Claim No. 155**
Tara Duval
1303 Camp Craft Rd. Apt. B
Westlake Hills, TX 78746

**Claim No. 157**
Hermie Cloete
17 King Fisher Drive
Spencerport, NY 14559

**Claim No. 587**
Roger D. Sands
1239 SE Oak Grove Blvd.
Milwakie, OR 97267

**Claim No. 589**
John Bisaha
35491 El Conejo LN
Laguna Hillls, CA 92653

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

November 17, 2009    Brenda Campos
Date                 Type Name                                    Signature