ELMER DEAN MARTIN III #75517
A PROFESSIONAL CORPORATION
22632 GOLDEN SPRINGS DRIVE SUITE 190
P.O. BOX 4670
DIAMOND BAR, CALIFORNIA 91765
(909) 861-6700 (PHONE)
(909) 860-3801 (FACSIMILE)
elmer@bankruptcytax.net
Special Reorganization Tax Counsel for Debtor

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware Corporation,<br><br><br>Debtor and Debtor in Possession. | CASE NO. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>Monthly Statement Regarding Fees and Expenses Incurred By Elmer Dean Martin III, A Professional Corporation, Special Reorganization Tax Counsel For Debtor; Declaration In Support Thereof<br><br>( November 2009) |

Elmer Dean Martin III, A Professional Corporation, counsel to MTI Technology Corporation (the "Debtor"), hereby files its Monthly Statement regarding Fees and Expenses Incurred by Elmer Dean Martin III, A Professional Corporation, for the month of November 2009 (the "Monthly Statement") in compliance with the Order on Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Employed at the Expense of the Bankruptcy Estate, entered by the Court on November 26, 2007 (the "Order"). As set forth in the Firm's billing statements, attached, collectively, as Exhibit 1 to the Declaration of Elmer Dean Martin III, appended hereto, the Firm

1

incurred the following fees and expenses on behalf of the Debtor during the month of November 2009.

| Total fees incurred in September 2009: | $ 580.50 |
| Total expenses for which reimbursement is requested: | $ 55.85 |
| TOTAL: | $ 636.35 |

In accordance with the terms of the Order, the Firm hereby requests payment of $ 464.40, representing 80% of its fees, and $ 55.85, representing 100% of its expenses, for a total of $ 520.25, during this period.

PLEASE TAKE NOTICE that each Notice Party[1] will have until ten (10) days after service of this Monthly Statement (the "Objection Deadline") to review this Monthly Statement and raise any objections thereto. Any objection to this Monthly Statement ("Objection") must: (1) be in writing; (2) set forth the precise nature of the Objection and the amount of objectionable fees and expenses at issue; and (3) be filed with the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, and served on the Firm and the Notice Parties so that the Objection is received by these parties on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE that, if no Objection is timely filed, served and received in response to this Monthly Statement, the Firm will be entitled to payment by the Debtor, without further order of the Court, of 80% of the fees and 100% of the expenses that are the subject of this Monthly Statement. All such payments will be on an interim basis and subject to the filing of a final fee application.

PLEASE TAKE FURTHER NOTICE that, if a timely Objection is filed to this Monthly Statement, the objecting party and the Firm may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection, the Firm may either:

---

[1] Unless otherwise defined herein, the capitalized terms used herein will have the meanings set forth in the Order

2

1  (1) file a request for payment of the disputed amount with the Bankruptcy Court
2  and serve such request on the Notice Parties, which request will be heard on the first
3  available hearing date occurring at least 20 days after the filing and service of such a
4  request (or such other date as the Court may fix); or (2) forego payment of the
5  disputed amount until the next interim or final fee application hearing, at which time
6  the Court will consider and dispose of the Objection. Pending resolution of any
7  timely filed Objection, the Finn will be entitled to payment from the Debtor of the
8  lesser of: (1) 80% of the fees and 100% of the costs and expenses requested in the
9  Monthly Statement, and (2) the aggregate amount of fees and expenses in the
10 Monthly Statement that are not the subject of the Objection. After resolution of an
11 Objection (either consensually or by the Court), the Firm will be entitled to any
12 additional allowed amounts consistent with the terms of the Order.

14 Dated: December 3, 2009

/s/ Elmer Dean Martin III
Elmer Dean Martin III
Elmer Dean Martin III, A Professional Corporation
Special Reorganization Tax Counsel for MTI
Technology Corporation, a Delaware Corporation

## Declaration of Elmer Dean Martin III

I, Elmer Dean Martin III, declare and state as follows:

1. I am counsel to MTI Technology Corporation, a Delaware Corporation in the above-entitled Chapter 11 case. The matters stated herein are within my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. I have read the attached Monthly Statement Regarding Fees and Expenses Incurred By Elmer Dean Martin III, A Professional Corporation, Special Reorganization Tax Counsel For Debtor, as well as the Firm's billing statements ("Billing Statements") for the month of November 2009, a true and complete copy of which is attached hereto as Exhibit 1, and is incorporated herein by this reference. To the best of my knowledge the Billing Statements are an accurate representation of the services performed by the Firm for the period covered by the Billing Statements.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 3rd day of December, 2009, at Diamond Bar, California.

/s/ Elmer Dean Martin III
Elmer Dean Martin III
Elmer Dean Martin III, A Professional Corporation
Special Reorganization Tax Counsel for MTI Technology Corporation, a Delaware Corporation

c:/winword/pleadings/1t3485

ELMER DEAN MARTIN III
POST OFFICE BOX 4070
DIAMOND BAR, CALIFORNIA 91765
(909)861-6700

## *Elmer Dean Martin III*

A PROFESSIONAL CORPORATION
P.O. Box 4070
Diamond Bar, CA 91765
**Statement For Legal Services**
November 2009

MTI Technologies Inc.
Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

    Re: MTI Technologies

**Fees:**

### 52 Reorganization

| Date | Description | Hours |
|---|---|---|
| 11/12/2009 | Telephone conference with Scott Clarkson regarding possible plan alternatives and assemble and email to him additional reference materials and comments. | 0.9 |
| 11/20/2009 | Emails regarding EMC suit. | 0.2 |

|  |  |  |
|---|---|---|
| 52 Reorganization Total: | 1.1 |  |
| EDM Total Time: |  | 1.1 |
| Rate Applied @ $350.00 |  | $ 385.00 |

### 52 Fee/Employment Application:

| Date | Description | Hours |
|---|---|---|
| 11/3/2009 | Prepare File and Serve September and October Monthly Fee Statement. | 2.3 |

|  |  |  |
|---|---|---|
| CM Total Time: |  | 2.3 |
| Rate Applied @ $ 85.00 |  | $ 195.50 |
| EDM & CM Total Fees: |  | $ 580.50 |

**Expenses:**

| | |
|---|---|
| FedEx: | |
| Postage: | $ 3.05 |
| Pacer: | $ 52.80 |
| Lexis: | |
| Total Expenses: | $ 55.85 |
| Total Fees and Expenses | $ 636.35 |

cc: Scott Clarkson
C:\WINWORD\Billing 10'04\Statements\2009 Statements\November 2009\1t12938

Exhibit 1 Page 000005

# *Elmer Dean Martin III*

A PROFESSIONAL CORPORATION
P.O. Box 4070
Diamond Bar, CA 91765
**Statement For Legal Services**
November 2009

|  |  |  |
|---|---:|---:|
| Fees and Expenses Unpaid From Previous Month | $ | 11,029.73 |
| **Account Transactions** | | |
| Balance Forward | $ | 11,029.73 |
| Check Received | $ | - |
| Current Due | $ | 636.35 |
| **Total Due to EDM** | $ | 11,666.08 |

| In re:                                                      |           | CHAPTER : 7                          |
|-------------------------------------------------------------|-----------|--------------------------------------|
| MTI Technology Corporation, a Delaware corporation          | Debtor(s).| CASE NUMBER: 8:07-bk-13347-ES        |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
22632 Golden Springs Drive, Suite 190, Diamond Bar, CA 91765

A true and correct copy of the foregoing document described <u>Monthly Statement Regarding Fees and Expenses Incurred By Elmer Dean Martin III, A Professional Corporation, Special Reorganization Tax Counsel For Debtor; Declaration In Support Thereof **(November, 2009)**</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 3, 2009</u> I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**United States Trustee**
Frank Cadigan        ustpregion16.sa.ecf@usdoj.gov

**Counsel for the Creditor Committee**
Robert Opera, Esq.    pj@winthropcouchot.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL** ~~OR OVERNIGHT MAIL~~ (indicate method for each person or entity served):
On <u>December 3, 2009</u> I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or ~~with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**Debtor and Debtor-in-Possession**
MTI Technologies Inc.
Attn.: Scott Poteracki
15641 Red Hill Ave., Suite 200
Tustin, CA 92780

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2009 | Cynthia Miller | /s/ Cynthia Miller |
|------------------|----------------|---------------------|
| Date             | Type Name      | Signature           |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                      **F 9013-3.1**

| In re:<br>MTI Technology Corporation, a Delaware corporation | | CHAPTER : 7 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

**SERVED BY U.S MAIL**

**Counsel for Original DIP Lender**
William F. Govier
Bingham, McCutchen, LLP
335 S. Grand Ave.
Los Angeles, CA  90071

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

**Counsel for Debtor**
Scott C Clarkson
Clarkson, Gore & Marsella
3424 Carson Street, Suite 350
Torrance, CA 90503

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

**F 9013-3.1**