**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California  90503**
**Telephone:    (310) 542-0111**
**Facsimile:    (310) 214-7254**

Attorneys for MTI Technology Corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In Re | Case No. **8:07-bk-13347-ES** |
| **MTI TECHNOLOGY CORPORATION,** **a Delaware corporation,** | Chapter 11 |
| Debtor in Possession. | **MONTHLY FEE STATEMENTS OF CLARKSON, GORE & MARSELLA FOR PAYMENT OF FEES AND REIMBURSEMENT OF EXPENSES INCURRED FROM NOVEMBER 1, 2009 TO NOVEMBER 30, 2009** |

Clarkson, Gore & Marsella, A Professional Law Corporation ("CGM"), counsel for MTI

Technology Corporation, a Delaware corporation, the Debtor and Debtor in possession herein (the

"Debtor") hereby submits its monthly professional fee statement (the "Monthly Fee Statement") for

allowance and payment of fees and reimbursable expenses incurred from November 1, 2009 through

November 30, 2009 (the "Statement Period") pursuant to the Order Establishing Procedures for Interim

Payment of Fees and Reimbursement of Expenses entered by this Court on November 26, 2007 (the

"Interim Fee Order"). In support of its Monthly Fee Statement, CGM represents as follows:

CGM billed a total of $62,625.50 in fees and incurred $1,881.33 in reimbursable expenses during the Statement Period. A detailed list of all services rendered and expenses incurred by CGM during the Statement Period is attached hereto as Exhibit "1". Exhibit "1" lists the total time expended by CGM, as well as the names of the individuals who performed the services and the hourly billing rate for those individuals. In addition, Exhibit "1" includes a summary by category of service of the services rendered, the total time expended, and dollars requested, detailed listing of the time entries relating to all services rendered and a detailed listing of all expenses incurred during the Statement Period.

Accordingly, CGM respectfully requests that the Debtors pay to CGM a total of $50,100.40 (80% of $62,625.50) and $1,881.33 as compensation for services rendered and expenses incurred during the Statement Period.

Consistent with the Interim Fee Order, CGM is serving a copy of this Monthly Fee Statement (with exhibits) on the Debtors, counsel for the official committee of unsecured creditors, counsel for the debtor-in-possession lender, and the designated attorney for the Office of the United States Trustee of California.

Dated: December 11, 2009

CLARKSON, GORE & MARSELLA
A Professional Law Corporation


By: _____
    Scott C. Clarkson
    Eve A. Marsella
Attorneys for Debtor and Debtor in Possession MTI
Technology Corporation

# DECLARATION OF EVE A. MARSELLA

I, Eve A. Marsella, do hereby declare as follows:

1.    I am an attorney with the law firm of Clarkson, Gore & Marsella ("CGM"). I am an attorney licensed to practice law in the State of California and admitted to practice before the Federal Courts in the Central District of California.  I have either personal knowledge or have gained knowledge of the following facts from the business records of CGM which are obtained, created and maintained in the ordinary course of business.  If called upon to testify to the following facts, I would and could competently testify thereto.

2.    I submit this declaration in support of the Monthly Statement of Clarkson, Gore & Marsella for Payment of Fees and Reimbursement of Expenses Incurred From November 1, 2009 through November 30, 2009 (the "Monthly Statement").

3.    The document attached hereto as Exhibit "1" fully and accurately sets forth all fees actually earned and reimbursable expenses incurred by CGM from November 1, 2009 through November 01, 2009  in connection with its engagement as counsel to the Debtor.

I declare under penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct. Executed this 11th day of December, 2009 in Torrance, California.

Eve A. Marsella

# EXHIBIT "1"

# CLARKSON, GORE & MARSELLA
### A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, CA  90503

---

Scott Poteracki, CRO
MTI Technologies, Inc.
15641 Red Hill Ave., Suite 200
Tustin, CA 92780

December 11, 2009

| Invoice # | 24543 |
|---|---|
| In Reference To: | Client No. 8014.02<br>Chapter 11 Matters |

Professional Services Rendered

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/1/2009 | IS | (Time-slip inadvertently omitted from previous invoice) - 10/01/09 Further work on preparation of factual issues related to claim for money on subcontracted computer tech services. | 0.20 | 80.00 |
|  | IS | (Time-slip inadvertently omitted from previous invoice) - 10/05/09 Further work on modifying documentary evidence chart and the organization for presentation of documentary evidence related to the subcontracting invoices claim | 0.30 | 120.00 |
|  | IS | (Time-slip inadvertently omitted from previous invoice) - 10/02/09 Preparation of subject descriptions related to Finder's Fees Claim to incorporate into notice of deposition of persons most knowledgeable at EMC. | 1.00 | 400.00 |
|  | IS | (Time-slip inadvertently omitted from previous invoice) - 10/05/09 Further work on preparation of follow-up inquiries by MTI to EMC on past due Collective invoices. | 0.60 | 240.00 |
|  | IS | (Time-slip inadvertently omitted from previous invoice) - 10/05/09 Preparation of email message to Shawn Smith about his email message regarding follow-up inquires by MTI to EmC on Collective invoices. | 0.20 | 80.00 |
|  | IS | (Time-slip inadvertently omitted from previous invoice) - 10/06/09 Review and analysis of email message from Shawn Smith regarding various issues arising in his project to accoumulate documentary evidence to support the claim on subcontract invoices. | 0.20 | 80.00 |
|  | IS | (Time-slip inadvertently omitted from previous invoice) - 10/14/09 Further investigation of facts related to the claim for relief to recover incentive rebates. | 1.80 | 720.00 |
|  | IS | (Time-slip inadvertently omitted from previous invoice) - 10/23/09 Preparation of email message to Eve Marsella and Scott Clarkson giving an update of the agreements reached in my telephone conference with Dave Wilson and Rolph Woolner regarding upcoming depositions. | 0.30 | 120.00 |

---

Telephone:  (310) 542-0111                                          Fax:  (310) 214-7254

Scott Poteracki, CRO
Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/2/2009 | EAM | Prepare amended notices regarding claim objections 255 & 398 | 0.30 | 118.50 |
| | EAM | Telephone call from R. Opera regarding Collective request for D&O policy | 0.10 | 39.50 |
| | EAM | Conference with Scott C. Clarkson regarding D&O policy and Debtor's records (Collective) | 0.20 | 79.00 |
| | EAM | Review file regarding responses to document production request by EMC regarding finder's fees, checks, etc. | 0.30 | 118.50 |
| | EAM | Telephone call from K. Peterson regarding request for bylaws, articles of incorporation and D&O policy (.3); telephone calls to Payam K. regarding same (.1) | 0.40 | 158.00 |
| | AMS | Begin preparation of MTI's RFA responses (EMC) (.5); research procedural objections to RFA and prepare memorandum regarding same (.8) | 1.30 | 227.50 |
| 11/3/2009 | IS | Review of interrogatory responses from EMC. | 0.80 | 320.00 |
| | IS | Preparation of EMC's interrogatory responses | 0.40 | 160.00 |
| | IS | Review and analysis of responses to request for production of document served on MTI by EMC. | 0.70 | 280.00 |
| | IS | Initial review and analysis of the document attached to EMC's response to request for production number 1 dealing with ordinary course of business. | 0.60 | 240.00 |
| | IS | Review EMC's documents attached to its response to request for production number 2 and the documents and the documents related to the New Value defense. | 0.40 | 160.00 |
| | IS | Initial review of documents attached to EMC's response to request for production of document number 3; Related to subcontract invoices that were pending approval. | 0.40 | 160.00 |
| | IS | Initial review of documents attached to EMC's response to request for production of documents number 6 related to email messages on the subject of the subcontract invoices. | 0.50 | 200.00 |
| | IS | Initial review and analysis of documents attached to EMC's response to request for production od documents number 8. | 0.40 | 160.00 |
| | IS | Initial review and analysis of documents attached to EMC's response to request for production of documents number 10, related to the issues of finder's fees. | 0.60 | 240.00 |
| | IS | Continued work on preparation of certain responses to EMC's interrogatories, served on MTI. | 0.80 | 320.00 |
| | CMF | Drafted order on claim objection to priority wages Set 2 | 0.30 | 75.00 |
| | EAM | Telephone call from Edward Kirnbauer regarding preference action | 0.10 | 39.50 |
| | EAM | Email to and from T. Schaeffer regarding document production request no. 12 | 0.10 | 39.50 |
| | EAM | Review/analysis of EMC document production request, request for admissions, interrogatories | 2.00 | 790.00 |

Scott Poteracki, CRO
Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/3/2009 | EAM | Telephone calls to and conference with C. Spencer regarding EMC/FS and review files regarding same | 0.50 | No Charge |
| | EAM | Prepare draft motion to reject (EMC) | 1.20 | 474.00 |
| | EAM | All hands conference call with MTI, Opera, etc. | 1.20 | 474.00 |
| | EAM | Review file regarding EMC license and email to R. Opera regarding same | 0.10 | 39.50 |
| | EAM | Telephone call from T. Raimondi regarding William Kerley (.1); email to R. Golubow regarding same (.2) | 0.30 | 118.50 |
| | EAM | Telephone call from T. Schaeffer regarding response to EMC document production request no. 12 | 0.20 | 79.00 |
| | AMS | Begin preparation of MTI's responses to EMC interrogatories regarding denial of RFA, including a review of notes from litigation meeting with Eve A. Marsella and IS | 2.50 | 437.50 |
| | AMS | Meeting with Eve A. Marsella to discuss MTI responses to discovery and follow up on open items to complete | 1.20 | 210.00 |
| | AMS | Further drafting of interrogatory responses from MTI to EMC (1.4); begin preparing MTI's responses to EMCs document production request (1.6); further drafting of MTI's responses to Request for Admissions (1.0); research regarding objections to interrogatories (.6); research objections to document production requests (.4) | 5.00 | 875.00 |
| | SCC | Conference call with MTI officer and Committee Counsels regarding overview of case and litigation status. | 1.20 | 540.00 |
| 11/4/2009 | IS | Review and analysis and prepared memorandum regarding documents produced by EMC on the claim for finder's fees. | 1.70 | 680.00 |
| | CGS | Initial review of exhibits to EMC complaint. | 0.40 | No Charge |
| | CGS | Telephone conference with Ms. Marsella regarding set-off issues (.3); Initial review of research and documents related to same (.7) | 1.00 | 275.00 |
| | CMF | Drafted order on objection to Claim No. 384 of Raul Melecio and Claim No. 23 of Richard Cohen. | 0.20 | 50.00 |
| | EAM | Email draft motion to reject to I. Saperstein regarding EMC | 0.10 | No Charge |
| | EAM | Telephone call from T. Schaeffer regarding indemnification agreements for Collective employees | 0.20 | 79.00 |
| | EAM | Telephone call from Courtney Hylton, counsel for FS | 0.30 | 118.50 |
| | EAM | Email to and from Lindy Herman regarding fees | 0.10 | 39.50 |
| | EAM | Telephone call from T. Raimdoni regarding EMC board observation rights | 0.20 | 79.00 |
| | EAM | Telephone call from T. Schaeffer regarding D&O policy | 0.40 | 158.00 |
| | EAM | Telephone call from Kirnbauer regarding preference action | 0.20 | No Charge |
| | SCC | Telephone call from R. Fefferman regarding principal compensation issues | 0.30 | 135.00 |

Scott Poteracki, CRO

Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/5/2009 | BRG | Conference with Ms. Marsella regarding Stock Purchase Agreement and Voting Agreement; Conference call with Mr. Raimondi regarding same. | 0.50 | 212.50 |
| | BRG | Begin reviewing documents related to preference issues. | 0.90 | 382.50 |
| | BRG | Conference with Mr. Saperstein and Ms. Marsella regarding EMC preference issues. | 0.50 | 212.50 |
| | IS | In depth review and analysis of EMC's responses to Request for Admission and writing of memorandum of written request, responses, especially the responses to the interrogatories. | 1.60 | 640.00 |
| | IS | Preparation of memorandum regarding EMC's responses to Request for Admissions. | 1.70 | 680.00 |
| | IS | Attendance at meeting with Eve Marsella and Anna Scheneider regarding Discovery. | 3.00 | 1,200.00 |
| | CGS | Legal research regarding offset issues. | 1.50 | 412.50 |
| | EAM | Litigation meeting with I. Saperstein and Anna M. Schneider regarding EMC status, including discovery and responses (3.00 - bill half time) | 1.50 | 592.50 |
| | EAM | Review documents produced by EMC in discovery | 1.00 | 395.00 |
| | EAM | Telephone call from T. Raimondi and conference with Barry R. Gore regarding EMC ownership interest | 0.50 | 197.50 |
| | AMS | Complete review of docket in Post-Confirmation Specialists v. FS and highlight pertinent documents for present FS case | 1.20 | 210.00 |
| | AMS | Complete memorandum on research regarding deposing corporate employees | 0.30 | 52.50 |
| | AMS | Review T. Raimondi emails (FS) | 0.60 | 105.00 |
| | AMS | Meeting with Eve A. Marsella and I. Saperstein regarding discovery and complaint issues, etc. | 3.00 | 525.00 |
| | AMS | Review documents to produce to EMC | 2.00 | 350.00 |
| | AMS | Reivew and analyze memorandum from I. Saperstein regarding EMCs discovery responses | 0.40 | No Charge |
| | SCC | Telephone conference with Richard Fefferman regarding fee application timing and reports | 0.30 | 135.00 |
| 11/6/2009 | IS | In depth review and analysis of EMC's responses to Interrogatories. | 1.80 | 720.00 |
| | IS | Preparation of memorandum regarding EMC's responses to Interrogatories. | 2.00 | 800.00 |
| | IS | Analyze the invoice numbers listed by EMC as disputed. These are the subcontract invoices. | 0.60 | 240.00 |
| | CGS | Further legal research regarding UCC and offset issues (1.5); Telephone conference with Ms. Marsella regarding results of same (.4); Further legal research regarding Massachusetts law (1.8); Work on research memorandum regarding set-off issues (2.0) | 5.70 | 1,567.50 |

Scott Poteracki, CRO
Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/6/2009 | CMF | Reserach on case law regarding defenses in EMC adversary (0.3) and amending complaint (0.8) | 1.10 | 275.00 |
| | EAM | Conference with Scott C. Clarkson regarding FS status | 0.10 | 39.50 |
| | EAM | Telephone call from T. Raimondi regarding EMC voting agreement | 0.20 | 79.00 |
| | EAM | Prepare stipulation to continue responsive date (.3); email to Courtney Hylton regarding same (.1) | 0.40 | 158.00 |
| | AMS | Review client documents for responsive documents to Request No. 3 to EMC document production request | 1.30 | 227.50 |
| | EAM | Telephone calls to and conference with Chandra G. Spencer regarding offset | 0.40 | No Charge |
| 11/7/2009 | IS | Continued review and analysis of responses by EMC to Discovery requests written by MTI | 1.50 | 600.00 |
| 11/9/2009 | IS | Review email message from Ms. Marsella regarding request for production number 2 served by EMC; Response email regarding the question about request for production number 2. | 0.30 | 120.00 |
| | IS | Review e-mail message regarding revised phone numbers; Instructions regarding same. | 0.10 | 40.00 |
| | IS | Review and analysis of e-mail message from Eve Marsella regarding comments on responses to requests for production of documents, numbered 12 and 13; Preparation of reply to Eve Marsella. | 0.30 | 120.00 |
| | IS | Preparation of supplement to memorandum regarding responses of EMC to request for admission. | 0.80 | 320.00 |
| | IS | Preparation of supplement memorandum outlining the responses of EMC to request for production of documents. | 1.60 | 640.00 |
| | EAM | Telephone call from T. Raimondi regarding documents to EMC (.5); and email to S. Smith regarding same (.3 -n/c) | 0.50 | 197.50 |
| | EAM | Email to I. Saperstein regarding document request No. 2 | 0.20 | No Charge |
| | EAM | Prepare October fee statement | 0.20 | 79.00 |
| | AMS | Review list of names from document database and compare to MTI's early disclosure list of witnesses regarding potential witnesses | 0.70 | 122.50 |
| | AMS | Review of MTI documents to determine relevant documents responsive to EMC document production request | 2.30 | 402.50 |
| 11/10/2009 | BRG | Review and analyze Voting Agreement; Review Securities Purchase Agreement and Certificate of Designation; Conference with Ms. Marsella. | 2.40 | 1,020.00 |
| | IS | Preparation of revisions to draft responses of MTI to request for admissions propounded by EMC on MTI. | 2.20 | 880.00 |
| | CMF | Review of Lifeboat notes on preference action (0.1) Telephone conference with Kevin Scull regarding preference action against Lifeboat (0.1) | 0.20 | 50.00 |

Scott Poteracki, CRO
Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/10/2009 | CMF | Prepared order on claim objection to Claim No. 9 of Formcenter | 0.20 | 50.00 |
| | EAM | Review and respond to R. Golubow email regarding insurance coveryage, including a review of run-off D&O coverage | 0.30 | 118.50 |
| | EAM | Telephone call from T. Schaeffer regarding leasing issues | 0.10 | 39.50 |
| | EAM | Document reivew in preparation for production of documents to EMC | 1.50 | 592.50 |
| | EAM | Review I. Saperstein 11/5/09 memorandum regarding EMC responses | 0.20 | No Charge |
| | AMS | Review email from Eve A. Marsella to IS regarding MTI's response to document request no. 2 | 0.10 | No Charge |
| | AMS | Review documents for responses to EMC's document request, set one | 3.00 | 525.00 |
| 11/11/2009 | BRG | Further review of agreement. | 0.60 | 255.00 |
| | IS | Meeting of litigation team regarding prospective written Discovery Responses by MTI to EMC and other discovery matters. | 1.50 | 600.00 |
| | IS | Telephone call with Tom Raimondi and Eve Marsella and Anna Schneider regarding various factual issues related to discovery. | 0.70 | 280.00 |
| | IS | Telephone conference with Eve Marsella, Tom Raimondi, Scott Poteracki and Shawn Smith regarding discovery and factual issues related to Discovery. | 1.50 | 600.00 |
| | IS | Initial skimming of settlement proposal, 10 pages long, submitted by EMC to MTI. | 0.60 | 240.00 |
| | CMF | E-mails with Kevin Scull regarding Lifeboat preference action (0.1) Meeting with Eve A. Marsella regarding Lifeboat preference action (0.1) | 0.20 | 50.00 |
| | EAM | Telephone call from T. Raimondi regarding EMC settlement | 0.10 | 39.50 |
| | EAM | Review EMC settlement (.5); conference with Scott C. Clarkson regarding same (.2) | 0.70 | 276.50 |
| | EAM | Conference with Christine M. Fitzgerald regarding Lifeboat status and settlement | 0.20 | 79.00 |
| | EAM | Litigation meeting with I. Saperstein and Anna M. Schneider, including telephone call from T. Raimondi, etc. regarding EMC discovery and course of action | 2.50 | 987.50 |
| | EAM | Prepare Errata regarding Exhibit A to Complaint (EMC) | 0.20 | 79.00 |
| | AMS | Read email from I. Saperstein regarding revisions to RFA responses | 0.10 | No Charge |
| | AMS | Review revised responses to RFA, incorporating I. Saperstein revisions | 0.30 | 52.50 |
| | AMS | Litigation meeting with I. Saperstein and Eve A. Marsella regarding status, settlement, discovery | 1.50 | 262.50 |

Scott Poteracki, CRO
Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/11/2009 | AMS | Review and analysis of settlement letter and exhibits | 0.60 | 105.00 |
| | AMS | Conference call with I. Saperstein, Eve A. Marsella and MTI regarding document production responses (1.5 - bill half at .7); meeting with Eve A. Marsella regarding revisions to RFA (1.3) | 2.00 | 350.00 |
| | AMS | Revise MTI's responses to discovery, per Eve A. Marsella revisions | 1.80 | 315.00 |
| | SCC | Conference with I. Saperstein and Email to Marsella regarding litigation and discovery issues; EMC claim issues | 1.30 | 585.00 |
| 11/12/2009 | EAM | Review insurance documents (.4) and letter to Carolina Casualty (.4) (FS and Collective) | 1.40 | 553.00 |
| | EAM | Review EMC documents responsive to EMC discovery request | 1.00 | 395.00 |
| | EAM | Telephone calls to T. Schaeffer regarding EMC documents in response to discovery request | 0.30 | 118.50 |
| | EAM | Telephone call from T. Raimondi regarding Collective invoices (EMC) | 0.10 | 39.50 |
| | EAM | Telephone call from T. Raimondi regarding Manicasal Proof of Claim and potential basis for objection | 0.30 | 118.50 |
| | EAM | Telephone call from K. Peterson, Collective attorney, regarding D&O policy and email to Kerry Peterson regarding same | 0.20 | 79.00 |
| | AMS | Meeting with Eve A. Marsella regarding document review | 1.30 | No Charge |
| 11/13/2009 | IS | Telephone conference with Rolf Woolner regarding deposition schedules and other discovery matters. | 0.40 | 160.00 |
| | IS | Very careful study of 10-page settlement proposal from EMC to MTI. | 2.00 | 800.00 |
| | IS | Preparation of internal memorandum evaluating the issues raised in EMC's settlement proposal, evaluating the merits of EMC's position as set forth in the settlement proposal. | 1.80 | 720.00 |
| | CGS | Further legal research regarding UCC and bankruptcy issues pertaining to set-off (2.0); Work on memorandum regarding same (1.3) | 3.30 | 907.50 |
| | EAM | Telephone call from T. Raimondi regarding EMC settlement offer | 0.30 | 118.50 |
| | EAM | Telephone call from T. Raimondid regarding service areas and review draft email | 0.20 | 79.00 |
| | EAM | Telephone calls to I. Saperstein regarding settlement offer | 0.20 | 79.00 |
| | AMS | Further review of MTI documents for responsive documents to EMC document production request | 2.30 | 402.50 |
| | AMS | Conference with Eve A. Marsella regarding document production response (.2 - n/c); review T. Raimondi emails regarding EMC service relationships (.4) | 0.40 | 70.00 |
| | AMS | Review of I. Saperstein letter regarding EMC's settlement letter and potential reply (.2); review I. Saperstein email regarding EMC discovery scheduling and reference with deposition schedulilng (.2) | 0.40 | 70.00 |

Scott Poteracki, CRO
Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/15/2009 | CGS | Further draft and revise memorandum regarding set-off issues. | 0.80 | 220.00 |
| 11/16/2009 | IS | Review and analysis of reply e-mail from Eve Marsella regarding proposed discovery scheduling modifications. | 0.10 | 40.00 |
| | IS | Review and analysis of legal memorandum regarding the offset issue | 2.00 | 800.00 |
| | IS | Preparation of memorandum regarding the legal issues on offset and recommendations for further legal research. | 2.20 | 880.00 |
| | CGS | Revise and finalize memorandum regarding set-off issues (.5); Memorandum to Ms. Marsella regarding same (1.1); Review memorandum from Mr. Saperstein and Ms. Marsella regarding additional research and follow up to same (.7) | 2.30 | 632.50 |
| | CMF | E-mail with Kevin Scull regarding Lifeboat preference action | 0.10 | 25.00 |
| | AMS | Further review and analysis of Register of Actions regarding P.C. Specialists regarding documents relevant to pending action | 1.40 | 245.00 |
| | AMS | Review email memorandum from T. Raimondi regarding service relationships | 0.30 | 52.50 |
| | AMS | Review T. Raimondi emails regarding MTI's responses to Production of Documents from EMC | 1.30 | 227.50 |
| 11/17/2009 | IS | Locate and review and analyze EMC's contentions of law regarding their right to exercise offsett to subcontract and input. | 0.40 | 160.00 |
| | IS | Preparation of memorandum to C. Spencer regarding supplemental instructions for legal research. | 0.30 | 120.00 |
| | IS | Work on preparation of responses to interrogatories served by EMC to MTI. | 1.80 | 720.00 |
| | CGS | Review additional memorandum from Mr. Saperstein regarding follow-up research. | 0.20 | 55.00 |
| | CMF | E-mail to Eve A. Marsella regarding summary of Lifeboat preference action (0.1) E-mail to Kevin Scull regarding Lifeboat preference action (0.1) | 0.20 | 50.00 |
| | EAM | Telephone call from T. Raimondi regarding EMC discovery and settlement | 0.30 | 118.50 |
| | EAM | Email to S. Poteracki regarding Lifeboat proposed settlement | 0.10 | 39.50 |
| | EAM | Telephone calls to T. Schaeffer regarding Collective documents, etc. | 0.50 | 197.50 |
| | EAM | Review Series A & B documents regarding relevancy to EMC litigation | 0.50 | 197.50 |
| | AMS | Review email from Eve A. Marsella regarding discovery scheduling | 0.10 | No Charge |
| | AMS | Review email from I. Saperstein regarding EMC offset and attached memorandum regarding analysis of offset per MA law | 0.40 | No Charge |
| | AMS | Review documents responsive to EMC Production of Documents reqiest | 1.30 | 227.50 |

Scott Poteracki, CRO
Client No. 8014.02

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/18/2009 | IS | Meeting with Eve Marsella and Anna Scheneider and partly with Scott Clarkson regarding discovery responses coming due from MTI, and multiple factual and legal issues. | 3.00 | 1,200.00 |
| | IS | Preparation of e-mail message to EMC's attorneys regarding depositions and written discovery. | 0.50 | 200.00 |
| | IS | Telephone message to Rolf Woolmer regarding depositions schedule and Discovery issues. | 0.20 | 80.00 |
| | IS | Telephone conference with David Wilson regarding depositions schedules and various Discovery issues. | 0.20 | 80.00 |
| | IS | Telephone conference with Rolf Woolner regarding depositions, written discovery responses and various issues of fact and law and settlement discussions. | 0.60 | 240.00 |
| | CMF | E-mail to Kevin Scull (Lifeboat) regarding extension to respond to Complaint (0.1) Drafted stipulation to extend time to respond to Complaint (0.2)  Drafted order on stiupulation (0.1) | 0.40 | 100.00 |
| | EAM | Litigation meeting with I. Saperstein and Anna M. Schneider regarding discovery and settlement | 3.00 | 1,185.00 |
| | EAM | Telephone call from R. Feferman regarding perference documents | 0.20 | No Charge |
| | EAM | Telephone call from T. Schaeffer regarding Committee document request and ordering from bank (.3); email to R. Feferman regarding same (.1) | 0.40 | 158.00 |
| | AMS | Litigation meeting with I. Saperstein and Eve A. Marsella regarding discovery responses, course of action, etc. | 3.00 | 525.00 |
| 11/19/2009 | BRG | Further review of Voting Agreement and Series A and B documents | 1.90 | 807.50 |
| | EAM | Review WFBC contract and email to T. Schaeffer regarding same | 0.50 | 197.50 |
| | EAM | Research regarding assignments, sales and offsets | 1.50 | 592.50 |
| | EAM | Review potential witness list (EMC) | 0.20 | 79.00 |
| | EAM | Telephone call from T. Raimondi regarding preferences and medical program | 0.20 | 79.00 |
| | EAM | Telephone call from T. Raimondi and S. Poteracki regarding EMC claim | 0.40 | 158.00 |
| | EAM | Conference with Scott C. Clarkson regarding WFB and findings of fact regarding same | 0.20 | 79.00 |
| | AMS | Meeting with Eve A. Marsella regarding WFB agreement and potential witnesses | 0.50 | 87.50 |
| | AMS | Review documents for responses to EMC Production of Documents request | 1.80 | 315.00 |
| | SCC | Telephone call with T. Ramondi and S. Poteracki regarding EMC claim matters | 0.70 | 315.00 |
| 11/20/2009 | CGS | Additional review of documents and file for Discovery Plan and Rule 26 Disclosures; Discussion with Ms. Marsella regarding same (Fusion Storm) | 2.10 | 577.50 |

Scott Poteracki, CRO

Client No. 8014.02

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 11/20/2009 | CGS | Conference with Ms. Marsella regarding set-off issues (.2); Work on additional research needed (.9) | 1.10 | 302.50 |
| | EAM | Telephone call from T. Raimondi regarding EMC administrative claim and categories | 0.50 | 197.50 |
| | EAM | Telephone call from T. Raimondi regarding WFBC agreement and documents contained on Joyce Shinn's computer | 0.50 | 197.50 |
| | EAM | Conference with Anna M. Schneider regarding EMC administrative claim | 0.20 | No Charge |
| | AMS | Review documents from client and analyze for response to EMCs Production of Documents | 2.30 | 402.50 |
| 11/21/2009 | AMS | Review emails from T. Raimondi regarding responsive documents to Production of Documents request | 1.80 | 315.00 |
| 11/23/2009 | BRG | Telephone conference with Ms. Marsella regarding various issues; Telephone conference with Mr. Clarkson regarding same. | 0.50 | 212.50 |
| | CGS | Further research regarding set-off issues. | 1.80 | 495.00 |
| | EAM | Telephone call from R. Feferman regarding preferences | 0.10 | 39.50 |
| | EAM | Conference with Barry R. Gore regarding MTI/EMC stock ownership | 0.30 | 118.50 |
| | EAM | Review EMC file regarding setoff research | 0.50 | 197.50 |
| | AMS | Review memorandum from I. Saperstein regarding EMC discovery responses | 0.60 | 105.00 |
| 11/24/2009 | IS | Continued work on written discovery responses by MTI to EMC and review pre-trial scheduling and deposition planning. | 2.20 | 880.00 |
| | IS | Legal research on preference claim and it's interplay with claims against the estate pre-petition and administrative. | 1.20 | 480.00 |
| | CMF | Review and revision to orders on objection to Claim No. 398 of Stradling Yocca, Claim No. 255 of Steven Cote and Omnibus Objection to Shareholder Claims Set 12. | 0.30 | 75.00 |
| | EAM | Review Committee settlement agreement for preference defendants | 0.20 | 79.00 |
| | EAM | Telephone calls to and conference with I. Saperstein regarding EMC discovery responses | 0.80 | 316.00 |
| | EAM | Telephone calls to T. Schaeffer regarding payments to EMC (.2); review payment plan schedule and payments in preference period (.4) | 0.60 | 237.00 |
| | EAM | Email to and from C. Miller regarding fee application | 0.10 | 39.50 |
| | EAM | Further review of WFBC account purchase agreement and files regarding related documents regarding EMC | 1.00 | 395.00 |
| | EAM | Telephone call from T. Schaeffer regarding preference review, work flow, etc. | 0.20 | 79.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 11/24/2009 | EAM | Telephone call from T. Raimondi regarding WFBC (EMC) | 0.10 | 39.50 |
| | AMS | Further analysis of documents for response to Production of Documents from EMC | 2.00 | 350.00 |
| | AMS | Review T. Raimondi emails for relevance to responses to EMC Production of Documents request | 1.90 | 332.50 |
| 11/25/2009 | IS | Preparation for meeting/ telephone conference with Anna Schneider and Eve Marsella regarding discovery and various legal research issues. | 0.30 | 120.00 |
| | IS | Telephone conference with Eve Marsella and Anna Schneider regarding discovery issues, various issues of fact and various issues of law. | 0.80 | 320.00 |
| | IS | Review and analysis of e-mail message from Eve Marsella regarding EMC's post petition administrative claim and various factual points and issues. | 0.20 | 80.00 |
| | IS | Review and analysis of e-mail memorandum from Anna Schneider regarding important facts that demonstrate deviation from ordinary course of business. | 0.30 | 120.00 |
| | CMF | Review and revision to exhibits in support of objection to Claim 212 of FM Crystal Mountain and revision to declaration of CMF | 0.50 | 125.00 |
| | AMS | Telephone call from Eve A. Marsella and I. Saperstein regarding preference, WFB agreement and discovery responses | 1.00 | 175.00 |
| | AMS | Conference with Eve A. Marsella and T. Schaeffer regarding payment schedule for EMC | 0.30 | No Charge |
| | AMS | Email to I. Saperstein regarding T. Schaeffer conversation regarding payment to EMC | 0.20 | 35.00 |
| | AMS | Analyze documents in MTI files for responses to Production of Documents requests | 2.10 | 367.50 |
| | AMS | Continued review of MTI documents for responsiveness to EMC Production of Documents request | 2.00 | 350.00 |
| 11/28/2009 | IS | Work on responding to interrogatories on the subject of EMC's claim against the bakruptcy estate. | 2.00 | 800.00 |
| 11/29/2009 | AMS | Review of T. Raimondi emails from 2006 to July 2007 regarding responsiveness to EMC Production of Documents request | 2.40 | 420.00 |
| 11/30/2009 | IS | Continued work on drafting responses to interrogatories served by EMC to MTI. | 2.60 | 1,040.00 |
| | IS | Meeting with Eve Marsella and Ana Schneider regarding facts pertinent to responses to interrogatories and various related issues of facts and law. | 2.90 | 1,160.00 |
| | IS | Telephone conference with Tom Raimondi, Eve Marsella and Anna Schneider present, concerning various interrogatory responses and regarding EMC' s purported postpetition claim and facts pertinent to a claim by MTI against EMC for payment of earned rebates. | 0.90 | 360.00 |
| | EAM | Telephone calls to and conference with C. Hilton, counsel for FusionStorm, regarding case and potential settlement | 0.50 | 197.50 |

Scott Poteracki, CRO                                                              Page   12
Client No. 8014.02

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 11/30/2009 | AMS | Review MTI documents regarding responsiveness to EMC Production of Documents request | 0.80 | 140.00 |
|  | AMS | Litigation meeting with Eve A. Marsella and I. Saperstein regarding discovery responses to EMC | 3.50 | 612.50 |
|  | AMS | Revise MTI's responses to RFA to incorporate Eve A. Marsella revisions and email to I. Saperstein regarding same | 0.30 | 52.50 |
|  | EAM | Review and revise draft discovery responses   * | 0.80 | No Charge |
|  | EAM | Litigation meeting with I. Saperstein and Anna M. Schneider regarding discovery and various case issues | 3.50 | 1,382.50 |

**Total for Professional Services Rendered**                      205.70 $62,625.50

Additional Charges :

|  |  |  | Price |  |
|---|---|---|---|---|
| 11/1/2009 | OE | PACER - Computerized Court Docket Research | 10.00 | 10.00 |
|  | OE | Lexis Nexis - Computerized Research | 173.23 | 173.23 |
| 11/4/2009 | OE | Filing fee for Amended Schedule F | 26.00 | 26.00 |
| 11/30/2009 | OE | Postage | 117.70 | 117.70 |
|  | OE | Photocopies | 0.20 | 1,554.40 |

**Total Costs**                                                   $1,881.33

**CLARKSON, GORE & MARSELLA**

12/11/2009

*Periodic Totals Report "Attorney" for Client No. 8014.02*

Page   1

| Attorney<br>Activity | 11/1/2009 | Monthly<br>Totals |
|---|---|---|
| Attorney: Anna M. Schneider | | |
| Litigation | | |
| Hours | 64.20 | 64.20 |
| Fees | 11235.00 | 11235.00 |
| Total | 11235.00 | 11235.00 |
| Anna M. Schneider | | |
| Hours | 64.20 | 64.20 |
| Fees | 11235.00 | 11235.00 |
| Total | 11235.00 | 11235.00 |
| Attorney: Barry R. Gore | | |
| Corporate Work | | |
| Hours | 4.90 | 4.90 |
| Fees | 2082.50 | 2082.50 |
| Total | 2082.50 | 2082.50 |
| Litigation | | |
| Hours | 2.40 | 2.40 |
| Fees | 1020.00 | 1020.00 |
| Total | 1020.00 | 1020.00 |
| Barry R. Gore | | |
| Hours | 7.30 | 7.30 |
| Fees | 3102.50 | 3102.50 |
| Total | 3102.50 | 3102.50 |
| Attorney: Chandra G. Spencer | | |
| Litigation | | |
| Hours | 19.80 | 19.80 |
| Fees | 5445.00 | 5445.00 |
| Total | 5445.00 | 5445.00 |
| Chandra G. Spencer | | |
| Hours | 19.80 | 19.80 |
| Fees | 5445.00 | 5445.00 |
| Total | 5445.00 | 5445.00 |
| Attorney: Christine M. Fitzgerald | | |
| Claims Admin. | | |
| Hours | 1.50 | 1.50 |
| Fees | 375.00 | 375.00 |
| Total | 375.00 | 375.00 |
| Litigation | | |
| Hours | 2.20 | 2.20 |
| Fees | 550.00 | 550.00 |
| Total | 550.00 | 550.00 |
| Christine M. Fitzgerald | | |
| Hours | 3.70 | 3.70 |
| Fees | 925.00 | 925.00 |
| Total | 925.00 | 925.00 |
| Attorney: Eve Marsella | | |
| Asset Analysis | | |
| Hours | 0.10 | 0.10 |
| Fees | 39.50 | 39.50 |
| Total | 39.50 | 39.50 |
| Assum/Rej Lease | | |
| Hours | 1.30 | 1.30 |
| Fees | 513.50 | 513.50 |
| Total | 513.50 | 513.50 |

**CLARKSON, GORE & MARSELLA**                                    12/11/2009

*Periodic Totals Report "Attorney" for Client No. 8014.02*            Page  2

| Attorney Activity | 11/1/2009 | Monthly Totals |
|---|---|---|
| **Case Admin.** | | |
| Hours | 1.20 | 1.20 |
| Fees | 474.00 | 474.00 |
| Total | 474.00 | 474.00 |
| **Claims Admin.** | | |
| Hours | 1.10 | 1.10 |
| Fees | 434.50 | 434.50 |
| Total | 434.50 | 434.50 |
| **Fee Application** | | |
| Hours | 0.20 | 0.20 |
| Fees | 79.00 | 79.00 |
| Total | 79.00 | 79.00 |
| **Fee/Emp. App.** | | |
| Hours | 0.20 | 0.20 |
| Fees | 79.00 | 79.00 |
| Total | 79.00 | 79.00 |
| **Litigation** | | |
| Hours | 34.30 | 34.30 |
| Fees | 13548.50 | 13548.50 |
| Total | 13548.50 | 13548.50 |
| **Eve Marsella** | | |
| Hours | 38.40 | 38.40 |
| Fees | 15168.00 | 15168.00 |
| Total | 15168.00 | 15168.00 |
| **Attorney: Israel Saperstein** | | |
| **Litigation** | | |
| Hours | 62.60 | 62.60 |
| Fees | 25040.00 | 25040.00 |
| Total | 25040.00 | 25040.00 |
| **Israel Saperstein** | | |
| Hours | 62.60 | 62.60 |
| Fees | 25040.00 | 25040.00 |
| Total | 25040.00 | 25040.00 |
| **Attorney: Scott C. Clarkson** | | |
| **Case Admin.** | | |
| Hours | 1.50 | 1.50 |
| Fees | 675.00 | 675.00 |
| Total | 675.00 | 675.00 |
| **Fee Application** | | |
| Hours | 0.30 | 0.30 |
| Fees | 135.00 | 135.00 |
| Total | 135.00 | 135.00 |
| **Litigation** | | |
| Hours | 2.00 | 2.00 |
| Fees | 900.00 | 900.00 |
| Total | 900.00 | 900.00 |
| **Scott C. Clarkson** | | |
| Hours | 3.80 | 3.80 |
| Fees | 1710.00 | 1710.00 |
| Total | 1710.00 | 1710.00 |
| **Grand Total** | | |
| Hours | 199.80 | 199.80 |
| Fees | 62625.50 | 62625.50 |
| Total | 62625.50 | 62625.50 |

**CLARKSON, GORE & MARSELLA**

*Periodic Totals Report "COSTS" for Client No. 8014.02*

12/11/2009

Page  1

| Activity | 11/1/2009 | Monthly Totals |
|---|---|---|
| Filing Fee-Amnd | | |
| Costs | 26.00 | 26.00 |
| LexisNexis Rsch | | |
| Costs | 173.23 | 173.23 |
| PACER Doc Rsch | | |
| Costs | 10.00 | 10.00 |
| Photocopies | | |
| Costs | 1554.40 | 1554.40 |
| Postage | | |
| Costs | 117.70 | 117.70 |
| Grand Total | | |
| Costs | 1881.33 | 1881.33 |

| In re:<br>MTI Technology Corporation, a Delaware corporation<br><br>Debtor(s). | CHAPTER : 7<br><br>CASE NUMBER: 8:07-bk-13347-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described _____ Monthly Fee Statements of Clarkson, Gore & Marsella For Payment of Fees and Reimbursement of Expenses Incurred from November 1, 2009 to November 30, 2009 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On November 9, 2009 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

## United States Trustee
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

## Counsel for the Creditor Committee
Robert Opera, Esq.    pj@winthropcouchot.com

☒ Service information continued on attached page

II.  **SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On __December 11, 2009__ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or ~~with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

## Debtor and Debtor-in-Possession
MTI Technologies Inc.
Attn.: Scott Poteracki
15641 Red Hill Ave., Suite 200
Tustin, CA  92780

☒ Service information continued on attached page

III.  **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 11, 2009 | Michelle Carpenter | _signature_ |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| In re:<br>MTI Technology Corporation, a Delaware corporation<br><br>Debtor(s). | CHAPTER : 7<br><br>CASE NUMBER: 8:07-bk-13347-ES |
| --- | --- |

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

John O Campbell    ocampbell@houser-law.com

Robert L Eisenbach    reisenbach@cooley.com

Matthew A Gold    courts@argopartners.net

Richard H Golubow    pj@winthropcouchot.com

Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com

Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com

Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com

Alexandra Kazhokin    akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com

Adam A Lewis    alewis@mofo.com

Elmer D Martin    elmermartin@msn.com

Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com

Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com

Mark A Shaiken    mshaiken@stinson.com

Patricia B Tomasco    ptomasco@mailbmc.com

Gilbert B Weisman    notices@becket-lee.com

Sharon Z Weiss    sweiss@richardsonpatel.com

David L Wilson    dlwilson@winston.com


**SERVED BY U.S. MAIL**

**Counsel for Original DIP Lender**
William F. Govier
Bingham, McCutchen, LLP
335 S. Grand Ave.
Los Angeles, CA  90071

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                    **F 9013-3.1**