**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

FILED & ENTERED

DEC 21 2009

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>        Debtor and Debtor<br>        in Possession. | Case No.  8:07-bk-13347-ES<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING SETTLEMENT AGREEMENT WITH, AND FIXING CLAIM OF, ROCKWELL COLLINS, INC. (CLAIM #209)** |

The Court having considered the motion for an Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Settlement Agreement with, and Fixing the Claim of, Rockwell Collins, Inc. (Claim #209) (the "Motion") filed by the Debtor, all of the papers and files in this case, and noting that no opposition has been filed by any party, and finding good cause therefore, hereby **GRANTS** the Motion.

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019

1

1
2
**IT IS SO ORDERED.**
3
4                                            ###
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  DATED: December 21, 2009
                                        _____
                                        United States Bankruptcy Judge
26
27
28

Order Granting Debtor's Motion for Order Pursuant to
2  Fed. R. Bankr. P. 9019

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.   Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson Street Suite 350<br>Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER GRANTING DEBTOR'S MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING SETTLEMENT AGREEMENT WITH, AND FIXING CLAIM OF, ROCKWELL COLLINS, INC. (CLAIM #209)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐                                                                                               Service information continued on attached page

II. **SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On **November 17, 2009** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Erithe A. Smith
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐                                                                                               Service information continued on attached page**.**

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                                                               Service information continued on attached page

1 | I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

<u> November 17, 2009   Michelle A. Carpenter   </u>   <u>/S/ Michelle A. Carpenter   </u>
*Date*                             *Type Name*                         *Signature*

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019

4

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING DEBTOR'S MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING SETTLEMENT AGREEMENT WITH, AND FIXING CLAIM OF, ROCKWELL COLLINS, INC. (CLAIM #209)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 17, 2009** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Robert E Opera                                      pj@winthropcouchot.com

United States Trustee (SA)                 ustpregion16.sa.ecf@usdoj.gov

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

**Debtor**
MTI Technology Corp.
Attn: Scott Poteracki
15641 Red Hill Ave. Suite 200
Tustin, CA 92780

**Claimant**
Rockwell
Gary W. Marsh
McKenna Long & Aldridge LLP
303 Peachtree Street Suite 200
Tustin, CA  92780

☐        Service information continued on attached page

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019

5

**SERVED BY THE COURT VIA NOTICE**

**Also served on**

John O Campbell    ocampbell@houser-law.com
Scott C Clarkson    sclarkson@lawcgm.com
Robert L Eisenbach    reisenbach@cooley.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
Matthew A Gold    courts@argopartners.net
Richard H Golubow    pj@winthropcouchot.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Eve A Marsella    emarsella@lawcgm.com
Elmer D Martin    elmermartin@msn.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Mark A Shaiken    mshaiken@stinson.com
Patricia B Tomasco    ptomasco@mailbmc.com
Sharon Z Weiss    sweiss@richardsonpatel.com
David L Wilson    dlwilson@winston.com

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019

6