ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

General Insolvency Counsel for the Official
Unsecured Creditors' Committee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 Proceeding |
| | **STIPULATION TO CONTINUE (1) DEBTOR'S CASE STATUS CONFERENCE AND (2) HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT** |
| Debtor and Debtor-in-Possession. | |

Current Hearing Date:
DATE:        January 14, 2010
TIME:         10:30 a.m.
PLACE:       Courtroom 5A

MAINDOCS-#137783-v2-MTI_Stip_Re_Cont_Status_Conf.DOC

1        This Stipulation to Continue (1) Debtor's Case Status Conference, and (2) Hearing on the

2  Approval of the Debtor's Disclosure Statement is entered into by and between Debtor MTI

3  Technology Corporation ("Debtor") and the Official Unsecured Creditors' Committee

4  ("Committee"), in accordance with the terms and subject to the conditions set forth herein.

5                                  **RECITALS**

6      A.    On October 15, 2007, the Debtor filed a petition for relief under Chapter 11 of the

7  Bankruptcy Code. The Debtor is administering its assets as a debtor-in-possession pursuant to

8  Sections 1107 and 1108 of the Bankruptcy Code.

9      B.    The Committee is the duly appointed and acting official committee of creditors

10  holding unsecured claims in the Debtor's case.

11      C.    The Committee and the Debtor have been engaged in negotiations in order to reach

12  agreement regarding the terms of a Chapter 11 plan in this case, which include significant

13  investigations into maximizing the estate's assets for the benefit of its creditors.

14      D.    A Chapter 11 Case Status Conference and the hearing on the approval of the

15  Debtor's disclosure statement are currently scheduled for January 14, 2010.

16      E.    On or about August 24, 2009, the Committee provided the Debtor with significant

17  proposed revisions to the Debtor's Chapter 11 plan. The proposed revisions have led the parties to

18  develop continued avenues of investigation in order to maximize the value of the estate's assets.

19      F.    For the past several months, the Debtor and the Committee have explored jointly

20  alternative plan structures designed to maximize the return to creditors in this case.

21      G.    The Debtor and the Committee believe that, based upon their investigation of

22  alternative plan structures, amendments will need to be made to the plan and disclosure statement

23  currently on file with the Court, but that they will be in a position to file, within about the next

24  forty-five days, a joint amended plan and disclosure statement.

25      H.    Accordingly, the Debtor and the Committee believe that continuing the Case Status

26  Conference and the hearing on the disclosure statement for approximately eighty-one days (i.e.,

27  45 days, plus the 36 days' notice period required by Rule 3017-1(a) of the Local Bankruptcy

28  Rules), consistent with the Court's calendar, will provide to the Committee and to the Debtor an

1  adequate opportunity to file a joint amended plan and disclosure statement and to serve notice of a

2  hearing on the approval of such amended disclosure statement.

3      I.      Based upon the foregoing, the Committee and the Debtor believe that it is in the

4  best interests of the Debtor's creditors for the Court to continue the Case Status Conference and

5  the hearing on the disclosure statement.  The Committee and the Debtor believe that this will be

6  the last continuance of the hearing on the disclosure statement that will be requested by them.

7      WHEREFORE, based upon the foregoing Recitals, and for good and sufficient cause, the

8  Committee and the Debtor, by and through their respective counsel of record, agree and stipulate

9  as follows:

10                              **STIPULATION**

11      1.      The Case Status Conference and the hearing on the approval of the disclosure

12  statement shall be continued for not less than eighty-one (81) days, consistent with the Court's

13  calendar.

14      2.      Any opposition to the amended disclosure statement shall be filed and served no

15  later than fourteen (14) days before the date of the hearing on the amended disclosure statement.

16  Any reply to any such opposition shall be filed no later than seven (7)  days before the date of the

17  hearing on the amended disclosure statement.

18

19

20

21

22

23

24

25

26

27

28

1       3.     The Debtor shall provide notice of the Case Status Conference and the hearing on

2  the disclosure statement to all creditors entitled to notice thereof.

3  DATED:  January _11_, 2010         **WINTHROP COUCHOT**

4                              **PROFESSIONAL CORPORATION**

5

6                              By: _____

7                                 Robert E. Opera
                                 Counsel for the Official Unsecured Creditors'
                                 Committee

8

9  DATED:  January _11_, 2010         **CLARKSON, GORE & MARSELLA**

10

11                            By: _____

12                                 Eve Marsella
                                 General Insolvency Counsel for the Debtor

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

The foregoing document described: **STIPULATION TO CONTINUE (1) DEBTOR'S CASE STATUS CONFERENCE AND (2) HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒  Service information continued on attached page

**II.   SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

**III.   SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ , 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

|  |  | /s/ Susan Connor |
|---|---|---|
| January 13, 2010 | Susan Connor |  |
| *Date* | *Type Name* | *Signature* |

### NEF SERVICE LIST

- John O Campbell      ocampbell@houser-law.com
- Jeffrey D Cawdrey      jcawdrey@gordonrees.com, klasky@gordonrees.com
- Scott C Clarkson      sclarkson@lawcgm.com
- Robert L Eisenbach      reisenbach@cooley.com
- Christine M Fitzgerald      cfitzgerald@lawcgm.com
- Matthew A Gold      courts@argopartners.net
- Richard H Golubow      pj@winthropcouchot.com
- Brian T Harvey      bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes      lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick      ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin      akazhokin@buchalter.com,
  rreeder@buchalter.com;ifs_filing@buchalter.com
- Adam A Lewis      alewis@mofo.com
- Eve A Marsella      emarsella@lawcgm.com
- Elmer D Martin      elmermartin@msn.com
- Robert E Opera      pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Michael B Reynolds      mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken      mshaiken@stinson.com
- Patricia B Tomasco      ptomasco@mailbmc.com
- United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov
- Gilbert B Weisman      notices@becket-lee.com
- Sharon Z Weiss      sweiss@richardsonpatel.com
- David L Wilson      dlwilson@winston.com