FILED & ENTERED

JAN 13 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile:  (949) 720-4111

Counsel for the Official Unsecured
Creditors' Committee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:07-13347-ES<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING STIPULATION TO CONTINUE**<br>**(1) DEBTOR'S CASE STATUS CONFERENCE AND**<br>**(2) HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT**<br><br>Current Hearing Date:<br>DATE:    January 14, 2010<br>TIME:    10:30 a.m.<br>PLACE:   Courtroom 5A<br><br>Continued Hearing Date:<br>DATE:    **April 8, 2010**<br>TIME:    **10:30 A.M.**<br>PLACE:   Courtroom 5A |

Order#17972#e614ff24-bf20-484e-a5a9-26ac06518b59

1    The Court having read and considered the Stipulation to Continue the (1) Debtor's Case

2    Status Conference, and (2) Hearing on the Approval of the Debtor's Disclosure Statement

3    ("Stipulation") entered into by and between the Official Unsecured Creditors' Committee and

4    Debtor MTI Technology Corporation, and good and sufficient cause appearing therefor, it is

5    hereby

6    **ORDERED** that:

7    1.    The Stipulation is approved;

8

9    2.    The Case Status Conference and the hearing on the Debtor's Disclosure Statement,

10    presently scheduled for January 14, 2010 at 10:30 a.m., is hereby continued to **April 8, 2010 at**

11    **10:30 a.m.**

12    3.    Any opposition to the Disclosure Statement shall be filed and served no later than

13    fourteen (14) days prior to the hearing on the Disclosure Statement;

14    4.    Any reply to any such opposition shall be filed and served no later than seven (7)

15    days prior to the hearing on the Disclosure Statement; and,

16

17    5.    Counsel to the Committee shall provide notice of the continued Case Status

18    Conference and the continued hearing on the Debtor's Disclosure Statement to all creditors

19    entitled to notice thereof.

20    ###

21

22

23

24    _____
DATED: January 13, 2010
25                                United States Bankruptcy Judge

26

27

28

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

The foregoing document described: **ORDER GRANTING STIPULATION TO CONTINUE (1) DEBTOR'S CASE STATUS CONFERENCE AND (2) HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On January 13, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2009 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 13, 2010 | Susan Connor | /s/ Susan Connor |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**SERVICE VIA E-MAIL**

- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, klasky@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@msn.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sweiss@richardsonpatel.com
- David L Wilson    dlwilson@winston.com

Order#17972#e614ff24-bf20-484e-a5a9-26ac06518b59

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the Court that a judgment or order entitled **ORDER GRANTING STIPULATION TO CONTINUE (1) DEBTOR'S CASE STATUS CONFERENCE AND (2) HEARING ON APPROVAL OF DEBTOR'S DISCLOSURE STATEMENT** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):**
Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the Court via NEF and hyperlink to the judgment or order. As of January 13, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the e-mail address(es) indicated below:

- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, klasky@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, rreeder@buchalter.com;ifs_filing@buchalter.com
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@msn.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sweiss@richardsonpatel.com
- David L Wilson    dlwilson@winston.com

☐ Service information continued on next page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on next page

**III.  TO BE SERVED BY THE LODGING PARTY:** Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or e-mail and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or e-mail address(es) indicated below:

☐ Service information continued on next page

Order#17972#e614ff24-bf20-484e-a5a9-26ac06518b59