|  |  |
|---|---|
| **SCOTT C. CLARKSON, SBN 143271**<br>**EVE A. MARSELLA, SBN 165797**<br>**CHRISTINE M. FITZGERALD, SBN 259014**<br>**CLARKSON, GORE & MARSELLA,**<br>**A PROFESSIONAL LAW CORPORATION**<br>**3424 Carson Street, Suite 350**<br>**Torrance, California 90503**<br>**(310) 542-0111 Telephone**<br>**(310) 214-7254 Facsimile** | FILED & ENTERED<br><br>MAR 11 2010<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY daniels    DEPUTY CLERK |

Attorneys for MTI Technologies, Inc.,
a Delaware corporation

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| IN RE:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>            Debtor and<br>            Debtor-in-Possession.<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>            Plaintiff,<br><br>vs.<br><br>LIFEBOAT DISTRIBUTION, INC., a Delaware corporation,<br><br>            Defendant. | CASE NO. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING COMPROMISE BETWEEN THE DEBTOR AND LIFEBOAT DISTRIBUTION, INC.** |

The United States Bankruptcy Court having considered the Notice of Motion and Motion to Approve the Settlement, and the Declaration of Christine M. Fitzgerald in support thereof and that no opposition or request for hearing has been filed from any interested person including the Office of the United States Trustee; that a hearing is not required and good cause appearing therefor, it is hereby

1 **Ordered** that:

2    1. The Motion is Granted; and

3    2. The Settlement Agreement is approved.

4

5 **IT IS SO ORDERED.**

6

                                # # #

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25 DATED: March 11, 2010

                                    *[signature: Erithe A. Smith]*
                                    United States Bankruptcy Judge

26

27

28

In re MTI Technologies           Order Approving Settlement between the Debtor and Lifeboat Distribution, Inc.

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
3424 Carson St., Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER GRANTING MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING COMPROMISE BETWEEN THE DEBTOR AND LIFEBOAT DISTRIBUTION, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL ~~OR OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On **February 22, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an ~~overnight mail~~ service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Erithe A. Smith
411 W. Fourth Street Suite 5041
Santa Ana, CA 92701-4593

☐ Service information continued on attached page

III. **SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR~~ EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 22, 2010 | Brenda L. Campos | /S/ Brenda L. Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

In re MTI Technologies                           Order Approving Settlement between the Debtor and Lifeboat Distribution, Inc.

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING THE COMPROMISE BETWEEN THE DEBTOR AND LIFEBOAT DISTRIBUTION, INC.   was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.   SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **February 22, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**U.S. Trustee (SA)**
Ustregion16.sa.ecf@usdoj.gov


☒                                                                        Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐                                                                        Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**Debtor**
MTI Technology Corp.
Mr. Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

**Defendant**
LifeBoat Distribution, Inc
Kevin T. Scull CMA, CPA
Wayside Technology Group, Inc.
1157 Shrewsbury Ave
Shrewsbury, NJ 07702

☐                                    Service information continued on attached page

In re MTI Technologies

Order Approving Settlement between the Debtor and Lifeboat Distribution, Inc.

4

**ALL INTERESTED PARTIES SERVED VIA NEF**

- John O Campbell     ocampbell@houser-law.com
- Jeffrey D Cawdrey     jcawdrey@gordonrees.com, klasky@gordonrees.com
- Scott C Clarkson     sclarkson@lawcgm.com
- Robert L Eisenbach     reisenbach@cooley.com
- Christine M Fitzgerald     cfitzgerald@lawcgm.com
- Matthew A Gold     courts@argopartners.net
- Richard H Golubow     pj@winthropcouchot.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes     lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin     akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Adam A Lewis     alewis@mofo.com
- Eve A Marsella     emarsella@lawcgm.com
- Elmer D Martin     elmermartin@msn.com
- Robert E Opera     pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Eric S Pezold     epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken     mshaiken@stinson.com
- Patricia B Tomasco     ptomasco@mailbmc.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin     mwallin@sheppardmullin.com
- Gilbert B Weisman     notices@becket-lee.com
- Sharon Z Weiss     sweiss@richardsonpatel.com
- David L Wilson     dlwilson@winston.com

In re MTI Technologies — Order Approving Settlement between the Debtor and Lifeboat Distribution, Inc.

1