ROBERT E. OPERA – State Bar No. 101182
  ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
  rgolubow@winthropcouchot.com
PAYAM KHODADADI – State Bar No. 239906
  pkhodadadi@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile:  (949) 720-4111

Counsel for the Official Committee
of Creditors Holding Unsecured Claims

FILED & ENTERED

MAY 06 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:07-13347-ES<br><br>Chapter 11 Proceeding<br><br>**ORDER GRANTING OMNIBUS MOTION OF OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS APPROVING COMPROMISE OF CONTROVERSY WITH (1) WILLIAM ATKINS; (2) AVNET, INC.; (3) B. BRAUN MEDICAL, INC.; (4) LAWRENCE BEGLEY; (5) FRANZ CRISTIANI; (6) RONALD E. HEINZ; (7) MARSH RISK INSURANCE; (8) MICHAEL PEHL; (9) STORWIZE, INC.; AND (10) THOMAS P. RAIMONDI AND PAMELA A. JACQUES, INC.**<br><br>Date:  April 22, 2010<br>Time:  10:30 a.m.<br>Place: Courtroom 5A |

On April 22, 2010, at 10:30 a.m., a hearing was scheduled to be held on the *Omnibus Motion of Official Committee of Creditors Holding Unsecured Claims for Order Approving Compromise of Controversy with (1) William Atkins, (2) Avnet, Inc., (3) B. Braun Medical, Inc.,*

Order#22809#54f242c9-d60a-412d-b37a-8d2e95edc12c

*(4) Lawrence Begley, (5) Franz Cristiani, (6) Ronald E. Heinz, (7) Marsh Risk Insurance, (8) Michael Pehl, (9) Storwize, Inc., and (10) Thomas P. Raimondi and Pamela A. Jacques, Inc. dba Independent Market* (the "Motion") filed by the Official Committee of Creditors Holding Unsecured Claims (the "Committee"). No oppositions were filed to the Motion. After review and analysis of the Motion, the Court issued a tentative ruling to grant the Motion and excuse appearance at the hearing on the Motion by counsel to the Committee.

The Court having read and considered the Motion, the papers submitted in support thereof, and having determined that the Court has jurisdiction to address the issues raised by the Motion and to grant the relief requested by the Motion, and good and sufficient cause appearing, it is hereby:

**ORDERED** that:

1. The Motion is granted;

2. The Committee is hereby authorized to enter into each settlement agreement attached to the Motion as Exhibits "1" through "10" with the counterparties referenced above, and to take any acts appropriate to effectuate each settlement agreement;

3. The Committee is hereby authorized to execute and deliver any documents or other instruments that may be reasonably necessary to consummate the resolutions contemplated by each settlement agreement;

4. This Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of each settlement agreement; and

5. No further notice or Court appearance shall be necessary to effectuate the foregoing.

DATED: May 6, 2010

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER GRANTING OMNIBUS MOTION OF OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS APPROVING COMPROMISE OF CONTROVERSY WITH (1) WILLIAM ATKINS; (2) AVNET, INC.; (3) B. BRAUN MEDICAL, INC.; (4) LAWRENCE BEGLEY; (5) FRANZ CRISTIANI; (6) RONALD E. HEINZ; (7) MARSH RISK INSURANCE; (8) MICHAEL PEHL; (9) STORWIZE, INC.; AND (10) THOMAS P. RAIMONDI AND PAMELA A. JACQUES, INC.** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 23, 2010, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

- Scott C Clarkson    sclarkson@lawcgm.com
- Eve A Marsella    emarsella@lawcgm.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2010 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-3-

Order#22809#54f242c9-d60a-412d-b37a-8d2e95edc12c

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3)**  **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING OMNIBUS MOTION OF OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS APPROVING COMPROMISE OF CONTROVERSY WITH (1) WILLIAM ATKINS; (2) AVNET, INC.; (3) B. BRAUN MEDICAL, INC.; (4) LAWRENCE BEGLEY; (5) FRANZ CRISTIANI; (6) RONALD E. HEINZ; (7) MARSH RISK INSURANCE; (8) MICHAEL PEHL; (9) STORWIZE, INC.; AND (10) THOMAS P. RAIMONDI AND PAMELA A. JACQUES, INC.** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of April 23, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒      Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐      Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒      Service information continued on attached page

Order#22809#54f242c9-d60a-412d-b37a-8d2e95edc12c

**ADDITIONAL SERVICE INFORMATION** (if needed):

SERVICE BY COURT VIA NEF
- Robert C Briseno      rbriseno@swlaw.com
- John O Campbell      ocampbell@houser-law.com
- Jeffrey D Cawdrey      jcawdrey@gordonrees.com, ebjorquez@gordonrees.com
- Scott C Clarkson      sclarkson@lawcgm.com
- Robert L Eisenbach      reisenbach@cooley.com
- Christine M Fitzgerald      cfitzgerald@lawcgm.com
- Matthew A Gold      courts@argopartners.net
- Richard H Golubow      rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey      bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes      lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick      ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin      akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi      pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Adam A Lewis      alewis@mofo.com
- Eve A Marsella      emarsella@lawcgm.com
- Elmer D Martin      elmermartin@msn.com
- Robert E Opera      pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Eric S Pezold      epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds      mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken      mshaiken@stinson.com
- Patricia B Tomasco      ptomasco@mailbmc.com
- United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin      mwallin@sheppardmullin.com
- Gilbert B Weisman      notices@becket-lee.com
- Sharon Z Weiss      sharon.weiss@hro.com
- David L Wilson      dlwilson@winston.com

**SERVICE BY LODGING PARTY**
**SERVICE VIA E-MAIL**

William Atkins - Email: atkins.w@gmail.com

Avnet, Inc. - Paul Kim, Esq.- Email: pkim@yocca.com

Lawrence Begley:  Email: lbegley@406ventures.com

Franz Cristiani - Email: fcristiani@sbcglobal.net

Ronald E. Heinz - Brent E. Johnson, Esq.- Email: bjohnson@hollandhart.com

Marsh & McLennan Companies, Inc. - Steven M. Monroe, Esq. - Email: Steven.Monroe@MMC.com

Michael Pehl - Nina M. Varughese - Email: varughesen@pepperlaw.com

Storwize, Inc. - Gary Davis, Esq. - Email: gary.davis@commtouch.com; and

Raimondi or Jacques:  Thomas P. Raimondi, Pamela A. Jacques - Email: tpraimondi@gmail.com; jacquespamela@gmail.com

Order#22809#54f242c9-d60a-412d-b37a-8d2e95edc12c

|   |   |
|---|---|
| 1 |  |
| 2 | **VIA FIRST CLASS MAIL** |
| 3 | B. Braun Medical Inc.<br>Cathy Codrea, Esq.<br>General Counsel |
| 4 | 824 Twelfth Ave.<br>Bethlehem, Pennsylvania 18018-0027 |

VIA FIRST CLASS MAIL

B. Braun Medical Inc.
Cathy Codrea, Esq.
General Counsel
824 Twelfth Ave.
Bethlehem, Pennsylvania 18018-0027

Mary Henry, CFO
Storwize, Inc.
225 Cedar Hill Street, Suite 200
Marlborough, Massachusetts 01752

MTI Technology Corporation
Attn: Thomas P. Raimondi, Jr., Pres. & CEO
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

Order#22809#54f242c9-d60a-412d-b37a-8d2e95edc12c