B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

## Central District of California

In re: MTI Technology Corporation                                           Case No.  07-13347

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a).  Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Creditor Liquidity, LP                                   OPTIMAL OUTSOURCE

    Name of Transferee                              Name of Transferor

Name and Address where notices to transferee        Name and Address where notices to transferor
should be sent:                                     should be sent:

Creditor Liquidity, LP                              OPTIMAL OUTSOURCE
200 Business Park Drive, Suite 200                  7 RANCHO CIRCLE
Armonk, New York 10504                              LAKE FOREST, CA 92630-8324
Phone: (914) 514-8300                               Phone: _____
                                                    Court Claim # (if known)   486
Last Four Digits of Acct #:_____            Amount of Claim: $2,751.28
                                                    Date Claim Filed:   6/16/08

                                                    Phone: _____
                                                    Last Four Digits of Acct. #:_____

Name and Address where transferee payments
Should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #:_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:  /s/ Robert J. Tannor                          Date:   5/26/2010
      Transferee/Transferee's Agent

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C.§§152 & 3571.*

**Evidence of Transfer**

*12751.28*

*JEP*

**OPTIMAL OUTSOURCE** ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto **Creditor Liquidity LP, 200 Business Park Drive, Suite 200, Armonk, New York, 10504**, its successors and assigns ("Assignee"), all right, title and interest in and to all claims of Assignor in the aggregate amount of $1,059.64 as stated in the Proof of Claim and/or Debtor's schedules and or cure claim schedules against **MTI Technology Corporation**, in the United States Bankruptcy Court, Central District of California ("the Court"), **Case no. 07-13347** or any other court with jurisdiction.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing this Assignment of Claim as an unconditional assignment and the Assignee herein as the valid owner of the Claim. All references in this document to dollar amounts shall be deemed to be expressed in US Dollars, unless specifically noted otherwise and initialed by the Assignee.

IN WITNESS WHEREOF, dated the 2 day of *may*, 2010

By: _____
(Signature of Authorized Party)

*OPTIMAL OUTSOURCE*
(Company Name)

*TOM MCMURRAY*
(Print name of Authorized Party)

By: _____/s/ Robert J. Tannor_____
Robert J. Tannor

_____Creditor Liquidity, LP_____

_____914-514-8300_____
(Telephone Number)