1  Scott C. Clarkson, Esq. (CA Bar No. 143271)
   Eve A. Marsella, Esq. (CA Bar No. 165797)
2  **CLARKSON, GORE & MARSELLA, APLC**
   3424 Carson Street, Suite 350
3  Torrance, California 90503
   Telephone: 310/542-0111
4  Facsimile: 310/214-7254
   Email: sclarkson@lawcgm.com

5
   Counsel for Debtor and Debtor-in-Possession
6  MTI Technology Corporation

7  ROBERT E. OPERA – State Bar No. 101182
       ropera@winthropcouchot.com
8  **WINTHROP COUCHOT**
   **PROFESSIONAL CORPORATION**
9  660 Newport Center Drive, Fourth Floor
   Newport Beach, CA 92660
10
11 Telephone: (949) 720-4100
   Facsimile: (949) 720-4111
12
   Counsel for the Official Unsecured
13 Creditors' Committee

14

15              **UNITED STATES BANKRUPTCY COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17                    **SANTA ANA DIVISION**

| | |
|---|---|
| In re: | Case No. 8:07-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 Proceeding |
| Debtor and Debtor-in-Possession. | **ORDER APPROVING DEBTOR'S AND COMMITTEE'S JOINT THIRD AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTOR'S AND COMMITTEE'S JOINT THIRD AMENDED CHAPTER 11 PLAN**<br><br>Hearing Date:<br>DATE: May 20, 2010<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 5A |

1    On May 20, 2010 at 10:30 a.m., a hearing was held before the Honorable Erithe A. Smith, United States Bankruptcy Judge, in the above-entitled Court, with respect to the approval of the Debtor's and Committee's Joint Second Amended Disclosure Statement Describing Debtor's and Committee's Joint Second Amended Chapter 11 Plan (the "Disclosure Statement") filed jointly by MTI Technology Corporation (the "Debtor") and by the Official Unsecured Creditors' Committee in the Debtor's Chapter 11 case ("Committee").  Eve A. Marsella of Clarkson, Gore & Marsella, APLC appeared on behalf of the Debtor; Robert E. Opera of Winthrop Couchot Professional Corporation appeared telephonically on behalf of the Committee.  Other appearances made, if any, were as reflected on the Court's record of the proceedings.

The Court having found that the notice given of the hearing on the approval of the Disclosure Statement was appropriate and that no objections were filed regarding the approval of the Disclosure Statement and that the Debtor's and Committee's Joint Third Amended Disclosure Statement Describing Debtor's and Committee's Joint Third Amended Chapter 11 Plan ("Amended Disclosure Statement") addresses the Court's comments regarding the Disclosure Statement as reflected on the Court's tentative ruling regarding the Disclosure Statement, and that the Amended Disclosure Statement contains "adequate information," as required under Section 1125 of the Bankruptcy Code, and for other good and sufficient cause, it is hereby ORDERED that:

1.    The Amended Disclosure Statement is hereby approved.

2.    August 26, 2010 at 10:30 a.m. is fixed as the date and time for the hearing on the confirmation of the Debtor's and Committee's Joint Third Amended Chapter 11 Plan (the "Plan").[1]

3.    June 17, 2010 is fixed as the last day for the Plan Proponents to serve the following documents:  the Amended Disclosure Statement; the Plan; and a ballot ("Ballot") for casting a vote with respect to the confirmation of the Plan conforming to Official Form No. 14 (collectively, "Plan Documents").  The Plan Documents shall be served on all Creditors entitled to cast a vote with respect to the confirmation of the Plan, and the Plan shall be served on all other Creditors.  Interest Holders shall not be entitled to receive a copy of any of the Plan

---

[1] Except as otherwise defined herein, the definitions of the capitalized terms set forth herein are as set forth in the Plan.

-2-

Documents, unless an Interest Holder provides to the Plan Proponents a written request therefor, but shall be served, by June 17, 2010, with a copy of that Summary of Debtor's and Committee's Joint Third Amended Chapter 11 Plan ("Plan Summary") [Docket No. 1171], which is hereby approved for dissemination to Interest Holders.

4.  July 15, 2010 ("Confirmation Objection Deadline") is fixed as the last day for Creditors, Interest Holders or any other parties-in-interest to file and serve an objection to the confirmation of the Plan ("Confirmation Objection").  Any Confirmation Objection must be filed with the Court by 4:00 p.m. Pacific Time on the Confirmation Objection Deadline, and served such that the Confirmation Objection is actually received, by 4:00 p.m. Pacific Time on the Objection Deadline, by counsel to the Debtor, counsel to the Committee, and by the United States Trustee, at the following addresses:

| Debtor's Counsel | Eve A. Marsella, Esq., Clarkson, Gore & Marsella, APLC, 3424 Carson Street, Suite 350, Torrance, California 90503 |
|---|---|
| Committee's Counsel | Robert E. Opera, Esq., Winthrop Couchot Professional Corporation, 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660 |
| United States Trustee | United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, California 92701  Attn: Frank Cadigan, Esq. |

5.  July 15, 2010 ("Voting Deadline") is fixed as the last day for Creditors to return to the Debtor's counsel a Ballot to accept or reject the Plan, and must be returned such that the Ballot is actually received, by 4:00 p.m. Pacific Time on the Voting Deadline, by counsel to the Debtor.

6.  July 29, 2010 is fixed as the last day for the Plan Proponents to file with the Court, and to serve on any party that files a Confirmation Objection and on the United States Trustee the following pleadings (collectively, "Confirmation Pleadings"):  (a) a brief in support of the confirmation of the Plan; (b) a tally of the Ballots received with respect to the confirmation of the Plan; (c) any declarations and other evidence in support of the confirmation of the Plan; and (d) any reply to any Confirmation Objections.

7. August 9, 2010 ("Confirmation Pleadings Opposition Deadline") is fixed as the last day for filing and serving any evidentiary objections or other opposition to the Confirmation Pleadings ("Confirmation Pleadings Opposition"). Any Confirmation Pleadings Opposition must be filed with the Court by 4:00 p.m. Pacific Time on the Confirmation Pleadings Opposition Deadline, and served such that the Confirmation Pleadings Opposition is actually received, by 4:00 p.m. Pacific Time on the Confirmation Pleadings Opposition Deadline, by counsel to the Debtor, counsel to the Committee, and by the United States Trustee, at the addresses set forth hereinabove.

8. August 19, 2010 ("Opposition Reply Deadline") is fixed as the last day for the Plan Proponents to file a reply to any Confirmation Pleadings Opposition ("Opposition Reply"). Any Opposition Reply must be filed with the Court by 4:00 p.m. Pacific Time on the Opposition Reply Deadline, and served such that the Opposition Reply is actually received, by 4:00 p.m. Pacific Time on the Opposition Reply Deadline, by the party that filed the Opposition Reply and by the United States Trustee.

9. The following procedures are hereby approved by the Court regarding the tabulation of votes cast with respect to the Plan:

    a. Unless otherwise ordered by the Court, all votes to accept or reject the Plan must be cast by using the appropriate Ballot, and votes that are cast in any other manner may not be counted;

    b. A Creditor asserting Claims in more than one Class must use separate Ballots for each Class of Claims;

    c. Unless otherwise ordered by the Court, if a Creditor casts more than one Ballot voting the same Claim prior to the Voting Deadline, only the latest-dated Ballot received by the Debtor shall be counted;

    d. Any executed Ballot received by the Debtor that does not indicate either an acceptance or rejection of the Plan shall not be counted; provided however, that the Plan Proponents, at their discretion, may contact a Creditor that submits such a Ballot to request that such Ballot be corrected;

e.  Any executed Ballot received by the Debtor that indicates both an acceptance and rejection of the Plan shall not be counted; provided however, that the Plan Proponents, at their discretion, may contact a Creditor that submits such a Ballot to request that such Ballot be corrected;

f.  The Debtor shall not accept a Ballot cast by telefacsimile or electronic mail transmission; and

g.  Unless otherwise ordered by the Court, any executed Ballot received by the Debtor after the Voting Deadline shall not be counted.

10. Any Creditor entitled to vote to accept or reject the Plan may change its vote before the Voting Deadline by casting a superseding Ballot so that it is received by the Debtor by the Voting Deadline.

11. The Plan Proponents shall have the right to take any action, and to execute any document, appropriate to implement the terms of this Order.

12. Prior to the Plan Proponents' dissemination of the Plan Documents to Creditors and parties-in-interest and the Plan Summary to Interest Holders, the Plan Proponents shall have the right to make non-substantive modifications to the Plan Documents and to the Plan Summary so long as such modifications are typographical, conforming and/or ministerial in nature, without further notice or order of the Court.

13. No further notice or hearing shall be necessary to effectuate the foregoing.

####

DATED: June 10, 2010

_____
United States Bankruptcy Judge

| In re:<br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br>Debtor(s). | CHAPTER 11<br>8:07-13347-ES |
|---|---|

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER APPROVING DEBTOR'S AND COMMITTEE'S JOINT SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTOR'S AND COMMITTEE'S JOINT SECOND AMENDED CHAPTER 11 PLAN** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 3, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Eve A Marsella    emarsella@lawcgm.com
- Frank Cadigan – Frank.Cadigan@usdoj.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| June 3, 2009 | Susan Connor | */s/ Susan Connor* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING DEBTOR'S AND COMMITTEE'S JOINT SECOND AMENDED DISCLOSURE STATEMENT DESCRIBING DEBTOR'S AND COMMITTEE'S JOINT SECOND AMENDED CHAPTER 11 PLAN**  was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of June 3, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐    Service information continued on attached page

**ADDITIONAL SERVICE INFORMATION** (if needed):

**NEF SERVICE LIST**

- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@msn.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- David L Wilson    dlwilson@winston.com

Order#24873#b7222936-a695-4f39-ac16-4c54d67909b3