1  Jeffrey D. Cawdrey   (SBN 120488)
   jcawdrey@gordonrees.com
2  Daniel C. Silva      (SBN: 264632)
   dsilva@gordonrees.com
3  GORDON & REES LLP
   101 W. Broadway, Suite 2000
4  San Diego, CA  92101
   Telephone: (619) 696-6700
5  Facsimile: (619) 696-7124

6  Nancy Tordai   (SBN: IL 06182953)
   nancytordai@hpnlaw.com
7  Anne K. Lewis (SBN: IL 06201505)
   annelewis@hpnlaw.com
8  HANSON PETERS NYE
   1000 Hart Road, Suite 300
9  Barrington, IL 60010
   Telephone: (847) 277-9988
10 Facsimile:  (847) 277-7339

11 Attorneys for
   CAROLINA CASUALTY INSURANCE COMPANY

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| In re: | ) Case No. 8:07-13347-ES |
|---|---|
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | ) Chapter No. 11 |
| Debtor and Debtor-in-Possession. | ) **WITHDRAWAL OF CAROLINA CASUALTY INSURANCE COMPANY'S MOTION FOR RELIEF FROM STAY [DOC. NO. 1162]** |
| | ) Current hearing date: |
| | ) DATE:   June 15, 2010 |
| | ) TIME:   9:30 A.M. |
| | ) CTRM:   5A |

23  / / /

24  / / /

26  / / /

-1-
WITHDRAWAL OF MOTION FOR RELIEF FROM STAY [DOC. NO. 1162]

1.    On or about May 25, 2010, Carolina Casualty Insurance Company filed and served a Motion for Relief from the Automatic Stay (Doc. No. 1162), with a hearing date for June 15, 2010 at 9:30 a.m. in Courtroom 5A.

2.    Carolina Casualty Insurance Company hereby withdraws its Motion for Relief from the Automatic Stay (Document 1162).

Dated: June 11, 2010                         GORDON & REES LLP

                                                                  BY: */s/ Jeffrey D. Cawdrey*
                                                                       Jeffrey D. Cawdrey
                                                                       Attorneys for CAROLINA
                                                                       CASUALTY INSURANCE
                                                                       COMPANY