| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| SCOTT C. CLARKSON, ESQ. (SBN 143271)<br>EVE A. MARSELLA, ESQ. (SBN 165797)<br>CLARKSON, GORE & MARSELLA<br>3424 Carson Street, Suite 350<br>Torrance, California 90503<br>(310) 542-0111<br>(310) 214-7254<br><br>*Attorney for* Debtor, MTI TECHNOLOGY CORP. | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: MTI TECHNOLOGY CORPORATION, a Delaware Corporation<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 8:07-bk-13347-ES<br>HEARING DATE: July 20, 2010<br>Courtroom 5A<br>411 W. 4th St., Santa Ana, CA |
|---|---|

## NOTICE OF OBJECTION TO CLAIM

1. TO *(specify claimant and claimant's counsel, if any)*: Edward W. Kirnbauer

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # 47 ) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 calendar days prior to the hearing date set forth above.

**IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: June 17, 2010

CLARKSON, GORE & MARSELLA, APLC
Law Firm Name

By: *[signature]*

Date Notice Mailed: June 18, 2010

Name: Eve A. Marsella, Esq.
*Attorney for Objector*