SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>   Debtor and Debtor in Possession. | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**Proof of Service re:**<br><br>ORDER GRANTING OMNIBUS MOTION AND MOTION TO DISALLOW, IN WHOLE OR IN PART, PRIORITY CLAIMS, SET NO. 3 TODD ANDERSON (CLAIM NO. 452); ROBERT COLASANTO (INFORMAL PROOF OF CLAIM); WILLIAM DECKER (CLAIM NO. 363); WILLIAM CLARK DECKER (CLAIM NO. 364); CLARK DECKER (CLAIM NO. 365); WILLIAM A. GOSS, JR. (CLAIM NO. 354); TODD P. HAWKINS (CLAIM NO. 86); THOMAS NORERO (CLAIM NO. 245); STEVEN D. PATTERSON (CLAIM NO. 215); THOMAS REID (CLAIM NO. 163); DOUGLAS REGULA (CLAIM NO. 501) AND JON P. SUTTON (CLAIM NO. 346) |

///

///

///

///

Proof of Service

1

| In re: | CHAPTER 11 |
|---|---|
| MTI Technology Corporation<br><br>Debtor(s) and<br>Debtors in Possession | CASE NUMBER: 8:07-bk-13347-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENTS

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing documents described below: **ORDER GRANTING OMNIBUS MOTION AND MOTION TO DISALLOW, IN WHOLE OR IN PART, PRIORITY CLAIMS, SET NO. 3 TODD ANDERSON (CLAIM NO. 452); ROBERT COLASANTO (INFORMAL PROOF OF CLAIM); WILLIAM DECKER (CLAIM NO. 363); WILLIAM CLARK DECKER (CLAIM NO. 364); CLARK DECKER (CLAIM NO. 365); WILLIAM A. GOSS, JR. (CLAIM NO. 354); TODD P. HAWKINS (CLAIM NO. 86); THOMAS NORERO (CLAIM NO. 245); STEVEN D. PATTERSON (CLAIM NO. 215); THOMAS REID (CLAIM NO. 163); DOUGLAS REGULA (CLAIM NO. 501); AND JON P. SUTTON (CLAIM NO. 346)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐    Service information continued on attached page

II. **SERVED BY U.S. MAIL** ~~OR OVERNIGHT MAIL~~ (indicate method for each person or entity served):
On **July 12, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and ~~/or with an overnight mail service~~ addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**
☒    Service information continued on attached page

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **July 13, 2010** | **Michelle A. Carpenter** | *signature* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009    F 9013-3.1

| In re:                                                      | CHAPTER 11                        |
|-------------------------------------------------------------|-----------------------------------|
| MTI Technology Corporation                                  | CASE NUMBER: 8:07-bk-13347-ES     |
| Debtor(s) and Debtors in Possession                         |                                   |

# SERVICE LIST

### Section II

### SERVED BY U.S. MAIL

### Debtor

MTI Technologies Inc.
Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

### Claimants

Todd P. Hawkins  POC  86
Todd P. Hawkins
3600 Harwen Terrace
Fort Worth, Texas 76109-2913

Thomas Reid  POC  163
Thomas Reid
51 Bogantine Circle
Plymouth, MA 02360

Thomas Reid
37 Center Street
East Weymouth, MA 02189

Steven D. Patterson POC 215
Steven D. Patterson
24251 Puerta De Luz
Mission Viejo, CA 92691

Thomas Norero POC  245
Thomas Norero
1451 Rocky Ridge Drive, Apt. 1501
Roseville, CA 95661-3012

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1

| In re:<br><br>MTI Technology Corporation<br><br>Debtor(s) and<br>Debtors in Possession | CHAPTER 11<br><br>CASE NUMBER:   8:07-bk-13347-ES |
|---|---|

Jon P. Sutton  POC  346
Jon P. Sutton
1446 Heritage Landin, Apt. 212
St. Charles, MO 63303

Jon P. Sutton
7817 La Vista Drive
La Vista, NE 68128

William A. Goss, Jr.  POC 354
William A. Goss, Jr.
8053 Prichards Ct.
Dunn Loring, VA 22027

William Decker  POC  363
William Decker
2890 Manzanita View Road
Alpine, CA 91901

William Decker
2683 Country Meadow Rd.
Alpine, CA 91901

William Clark Decker  POC  364
William Clark Decker
2890 Manzanita View Road
Alpine, CA 91901

William Clark Decker
2683 Country Meadow Rd.
Alpine, CA 91901

Clark Decker  POC  365
Clark Decker
2890 Manzanita View Road
Alpine, CA 91901

Clark Decker
2683 Country Meadow Rd.
Alpine, CA 91901

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                                                F 9013-3.1

| In re:                          | CHAPTER 11                          |
|---------------------------------|-------------------------------------|
| MTI Technology Corporation      | CASE NUMBER: 8:07-bk-13347-ES       |
| Debtor(s) and Debtors in Possession | |

Todd Anderson POC 452
Todd Anderson
12507 Pleasant Valley Rd.
Utica, OH 43080

Douglas Regula POC 501
Douglas Regula
1233 Woodsview Dr.
Boothwyn, PA 19061-2114

Robert Colasanto Infomal POC
Robert Colasanto
2145 Maple Avenue
Warrington, PA 18976

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1