ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile:  (949) 720-4111

Counsel for the Official Unsecured
Creditors' Committee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>Debtor and Debtor-in-Possession. | Case No. 8:07-13347-ES<br><br>Chapter 11 Proceeding<br><br>**STIPULATION TO CONTINUE DATES TO FILE PLEADINGS RELATED TO PLAN CONFIRMATION**<br><br>**Confirmation Hearing:**<br>DATE:  August 26, 2010<br>TIME:  10:30 A.M.<br>CTRM:  5A<br>        411 West Fourth Street<br>        Santa Ana, CA 92701 |

MAINDOCS-#148934-v4-MTI_Stip_Cont_Plan_Hrng_Dates.DOC

This Stipulation to Continue Dates to File Pleadings Related to Plan Confirmation (the "Stipulation") is entered into by and among MTI Technology Corporation, the debtor and debtor-in-possession ("Debtor"), the Official Unsecured Creditors' Committee ("Committee"), the Office of the United States Trustee ("United States Trustee") and the Securities and Exchange Commission ("SEC") in accordance with the terms and subject to the conditions set forth herein.

## RECITALS

A.   On October 15, 2007, the Debtor filed a petition for relief under Chapter 11 of the Bankruptcy Code. The Debtor is administering its assets as a debtor-in-possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

B.   The Committee is the duly appointed and acting official committee of creditors holding unsecured claims in the Debtor's case.

C.   On June 10, 2010, the Court entered an Order Approving Debtor's and Committee's Joint Third Amended Disclosure Statement Describing Debtor's and Committee's Joint Third Amended Chapter 11 Plan ("Disclosure Statement Order") approving the Debtor's and Committee's Joint Third Amended Disclosure Statement as containing "adequate information" and setting dates regarding the filing of pleadings regarding the confirmation of the Debtor's and Committee's Joint Third Amended Chapter 11 Plan ("Plan").

D.   The Disclosure Statement Order sets the following dates for the filing of pleadings regarding the confirmation of the Plan:

  1.   The Disclosure Statement Order sets July 15, 2010 ("Confirmation Objection Deadline") as the last day for creditors, interest holders or any other parties-in-interest to file and serve an objection to the confirmation of the Plan ("Confirmation Objection").

  2.   The Disclosure Statement Order sets July 29, 2010 ("Confirmation Pleadings Deadline") as the last day for the Debtor and the Committee to file with the Court, and to serve on any party that files a Confirmation Objection and on the United States Trustee the following pleadings (collectively, "Confirmation Pleadings"): (a) a brief in support of the confirmation of the Plan; (b) a tally of the ballots received with respect to

the confirmation of the Plan; (c) any declarations and other evidence in support of the confirmation of the Plan; and (d) any reply to any Confirmation Objections.

3. The Disclosure Statement Order sets August 9, 2010 ("Confirmation Pleadings Opposition Deadline") as the last day for filing and serving any evidentiary objections or other opposition to the Confirmation Pleadings ("Confirmation Pleadings Opposition").

4. The Disclosure Statement Order sets August 19, 2010 ("Opposition Reply Deadline") as the last day for the Debtor and the Committee to file a reply to any Confirmation Pleadings Opposition ("Opposition Reply").

5. The Disclosure Statement Order sets August 26, 2010, at 10:30 a.m., as the date and time for the hearing on the confirmation of the Plan.

E. The SEC has raised concerns regarding certain provisions of the Plan and has requested an extension of the Confirmation Objection Deadline. The Debtor and the Committee desire to engage in negotiations with the SEC to attempt to resolve the SEC's concerns regarding the Plan without the need for litigation regarding the confirmation of the Plan, and are prepared to extend the Confirmation Objection Deadline for the SEC in accordance with the terms and subject to the conditions set forth herein.

WHEREFORE, based upon the foregoing Recitals, and for good and sufficient cause, the Debtor, the Committee, the SEC, and the United States Trustee hereby agree and stipulate as follows:

## STIPULATION

1. The Confirmation Objection Deadline to file any Confirmation Objections shall be extended from July 15, 2010 to July 22, 2010 ("Extended Confirmation Objection Deadline"). Any Confirmation Objection must be filed with the Court by 4:00 p.m. Pacific Time on the Extended Confirmation Objection Deadline, and served such that the Confirmation Objection is actually received, by 4:00 p.m. Pacific Time on the Extended Confirmation Objection Deadline, by counsel to the Debtor, counsel to the Committee, and by the United States Trustee, at the following addresses:

| Debtor's Counsel | Eve A. Marsella, Esq., Clarkson, Gore & Marsella, APLC, 3424 Carson Street, Suite 350, Torrance, California 90503 |
|---|---|
| Committee's Counsel | Robert E. Opera, Esq., Winthrop Couchot Professional Corporation, 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660 |
| United States Trustee | United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, California 92701  Attn: Frank Cadigan, Esq. |

2. The Confirmation Pleadings Deadline to file any Confirmation Pleadings shall be extended from July 29, 2010 to August 5, 2010.

3. The Confirmation Pleadings Opposition Deadline to file any Confirmation Pleadings Opposition shall be extended from August 9, 2010 to August 12, 2010 ("Extended Confirmation Pleadings Opposition Deadline"). Any Confirmation Pleadings Opposition must be filed with the Court by 4:00 p.m. Pacific Time on the Extended Confirmation Pleadings Opposition Deadline, and served such that the Confirmation Pleadings Opposition is actually received, by 4:00 p.m. Pacific Time on the Extended Confirmation Pleadings Opposition Deadline, by counsel to the Debtor, counsel to the Committee, and by the United States Trustee, at the addresses set forth hereinabove.

4. The Opposition Reply Deadline to file any Opposition Reply shall be extended from August 19, 2010 to August 23, 2010 ("Extended Opposition Reply Deadline"). Any Opposition Reply must be filed with the Court by 4:00 p.m. Pacific Time on the Extended Opposition Reply Deadline, and served such that the Opposition Reply is actually received, by 4:00 p.m. Pacific Time on the Extended Opposition Reply Deadline, by the party that filed the Confirmation Pleadings Opposition and by the United States Trustee.

CLARKSON, GORE & MARSELLA

Dated: July 21, 2010    By: _____
Eve Marsella
General Insolvency Counsel for the Debtor

*[SIGNATURES CONTINUED ON NEXT PAGE]*

-4-

MAINDOCS-#148934-v4-MTI_Stip_Cont_Plan_Hrng_Dates

| | |
|---|---|
| 1 | WINTHROP COUCHOT PROFESSIONAL CORPORATION |
| 2 | |
| 3  Dated: July 22, 2010 | By: /s/ Robert E. Opera |
| 4 | Robert E. Opera |
| 5 | Counsel for the Official Unsecured Creditors' Committee |
| 6 | SECURITIES AND EXCHANGE COMMISSION |
| 7 | |
| 8  Dated: July 21, 2010 | By: /s/ Sandra W. Lavigna |
| 9 | Sandra W. Lavigna |

-5-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **STIPULATION TO CONTINUE DATES TO FILE PLEADINGS RELATED TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served): On _____, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 22, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Sandra Lavigna, SEC: lavignas@sec.gov

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 22, 2010 | Susan Connor | _/s/ Susan Connor_ |
|---|---|---|
| Date | Type Name | Signature |

MAINDOCS-#148934-v4-MTI_Stip_Cont_Plan_Hrng_Dates.DOC

**NEF SERVICE LIST**

- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- David L Wilson    dlwilson@winston.com