ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660

Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for the Official Unsecured
Creditors' Committee

**FILED & ENTERED**

**JUL 27 2010**

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>Debtor and<br>Debtor-in-Possession. | Case No. 8:07-13347-ES<br><br>Chapter 11 Proceeding<br><br>**ORDER APPROVING STIPULATION TO CONTINUE DATES TO FILE PLEADINGS RELATED TO PLAN CONFIRMATION**<br><br>**Confirmation Hearing:**<br>DATE:  August 26, 2010<br>TIME:  10:30 A.M.<br>CTRM:  5A<br>       411 West Fourth Street<br>       Santa Ana, CA 92701 |

Order#27107#88bd79e9-5bac-4104-9ee1-24da72e29008

This Court having read and considered the Stipulation to Continue Dates to File Pleadings Related to Plan Confirmation (the "Stipulation") entered into by and among MTI Technology Corporation, the debtor and debtor-in-possession ("Debtor"), the Official Unsecured Creditors' Committee ("Committee"), and the Securities and Exchange Commission ("SEC") and good and sufficient cause appearing; it is hereby

**ORDERED THAT:**

1. The Stipulation is approved in its entirety;[1]

2. The Confirmation Objection Deadline to file any Confirmation Objections is hereby extended from July 15, 2010 to July 22, 2010 ("Extended Confirmation Objection Deadline"). Any Confirmation Objection must be filed with the Court by 4:00 p.m. Pacific Time on the Extended Confirmation Objection Deadline, and served such that the Confirmation Objection is actually received, by 4:00 p.m. Pacific Time on the Extended Confirmation Objection Deadline, by counsel to the Debtor, counsel to the Committee, and by the United States Trustee, at the following addresses:

| Debtor's Counsel | Eve A. Marsella, Esq., Clarkson, Gore & Marsella, APLC, 3424 Carson Street, Suite 350, Torrance, California 90503 |
|---|---|
| Committee's Counsel | Robert E. Opera, Esq., Winthrop Couchot Professional Corporation, 660 Newport Center Drive, 4th Floor, Newport Beach, California 92660 |
| United States Trustee | United States Trustee, 411 West Fourth Street, Suite 9041, Santa Ana, California 92701  Attn:  Frank Cadigan, Esq. |

3. The Confirmation Pleadings Deadline to file any Confirmation Pleadings is hereby extended from July 29, 2010 to August 5, 2010.

4. The Confirmation Pleadings Opposition Deadline to file any Confirmation Pleadings Opposition is hereby extended from August 9, 2010 to August 12, 2010 ("Extended Confirmation Pleadings Opposition Deadline"). Any Confirmation Pleadings Opposition must be filed with the Court by 4:00 p.m. Pacific Time on the Extended Confirmation Pleadings Opposition Deadline, and served such that the Confirmation Pleadings Opposition is actually

---

[1] Capitalized terms shall have the meaning set forth in the Stipulation.

1  received, by 4:00 p.m. Pacific Time on the Extended Confirmation Pleadings Opposition
2  Deadline, by counsel to the Debtor, counsel to the Committee, and by the United States Trustee, at
3  the addresses set forth hereinabove.
4         5.     The Opposition Reply Deadline to file any Opposition Reply is hereby extended
5  from August 19, 2010 to **August 20, 2010** ("Extended Opposition Reply Deadline").  Any
6  Opposition Reply must be filed with the Court by 4:00 p.m**.** Pacific Time on the Extended
7  Opposition Reply Deadline, and served such that the Opposition Reply is actually received,
8  by 4:00 p.m. Pacific Time on the Extended Opposition Reply Deadline, by the party that filed the
9  Confirmation Pleadings Opposition and by the United States Trustee; and
10         6.     No notice to creditors or parties-in-interest or hearing shall be necessary to
11  effectuate the foregoing.
12                                          #####

DATED: July 27, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER APPROVING STIPULATION TO CONTINUE DATES TO FILE PLEADINGS RELATED TO PLAN CONFIRMATION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 23, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

- Sandra Lavigna, SEC: lavignas@sec.gov
- Debtor's counsel: Eve A Marsella    emarsella@lawcgm.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 23, 2010 | Viann Corbin | /s/ *Viann Corbin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-4-

Order#27107#88bd79e9-5bac-4104-9ee1-24da72e29008

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER APPROVING STIPULATION TO CONTINUE DATES TO FILE PLEADINGS RELATED TO PLAN CONFIRMATION** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 23, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒    Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐    Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Sandra Lavigna, SEC:  lavignas@sec.gov

☐    Service information continued on attached page

Order#27107#88bd79e9-5bac-4104-9ee1-24da72e29008

**ADDITIONAL SERVICE INFORMATION** (if needed):

NEF SERVICE LIST

- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- David L Wilson    dlwilson@winston.com

Order#27107#88bd79e9-5bac-4104-9ee1-24da72e29008

# CERTIFICATE OF NOTICE

```
District/off: 0973-8           User: admin                  Page 1 of 2                   Date Rcvd: Jul 27, 2010
Case: 07-13347                 Form ID: pdf031              Total Noticed: 27

The following entities were noticed by first class mail on Jul 29, 2010.
db          +MTI Technology Corporation,    15641 Red Hill Avenue,    Suite 200,    Tustin, CA 92780-7323
aty         +Clarkson, Gore & Marsella, APLC,    3424 Carson St Ste 350,    Torrance, CA 90503-5716
aty         +Manatt Phelps & Phil,    11355 W Olympic Blvd,    Los Angeles, CA 90064-1631
aty          Sheryl L. Moreau,    Missouri Dept of Revenue,    General Counsel's Office,    301 W High St Rm 670,
              POB 475,    Jefferson City, MO 65105-0475
cr           AM-PM, Inc. dba Aries Internet Services, Inc.,    c/o Weinstein, Weiss & Ordubegian, LLP,
              1925 Century Park East Ste 1150,    Los Angeles, CA 90067-2712
cr           American Express Travel Related Svcs Co Inc Corp C,    C/O Becket & Lee LLP,    PO Box 3001,
              Malvern, PA 19355-0701
cr          +Argo Partners,    12 West 37th Street, 9th Floor,    New York, NY 10018-7480
cr           Bill J and Inez Lintz,    191 E Payson St,    Azusa, CA 91702-5550
cr          +Bowne Of Los Angeles, Inc.,    c/o Bronwen Price attn Gail Price,    2600 Mission St Ste 206,
              San Marino, CA 91108-1676
cr          +Fusionware Corp,    c/o William Lawrence, CFO,    5605 NE Elam Young Pkwy,
              Hillsboro, OR 97124-6454
cr          +IBM CORP,    ATTN: VICKY NAMKEN,    13800 DIPLOMAT,    DALLAS, TX 75234-8812
cr          +Iron mountain Information Management Inc,    C/O R Frederick Linfesty,
              745 Atlantic Ave 10th floor,    Boston, MA 02111-2735
cr           Jason E Thomas,    1805 Autumn Fire Dr,    Cedar Park, TX 78613-1420
cr          +John Carney,    980 Marymount Ln,    Claremont, CA 91711-1574
cr           Office of Unemployment Compensation Tax Services (,    Department of Labor and Industry,
              Commonwealth of Pennsylvania,    333 Market St 16th Fl,    Harrisburg, PA 17101-2235
cr          +Primeshares,    Attn: RVS,    261 Fifth Avenue 22nd Flr,    New York, NY 10016-7701
cr          +Riverside Claims LLC,    PO Box 626,    Planetarium Station,    New York, NY 10024-0626
cr          +Robin Norris,    Box 788,    Dahlonega, GA 30533-0014
acc         +Squar Milner Peterson Miranda & Williamson LLP,    4100 Newport Pl Ste 300,
              Newport Beach, CA 92660-1400
cr          +Tennessee Department of Revenue,    c/o TN Attorney General's Office,    PO Box 20207,
              Nashville, TN 37202-4015
cr          +The Collective Group, LLC,    c/o Patricia B. Tomasco,    Brown McCarroll, L.L.P.,
              111 Congress Avenue,    Suite 1400,    Austin, TX 78701-4093
intp        +U. S. Securities and Exchange Commission,    5670 Wilshire Blvd., 11th Floor,
              Los Angeles, CA 90036-5627
op          +Winthrop Couchot, PC,    660 Newport Center Drive, Ste 400,    Newport Beach, CA 92660-6427

The following entities were noticed by electronic transmission on Jul 28, 2010.
aty         +E-mail/Text: KLIPPMAN@MUNSCH.COM                                    Kevin M Lippman,
              Munsch Hardt Kopf & Harr, PC,    3800 Lincoln Plaza,    500 N Akard St,    Dallas, TX 75201-3302
cr          +E-mail/Text: rtannor@creditorliquidity.com                            CREDITOR LIQUIDITY, LP,
              200 Business Park Drive, Suite 200,    Armonk, NY 10504-1751
cr          +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM                              Liquidity Solutions, Inc.,
              One University Plaza,    Suite #312,    Hackensack, NJ 07601-6205
cr           E-mail/Text: ecfnotices@dor.mo.gov                                    Missouri Department of Revenue,
              c/o Bankruptcy Unit,    Attn Sheryl L Moreau,    POB 475,    Jefferson City, MO 65105-0475
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Alan Maddison
cr           CH Realty IV/Royal Centre, LLC
auc          CMA Business Credit Services
intp         Carolina Casualty Insurance Company
intp         Copper Holdings LLC
fa           Corporate Recovery Associates
cr           Dell Financial Services, L.L.C.
intp         Dell Marketing, L.P.
cr           EMC Corporation
cr           Frank Parsons Paper Company, Inc
cr           International Business Machines Corp.
cr           James Stelle,    3334 Country Club Blvd
cr           John M Bisaha
cr           Kurt S Hayes
crcm         Official Committee of Unsecured Creditors
cr           Pamela J Lynch
cr           Pencom Systems Incorporated
cr           Rebecca A Mason
cr           Rockwell Collins, Inc
acc          Squar, Milner, Peterson, Miranda & Williamson, LLP
intp         The Canopy Group, Inc
cr           The Vermont Department of Taxes
cr           Verizon Business Global LLC
                                                                                              TOTALS: 23, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0973-8           User: admin              Page 2 of 2                Date Rcvd: Jul 27, 2010
Case: 07-13347                 Form ID: pdf031          Total Noticed: 27

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 29, 2010**                       **Signature:**   *Joseph Speetjens*