**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Attorneys for MTI Technology Corporation, Debtor and Debtor in Possession

FILED & ENTERED

JUL 30 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels    DEPUTY CLERK

CHANGES MADE BY COURT

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>     Debtor and Debtor in Possession. | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**ORDER GRANTING DEBTOR'S MOTION TO DISALLOW CLAIM OF EDWARD KIRNBAUER (CLAIM NO. 47)**<br><br>Date: July 20, 2010<br>Time: 10:30 a.m.<br>Ctrm: 5A<br>     411 West Fourth Street<br>     Santa Ana, CA |

The objection to the claim of Edward Kirnbauer, (the "Objection") filed by MTI Technology Corporation, Chapter 11 Debtor and Debtor-in-Possession (the "Debtor") came on for hearing at the above date, time and place.

The Court, having considered the Objection, and all other papers and pleadings on file in this case, hereby

///

///

///

///

///

///

///

Order on Debtor's Motion to Disallow Claim No. 47 of Edward Kirnbauer

1

**ORDERS** as follows:

The Debtor's objection to Claim No. 47 of Edward Kirnbauer, filed in the amount of $198,314.62, is granted. Claim No. 47 of Edward Kirnbauer is allowed in the amount of $193,694.62 as a general unsecured claim, $4,620.00 as a priority claim and $8,177.43 disallowed in its entirety.

**IT IS SO ORDERED.**

### 

DATED: July 30, 2010

*Erithe A. Smith*
United States Bankruptcy Judge

Order on Debtor's Motion to Disallow Claim No. 47 of Edward Kirnbauer

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street Suite 350
Torrance, CA 90503

A true and correct copy of the foregoing document described **ORDER GRANTING DEBTOR'S MOTION TO DISALLOW CLAIM OF EDWARD KIRNBAUER (CLAIM NO. 47)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 27, 2010 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐                                                                                  Service information continued on attached page

**II. SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:** On July 27, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

☐    See Attached Service List                              Service information continued on attached page**.**

**III. SERVED BY ~~PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR~~ EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 26, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                                                  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| July 27, 2010 | Nina Narag | /s/Nina Narag |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

3  Order on Debtor's Motion to Disallow Claim No. 47 of Edward Kirnbauer

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING DEBTOR'S MOTION TO DISALLOW CLAIM OF EDWARD KIRNBAUER (CLAIM NO. 47)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of July 27, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

Robert E Opera                    pj@winthropcouchot.com

United States Trustee (SA)        ustpregion16.sa.ecf@usdoj.gov

Christine M. Fitzgerald           cfitzgerald@lawcgm.com

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☒ Service information continued on attached page

Order on Debtor's Motion to Disallow Claim No. 47 of Edward Kirnbauer

4

**SECTION I**

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- David L Wilson    dlwilson@winston.com

**SECTION III**

**TO BE SERVED BY THE LODGING PARTY**

**SERVICE VIA MAIL**

**Claimant**

Edward Kirnbauer
305 Cedar Street
Newport Beach, CA 92663

**Debtor**

MTI Technologies Inc.
Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780