1  SANDRA W. LAVIGNA (Cal. Bar No. 117965)

2  Attorneys for:
   U. S. SECURITIES AND EXCHANGE COMMISSION
3  Rosalind Tyson, Regional Director
   5670 Wilshire Boulevard, 11th Floor
4  Los Angeles, California 90036
   Telephone: (323) 965-3998
5  Fax: (323) 965-4530
   lavignas@sec.gov

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation<br><br>Debtor. | Case No.: 8-07-13347-ES<br><br>Chapter 11<br><br>**NOTICE OF WITHDRAWAL OF OBJECTION OF U. S. SECURITIES AND EXCHANGE COMMISSION TO CONFIRMATION OF DEBTOR'S AND COMMITTEE'S THIRD AMENDED CHAPTER 11 PLAN**<br><br>Date: August 26, 2010<br>Time: 10:30 a.m.<br>Place: Courtroom 5 A<br><br>Judge: The Honorable Erithe A. Smith |

PLEASE TAKE NOTICE that the U. S. Securities and Exchange Commission ("Commission") hereby withdraws its Objection to Confirmation of Debtor's and Committee's Third Amended Chapter 11 Plan ("Plan"). The Commission neither approves nor disapproves the Plan, and reserves its rights in that regard.

Dated: August 5, 2010

Respectfully submitted,

/s/ *Sandra W. Lavigna*

SANDRA W. LAVIGNA
Senior Bankruptcy Counsel
Los Angeles Regional Office
U. S. Securities and
Exchange Commission

| In re:<br>MTI TECHNOLOGY CORPORATION<br><br>Debtor(s). | CHAPTER 11<br><br>CASE NUMBER 8:07-bk-13347-ES |
|---|---|

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**5670 Wilshire Blvd., 11th Floor, Los Angeles, California 90036.**

A true and correct copy of the foregoing document described **NOTICE OF WITHDRAWAL OF OBJECTION OF U.S. SECURITIES AND EXCHANGE COMMISSION TO CONFIRMATION OF DEBTOR'S AND COMMITTEE'S THIRD AMENDED CHAPTER 11 PLAN**, will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On July 22, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Scott C. Clarkson          sclarkson@lawcgm.com
- United States Trustee      ustpregion16.sa.ecf@usdoj.gov
- Richard H. Golubow         rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Payam Khodadadi            pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Robert E. Opera            pj@winthropcouchot.com, sconnor@winthropcouchot.com

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL(indicate method for each person or entity served):**
On **August 5, 2010**, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Erithe A. Smith
Judge, United States Bankruptcy Court
Central District of California – Santa Ana Division
411 W. Fourth Street,
Santa Ana, California 92701-4593

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL (indicate method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on_____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 5, 2010 | Louie M. Adame | /s/ |
|---|---|---|
| Date | Type Name | Signature |