1 | RICHARD J. FEFERMAN, CIRA
SENIOR MANAGING DIRECTOR
2 | CORPORATE RECOVERY ASSOCIATES
3830 Valley Center Drive, Suite 705-152
3 | San Diego, CA 92130
(858) 792-7473 Telephone
4 | (858) 430-2454 Facsimile

5 | Business and Financial Advisor for the Committee of
Creditors Holding Unsecured Claims

**FILED AUG 31 2010**
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

**By Fax**

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>Debtor and<br>Debtor in Possession. | Case No. SA 07-13347-ES<br><br>In A Chapter 11 Case<br><br>MONTHLY STATEMENT RE FEES AND EXPENSES INCURRED BY CORPORATE RECOVERY ASSOCIATES, BUSINESS AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS; DECLARATION IN SUPPORT THEREOF<br><br>Period: July 2010<br><br>[No Hearing Required] |



1

Corporate Recovery Associates (the "Firm"), business and financial advisor to the Official Committee of Creditors Holding Unsecured Claims (the "Committee") hereby files its Monthly Statement re Fees and Expenses Incurred by Corporate Recovery Associates, Business and Financial Advisor to the Official Committee of Creditors Holding Unsecured Claims (October 27, 2007 through December 31, 2007; hereinafter the "Billing Period") (the "Monthly Statement") in compliance with the Order on Motion for Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals Employed at the Expense of the Bankruptcy Estate, entered by the Court on November 26, 2007 (the "order"). As set forth in the Firm's computerized billing statement attached as Exhibit "1" to the Declaration of Richard J. Feferman appended hereto, the firm incurred the following fees and expenses on behalf of the Committee during the Billing Period.

Total fees incurred during the Billing Period:

| Total fees incurred in July 2010 | $21,637.50 |
|---|---|
| Total expenses for which reimbursement is requested | $353.12 |
| Less Courtesy Discounts | -$862.50 |
| Total fees and costs less courtesy discounts | $21,128.12 |

In accordance with the terms of the Order, the Firm hereby requests payment of $16,620.00 representing 80% of its fees, and $353.12, representing 100% of its expenses for a total of $16,973.12 during the Billing Period with the balance to be paid subject to the terms of the Order.

**PLEASE TAKE NOTICE** that each Notice Party[1] will have until ten (10) days after service of this First Statement (the "Objection Deadline") to review the Monthly Statement and raise any objection thereto. Any objection to the First Statement ("Objection") must (1) be in writing; (2) set forth the precise nature of the Objection and the amount of objectionable fees and expenses at issue; and (3) be filed with the United States Bankruptcy Court located at 411 West Fourth Street, Santa Ana, CA 92701, and served on the Firm and the Notice Parties so that the Objection is received by these parties on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that, if no Objection is timely filed, served and received in response to this First Statement, the Firm will be entitled to payment by the Debtor without further order of the Court, of 80% of the fees and 100% of the expenses that are the subject of this Monthly Statement. All such payments will be on an interim basis and subject to the filing of a final fee application.

**PLEASE TAKE FURTHER NOTICE** that, if a timely Objection is filed to this First Statement, the objecting party and the Firm may attempt to resolve the Objection on a consensual basis. If the parties are unable to reach a resolution of the Objection, the Firm may either: (1) file a request for payment of the disputed amount with the Bankruptcy Court and serve such request on the Notice Parties, which request will be heard on the first available hearing date occurring at least 20 days after the filing and service of such a request (or such other date as the Court may fix); or (2) forego payment of the disputed amount until the next interim or final fee application hearing, at which time the Court will consider and dispose of the Objection. Pending resolution of any timely filed Objection, the Firm will be entitled to payment from the Debtor of the lesser of: (1) 80% of the fees and 100% of the costs and expenses requested in the First Statement, or

---

[1] Unless otherwise defined herein, the capitalized terms used herein will have the meanings set forth in the Order.

3

| | | |
|---|---|---|
| 1 | DATED: August 18, 2010 | **CORPORATE RECOVERY ASSOCIATES** |
| 2 | | |
| 3 | | By: _/s/ Richard J. Feferman_ |
| 4 | | Richard J. Feferman, CIRA |
| | | Business and Financial Advisor to the Official |
| 5 | | Committee of Creditors Holding Unsecured Claims |

## DECLARATION OF RICHARD J. FEFERMAN

I, Richard J. Feferman, declare and state as follows:

1. I am the Senior Managing Director of the financial and management consulting firm Corporate Recovery Associates (the "Firm"), business and financial advisor to the Official Committee of Creditors Holding Unsecured Claims in the above-titled Chapter 11 case. I am authorized to and make this declaration on behalf of the Firm. The matters stated herein are within my own personal knowledge and, if called as a witness, I could and would competently testify thereto.

2. I have read the attached Monthly Statement Re Fees And Expenses Incurred By Corporate Recovery Associates, Business and Financial Advisor to the Official Committee of Creditors Holding Unsecured Claims, as well as the Firm's computerized billing statement ("Billing Statement") for month of July 2010, a true and complete copy of which is attached herto as Exhibit "1" and is incorporated herein by this reference. To the best of my knowledge, the Montlhly Statement is an accurate representation of the services performed, and the costs incurred by the Firm for the period covered by the Billing Statement.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18th day of August 2010 at Santa Fe, New Mexico.

Richard J. Feferman

Richard J. Feferman

# Exhibit 1

Matter: MTI Technology Corp.  
Corporate Recovery Associates  
Professional Billing Statement  
July 2010  
Page 1 of 5

| Date | Project | Professional | Billing Rate | Time | Amount | Description | Category | Discount Codes | Courtesy Discounts |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Examine claims worksheet prepared by debtor and draft email concerning backup & basis from staff (Redacted) | CAO | | |
| 7/1/2010 | MTI | RJF | 375.00 | 0.6 | 225.00 | Examine and draft comments on financial reports of confidential memo to OCC concerning settlement discussions (Redacted) | LC | | |
| 7/1/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC from Mr. Smith in response to my email with a question regarding factual info in the Debtor's books and records (Redacted) | CAO | | |
| 7/1/2010 | MTI | RJF | 375.00 | 0.8 | 300.00 | Draft and send comment letter to Mr. Opena [sp] via email concerning settlement negotiations (redacted) | LC | | |
| 7/1/2010 | MTI | RJF | 375.00 | 1.5 | 562.50 | Travel w/o working on other matters to Square Milner [sp] in Newport Beach to meet re plan | T | | |
| 7/1/2010 | MTI | RJF | 375.00 | 2.0 | 750.00 | Meet w/ Scott Burack review need to set up trust over vest assets in Recrd. Debtor. | T | | |
| 7/1/2010 | MTI | RJF | 375.00 | 1.2 | 450.00 | Travel w/o working on other matters return from debtor's CPA | T | | |
| 7/1/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | Read final confidential memorandum for OCC | MC | | |
| 7/1/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft and send email to Mr. Opena Re IRS admin. Claim | CAO | | |
| 7/1/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | ML for Mr. Opena re IRS Admin claim | CAO | NC | -37.50 |
| 7/1/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Todd Schaeffer discuss meeting next Wed & Scott Potemacki's [sp] office to discuss case administration | CA | | |
| 7/1/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Mr. Opena discussing disputed priority tax claims of IRS | CAO | | |
| 7/5/2010 | MTI | RJF | 375.00 | 1.3 | 487.50 | Prepare for meeting with debtors stuff re planning for wind-up | PD | | |
| 7/6/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Mr. Poteski et al re tomorrow's meeting | pd | | |
| 7/6/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | read email from Mr. Smith - arrangements for tomorrow's wind-up planning meeting | PD | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.8 | 300.00 | Prepare for meeting w/ Mr. Poteski, Mr. Schaeffer & Mr. Smith re plan implementation & wind-up | CA | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Read & respond to email from Ms. Marsella [sp] re early dist. to priority | CAO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Ms. Marsella re early dist. reply | CAO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 1.3 | 487.50 | Meet w/ Todd Schaeffer over lunch to discuss multiple wind-up issues regarding vendors, overhead, claims analysis & employment | BO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 1.6 | 600.00 | Travel w/o working to meeting w/ Mr. Poteski, Schaeffer & Smith | T | | |
| 7/7/2010 | MTI | RJF | 375.00 | 3.1 | 1,162.50 | Meet w/ Mr. Poteski, Schaeffer & Smith re plan implementation & windup | PD | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.6 | 225.00 | Travel w/o working to lunch meeting w/ Mr. Schaeffer | T | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Opena re analysis of priority wage claimants | CAO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 1.1 | 412.50 | Travel w/o working - return from meeting w/ Mr. Schaeffer | T | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Schaeffer concerning employee issues (redacted) | BO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | ML for Ms. Marsella | CAO | NC | -37.50 |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | ML for Mr. Opena | CAO | NC | -37.50 |
| 7/7/2010 | MTI | RJF | 375.00 | 0.6 | 225.00 | Examine notes concerning debtor's overhead. Identify prospective cuts | BA | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Poteski [sp] concerning priority claims dist. | CAO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Mr. Opena concerning priority claims dist. & discussions w/ staff | CAO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Mr. Poteski [sp] concerning concerns w/ early dist to priority wage claimants | CAO | | |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | read email from Mr. Opera scheduling TC | CA | NC | -37.50 |
| 7/7/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email string discussing SEC concerns re: confirmation | PD | | |
| 7/8/2010 | MTI | RJF | 375.00 | 0.6 | 225.00 | TC w/ Ms. Marsella re 1) priority emp wage claims & 2) secured claims of (redacted) | CAO | | |
| 7/8/2010 | MTI | RJF | 375.00 | 0.8 | 300.00 | Review records concerning debtors universe of records & commence evaluation of what can be abandoned | BO | | |
| 7/8/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | TC w/ Mr. Opena regarding [gearing down corp over [sp] early dist to wage claimants [sp] [very light text cannot read] | CA | | |

-7-

Matter: MTI Technology Corp.　　　Corporate Recovery Associates　　　Page 2 of 5
Professional Billing Statement
July 2010

| Date | Matter | Atty | Rate | Hours | Amount | Description | Code | | |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Examine claims worksheet prepared by debtor and draft email concerning backup & basis from staff (Redacted) | CAO | | |
| 7/8/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opera concerning revisions to Order for early dist to employees | CAO | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read & respond to email from Mr. Opena re settlement discussions - Peucoun [sp] matter | LC | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read reply from Mr. Opena - Peucoun [sp] | LC | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read & respond to email from Mr. Opena re tentative settlement w/ Peucoun defendants | LC | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opena re Peucoun matter | LC | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Poteski re early dist. to conditions [sp] | CAO | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | TC w/ Ms. Marsella re staff's displeasure re early priority dist | CAO | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | TC w/ Mr. Schaeffer re reconciliation of wage claims | CAO | NC | -112.50 |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Ms. Marsella re reconciliation pr or. Claims | CAO | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | ML for Mr. Opena | CAO | NC | 37.50 |
| 7/9/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Mr. Opena concerning settlement negotiations | LC | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Opena concerning confidential settlement negotiations | LC | | |
| 7/9/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | read email from Mr. Opera regarding comments of SEC re conf of Plan | PD | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.6 | 225.00 | Read & examine email from Keny Peterson regarding settlement terms | LC | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | Examine Will Kerley's employment contract to determine compensation | CAO | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.5 | 187.50 | Examine Bill Kerley's [POC It] | CAO | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Mr. Schaeffer re claims reconciliation | CAO | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Amend punch (things) list re confirm factual info | CAO | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Draft & send email to Mr. Schaeffer concerning factual information - claims reconciliation (redacted) | CAO | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Analyze factual information concerning claims (redacted) | CAO | | |
| 7/12/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opena concerning settlement neg. & forward to Mr. [Golebow] [sp] | CAO | | |
| 7/13/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Mr. Schaeffer re factual info concerning claim of interest (redacted) | CAO | | |
| 7/13/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Consider diligence items to consider in evaluation of claim of interest & email Mr. Schaeffer | CAO | | |
| 7/13/2010 | MTI | RJF | 375.00 | 1.6 | 600.00 | Research factual information surrounding claim of interest | CAO | | |
| 7/13/2010 | MTI | RJF | 375.00 | 1.3 | 487.50 | Continue examination of factual info concerning claim of interest - draft & email & send to counsel | CAO | | |
| 7/13/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Examine factual information concerning early dist. to wage claimants | CAO | | |
| 7/13/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft and send email to Mr. Schaeffer scheduling TC re employee claims | CAO | NC | -37.50 |
| 7/14/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from committee member [Cronyn] [sp] | MC | | |
| 7/14/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Read email from Mr. Opena re settlement negotiations/terms | LC | | |
| 7/14/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | Examine notes in prep for meeting w/ Mr. Schaeffer re wage claims | CAO | | |
| 7/14/2010 | MTI | RJF | 375.00 | 1.7 | 637.50 | Examine info provided by debtor concerning wage claims | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.8 | 300.00 | Examine proposed wage dist red flag items that are not consistent w/ K [Torrance] [sp] spreadsheet | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | TC w/ Mr. Schaeffer discuss reconciliation of priority claims | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.7 | 262.50 | Examine claims information prepared by Debtor & draft questions for Mr. Schaeffer. Send email to same | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Opena discuss factual info concerning bus. Aspects of negotiations to resolve [unfilled] plan objectives (redacted) & non material amendments | PD | | |

Matter: MTI Technology Corp.  
Corporate Recovery Associates  
Professional Billing Statement  
July 2010  
Page 3 of 5

| Date | Matter | Atty | Rate | Hours | Amount | Description | Code | Adj | Adj Amt |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Examine claims worksheet prepared by debtor and draft email concerning backup & basis from staff (Redacted) | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Draft email to Mr. Opena outlining plan agent duties & changes | PD | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | Read email from Mr. Opena, non material (redacted) modification relating to - clarifying distributions. | PD | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Ms. Marsella discussing amendments to spreadsheets illustrating employee claims | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Khodadadi and attachments concerning entry of orders - default judgements | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email response from Mr. Schaeffer concerning factual information regarding large prospective claim objection (Redacted). | CAO | | |
| 7/15/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email response from Mr. Schaeffer pertaining to apparent overstatement of large claim (Redacted). | CAO | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft email to Rob concerning TC w/ SEC | PD | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Mr. Opera discuss factual info regarding plan negotiations (redacted) | PD | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email and attachment from Mr. Opera re extend deadline to file plan related pleadings | PD | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | read email string (several emails) re continuation of date to file pleadings | PD | NC 50% | -18.75 |
| 7/16/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Read email and attachments from Debtor's counsel re Caggiaro objection | CAO | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Read and Respond to emails from Debtor's counsel and Committee's counsel concerning factual information (Redacted). | AA | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft and send email to Mr. Opera re availability for TC with SEC rep | PD | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | examine letter from SEC discussing concerns with plan provisions concerning releases and prospective merger and corresponding email string. | PD | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | read confirmation from Michelle Carpenter re: service of documents related to employee claims. | CAO | | |
| 7/16/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opera re plan voting | PD | NC 50% | -18.75 |
| 7/19/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | TC w/ Mr. Potevacki [sp] concerning debtor employees, records to preserve property that can be abandoned, litigation, remaining & backup that is needed, reconciliation of claims, SEC, shell | BO | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | ML for Mr. Schaeffer | BO | NC | -37.50 |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Potevacki [sp] discuss staffing | BO | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | Review email from Mr. Opena and attachment re plan agent | PD | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | TC w/ Mr. Kipperman re plan agent disclosures | BO | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Ms. Connor re PDF of plan & disc. Statement | PD | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | ML for Mr. Khodadadi | LC | NC | -37.50 |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to R. Kipperman re plan agent terms of employment | PD | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Mr. Opena w/ modification to "terms of employment" | PD | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Draft changes to plan agent terms of employment & forward to Mr. Opena | PD | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read & respond to email from Mr. Clarkson re litigation | CA | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | TC w/ Mr. Clarkson re case administration | CA | NC 50% | -56.25 |
| 7/19/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Read & respond to email from staff re plan terms (redacted) | PD | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Draft & send additional comments on plan agent disclosure to Mr. Opena | PD | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | ML for Mr. Opena | PD | NC | -37.50 |
| 7/19/2010 | MTI | RJF | 375.00 | 0.7 | 262.50 | TC w/ Mr. Khaladedi [sp] confer on factual info concerning ongoing litigation (redacted) | LC | | |
| 7/19/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | Read email from Mr. Opena including attachment - disc. - post effective date committee | PD | | |
| 7/20/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Schaeffer | CAO | | |
| 7/20/2010 | MTI | RJF | 375.00 | 0.8 | 300.00 | Examine plan and plan agent disc. Doc. & comment | PD | | |
| 7/20/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | TC w/ Mr. Schaeffer re reconciliation of emp. Claims entitled to priority | CAO | | |

| Matter: MTI Technology Corp. | | | | | Corporate Recovery Associates<br>Professional Billing Statement<br>July 2010 | | | Page 4 of 5 |
|---|---|---|---|---|---|---|---|---|
| 7/1/2010 MTI | RJF | 375.00 | 0.3 | 112.50 | Examine claims worksheet prepared by debtor and draft email concerning backup & basis from staff (Redacted) | CAO | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.9 | 337.50 | Review plan & plan agent documents - continue comments | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Mr. Myers concerning tax issues | TI | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Catherine Rojo - Omni re status of June MOR. | CA | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.6 | 225.00 | Continue review email from Mr. Opena & attachment - post conf. comm. disc. | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.7 | 262.50 | Complete review of plan agent disclosure | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 1.2 | 450.00 | Read email & attachment from Mr. Opena to Ms. Lauigna re resolution of prospective objection | PD | NC 50% | -225.00 |
| 7/20/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Mr. Poterackı requesting copies of SEC notices | AA | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read & respond to email from Mr. Opena re plan agent disc. | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.5 | 187.50 | Draft comments from notes on plan agent disclosure & email to Mr. Opena | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read & respond to email from Mr. Opena re changes to plan disc. | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.7 | 262.50 | Read email from Mr. Opena concerning factual information (redacted) & send email w/ questions | CAO | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Opena re amendments to plan docs & (redacted) | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.9 | 337.50 | Draft & forward changes to plan agt. Disclosure to Mr. Opena | PD | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Todd Schaeffer re June MOR | CA | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Eric Schwartz re June MOR | CA | | |
| 7/20/2010 MTI | RJF | 375.00 | 0.2 | 75.00 | Read email attachment from Mr. Poteracki - Letter from SEC re delinquent filings | CA | | |
| 7/21/2010 MTI | RJF | 375.00 | 0.3 | 112.50 | Examine email from Mr. Opena re post - eff. Date comm. disc. & respond via email re comments | PD | | |
| 7/21/2010 MTI | RJF | 375.00 | 0.8 | 300.00 | Read email & attachment from Mr. Opena re business provisions of plan - check w/ prior comments & notes. Reply to Mr. Opena | PD | | |
| 7/21/2010 MTI | RJF | 375.00 | 0.2 | 75.00 | Read email and attachment from Mr. Opena re Plan Agent Disclosure draft | PD | | |
| 7/21/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | read amended stipulation continuing time to file plan related documents | PD | | |
| 7/21/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opera re: Status SEC objections concerning liquidation of public shell. | PD | | |
| 7/21/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read email & Attachment from Michelle Carpenter  amended notice of Hearing Caggiano | CAO | NC 50% | -18.75 |
| 7/22/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Mr. Opena re plan | PD | | |
| 7/22/2010 MTI | RJF | 375.00 | 0.2 | 75.00 | Read email and attachment from Mr. Opena concerning SEC's issues with Plan | PD | | |
| 7/22/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read email string concerning SEC's concerns with plan | PD | | |
| 7/22/2010 MTI | RJF | 375.00 | 0.2 | 75.00 | review redline of revised proposed settlement agreement with Pencom defendants | PD | | |
| 7/22/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opera to client re Plan agt and post conf committee | PD | | |
| 7/22/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opera to Debtor re disclosures re plan agt and post conf committee | PD | NC 50% | -18.75 |
| 7/23/2010 MTI | RJF | 375.00 | 0.3 | 112.50 | Read email from Mr. Opena discussing SEC's opposition & proposed changes | PD | | |
| 7/26/2010 MTI | RJF | 375.00 | 0.2 | 75.00 | Read & respond to email from Scott Clarkson re confidential settlement negotiations | LC | | |
| 7/26/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read & respond to email from Mr. Khadacedi [sp] re factual info (redacted) | LC | | |
| 7/26/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read  email from counsel and Debtor's counsel concerning confirmation details. | PD | | |
| 7/26/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read  email from counsel and Debtor's counsel concerning confirmation details. | PD | NC 50% | 18.75 |
| 7/26/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Read  email from counsel and Debtor's counsel concerning confirmation details. | PD | NC 50% | -18.75 |
| 7/27/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Send email to Mr. Opena re factual info (redacted) | LC | | |
| 7/27/2010 MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Rayon re factual info (redacted) | LC | | |

Matter: MTI Technology Corp.  
Corporate Recovery Associates  
Professional Billing Statement  
July 2010  
Page 5 of 5

| Date | Matter | Prof | Rate | Hours | Amount | Description | Code | Adj | Adj Amt |
|---|---|---|---|---|---|---|---|---|---|
| 7/1/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Examine claims worksheet prepared by debtor and draft email concerning backup & basis from staff (Redacted) | CAO | | |
| 7/27/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Mr. Khadadedi concerning factual info (redacted) | LC | | |
| 7/27/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Mr. Khadadedi concerning factual info (redacted) | LC | | |
| 7/27/2010 | MTI | RJF | 375.00 | 0.9 | 337.50 | Examine SEC objection to financial provisions of plan concerning merger and status as a public company | PD | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Draft & send [sp] email re factual info (redacted) | LC | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Read & respond to email from Mr. Khadadedi pertaining to factual info (redacted) | LC | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | TC w/ Khadadedi discuss factual info (disbursement & collection history) | LC | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | TC w/ Brent from CGM re order | CAO | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Ms. Marsella re order | CAO | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Examine email & attachment concerning order for early dist. | CAO | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | TC w/ Mr. Poteski concerning order re early pmt to emp. | CAO | | |
| 7/28/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | email from Ms. Marsella confirming email of notice re claims dist order | CAO | NC 50% | -18.75 |
| 7/28/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email reply from Mr. Opera re confidential settlement discussions re (redacted) matter | LC | | |
| 7/29/2010 | MTI | RJF | 375.00 | 0.6 | 225.00 | Org. & email factual info to Mr. Khadadedi (redacted) | LC | | |
| 7/29/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Ms. Marsella re conf. of fax & order | CAO | | |
| 7/29/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read & respond to email from Ms. Marsella confirming fax contents [sp] | CAO | | |
| 7/29/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | TC w/ Mr. Khadadedi confer re factual info (redacted) | LC | | |
| 7/29/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Read email from Mr. Opera discussing confirmation issues | PD | | |
| 7/30/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Read email string with SEC & reply to Mr. Opena | PD | | |
| 7/30/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | Examine email from Robert Opena concerning plan objections | PD | | |
| 7/30/2010 | MTI | RJF | 375.00 | 0.1 | 37.50 | Draft & send email to Mr. Opera - plan agent & [fwd] effective date notices | PD | | |
| 7/30/2010 | MTI | RJF | 375.00 | 0.3 | 112.50 | Review changes to redline changes to plan concerning liability of professionals, plan agent, etc (4th amended) | PD | | |
| 7/30/2010 | MTI | RJF | 375.00 | 0.5 | 187.50 | TC w/ Mr. Opera re discuss plan negotiations, amendments and notices | PD | | |
| 7/31/2010 | MTI | RJF | 375.00 | 0.4 | 150.00 | Read email and attachment from Mr. Opera concerning confidential settlement negotiations. | LC | | |
| 7/31/2010 | MTI | RJF | 375.00 | 0.5 | 187.50 | Review reconciliation and back-up of emp claims / early dist. | CAO | | |
| 7/31/2010 | MTI | RJF | 375.00 | 0.2 | 75.00 | continue examination of back-up for emp claims receiving early dist. | CAO | | |
| | | | | 57.7 | 21,637.50 | | | | -862.50 |

Matter: MTI     Professional Billing Statement - Costs     July 2010
Corporate Recovery Associtates

| Date | Case | Professional | Cost per item | Quantity | Amount | Description |
|---|---|---|---|---|---|---|
| 7/1/2010 | MTI | RJF | $0.20 | 13 | $2.60 | copies |
| 7/1/2010 | MTI | RJF | $4.75 | 2 | $9.50 | tolls |
| 7/1/2010 | MTI | RJF | | 73.1 | $0.00 | mileage |
| 7/1/2010 | MTI | RJF | | 73.1 | $0.00 | mileage |
| 7/5/2010 | MTI | RJF | $2.40 | 1 | $2.40 | Pacer |
| 7/5/2010 | MTI | RJF | $2.40 | 1 | $2.40 | Pacer |
| 7/5/2010 | MTI | RJF | $0.16 | 1 | $0.16 | Pacer |
| 7/5/2010 | MTI | RJF | $2.40 | 1 | $2.40 | Pacer |
| 7/7/2010 | MTI | RJF | $0.20 | 32 | $6.40 | copies |
| 7/7/2010 | MTI | RJF | $0.20 | 15 | $3.00 | copies |
| 7/7/2010 | MTI | RJF | $0.20 | 17 | $3.40 | copies |
| 7/7/2010 | MTI | RJF | | 64.2 | $0.00 | Mileage office to Mr. Potecki's [sp] office. |
| 7/7/2010 | MTI | RJF | | 9.6 | $0.00 | Mileage Mr. Potecki's ofice to lunch w/ Mr. Schaeffer [sp] @ Native Foods |
| 7/7/2010 | MTI | RJF | | 58.3 | $0.00 | Mileage return from Native Foods to office |
| 7/7/2010 | MTI | RJF | $37.46 | 1 | $37.46 | Meal w/ Mr. Schaeffer discuss overhead and wind-up @ Native Foods Aliso-Viejo |
| 7/8/2010 | MTI | RJF | $0.20 | 3 | $0.60 | copies |
| 7/13/2010 | MTI | RJF | $1.04 | 1 | $1.04 | Pacer |
| 7/13/2010 | MTI | RJF | $0.24 | 1 | $0.24 | Pacer |
| 7/13/2010 | MTI | RJF | $0.08 | 1 | $0.08 | Pacer |
| 7/13/2010 | MTI | RJF | $0.20 | 6 | $1.20 | copies |
| 7/15/2010 | MTI | RJF | $0.20 | 32 | $6.40 | copies |
| 7/15/2010 | MTI | RJF | $0.20 | 38 | $7.60 | copies |
| 7/15/2010 | MTI | RJF | $0.08 | 12 | $0.96 | Pacer |
| 7/15/2010 | MTI | RJF | $0.08 | 18 | $1.44 | Pacer |
| 7/15/2010 | MTI | RJF | $0.08 | 3 | $0.24 | Pacer |
| 7/15/2010 | MTI | RJF | $0.08 | 5 | $0.40 | Pacer |
| 7/19/2010 | MTI | RJF | $0.20 | 94 | $18.80 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 5 | $1.00 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 4 | $0.80 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 27 | $5.40 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 144 | $28.80 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 144 | $28.80 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 94 | $18.80 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 5 | $1.00 | copies |
| 7/19/2010 | MTI | RJF | $0.20 | 18 | $3.60 | copies |
| 7/20/2010 | MTI | RJF | $0.20 | 34 | $6.80 | copies |
| 7/20/2010 | MTI | RJF | $0.20 | 9 | $1.80 | copies |
| 7/20/2010 | MTI | RJF | $0.20 | 18 | $3.60 | copies |
| 7/20/2010 | MTI | RJF | $8.00 | 18 | $144.00 | Pacer |
| | | | | | $353.12 | |

Case: MTI

Corporate Recovery Associates
Summary By Category Of Service

| Category | Month | Hours | Rate | Amount | Courtesy Discounts |
|---|---|---|---|---|---|
| Asset Analysis (AA) | | | | | |
|     Richard J. Feferman | July | 0.3 | 375.00 | 112.50 | |
| Business Analysis (BA) | | | | | |
|     Richard J. Feferman | July | 0.6 | 375.00 | 225.00 | |
| Business Operations (BO) | | | | | |
|     Richard J. Feferman | July | 3.1 | 375.00 | 1,162.50 | 37.50 |
| Case Administration (CA) | | | | | |
|     Richard J. Feferman | July | 2.3 | 375.00 | 862.50 | 93.75 |
| Claims Analysis & Objections (CAO) | | | | | |
|     Richard J. Feferman | July | 16.6 | 375.00 | 6,225.00 | 337.50 |
| Litigation Consulting (LC) | | | | | |
|     Richard J. Feferman | July | 6.5 | 375.00 | 2,437.50 | 37.50 |
| Meetings of Creditors (MC) | | | | | |
|     Richard J. Feferman | July | 0.5 | 375.00 | 187.50 | |
| Plan & Disclosure Statement (PD) | | | | | |
|     Richard J. Feferman | July | 19.6 | 375.00 | 7,350.00 | 356.25 |
| Travel (T) | | | | | |
|     Richard J. Feferman | July | 6 | 375.00 | 2,250.00 | |
| Tax Issues (TI) | | | | | |
|     Richard J. Feferman | July | 2.2 | 375.00 | 825.00 | |
| | | 57.7 | | 21,637.50 | 862.50 |

| In re: | CHAPTER 11 |
|---|---|
| MTI TECHNOLOGY CORPORATION, Debtor(s). | CASE NUMBER 8:07-13347 ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: MONTHLY STATEMENT RE FEES AND EXPENSES INCURRED BY CORPORATE RECOVERY ASSOCIATES, BUSINESS AND FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF CREDITORS HOLDING UNSECURED CLAIMS; DECLARATION IN SUPPORT THEREOF will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2010, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On August 20, 2010 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, 2010 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 20, 2010 | Susan Connor | |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                                    F 9013-3.1

| In re:<br>MTI TECHNOLOGY CORPORATION,        Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:07-13347 ES |
|---|---|

## SERVICE VIA FIRST CLASS MAIL
(Unless NEF indicated)

MTI Technology Corporation
Attn: Thomas P. Raimondi, Jr., Pres. & CEO
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

U.S. Trustee's Office
Frank Cadigan, Esq.
411 West Fourth Street, #9041
Santa Ana, CA 92701

MTI Tech
Special Notice List
Document No. 119553

Debtor's Counsel
Clarkson, Gore & Marsella, SPLC
Scott C. Clarkson, Esq.
3424 Carson St Ste 350
Torrance, CA 90503

Securities & Exchange Commission
Sandra Lavigana, Esq.
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

Corporate Recovery Associates
Richard Feferman
3830 Valley Center Dr., #705-152
San Diego, CA 92130

Committee Chair
EMC Corporation, FedEx Custom Critical
Steven D. Sass, Esq.
c/o RMS
307 International Circle, #270
Hunt Valley, MD 21030

Committee Member
Neoscale Systems, Inc
Andrew Moley/Janet Cahill
~~1655 McCarthy Blvd.~~
~~Milpitas, CA 95035~~
1/20/2009 -- See New Address Below

Committee Member
Compnology, Inc.
John S. Cronin
6300 Station Mill Dr.
Norcross, GA 30092

Committee Member
Wade Saadi
Pencom Systems, Inc.
~~40 Fulton Street, 18th Fl~~
~~New York, NY 10038-5058~~
See Address Below Per 4/27/09 Email

Committee Member
CCS Computer Configuration Services
Al Crasso
2532 White Road
Irvine, CA 92614

Committee Member
Lifeboat Distribution, Inc
Kevin Scull
1157 Shrewsbury Ave.
Shrewsbury, NJ 07720

Committee Member
Mid Atlantic Corp. Services, Inc.
Michael Buston
812 Oregan Ave., #11
Linthicum, MD 21090

RSN 10/31/07
American Express Travel Related Svcs Co
c/o Becket & Lee LLP
Gilbert B. Weisman, Esq
PO Box 3001
Malvern, PA 19355-0701

Rockwell Collins, Inc.    11/2/07 RSN
McKenna, Long & Aldridge LLP
Gary W. Marsh, Esq.
One Peachtree Center
303 Peachtree St., #5300
Atlanta, GA 30308

The Canopy Group    11/2/07 RSN
c/o Snell & Wilmer
Michael B. Reynolds, Esq.
Eric S. Pezold
600 Anton blvd., #1400
Costa Mesa, CA 92626

The Canopy Group
Snell & Wilmer LLP
Michael R. Johnson, Esq.
Gateway Tower West
15 West South Temple, Suite 1200
Salt Lake City, UT 84101

RSN 11/6/07
Missouri Department of Revenue
Bankruptcy Unit
Attn: Sheryl L. Moreau
PO Box 475
Jefferson City, MO 65105-0475

IBM    12/19/07 RSN
Attn: Vicky Namken
13800 Diplomat Dr.
Dallas, TX 75234

RSN 12/4/07
Pennsylvania Dept of Labor & Industry
Sharon L. Royer
Harrisburg Bkcy & Compliance Office
~~333 Market St., 16th Fl.~~
~~Harrisburg, PA 17101-2235~~
1/13/2009 -- See New Address Below

RSN 12/4/07
Frank Parsons Paper Company, Inc.
c/o Lawrence S. Jacobs, Esq
110 N. Washington St., #400
Rockville, MD 20850

CH Realty IV/Royal Centre LLC   RSN 12/27/07
Munsch Hardt Kopf & Harr P
Kevin M. Lippman, Esq.
3800 Lincoln Plaza
500 N. Akard St.
Dallas, TX 75201-6659

RSN 1/22/08
The Collective Group
c/o Brown McCarroll LLP
Patricia B. Tomasco, Esq.
111 Congress Ave., #1400
Austin, TX 78701

RSN 1/24/08
AM-PM, Inc., dba Aries Internet Services, Inc., and
Fusionware Corp
c/o Weinstein, Weiss & Ordubegian LLP
Sharon Z. Weiss, Esq.
1925 Century Park East, #1150
Los Angeles, CA 90067-2712

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                                        F 9013-3.1

| In re:<br>MTI TECHNOLOGY CORPORATION,                Debtor(s). | CHAPTER 11<br>CASE NUMBER 8:07-13347 ES |
|---|---|

| | | |
|---|---|---|
| Fusionware Corp.<br>c/o William Lawrence, CFO<br>5605 NE Elam Young Parkway<br>Hillsboro, OR 97124 | RSN 1/24/08<br>Bowne of Los Angeles, Inc.<br>Bronwen Price<br>Gail B. Price, Esq.<br>2600 Mission St., #206<br>San Marino, CA 91108 | RSN 4/28/08<br>Tennessee Dept. of Revenue<br>c/o TN Atty General Office, Bkcy Division<br>William McCormick, Asst Atty General<br>PO Box 20207<br>Nashville, TN 37202-0207 5/1/08 RSN |
| Primeshares<br>Attn: RVS<br>261 Fifth Avenue, 22nd Floor<br>New York, NY 10016 | RSN 7/31/08<br>Pennsylvania Dept of Labor & Industry<br>Sharon L. Royer<br>Harrisburg Bkcy & Compliance Office<br>625 Cherry St., #2<br>Reading, PA 19602-1152 | Committee Member<br>Neoscale Systems, Inc.<br>Andrew Moley/Janet Cahill<br>1100 La Agenda St. Bldg. 4<br>Mountain View, CA 94043-1424 |
| Committee Member<br>Wade Saadi<br>Pencom Systems, Inc.<br>c/o Jonathan Wallace<br>152 Remsen Street - Lower Level<br>Brooklyn, NY 11201 | Pencom Systems, et al.<br>c/o Alan H. Martin, Esq.<br>Michael A. Wallin, Eq<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Dr., 4th Fl<br>Costa Mesa, CA 92626-1993 1/26/10 RSN | Pencom Systems, et al.<br>Kerry Peterson, Esq.<br>Miller, Egan, Molter & Nelson LLP<br>4514 Cole Ave., #1250<br>Dallas, TX 75205 1/26/10 RSN |
| Court's Manual List | Court's Manual List | Court's Manual List |
| Courtney L. Hylton<br>Lynberg & Watkins<br>333 City Blvd W Ste 640<br>Orange, CA 92868 | Debt Acquisition Company of America V, LLC<br>1565 Hotel Circle South, Suite 310<br>San Diego, CA 92108 | Iron mountain Information Management Inc<br>C/O R Frederick Linfesty<br>745 Atlantic Ave 10th floor<br>Boston, MA 02111 |
| Brent E Johnson<br>Holland & Hart LLP<br>60 E South Temple Ste 2000<br>Salt Lake City, UT 84111 | Bill J and Inez Lintz<br>191 E Payson St<br>Azusa, CA 91702-5550 | Kevin M Lippman<br>Munsch Hardt Kopf & Harr, PC<br>3800 Lincoln Plaza<br>500 N Akard St<br>Dallas, TX 75201-6659 |
| Liquidity Solutions, Inc.<br>One University Plaza<br>Suite #312<br>Hackensack, NJ 07601 | Manatt Phelps & Phil<br>11355 W Olympic Blvd<br>Los Angeles, CA 90064 | CREDITOR LIQUIDITY, LP<br>200 Business Park Drive, Suite 200<br>Armonk, NY 10504 |
| Robin Norris<br>Box 788<br>Dahlonega, GA 30533 | Office of Unemployment Compensation Tax Services (OUCTS)<br>Department of Labor and Industry<br>Commonwealth of Pennsylvania<br>333 Market St 16th Fl<br>Harrisburg, PA 17101-2235 | Kerry Peterson<br>Miller, Egan, Molter & Nelson, LLP<br>4514 Cole Ave Ste 1250<br>Dallas, TX 75205 |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                       F 9013-3.1

| In re:<br>MTI TECHNOLOGY CORPORATION, | | CHAPTER 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER 8:07-13347 ES |

Riverside Claims LLC
PO Box 626
Planetarium Station
New York, NY 10024

Squar Milner Peterson Miranda & Williamson LLP
4100 Newport Pl Ste 300
Newport Beach, CA 92660

Tennessee Department of Revenue
c/o TN Attorney General's Office
PO Box 20207
Nashville, TN 37202-0207

Jason E Thomas
1805 Autumn Fire Dr
Cedar Park, TX 78613-1420

No Addresses Given
John M Bisaha, CMA Business Credit Services,
Corporate Recovery Associates,
Frank Parsons Paper Company, Inc, Kurt S Hayes,
Pamela J Lynch, Alan Maddison, Rebecca A Mason,
The Vermont Department of Taxes,

James Stelle
3334 Country Club Blvd

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 9013-3.1