SCOTT C. CLARKSON, ESQ. SBN 143271
EVE A. MARSELLA, ESQ. SBN 165797
CLARKSON, GORE & MARSELLA
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone:   (310) 542-0111
Facsimile:   (310) 214-7254

Attorneys for MTI Technology Corporation

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In Re<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>  Debtor in Possession. | Case No. **8:07-bk-13347-ES**<br><br>Chapter 11<br><br>**NOTICE TO PROFESSIONALS TO FILE FINAL FEE APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OF SCHEDULED HEARING**<br><br>DATE: December 22, 2010<br>TIME:  10:30 A.M.<br>CTRM: 5A |

TO ALL INTERESTED PARTIES:

**PLEASE TAKE NOTICE THAT** Clarkson, Gore & Marsella, A Professional Law Corporation ("CGM"), counsel for MTI Technology Corporation, a Delaware corporation (the "Debtor"), hereby submits notice of its intention to file its Final Fee Application for Allowance of Compensation and Reimbursement of Expenses. CGM will seek interim and final approval for allowance of compensation and reimbursement of expenses for the period of December 1, 2009 through and including September 26, 2010 (the "Interim Period") and final approval of all compensation received and reimbursement of expenses paid pursuant to all prior interim applications filed throughout the case from October 15, 2007

(the Petition Date) through and including September 26, 2010, which includes the Interim Period.

Other professional persons retained pursuant to court approval may also seek approval of final fees at this hearing, provided that they file and serve their applications in a timely manner.

Dated: October 5, 2010                    CLARKSON, GORE & MARSELLA
                                          A Professional Law Corporation

                                          By: _____
                                          Scott C. Clarkson
                                          Eve A. Marsella
                                          Attorneys for Debtor and Debtor in Possession MTI
                                          Technology Corporation

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3424 Carson Street, Suite 350, Torrance, CA  90503

A true and correct copy of the foregoing document described as **NOTICE TO PROFESSIONALS TO FILE FINAL FEE APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES AND OF SCHEDULED HEARING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *October 8, 2010*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On *October 8, 2010,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| October 8, 2010 | Brenda L. Campos | /s/ Brenda Campos |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

## SECTION I

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

**Counsel for Creditor Committee**
Richard H Golubow    pj@winthropcouchot.com
Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com

**Counsel for Verizon**
Mark A Shaiken    mshaiken@stinson.com

**Counsel for Carolina Casualty Insurance Company**
Daniel C Silva    dsilva@gordonrees.com

**Counsel for Collective Group**
Patricia B Tomasco    ptomasco@mailbmc.com

**United States Trustee**
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**Counsel for AM-PM, Inc. dba Aries Internet Services, Inc**
Sharon Z Weiss    sharon.weiss@hro.com

**Counsel for American Express Travel Related Svcs Co Inc Corp Card**
Gilbert B Weisman    notices@becket-lee.com

**Counsel for Argo Partners**
Matthew A Gold    courts@argopartners.net

**Counsel for Copper Holdings, LLC**
Robert L Eisenbach    reisenbach@cooley.com

**Counsel for Dell Financial Services, LLC**
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com

**Counsel for Rockwell Collins, Inc**
Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com

**Counsel for EMC Corporation**
David L Wilson    dlwilson@winston.com

**Counsel for Pencom Systems Incorporated**
Michael A Wallin    mwallin@sheppardmullin.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

## SERVED VIA NEF CONTINUED

### Counsel for Primeshares
Charmaine M Wilson    sg@primeshares.com

### Counsel for U. S. Securities and Exchange Commission
Sandra W Lavigna    lavignas@sec.gov

### Interested Parties

Robert C Briseno    rbriseno@swlaw.com

John O Campbell    ocampbell@houser-law.com

Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com

Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com

Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com

Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

Adam A Lewis    alewis@mofo.com

Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com

Michael B. Reynolds mreynolds@swlaw.com  kcollins@swlaw.com

### Counsel for the Debtor
Scott C Clarkson    sclarkson@lawcgm.com
Christine M Fitzgerald    cfitzgerald@lawcgm.com
Eve A Marsella    emarsella@lawcgm.com
Elmer D Martin    elmermartin@gmail.com

## SECTION II

## SERVED VIA US MAIL

### The Debtor
**MTI Technologies Inc.**
**Scott Poteracki**
**15641 Red Hill Avenue, Suite 200**
**Tustin, CA 92780**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

F 9013-3.1.PROOF.SERVICE

## SERVED VIA US MAIL CONTINUED

**Creditor Committee**
EMC Corp
Phyllis Hayes
C/O RMS
307 International Circle, Ste 270
Hunt Valley, ND 21030

**Counsel for all FusionStorm Defendants**
Courtney L. Hylton, Esq.
Lynberg & Watkins
333 City Boulevard West
Suite 640
Orange, CA 92868-5915

**Creditor Committee**
Richard Feferman
Corporate Recovery Associates
3830 Valley Center Drive, Suite 705-152
San Diego, CA 92130

**Creditor Committee**
CCS Computer Configuration Services
Al Grasso
2532 White Road
Irvine, CA 92614

**Creditor Committee**
Compnology, Inc
John Cronin
6300 Station Mill Drive
Norcross, GA 30092

**Creditor Committee**
Mid Atlantic Corporate Services
Michael Buxton
812 Oregon Ave., Suite H
Linthicum, Md 21090

**Creditor Committee**
Fed Ex Custom Critical
Steven D Saas, Esq.
C/O RMS
307 International Circle, Ste 270
Hunt Valley, ND 21030

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                  F 9013-3.1.PROOF.SERVICE

F 9013-3.1.PROOF.SERVICE

SERVED VIA US MAIL CONTINUED

**Creditor Committee**
EMC Corp
Steven D Saas, Esq
C/O RMS
307 International Circle, Ste 270
Hunt Valley, ND 21030

**Creditor Committee**
Fed Ex Custom Critical
Jorrissen Roy
C/O RMS
307 International Circle, Ste 270
Hunt Valley, MD 21030

**Secured Creditor**
Xerox Capital Services
Paul Williams
P.O. Box 660501
Dallas, TX 75266

**Secured Creditor**
Xerox Capital Services
Paul Williams
1301 Rideview Bldg. 300
Lewisville, TX 75057

**Secured Creditor**
Pitney Bowes
P.O. Box 856460
Louisville, KY 40285

**Special Notice**
Ray Quinney & Nebeker P.C.
Michael Johnson
36 S. State St. #1400
Salt Lake City, UT 84111

**Special Notice**
American Express Travel Related Svcs Co Inc
Corp Card
C/O Becket and Lee LLP
P.O. Box 3001
Malver, PA 19355-0701

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010

SERVED VIA US MAIL CONTINUED

Special Notice
Bronwen Price, Attorneys At Law
Attn.: Gail B. Price, Esq.
2600 Mission Street, Suite 206
San Marion CA  91108

Special Notice
IBM Corporation
Vicky Namken
13800 Doplomat Drive.
Dallas, TX  75234

Special Notice
R. Frederick Linfesty, Esq.
Iron Mountain Information Management, Inc.
745 Atlantic Ave., 10th Floor
Boston, MA  02111

Special Notice
Attorney for Frank Parsons Paper Company
Lawrence S. Jacobs & Associates, PC
Lawrence S. Jacobs, Esq.
110 North Washington Street, Suite 400
Rockville, MD  20850

Special Notice
Attorney for Rockwell Collins, Inc.
McKenna Long & Aldridge LLP
Gary W. Marsh
One Peachtree Center
303 Peachtree Street, Suite 5300
Atlanta, GA  30308

Special Notice
Missouri Department of Revenue
Bankruptcy Unit, Attn: Sheryl L. Moreau
P.O. Box 475
Jefferson City, MO  65105-0475

Special Notice
Munsch Hardt Kofp & Harr, PC
Kevin M. Lippman
3800 Lincoln Plaza
500 N. Akard Street
Dallas, TX  75201

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                                                 F 9013-3.1.PROOF.SERVICE

SERVED VIA US MAIL CONTINUED

Special Notice
Tennessee Department of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-0207

Special Notice
Attorney for Verizon Business Global, LLC – Creditor
Mark A. Shaiken
Stinson Morrison Hecker LLP
1201 Walnut St., Suite 2700
Kansas City, MO 64106

Counsel for Zinc Holdings, LLC
Bingham McCutchen LLP
William F. Govier
355 South Grand Ave
Los Angeles, CA 90071

Counsel for Zinc Holdings, LLC
Bingham McCutchen LLP
William Bates
1900 University Ave.
East Palo Alto, CA 94303

Judge
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

Special Insurance Coverage Counsel
Stanley H. Shure, Esq.
Law Office of Stanley H. Shure
2355 Westwood Blvd. Suite 374
Los Angeles, CA 90064

Accountants for the Debtor
Squar, Milner, Peterson, Miranda & Willamson, LLP
4100 Newport Place, Suite 300
Newport Beach, CA 92660

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    F 9013-3.1.PROOF.SERVICE