1  **SCOTT C. CLARKSON, ESQ.** SBN 143271
   **EVE A. MARSELLA, ESQ.** SBN 165797
2  **CHRISTINE M. FITZGERALD, ESQ.** SBN 259014
   **CLARKSON, GORE & MARSELLA**
3  **A PROFESSIONAL LAW CORPORATION**
   **3424 Carson Street, Suite 350**
4  **Torrance, California 90503**
   **(310) 542-0111 Telephone**
5  **(310) 214-7254 Facsimile**

6  Attorneys for MTI Technology Corporation, Debtor and
   Debtor in Possession

FILED & ENTERED

NOV 17 2010

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid      DEPUTY CLERK

7

8               **UNITED STATES BANKRUPTCY COURT**

9        **CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

10  In re                              | Case No.  8:07-bk-13347-ES

11  MTI TECHNOLOGY CORPORATION, a      | Chapter 11
    Delaware corporation,

12                                     | **ORDER GRANTING DEBTOR'S MOTION**
          Debtor and Debtor           | **FOR ORDER PURSUANT TO FED. R.**
13        in Possession.              | **BANKR. P. 9019 APPROVING SETTLEMENT**
                                       | **AGREEMENT BETWEEN MTI**
14                                     | **TECHNOLOGY CORPORATION AND**
                                       | **FUSIONSTORM, INC. AND OTHER**
15                                     | **DEFENDANTS**

16                                     | (No Hearing Required)

17

18

19

20         The Court having considered the motion for an order pursuant to Fed. R. Bankr. P. 9019

21  approving the Settlement Agreement between MTI Technology Corporation (the "Debtor") on

22  one hand and FusionStorm, Inc.("FusionStorm") and thirteen (13) other defendants (collectively

23  the "FusionStorm Defendants") on the other hand (the "Motion"), in the adversary proceeding

24  entitled *MTI Technology Corporation v., FusionStorm, a Delaware corporation, John Varel, an*

25  *individual, Daniel R. Serpico, an individual, Marc Franz, an individual, Christopher Butts, an*

26  *individual, Richard Bocchinfuso, an individual, Matthew Dwyer, an individual, Justin Griffin, an*

27

28  *individual, Dimitris Krekoukias, an individual, Robert Linsky, an individual, Robert Owen, an*

*individual, Heeki Park, an individual, Greg Presininzi, an individual and Thomas Tar, an individual,* filed in this Court as adversary number 8:09-01639-ES (the "Adversary Proceeding"), having considered all of the papers and files in this case, having noting that no opposition has been filed by any party, and finding good cause therefore, hereby **APPROVES** the Settlement Agreement and **GRANTS** the Motion.

**IT IS SO ORDERED.**

### 

DATED: November 17, 2010

_____
United States Bankruptcy Judge

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:          3424 Carson Street, Suite 350, Torrance, CA 90503

A true and correct copy of the foregoing document described **Order Granting Debtor's Motion for Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Agreement between Mti Technology Corporation and Fusionstorm, Inc. and Other Defendants** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR ~~OVERNIGHT MAIL~~** (indicate method for each person or entity served)**:**
On **November 17, 2010** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Erithe A. Smith
411 W. Fourth Street, Suite 5041
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

**SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| November 17, 2010  Michelle A. Carpenter | /S/ Michelle A. Carpenter |
|---|---|
| Date                    Type Name | Signature |

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019

1
2
3
4

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4) Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

5

# NOTICE OF ENTERED ORDER AND SERVICE LIST

6
7
8

Notice is given by the court that a judgment or order entitled (*specify*) **Order Granting Debtor's Motion for Order Pursuant to Fed. R. Bankr. P. 9019 Approving Settlement Agreement between Mti Technology Corporation and Fusionstorm, Inc. and Other Defendants** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

9
10
11
12

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **November 17, 2010** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

13

**See attached service list**

☒ Service information continued on attached page

14
15
16

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

17
18

MTI Technology Corporation, Debtor and Debtor in Possession
15641 Red Hill Avenue
Suite 200
Tustin, CA 92780

19

☐ Service information continued on attached page

20
21
22
23

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

24

**See attached service list**

☒ Service information continued on attached page

25
26
27
28

1

**Service List**

2

**Section I**

3

**SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

4

**Counsel for Creditor Committee**
Robert E Opera    pj@winthropcouchot.com

5

**United States Trustee**

6

United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

7

**Also served on**

8

- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com

9

- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com

10

- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com

11

- Matthew A Gold    courts@argopartners.net

12

- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com

13

- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com

14

- Alexandra Kazhokin    akazhokin@buchalter.com,

15

  salarcon@buchalter.com;ifs_filing@buchalter.com

16

- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov

17

- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com

18

- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com

19

- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com

20

- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com

21

- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com

22

- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com

23

- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com

24

- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

25

26

27

28

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019

1

**Section III**

2

## TO BE SERVED BY THE LODGING PARTY

3

### BY US MAIL

4

**Debtor**

5

MTI Technology Corp.
Attn: Scott Poteracki

6

15641 Red Hill Ave. Suite 200
Tustin, CA 92780

7

**Counsel for the Defendants**

8

Courtney L Hylton

Lynberg & Watkins

9

333 City Blvd W Ste 640

Orange, CA 92868

10

## BY EMAIL

11

Richard Feferman, CIRA    richard@crarecovery.com

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order Granting Debtor's Motion for Order Pursuant to
Fed. R. Bankr. P. 9019