Form B1811−do11 (09/07)
Rev. 03/09

# United States Bankruptcy Court
# Central District Of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701−4593**

## DISCHARGE OF DEBTOR

**DEBTOR INFORMATION:**
MTI Technology Corporation

**BANKRUPTCY NO.** 8:07−bk−13347−ES

**CHAPTER** 11

**Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s)., (if any):** N/A
**Employer Tax−Identification (EIN) No(s).(if any):** 95−3601802
**Debtor Discharge Date:** 1/21/11

**Address:**
15641 Red Hill Avenue
Suite 200
Tustin, CA 92780

A petition commencing a case under Title 11, United States Code, was filed by or against the debtor named above on October 15, 2007 and no complaint objecting to the discharge of the debtor was filed within the time fixed by the Court **(or that a complaint objecting to discharge of the debtor was filed and, after due notice and hearing, was not sustained). Therefore,**

**IT IS ORDERED THAT:**

1) The debtor has no personal liability for debts discharged under 11 U.S.C. Section 727 (or) 1141 (or) 1228 (or) 1328, except those debts determined by order of a court with competent jurisdiction not to be discharged pursuant to 11 U.S.C. Section 523;

2) Any judgment heretofore or hereafter obtained in any court other than this court is null and void as a determination of the personal liability of the debtor with respect to any debts discharged under 11 U.S.C. Section 727 (or) 1141 (or) 1228 (or) 1328, except those debts determined by order of a court with competent jurisdiction not to be discharged; and

3) All creditors whose debts are discharged by this order and all creditors whose judgments are declared null and void by this order are enjoined from instituting or continuing any action or employing any process or engaging in any act to collect such debts as personal liabilities of the debtor.

The plan's effective date: September 27, 2010

**THE ORDER OF DISCHARGE WAS ENTERED ON:**
Dated: January 21, 2011

For The Court,
**Kathleen J. Campbell**
Clerk of Court