CHRISTINE M. FITZGERALD, ESQ. SBN 259014
SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation
3424 Carson Street, Suite 350
Torrance, California 90503
Telephone:  (310) 542-0111
Facsimile:  (310) 214-7254

Special Counsel to Corporate Recovery Associates,
Solely in its capacity as Plan Agent

**FILED & ENTERED**

**FEB 04 2011**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY daniels    DEPUTY CLERK**

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>      Debtor and Debtor<br>      in Possession. | Case No.  8:07-bk-13347-ES<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION TO OBJECT TO CLAIM OF CAMBER CORPORATION (CLAIM NO. 15)**<br><br>Date:  January 4, 2010<br>Time:  10:30 a.m.<br>Ctrm:  5A<br>      411 West Fourth Street<br>      Santa Ana, CA |

The objection to the claim of Camber Corporation, (the "Objection") filed by MTI Technology Corporation, Chapter 11 Debtor and Debtor-in-Possession (the "Debtor") came on for hearing at the above date, time and place.

The Court, having considered the Objection and all other papers and pleadings on file in this case, hereby

///
///
///
///

1    **ORDERS** as follows:

2    The Debtor's objection to Claim No. 15 of Camber Corporation, filed in the amount of

3    $144,519.33, is granted.  Claim No. 15 of Camber Corporation, filed in the amount $144,519.33

4    is disallowed in its entirety.

5

6    ####

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    DATED: February 4, 2011

_____
United States Bankruptcy Judge

26

27

28

Order on Motion to Disallow Objection to Claim of Camber
Corporation (Claim No. 15)

2

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

A true and correct copy of the foregoing document described as **ORDER GRANTING MOTION TO OBJECT TO CLAIM OF CAMBER CORPORATION (CLAIM NO. 15)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐                                                                    Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **January 10, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE**
Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593
☐                                                                    Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                                    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 10, 2011 | Brenda L. Campos | /s/ Brenda L. Campos |
|---|---|---|
| Date | Type Name | Signature |

Order on Motion to Disallow Objection to Claim of Camber
Corporation (Claim No. 15)

**NOTE TO USERS OF THIS FORM**:

**1)**  Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.

**2)**  The title of the judgment or order and all service information must be filled in by the party lodging the order.

**3)  Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.

**4)  Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. <u>DO NOT</u> list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING MOTION TO OBJECT TO CLAIM OF CAMBER CORPORATION (CLAIM NO. 15)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (**"**NEF**"**)** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 10, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒                                                                                   Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐                                                                                   Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒                                                                                   Service information continued on attached page

**See attached service list**

# SERVICE LIST

## Section I

## To be Served by the Court via Notice of Electronic Filing

### U.S. Trustee
United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

### Counsel for the Creditor Committee
Robert E Opera     pj@winthropcouchot.com, sconnor@winthropcouchot.com
Richard H Golubow     pj@winthropcouchot.com

### Also served on:

- Robert C Briseno     rbriseno@swlaw.com
- John O Campbell     ocampbell@houser-law.com
- Jeffrey D Cawdrey     jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson     sclarkson@lawcgm.com
- Robert L Eisenbach     reisenbach@cooley.com
- Christine M Fitzgerald     cfitzgerald@lawcgm.com
- Matthew A Gold     courts@argopartners.net
- Richard H Golubow     rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey     bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes     lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick     ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin     akazhokin@buchalter.com,
  salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi     pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna     lavignas@sec.gov
- Adam A Lewis     alewis@mofo.com
- Eve A Marsella     emarsella@lawcgm.com
- Elmer D Martin     elmermartin@gmail.com
- Eric S Pezold     epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds     mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken     mshaiken@stinson.com
- Daniel C Silva     dsilva@gordonrees.com
- Patricia B Tomasco     ptomasco@mailbmc.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin     mwallin@sheppardmullin.com
- Gilbert B Weisman     notices@becket-lee.com
- Sharon Z Weiss     sharon.weiss@hro.com
- David L Wilson     dlwilson@winston.com

## SERVICE LIST CON'T

Order on Motion to Disallow Objection to Claim of Camber
Corporation (Claim No. 15)

1

**Section III**

2

**Served by U.S. Mail**

3

4

**Debtor**
MTI Technologies Inc.

5

Attn.: Scott Poteracki
15641 Red Hill Ave., Suite 200

6

Tustin, CA  92780

7

**POC NO. 15**
Camber Corporation

8

Attn: Accounts Payable
635 Discovery Dr.

9

Huntsville, AL 35806

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order on Motion to Disallow Objection to Claim of Camber
Corporation (Claim No. 15)