| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & E-Mail Address | FOR COURT USE ONLY |
|---|---|
| Richard H. Golubow - State Bar No. 160434<br>rgolubow@winthropcouchot.com<br>**WINTHROP COUCHOT**<br>**PROFESSIONAL CORPORATION**<br>660 Newport Center Drive, 4th Floor<br>Newport Beach, CA 92660<br>Tele: 949-720-4100<br>Fax: 949-720-4111<br><br>☒ *Attorney for Plan Agent*<br>☐ *Debtor(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>Reorganized Debtor(s). | CASE NO.: 8:07-BK-13347 ES<br>CHAPTER: 11<br><br>**NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)**<br><br>**[Pencom Systems, Inc.; Edward C. Ateyeh, Jr.; Edgar Saadi; Wade Saadi; The Collective Group; Carolina Casualty]**<br><br>[No hearing unless requested in writing] |
|---|---|

**TO THE U.S. TRUSTEE AND ALL PARTIES IN INTEREST, PLEASE TAKE NOTICE THAT:**

1. Movant(s) Richard Feferman dba Corporate Recovery Associates, the Plan Agent, has filed a motion entitled *Motion For Order Approving Compromise Of Controversy; Memorandum Of Points And Authorities And Declaration Of Richard Feferman In Support Thereof.*

2. Movant(s) is requesting that the court grant the motion without a hearing, as provided for in LBR 9013-1(o).

3. The motion is based upon the legal and factual grounds set forth in the Motion and briefly described in the attached Description of Relief Sought. (*Check appropriate box below*):

    ☒ The full motion is served concurrently herewith; or
    ☐ The full motion has been filed with the court, and a detailed description of the relief sought is attached hereto.

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*October 2010*    Page 1    **F 9013-1.2.NOTICE.NO.HEARING**

MAINDOCS-#157929-v1-MTI_NotCredFilingMotCompPencomEtAl.DOC

4. **DEADLINE FOR FILING AND SERVING OPPOSITION PAPERS AND REQUEST FOR A HEARING:**
Pursuant to LBR 9013-1(o), any party objecting to the motion may request a hearing on the motion. The deadline for filing and serving a written opposition and request for a hearing is 14 days after the date of service of this notice, plus an additional 3 days unless the notice of motion was served by personal delivery or posting as described in F.R.Civ.P. 5(b)(2)(A)-(B). If you fail to comply with this deadline, the court may treat such failure as a waiver of your right to oppose the motion and may grant the motion without further hearing and notice.

Dated: February 8, 2011

Respectfully submitted,

By: _____
*Signature of Movant or Attorney for Movant*

Name: Richard H. Golubow_____
*Type Name of Movant or Attorney for Movant*

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California
*October 2010*    Page 2    **F 9013-1.2.NOTICE.NO.HEARING**

MAINDOCS-#157929-v1-MTI_NotCredFilingMotCompPencomEtAl.DOC

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(o)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 9, 2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On February 9, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Erithe Smith**
USBC – Santa Ana Division
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 9, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 9, 2011 | Viann Corbin | _signature_ |
|---|---|---|
| Date | Type Name | Signature |

**NEF SERVICE LIST**
- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com –COUNSEL TO CAROLINA CASUALTY
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@scckg.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

### Service via e-mail

Kerry Peterson - kerry.peterson@milleregan.com – Pencom, Alteyeh & Saadis

Jonathan Wallace - jw@bway.net - – Pencom, Alteyeh & Saadis

Jeffrey Cawdrey - JCawdrey@gordonrees.com; ebojorquez@gordonrees.com – Carolina Casualty Insurance Company

Nancy Tordai - NancyTordai@HPNLaw.com – Carolina Casualty Insurance Company

Service list continued on next page

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*October 2010*    Page 4    **F 9013-1.2.NOTICE.NO.HEARING**

MAINDOCS-#157929-v1-MTI_NotCredFilingMotCompPencomEtAl.DOC

## SERVICE VIA FIRST CLASS MAIL

| | | |
|---|---|---|
| MTI Technology Corporation<br>Attn: Thomas P. Raimondi, Jr., Pres. & CEO<br>15641 Red Hill Avenue, Suite 200<br>Tustin, CA 92780 | U.S. Trustee's Office<br>Frank Cadigan, Esq.<br>411 West Fourth Street, #9041<br>Santa Ana, CA 92701 | MTI Tech<br>Special Notice List<br>Document No. 119553 |
| Debtor's Counsel<br>Clarkson, Gore & Marsella, SPLC<br>Eve Marsalla, Esq.<br>3424 Carson St Ste 350<br>Torrance, CA 90503 | Securities & Exchange Commission<br>Sandra Lavigana, Esq.<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036 | Plan Agent<br>Corporate Recovery Associates<br>Richard Feferman<br>3830 Valley Center Dr., #705-152<br>San Diego, CA 92130 |
| Committee Chair<br>EMC Corporation, FedEx Custom Critical<br>Steven D. Sass, Esq.<br>c/o RMS<br>307 International Circle, #270<br>Hunt Valley, MD 21030 | Committee Member<br>Neoscale Systems, Inc.<br>Andrew Moley/Janet Cahill<br>~~1655 McCarthy Blvd.~~<br>~~Milpitas, CA 95035~~<br>1/20/2009 -- See New Address Below | Committee Member<br>Compnology, Inc.<br>John S. Cronin<br>6300 Station Mill Dr.<br>Norcross, GA 30092 |
| Committee Member<br>Wade Saadi<br>Pencom Systems, Inc.<br>c/o Jonathan Wallace<br>152 Remsen Street – Lower Level<br>Brooklyn, NY 11201 | Committee Member<br>CCS Computer Configuration Services<br>Al Crasso<br>2532 White Road<br>Irvine, CA 92614 | Committee Member<br>Lifeboat Distribution, Inc.<br>Kevin Scull<br>1157 Shrewsbury Ave.<br>Shrewsbury, NJ 07720 |
| Committee Member<br>Mid Atlantic Corp. Services, Inc.<br>Michael Buston<br>812 Oregan Ave., #H<br>Limphicum, MD 21090 | RSN 1/22/08<br>The Collective Group<br>c/o Brown McCarroll LLP<br>Patricia B. Tomasco, Esq.<br>111 Congress Ave., #1400<br>Austin, TX 78701 | The Canopy Group    11/2/07 RSN<br>c/o Snell & Wilmer<br>Michael B. Reynolds, Esq.<br>Eric S. Pexold<br>600 Anton blvd., #1400<br>Costa Mesa, CA 92626 |
| The Canopy Group<br>Snell & Wilmer LLP<br>Michael R. Johnson, Esq.<br>Gateway Tower West<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101 | 1/26/10 RSN<br>Pencom Systems, et al.<br>c/o Alan H. Martin, Esq.<br>Michael A. Wallin, Eq.<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Dr., 4th Fl.<br>Costa Mesa, CA 92626-1993 | 1/26/10 RSN<br>Pencom Systems, Alteyeh & Saadi.<br>Kerry Peterson, Esq.<br>Miller, Egan, Molter & Nelson LLP<br>4514 Cole Ave., #1250<br>Dallas, TX 75205 |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*October 2010*    Page 5    **F 9013-1.2.NOTICE.NO.HEARING**

MAINDOCS-#157929-v1-MTI_NotCredFilingMotCompPencomEtAl.DOC