**SCOTT C. CLARKSON, ESQ.** SBN 143271
**EVE A. MARSELLA, ESQ.** SBN 165797
**CLARKSON, GORE & MARSELLA**
**A PROFESSIONAL LAW CORPORATION**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

Special Counsel to Corporate Recovery Associates,
Solely in its capacity as Plan Agent

FILED & ENTERED

FEB 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY Duarte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:07-13347-ES |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 |
| Reorganized Debtor and Debtor-in-Possession. | **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISALLOW CLAIM OF NEEDHAM & COMPANY, LLC (CLAIM NO. 496)** |
| | Current Hearing Date:<br>Date: February 10, 2011<br>Time: 10:30 a.m.<br>Pace: 5A |
| | Proposed Continued Hearing Date:<br>Date: March 8, 2011<br>Time: 10:30 a.m.<br>Pace: 5A |

The Court having read and considered the Stipulation to Continue Hearing on Motion to Disallow Claim of Needham & Company, LLC (Claim No. 496) entered into by and between Corporate Recovery Associates, Solely in its capacity as Plan Agent (the "Plan Agent") for MTI Technology Corporation, Reorganized Debtor in the above-caption Chapter 11 proceeding (the "Debtor") on one hand, and Claimant Needham & Company, LLC ("Needham"), on the other, and good and sufficient cause appearing therefore, it is hereby

**ORDERED** that:

1. The Stipulation is approved;

2. The hearing on the Debtor's Motion to Disallow Claim of Needham & Company, LLC (Claim No. 496), presently scheduled for February 10, 2011 at 10:30 a.m., is hereby continued to March 8, 2011 at 10:30 a.m.;

####

DATED: February 9, 2011

_____
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.

Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3424 Carson Street, Suite 350, Torrance, CA  90503**

A true and correct copy of the foregoing document described as **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISALLOW CLAIM OF NEEDHAM & COMPANY, LLC (CLAIM NO. 496),** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *January 17, 2011* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA  92701-4593

☐                                                              Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **January 17, 2011**  **Brenda L. Campos** | /s/ Brenda L. Campos |
|---|---|
| *Date*           *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING STIPULATION TO CONTINUE HEARING ON MOTION TO DISALLOW CLAIM OF NEEDHAM & COMPANY, LLC (CLAIM NO. 496),** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **January 17, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

MTI Technology Corporation, Debtor and Debtor in Possession
15641 Red Hill Avenue
Suite 200
Tustin, CA 92780

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

**SERVICE LIST**

**SECTION I**

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

**Counsel for the Creditor Committee**
- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com

Also served on:
- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

Order#34402#c87bba4c-c07a-4977-ba02-9b2890ebc2bd

Case 8:07-bk-13347-ES    Doc 1403    Filed 02/09/11    Entered 02/09/11 15:23:43    Desc
Main Document    Page 6 of 6

**Section III**

**TO BE SERVED BY U.S. MAIL BY THE LODGING PARTY**

**Debtor**
MTI Technology Inc.
Attn.: Scott Poteracki
15641 Red Hill Ave., Suite 200
Tustin, CA  92780

**TO BE SERVED BY EMAIL**

Richard J Feferman     Richard@crarecovery.com

**Attorney for Claimant Needham & Company, LLC**
Mark Houle             mark.houle@pillsburylaw.com

-6-
Order#34402#c87bba4c-c07a-4977-ba02-9b2890ebc2bd