| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Christine M. Fitzgerald (SBN 259014)<br>Smith Campbell Clifford Kearney Gore<br>3424 Carson Street, Suite 350<br>Torrance, California 90503<br>Tel No. (310) 542-0111<br>Facsimile No. (310) 214-7254<br><br>*Attorney for* Special Counsel to Corporate Recovery Associates,<br>Solely in its capacity as Plan Agent | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re: MTI TECHNOLOGY CORPORATION, a Delaware Corporation | CHAPTER 11<br>CASE NUMBER 8:07-bk-13347-ES<br><br>HEARING DATE: March 17, 2011 10:30 a.m.<br>411 W. 4th St. Santa Ana, CA |
|---|---|
| Debtor. | |

## NOTICE OF OBJECTION TO CLAIM

1. TO *(specify claimant and claimant's counsel, if any)*: MANCASAL LIMITED

2. NOTICE IS HEREBY GIVEN that the undersigned has filed an objection to your Proof of Claim (Claim # 519) filed in the above referenced case. The Objection to Claim seeks to alter your rights by disallowing, reducing or modifying the claim based upon the grounds set forth in the objection, a copy of which is attached hereto and served herewith.

3. **Deadline for Opposition Papers**: You must file and serve a response to the Objection to Claim not later than 14 days prior to the hearing date set forth above.

   **IF YOU FAIL TO TIMELY RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: February 11, 2011

Smith Campbell Clifford Kearney Gore
*Law Firm Name*

By: *(signature)*

Date Notice Mailed: February 11, 2011

Name: Christine M. Fitzgerald, Esq.
*Attorney for Objector*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009

F 3007-1.3
F300713