ROBERT E. OPERA -- State Bar No. 101182
ropera@winthropcouchot.com
RICHARD H. GOLUBOW-- State Bar No. 160434
rgolubow@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for Plan Agent

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>Reorganized Debtor. | Case No. 8:07-13347-ES<br><br>Chapter 11 Proceeding<br><br>**AMENDED NOTICE OF CONTINUANCE OF POST-CONFIRMATION CASE STATUS CONFERENCE**<br><br>Continued hearing date:<br>Date:   August 11, 2011<br>TIME:  9:30 A.M.<br>CTRM:  5A<br>          411 West Fourth Street<br>          Santa Ana, CA 92701 |

**TO REORGANIZED DEBTOR MTI TECHNOLOGY CORPORATION, CERTAIN CREDITORS, THE OFFICE OF THE UNITED STATES TRUSTEE, AND OTHER PARTIES-IN-INTEREST:**

**NOTICE IS HEREBY GIVEN** that the Post-Confirmation Status Conference has been continued to August 11, 2011 at 9:30 A.M. in Courtroom 5A of the above-entitled Court.

The Reorganized Debtor will file its Post-Confirmation Status Report on or before July 28, 2011.

DATED: February 24, 2011

**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**

By: _/s/ Robert E. Opera_
       Robert E. Opera
       Richard H. Golubow
       Payam Khodadadi
Counsel for the Plan Agent

NOTE: When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.
Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

## PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **AMENDED NOTICE OF CONTINUANCE OF POST-CONFIRMATION CASE STATUS CONFERENCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On February 24, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On February 24, 2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on February 24, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| February 24, 2011 | Viann Corbin | /s/ Viann Corbin |
|---|---|---|
| Date | Type Name | Signature |

**NEF SERVICE LIST**

- Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@scckg.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

**SERVICE VIA FIRST CLASS MAIL**
**(Unless NEF indicated)**

| | | |
|---|---|---|
| MTI Technology Corporation<br>Attn:  Thomas P. Raimondi, Jr., Pres. & CEO<br>15641 Red Hill Avenue, Suite 200<br>Tustin, CA 92780 | U.S. Trustee's Office<br>Frank Cadigan, Esq.<br>411 West Fourth Street, #9041<br>Santa Ana, CA 92701 | MTI Tech<br>Special Notice List<br>Document No. 119553 |
| Debtor's Counsel<br>Christine M Fitzgerald, Esq.<br>Smith Campbell Clifford Kearney Gore<br>3424 Carson St, Ste.350<br>Torrance, CA 90503 | Securities & Exchange Commission<br>Sandra Lavigana, Esq.<br>5670 Wilshire Blvd., 11th Fl.<br>Los Angeles, CA 90036 | Plan Agent<br>Corporate Recovery Associates<br>Richard Feferman<br>3830 Valley Center Dr., #705-152<br>San Diego, CA 92130 |
| Committee Chair<br>EMC Corporation, FedEx Custom Critical<br>Steven D. Sass, Esq.<br>c/o RMS<br>307 International Circle, #270<br>Hunt Valley, MD 21030 | Committee Member<br>Neoscale Systems, Inc.<br>Andrew Moley/Janet Cahill<br>~~1655 McCarthy Blvd.~~<br>~~Milpitas, CA 95035~~<br>**1/20/2009 -- See New Address Below** | Committee Member<br>Compnology, Inc.<br>John S. Cronin<br>6300 Station Mill Dr.<br>Norcross, GA 30092 |

| | | |
|---|---|---|
| Committee Member<br>Wade Saadi<br>Pencom Systems, Inc.<br>c/o Jonathan Wallace<br>152 Remsen Street – Lower Level<br>Brooklyn, NY 11201 | Committee Member<br>CCS Computer Configuration Services<br>Al Crasso<br>2532 White Road<br>Irvine, CA 92614 | Committee Member<br>Lifeboat Distribution, Inc.<br>Kevin Scull<br>1157 Shrewsbury Ave.<br>Shrewsbury, NJ 07720 |
| Committee Member<br>Mid Atlantic Corp. Services, Inc.<br>Michael Buston<br>812 Oregan Ave., #H<br>Limphicum, MD 21090 | RSN 1/22/08<br>The Collective Group<br>c/o Brown McCarroll LLP<br>Patricia B. Tomasco, Esq.<br>111 Congress Ave., #1400<br>Austin, TX 78701 | 11/2/07 RSN<br>The Canopy Group<br>c/o Snell & Wilmer<br>Michael B. Reynolds, Esq.<br>Eric S. Pexold<br>600 Anton blvd., #1400<br>Costa Mesa, CA 92626 |
| The Canopy Group<br>Snell & Wilmer LLP<br>Michael R. Johnson, Esq.<br>Gateway Tower West<br>15 West South Temple, Suite 1200<br>Salt Lake City, UT 84101 | 1/26/10 RSN<br>Pencom Systems, et al.<br>c/o Alan H. Martin, Esq.<br>Michael A. Wallin, Eq.<br>Sheppard Mullin Richter & Hampton LLP<br>650 Town Center Dr., 4th Fl.<br>Costa Mesa, CA 92626-1993 | 1/26/10 RSN<br>Pencom Systems, Alteyeh & Saadi.<br>Kerry Peterson, Esq.<br>Miller, Egan, Molter & Nelson LLP<br>4514 Cole Ave., #1250<br>Dallas, TX 75205 |