1  BARRY R. GORE, ESQ. SBN 143278
   CHRISTINE M. FITZGERALD, ESQ. SBN 259014
2  SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
   A Professional Law Corporation
3  3424 Carson Street, Suite 350
   Torrance, California 90503
4  Telephone:  (310) 542-0111
   Facsimile:   (310) 214-7254
5
   Special Counsel to Corporate Recovery Associates,
6  Solely in its capacity as Plan Agent

7

8                   UNITED STATES BANKRUPTCY COURT

9           CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10  In re:                               Case No. 8:07-bk-13347-ES

11  MTI TECHNOLOGY CORPORATION,          Chapter 11
    A Delaware corporation,
12                                       **STIPULATION TO CONTINUE HEARING
    Reorganized Debtor and Debtor in     ON MOTION TO DISALLOW CLAIM OF
13  Possession                           NEEDHAM & COMPANY, LLC (CLAIM NO.
                                         496)**
14
                                         Current Hearing Date:
15                                       Date:   March 8, 2011
                                         Time:   10:30 a.m.
16                                       Pace:   5A

17                                       Proposed Continued Hearing Date:
18                                       Date:   April 12, 2011
                                         Time:   10:30 a.m.
19                                       Pace:   5A

20

21      This stipulation ("Stipulation") is entered into by and between Corporate Recovery

22  Associates, Solely in its capacity as Plan Agent (the "Plan Agent") for MTI Technology

23  Corporation, Reorganized Debtor in the above-captioned Chapter 11 proceeding (the

24  "Debtor) on one hand, and Claimant Needham & Company, LLC ("Needham"), on the

25  other hand, with reference to the following:

26      1.  Pursuant to the terms of the Joint 4th Amended Chapter 11 Plan (the "Plan"),

27          confirmed by an order entered September 1, 2010, all of the Debtor's assets,

28          including books and records, claims, causes of action, etc., were transferred to

SMITH CAMPBELL CLIFFORD KEARNEY GORE
A Professional Law Corporation
Torrance, California

1   the Plan Agent as of the Effective Date of the Plan, which occurred on

2   September 27, 2010. Pursuant to §8.1 of the confirmed Plan, the Plan Agent

3   has the exclusive right to object to claims, including those previously filed by

4   the Debtor.  For all matters exceeding $25,000, the Plan Agent is required to

5   obtain direction and/or settlement approval from the post-effective date

6   committee (the "Committee").

7   2.  Pursuant to the terms of the confirmed Plan, Corporate Recovery Associates

8   has been duly appointed as the Plan Agent.

9   3.  The Debtor filed an objection to the claim of Needham (the "Claim Objection"),

10   which is set for hearing on December 7, 2010.

11   4.  The hearing on the Claim Objection was previously continued from December

12   7, 2010 to February 10, 2011, and then from February 10, 2011 to March 8,

13   2011.

14   5.  The parties have reached a settlement and are currently in the process of

15   finalizing the settlement agreement.

16   6.  The parties anticipate preparing and filing a Motion to Approve the Settlement

17   Agreement pursuant to Rule 9019 of the Federal Rules of Bankruptcy

18   Procedure shortly.

19   7.  In light of the foregoing, the parties have mutually agreed that the hearing on

20   the Claim Objection be continued for approximately thirty (30) days to the first

21   available date on the Court's calendar on or after April 12, 2011.

22   **NOW THEREFORE**, in consideration of the foregoing recitals, the Plan Agent and

23   Needham submit to the Court the following stipulation:

24   The Plan Agent and Needham hereby stipulate and agree through their respective

25   undersigned counsel to continue the March 8, 2011 hearing on the Claim Objection for

26   approximately thirty (30) days to the first available date on the Court's calendar on or

27   after April 12, 2011, and jointly they respectfully request the Court to approve such

28   continuance.

SMITH CAMPBELL CLIFFORD KEARNEY GORE
A Professional Law Corporation
Torrance, California

-2-

**IT IS SO STIPULATED.**

Dated: March 1, 2011          SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
                              A Professional Law Corporation


By: *Christine M. Fitzgerald*
Christine M. Fitzgerald
Special Counsel to Corporate Recovery Associates,
Solely in its capacity as Plan Agent


Dated: March 1, 2011          Pillsbury Winthrop Shaw Pittman LLP


By: *Mark Houle*
Mark Houle
Attorney for Needham & Company, LLC

SMITH CAMPBELL CLIFFORD KEARNEY GORE
A Professional Law Corporation
Torrance, California

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**3424 Carson Street, Suite 350, Torrance, CA  90503**

A true and correct copy of the foregoing document described as **STIPULATION TO CONTINUE HEARING ON MOTION TO DISALLOW CLAIM OF NEEDHAM AND COMPANY, LLC (CLAIM NO. 496)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 1, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒  Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On **March 1, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**See attached service list**

☒  Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 1, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge <u>will be</u> completed no later than 24 hours after the document is filed.

**See attached service list**

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| | | |
|---|---|---|
| **March 1, 2011** | **Brenda L. Campos** | |
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                      **F 9013-3.1.PROOF.SERVICE**

**Service List**

**SECTION I**

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
  Robert C Briseno    rbriseno@swlaw.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@lawcgm.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                     **F 9013-3.1.PROOF.SERVICE**

## Section II

## TO BE SERVED BY U.S. MAIL

### Judge
Honorable Erithe A . Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

### Debtor
MTI Technology Inc.
Attn.: Scott Poteracki
15641 Red Hill Ave., Suite 200
Tustin, CA  92780

## Section III

## TO BE SERVED BY EMAIL

### CRA, Plan Agent
Richard J Feferman      Richard@crarecovery.com

### Attroney for Claimant Needham & Company, LLC
Mark Houle        mark.houle@pillsburylaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                    **F 9013-3.1.PROOF.SERVICE**