FILED & ENTERED

MAR 04 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY reid    DEPUTY CLERK

PETER C. ANDERSON
United States Trustee
Frank M. Cadigan (Bar No. 95666)
Assistant United States Trustee
Ronald Reagan Federal Building &
　　United States Courthouse
411 West Fourth Street, Suite 9041
Santa Ana, CA  92701-8000
Telephone: (714) 338-3400
Facsimile: (714) 338-3421
Email:  frank.cadigan@usdoj.gov

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br><br><br>Debtor and<br>Debtor in Possession. | CASE NUMBER:  8:07-bk-13347-ES<br><br>CHAPTER 11<br><br>ORDER: RE POST CONFIRMATION STATUS CONFERENCE<br><br>Date: February 17, 2011<br>Time: 10:30 a.m.<br>Ctrm: 5"A"-HON. ERITHE A. SMITH |

　　The matter of the Chapter 11 Post Confirmation Status Conference held pursuant to Status Conference Report (Docket # 1397) having come on for hearing on the date and time indicated above,   before the undersigned United States Bankruptcy Judge, and the United States Trustee having appeared by and through Frank M. Cadigan, and the Debtor in Possession having made no appearance, and based upon the record and tentative ruling and good cause appearing therefore:

　　**IT IS FURTHER ORDERED THAT** the status conference in this matter is continued to August 11, 2011 at 9:30 a.m.; updated status report to be filed by July 28, 2011 and,

**IT IS FURTHER ORDERD THAT** unpaid United States Quarterly Fees of $4,225.00 be remitted to the Office of the United States Trustee forthwith.

### ###

DATED: March 4, 2011



United States Bankruptcy Judge

**I NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled **ORDER: RE POST CONFIRMATION STATUS CONFERENCE** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of February 22, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Christine M Fitzgerald    cfitzgerald@scckg.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

MTI Technology Corp., 15641 Red Hill Ave., Ste. 200, Tustin, CA 92780

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page