BARRY R. GORE, ESQ. SBN 143278
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A PROFESSIONAL LAW CORPORATION
3424 Carson Street, Suite 350
Torrance, California 90503
(310) 542-0111 Telephone
(310) 214-7254 Facsimile

Special Counsel to Corporate Recovery Associates,
Solely in its capacity as Plan Agent

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>            Reorganized Debtor. | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**NOTICE OF CONTINUED HEARING ON NOTICE OF AND MOTION FOR ORDER DISALLOWING CLAIM NO. 519 FILED BY MANCASAL LIMITED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF; NOTICE OF OBJECTION TO CLAIM**<br><br>PREVIOUS HEARING DATE<br><br>Date:  March 17, 2011<br>Time:  10:30 a.m.<br>Ctrm:  5A<br>         411 West Fourth Street<br>         Santa Ana, CA<br><br>CONTINUED HEARING DATE<br><br>Date:  June 2, 2011<br>Time:  10:30 a.m.<br>Ctrm:  5A<br>         411 West Fourth Street<br>         Santa Ana, CA |

**TO THE COURT AND ALL PARTIES INTEREST:**

NOTICE IS HEREBY GIVEN that the Notice of Motion for Order Disallowing Claim No. 519 filed by Mancasal Limited; Memorandum of Points and Authorities; Declaration in

NOTICE OF CONTINUED HEARING

1

1 | Support Thereof previously set on March, 17, 2011 at 10:30 a.m., has been continued to June 2,
2 | 2011 at 10:30 a.m.  A copy of the Tentative Ruling is attached herewith.
3 |
4 | Dated: March 17, 2011          SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
                                   A Professional Law Corporation

By: */s/ Christine M. Fitzgerald*
Barry R. Gore
Christine M. Fitzgerald
Special Counsel to Corporate Recovery
Associates, solely in its capacity as Plan Agent

NOTICE OF CONTINUED HEARING

2

# United States Bankruptcy Court
## Central District of California

Santa Ana

Judge Erithe Smith, Presiding

Courtroom 5A Calendar

| Thursday, March 17, 2011 | Hearing Room 5A |
|---|---|

**10:30 am**

**8:07-13347**  **MTI Technology Corporation**  **Chapter 11**

**#16.00**  Hearing RE: Motion for Order Disallowing Claim No. 519 filed by Mancasal Limited in the Amount of $123,805.45

Docket #: 1404

**Courtroom Deputy:**

- NONE LISTED -

**Tentative Ruling:**

**March 17, 2011**

Continue hearing to June 2, 2011 at 10:30 a.m. to allow movant to correct defective service: The person and address appearing on the proof of service does not match the same appearing on the proof of claim as to where and to whom notices should be sent.

*Note: If Movant accepts the foregoing tentative ruling, appearance at this hearing is not required.*

Party Information

Debtor(s):

MTI Technology Corporation    Represented By

Eve A Marsella

Ivan L Kallick

Manatt Phelps & Phil

Christine M Fitzgerald

Elmer D Martin

Movant(s):