1 | BARRY R. GORE, ESQ. SBN 143278
CHRISTINE M. FITZGERALD, ESQ. SBN 259014
2 | SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE
A Professional Law Corporation
3 | 3424 Carson Street, Suite 350
Torrance, California 90503
4 | Telephone: (310) 542-0111
Facsimile: (310) 214-7254

Special Counsel to Corporate Recovery Associates,
Solely in its capacity as Plan Agent

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>Reorganized Debtor. | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**Proof of Service Re:**<br><br>(1) NOTICE OF CONTINUED HEARING ON NOTION OF AND MOTION FOR ORDER DISALLOWING CLAIM NO. 519 FILED BY MANCASAL LIMITED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF; NOTICE OF OBJECTION TO CLAIM<br>(2) NOTICE OF AND MOTION FOR ORDER DISALLOWING CLAIM NO. 519 FILED BY MANCASAL LIMITED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF;<br>(3) NOTICE OF OBJECTION TO CLAIM<br><br><u>Continued Hearing Date:</u><br>Date: June 2, 2011<br>Time: 10:30 am<br>Ctrm: 5A |

///

///

///

PROOF OF SERVICE

1

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

3424 Carson Street, Suite 350, Torrance, CA  90503

A true and correct copy of the foregoing document described as **PROOF OF SERVICE RE: (1) NOTICE OF CONTINUED HEARING ON NOTICE OF AND MOTION FOR ORDER DISALLOWING CLAIM NO. 519 FILED BY MANCASAL LIMITED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION IN SUPPORT THEREOF AND (2) NOTICE OF AND MOTION FOR ORDER DISALLOWING CLAIM NO. 519 FILED BY MANCASAL LIMITED; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATIN IN SUPPORT THEREOF; (3) NOTICE OF OBJECTION TO CLAIM** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **March 17, 2011** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**See attached service list**

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **March 17, 2011** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on **March 17, 2011** I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

**See attached service list**

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **March 17, 2011** | **Brenda L. Campos** | _(signature)_ |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE

## SERVICE LIST

## SECTION I

## TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com; pj@winthropcouchot.com
  Robert C Briseno    rbriseno@swlaw.com
  John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@scckg.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Elmer D Martin    elmermartin@gmail.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**

## SECTION II

## SERVED BY U.S. MAIL

### Judge
Honorable Erithe A. Smith
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701-4593

### Claimant
Mancasal Limited
c/o Arthur Cox
Earlsfort Centre
Earlsfort Terrace, Dublin 2
Ireland

### Debtor
MTI Technology Inc.
Attn.: Scott Poteracki
15641 Red Hill Ave., Suite 200
Tustin, CA 92780

## SECTION III

## SERVED BY E-MAIL

### CRA, PLAN AGENT
Richard@crarecovery.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010    F 9013-3.1.PROOF.SERVICE