1

ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com

2

RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@winthropcouchot.com

3

PAYAM KHODADADI – State Bar No. 239906
pkhodadadi@winthropcouchot.com

4

**WINTHROP COUCHOT**

5

**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor

6

Newport Beach, CA 92660
Telephone: (949) 720-4100

7

Facsimile:   (949) 720-4111

8

Counsel for the Plan Agent Appointed

9

Under Joint Fourth Amended Chapter 11 Plan

10

FILED & ENTERED

APR 11 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY daniels   DEPUTY CLERK

11

**UNITED STATES BANKRUPTCY COURT**

12

**CENTRAL DISTRICT OF CALIFORNIA**

13

**SANTA ANA DIVISION**

14

15

In re:

Case No. 8:07-13347-ES

16

MTI TECHNOLOGY CORPORATION, a

Chapter 11 Proceeding

17

Delaware corporation,

18

Reorganized Debtor.

**ORDER GRANTING MOTION FOR
ORDER APPROVING COMPROMISE OF
CONTROVERSY**

19

[Pencom Systems Inc.; Edward C. Ateyeh, Jr.,

20

Edgar Saadi, Wade Saadi, The Collective Group,
LLC, and Carolina Casualty Insurance Company]

21

22

[Fed. R. Bankr. P. 9019 and Local Bankruptcy
Rule 9013-1(o)]

23

[No Hearing Necessary]

24

25

26

27

28

Order#37373#5012cfdc-4b36-4cf9-afd9-354eece53fd4

1    The Court having read and considered the Motion for Order Approving Debtor's

2  Compromise of Controversy [Docket No. 1401] (the "Motion"), filed by Richard Feferman, the

3  Plan Agent appointed pursuant to the Joint Fourth Amended Chapter 11 Plan ("Plan Agent") in the

4  Chapter 11 case of MTI Technology Corporation ("Debtor"), the declaration of Richard Feferman

5  provided in support of the Motion, the declaration of Richard H. Golubow re: Entry of Order

6  Without Hearing Pursuant to LBR 9013-1(o), and having found that the notice and an opportunity

7  to request a hearing on the Motion was appropriately given, and that no objection to the Motion

8  was filed, and good and sufficient cause appearing therefor:

9    **IT IS HEREBY ORDERED** that:

10    1.    The Motion is granted.[1]

11    2.    The Release and Settlement Agreement (the "Settlement Agreement"), entered

12  into by and between the Plan Agent, on one hand, and Pencom Systems Incorporated

13  ("Pencom"), Edward C. Ateyeh, Jr. ("Taylor"), Edgar Saadi, Wade Saadi, The Collective Group,

14  LLC ("Collective Group"), and Carolina Casualty Insurance Company ("Carolina Casualty"), on

15  the other hand, in connection with Adversary Case No. 8:09-ap-01617-ES (the "Pencom

16  Action"), is approved.

17    3.    The Plan Agent is authorized to enter into the Settlement Agreement.

18    4.    The Reorganized Debtor, the Plan Agent, and the Post-Effective Date Committee

19  are authorized to execute any documents and to take any acts appropriate to effectuate the

20  Settlement Agreement.

21    5.    Carolina Casualty is hereby authorized to disburse proceeds under the Directors'

22  and Officers' and Corporate Liability Insurance Policy ("D&O Policy") that it issued to the

23  Debtor in order to pay settlement costs associated with the Settlement Agreement and defense

24  costs incurred by Taylor in defense of the Pencom Action and by Kerley and Ganio in defense of

25  the Kerley & Ganio Actions, in accordance with the terms and conditions of the Settlement

26  Agreement ("Disbursements").  The Disbursements shall reduce the aggregate limit of liability of

27  the D&O Policy.

28
---
[1] Unless otherwise defined herein, the definitions of the capitalized terms contained herein are as set forth in the Motion.

Order#37373#5012cfdc-4b36-4cf9-afd9-354eece53fd4

1         6.      Carolina Casualty's payment of the Disbursements shall not constitute an

2 admission of liability or coverage for the Pencom Action, the Kerley & Ganio Actions or any

3 other claim under the D&O Policy.

4         7.      The Plan Agent shall forthwith cause to be dismissed the complaint initiating the

5 Pencom Action [Adversary Docket No. 1], with prejudice to refiling the same.

6         8.      The Motion to Dismiss the Pencom Action, filed by Pencom, Taylor, Edgar Saadi

7 and Wade Saadi, is hereby withdrawn.  The hearing on the Motion to Dismiss, scheduled for

8 April 14, 2011 at 9:30 a.m., is hereby taken off calendar.

9         9.      Carolina Casualty shall forthwith cause to be dismissed the motions for relief from

10 stay that it has filed in the Debtor's case [Docket Nos. 1161 and 1162], with prejudice to refiling

11 the same.  The hearings on such motions, scheduled for April 12, 2011, at 9:30 a.m., are hereby

12 taken off calendar.

13        10.     This Court shall retain jurisdiction to interpret, implement and enforce the terms

14 and provisions of the Settlement Agreement.

15        11.     No further notice or Court appearance shall be necessary to effectuate the

16 foregoing.

17                                    ####

18

19

20

21

22

23

24                                    *Erithe A. Smith*

25 DATED: April 11, 2011                    _____
                                   United States Bankruptcy Judge

26

27

28

Order#37373#5012cfdc-4b36-4cf9-afd9-354eece53fd4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is: 660 Newport Center Drive, 4th Fl., Newport Beach, CA 92660.

A true and correct copy of the foregoing document described as: **ORDER GRANTING MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY [PENCOM SYSTEMS INC.; EDWARD C. ATEYEH, JR., EDGAR SAADI, WADE SAADI, THE COLLECTIVE GROUP, LLC, AND CAROLINA CASUALTY INSURANCE COMPANY**] will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐  Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐  Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 16, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Via Attorney Service
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St., Suite 5041
Santa Ana, CA 92701

☒  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| March 16, 2011 | Viann Corbin | /s/ *Viann Corbin* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

-4-

Order#37373#5012cfdc-4b36-4cf9-afd9-354eece53fd4

1    **<u>SERVICE VIA E-MAIL</u>**

2    Kerry Peterson - kerry.peterson@milleregan.com – Pencom, Alteyeh & Saadis
     Jonathan Wallace - jw@bway.net - – Pencom, Alteyeh & Saadis
3    Jeffrey Cawdrey - JCawdrey@gordonrees.com;  ebojorquez@gordonrees.com – Carolina Casualty
     Insurance  Company
4    Nancy Tordai - NancyTordai@HPNLaw.com – Carolina Casualty Insurance Company
     United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
5    Plan Agent:  Richard Feferman:  Richard@crarecovery.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order#37373#5012cfdc-4b36-4cf9-afd9-354eece53fd4

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*): **ORDER GRANTING MOTION FOR ORDER APPROVING COMPROMISE OF CONTROVERSY [PENCOM SYSTEMS INC.; EDWARD C. ATEYEH, JR., EDGAR SAADI, WADE SAADI, THE COLLECTIVE GROUP, LLC, AND CAROLINA CASUALTY INSURANCE COMPANY**]   was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of March16, 2011, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒      Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**MTI Technology Corporation,** *Debtor and Debtor in Possession*
15641 Red Hill Avenue
Suite 200
Tustin, CA 92780

☐      Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an Entered stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

Kerry Peterson - kerry.peterson@milleregan.com – Pencom, Alteyeh & Saadis
Jonathan Wallace - jw@bway.net - – Pencom, Alteyeh & Saadis
Nancy Tordai - NancyTordai@HPNLaw.com – Carolina Casualty Insurance Company
Plan Agent:  Richard Feferman:  Richard@crarecovery.com

☐      Service information continued on attached page

Order#37373#5012cfdc-4b36-4cf9-afd9-354eece53fd4

**ADDITIONAL SERVICE INFORMATION** (if needed):

NEF SERVICE LIST

- Robert C Briseno      rbriseno@swlaw.com
- John O Campbell      ocampbell@houser-law.com
- Jeffrey D Cawdrey      jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson      sclarkson@lawcgm.com
- Robert L Eisenbach      reisenbach@cooley.com
- Christine M Fitzgerald      cfitzgerald@scckg.com
- Matthew A Gold      courts@argopartners.net
- Richard H Golubow      rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Brian T Harvey      bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes      lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick      ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin      akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
- Payam Khodadadi      pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna      lavignas@sec.gov
- Adam A Lewis      alewis@mofo.com
- Eve A Marsella      emarsella@lawcgm.com
- Elmer D Martin      elmermartin@gmail.com
- Robert E Opera      ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Eric S Pezold      epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds      mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken      mshaiken@stinson.com
- Daniel C Silva      dsilva@gordonrees.com
- Patricia B Tomasco      ptomasco@mailbmc.com
- United States Trustee (SA)      ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin      mwallin@sheppardmullin.com
- Gilbert B Weisman      notices@becket-lee.com
- Sharon Z Weiss      sharon.weiss@hro.com
- Charmaine M Wilson      sg@primeshares.com
- David L Wilson      dlwilson@winston.com

Order#37373#5012cfdc-4b36-4cf9-afd9-354eece53fd4