**BARRY R. GORE, ESQ. SBN 143278**
**CHRISTINE M. FITZGERALD, ESQ. SBN 259014**
**SMITH | CAMPBELL | CLIFFORD | KEARNEY | GORE**
**A Professional Law Corporation**
**3424 Carson Street, Suite 350**
**Torrance, California 90503**
**(310) 542-0111 Telephone**
**(310) 214-7254 Facsimile**

FILED & ENTERED

MAY 16 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY steinber DEPUTY CLERK

Special Counsel to Corporate Recovery Associates,
Solely in its capacity as Plan Agent

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>    Debtor. | Case No. 8:07-bk-13347-ES<br><br>Chapter 11<br><br>**ORDER GRANTING NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING COMPROMISE BETWEEN THE REORGANIZED DEBTOR AND NEEDHAM & COMPANY, LLC**<br><br>[No Hearing Required- Local Bankruptcy Rule 9013-1(o)] |

The Court having considered the *Notice of Motion and Motion for Order Pursuant to Fed. R. Bankr. P. 9019 Approving the Compromise Between the Reorganized Debtor and Needham & Company, LLC* (the "Motion"),[1] filed on April 22, 2011, the declaration of Richard Feferman filed in support thereof, the declaration of Christine M. Fitzgerald re: Entry of Order Without Hearing Pursuant to LBR 9013-1(o), the record in this case, and any and all pleadings necessary to the determination of the issue, rules as follows:

---

[1] Capitalized terms that are not defined herein have the meanings ascribed to them in the Motion.

The Court finds that there is no opposition to the Motion; that notice of the Motion and an opportunity to request a hearing on the Motion was appropriate given; and good and sufficient cause appearing therefor:

**IT IS HEREBY ORDERED** as follows:

1. The Motion is granted;

2. The Settlement Agreement and Release (the "Settlement Agreement"), entered into by and between the Reorganized Debtor on one hand and Needham & Company, LLC ("Needham") on the other, in connection with Claim No. 496 filed by Needham, and the Objection to Claim No. 496, filed by the Reorganized Debtor is approved;

3. The Plan Agent is authorized to enter into the Settlement Agreement;

4. The Reorganized Debtor, the Plan Agent and Needham are authorized to execute any documents and to take any acts appropriate to effectuate the Settlement Agreement;

5. Claim No. 496, filed by Needham shall be fixed and allowed as a general unsecured non priority claim in the amount of $200,000.00, which will be allowed in Class 3 (Allowed General Unsecured Claims) under the Plan; and

6. The Court shall retain jurisdiction to interpret, implement and enforce the terms and provisions of the Settlement Agreement.

# # ##

DATED: May 16, 2011

*Erithe A. Smith*
United States Bankruptcy Judge

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3424 Carson Street, Suite 350
Torrance, CA  90503**

A true and correct copy of the foregoing document described as **ORDER GRANTING NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING COMPROMISE BETWEEN THE REORGANIZED DEBTOR AND NEEDHAM & COMPANY, LLC** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐                                                                                       Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **May 10, 2011**  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge**
Honorable Erithe A. Smith
411 W. Fourth St. Suite 5041
Santa Ana, CA 92701-4593

☐                                                                                       Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐                                                                                       Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **May 10, 2011** | **Brenda L. Campos** | /s/  Brenda L. Campos |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

**NOTE TO USERS OF THIS FORM**:

**1)** Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below:  List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER GRANTING NOTICE OF MOTION AND MOTION FOR ORDER PURSUANT TO FED. R. BANKR. P. 9019 APPROVING COMPROMISE BETWEEN THE REORGANIZED DEBTOR AND NEEDHAM & COMPANY, LLC** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **May 10, 2011** the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**See attached service list**

☒   Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**MTI Technology Corporation,** *Debtor and Debtor in Possession*
15641 Red Hill Avenue
Suite 200
Tustin, CA 92780

☐   Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

**See attached service list**

☒   Service information continued on attached page

ORDER GRANTING MOTION TO APPROVE SETTLEMENT AGREEMENT WITH NEEDHAM

4


## SERVICE LIST

### SECTION I

### TO BE SERVED BY VIA NOTICE OF ELECTRONIC FILING ("NEF")

**Former Counsel for Creditor Committee**
Richard H Golubow    pj@winthropcouchot.com
Robert E Opera    pj@winthropcouchot.com, sconnor@winthropcouchot.com
Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com

**Counsel for Verizon**
Mark A Shaiken    mshaiken@stinson.com

**Counsel for Carolina Casualty Insurance Company**
Daniel C Silva    dsilva@gordonrees.com

**Counsel for Collective Group**
Patricia B Tomasco    ptomasco@mailbmc.com

**United States Trustee**
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

**Counsel for AM-PM, Inc. dba Aries Internet Services, Inc**
Sharon Z Weiss    sharon.weiss@hro.com

**Counsel for American Express Travel Related Svcs Co Inc Corp Card**
Gilbert B Weisman    notices@becket-lee.com

**Counsel for Argo Partners**
Matthew A Gold    courts@argopartners.net

**Counsel for Copper Holdings, LLC**
Robert L Eisenbach    reisenbach@cooley.com

**Counsel for Dell Financial Services, LLC**
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com

**Counsel for Rockwell Collins, Inc**
Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com

**Counsel for EMC Corporation**
David L Wilson    dlwilson@winston.com

**Counsel for Pencom Systems Incorporated**
Michael A Wallin    mwallin@sheppardmullin.com

**Counsel for Primeshares**
Charmaine M Wilson    sg@primeshares.com

**Counsel for U. S. Securities and Exchange Commission**
Sandra W Lavigna    lavignas@sec.gov

**Reorganization Tax Counsel the Debtor**
Elmer D Martin elmermartin@gmail.com

**Interested Parties**
Robert C Briseno    rbriseno@swlaw.com
John O Campbell    ocampbell@houser-law.com
Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Alexandra Kazhokin    akazhokin@buchalter.com, salarcon@buchalter.com;ifs_filing@buchalter.com
Adam A Lewis    alewis@mofo.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Michael B. Reynolds mreynolds@swlaw.com  kcollins@swlaw.com
Eve Maesella, Esq    Emarsella@lawcgm.com
Scott Clarkson, Esq.  Sclarkson@lawcgm.com

**Counsel for the Plan Agent**
Christine M Fitzgerald    cfitzgerald@scckg.com

**SECTION III**

**SERVED VIA US MAIL BY THE LODGING PARTY**

**Debtor**
MTI Technologies Inc.
Scott Poteracki
15641 Red Hill Avenue, Suite 200
Tustin, CA 92780

**Attorney for Claimant Needham & Co., LLC**
Pillsbury, Winthrop, Shaw, Pittman, LLP
Attn: Mark Houle, Esq.
650 Towne Center Dr., Suite 700
Costa Mesa, CA 92626-7122

ORDER GRANTING MOTION TO APPROVE SETTLEMENT
AGREEMENT WITH NEEDHAM

6