UNITED STATES BANKRUPTCY COURT
Central District of California - Santa Ana
411 West Fourth St., Ste. #2074, Santa Ana, California 92701-4593

| In re<br><br>MTI TECHNOLOGY CORPORATION<br><br><br>Debtor(s) | CASE NUMBER<br><br>8:07-13347-ES<br><br>NOTICE OF CONTINUED HEARING |
|---|---|

To:


NOTICE IS HEREBY GIVEN that the hearing on the following matter:

Post Confirmation Status Conference Re: Chapter 11 Case

set for __August 11, 2011__ at __9:30 a.m.__ before the Honorable __Erithe A. Smith,__ Bankruptcy Judge, Courtroom __5A__, Ronald Reagan Federal Building, 411 West Fourth St., Santa Ana, California has been continued to __August 25, 2011__ at __10:30 a.m.__


Dated:  July 21, 2011



For the Court
KATHLEEN J. CAMPBELL
Clerk of Court