THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Special Counsel to Corporate Recovery Associates
as Plan Agent

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES VALLEY DIVISION

| | |
|---|---|
| In re: | **Case No. 8:07-bk-13347-ES** |
| MTI TECHNOLOGY CORPORATION, a Delaware corporation, | Chapter 11 |
| Debtor. | **DECLARATION OF LAURA L. BUCHANAN RE: NON-OPPOSITION TO MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2011** |
| | [No Hearing Required] |
| | [Local Bankruptcy Rule 9013-1(o)] |

Pursuant to 28 U.S.C. § 1746, I, Laura L. Buchanan, hereby declare:

1. I am an attorney at law admitted and in good standing to practice in the State of California. I am an attorney with The Creditors' Law Group, A Professional Corporation ("TCLG") and resident in its Los Angeles, California office.

1

2. I make this declaration (this "Declaration") pursuant Rule 9013-1(o) of the Local Bankruptcy Rules for the United States Bankruptcy Court for the Central District of California ("Local Bankruptcy Rules") in support of the "Motion To Extend Claim Objection Deadline To December 30, 2011" (the "Motion") filed by Corporate Recovery Associates as Plan Agent in the case of reorganized debtor MTI Technology Corporation (the "Debtor"). Unless otherwise stated, I have personal knowledge of the facts set forth in this Declaration. Capitalized terms not otherwise defined herein shall have the meanings assigned to them in the Motion.

3. On August 5, 2011, I filed with the Court and caused to be served the Motion, which seeks to extend the deadline for claim objections to December 30, 2011. As of the date of this Declaration, I have received no opposition, request for hearing or responsive brief of any kind in response to the Motion. On August 22, 2011, I checked the docket for the Debtor's case and confirmed that no brief has been filed in opposition to the Motion.

4. Pursuant to Local Bankruptcy Rule 9013-1(o)(3)(A), attached hereto as Exhibit A are true and correct copies of the Motion and the Notice of Motion, with proofs of service. The Plan provides for notice to be given to the Post-Effective Date Notice Parties, which are the Post-Effective Date Committee, the Reorganized Debtor, Canopy and any Creditor that files after the Effective Date a request for notice of any proceedings in the Case. I checked the docket for the Debtor's case and found that only one person filed after the Effective Date a request for notice of any proceedings in the Case, and that person was served by Notice of Electronic Filing, so the Motion and the Notice of Motion were served on all Post-Effective Date Notice Parties.

5. Attached hereto as Exhibit B is a true and correct copy of the proposed order that TCLG will upload for the Court's consideration.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 22nd day of August, 2011 at Los Angeles, California.

/s/ Laura L. Buchanan
Laura L. Buchanan

| In re: | | CHAPTER: 11 |
|---|---|---|
| MTI Technology Corporation | | |
| | Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
  The Creditors' Law Group, APC
  2301 Hyperion Avenue, Ste. A
  Los Angeles, CA 90027-4711

A true and correct copy of the foregoing document described as DECLARATION OF LAURA L. BUCHANAN RE: NON-OPPOSITION TO MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 22, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 22, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

  Honorable Erithe A. Smith (Via Personal Delivery)
  United States Bankruptcy Court
  411 West Fourth Street, Suite 5041
  Santa Ana, CA92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 22, 2011 | Laura L. Buchanan | /s/ Laura L. Buchanan |
|---|---|---|
| Date | Type Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                    F 9013-3.1.PROOF.SERVICE

| In re: | | CHAPTER: 11 |
|---|---|---|
| MTI Technology Corporation | | |
| | Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

- Robert C Briseno    rbriseno@swlaw.com
- Laura L Buchanan    llb@thecreditorslawgroup.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Barry R Gore    bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com, jmydlandevans@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com, raul.morales@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9013-3.1.PROOF.SERVICE**