THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Special Counsel to Corporate Recovery Associates,
Plan Agent

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**LOS ANGELES VALLEY DIVISION**

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>            Reorganized Debtor. | Case No.  8:07-bk-13347-ES<br><br>Chapter 11<br><br>**NOTICE OF ERRATA REGARDING TIME OF STATUS CONFERENCE RELATED TO SECOND POST-EFFECTIVE DATE STATUS REPORT PURSUANT TO DEBTOR'S AND COMMITTEE'S JOINT FOURTH AMENDED CHAPTER 11 PLAN**<br><br>Status Conference:<br><br>Date:  August 25, 2011<br>Time: 10:30 a.m.<br>Ctrm: 5A<br>      411 West Fourth Street<br>      Santa Ana, CA |

**TO THE HONORABLE ERITHE A. SMITH, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE, THE POST-EFFECTIVE DATE COMMITTEE, THE REORGANIZED DEBTOR, CANOPY GROUP, INC., AND ANY OTHER PARTIES ENTITLED TO NOTICE:**

PLEASE TAKE NOTICE that the time of the status conference set forth in the "Second Post-Effective Date Status Report Pursuant To Debtor's And Committee's Joint Fourth Amended Chapter 11 Plan" ("Status Report"), which was filed on August 11, 2011 in this case, was incorrectly listed as 9:30 a.m. The correct time is 10:30 a.m. on August 25, 2011.

PLEASE TAKE FURTHER NOTICE that on August 25, 2011, at 10:30 a.m., or as soon thereafter as the matter may be heard, a status conference will be held before the Honorable Erithe A. Smith pursuant to the Court's "Order Confirming Joint Fourth Amended Chapter 11 Plan" [Docket No. 1285] ("Confirmation Order"), which this Court entered on September 1, 2010 and which confirmed the "Debtor's and Committee's Joint Fourth Amended Chapter 11 Plan" [Docket No. 1265].

Dated: August 23, 2011              THE CREDITORS' LAW GROUP,
                                    a Professional Corporation


                                    By:  /s/ Laura L. Buchanan
                                         Laura L. Buchanan
                                         David J. Richardson
                                         Special Counsel to Corporate
                                         Recovery Associates, Plan Agent

| In re:<br>MTI TECHNOLOGY CORPORATION | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
> The Creditors' Law Group, APC
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as NOTICE OF ERRATA REGARDING TIME OF STATUS CONFERENCE RELATED TO SECOND POST-EFFECTIVE DATE STATUS REPORT PURSUANT TO DEBTOR'S AND COMMITTEE'S JOINT FOURTH AMENDED CHAPTER 11 PLAN will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On August 23, 2011 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On August 23, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  August 23, 2011 , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

Honorable Erithe A. Smith (Via Personal Delivery)
United States Bankruptcy Court
411 West Fourth Street, Suite 5041
Santa Ana, CA92701

☒ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 23, 2011 | Laura L. Buchanan | /s/ *Laura L. Buchanan* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                                                                                           **F 9013-3.1.PROOF.SERVICE**

| In re: | CHAPTER: 11 |
|---|---|
| MTI TECHNOLOGY CORPORATION | |
| Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")**

- Laura L. Buchanan   llb@thecreditorslawgroup.com
- Robert C Briseno   rbriseno@swlaw.com
- John O Campbell   ocampbell@houser-law.com
- Jeffrey D Cawdrey   jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson   sclarkson@lawcgm.com
- Robert L Eisenbach   reisenbach@cooley.com
- Christine M Fitzgerald   cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- Matthew A Gold   courts@argopartners.net
- Richard H Golubow   rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Barry R Gore   bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes   lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick   ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin   akazhokin@buchalter.com, ifs_filing@buchalter.com
- Payam Khodadadi   pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna   lavignas@sec.gov
- Adam A Lewis   alewis@mofo.com
- Eve A Marsella   emarsella@lawcgm.com
- Elmer D Martin   elmermartin@gmail.com
- Robert E Opera   ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken   mshaiken@stinson.com
- Daniel C Silva   dsilva@gordonrees.com, jmydlandevans@gordonrees.com
- Patricia B Tomasco   ptomasco@mailbmc.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin   mwallin@sheppardmullin.com
- Gilbert B Weisman   notices@becket-lee.com
- Sharon Z Weiss   sharon.weiss@hro.com, raul.morales@hro.com
- Charmaine M Wilson   sg@primeshares.com
- David L Wilson   dlwilson@winston.com

**II. SERVED VIA US MAIL**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                   **F 9013-3.1.PROOF.SERVICE**

| In re: | | CHAPTER: 11 |
|---|---|---|
| MTI TECHNOLOGY CORPORATION | | |
| | Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

<u>Canopy</u>
Canopy Group, Inc.
c/o John Noorda (also, courtesy copy via email to john@canopy.com)
333 South 520, West, Suite 300
Lindon, UT 84042

Danny C. Kelly, Esq. (also, courtesy copy via email to dckelly@stoel.com)
Stoel Rives LLP
201 S. Main St. # 1100
Salt Lake City, UT 87111

**III. SERVED VIA EMAIL**

<u>Post-Effective Date Committee Member</u>
CCS Computer Configuration Services
Al Grasso
3002 Dow Ave. Suite 402
Tustin, CA 92780-7236
al@ccseservers.com

<u>Post-Effective Date Committee Member</u>
Compnology, Inc.
John Cronin
6300 Station Mill Drive
Norcross, GA 30092
jsc3@comcast.net

<u>Post-Effective Date Committee Member</u>
Fed Ex Custom Critical
Steven D Saas, Esq.
C/O RMS
307 International Circle. Ste 270
Hunt Valley. ND 21030
steven.sass@rmsna.com

<u>Reorganized Debtor</u>
MTI Technologies, Inc.
c/o Plan Agent
Corporate Recovery Associates
Richard Feferman
richard@crarecovery.com

<u>Director</u>
Scott Poteracki spoteracki@nexiant.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**