FILED & ENTERED

AUG 31 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>MTI TECHNOLOGY CORPORATION,<br><br>Debtor. | Chapter 11<br><br>CASE NO. 8:07-13347-ES<br><br>**POST-CONFIRMATION STATUS CONFERENCE ORDER**<br><br><br>Date: February 16, 2012<br>Time: 10:30 a.m.<br>Place: Courtroom 5A |

A Chapter 11 Status Conference took place on August 25, 2011 at 10:30 a.m. Appearances were waived as noted on the Court's record.

IT IS HEREBY ORDERED AS FOLLOWS:

___ This Status Conference is concluded or will be rescheduled by the Court at later date;

1    __X__    This Status Conference is continued to **February 16, 2012 at 10:30 a.m.**

2    An updated status report must be filed by **February 2, 2012** unless a final

3    decree is entered by that date.

###

DATED: August 31, 2011

*Erithe A. Smith*
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **CHAPTER 11 STATUS CONFERENCE ORDER** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of August 26, 2011 the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below:

Robert C Briseno    rbriseno@swlaw.com
Laura L Buchanan    llb@thecreditorslawgroup.com
John O Campbell    ocampbell@houser-law.com
Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
Scott C Clarkson    sclarkson@lawcgm.com
Robert L Eisenbach    reisenbach@cooley.com
Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
Matthew A Gold    courts@argopartners.net
Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
Barry R Gore    bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com
Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
Alexandra Kazhokin    akazhokin@buchalter.com, ifs_filing@buchalter.com
Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
Sandra W Lavigna    lavignas@sec.gov
Adam A Lewis    alewis@mofo.com
Eve A Marsella    emarsella@lawcgm.com
Elmer D Martin    elmermartin@gmail.com
Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
Mark A Shaiken    mshaiken@stinson.com
Daniel C Silva    dsilva@gordonrees.com, jmydlandevans@gordonrees.com
Patricia B Tomasco    ptomasco@mailbmc.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
Michael A Wallin    mwallin@sheppardmullin.com
Gilbert B Weisman    notices@becket-lee.com
Sharon Z Weiss    sharon.weiss@hro.com, raul.morales@hro.com
Charmaine M Wilson    sg@primeshares.com
David L Wilson    dlwilson@winston.com    ☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

MTI Technology Corporation, Debtor and Debtor in Possession
15641 Red Hill Avenue
Suite 200
Tustin, CA 92780    ☐ Service information continued on attached page

1  **III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy
2  bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile
3  transmission number(s) and/or email address(es) indicated below:

4  ☐ Service information continued on attached page

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28