THE CREDITORS' LAW GROUP, APC
David J. Richardson (State Bar No. 168592)
djr@thecreditorslawgroup.com
Laura L. Buchanan (State Bar No. 156261)
llb@thecreditorslawgroup.com
2301 Hyperion Avenue, Ste. A
Los Angeles, CA 90027
Telephone:    (323) 686-5400
Facsimile:    (323) 686-5403

Special Counsel to Corporate Recovery Associates as Plan Agent

FILED & ENTERED

SEP 09 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY deramus DEPUTY CLERK

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## LOS ANGELES VALLEY DIVISION

In re:

MTI TECHNOLOGY CORPORATION, a Delaware corporation,

    Debtor.

) Case No. 8:07-bk-13347-ES
)
) Chapter 11
)
)
) **ORDER GRANTING MOTION TO EXTEND**
) **CLAIM OBJECTION DEADLINE TO**
) **DECEMBER 30, 2011**
)
)
) [No Hearing Required]
)
) [Local Bankruptcy Rule 9013-1(o)]
)

    The Court having considered the *Notice of Motion and Motion to Extend Claim Objection Deadline to December 30, 2011* (the "Motion"),[1] filed on August 5, 2011, the declaration of Richard Feferman filed in support thereof, the record in this case, and any and all pleadings necessary to the determination of the issue, rules as follows:

    The Court finds that there is no opposition to the Motion; that notice of the Motion was appropriate and sufficient; and that the extension of the Claims Objection Deadline as requested in

---

[1] Capitalized terms that are not defined herein have the meanings ascribed to them in the Motion.

ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2011

1  the Motion is in the best interests of the estate of MTI Technology Corporation ("Reorganized

2  Debtor") and its creditors.

3  Based upon the foregoing, all the papers filed in support of the Motion, and good and

4  sufficient cause appearing therefore,

5  **IT IS HEREBY ORDERED** as follows:

6  1. The Motion is granted; and

7  2. The Claims Objection Deadline is hereby extended to December 30, 2011, such that

8  Section 2.134 of the Plan shall now be deemed to provide that the "Claims Objection Deadline" is

9  "the latest of the following dates: (a) December 30, 2011; (b) with respect to a specific Claim, the

10 ninetieth (90th) day after a Proof of Claim with respect to such Claim is filed by a Creditor; (c) with

11 respect to a Claim that is not listed in the Bankruptcy Schedules, the ninetieth (90th) day after the

12 Plan Agent learns of the existence of such Claim; or (d) such greater period of limitation as may be

13 fixed or extended by the Bankruptcy Court or by agreement between the Plan Agent and the

14 Creditor."

15 3. The Court shall retain jurisdiction over any matters related to or arising from the

16 implementation of this Order.

# # #



DATED: September 9, 2011

United States Bankruptcy Judge

| In re:<br>LEONARD M. ROSS, | | CHAPTER: 11 |
|---|---|---|
| | Debtor(s). | CASE NUMBER: 2:10-bk-49358-VZ |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
> The Creditors' Law Group, APC
> 2301 Hyperion Avenue, Ste. A
> Los Angeles, CA  90027-4711

A true and correct copy of the foregoing document described as ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2011 will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on August 22, 2011, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

> Honorable Erithe A. Smith (Via Personal Delivery)
> United States Bankruptcy Court
> 411 West Fourth Street, Suite 5041
> Santa Ana, CA92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 22, 2011 | Laura L. Buchanan | /s/ *Laura L. Buchanan* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010* **F 9013-3.1.PROOF.SERVICE**

| In re: | CHAPTER: 11 |
|---|---|
| MTI TECHNOLOGY CORPORATION, | |
| Debtor(s). | CASE NUMBER: 8:07-bk-13347-ES |

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

Notice is given by the court that a judgment or order entitled (*specify*) ORDER GRANTING MOTION TO EXTEND CLAIM OBJECTION DEADLINE TO DECEMBER 30, 2011 was entered on the date indicated as Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I.  SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of  August 22, 2011  , the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II.  SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**MTI Technology Corporation,** *Debtor and Debtor in Possession*
15641 Red Hill Avenue
Suite 200
Tustin, CA 92780

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an ○Entered○ stamp, the party lodging the judgment or order will serve a complete copy bearing an ○Entered○ stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☒ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                         **F 9021-1.1.NOTICE.ENTERED.ORDER**

**ADDITIONAL SERVICE INFORMATION** (if needed):

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** –

- Robert C Briseno    rbriseno@swlaw.com
- Laura L Buchanan    llb@thecreditorslawgroup.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com
- Barry R Gore    bgore@scckg.com, nnarag@scckg.com;cbeson@scckg.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, pcoates@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@winthropcouchot.com, pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    ropera@winthropcouchot.com, sconnor@winthropcouchot.com;pj@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com, jmydlandevans@gordonrees.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com, raul.morales@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

**III. TO BE SERVED BY THE LODGING PARTY VIA ELECTRONIC MAIL**

<u>Reorganized Debtor</u>
MTI Technologies, Inc.
Corporate Recovery Associates as Plan Agent
Attn: Richard Feferman
richard@crarecovery.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**