ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for Plan Agent

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>              Reorganized Debtor. | Case No. 8:07-13347-ES<br><br>Chapter 11<br><br>DATE:    July 9, 2013<br>TIME:    10:30 a.m.<br>PLACE:  Courtroom 5A<br>             411 West Fourth Street<br>             Santa Ana, CA 92701 |

**NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF HEARING ON PLAN AGENT'S MOTION FOR APPROVAL OF SALE, PURSUANT TO PROVISIONS OF CONFIRMED PLAN, OF STOCK IN THE DEBTOR**

**TO:  CREDITORS AND PARTIES-IN-INTEREST:**

Corporate Recovery Associates, LLC, the duly acting Plan Agent under the Joint Fourth Amended Chapter 11 Plan ("Plan") filed jointly by Debtor MTI Technology Corporation ("Debtor")[1] and by the Official Committee of Unsecured Creditors ("Committee"), has filed its Motion for Approval of Sale, Pursuant to Provisions of Confirmed Plan, of Stock in the Debtor ("Motion").

By the Motion, the Plan Agent requests that the Court approve the Plan Agent's sale, free and clear of claims, liens and interests (collectively, "Liens"), of the stock in the Debtor to Fiber International, LLC ("Buyer") in accordance with the terms and conditions of that Stock Purchase Agreement, dated May 10, 2013 ("Agreement"), entered into by and between the Debtor and the Buyer.  By the Motion, the Plan Agent requests that the Court enter an order granting to the Plan Agent the following relief:

---

[1]     References herein to the "Debtor" include the Reorganized Debtor.

1.      Approving the terms and conditions of the Agreement;

2.      Authorizing the sale and assignment to the Buyer of the stock in the Debtor, free and clear of Liens, in accordance with the terms and conditions of the Agreement and as set forth in the Motion;

3.      Authorizing the Plan Agent to take any acts, and to execute any documents, appropriate to effectuate the provisions of the Agreement; and

4.      Waiving the fourteen-day stay of orders provided by Rule 6004(h) of the Federal Rules of Bankruptcy Procedure.

As set forth in detail in the Declaration of Richard J. Feferman filed in support of the Motion ("Feferman Declaration"), since the Effective Date of the Plan, the Plan Agent has acted diligently to sell the remaining assets of the Debtor and/or to sell the stock in the Debtor in order to generate value therefrom which may be distributed to creditors pursuant to the Plan. The Plan Agent's efforts in this regard now have borne fruit. Subject to the approval of the Court, the Plan Agent has entered into the Agreement pursuant to which the Plan Agent has agreed to sell to the Buyer, and the Buyer has agreed to purchase from the Plan Agent, the stock in the Debtor in exchange for the Buyer's paying to the Plan Agent, for the benefit of the creditors of the Debtor, the sum of $500,000 cash. The Plan Agent believes that the proposed sale of the Debtor's stock to the Buyer pursuant to the terms and conditions of the Agreement is on terms favorable to the Debtor's creditors, will enhance significantly the recovery by the Debtor's creditors, and will facilitate the winding up of the Debtor's financial affairs and the Plan Agent's making final distributions to the Debtor's creditors under the Plan and the closing of the Debtor's chapter 11 case.

A.     **THE PLAN.**

On or about August 5, 2010, the Debtor and the Committee filed jointly the Plan for the resolution of the claims asserted against the Debtor's bankruptcy estate. The Plan provides for a comprehensive debt restructuring of the Debtor in accordance with the terms and conditions of the Plan. On September 1, 2010, the Court entered an order confirming the Plan. The Effective Date of the Plan was September 27, 2010.

Provisions of the Plan pertinent to the relief requested by the Motion include the following:[2]

1.     **Treatment of Allowed General Unsecured Claims (Section 5.3 of the Plan).** Pursuant to the Plan, holders of Allowed General Unsecured Claims receive, in full and complete satisfaction of their Allowed General Unsecured Claims, pro rata distributions of the cash maintained in the Plan Fund established by the Plan.[3] The Plan Fund is funded primarily by the cash of the Debtor as of the Effective Date and from cash generated post-confirmation from the sale of assets of the Debtor and proceeds collected post-confirmation from the prosecution of avoidance claims and other causes of action.

In addition, pursuant to Section 5.3.1.5 of the Plan, each holder of an Allowed General Unsecured Claim is allocated under the Plan its pro rata number of shares of Post-Effective Date Stock (i.e., all of the stock in the Reorganized Debtor to be issued by the Plan Agent pursuant to the Plan) to be held in trust for such creditor by the Plan Agent.

2.     **Treatment of Allowed Interests (Section 5.6 of the Plan).** Pursuant to the Plan, all (pre-confirmation equity) Interests in the Debtor were cancelled as of the Effective Date of the Plan.

---

[2]    The description of the provisions of the Plan contained herein is only a summary of such provisions and is not intended to be a complete statement of all material provisions of the Plan. In the event of any inconsistency between the provisions of this summary and the provisions of the Plan, the provisions of the Plan will control.

[3]    Except as defined herein to the contrary, the definitions of the capitalized terms contained herein are as set forth in the Plan.

3.      **Appointment of Plan Agent (Section 6.6 of the Plan).**  Pursuant to the Plan, the Plan Agent appointed by the Plan has, among others, the following rights, powers and duties:

(a)      Pursuant to Section 6.6.3 of the Plan, the Plan Agent, under the supervision of the Post-Effective Date Committee, may administer, manage, transfer, assign and otherwise dispose of all of the Plan Assets and take all acts appropriate to effectuate the same, free of any restrictions imposed by the Bankruptcy Code or by the Bankruptcy Rules.

(b)      Pursuant to Section 6.8.2 of the Plan, the Plan Agent, under the supervision of the Post-Effective Date Committee, is authorized to take all acts appropriate to implement the provisions of the Plan.

4.      **Post-Effective Date Committee (Section 6.9 of the Plan).**  Pursuant to the Plan, as of the Effective Date of the Plan, the Committee was terminated and disbanded, and was replaced by the Post-Effective Date Committee.  Pursuant to the Plan, the Post-Effective Date Committee has the right to supervise the Plan Agent in accordance with the terms and conditions of the Plan.

5.      **Merger Transaction (Section 6.18 of the Plan).**  Pursuant to the Plan, the Plan Agent is authorized to sell or exchange the Post-Effective Date Stock in the Debtor. Section 6.18.1 of the Plan provides, in part, that the Plan Agent, under the supervision of the Post-Effective Date Committee, may investigate whether a Merger Transaction is viable, and should be pursued for the benefit of holders of Allowed General Unsecured Claims.

Section 6.18.2 of the Plan provides that a Merger Transaction must be completed by the second-year anniversary of the Effective Date of the Plan (i.e., by September 27, 2012) ("Merger Consummation Date"), but authorizes the Plan Agent to request from the Court an extension of the Merger Consummation Date for a period not to exceed one additional year.[4]

B.      **DEBTOR'S CURRENT ASSETS.**
The Debtor's current assets consist primarily of the following:

1.      **Cash.**  As of May 1, 2013, the Debtor had approximately $800,000 in cash.

2.      **Intellectual Property.**  The Debtor retains certain intellectual property rights, including patent rights.  For the most part, such intellectual property rights are non-exclusive licenses of relatively older technology that the Debtor was not able to sell or liquidate during the case.

3.      **Intangible Assets.**  Every machine that is on a TCP/IP network (a local network or the internet) has a unique Internet Protocol version address.  Internet Protocol version 4 ("IPv4") is the fourth version in the development of the Internet Protocol.  As addresses were assigned to users, the number of unassigned addresses decreased.  It is the Plan Agent's understanding that more than 99% of the IPv4 numbers have been allocated, and, accordingly, that the supply of IPv4 numbers has effectively dried up (referred to as "IPv4 exhaustion").  The Debtor holds an IP address block, as described more fully in Exhibit "4" to the Agreement.

4.      **Avoidance Claims.**  Numerous avoidance actions and other actions have been filed in order to obtain recoveries for the Debtor's creditors.  The Plan Agent believes that all or virtually all of the claims and causes of action of the estate have been asserted and have been resolved by orders of the Court.

---

[4]      The Plan contains no limitation as to when any such request for an extension of the Merger Consummation Date must be made by the Plan Agent.  The one-year extension period has not yet expired.  By the Motion, the Plan Agent requests that, in the event that the Court determines that the proposed stock sale transaction with the Buyer ("Transaction") is a "Merger Transaction," the Court extend the Merger Consummation Date so as to enable the Plan Agent to consummate the Transaction.

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

**C.      LIABILITIES OF THE ESTATE.**

By the Debtor's sale and assignment of assets of the Debtor's estate and collection of the Debtor's accounts receivable, the Debtor was able to generate cash sufficient to pay in full all secured claims against the Debtor.  The Plan Agent believes that all priority claims have been paid in full, and that the only remaining pre-petition claims against the Debtor are the claims of the holders of Allowed General Unsecured Claims.  As noted hereinabove, each holder of an Allowed General Unsecured Claim is entitled to receive under the Plan, in full satisfaction and discharge of its Allowed General Unsecured Claim, pro rata distributions of the cash on deposit in the Plan Fund.  The Plan Agent has made interim distributions to holders of Allowed General Unsecured Claims, and anticipates that, if the Motion is approved by the Court, the Plan Agent will make as promptly as practicable final distributions on account of Allowed General Unsecured Claims and seek from the Court a Final Decree closing the case.

Canopy Group, Inc. ("Canopy") asserts against the Debtor a claim (Class 4 under the Plan) in the amount of $260,000.  The Plan Agent disputes Canopy's claim, and believes that it recently reached with Canopy a settlement by which Canopy has agreed to accept the amount of $150,000 as and for payment in full of its claim.

In addition to the obligations owed under the Plan, obligations have been incurred post-confirmation in connection with the administration of the Plan, including obligations to professionals employed by the Plan Agent.  The Debtor may owe a relatively insignificant amount of corporate license and tax obligations associated with maintaining the Debtor's corporate existence.  The Plan Agent believes that the Debtor is current in paying its obligation to the United States Trustee.

**D.      MARKETING OF DEBTOR'S REMAINING ASSETS.**

From and after the Effective Date of the Plan, the Plan Agent has acted diligently to market the remaining assets of the Debtor in order to generate recoveries therefrom for the benefit of the Debtor's creditors.  The Plan Agent has investigated thoroughly the value of the Debtor's remaining assets, and has consulted with experts in that regard.  Moreover, the Plan Agent has retained experts to assist the Plan Agent to market and to sell the Debtor's remaining assets.

While the Plan Agent has obtained from time to time expressions of interest for the acquisition of assets of the Debtor or the stock in the Debtor, the Plan Agent has not received any viable offer for the acquisition of any of the assets of the Debtor or for the stock in the Debtor, except for the offer from the Buyer reflected by the Agreement.

**E.      TERMS OF THE AGREEMENT.**

Subject to the approval of the Court, the Plan Agent and the Buyer have entered into the Agreement pursuant to which the Plan Agent agrees to sell to the Buyer, and the Buyer agrees to purchase from the Plan Agent, the Post-Effective Date Stock (i.e., all of the stock in the Reorganized Debtor to be issued by the Plan Agent under the Plan).  Material terms of the Agreement include the following:[5]

      **1.      Sale of Post-Effective Date Stock (Section 1.1. of the Agreement).**  Subject to the terms and conditions of the Agreement, and the approval of the Court, the Plan Agent has agreed to sell to the Buyer, free and clear of Liens, and the Buyer has agreed to purchase from the Plan Agent, the Post-Effective Date Stock.[6]

      **2.      Excluded Assets (Section 1.2 of the Agreement).**  Prior to the Closing of the Transaction, the Plan Agent will transfer to a trust to be established for the benefit of the

---

[5]    The description of provisions of the Agreement contained herein is only a summary of such provisions and is not intended to be a complete statement of all material provisions of the Agreement.  In the event of any inconsistency between the provisions of this summary and the provisions of the Agreement, the provisions of the Agreement will control.

[6]    Except as otherwise defined herein, the definitions of the capitalized terms contained in this paragraph "E" are as set forth in the Agreement.

Debtor's creditors ("Trust"), and will <u>not</u> sell to the Buyer, the Debtor's right, title and interest in and to all of the Debtor's assets and properties, except only as provided expressly to the contrary in the Agreement ("Excluded Assets").  The Excluded Assets include the Debtor's cash.

      **3.**      **Purchase Price (Section 1.3 of the Plan).**  The Buyer has agreed to pay to the Plan Agent $500,000 cash in order to acquire the Post-Effective Date Stock in the Debtor, and has agreed to pay certain taxes and costs, if any, associated with the Closing of the Transaction.  In accordance with the provisions of Section 1.4 of the Agreement, **the Buyer has provided to the Plan Agent's counsel a deposit for the entire $500,000 Purchase Price.[7]**

      **4.**      **Retained Assets (Section 1.5 of the Agreement).**  The Debtor will retain, and not will not transfer to the Plan Agent, and, accordingly, the Buyer will, as a consequence of its acquisition of the Post-Effective Date Stock, gain effective control of the following assets and properties of the Debtor ("Retained Assets"):

      (a)      All intellectual property rights and interests of the Debtor, including any patents, trademarks and other general intangibles of a comparable nature that may be owned by the Debtor.

      (b)      The Debtor's IPv4 interests, as described in Exhibit "4" to the Agreement.

      **5.**      **Excluded Liabilities (Article III of the Agreement).**  The Buyer will have no responsibility of any nature whatsoever for any liabilities, debts or obligations of the Debtor arising before the Closing, other than as provided expressly to the contrary in the Agreement.

A copy of the Agreement is attached as Exhibit "A" to the Feferman Declaration appended to the Motion, and may be obtained by written request made to the Plan Agent's counsel, Winthrop Couchot Professional Corporation (Attn:  Robert E. Opera), 660 Newport Center Drive, Suite 400, Newport Beach, California 92660.

      **F.**      <u>**SALE FREE AND CLEAR OF LIENS.**</u>

By the Motion, the Plan Agent requests that the Court authorize the sale of the Post-Effective Date Stock free and clear of Liens.  The Plan Agent believes that good cause exists to authorize the sale of the Post-Effective Date Stock free and clear of Liens for, in part, the following reasons:

      **1.**      <u>**Plan Authorization.**</u>  The Plan authorizes sales free and clear of Liens under section 363(f) of the Bankruptcy Code (Section 6.13 of the Plan), and the Plan authorizes the distribution of property pursuant to the Plan free and clear of Liens (Sections 5.3.1.5 and 11.4 of the Plan).

      **2.**      <u>**No Existing Liens.**</u>  The Post-Effective Date Stock is issued pursuant to the Plan and is not subject to any Liens.

      **3.**      <u>**Any Liens Will Attach to the Proceeds of the Sale.**</u>  Even if the Post-Effective Date Stock were encumbered by a Lien (and it is not), such Lien will attach to the proceeds of the sale of the Post-Effective Date Stock.  There is no basis for determining that the amount of any such Lien is greater than the proceeds from the sale of the Post-Effective Date Stock.

---

[7]    The Plan Agent is required to pay to special counsel and to intermediaries retained by the Plan Agent an aggregate 11.5% fee with respect to the Transaction.  The net proceeds from the Transaction, therefore, will be approximately $442,500.

G.      **GOOD CAUSE EXISTS FOR THE COURT TO APPROVE THE
        AGREEMENT**

The Plan Agent believes that good cause exists for the Court to approve the Agreement and to authorize the Plan Agent to sell to the Buyer the Post-Effective Stock, free and clear of Liens, in accordance with the terms and conditions of the Agreement.  The proposed Transaction reflects the product of extensive efforts by the Plan Agent, over a considerable period of time, to obtain for the Debtor's creditors value from the disposition of the Post-Effective Date Stock and/or the remaining assets of the Debtor.  Consummation of the Transaction will generate approximately $442,500 in net proceeds to be paid to the Debtor's creditors, thereby increasing significantly the recovery by creditors in this case. The Plan Agent believes, therefore, that approval of the proposed Transaction is unquestionably in the best interests of the Debtor's creditors.

**IF YOU DO NOT OPPOSE THE MOTION DESCRIBED ABOVE, YOU NEED NOT TAKE ANY FURTHER ACTION.  HOWEVER, IF YOU DO OPPOSE THE MOTION, PURSUANT TO LOCAL BANKRUPTCY RULE 9013-1, ANY OPPOSITION TO THE MOTION MUST BE FILED WITH THE COURT NO LATER THAN FOURTEEN (14) DAYS PRIOR TO THE HEARING ON THE MOTION.  YOU MUST FILE ANY SUCH OPPOSITION WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, LOCATED AT 411 WEST FOURTH STREET, SUITE 9041, SANTA ANA, CA 92701.  YOU MUST ALSO SERVE A COPY OF ANY SUCH OPPOSITION UPON COUNSEL FOR THE PLAN AGENT AT THE MAILING ADDRESS STATED IN THE UPPER LEFT CORNER OF THE FIRST PAGE OF THIS NOTICE AND UPON THE OFFICE OF THE UNITED STATES TRUSTEE LOCATED AT 411 WEST FOURTH STREET, SANTA ANA, CA 92701.  FAILURE TO TIMELY FILE AND SERVE AN OPPOSITION TO THE MOTION MAY RESULT IN ANY SUCH OPPOSITION BEING WAIVED, AND THE COURT MAY ENTER AN ORDER GRANTING THE MOTION WITHOUT FURTHER NOTICE.  MOREOVER, SHOULD YOU FAIL TO ATTEND THE HEARING ON THE MOTION, THE COURT IS AUTHORIZED TO ENTER YOUR DEFAULT AND TO GRANT THE RELIEF REQUESTED BY THE PLAN AGENT IN THE MOTION.**

For further information, see the **Plan Agent's Motion for Approval of Sale, Pursuant to Provisions of Confirmed Plan, of Stock in the Debtor** on file with the Court.

DATED: June 14, 2013              **WINTHROP COUCHOT
                                  PROFESSIONAL CORPORATION**


                                  By:  */s/ Robert E. Opera*
                                       Robert E. Opera
                                       Richard H. Golubow
                                       Jeannie Kim
                                  Counsel for the Plan Agent Appointed
                                  Under Joint Fourth Amended Chapter 11 Plan

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF HEARING ON PLAN AGENT'S MOTION FOR APPROVAL OF SALE, PURSUANT TO PROVISIONS OF CONFIRMED PLAN, OF STOCK IN THE DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 14, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

2.  **SERVED BY UNITED STATES MAIL**:  On June 14, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒  Service information continued on attached page

3.  **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 14, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**Via Attorney Service - Bin outside of Room 5097**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St.
Santa Ana, CA 92701

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 14, 2013 | Christine Hipp | /s/ Christine Hipp |
|---|---|---|
| Date | Printed Name | Signature |

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

- NEF SERVICE LIST
  Robert C Briseno   rbriseno@swlaw.com
- Jennifer K Brooks   jennifer.brooks@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- Laura L Buchanan   llb@richardsonbuchanan.com
- John O Campbell   ocampbell@houser-law.com
- Jeffrey D Cawdrey   jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson   sclarkson@lawcgm.com
- Ana Damonte   ana.damonte@pillsburylaw.com
- Robert L Eisenbach   reisenbach@cooley.com
- Christine M Fitzgerald   cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@sckg.com
- Matthew A Gold   courts@argopartners.net
- Richard H Golubow   rgolubow@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Barry R Gore   bgore@goreassociates.com, nnarag@goreassociates.com
- Brian T Harvey   bharvey@buchalter.com, IFS_filing@buchalter.com;rreeder@buchalter.com
- Lesley A Hawes   lhawes@mckennalong.com, twaters@mckennalong.com
- Ivan L Kallick   ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin   akazhokin@buchalter.com, ifs_filing@buchalter.com
- Payam Khodadadi   pkhodadadi@mcguirewoods.com
- Jeannie Kim   jkim@winthropcouchot.com,
  vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- Sandra W Lavigna   lavignas@sec.gov
- Adam A Lewis   alewis@mofo.com
- Eve A Marsella   emarsella@lawcgm.com
- Elmer D Martin   elmermartin@gmail.com
- Robert E Opera   ropera@winthropcouchot.com,
  pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Eric S Pezold   epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds   mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken   mshaiken@stinson.com
- Daniel C Silva   dsilva@gordonrees.com, jmydlandevans@gordonrees.com
- Robert Tannor   rtannor@creditorliquidity.com
- Patricia B Tomasco   ptomasco@mailbmc.com
- United States Trustee (SA)   ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin   mwallin@sheppardmullin.com
- Gilbert B Weisman   notices@becket-lee.com
- Sharon Z Weiss   sharon.weiss@hro.com, raul.morales@hro.com
- Charmaine M Wilson   sg@primeshares.com
- David L Wilson   dlwilson@winston.com

### SERVICE VIA FIRST CLASS MAIL
#### (Unless NEF indicated)

| MTI Technology Corporation<br>~~Attn: Thomas P. Raimondi, Jr., Pres. & CEO~~<br>~~15641 Red Hill Avenue, Suite 200~~<br>~~Tustin, CA 92780~~<br>New address below | U.S. Trustee's Office          NEF<br>Frank Cadigan, Esq.<br>411 West Fourth Street, #9041<br>Santa Ana, CA 92701 | MTI Tech<br>Special Notice List<br>Document No. 119553 |
|---|---|---|

Manatt Phelps & Phil
Ivan Kallick, Esq.
11355 W Olympic Blvd
Los Angeles, CA 90064

Securities & Exchange Commission    NEF
Sandra Lavigana, Esq.
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

Plan Agent
Corporate Recovery Associates
Richard Feferman
3830 Valley Center Dr., #705-152
San Diego, CA 92130

Debtor's Counsel    NEF
Christine Fitzgerald, Esq.
Smith Campbell Clifford Kearney Gore
3424 Carson St, Ste.350
Torrance, CA 90503

Committee Chair
EMC Corporation, FedEx Custom Critical
Steven D. Sass, Esq.
c/o RMS
307 International Circle, #270
Hunt Valley, MD 21030

Committee Member
Compnology, Inc.
John S. Cronin
6300 Station Mill Dr.
Norcross, GA 30092

Rtd Mail 2/25/11
Committee Member
CCS Disaster Recovery Services
Al Grasso
3002 Dow Ave., #402
Tustin, CA 92780-7236

2/24/12NEF
Needham & Company, LLC
c/o Pillsbury Winthrop Shaw Pittman LLP
Jennifer K. Brooks, Esq.
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Stanley H Shure , Esq.
Law Offices of Stanley H Shure
2355 Westwood Blvd Ste 374
Los Angeles, CA 90064

### *MML NotCredMotSellStock List obtained from Feferman on 6/5/13 Document No. 188714*

ABSO
Attn: Bob Warren
4095 Delmar Ave., #10
Rocklin, CA 95677-4004

Accutech Data Supplies, Inc.
Attn: Corporate Officer
4284 Transport Street
Ventura, CA 93006-6930

Act Teleconferencing Services, Inc.
Attn: Denise Bell
1526 Cole Blvd., #300
Golden, CO 80401

ADT Security Services
Attn: Corporate Officer
P.O. Box 371967
Pittsburgh, PA 15250

Advanced Digital Information Corp.
c/o Michael Ellis-Kenneth C. Howell
1650 Technology Drive, #700
San Jose, CA 95110

Aeronet
Attn: Corporate Officer
P.O. Box 17239
Irvine, CA 92713-7239

Ali Dowlatshahi
29443 Whitley Collins Drive
Rancho Palos Verdes, CA 90275

Alliance Elec. Distributor Inc.
Attn: Rick Orshansky
1 Musick
Irvine, CA 92618

Alliance Storage Technologies
Attn: Chris Carr
3515 East Saint Vrain Street
Colorado Springs, CO 80909-6619

America's Instant Signs
Attn: Dennis P. Prina
1265 Manassero St., Units 309-310
Anaheim, CA 92807

American Express Co.
Attn: Corp. Officer
Travel Related Services Co., Inc
P.O. Box 360001
Fort Lauderdale, FL 33336

American Express
Attn: Corporate Officer
Box 0001
Los Angeles, CA 90096-0001

American Express Attn: Corp. Officer
CPC Remittance Processing
2975 W. Corporate Lakes Blvd.
Weston, FL 33331

Am ExpTrvl Rel Svcs Co Inc Corp Card
c/o Kenneth W. Kleppinger, Esq.
Becket & Lee LLP Atty/Agent for Creditor
P.O. Box 3001
Malvern, PA 19355-0701

Andrew R. Stahelin
884 Camden Grove Cv
Cordova, TN 38018

Andrews Kurth LLP
Attn: Managing Partner
P.O. Box 201785
Houston, TX 77216-1785

Anthony B. Robison
Attn: Andrew Whatnall
1565 Hotel Circle S., #310
San Diego, CA 92108

Anthony Huk
51 Carousel Lane
Easton, PA 18045

Anthony J. Tocco
27898 Belanger
Roseville, MI 48066

Aries Internet Services
c/o Sharon Z. Weiss
Weinstein, Weiss & Ordubegian LLP
1925 Century Park East, #1150
Los Angeles, CA 90067

Armando E. Espinoza
10720 Quarry Oaks Trail
Austin, TX 78717

Asia Plant Rental
Attn: Hideko Nishimura
1215 W. 228th Street
Torrance, CA 90502-2392

AT&T
Attn: Corporate Officer
Payment Center
Sacramento, CA 95887

AT&T
Attn: Corporate Officer
P.O. Box 5001
Carol Stream, IL 60197-5001

AT&T
Attn: Corporate Officer
P.O. Box 105262
Atlanta, GA 30348-5262

AT&T Mobility
Attn: Corporate Officer
P.O. Box 6463
Carol Stream, IL 60197

AT&T Wireless Services
Attn: Corporate Officer
P.O. Box 8100
Aurora, IL 60507-8100

Avery Winford
11027 Holm Oak Pl.
Charlotte, NC 28262-2535

Avis Rent A Car System, Inc.
Attn: Corporate Officer
7876 Collections Center Drive
Chicago, IL 60693

Avraham Cohen
12 Edwards Place
Short Hills, NJ 07078-2911

Barry Bickford
4124 W. Sevilla
Tampa, FL 33629

BCP Systems
Attn: Wes Price
1130 South Las Brisas Pl.
Placentia, CA 92870

Bell Microproducts
Attn: Tina Moore
201 Monroe St., #300
Montgomery, AL 36104

Bogdan Petrescu
4724 Golden Ridge Dr.
Corona, CA 92880

Bowne of Los Angeles, Inc.
c/o Gail B. Price, Esq.
2600 Mission St., #206
San Marino, CA 91108

Bradley Marketing Group
Attn: Corporate Officer
135 Fell Court
Hauppauge, NY 11788

Bridgehead Software Inc.
Attn: Corporate Officer
400 W. Cummings Park, #6600
Woburn, MA 01801

Briggs Datacomm
Attn: David Yoshihara
14381 Franklin Ave.
Tustin, CA 92780

Briggs Electric Inc.
Attn: Todd Perry
14381 Franklin Avenue
Tustin, CA 92780

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

Bruce Moshasha
P.O. Box 1904
Issaquah, WA 98027-0079

Bryan Cave LLP
Attn: Managing Partner
P.O. Box 503089
St. Louis, MO 63150-3089

Byron Joslin
19602 Blanco Dr.
Lago Vista, TX 78645

Cal H. Connolly
3739 Grove Street
Denver, CO 80211

Calwest Industrial Holdings, LLC
Attn: Managing Member
18301 Von Karman Ave., 6th Fl.
Irvine, CA 92612

Carl Payne
11840 Birchwood Ave.
Victorville, CA 92392

CCS
Attn: Al Grasso
2532 White Road
Irvine, CA 92614-6236

Cecil S. Burnette
1716 McGarry Avenue
Mansfield, TX 76063

Cecil S. Burnette
2775 North Highway 360, Apt. 737
Grand Prairie, TX 75050

Celine Perruchot
26411 Via Galicia
Mission Viejo, CA 92691

CH Realty IV/Royal Centre, L.L.C.
Attn: Carlos Rainwater
c/o Kevin M. Lippman,
Munsch Hardt Kopf & Harr, P.C.
500 N. Akard St., #3800
Dallas, TX 75201

Champagne Logistics
Attn: Beckie Weicuss
7350 S. Kyrene Road, #108
Tempe, AZ 85283

Charles R. Seltzer
3111 Parker Lane, #205
Austin, TX 78741-6950

Chih-Hsin Shen
5619 Preston Oaks Rd., #203
Dallas, TX 75254-8421

Christopher A. Toney, Sr.
101 Lancashire Court
La Plata, MD 20646

Christopher Guest
78 Travis Road
Baldwin Place, NY 10505

Cit Technology Financing Services, Inc.
c/o Raymond F. Moats, III Esq.
Weltman, Weinberg & Reis Co., LPA
175 S. Third St., #900
Columbus, OH 43215

Clifford H. Nadler
2216 Macaw Drive
Cedar Park, TX 78613

Colin Campbell
19 Curtis St.
Waltham, MA 02453-3416

Comed
Attn: Corporate Officer
Bill Payment Center
Chicago, IL 60668-0001

Compnology, Inc.
Attn: John Cronin
6300 Station Mill Drive
Norcross, GA 30092-1873

Concierge Limousine
Attn: Corporate Officer
5542 Engineer Drive
Huntington Beach, CA 92649-1122

Cor-O-Van
Attn: Iwona Sartan
Department 2638
Los Angeles, CA 90084-2638

Corporate Express Office Products,
Inc.
Attn: Legal Dept-Michael Rodriguez
One Environmental Way
Broomfield, CO 80021

Correine Wiechec
2941 Chateau Montelana Way
Sacramento, CA 95834

Crystal Springs Water Company
Attn: Corporate Officer
P.O. Box 660579
Dallas, TX 75266

Culligan
Attn: Corporate Officer
NW 5120
P.O. Box 1450
Minneapolis, MN 55485

Culligan
Attn:  Corporate Officer
P.O. Box 5277
Carol Stream, IL 60197-5277

Cynthia T. Harrington
7601 Rialto Blvd., #2022
Austin, TX 78735

Dahill Industries
Attn:  Loretta Noriega
P.O. Box 314
San Antonio, TX 78292-0314

Darlene Shaffron
159 2nd Street, Apt. 308
Jersey City, NJ 07302-3050

Data Management Group
Attn:  Garret Finocchiaro
2021 Midwest Rd., #200
Oak Brook, IL 60523-1370

David B. Arnette
1244 Magnolia Hill Rd.
Garner, NC 27529

David P. Thibodeau
2734 Bent Leaf Dr.
Valrico, FL 33594-4787

David P. Walker
1013 Foxglove View
Carlsbad, CA 92011-4822

David Robertson
4141 Horizon N. Parkway, #228
Dallas, TX 75287

Deborah M Fonzino
1221 E. Ave., 1st Fl.
Berwyn, IL 60402-1004

Dell Financial Services, LP
Attn:  Carla Swain
Collections/Consumer Bankruptcy
12234B North I-35
Austin, TX 78753-1705

Dell, Inc.
Attn:  Michael Keller
One Dell Way, Bldg. 1, MS 8052
Round Rock, TX 78682

Digital Mountain, Inc.
Attn:  Julie Lewis
553 Pilgrim Drive, Suite C
Foster City, CA 94404

Dish Network
Attn:  Corporate Officer
Dept 0063
Palatine, IL 60055

Distributed Systems Management
Attn:  Corporate Officer
1011 Park Avenue., #4l
Hoboken, NJ 07030

Dominion Virginia Power
Attn:  Corporate Officer
P.O. Box 26543
Richmond, VA 23290-0001

Donald A. Wilhelm
21566 Winshall Ct.
St. Clair Shores, MI 48081-1234

Donohoe Advisory Associates LLC
Attn:  Managing Member
9900 Belward Campus Dr.
Rockville, MD 20850

Douglas Regula
1233 Woodsview Dr.
Boothwyn, PA 19061-2114

Dustin S. Avol
635 8th Street
Hermosa Beach, CA 90254

Dwane E. Porter
1515 Pinehurst Ln
Round Rock, TX 78664-6147

Dwayne Pollinger
20733 Ely Ave.
Lakewood, CA 90715

Eagle Teleconferencing
Attn:  Corporate Officer
207 West Washington St.
Rushville, IL 62681

Edward Devin
30 Wakefield Court
Shrewsbury, NJ 07702

Edward J. Devin
30 Wakefield Court
Shrewsbury, NJ 07702

Edward W. Kirnbauer
305 Cedar Street
Newport Beach, CA 92663

Electronic Data Systems Corporation
Attn:  Rishelle Mckown
5400 Legacy Drive, H3-3A-05
Plano, TX 75024

Elsevier Mdl
Attn:  Accounts Payable
2440 Camino Ramon
San Ramon, CA 94583

Enterprise Loss Control Dept.
Attn:  Corporate Officer
152 Bank Street
Southlake, TX

Eric Heinrichs
26 Via Joaquin
Rancho Santa Margarita, CA 92688-2938

Evergreen Data Systems, Inc.
Attn:  Sonia Fernandez-Lisa Mcmillen
3350 Scott Blvd., Bldg. 36B
Santa Clara, CA 95054-3100

Express Computer
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Extra Space Storage of Sterling
Attn:  Corporate Officer
45925 Woodland Road
Sterling, VA 20166

Favian Zavalza
7131 Webb Court
Fontana, CA 92336

Federal Express Corp.
Attn:  Corporate Officer
P.O. Box 7221
Pasadena, CA 91109-732

Fedex Custom Critical
Attn:  Jorrissen Roy
c/o RMS Bankruptcy Recovery Services
P.O. Box 5126
Timonium, MD 21094

Fedex Customer Information Service
Attn:  Revenue Recovery/Bankruptcy
William B Seligstein
2005 Corporate Avenue, 2nd Floor
Memphis, TN 38132

Firefly Communications LLC
Attn:  Managing Member
12 West 37th Street, 9th Floor
New York, NY 10018

FM 2244 Crystal Mountain, L.P.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Fragomen, Del Rey, Bernsen & Loewy LLP
Attn:  Jill Pettit
99 Wood Ave South
P.O. Box 4110
Iselin, NJ 08830

Frank De Angelis
20 Beaver Dam Road
Colts Neck, NJ 07722

Frank Parsons Paper Company, Inc.
Attn:  Corporate Officer
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

Frank Viggiano
2133 East 9th Street
Brooklyn, NY 11223

Frankie Diaz
13095 Tall Tree Drive S.
Jacksonville, FL 32246

Fujitsu Computer Systems Corp
Attn:  Corporate Officer
Post Office Box 626
Planetarium Station
New York, NY 10024-0540

Gary Handren
23 Lilypond Lane
Barnegat, NJ 08005

Gary Rice
1603 Waterbury Ct
Bel Air, MD 21014

Gas Company
P.O. Box C
Monterey Park, CA 91756

GE Capital
P.O. Box 31001-02773
Pasadena, CA 91110-0273

Gerhard Mehldau
17056 E. Colima Road, #222
Hacienda Heights, CA 91745

Glen Carley
2200 Victory Parkway, Unit 1607
Cincinnati, OH 45206

Grande Communications
Attn:  Corporate Officer
P.O. Box 671259
Dallas, TX 75267-1259

Grant Thornton LLP
Attn:  Eric Stone
P.O. Box 51519
Los Angeles, CA 90051-5819

Great Plains Ventures LLP
Attn:  Managing Partner
c/o Northeast Property Mgmt
831 Beacon Street, #327
Newton, MA 02459

Gregg H. Goodnight
4020 Cedarbrush
Dallas, TX 75229

Gregory Edgington
506 Anita St.
Houston, TX 77006-3414

Gregory Grimes
405 Jaystone Court
Bowie, MD 20721

Guadalupe B. Knight
849 Shade Tree Ct.
Lisbon, IA 52253

Hall 2611 Internet Associates, Ltd
Attn: Mark T. Depker
c/o Laurie D Biddle, Esq.
6801 Gaylord Parkway, # 100
Frisco, TX 75034-8557

Hana Ngo
18908 Fishermans Bend Dr.
Lutz, FL 33558

Hartford Fire Insurance Company
Attn: Hank Hoffman
Bankruptcy Unit, T-1-55
Hartford Plaza
Hartford, CT 06115

Hermie Cloete
125 Rolling Stone Court
Mooresville, NC 28117

Hertz Corporation
Attn: Coml Billing Dept-Crystal
McLaughlin
14501 Hertz Quail Springs Parkway
Oklahoma City, OK 73134

Hewlett Packard Company
Attn: Kathy Escue
5555 Windward Pkwy
Alpharetta, GA 30004

Huan T. Huynh
2555 Main St., Apt. 4061
Irvine, CA 92614

IBM Corporation
Attn: Vicky Namken/Bankr
Coordinator
13800 Diplomat Dr.
Dallas, TX 75234

Info-X Technology Solutions
Attn: Accounting
P.O. Box 36182
Newark, NJ 07188-6182

Iron Mountain Information Mgmt., Inc.
c/o R. Frederick Linfesty, Esq.
745 Atlantic Avenue, 10th Fl.
Boston, MA 02111

It Infrastructures, Inc.
Attn: Nancy R Vossler
26873 CR 5
Elizabeth, CO 80107

James C. Dean
3164 Old Alabama Rd.
Aragon, GA 30104-1511

James D. Heiman
27725 Bridlewood Dr.
Castaic, CA 91384-4518

James E. Tyler
5747 Legacy Circle
Charlotte, NC 28277

James M. Cunha
1174 Upper Happy Valley Rd
Lafayette, CA 94549

James R. Gallagher
84 Harriet Lane
Huntington, NY 11743

James Stelle
3334 Country Club Blvd.
Stafford, TX 77477-4706

James Strong
5735 Magellan Way, #107
Raleigh, NC 27612

Jason E. Thomas
1805 Autumn Fire Drive
Cedar Park, TX 78613

Jason Oehrli
495 St. Moritz Drive, #1C
Glen Ellyn, IL 60137

Jeffrey Benjamin
1605 Brittany Lane
Long Grove, IL 60047-5129

Jennifer K. Plank
4100 Rim Rock Drive
Lago Vista, TX 78645-6136

Jennifer L. Nenninger
614 Fence Post Pass
Cedar Park, TX 78613-7326

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

Jessica Kiley-Murphy
521 East 6th Street, #2
Boston, MA 02127

Joel D. Stephens
1432 Rolling Hills
Celina, TX 75009

John Eric West
3389 Ambleside Place
Roswell, GA 30075

John Faulkner
6042 Silver Lace Lane
Acworth, GA 30101

John K. Ford
14011 Norwich, Unit #204
Orland Park, IL 60467

John M. Bisaha
35491 El Conejo Lane
Laguna Hills, CA 92653

John M. Schiavi
40 Aldridge Way
Sewell, NJ 08080-3336

John Notah
6610 E. Adobe
Meza, AZ 85205

Jolynn Taylor
613 Seaview Lane
Costa Mesa, CA 92626

Jon P. Sutton
1446 Heritage Landin, Apt. 212
St. Charles, MO 63303

Jonathan Hines
203 Saddle Blanket Dr.
Dripping Springs, TX 78620

Jonathan R. Dilloway
611 Russett Valley Drive
Cedar Park, TX 78613-4417

Jonathan Tipton
1412 Heather Brook Drive
Allen, TX 75002-2777

Jorge A. Vales
491 S Bedford
Orange, CA 92668-4107

Jorge Martinez
877 Ave. C
Bayonne, NJ 07002

Joseph A. Zimmerman
1304 Westchester
Mahomet, IL 61853

Joseph Burkhardt
125 Seaspray South
Laguna Niguel, CA 92677

Joseph S. Sahli
108 Maple Ridge Rd.
Blythewood, SC 29016

Joyce M. Shinn
22 Riverrun
Irvine, CA 92604-3743

JS Northpointe, LP
Attn:  Managing Partner
1600 Dove Street, Suite 480
Newport Beach, CA 92660

**Keith Clark**
**Fernden Ridge, Fernden Lane**
**Haslemere, Surrey GU27 3LA**
**United Kingdom**

Keith Wasnok
14341 Suffolk
Westminster, CA 92683

Kevin B. Wood
3617 S Lakewood Dr.
Tallahassee, FL 32305

Kevin Carlsen
4024 Glenrose St.
Kensington, MD 20895

Kevin Clark
19747 Greggsville Rd.
Purcellville, VA 20132-4327

Kevin N. Keils
P.O. Box 247
Fenton, MI 48430

Kimberly A. Torrence
5530 Feather Grass Ln
Yorba Linda, CA 92887-5810

Kimberly K. Komula
131 Hilldale Ct.
Kyle, TX 78640

Kipa Wanamaker
2503 Zennor Ct.
Cedar Park, TX 78613

KPMG LLP
Attn:  David Neulmester/Rebecca L.
Procsal
20 Pacifica, #700
Irvine, CA 92618-3391

Kristopher C. Becan
6824 Mustang Creek Dr.
Benbrook, TX 76126-5494

Kurt Winowich
2652 Sabal Springs Drive, #6
Clearwater, FL 33761

Lake Mountain, L.P.
dba Crystal Mountain Office Park
Attn:  Richard Burns
1515 S Capital of TX Hwy, #412
Austin, TX 78746

Lavillie Tate
1257 Mountain Peak Drive
Haslet, TX 76052

Lawren Fendrich
216 Angus Drive
Cedar Park, TX 78613

Lawrence E. Reed
18511 Saugus Avenue
Santa Ana, CA 92705-2757

Les Dixon
5503 Jasper Drive
Arlington, TX 76017

Leslie Gehl
1365 Castlement, #33
San Jose, CA 95128

Leslie V. Dixon
5503 Jasper Dr.
Arlington, TX 76017

Lifeboat Distribution
Attn:  Carlos M. Perez
1157 Shrewsbury Avenue
Shrewsbury, NJ 07702-4321

Lod Communications Inc.
Attn:  Corey Lindsly
8316 North Lombard, #302
Portland, OR 97203

Manhattan Mini Storage LLC
Attn:  Managing Member
P.O. Box 34405
Newark, NJ 07189-4405

Marie Marrufo
15709 Alondra Blvd.
La Mirada, CA 90638

Mark Caggiano
1311 Central Avenue
Needham, MA 02492

Mark Crowell
25 Bloody Brook Rd.
Amherst, NH 03031

Mark D. Cronenwett
P.O. Box 228
Wolf Creek, MT 59648-0228

Mark D. Cronenwett
P.O. Box 228
Wolf Creek, MT 59648-0228

Mark D. Cronenwett
Attn:  Jeffrey Caress
One University Plaza, Suite 312
Hackensack, NJ 07601

Mark Rogan
12735 Golden Leaf Drive
Rancho Cucamonga, CA 91739

Mark S. Hatchett
220 Settlers Valley Drive
Pflugerville, TX 78660

Marlin Leasing Corp
Attn:  Corporate Officer
P.O. Box 13604
Philadelphia, PA 19101-3604

Marsh Risk & Insurance Service
Attn:  David Corcoran
1166 Avenue Of America
New York, NY 10036

Martin Roach
7 Briarwood Drive
Danvers, MA 01923-1401

Matthew Baker
3630 Kacin Court
Richfield, WI 53076

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

Matthew Dwyer
26 Treetops Circle
Princeton, NJ 08540

Maulik Desai
1301 Wall St. W., #1313
Lyndhurst, NJ 07071-3528

McCollister's Moving & Storage
Attn:  Corporate Officer
P.O. Box 48106
Newark, NJ 07101-4800

MCI Comm Service
Attn:  Corporate Officer
27732 Network Pl.
Chicago, IL 60673-1277

Medialab Technologies, Inc
Attn:  Srinivasa Yalavarthy
c/o Ramakrishna Krothapalli
1950 Eldridge Pkwy, #15106
Houston, TX 77077 -3466

Medicorp Health System
Attn:  Accounts Payable
2300 Fall Hill Avenue, #418
Fredericksburg, VA 22401

Megacity
Attn:  Karen Updyke
P.O. Box 8158
West Chester, OH 45071

Mellon Investor Services, LLC
Attn:  Susanne Faro/Accounting Dept.
P.O. Box 360857
Pittsburgh, PA 15251

Merritt Properties, LLC
Attn:  Sherry Dull
2066 Lord Baltimore Drive
Baltimore, MD 21244

Michael Jones
907 Meadows Drive
Birmingham, AL 35235

Michael L. Sams
820 Charter Oak St.
Allen, TX 75002

Michael P. Laporta
3920 Kimbrough Lane
Plano, TX 75025

Michael Slonin #56371
P.O. Box 025250
Miami, FL 33102-5250

Michael Trippe
54 W. Cherry Street
Rahway, NJ 07065

Michael Wheeler
9420 Sylvester St.
Taylor, MI 48180

Micheal J. Moon
402 South Street
Silver Cliff, CO 81252

Mid Atlantic Corporate Services
Attn:  Susan Harbison
812 Oregon Ave., Suite 1
Linthicum, MD 21090

Mini U Storage
Attn:  Corporate Officer
P.O. Box 791337
Baltimore, MD 21279-1337

Monster, Inc.
Attn:  Corporate Officer
File 70104
Los Angeles, CA 90074-0001

Morrison & Foerster
Attn:  Robert Mattson
File No 72497, P.O. Box 60000
San Francisco, CA 94160-2497

Morrison & Foerster LLP
Attn:  Sharon Aceved-Cicala
101 Ygnacio Valley Road, #450
Walnut Creek, CA 94596

Muzak
Attn:  Corporate Officer
P.O. Box 70131
Los Angeles, CA 90074-0131

My Office, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Needham & Company, LLC
c/o Mark D. Houle, Esq
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626

Network Appliance
Attn:  Jermaine King
495 E. Java Dr.
Sunnyvale, CA 94080

Nicholas Fulbright
12311 Sugarleaf Pl.
Austin, TX 78748-2000

Nils Julin
433 Media Road
Oxford, PA 19363

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

Norman Eisenberg
14947 Dunwoody Bend
Cypress, TX 77429-1870

**Norr Stiefenhofer Lutz
c/o Dr Gerald Reger, Rechtsanwalt
Fachanwalt Fur Steuerrecht
Brienner Str. 28 D-80333 Munchen
Germany**

Northstar Realty Finance Corp
Attn:  Accounts Payable
527 Madison Avenue
New York, NY 10022

O'Hare Centre Venture
c/o Sigi M. Offenbach
Pitler & Mandell
39 South Lasalle Street, #1220
Chicago, IL 60606

Ogletree, Deakins, Nash, Smoak
Attn:  Marsha J Phillips
P.O. Box 89
Columbia, SC 29202-0089

Ohio Department of Taxation
c/o Rebecca L. Daum
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
Assessment & Billing Division
P.O. Box 1090
Columbus, OH 43216-1090

Ohio Dept of Job & Family Services
Attn:  Janet D. Wise/Litigation Unit
P.O. Box 182404
Columbus, OH 43218-2404

Optimal Outsource
Attn:  Corporate Officer
c/o Tannor Partners Credit Fund II, LP
150 Grand Street, #401
White Plains, NY 10601

P.B. Purchase Power-18662020868
Attn:  Corporate Officer
P.O. Box 856042
Louisville, KY 40285-6042

Pamela J. Lynch
494 S. Macy Street, #95
San Bernandino, CA 92410-0111

Paradise Canyon Systems
Attn:  Corporate Officer
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Parthasarathy Subramanian
4005 Weatherford Circle
Alpharetta, GA 30004-1382

Patricia A. Trimarco
63 Wisteria Place
Aliso Viejo, CA 92656-2814

Patrick J. Sutton
1446 Heritage Landing, Apt. 212
St. Charles, MO 63303

Paul Pishchenko
700 W. La Veta Ave., Unit B3
Orange, CA 92868-4411

PBCC
P.O. Box 856460
Louisville, KY 40285-6460

Pennsylvania Department of Revenue
Attn:  Lynda Simmons/Bankruptcy
Div
P.O. Box 280946
Harrisburg, PA 17128-0946

Philip Hornsey
12405 Central Park
Austin, TX 78732

Philip Morrison
4323 Calvary Lane
Milton, FL 32571

Pitney Bowes Credit Corporation
Attn:  Eva Milanowski
27 Waterview Drive
Shelton, CT 06484-5151

Pitney Bowes Credit Corporation
Attn:  Recovery Dept - Eva Milanowski
27 Waterview Drive
Shelton, CT 06484-4361

PR Newswire
Attn:  Abdul-Hakryn A Kbar
G.P.O Box 5897
New York, NY 10087-5897

Public Storage
25591 - Kennesaw/Bellsfr
4205 Bells Ferry Road Nw
Kennesaw, GA 30144-1301

Public Storage
Attn:  Corporate Officer
14861 Franklin Ave.
Tustin, CA 92780

Pure Nature Music Inc.
Attn:  Philipp Bakurov
3555 Sandpebble Drive, #649
San Jose, CA 95136

Qing-Yu Hu
1340 S. Countrywood Lane, #61
La Habra, CA 90631

Quakerbridge Ventures, LLC
Attn:  John Mercajante
788 Shrewsbury Avenue
Suite 105, Building 1
Tinton Falls, NJ 07724

Quantum Corporation
c/o Michael Ellis/Kenneth C. Howell
1650 Technology Drive, #700
San Jose, CA 95110

Quingyu Hu
1340 S Countrywood Ln, #61
La Habra, CA 90631

Rajesh Kumar
9018 Windsor Terrace
Brooklyn Park, MN 55443

Randall Potter
1095 Long Leaf Ct.
Brighton, MI 48116

Randy S. Turer
180 Twinbrook Ct
Ramsey, NJ 07446-2444

Raymond J. Desrochers
502 West River Road, #79
Hooksett, NH 03106

Rebecca Reed
18511 Saugus Avenue
Santa Ana, CA 92705-2757

Recycling Services, Inc.
Attn:  Corporate Officer
P.O. Box 204043
Austin, TX 78720-4043

RefresH2O
Attn:  Corporate Officer
8403 Cross Park, Suite 1A
Austin, TX 78754

Renee T. Dittmer
1008 Swanton Ct.
Westerville, OH 43081

Richard S. Pierce
39930 Whitewood Rd., Apt. L204
Murrieta, CA 92563

Richard T. Ruggirello
14213 Ballycastle Tr.
Austin, TX 78717-4434

Richard W. Cunningham
20024 Clear Rvr Lane
Yorba Linda, CA 92886-6545

Rick Slan
10609 Pearlwood Cir
Highlands Ranch, CO 80126

Rickey K. Ewing
22720 E. 79th St.
Broken Arrow, OK 74014-5802

Riverside Claims LLC Re: Finiti, LLC
Attn:  Managing Member
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Riverside Claims LLC
Attn:  Neil Herskowitz
P.O. Box 626
Planetarium Station
New York, NY 10024

Robert Colasanto
2145 Maple Ave
Warrington, PA 18976

Robert Owen
19 Park Avenue
Hawthorne, NJ 07506-1828

Roberto Matos
P.O.Box 519
Blakeslee, PA 18610

Robin Norris
Box 788
Dahlonega, GA 3053

Robin Sperling
Sales - NJ Office

Rockwell Collins, Inc.
Attn:  Paul Michael Coe
c/o S. Elizabeth Hall
McKenna Long & Aldridge LLP
303 Peachtree Street, Suite 5300
Atlanta, GA 30308

Roger D. Sands
1239 Se Oak Grv Bv
Milwaukie, OR 97267-1062

Ron K. Boyington
14841 Hwy 55
Sterrett, AL 35147

Ronald E. Kittendorf
20129 Heron Crossing Dr
Tampa, FL 33647-3561

Ronald P. Umagat
11620 Warner Ave., Apt. 526
Fountain Valley, CA 92708-2559

Ronald Schnieber
11883 Maple Crest St.
Moorpark, CA 93021-3171

Russell Elder
245 West 115th Street, #17
New York, NY 10026

Ryan D. Stewart
2409 Campden Dr.
Austin, TX 78745-4851

Safesite Inc.
Attn:  Bill Weedon
9505 Johnny Morris Rd.
Austin, TX 78724

Salesforces.Com, Inc.
c/o Thomas M. Gaa - Lawrence
Schwab
Bialson, Bergen & Schwab
2600 El Camino Real, #300
Palo Alto, CA 94306

Salvatore Maita
154 Buttonwood Drive
Fairhaven, NJ 07704-3632

Sandra P. Metzger
42 Trailing Vine
Irvine, CA 92602

Savail Consulting Inc.
Attn:  Corporate Officer
P.O. Box 5448
Mooresville, NC 28117

Scott Taylor
424 Crestmont Lane
Canton, GA 30114

Sentara Health
Attn:  Accounts Payable
P.O. Box 2200
Norfolk, VA 23501

Sentinel Real Estate Corporation
Attn:  Scott Olds
1251 Avenue of Americas
New York, NY 10020

Shawn Smith
7 Rustic Glen Drive
Pomona, CA 91766

**Signiant Corp**
**Attn:  William G Porter - Connie**
**Dorion**
**702-515 Legget Drive**
**Ottawa, ON, Canada K2K 3G4**

Sirius Computer Solutions
Attn:  Mark Peretsman
7 Inverness Drive East
Englewood, CO 80112-5519

Specialized Transportation, Inc.
Attn:  James E Norris/NW 5485
P.O. Box 1450
Minneapolis, MN 55485-5485

Spencer E. Wallis
12318 Aste Ln.
Houston, TX 77065

Spherion Corp. Attn:  Corporate
Officer
c/o Jonathan Neil & Associates Inc.
P.O. Box 7000
Tarzana, CA 91357

Sprague Magnetics
Attn:  Corporate Officer
12806 Bradley Ave.
Sylmar, CA 91342

Sprint Nextel- Distributions
Attn:  Chadd McNulty/Bankruptcy
Dept
P.O. Box 172408
Denver, CO 80217-2408

Staples Business Advantage
Attn:  Corporate Officer
Dept. Dal 3368
P.O. Box 83689
Chicago, IL 60696-3689

State of Alabama, Dept. of Revenue
Attn:  Mark Griffin/Legal Division
P.O. Box 320001
Montgomery, AL 36132-0001

State of Hawaii, Dept. of Taxation
Attn:   Bankruptcy Unit El Lynne M
Kaneta
Hawaii State Tax Collector
P O Box 259
Honolulu, HI 96809

State of Louisiana
Louisiana Department of Revenue
Attn:  Sarah Posada
P.O. Box 66658
Baton Rouge, LA 70896

State of New Jersey
Attn:  Michael Reading
Division of Taxation/Compliance
Activity
P.O. Box 245
Trenton, NJ 08695

State of New Jersey
Division of Employer Accounts
P.O. Box 059
Trenton, NJ 08625-0059

Stephen J. Sutton
1682 Faye Road
Jacksonville, FL 33218-2226

Stephen M. Zapatka
6250 N. 10th St.
Phoenix, AZ 85014

Steven D. Patterson
24251 Puerta De Luz
Mission Viejo, CA 92691

Steven Lieberman
450 Ilyssa Way
Staten Island, NY 10312

Steven Michael Digiuseppe
2500 Laurel Falls Ln.
Raleigh, NC 27603

Stevens Global Logistics
Attn: Corporate Officer
P.O. Box 729
Lawndale, CA 90260-0729

Stewart A. Simpson
260 South 600 East
Spanish Fork, UT 84660-2226

Stuart E. Johnson
1439 Berkeley Avenue
Saint Paul, MN 55105-2424

T-Mobile USA, Inc.
Attn: Bankruptcy Dept - S. Brannon
P.O. Box 53410
Bellevue, WA 98015

Tara Duval
1303 Camp Craft Rd., Apt. B
West Lake Hills, TX 78746

Tech Target
Attn: Lou Aponte
117 Kendrick St., Suite 800
Needham, MA 02942

Technical Cable Concepts
Attn: Dolores Mayorga
350 Lear Aveune
Costa Mesa, CA 92626

Ted A. Turkington
425 Waverly Hl Dr.
Roswell, GA 30075-2189

Teresa F. Hirsch
2973 Shamrock
Brea, CA 92621

Texas Wired Music, Inc. Muzak of
Austin
Attn: Corporate Officer
P.O. Box 117
San Antonio, TX 78291

The Canopy Group
c/o Michael R. Johnson
Ray Quinney & Nebeker PC
36 South State Street, #1400
Salt Lake City, UT 84111

The Hertz Corporation
Attn: Commercial Billing
P.O. Box 25485
Oklahoma City, OK 73125

Thomas Copeland
14084 Sterling Pt. Dr.
Gainesville, VA 20155

Thomas Reid
51 Brigantine Circle
Plymouth, MA 02360

Tim Dear
27 Wedgewood
Irvine, CA 92620-1246

Todd Anderson
12507 Pleasant Valley Rd.
Utica, OH 43080

Todd P. Hawkins
3600 Harwen Terrace
Fort Worth, TX 76109-2913

Tri Du
59 River St.
Newton, MA 02465

Ty C. Jones
6437 Carrie Canyon St.
N. Las Vegas, NV89086

Unisys Corporation
Attn: Janet Fitzpatrick MS E8-108
Unisys Way
Township Line & Union Meeting Rd.
Blue Bell, PA 19424

United Parcel Service
Attn: Marybeth M. Newell
c/o RMS Bankruptcy Recovery Svcs
P.O. Box 4396
Timonium, MD 21094

United Van Lines, Inc.
Attn: Corporate Officer
22304 Network Place
Chicago, IL 60673-1223

Usaepay
Attn: Accounts Payable
5900 Wilshire Bl., #1425
Los Angeles, CA 90036

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx

Verizon
Attn:  Corporate Officer
P.O. Box 660720
Dallas, TX 75266-0720

Verizon - Bankruptcy Department
Attn:  Karen Frazer
3900 Washington St.
Wilmington, DE 19802

Verizon Wireless
Attn:  Corporate Officer
P.O. Box 9622
Mission Hills, CA 91346-9622

Verizon Wireless West
Attn:  Diane Lewis
P.O.Box 3397
Bloomington, IL 61701

Verizon
Attn:  Corporate Officer
P.O. Box 4833
Trenton, NJ 086504833

Virginia Department of Taxation
Attn:  Authorized Agent
P.O. Box 2156
Richmond, VA 23218-2156

Vmware Inc. Education Services
Attn:  Corporate Officer
Dept. CH10806
Palantine, IL 60055-0806

Wargo & French LLP
Attn:  Managing Partner
1170 Peachtree St. N.E., #2020
Atlanta, GA 30309

Washington Gas
Attn:  Corporate Officer
P.O. Box 830036
Baltimore, MD 21283-0036

Waxie Sanitary Supply
Attn:  Corporate Officer
3220 South Fairview Street
Santa Ana, CA 92704

Wayne H. Uhrig
3633 Milhaven Road
Winston-Salem, NC 27106

Webex Communications Inc.
Attn:  Corporate Officer
3979 Freedom Circle
Santa Clara, CA 95054

Wells Fargo Bank, N.A.
Attn:  Corporate Officer
1740 Broadway/Mac C7300-060
Denver, CO 80274

William A. Goss Jr.
8053 Prichards Ct.
Dunn Loring, VA 22027

William Davis
2206 North Celia Drive
Cedar Park, TX 78613

William Decker
105 Via Sovana
Santee, CA 92071

William Heath
2725 Beaver Creek Crossing
Powder Spring, GA 30127-5026

William Huff
2100 Wood Ridge Cv
Cedar Park, TX 78613

William J. Kerley
11906 Colleyville Dr
Bee Cave, TX 78738

William Whitley
2142 Greenfield Avenue
Los Angeles, CA 90025

Wood County Hospital
Attn:  Accounts Payable
950 Wooster Street
Bowling Green, OH 43402

Wright Ford Young & Co.
Attn:  Lorrena Rogers
16140 Sand Canyon Ave., 2nd Fl.
Irvine, CA 92618-3715

Yang Wang
5923 Preston Gate Ct.
Dallas, TX 75230

Yunsong Gao
166 High Street
Reading, MA 01867

MAINDOCS-#188677-v2-MTI_NotCredHrgMotSellStock.docx