ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Fourth Floor
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for Plan Agent Appointed Under
Joint Fourth Amended Chapter 11 Plan

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>　　　　　　　　Reorganized Debtor. | Case No. 8:07-13347-ES<br><br>Chapter 11<br><br>New Hearing Date:<br>DATE:　　July **11**, 2013<br>TIME:　　10:30 a.m.<br>PLACE:　Courtroom 5A<br>　　　　　411 West Fourth Street<br>　　　　　Santa Ana, CA 92701 |

**NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF CHANGE OF HEARING DATE ON PLAN AGENT'S MOTION FOR APPROVAL OF SALE, PURSUANT TO PROVISIONS OF CONFIRMED PLAN, OF STOCK IN THE DEBTOR**

**TO: CREDITORS AND PARTIES-IN-INTEREST:**

　　**NOTICE IS HEREBY GIVEN** that the Court has continued the hearing on the Motion for Approval of Sale, Pursuant to Provisions of Confirmed Plan, of Stock in the Debtor, filed by Plan Agent Corporate Recovery Associates, LLC, from July 9, 2013 **to July 11, 2013 at 10:30 A.M. in Courtroom 5A.**

| | |
|---|---|
| DATED: June 19, 2013 | **WINTHROP COUCHOT**<br>**PROFESSIONAL CORPORATION**<br><br>By: */s/ Robert E. Opera*<br>　　　Robert E. Opera<br>　　　Jeannie Kim<br>Counsel for the Plan Agent Appointed<br>Under Joint Fourth Amended Chapter 11 Plan |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:  660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled:  **NOTICE TO CREDITORS AND PARTIES-IN-INTEREST OF CHANGE OF HEARING DATE ON PLAN AGENT'S MOTION FOR APPROVAL OF SALE, PURSUANT TO PROVISIONS OF CONFIRMED PLAN, OF STOCK IN THE DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On June 19, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On June 19, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on June 19, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service - Bin outside of Room 5097**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St.
Santa Ana, CA 92701

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| June 19, 2013 | Christine Hipp | /s/ Christine Hipp |
|---|---|---|
| Date | Printed Name | Signature |

**NEF SERVICE LIST**

- Robert C Briseno    rbriseno@swlaw.com
- Jennifer K Brooks    jennifer.brooks@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- Laura L Buchanan    llb@richardsonbuchanan.com
- John O Campbell    ocampbell@houser-law.com
- Jeffrey D Cawdrey    jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson    sclarkson@lawcgm.com
- Ana Damonte    ana.damonte@pillsburylaw.com
- Robert L Eisenbach    reisenbach@cooley.com
- Christine M Fitzgerald    cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- Matthew A Gold    courts@argopartners.net
- Richard H Golubow    rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Barry R Gore    bgore@goreassociates.com, nnarag@goreassociates.com
- Brian T Harvey    bharvey@buchalter.com, IFS_filing@buchalter.com;rreeder@buchalter.com
- Lesley A Hawes    lhawes@mckennalong.com, twaters@mckennalong.com
- Ivan L Kallick    ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin    akazhokin@buchalter.com, ifs_filing@buchalter.com
- Payam Khodadadi    pkhodadadi@mcguirewoods.com
- Jeannie Kim    jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- Sandra W Lavigna    lavignas@sec.gov
- Adam A Lewis    alewis@mofo.com
- Eve A Marsella    emarsella@lawcgm.com
- Elmer D Martin    elmermartin@gmail.com
- Robert E Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Robert E Opera    ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Eric S Pezold    epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken    mshaiken@stinson.com
- Daniel C Silva    dsilva@gordonrees.com, jmydlandevans@gordonrees.com
- Robert Tannor    rtannor@creditorliquidity.com
- Patricia B Tomasco    ptomasco@mailbmc.com
- United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin    mwallin@sheppardmullin.com
- Gilbert B Weisman    notices@becket-lee.com
- Sharon Z Weiss    sharon.weiss@hro.com, raul.morales@hro.com
- Charmaine M Wilson    sg@primeshares.com
- David L Wilson    dlwilson@winston.com

### SERVICE VIA FIRST CLASS MAIL
(Unless NEF indicated)

MTI Technology Corporation
~~Attn: Thomas P. Raimondi, Jr., Pres. & CEO~~
~~15641 Red Hill Avenue, Suite 200~~
~~Tustin, CA 92780~~
New address below

U.S. Trustee's Office
Frank Cadigan, Esq.
411 West Fourth Street, #9041
Santa Ana, CA 92701

NEF

MTI Tech
Special Notice List
Document No. 119553

Manatt Phelps & Phil
Ivan Kallick, Esq.
11355 W Olympic Blvd
Los Angeles, CA 90064

Securities & Exchange Commission    NEF
Sandra Lavigana, Esq.
5670 Wilshire Blvd., 11th Fl.
Los Angeles, CA 90036

Plan Agent
Corporate Recovery Associates
Richard Feferman
3830 Valley Center Dr., #705-152
San Diego, CA 92130

Debtor's Counsel    NEF
Christine Fitzgerald, Esq.
Smith Campbell Clifford Kearney Gore
3424 Carson St, Ste.350
Torrance, CA 90503

Committee Chair
EMC Corporation, FedEx Custom Critical
Steven D. Sass, Esq.
c/o RMS
307 International Circle, #270
Hunt Valley, MD 21030

Committee Member
Compnology, Inc.
John S. Cronin
6300 Station Mill Dr.
Norcross, GA 30092

Rtd Mail 2/25/11
Committee Member
CCS Disaster Recovery Services
Al Grasso
3002 Dow Ave., #402
Tustin, CA 92780-7236

2/24/12NEF
Needham & Company, LLC
c/o Pillsbury Winthrop Shaw Pittman LLP
Jennifer K. Brooks, Esq.
725 S. Figueroa St., #2800
Los Angeles, CA 90017

Stanley H Shure , Esq.
Law Offices of Stanley H Shure
2355 Westwood Blvd Ste 374
Los Angeles, CA 90064

*MML NotCredMotSellStock
List obtained from Feferman
on 6/5/13
Document No. 188714*

ABSO
Attn:  Bob Warren
4095 Delmar Ave., #10
Rocklin, CA 95677-4004

Accutech Data Supplies, Inc.
Attn:  Corporate Officer
4284 Transport Street
Ventura, CA 93006-6930

Act Teleconferencing Services, Inc.
Attn:  Denise Bell
1526 Cole Blvd., #300
Golden, CO 80401

ADT Security Services
Attn:  Corporate Officer
P.O. Box 371967
Pittsburgh, PA 15250

Advanced Digital Information Corp.
c/o Michael Ellis-Kenneth C. Howell
1650 Technology Drive, #700
San Jose, CA 95110

Aeronet
Attn:  Corporate Officer
P.O. Box 17239
Irvine, CA 92713-7239

Ali Dowlatshahi
29443 Whitley Collins Drive
Rancho Palos Verdes, CA 90275

Alliance Elec. Distributor Inc.
Attn:  Rick Orshansky
1 Musick
Irvine, CA 92618

Alliance Storage Technologies
Attn:  Chris Carr
3515 East Saint Vrain Street
Colorado Springs, CO 80909-6619

America's Instant Signs
Attn:  Dennis P. Prina
1265 Manassero St., Units 309-310
Anaheim, CA 92807

American Express Co.
Attn:  Corp. Officer
Travel Related Services Co., Inc
P.O. Box 360001
Fort Lauderdale, FL 33336

American Express
Attn:  Corporate Officer
Box 0001
Los Angeles, CA 90096-0001

| | | |
|---|---|---|
| American Express Attn:  Corp. Officer<br>CPC Remittance Processing<br>2975 W. Corporate Lakes Blvd.<br>Weston, FL 33331 | Am ExpTrvl Rel Svcs Co Inc Corp Card<br>c/o Kenneth W. Kleppinger, Esq.<br>Becket & Lee LLP Atty/Agent for Creditor<br>P.O. Box 3001<br>Malvern, PA 19355-0701 | Andrew R. Stahelin<br>884 Camden Grove Cv<br>Cordova, TN 38018 |
| Andrews Kurth LLP<br>Attn:  Managing Partner<br>P.O. Box 201785<br>Houston, TX 77216-1785 | Anthony B. Robison<br>Attn:  Andrew Whatnall<br>1565 Hotel Circle S., #310<br>San Diego, CA 92108 | Anthony Huk<br>51 Carousel Lane<br>Easton, PA 18045 |
| Anthony J. Tocco<br>27898 Belanger<br>Roseville, MI 48066 | Aries Internet Services<br>c/o Sharon Z. Weiss<br>Weinstein, Weiss & Ordubegian LLP<br>1925 Century Park East, #1150<br>Los Angeles, CA 90067 | Armando E. Espinoza<br>10720 Quarry Oaks Trail<br>Austin, TX 78717 |
| Asia Plant Rental<br>Attn:  Hideko Nishimura<br>1215 W. 228th Street<br>Torrance, CA 90502-2392 | AT&T<br>Attn:  Corporate Officer<br>Payment Center<br>Sacramento, CA 95887 | AT&T<br>Attn:  Corporate Officer<br>P.O. Box 5001<br>Carol Stream, IL 60197-5001 |
| AT&T<br>Attn:  Corporate Officer<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | AT&T Mobility<br>Attn:  Corporate Officer<br>P.O. Box 6463<br>Carol Stream, IL 60197 | AT&T Wireless Services<br>Attn:  Corporate Officer<br>P.O. Box 8100<br>Aurora, IL 60507-8100 |
| Avery Winford<br>11027 Holm Oak Pl.<br>Charlotte, NC 28262-2535 | Avis Rent A Car System, Inc.<br>Attn:  Corporate Officer<br>7876 Collections Center Drive<br>Chicago, IL 60693 | Avraham Cohen<br>12 Edwards Place<br>Short Hills, NJ 07078-2911 |
| Barry Bickford<br>4124 W. Sevilla<br>Tampa, FL 33629 | BCP Systems<br>Attn:  Wes Price<br>1130 South Las Brisas Pl.<br>Placentia, CA 92870 | Bell Microproducts<br>Attn:  Tina Moore<br>201 Monroe St., #300<br>Montgomery, AL 36104 |
| Bogdan Petrescu<br>4724 Golden Ridge Dr.<br>Corona, CA 92880 | Bowne of Los Angeles, Inc.<br>c/o Gail B. Price, Esq.<br>2600 Mission St., #206<br>San Marino, CA 91108 | Bradley Marketing Group<br>Attn:  Corporate Officer<br>135 Fell Court<br>Hauppauge, NY 11788 |
| Bridgehead Software Inc.<br>Attn:  Corporate Officer<br>400 W. Cummings Park, #6600<br>Woburn, MA 01801 | Briggs Datacomm<br>Attn:  David Yoshihara<br>14381 Franklin Ave.<br>Tustin, CA 92780 | Briggs Electric Inc.<br>Attn:  Todd Perry<br>14381 Franklin Avenue<br>Tustin, CA 92780 |

Bruce Moshasha  
P.O. Box 1904  
Issaquah, WA 98027-0079  

Bryan Cave LLP  
Attn: Managing Partner  
P.O. Box 503089  
St. Louis, MO 63150-3089  

Byron Joslin  
19602 Blanco Dr.  
Lago Vista, TX 78645  

Cal H. Connolly  
3739 Grove Street  
Denver, CO 80211  

Calwest Industrial Holdings, LLC  
Attn: Managing Member  
18301 Von Karman Ave., 6th Fl.  
Irvine, CA 92612  

Carl Payne  
11840 Birchwood Ave.  
Victorville, CA 92392  

CCS  
Attn: Al Grasso  
2532 White Road  
Irvine, CA 92614-6236  

Cecil S. Burnette  
1716 McGarry Avenue  
Mansfield, TX 76063  

Cecil S. Burnette  
2775 North Highway 360, Apt. 737  
Grand Prairie, TX 75050  

Celine Perruchot  
26411 Via Galicia  
Mission Viejo, CA 92691  

CH Realty IV/Royal Centre, L.L.C.  
Attn: Carlos Rainwater  
c/o Kevin M. Lippman,  
Munsch Hardt Kopf & Harr, P.C.  
500 N. Akard St., #3800  
Dallas, TX 75201  

Champagne Logistics  
Attn: Beckie Weicuss  
7350 S. Kyrene Road, #108  
Tempe, AZ 85283  

Charles R. Seltzer  
3111 Parker Lane, #205  
Austin, TX 78741-6950  

Chih-Hsin Shen  
5619 Preston Oaks Rd., #203  
Dallas, TX 75254-8421  

Christopher A. Toney, Sr.  
101 Lancashire Court  
La Plata, MD 20646  

Christopher Guest  
78 Travis Road  
Baldwin Place, NY 10505  

Cit Technology Financing Services, Inc.  
c/o Raymond F. Moats, III Esq.  
Weltman, Weinberg & Reis Co., LPA  
175 S. Third St., #900  
Columbus, OH 43215  

Clifford H. Nadler  
2216 Macaw Drive  
Cedar Park, TX 78613  

Colin Campbell  
19 Curtis St.  
Waltham, MA 02453-3416  

Comed  
Attn: Corporate Officer  
Bill Payment Center  
Chicago, IL 60668-0001  

Compnology, Inc.  
Attn: John Cronin  
6300 Station Mill Drive  
Norcross, GA 30092-1873  

Concierge Limousine  
Attn: Corporate Officer  
5542 Engineer Drive  
Huntington Beach, CA 92649-1122  

Cor-O-Van  
Attn: Iwona Sartan  
Department 2638  
Los Angeles, CA 90084-2638  

Corporate Express Office Products, Inc.  
Attn: Legal Dept-Michael Rodriguez  
One Environmental Way  
Broomfield, CO 80021  

Correine Wiechec  
2941 Chateau Montelana Way  
Sacramento, CA 95834  

Crystal Springs Water Company  
Attn: Corporate Officer  
P.O. Box 660579  
Dallas, TX 75266  

Culligan  
Attn: Corporate Officer  
NW 5120  
P.O. Box 1450  
Minneapolis, MN 55485

Culligan
Attn: Corporate Officer
P.O. Box 5277
Carol Stream, IL 60197-5277

Cynthia T. Harrington
7601 Rialto Blvd., #2022
Austin, TX 78735

Dahill Industries
Attn: Loretta Noriega
P.O. Box 314
San Antonio, TX 78292-0314

Darlene Shaffron
159 2nd Street, Apt. 308
Jersey City, NJ 07302-3050

Data Management Group
Attn: Garret Finocchiaro
2021 Midwest Rd., #200
Oak Brook, IL 60523-1370

David B. Arnette
1244 Magnolia Hill Rd.
Garner, NC 27529

David P. Thibodeau
2734 Bent Leaf Dr.
Valrico, FL 33594-4787

David P. Walker
1013 Foxglove View
Carlsbad, CA 92011-4822

David Robertson
4141 Horizon N. Parkway, #228
Dallas, TX 75287

Deborah M Fonzino
1221 E. Ave., 1st Fl.
Berwyn, IL 60402-1004

Dell Financial Services, LP
Attn: Carla Swain
Collections/Consumer Bankruptcy
12234B North I-35
Austin, TX 78753-1705

Dell, Inc.
Attn: Michael Keller
One Dell Way, Bldg. 1, MS 8052
Round Rock, TX 78682

Digital Mountain, Inc.
Attn: Julie Lewis
553 Pilgrim Drive, Suite C
Foster City, CA 94404

Dish Network
Attn: Corporate Officer
Dept 0063
Palatine, IL 60055

Distributed Systems Management
Attn: Corporate Officer
1011 Park Avenue., #4l
Hoboken, NJ 07030

Dominion Virginia Power
Attn: Corporate Officer
P.O. Box 26543
Richmond, VA 23290-0001

Donald A. Wilhelm
21566 Winshall Ct.
St. Clair Shores, MI 48081-1234

Donohoe Advisory Associates LLC
Attn: Managing Member
9900 Belward Campus Dr.
Rockville, MD 20850

Douglas Regula
1233 Woodsview Dr.
Boothwyn, PA 19061-2114

Dustin S. Avol
635 8th Street
Hermosa Beach, CA 90254

Dwane E. Porter
1515 Pinehurst Ln
Round Rock, TX 78664-6147

Dwayne Pollinger
20733 Ely Ave.
Lakewood, CA 90715

Eagle Teleconferencing
Attn: Corporate Officer
207 West Washington St.
Rushville, IL 62681

Edward Devin
30 Wakefield Court
Shrewsbury, NJ 07702

Edward J. Devin
30 Wakefield Court
Shrewsbury, NJ 07702

Edward W. Kirnbauer
305 Cedar Street
Newport Beach, CA 92663

Electronic Data Systems Corporation
Attn: Rishelle Mckown
5400 Legacy Drive, H3-3A-05
Plano, TX 75024

MAINDOCS-#189080-v2-MTI_NotCredMotSellMovedToJuly11PerCourt.docx

| | | |
|---|---|---|
| Elsevier Mdl<br>Attn: Accounts Payable<br>2440 Camino Ramon<br>San Ramon, CA 94583 | Enterprise Loss Control Dept.<br>Attn: Corporate Officer<br>152 Bank Street<br>Southlake, TX | Eric Heinrichs<br>26 Via Joaquin<br>Rancho Santa Margarita, CA 92688-2938 |
| Evergreen Data Systems, Inc.<br>Attn: Sonia Fernandez-Lisa Mcmillen<br>3350 Scott Blvd., Bldg. 36B<br>Santa Clara, CA 95054-3100 | Express Computer<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | Extra Space Storage of Sterling<br>Attn: Corporate Officer<br>45925 Woodland Road<br>Sterling, VA 20166 |
| Favian Zavalza<br>7131 Webb Court<br>Fontana, CA 92336 | Federal Express Corp.<br>Attn: Corporate Officer<br>P.O. Box 7221<br>Pasadena, CA 91109-732 | Fedex Custom Critical<br>Attn: Jorrissen Roy<br>c/o RMS Bankruptcy Recovery Services<br>P.O. Box 5126<br>Timonium, MD 21094 |
| Fedex Customer Information Service<br>Attn: Revenue Recovery/Bankruptcy<br>William B Seligstein<br>2005 Corporate Avenue, 2nd Floor<br>Memphis, TN 38132 | Firefly Communications LLC<br>Attn: Managing Member<br>12 West 37th Street, 9th Floor<br>New York, NY 10018 | FM 2244 Crystal Mountain, L.P.<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 |
| Fragomen, Del Rey, Bernsen & Loewy LLP<br>Attn: Jill Pettit<br>99 Wood Ave South<br>P.O. Box 4110<br>Iselin, NJ 08830 | Frank De Angelis<br>20 Beaver Dam Road<br>Colts Neck, NJ 07722 | Frank Parsons Paper Company, Inc.<br>Attn: Corporate Officer<br>Post Office Box 626<br>Planetarium Station<br>New York, NY 10024-0540 |
| Frank Viggiano<br>2133 East 9th Street<br>Brooklyn, NY 11223 | Frankie Diaz<br>13095 Tall Tree Drive S.<br>Jacksonville, FL 32246 | Fujitsu Computer Systems Corp<br>Attn: Corporate Officer<br>Post Office Box 626<br>Planetarium Station<br>New York, NY 10024-0540 |
| Gary Handren<br>23 Lilypond Lane<br>Barnegat, NJ 08005 | Gary Rice<br>1603 Waterbury Ct<br>Bel Air, MD 21014 | Gas Company<br>P.O. Box C<br>Monterey Park, CA 91756 |
| GE Capital<br>P.O. Box 31001-02773<br>Pasadena, CA 91110-0273 | Gerhard Mehldau<br>17056 E. Colima Road, #222<br>Hacienda Heights, CA 91745 | Glen Carley<br>2200 Victory Parkway, Unit 1607<br>Cincinnati, OH 45206 |
| Grande Communications<br>Attn: Corporate Officer<br>P.O. Box 671259<br>Dallas, TX 75267-1259 | Grant Thornton LLP<br>Attn: Eric Stone<br>P.O. Box 51519<br>Los Angeles, CA 90051-5819 | Great Plains Ventures LLP<br>Attn: Managing Partner<br>c/o Northeast Property Mgmt<br>831 Beacon Street, #327<br>Newton, MA 02459 |

| | | |
|---|---|---|
| Gregg H. Goodnight<br>4020 Cedarbrush<br>Dallas, TX 75229 | Gregory Edgington<br>506 Anita St.<br>Houston, TX 77006-3414 | Gregory Grimes<br>405 Jaystone Court<br>Bowie, MD 20721 |
| Guadalupe B. Knight<br>849 Shade Tree Ct.<br>Lisbon, IA 52253 | Hall 2611 Internet Associates, Ltd<br>Attn: Mark T. Depker<br>c/o Laurie D Biddle, Esq.<br>6801 Gaylord Parkway, # 100<br>Frisco, TX 75034-8557 | Hana Ngo<br>18908 Fishermans Bend Dr.<br>Lutz, FL 33558 |
| Hartford Fire Insurance Company<br>Attn: Hank Hoffman<br>Bankruptcy Unit, T-1-55<br>Hartford Plaza<br>Hartford, CT 06115 | Hermie Cloete<br>125 Rolling Stone Court<br>Mooresville, NC 28117 | Hertz Corporation<br>Attn: Coml Billing Dept-Crystal McLaughlin<br>14501 Hertz Quail Springs Parkway<br>Oklahoma City, OK 73134 |
| Hewlett Packard Company<br>Attn: Kathy Escue<br>5555 Windward Pkwy<br>Alpharetta, GA 30004 | Huan T. Huynh<br>2555 Main St., Apt. 4061<br>Irvine, CA 92614 | IBM Corporation<br>Attn: Vicky Namken/Bankr Coordinator<br>13800 Diplomat Dr.<br>Dallas, TX 75234 |
| Info-X Technology Solutions<br>Attn: Accounting<br>P.O. Box 36182<br>Newark, NJ 07188-6182 | Iron Mountain Information Mgmt., Inc.<br>c/o R. Frederick Linfesty, Esq.<br>745 Atlantic Avenue, 10th Fl.<br>Boston, MA 02111 | It Infrastructures, Inc.<br>Attn: Nancy R Vossler<br>26873 CR 5<br>Elizabeth, CO 80107 |
| James C. Dean<br>3164 Old Alabama Rd.<br>Aragon, GA 30104-1511 | James D. Heiman<br>27725 Bridlewood Dr.<br>Castaic, CA 91384-4518 | James E. Tyler<br>5747 Legacy Circle<br>Charlotte, NC 28277 |
| James M. Cunha<br>1174 Upper Happy Valley Rd<br>Lafayette, CA 94549 | James R. Gallagher<br>84 Harriet Lane<br>Huntington, NY 11743 | James Stelle<br>3334 Country Club Blvd.<br>Stafford, TX 77477-4706 |
| James Strong<br>5735 Magellan Way, #107<br>Raleigh, NC 27612 | Jason E. Thomas<br>1805 Autumn Fire Drive<br>Cedar Park, TX 78613 | Jason Oehrli<br>495 St. Moritz Drive, #1C<br>Glen Ellyn, IL 60137 |
| Jeffrey Benjamin<br>1605 Brittany Lane<br>Long Grove, IL 60047-5129 | Jennifer K. Plank<br>4100 Rim Rock Drive<br>Lago Vista, TX 78645-6136 | Jennifer L. Nenninger<br>614 Fence Post Pass<br>Cedar Park, TX 78613-7326 |

| | | |
|---|---|---|
| Jessica Kiley-Murphy<br>521 East 6th Street, #2<br>Boston, MA 02127 | Joel D. Stephens<br>1432 Rolling Hills<br>Celina, TX 75009 | John Eric West<br>3389 Ambleside Place<br>Roswell, GA 30075 |
| John Faulkner<br>6042 Silver Lace Lane<br>Acworth, GA 30101 | John K. Ford<br>14011 Norwich, Unit #204<br>Orland Park, IL 60467 | John M. Bisaha<br>35491 El Conejo Lane<br>Laguna Hills, CA 92653 |
| John M. Schiavi<br>40 Aldridge Way<br>Sewell, NJ 08080-3336 | John Notah<br>6610 E. Adobe<br>Meza, AZ 85205 | Jolynn Taylor<br>613 Seaview Lane<br>Costa Mesa, CA 92626 |
| Jon P. Sutton<br>1446 Heritage Landin, Apt. 212<br>St. Charles, MO 63303 | Jonathan Hines<br>203 Saddle Blanket Dr.<br>Dripping Springs, TX 78620 | Jonathan R. Dilloway<br>611 Russett Valley Drive<br>Cedar Park, TX 78613-4417 |
| Jonathan Tipton<br>1412 Heather Brook Drive<br>Allen, TX 75002-2777 | Jorge A. Vales<br>491 S Bedford<br>Orange, CA 92668-4107 | Jorge Martinez<br>877 Ave. C<br>Bayonne, NJ 07002 |
| Joseph A. Zimmerman<br>1304 Westchester<br>Mahomet, IL 61853 | Joseph Burkhardt<br>125 Seaspray South<br>Laguna Niguel, CA 92677 | Joseph S. Sahli<br>108 Maple Ridge Rd.<br>Blythewood, SC 29016 |
| Joyce M. Shinn<br>22 Riverrun<br>Irvine, CA 92604-3743 | JS Northpointe, LP<br>Attn: Managing Partner<br>1600 Dove Street, Suite 480<br>Newport Beach, CA 92660 | **Keith Clark**<br>**Fernden Ridge, Fernden Lane**<br>**Haslemere, Surrey GU27 3LA**<br>**United Kingdom** |
| Keith Wasnok<br>14341 Suffolk<br>Westminster, CA 92683 | Kevin B. Wood<br>3617 S Lakewood Dr.<br>Tallahassee, FL 32305 | Kevin Carlsen<br>4024 Glenrose St.<br>Kensington, MD 20895 |
| Kevin Clark<br>19747 Greggsville Rd.<br>Purcellville, VA 20132-4327 | Kevin N. Keils<br>P.O. Box 247<br>Fenton, MI 48430 | Kimberly A. Torrence<br>5530 Feather Grass Ln<br>Yorba Linda, CA 92887-5810 |

| | | |
|---|---|---|
| Kimberly K. Komula<br>131 Hilldale Ct.<br>Kyle, TX 78640 | Kipa Wanamaker<br>2503 Zennor Ct.<br>Cedar Park, TX 78613 | KPMG LLP<br>Attn: David Neulmester/Rebecca L. Procsal<br>20 Pacifica, #700<br>Irvine, CA 92618-3391 |
| Kristopher C. Becan<br>6824 Mustang Creek Dr.<br>Benbrook, TX 76126-5494 | Kurt Winowich<br>2652 Sabal Springs Drive, #6<br>Clearwater, FL 33761 | Lake Mountain, L.P.<br>dba Crystal Mountain Office Park<br>Attn: Richard Burns<br>1515 S Capital of TX Hwy, #412<br>Austin, TX 78746 |
| Lavillie Tate<br>1257 Mountain Peak Drive<br>Haslet, TX 76052 | Lawren Fendrich<br>216 Angus Drive<br>Cedar Park, TX 78613 | Lawrence E. Reed<br>18511 Saugus Avenue<br>Santa Ana, CA 92705-2757 |
| Les Dixon<br>5503 Jasper Drive<br>Arlington, TX 76017 | Leslie Gehl<br>1365 Castlement, #33<br>San Jose, CA 95128 | Leslie V. Dixon<br>5503 Jasper Dr.<br>Arlington, TX 76017 |
| Lifeboat Distribution<br>Attn: Carlos M. Perez<br>1157 Shrewsbury Avenue<br>Shrewsbury, NJ 07702-4321 | Lod Communications Inc.<br>Attn: Corey Lindsly<br>8316 North Lombard, #302<br>Portland, OR 97203 | Manhattan Mini Storage LLC<br>Attn: Managing Member<br>P.O. Box 34405<br>Newark, NJ 07189-4405 |
| Marie Marrufo<br>15709 Alondra Blvd.<br>La Mirada, CA 90638 | Mark Caggiano<br>1311 Central Avenue<br>Needham, MA 02492 | Mark Crowell<br>25 Bloody Brook Rd.<br>Amherst, NH 03031 |
| Mark D. Cronenwett<br>P.O. Box 228<br>Wolf Creek, MT 59648-0228 | Mark D. Cronenwett<br>P.O. Box 228<br>Wolf Creek, MT 59648-0228 | Mark D. Cronenwett<br>Attn: Jeffrey Caress<br>One University Plaza, Suite 312<br>Hackensack, NJ 07601 |
| Mark Rogan<br>12735 Golden Leaf Drive<br>Rancho Cucamonga, CA 91739 | Mark S. Hatchett<br>220 Settlers Valley Drive<br>Pflugerville, TX 78660 | Marlin Leasing Corp<br>Attn: Corporate Officer<br>P.O. Box 13604<br>Philadelphia, PA 19101-3604 |
| Marsh Risk & Insurance Service<br>Attn: David Corcoran<br>1166 Avenue Of America<br>New York, NY 10036 | Martin Roach<br>7 Briarwood Drive<br>Danvers, MA 01923-1401 | Matthew Baker<br>3630 Kacin Court<br>Richfield, WI 53076 |

Matthew Dwyer
26 Treetops Circle
Princeton, NJ 08540

Maulik Desai
1301 Wall St. W., #1313
Lyndhurst, NJ 07071-3528

McCollister's Moving & Storage
Attn:  Corporate Officer
P.O. Box 48106
Newark, NJ 07101-4800

MCI Comm Service
Attn:  Corporate Officer
27732 Network Pl.
Chicago, IL 60673-1277

Medialab Technologies, Inc
Attn:  Srinivasa Yalavarthy
c/o Ramakrishna Krothapalli
1950 Eldridge Pkwy, #15106
Houston, TX 77077 -3466

Medicorp Health System
Attn:  Accounts Payable
2300 Fall Hill Avenue, #418
Fredericksburg, VA 22401

Megacity
Attn:  Karen Updyke
P.O. Box 8158
West Chester, OH 45071

Mellon Investor Services, LLC
Attn:  Susanne Faro/Accounting Dept.
P.O. Box 360857
Pittsburgh, PA 15251

Merritt Properties, LLC
Attn:  Sherry Dull
2066 Lord Baltimore Drive
Baltimore, MD 21244

Michael Jones
907 Meadows Drive
Birmingham, AL 35235

Michael L. Sams
820 Charter Oak St.
Allen, TX 75002

Michael P. Laporta
3920 Kimbrough Lane
Plano, TX 75025

Michael Slonin #56371
P.O. Box 025250
Miami, FL 33102-5250

Michael Trippe
54 W. Cherry Street
Rahway, NJ 07065

Michael Wheeler
9420 Sylvester St.
Taylor, MI 48180

Micheal J. Moon
402 South Street
Silver Cliff, CO 81252

Mid Atlantic Corporate Services
Attn:  Susan Harbison
812 Oregon Ave., Suite 1
Linthicum, MD 21090

Mini U Storage
Attn:  Corporate Officer
P.O. Box 791337
Baltimore, MD 21279-1337

Monster, Inc.
Attn:  Corporate Officer
File 70104
Los Angeles, CA 90074-0001

Morrison & Foerster
Attn:  Robert Mattson
File No 72497, P.O. Box 60000
San Francisco, CA 94160-2497

Morrison & Foerster LLP
Attn:  Sharon Aceved-Cicala
101 Ygnacio Valley Road, #450
Walnut Creek, CA 94596

Muzak
Attn:  Corporate Officer
P.O. Box 70131
Los Angeles, CA 90074-0131

My Office, Inc.
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Needham & Company, LLC
c/o Mark D. Houle, Esq
650 Town Center Drive, Suite 700
Costa Mesa, CA 92626

Network Appliance
Attn:  Jermaine King
495 E. Java Dr.
Sunnyvale, CA 94080

Nicholas Fulbright
12311 Sugarleaf Pl.
Austin, TX 78748-2000

Nils Julin
433 Media Road
Oxford, PA 19363

Norman Eisenberg
14947 Dunwoody Bend
Cypress, TX 77429-1870

**Norr Stiefenhofer Lutz
c/o Dr Gerald Reger, Rechtsanwalt
Fachanwalt Fur Steuerrecht
Brienner Str. 28 D-80333 Munchen
Germany**

Northstar Realty Finance Corp
Attn:  Accounts Payable
527 Madison Avenue
New York, NY 10022

O'Hare Centre Venture
c/o Sigi M. Offenbach
Pitler & Mandell
39 South Lasalle Street, #1220
Chicago, IL 60606

Ogletree, Deakins, Nash, Smoak
Attn:  Marsha J Phillips
P.O. Box 89
Columbia, SC 29202-0089

Ohio Department of Taxation
c/o Rebecca L. Daum
150 E. Gay Street, 21st Floor
Columbus, OH 43215

Ohio Department of Taxation
Assessment & Billing Division
P.O. Box 1090
Columbus, OH 43216-1090

Ohio Dept of Job & Family Services
Attn:  Janet D. Wise/Litigation Unit
P.O. Box 182404
Columbus, OH 43218-2404

Optimal Outsource
Attn:  Corporate Officer
c/o Tannor Partners Credit Fund II, LP
150 Grand Street, #401
White Plains, NY 10601

P.B. Purchase Power-18662020868
Attn:  Corporate Officer
P.O. Box 856042
Louisville, KY 40285-6042

Pamela J. Lynch
494 S. Macy Street, #95
San Bernandino, CA 92410-0111

Paradise Canyon Systems
Attn:  Corporate Officer
P.O. Box 626
Planetarium Station
New York, NY 10024-0540

Parthasarathy Subramanian
4005 Weatherford Circle
Alpharetta, GA 30004-1382

Patricia A. Trimarco
63 Wisteria Place
Aliso Viejo, CA 92656-2814

Patrick J. Sutton
1446 Heritage Landing, Apt. 212
St. Charles, MO 63303

Paul Pishchenko
700 W. La Veta Ave., Unit B3
Orange, CA 92868-4411

PBCC
P.O. Box 856460
Louisville, KY 40285-6460

Pennsylvania Department of Revenue
Attn: Lynda Simmons/Bankruptcy Div
P.O. Box 280946
Harrisburg, PA 17128-0946

Philip Hornsey
12405 Central Park
Austin, TX 78732

Philip Morrison
4323 Calvary Lane
Milton, FL 32571

Pitney Bowes Credit Corporation
Attn:  Eva Milanowski
27 Waterview Drive
Shelton, CT 06484-5151

Pitney Bowes Credit Corporation
Attn:  Recovery Dept - Eva Milanowski
27 Waterview Drive
Shelton, CT 06484-4361

PR Newswire
Attn:  Abdul-Hakryn A Kbar
G.P.O Box 5897
New York, NY 10087-5897

Public Storage
25591 - Kennesaw/Bellsfr
4205 Bells Ferry Road Nw
Kennesaw, GA 30144-1301

Public Storage
Attn:  Corporate Officer
14861 Franklin Ave.
Tustin, CA 92780

Pure Nature Music Inc.
Attn:  Philipp Bakurov
3555 Sandpebble Drive, #649
San Jose, CA 95136

Qing-Yu Hu
1340 S. Countrywood Lane, #61
La Habra, CA 90631

| | | |
|---|---|---|
| Quakerbridge Ventures, LLC<br>Attn: John Mercajante<br>788 Shrewsbury Avenue<br>Suite 105, Building 1<br>Tinton Falls, NJ 07724 | Quantum Corporation<br>c/o Michael Ellis/Kenneth C. Howell<br>1650 Technology Drive, #700<br>San Jose, CA 95110 | Quingyu Hu<br>1340 S Countrywood Ln, #61<br>La Habra, CA 90631 |
| Rajesh Kumar<br>9018 Windsor Terrace<br>Brooklyn Park, MN 55443 | Randall Potter<br>1095 Long Leaf Ct.<br>Brighton, MI 48116 | Randy S. Turer<br>180 Twinbrook Ct<br>Ramsey, NJ 07446-2444 |
| Raymond J. Desrochers<br>502 West River Road, #79<br>Hookset, NH 03106 | Rebecca Reed<br>18511 Saugus Avenue<br>Santa Ana, CA 92705-2757 | Recycling Services, Inc.<br>Attn: Corporate Officer<br>P.O. Box 204043<br>Austin, TX 78720-4043 |
| RefresH2O<br>Attn: Corporate Officer<br>8403 Cross Park, Suite 1A<br>Austin, TX 78754 | Renee T. Dittmer<br>1008 Swanton Ct.<br>Westerville, OH 43081 | Richard S. Pierce<br>39930 Whitewood Rd., Apt. L204<br>Murrieta, CA 92563 |
| Richard T. Ruggirello<br>14213 Ballycastle Tr.<br>Austin, TX 78717-4434 | Richard W. Cunningham<br>20024 Clear Rvr Lane<br>Yorba Linda, CA 92886-6545 | Rick Slan<br>10609 Pearlwood Cir<br>Highlands Ranch, CO 80126 |
| Rickey K. Ewing<br>22720 E. 79th St.<br>Broken Arrow, OK 74014-5802 | Riverside Claims LLC Re: Finiti, LLC<br>Attn: Managing Member<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024-0540 | Riverside Claims LLC<br>Attn: Neil Herskowitz<br>P.O. Box 626<br>Planetarium Station<br>New York, NY 10024 |
| Robert Colasanto<br>2145 Maple Ave<br>Warrington, PA 18976 | Robert Owen<br>19 Park Avenue<br>Hawthorne, NJ 07506-1828 | Roberto Matos<br>P.O.Box 519<br>Blakeslee, PA 18610 |
| Robin Norris<br>Box 788<br>Dahlonega, GA 3053 | Robin Sperling<br>Sales - NJ Office | Rockwell Collins, Inc.<br>Attn: Paul Michael Coe<br>c/o S. Elizabeth Hall<br>McKenna Long & Aldridge LLP<br>303 Peachtree Street, Suite 5300<br>Atlanta, GA 30308 |
| Roger D. Sands<br>1239 Se Oak Grv Bv<br>Milwaukie, OR 97267-1062 | Ron K. Boyington<br>14841 Hwy 55<br>Sterrett, AL 35147 | Ronald E. Kittendorf<br>20129 Heron Crossing Dr<br>Tampa, FL 33647-3561 |

| | | |
|---|---|---|
| Ronald P. Umagat<br>11620 Warner Ave., Apt. 526<br>Fountain Valley, CA 92708-2559 | Ronald Schnieber<br>11883 Maple Crest St.<br>Moorpark, CA 93021-3171 | Russell Elder<br>245 West 115th Street, #17<br>New York, NY 10026 |
| Ryan D. Stewart<br>2409 Campden Dr.<br>Austin, TX 78745-4851 | Safesite Inc.<br>Attn:  Bill Weedon<br>9505 Johnny Morris Rd.<br>Austin, TX 78724 | Salesforces.Com, Inc.<br>c/o Thomas M. Gaa - Lawrence Schwab<br>Bialson, Bergen & Schwab<br>2600 El Camino Real, #300<br>Palo Alto, CA 94306 |
| Salvatore Maita<br>154 Buttonwood Drive<br>Fairhaven, NJ 07704-3632 | Sandra P. Metzger<br>42 Trailing Vine<br>Irvine, CA 92602 | Savail Consulting Inc.<br>Attn:  Corporate Officer<br>P.O. Box 5448<br>Mooresville, NC 28117 |
| Scott Taylor<br>424 Crestmont Lane<br>Canton, GA 30114 | Sentara Health<br>Attn:  Accounts Payable<br>P.O. Box 2200<br>Norfolk, VA 23501 | Sentinel Real Estate Corporation<br>Attn:  Scott Olds<br>1251 Avenue of Americas<br>New York, NY 10020 |
| Shawn Smith<br>7 Rustic Glen Drive<br>Pomona, CA 91766 | **Signiant Corp**<br>**Attn:  William G Porter - Connie Dorion**<br>**702-515 Legget Drive**<br>**Ottawa, ON, Canada K2K 3G4** | Sirius Computer Solutions<br>Attn:  Mark Peretsman<br>7 Inverness Drive East<br>Englewood, CO 80112-5519 |
| Specialized Transportation, Inc.<br>Attn:  James E Norris/NW 5485<br>P.O. Box 1450<br>Minneapolis, MN 55485-5485 | Spencer E. Wallis<br>12318 Aste Ln.<br>Houston, TX 77065 | Spherion Corp. Attn:  Corporate Officer<br>c/o Jonathan Neil & Associates Inc.<br>P.O. Box 7000<br>Tarzana, CA 91357 |
| Sprague Magnetics<br>Attn:  Corporate Officer<br>12806 Bradley Ave.<br>Sylmar, CA 91342 | Sprint Nextel- Distributions<br>Attn:  Chadd McNulty/Bankruptcy Dept<br>P.O. Box 172408<br>Denver, CO 80217-2408 | Staples Business Advantage<br>Attn:  Corporate Officer<br>Dept. Dal 3368<br>P.O. Box 83689<br>Chicago, IL 60696-3689 |
| State of Alabama, Dept. of Revenue<br>Attn:  Mark Griffin/Legal Division<br>P.O. Box 320001<br>Montgomery, AL 36132-0001 | State of Hawaii, Dept. of Taxation<br>Attn:   Bankruptcy Unit El Lynne M Kaneta<br>Hawaii State Tax Collector<br>P O Box 259<br>Honolulu, HI 96809 | State of Louisiana<br>Louisiana Department of Revenue<br>Attn:  Sarah Posada<br>P.O. Box 66658<br>Baton Rouge, LA 70896 |
| State of New Jersey<br>Attn:  Michael Reading<br>Division of Taxation/Compliance Activity<br>P.O. Box 245<br>Trenton, NJ 08695 | State of New Jersey<br>Division of Employer Accounts<br>P.O. Box 059<br>Trenton, NJ 08625-0059 | Stephen J. Sutton<br>1682 Faye Road<br>Jacksonville, FL 33218-2226 |

MAINDOCS-#189080-v2-MTI_NotCredMotSellMovedToJuly11PerCourt.docx

Stephen M. Zapatka
6250 N. 10th St.
Phoenix, AZ 85014

Steven D. Patterson
24251 Puerta De Luz
Mission Viejo, CA 92691

Steven Lieberman
450 Ilyssa Way
Staten Island, NY 10312

Steven Michael Digiuseppe
2500 Laurel Falls Ln.
Raleigh, NC 27603

Stevens Global Logistics
Attn: Corporate Officer
P.O. Box 729
Lawndale, CA 90260-0729

Stewart A. Simpson
260 South 600 East
Spanish Fork, UT 84660-2226

Stuart E. Johnson
1439 Berkeley Avenue
Saint Paul, MN 55105-2424

T-Mobile USA, Inc.
Attn: Bankruptcy Dept - S. Brannon
P.O. Box 53410
Bellevue, WA 98015

Tara Duval
1303 Camp Craft Rd., Apt. B
West Lake Hills, TX 78746

Tech Target
Attn: Lou Aponte
117 Kendrick St., Suite 800
Needham, MA 02942

Technical Cable Concepts
Attn: Dolores Mayorga
350 Lear Aveune
Costa Mesa, CA 92626

Ted A. Turkington
425 Waverly Hl Dr.
Roswell, GA 30075-2189

Teresa F. Hirsch
2973 Shamrock
Brea, CA 92621

Texas Wired Music, Inc. Muzak of Austin
Attn: Corporate Officer
P.O. Box 117
San Antonio, TX 78291

The Canopy Group
c/o Michael R. Johnson
Ray Quinney & Nebeker PC
36 South State Street, #1400
Salt Lake City, UT 84111

The Hertz Corporation
Attn: Commercial Billing
P.O. Box 25485
Oklahoma City, OK 73125

Thomas Copeland
14084 Sterling Pt. Dr.
Gainesville, VA 20155

Thomas Reid
51 Brigantine Circle
Plymouth, MA 02360

Tim Dear
27 Wedgewood
Irvine, CA 92620-1246

Todd Anderson
12507 Pleasant Valley Rd.
Utica, OH 43080

Todd P. Hawkins
3600 Harwen Terrace
Fort Worth, TX 76109-2913

Tri Du
59 River St.
Newton, MA 02465

Ty C. Jones
6437 Carrie Canyon St.
N. Las Vegas, NV 89086

Unisys Corporation
Attn: Janet Fitzpatrick MS E8-108
Unisys Way
Township Line & Union Meeting Rd.
Blue Bell, PA 19424

United Parcel Service
Attn: Marybeth M. Newell
c/o RMS Bankruptcy Recovery Svcs
P.O. Box 4396
Timonium, MD 21094

United Van Lines, Inc.
Attn: Corporate Officer
22304 Network Place
Chicago, IL 60673-1223

Usaepay
Attn: Accounts Payable
5900 Wilshire Bl., #1425
Los Angeles, CA 90036

| | | |
|---|---|---|
| Verizon<br>Attn: Corporate Officer<br>P.O. Box 660720<br>Dallas, TX 75266-0720 | Verizon - Bankruptcy Department<br>Attn: Karen Frazer<br>3900 Washington St.<br>Wilmington, DE 19802 | Verizon Wireless<br>Attn: Corporate Officer<br>P.O. Box 9622<br>Mission Hills, CA 91346-9622 |
| Verizon Wireless West<br>Attn: Diane Lewis<br>P.O.Box 3397<br>Bloomington, IL 61701 | Verizon<br>Attn: Corporate Officer<br>P.O. Box 4833<br>Trenton, NJ 086504833 | Virginia Department of Taxation<br>Attn: Authorized Agent<br>P.O. Box 2156<br>Richmond, VA 23218-2156 |
| Vmware Inc. Education Services<br>Attn: Corporate Officer<br>Dept. CH10806<br>Palantine, IL 60055-0806 | Wargo & French LLP<br>Attn: Managing Partner<br>1170 Peachtree St. N.E., #2020<br>Atlanta, GA 30309 | Washington Gas<br>Attn: Corporate Officer<br>P.O. Box 830036<br>Baltimore, MD 21283-0036 |
| Waxie Sanitary Supply<br>Attn: Corporate Officer<br>3220 South Fairview Street<br>Santa Ana, CA 92704 | Wayne H. Uhrig<br>3633 Milhaven Road<br>Winston-Salem, NC 27106 | Webex Communications Inc.<br>Attn: Corporate Officer<br>3979 Freedom Circle<br>Santa Clara, CA 95054 |
| Wells Fargo Bank, N.A.<br>Attn: Corporate Officer<br>1740 Broadway/Mac C7300-060<br>Denver, CO 80274 | William A. Goss Jr.<br>8053 Prichards Ct.<br>Dunn Loring, VA 22027 | William Davis<br>2206 North Celia Drive<br>Cedar Park, TX 78613 |
| William Decker<br>105 Via Sovana<br>Santee, CA 92071 | William Heath<br>2725 Beaver Creek Crossing<br>Powder Spring, GA 30127-5026 | William Huff<br>2100 Wood Ridge Cv<br>Cedar Park, TX 78613 |
| William J. Kerley<br>11906 Colleyville Dr<br>Bee Cave, TX 78738 | William Whitley<br>2142 Greenfield Avenue<br>Los Angeles, CA 90025 | Wood County Hospital<br>Attn: Accounts Payable<br>950 Wooster Street<br>Bowling Green, OH 43402 |
| Wright Ford Young & Co.<br>Attn: Lorrena Rogers<br>16140 Sand Canyon Ave., 2nd Fl.<br>Irvine, CA 92618-3715 | Yang Wang<br>5923 Preston Gate Ct.<br>Dallas, TX 75230 | Yunsong Gao<br>166 High Street<br>Reading, MA 01867 |