ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@winthropcouchot.com
JEANNIE KIM – State Bar No. 270713
jkim@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone: (949) 720-4100
Facsimile: (949) 720-4111

Counsel for the Plan Agent Appointed
Under Joint Fourth Amended Chapter 11 Plan

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION,<br>a Delaware corporation,<br><br>Reorganized Debtor. | Case No. 8:07-13347 ES<br><br>Chapter 11 Proceeding<br><br>**SIGNATURE PAGE OF PATRICK M. COSTELLO, COUNSEL TO BUYER, TO ORDER APPROVING PLAN AGENT'S MOTION FOR APPROVAL OF SALE OF STOCK IN THE DEBTOR**<br><br>DATE: July 11, 2013<br>TIME: 10:30 a.m.<br>PLACE: Courtroom 5A<br>411 West Fourth Street<br>Santa Ana, CA 92701 |

Filed herewith is the signature page of Patrick M. Costello of the Vectis Law Group, Counsel for Fiber International, LLC, to the Order Approving Plan Agent's Motion for Approval of Sale of Stock in the Debtor, uploaded to the Court on this date.

DATED: July 19, 2013

**WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By: */s/ Robert E. Opera*
Robert E. Opera
Richard H. Golubow
Jeannie Kim
Counsel for the Plan Agent Appointed Under Joint Fourth Amended Chapter 11 Plan

19. Except as set forth expressly herein to the contrary, no further notice or Court appearance shall be necessary to effectuate the foregoing.

**PRESENTED BY:**

**WINTHROP COUCHOT PROFESSIONAL CORPORATION**

By: */s/ Robert E. Opera*
Robert E. Opera
Richard H. Golubow
Jeannie Kim
Counsel for the Plan Agent Appointed Under Joint Fourth Amended Chapter 11 Plan

**APPROVED AS TO FORM.**

**VECTIS LAW GROUP**

By: ______________________
Patrick M. Costello
Counsel for Fiber International, LLC

####

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 660 Newport Center Drive, 4th Floor, Newport Beach, CA 92660.

A true and correct copy of the foregoing document entitled: **SIGNATURE PAGE OF PATRICK M. COSTELLO, COUNSEL TO BUYER, TO ORDER APPROVING PLAN AGENT'S MOTION FOR APPROVAL OF SALE OF STOCK IN THE DEBTOR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On July 19, 2013, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**: On ________________, 2013, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on July 19, 2013, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

**Via Attorney Service - Bin outside of Room 5097**
Honorable Erithe Smith
Ronald Reagan Federal Bldg.
411 W. Fourth St.
Santa Ana, CA 92701

Attorney for Buyer: Vectis Law Group, Patrick Costello: PCostello@vectislawgroup.com

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| July 19, 2013 | Jeannie Martinez | /s/ Jeannie Martinez |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

NEF SERVICE LIST

- Robert C Briseno rbriseno@swlaw.com
- Jennifer K Brooks jennifer.brooks@kattenlaw.com, ecf.lax.docket@kattenlaw.com
- Laura L Buchanan llb@richardsonbuchanan.com
- John O Campbell ocampbell@houser-law.com
- Jeffrey D Cawdrey jcawdrey@gordonrees.com, ebojorquez@gordonrees.com
- Scott C Clarkson sclarkson@lawcgm.com
- Ana Damonte ana.damonte@pillsburylaw.com
- Robert L Eisenbach reisenbach@cooley.com
- Christine M Fitzgerald cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
- Matthew A Gold courts@argopartners.net
- Richard H Golubow rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
- Barry R Gore bgore@goreassociates.com, nnarag@goreassociates.com
- Brian T Harvey bharvey@buchalter.com, IFS_filing@buchalter.com;rreeder@buchalter.com
- Lesley A Hawes lhawes@mckennalong.com, twaters@mckennalong.com
- Ivan L Kallick ikallick@manatt.com, ihernandez@manatt.com
- Alexandra Kazhokin akazhokin@buchalter.com, ifs_filing@buchalter.com
- Payam Khodadadi pkhodadadi@mcguirewoods.com
- Jeannie Kim jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
- Sandra W Lavigna lavignas@sec.gov
- Adam A Lewis alewis@mofo.com
- Eve A Marsella emarsella@lawcgm.com
- Elmer D Martin elmermartin@gmail.com
- Robert E Opera ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Robert E Opera ropera@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com;chipp@winthropcouchot.com
- Eric S Pezold epezold@swlaw.com, dwlewis@swlaw.com
- Michael B Reynolds mreynolds@swlaw.com, kcollins@swlaw.com
- Mark A Shaiken mshaiken@stinson.com
- Daniel C Silva dsilva@gordonrees.com, jmydlandevans@gordonrees.com
- Robert Tannor rtannor@creditorliquidity.com
- Patricia B Tomasco ptomasco@mailbmc.com
- United States Trustee (SA) ustpregion16.sa.ecf@usdoj.gov
- Michael A Wallin mwallin@sheppardmullin.com
- Gilbert B Weisman notices@becket-lee.com
- Sharon Z. Weiss sharon.weiss@bryancave.com, raul.morales@bryancave.com
- Charmaine M Wilson sg@primeshares.com
- David L Wilson dlwilson@winston.com