

FILED & ENTERED

FEB 07 2014

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY duarte      DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re | Chapter 11 |
| MTI TECHNOLOGY CORPORATION, | CASE NO.  8:07-13347-ES |
| Debtor. | **POST-CONFIRMATION STATUS CONFERENCE ORDER** |
| | Date:    August 7, 2014<br>Time:    10:30 a.m.<br>Place:  Courtroom 5A |

A Chapter 11 Post-Confirmation Status Conference took place on February 6, 2014 at 10:30 a.m.  Appearances were made as noted on the Court's record.

Based upon the Chapter 11 status report filed on behalf of  Debtor and/or oral argument and representations made by counsel for the parties at the status conference, and pursuant to 11 U.S.C. § 105, and good cause appearing therefor,

/ / /

/ / /

IT IS HEREBY ORDERED AS FOLLOWS:

___  This Status Conference is concluded or will be rescheduled by the Court at

later date;

  X    This Status Conference is continued to <u>August 7, 2014 at 10:30 a.m.</u>  An

updated status report must be filed by <u>July 24, 2014</u>.

### 

Date: February 7, 2014

Erithe Smith
United States Bankruptcy Judge