United States Bankruptcy Court
Central District of California

In re:                                                                                  Case No. 07-13347-ES
MTI Technology Corporation                                                              Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-8          User: admin              Page 1 of 2              Date Rcvd: May 30, 2014
                              Form ID: pdf042          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 01, 2014.
db         +MTI Technology Corporation,    15641 Red Hill Avenue,    Suite 200,    Tustin, CA 92780-7323
aty        +Manatt Phelps & Phil,    11355 W Olympic Blvd,    Los Angeles, CA 90064-1656

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2014 at the address(es) listed below:
              Adam A Lewis    on behalf of Defendant    Morrison & Foerster Llp alewis@mofo.com
              Alexandra Kazhokin    on behalf of Defendant    Dell Marketing, L.P. akazhokin@buchalter.com,
               ifs_filing@buchalter.com
              Alexandra Kazhokin    on behalf of Interested Party    Dell Marketing, L.P.
               akazhokin@buchalter.com, ifs_filing@buchalter.com
              Ana Damonte    on behalf of Creditor    Quantum Corporation ana.damonte@pillsburylaw.com
              Barry R Gore    on behalf of Attorney    Clarkson, Gore & Marsella, APLC bgore@goreassociates.com,
               nnarag@goreassociates.com
              Barry R Gore    on behalf of Other Professional    Corporate Recovery Associates
               bgore@goreassociates.com, nnarag@goreassociates.com
              Brian T Harvey    on behalf of Interested Party    Courtesy NEF bharvey@buchalter.com,
               IFS_filing@buchalter.com;rreeder@buchalter.com
              Brian T Harvey    on behalf of Creditor    Dell Financial Services, L.L.C. bharvey@buchalter.com,
               IFS_filing@buchalter.com;rreeder@buchalter.com
              Charmaine M Wilson    on behalf of Creditor    Primeshares sg@primeshares.com
              Christine M Fitzgerald    on behalf of Interested Party    Courtesy NEF cfitzgerald@scckg.com,
               nnarag@scckg.com;cbenson@scckg.com
              Christine M Fitzgerald    on behalf of Plaintiff    MTI Technology Corporation
               cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
              Christine M Fitzgerald    on behalf of Other Professional    Corporate Recovery Associates
               cfitzgerald@scckg.com, nnarag@scckg.com;cbenson@scckg.com
              Christine M Fitzgerald    on behalf of Other Professional Richard J Feferman cfitzgerald@scckg.com,
               nnarag@scckg.com;cbenson@scckg.com
              Christine M Fitzgerald    on behalf of Debtor    MTI Technology Corporation cfitzgerald@scckg.com,
               nnarag@scckg.com;cbenson@scckg.com
              Daniel C Silva    on behalf of Interested Party    Carolina Casualty Insurance Company
               dsilva@gordonrees.com, jmydlandevans@gordonrees.com
              David L Wilson    on behalf of Creditor    EMC Corporation dlwilson@winston.com
              David L Wilson    on behalf of Defendant    EMC Corporation dlwilson@winston.com
              David L Wilson    on behalf of Counter-Claimant    EMC Corporation dlwilson@winston.com
              Elizabeth A Lossing    on behalf of U.S. Trustee    United States Trustee (SA)
               elizabeth.lossing@usdoj.gov
              Elmer D Martin, III    on behalf of Interested Party    Courtesy NEF elmermartin@gmail.com
              Elmer D Martin, III    on behalf of Debtor    MTI Technology Corporation elmermartin@gmail.com
              Eric S Pezold    on behalf of Defendant    Blue Shield Of California epezold@swlaw.com,
               dwlewis@swlaw.com
              Eve A Marsella    on behalf of Interested Party    Courtesy NEF emarsella@lawcgm.com
              Eve A Marsella    on behalf of Plaintiff    MTI Technology Corporation emarsella@lawcgm.com
              Gilbert B Weisman, ll    on behalf of Creditor    American Express Travel Related Svcs Co Inc Corp
               Card notices@becket-lee.com
              Ivan L Kallick    on behalf of Debtor    MTI Technology Corporation ikallick@manatt.com,
               ihernandez@manatt.com

```
District/off: 0973-8           User: admin              Page 2 of 2                  Date Rcvd: May 30, 2014
                               Form ID: pdf042          Total Noticed: 2


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Ivan L Kallick    on behalf of Interested Party    Corporate Recovery Associates [Plan Agent]
               ikallick@manatt.com, ihernandez@manatt.com
              Jeannie  Kim    on behalf of Interested Party    Corporate Recovery Associates [Plan Agent]
               jkim@winthropcouchot.com, vcorbin@winthropcouchot.com;pj@winthropcouchot.com
              Jeannie  Kim    on behalf of Debtor    MTI Technology Corporation jkim@winthropcouchot.com,
               vcorbin@winthropcouchot.com;pj@winthropcouchot.com
              Jeffrey D Cawdrey    on behalf of Interested Party    Carolina Casualty Insurance Company
               jcawdrey@gordonrees.com, slemos@gordonrees.com;jmydlandevans@gordonrees.com
              Jeffrey D Cawdrey    on behalf of Defendant    Carolina Casualty Insurance jcawdrey@gordonrees.com,
               slemos@gordonrees.com;jmydlandevans@gordonrees.com
              Jennifer K Brooks    on behalf of Interested Party    Courtesy NEF jennifer.brooks@kattenlaw.com,
               ecf.lax.docket@kattenlaw.com
              John O Campbell    on behalf of Defendant    Ingram Micro, Inc. ocampbell@houser-law.com
              Laura L Buchanan    on behalf of Interested Party    Corporate Recovery Associates [Plan Agent]
               llb@richardsonbuchanan.com
              Laura L Buchanan    on behalf of Other Professional    Corporate Recovery Associates
               llb@richardsonbuchanan.com
              Lesley A Hawes    on behalf of Creditor    Rockwell Collins, Inc lhawes@mckennalong.com,
               twaters@mckennalong.com
              Mark A Shaiken    on behalf of Creditor    Verizon Business Global LLC mshaiken@stinson.com
              Matthew A Gold    on behalf of Creditor    Argo Partners courts@argopartners.net
              Michael A Wallin    on behalf of Defendant Nick  Ganio mwallin@sheppardmullin.com,
               mrivera@slaterhersey.com
              Michael A Wallin    on behalf of Defendant William J Kerley mwallin@sheppardmullin.com,
               mrivera@slaterhersey.com
              Michael A Wallin    on behalf of Defendant    Pencom Systems Incorporated
               mwallin@sheppardmullin.com, mrivera@slaterhersey.com
              Michael A Wallin    on behalf of Defendant Wade  Saadi mwallin@sheppardmullin.com,
               mrivera@slaterhersey.com
              Michael A Wallin    on behalf of Defendant Edgar  Saadi mwallin@sheppardmullin.com,
               mrivera@slaterhersey.com
              Michael A Wallin    on behalf of Defendant Edward  Ateyeh, Jr. mwallin@sheppardmullin.com,
               mrivera@slaterhersey.com
              Michael B Reynolds    on behalf of Defendant    Blue Shield Of California mreynolds@swlaw.com,
               kcollins@swlaw.com
              Michael B Reynolds    on behalf of Interested Party    The Canopy Group, Inc mreynolds@swlaw.com,
               kcollins@swlaw.com
              Patricia B Tomasco    on behalf of Creditor    The Collective Group, LLC ptomasco@mailbmc.com
              Payam  Khodadadi    on behalf of Plaintiff    Official Committee of Creditors Holding Unsecured
               Claims pkhodadadi@mcguirewoods.com
              Payam  Khodadadi    on behalf of Plaintiff Richard  Feferman pkhodadadi@mcguirewoods.com
              Payam  Khodadadi    on behalf of Plaintiff    Plan Agent pkhodadadi@mcguirewoods.com
              Richard H Golubow    on behalf of Plaintiff    Official Committee of Creditors Holding Unsecured
               Claims rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
              Richard H Golubow    on behalf of Other Professional Richard J Feferman
               rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
              Richard H Golubow    on behalf of Interested Party    Corporate Recovery Associates [Plan Agent]
               rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
              Richard H Golubow    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
              Richard H Golubow    on behalf of Other Professional    Winthrop Couchot, PC
               rgolubow@winthropcouchot.com, pj@winthropcouchot.com;vcorbin@winthropcouchot.com
              Robert  Tannor    on behalf of Creditor    CREDITOR LIQUIDITY, LP rtannor@creditorliquidity.com
              Robert C Briseno    on behalf of Interested Party    Courtesy NEF rbriseno@swlaw.com
              Robert E Opera    on behalf of Creditor Committee    Official Committee of Unsecured Creditors
               ropera@winthropcouchot.com,
               pj@winthropcouchot.com;vcorbin@winthropcouchot.com;jstuhlmiller@winthropcouchot.com
              Robert E Opera    on behalf of Interested Party    Corporate Recovery Associates [Plan Agent]
               ropera@winthropcouchot.com,
               pj@winthropcouchot.com;vcorbin@winthropcouchot.com;jstuhlmiller@winthropcouchot.com
              Robert E Opera    on behalf of Plaintiff    Official Committee of Creditors Holding Unsecured
               Claims ropera@winthropcouchot.com,
               pj@winthropcouchot.com;vcorbin@winthropcouchot.com;jstuhlmiller@winthropcouchot.com
              Robert E Opera    on behalf of Other Professional Richard J Feferman ropera@winthropcouchot.com,
               pj@winthropcouchot.com;vcorbin@winthropcouchot.com;jstuhlmiller@winthropcouchot.com
              Robert E Opera    on behalf of Debtor    MTI Technology Corporation ropera@winthropcouchot.com,
               pj@winthropcouchot.com;vcorbin@winthropcouchot.com;jstuhlmiller@winthropcouchot.com
              Robert L Eisenbach, III    on behalf of Interested Party    Copper Holdings LLC
               reisenbach@cooley.com
              Sandra W Lavigna    on behalf of Interested Party    U. S. Securities and Exchange Commission
               lavignas@sec.gov
              Scott C Clarkson    on behalf of Counter-Defendant    MTI Technology Corporation
               sclarkson@lawcgm.com
              Scott C Clarkson    on behalf of Plaintiff    MTI Technology Corporation sclarkson@lawcgm.com
              Sharon Z. Weiss    on behalf of Creditor    AM-PM, Inc. dba Aries Internet Services, Inc.
               sharon.weiss@bryancave.com, raul.morales@bryancave.com
              United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov
                                                                                             TOTAL: 68
```

ROBERT E. OPERA – State Bar No. 101182
ropera@winthropcouchot.com
RICHARD H. GOLUBOW – State Bar No. 160434
rgolubow@winthropcouchot.com
**WINTHROP COUCHOT**
**PROFESSIONAL CORPORATION**
660 Newport Center Drive, Suite 400
Newport Beach, CA 92660
Telephone:  (949) 720-4100
Facsimile:   (949) 720-4111

Counsel for the Plan Agent Appointed
Under Joint Fourth Amended Chapter 11 Plan

**FILED & ENTERED**

**MAY 30 2014**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY reid        DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>MTI TECHNOLOGY CORPORATION, a Delaware corporation,<br><br>　　　　　Reorganized Debtor. | Case No. 8:07-bk-13347 ES<br><br>Chapter 11 Proceedings<br><br>**ORDER GRANTING MOTION FOR ENTRY OF FINAL DECREE CLOSING CASE**<br><br>[No Hearing Required Pursuant To Local Bankruptcy Rule 9013-1(o)(1)] |

Order#85834#63e4b61e-72b5-42cb-adb9-c9b4512bb2ee.doc

1  The Court having read and considered the Notice of Motion and Motion For Entry of
2  Final Decree Closing Case ("Motion") [Docket no. 1602] and the Notice to Creditors and Parties-
3  in-Interest of Filing of Notice of Motion and Motion for Entry of Final Decree Closing Case
4  ("Notice") [Docket no. 1603], and the Declaration re: Entry of Order Without Hearing Pursuant
5  to LBR 9013(o), having found that that the bankruptcy estate of MTI Technology, Inc. has been
6  "fully administered" within the meaning of Section 350(a) of the Bankruptcy Code and Rule 3022
7  of the Federal Rules of Bankruptcy Procedure, and good and sufficient cause appearing therefor,
8  it is hereby

   **ORDERED** that:

   1.  The Motion is granted; and
   2.  This Chapter 11 case is closed.

                                                        ####

Date: May 30, 2014

Erithe Smith
United States Bankruptcy Judge

-2-

Order#85834#63e4b61e-72b5-42cb-adb9-c9b4512bb2ee.doc